IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, GENEOHM SCIENCES CANADA, INC. and HANDYLAB, INC., | |
| Plaintiffs, | C.A. No. 19-cv-1126-LPS |
| v. | |
| NEUMODX MOLECULAR, INC., | |
| Defendant. | |

## <u>NOTICE OF CHANGE OF FIRM AFFILIATION</u>

**PLEASE TAKE NOTICE** that James K. Cleland, co-counsel to Defendant NeuMoDx

Molecular, Inc., is now affiliated with Dickinson Wright PLLC and his new contact information

is:

> James K. Cleland
> Dickinson Wright PLLC
> 350 S. Main Street
> Suite 300
> Ann Arbor MI 48104
> Phone:      734-436-7356
> Fax:          844-670-6009
> Email:       JCleland@dickinsonwright.com

Dated: February 28, 2020

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

James K. Cleland (admitted *pro hac vice*)
Dickinson Wright PLLC
350 S. Main Street
Suite 300
Ann Arbor MI 48104
Phone: 734-436-7356
Fax:     844-670-6009
jcleland@dickinsonwright.com

*Attorneys for Defendant NeuMoDx*
*Molecular, Inc.*