IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECTON, DICKINSON AND COMPANY, GENEOHM SCIENCES CANADA, INC. and HANDYLAB, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 19-1126 (LPS) |
| v. | ) ) | |
| NEUMODX MOLECULAR, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF SUBPOENAS**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs NeuMoxDx Molecular, Inc., will serve the attached subpoenas on Kalyan Handique, Gene Parunak, Karthik Ganesan, Kerry Wilson, John S. Althaus, Nikhil Padke, Aaron Kehrer, Cecelia Haley, and Ted Springer as Exhibits 1-9, respectively, in the above-referenced action.

Dated:  February 9, 2021

Of Counsel:

James K. Cleland
Michael N. Spink
Keith Weiss
DICKINSON WRIGHT PLLC
350 South Main Street, Suite 300
Ann Arbor, Michigan 48104
Tel: (734) 436-7356
jcleland@dickinson-wright.com

Alan G. Carlson
Gary J. Speier
Samuel T. Lockner
Jonathan D. Carpenter
Alexandra J. Olson
Peter M. Kohlhepp
CARLSON, CASPERS, VANDENBURGH
& LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant NeuMoDx Molecular, Inc.*