EXHIBIT 52

US009382532B2

(12) **United States Patent**
Brahmasandra et al.

(10) Patent No.: **US 9,382,532 B2**
(45) Date of Patent: **Jul. 5, 2016**

(54) **METHOD AND MATERIALS FOR ISOLATION OF NUCLEIC ACID MATERIALS**

(71) Applicant: **NeuMoDx Molecular, Inc.**, Ann Arbor, MI (US)

(72) Inventors: **Sundaresh Brahmasandra**, Ann Arbor, MI (US); **Michelle Mastronardi**, Ann Arbor, MI (US); **Elizabeth Craig**, Ann Arbor, MI (US); **Maureen Carey**, Ann Arbor, MI (US)

(73) Assignee: **NeuMoDx Molecular, Inc.**, Ann Arbor, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/168,760**

(22) Filed: **Jan. 30, 2014**

(65) **Prior Publication Data**

US 2014/0147892 A1 May 29, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 14/060,214, filed on Oct. 22, 2013, now abandoned.

(60) Provisional application No. 61/718,634, filed on Oct. 25, 2012.

(51) **Int. Cl.**
*C12Q 1/68* (2006.01)
*C12N 15/10* (2006.01)

(52) **U.S. Cl.**
CPC ........ *C12N 15/1013* (2013.01); *C12N 15/1006* (2013.01)

(58) **Field of Classification Search**
CPC ...... B82Y 15/00; B82Y 30/00; C12N 15/101; C12Q 1/6813
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 776,747 | A | 12/1904 | Kling |
| 778,036 | A | 12/1904 | Hepp et al. |
| 3,963,151 | A | 6/1976 | North |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 101432698 A | 5/2009 |
| CN | 1773190 B | 5/2010 |

(Continued)

OTHER PUBLICATIONS

Compton, Cancer and Metastasis Rev., vol. 11, pp. 105-119 (1992).*

*Primary Examiner* — Robert T Crow
(74) *Attorney, Agent, or Firm* — Jeffrey Schox; Ivan Wong

(57) **ABSTRACT**

A method for nucleic acid isolation comprising: receiving a binding moiety solution within a process chamber; mixing the binding moiety solution with a biological sample, within the process chamber, in order to produce a moiety-sample mixture; incubating the moiety-sample mixture during a time window, thereby producing a solution comprising a set of moiety-bound nucleic acid particles and a waste volume; separating the set of moiety-bound nucleic acid particles from the waste volume; washing the set of moiety-bound nucleic acid particles; and releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles. The method preferably utilizes a binding moiety comprising at least one of poly(allylamine) and polypropylenimine tetramine dendrimer, both of which reversibly bind and unbind to nucleic acids based upon environmental pH.

**20 Claims, 14 Drawing Sheets**





US 9,382,532 B2

Page 2

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,681,529 | A | 10/1997 | Taguchi et al. |
| 5,725,831 | A | 3/1998 | Reichler et al. |
| 5,750,338 | A | 5/1998 | Collins et al. |
| 5,783,148 | A | 7/1998 | Cottingham et al. |
| 5,824,478 | A * | 10/1998 | Muller ................... 435/6.12 |
| 5,853,667 | A | 12/1998 | Seaton et al. |
| 6,168,948 | B1 | 1/2001 | Anderson et al. |
| 6,331,266 | B1 | 12/2001 | Powell et al. |
| 6,368,871 | B1 | 4/2002 | Christel et al. |
| 6,374,684 | B1 | 4/2002 | Dority |
| 6,374,685 | B1 | 4/2002 | Daly |
| 6,431,476 | B1 | 8/2002 | Taylor et al. |
| 6,440,725 | B1 | 8/2002 | Pourahmadi et al. |
| 6,664,104 | B2 | 12/2003 | Pourahmadi et al. |
| 6,692,700 | B2 | 2/2004 | Handique |
| 6,852,287 | B2 | 2/2005 | Ganesan |
| 6,860,993 | B2 | 3/2005 | Effenhauser et al. |
| 6,872,315 | B2 | 3/2005 | Effenhauser et al. |
| 6,878,540 | B2 | 4/2005 | Pourahmadi et al. |
| 6,893,879 | B2 | 5/2005 | Petersen et al. |
| 6,899,838 | B2 | 5/2005 | Lastovich |
| 6,987,018 | B2 | 1/2006 | Taylor et al. |
| 7,052,268 | B2 | 5/2006 | Powell et al. |
| 7,135,144 | B2 | 11/2006 | Christel et al. |
| 7,192,557 | B2 | 3/2007 | Wu et al. |
| 7,270,786 | B2 | 9/2007 | Parunak et al. |
| 7,323,140 | B2 | 1/2008 | Handique et al. |
| 7,332,130 | B2 | 2/2008 | Handique |
| 7,569,346 | B2 | 8/2009 | Petersen et al. |
| 7,674,431 | B2 | 3/2010 | Ganesan |
| 7,682,820 | B2 | 3/2010 | Bader |
| 7,731,906 | B2 | 6/2010 | Handique et al. |
| 7,738,094 | B2 | 6/2010 | Goldberg |
| 7,763,209 | B2 | 7/2010 | Haley |
| 7,767,447 | B2 | 8/2010 | Breidenthal et al. |
| 7,820,030 | B2 | 10/2010 | Althaus et al. |
| 7,906,758 | B2 * | 3/2011 | Stults et al. ................. 250/282 |
| 7,914,994 | B2 | 3/2011 | Petersen et al. |
| 7,935,537 | B2 | 5/2011 | Haley |
| 7,955,798 | B2 | 6/2011 | Mauritz |
| 7,955,864 | B2 | 6/2011 | Cox et al. |
| 7,964,413 | B2 | 6/2011 | Macioszek et al. |
| 7,987,022 | B2 | 7/2011 | Handique et al. |
| 7,995,798 | B2 | 8/2011 | Krupnik et al. |
| 7,998,708 | B2 | 8/2011 | Handique et al. |
| 8,003,329 | B2 | 8/2011 | Macevicz |
| 8,008,066 | B2 | 8/2011 | Lair et al. |
| 8,043,581 | B2 | 10/2011 | Ganesan |
| 8,048,375 | B2 | 11/2011 | Breidenthal et al. |
| 8,048,386 | B2 | 11/2011 | Dority et al. |
| 8,052,929 | B2 | 11/2011 | Breidenthal et al. |
| 8,088,616 | B2 | 1/2012 | Handique |
| 8,105,477 | B2 | 1/2012 | Althaus et al. |
| 8,105,783 | B2 | 1/2012 | Handique |
| 8,110,158 | B2 | 2/2012 | Handique |
| 8,133,671 | B2 | 3/2012 | Williams et al. |
| 8,168,134 | B2 | 5/2012 | Lehto |
| 8,182,763 | B2 | 5/2012 | Duffy et al. |
| 8,183,359 | B2 | 5/2012 | Becker et al. |
| 8,187,557 | B2 | 5/2012 | Van et al. |
| 8,247,176 | B2 | 8/2012 | Petersen et al. |
| 8,248,597 | B2 | 8/2012 | Goldberg |
| 8,268,245 | B2 | 9/2012 | Wahl |
| 8,268,603 | B2 | 9/2012 | Taylor et al. |
| 8,273,308 | B2 | 9/2012 | Handique et al. |
| 8,287,820 | B2 | 10/2012 | Williams et al. |
| 8,288,520 | B2 | 10/2012 | Eder et al. |
| 8,323,584 | B2 | 12/2012 | Ganesan |
| 8,323,900 | B2 | 12/2012 | Handique et al. |
| 8,324,372 | B2 | 12/2012 | Brahmasandra et al. |
| 8,349,564 | B2 | 1/2013 | Macioszek et al. |
| 8,394,336 | B2 | 3/2013 | Curcio |
| 8,404,198 | B2 | 3/2013 | Amshey et al. |
| 8,415,103 | B2 | 4/2013 | Handique |
| 8,420,015 | B2 | 4/2013 | Ganesan et al. |
| 8,431,413 | B2 | 4/2013 | Dority et al. |
| 8,440,149 | B2 | 5/2013 | Handique |
| 8,470,586 | B2 | 6/2013 | Wu et al. |
| 8,470,588 | B2 | 6/2013 | Boehm et al. |
| 8,473,104 | B2 | 6/2013 | Handique et al. |
| 8,480,976 | B2 | 7/2013 | Breidenthal et al. |
| 8,491,178 | B2 | 7/2013 | Breidenthal et al. |
| 8,501,461 | B2 | 8/2013 | Knight et al. |
| 8,640,555 | B2 | 2/2014 | Zenhausern et al. |
| 8,709,787 | B2 | 4/2014 | Handique |
| 9,101,930 | B2 | 8/2015 | Williams et al. |
| 2002/0039783 | A1 | 4/2002 | McMillan et al. |
| 2002/0160518 | A1 | 10/2002 | Hayenga et al. |
| 2003/0170686 | A1 * | 9/2003 | Hoet et al. ................... 435/6 |
| 2004/0018611 | A1 | 1/2004 | Ward et al. |
| 2004/0138154 | A1 | 7/2004 | Yu et al. |
| 2005/0180891 | A1 | 8/2005 | Webster et al. |
| 2005/0205199 | A1 | 9/2005 | Green |
| 2005/0221529 | A1 | 10/2005 | Bang et al. |
| 2005/0233370 | A1 | 10/2005 | Ammann et al. |
| 2005/0250199 | A1 | 11/2005 | Anderson et al. |
| 2005/0272169 | A1 | 12/2005 | Griffin et al. |
| 2006/0068204 | A1 * | 3/2006 | Rasmussen et al. .......... 428/407 |
| 2006/0166233 | A1 * | 7/2006 | Wu et al. ................... 435/6 |
| 2006/0182300 | A1 | 8/2006 | Schwartz |
| 2006/0182842 | A1 | 8/2006 | Pruden et al. |
| 2007/0148174 | A1 | 6/2007 | Kudlicki et al. |
| 2007/0184463 | A1 | 8/2007 | Molho et al. |
| 2007/0190662 | A1 | 8/2007 | Baetzold et al. |
| 2007/0196012 | A1 | 8/2007 | Facer et al. |
| 2007/0292941 | A1 | 12/2007 | Handique et al. |
| 2008/0057572 | A1 | 3/2008 | Petersen et al. |
| 2008/0146896 | A1 | 6/2008 | Rabinowitz et al. |
| 2008/0193384 | A1 * | 8/2008 | Willard et al. ............. 424/9.363 |
| 2008/0200343 | A1 | 8/2008 | Clemens et al. |
| 2008/0241569 | A1 | 10/2008 | Qin et al. .................... 428/548 |
| 2008/0275409 | A1 | 11/2008 | Kane et al. |
| 2008/0280285 | A1 | 11/2008 | Chen et al. |
| 2009/0130719 | A1 | 5/2009 | Handique |
| 2009/0131650 | A1 * | 5/2009 | Brahmasandra et al. .... 536/25.4 |
| 2009/0215125 | A1 | 8/2009 | Reed et al. |
| 2009/0275014 | A1 | 11/2009 | Maltezos et al. |
| 2010/0009351 | A1 | 1/2010 | Brahmasandra et al. |
| 2010/0009375 | A1 | 1/2010 | Sherman et al. |
| 2010/0029544 | A1 | 2/2010 | Cheng et al. .................... 514/3 |
| 2010/0075311 | A1 | 3/2010 | Barrault et al. |
| 2010/0165784 | A1 | 7/2010 | Jovanovich et al. |
| 2010/0300563 | A1 | 12/2010 | Ramunas et al. |
| 2010/0303687 | A1 | 12/2010 | Blaga et al. |
| 2010/0310423 | A1 | 12/2010 | Nieuwenhuis |
| 2010/0323919 | A1 | 12/2010 | Chen et al. |
| 2011/0003281 | A1 | 1/2011 | Woudenberg et al. |
| 2011/0053289 | A1 | 3/2011 | Lowe et al. |
| 2011/0071071 | A1 * | 3/2011 | Khripin et al. .................. 506/7 |
| 2011/0201099 | A1 | 8/2011 | Anderson et al. |
| 2011/0318840 | A1 | 12/2011 | Ziglioli et al. |
| 2012/0046203 | A1 | 2/2012 | Walsh et al. |
| 2012/0245218 | A1 | 9/2012 | Fukushima et al. |
| 2012/0245337 | A1 | 9/2012 | Fabis et al. |
| 2013/0210015 | A1 | 8/2013 | Williams et al. |
| 2013/0210127 | A1 | 8/2013 | Williams et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2007064635 A1 | 6/2007 |
| WO | 2009022994 | 4/2009 |

* cited by examiner



FIGURE 1A



FIGURE 1B



FIGURE 1C



FIGURE 2



FIGURE 3



FIGURE 4



FIGURE 5



FIGURE 6



FIGURE 7



FIGURE 8



FIGURE 9



FIGURE 10



FIGURE 11

Case 1:19-cv-01126-LPS   Document 169-4   Filed 02/25/21   Page 11 of 542 PageID #: 19620



FIGURE 12



FIGURE 13



FIGURE 14



FIGURE 15

Case 1:19-cv-01126-LPS   Document 169-4   Filed 02/25/21   Page 13 of 542 PageID #: 19622



Cycle

FIGURE 16



Cycle

FIGURE 17



FIGURE 18



FIGURE 19

Case 1:19-cv-01126-LPS   Document 169-4   Filed 02/25/21   Page 15 of 542 PageID #: 19624



FIGURE 20



FIGURE 21A



FIGURE 21B



FIGURE 21C



FIGURE 22A

NORMALLY OPEN, 42

NORMALLY CLOSED, 43

FIGURE 22B

FIGURE 22C

US 9,382,532 B2

1

# METHOD AND MATERIALS FOR ISOLATION OF NUCLEIC ACID MATERIALS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Application Ser. No. 61/718,634 filed 25 Oct. 2012, which is incorporated in its entirety herein by this reference.

## TECHNICAL FIELD

This invention relates generally to the biotechnology field, and more specifically to an improved method and materials for isolation of nucleic acid materials.

## BACKGROUND

Molecular diagnostics is a clinical laboratory discipline that has developed rapidly during the last 25 years. It originated from basic biochemistry and molecular biology research procedures, but now has become an independent discipline focused on routine analysis of nucleic acids (NA), including deoxyribonucleic acid (DNA) and ribonucleic acid (RNA) for diagnostic use in healthcare. Molecular diagnostic analysis of biological samples can include the detection of one or more nucleic acid materials present in the specimen. The particular analysis performed may be either qualitative and/or quantitative. Methods of analysis involve isolation and purification of nucleic acid material, and an important step in the sensitive and rapid detection of a nucleic acid is the isolation and purification of said nucleic acid material from the crude biological sample. Often, a nucleic acid material sample is obtained in insufficient quantity, quality, and/or purity, hindering a robust implementation of an analytical technique. Furthermore, methods of isolation are specific to certain clinical matrices containing the nucleic acid and not applicable across multiple matrices. Due to these and other deficiencies of current methods and materials used in isolation of nucleic acid material, there is thus a need for an improved method and materials for isolation of nucleic acid materials.

## BRIEF DESCRIPTION OF THE FIGURES

FIGS. **1A-1C** depict embodiments of process flow of a method for isolation of nucleic acid materials;

FIG. **2** depicts a flow chart of a method for isolation of nucleic acid materials;

FIG. **3** is a schematic representation of an embodiment of a method for bonding microparticles with an affinity moiety useful for isolation of nucleic acid materials;

FIG. **4** shows the performance of example nucleic acid isolation reagents for the extraction of *Enterovirus* RNA target from cerebrospinal fluid specimen using a real-time RT-PCR assay;

FIG. **5** shows the performance of example nucleic acid isolation reagents for the extraction of *Enterovirus* RNA target from M4 transport medium using a real-time RT-PCR assay;

FIG. **6** shows the performance of the example nucleic acid isolation reagents for the extraction of *Enterovirus* RNA target from UTM (Universal Transport Media) using a real-time RT-PCR assay;

FIG. **7** shows the quantitative performance of the example nucleic acid isolation reagents for the extraction of *Enterovi-*

2

*rus* RNA target from a nasal swab transferred to UTM transport medium using a real-time RT-PCR assay;

FIG. **8** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to isolate and purify Group B *Streptococcus* DNA using DAB affinity particles, in a variety of biological samples (clinical matrices) for subsequent real-time PCR assay implementation;

FIG. **9** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to isolate and purify Group B *Streptococcus* DNA using PAA affinity particles, in Human Urine specimens, for subsequent real-time PCR assay implementation;

FIG. **10** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to isolate and purify Group B *Streptococcus* DNA using PAA affinity particles, in Human Plasma specimens, for subsequent real-time PCR assay implementation;

FIG. **11** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to isolate and purify Group B *Streptococcus* DNA using PAA affinity particles, in simulated swab specimens, for subsequent real-time PCR assay implementation;

FIG. **12** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to isolate and purify Group B *Streptococcus* DNA using PAA affinity particles, in simulated swab transport media specimen, for subsequent real-time PCR assay implementation;

FIG. **13** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to isolate and purify Group B *Streptococcus* DNA using PAA affinity particles, in Whole Blood specimens (donor), for subsequent real-time PCR assay implementation;

FIG. **14** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to isolate and purify Group B *Streptococcus* DNA using PAA affinity particles, in Human Urine specimens (donor), for subsequent quantitative real-time PCR assay implementation;

FIG. **15** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to isolate and purify Group B *Streptococcus* DNA using PAA affinity particles, in Human Plasma specimens (donor), for subsequent quantitative real-time PCR assay implementation;

FIG. **16** demonstrates the influence of binding time on the performance of an embodiment of a nucleic acid isolation technique;

FIG. **17** demonstrates the influence of binding temperature on the performance, in Human Plasma specimens, of an embodiment of a nucleic acid isolation technique;

FIG. **18** demonstrates the influence of binding time on the performance, in Human Urine specimens, of an embodiment of a nucleic acid isolation technique;

FIG. **19** demonstrates the use of TWO example different elution solutions—NaOH and KOH—on the performance, in Human Urine specimens, of an embodiment of a nucleic acid isolation technique; and

FIG. **20** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to simultaneously isolate and purify *Enterovirus* RNA and Group B *Streptococcus* DNA using PAA affinity particles, from the same sample matrix, M4 Transport Medium.

FIGS. **21A-21C** depict an example of a valve actuation subsystem of a molecular diagnostic module;

FIGS. **22A-22C** depict an example of subsets of occlusion positions defining truncated portions of a fluidic pathway.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following description of preferred embodiments of the invention is not intended to limit the invention to these pre-

US 9,382,532 B2

3

ferred embodiments, but rather to enable any person skilled in the art to make and use this invention.

1. Method for Nucleic Acid Isolation

As shown in FIGS. 1A and 2, a method 100 for nucleic acid isolation comprises receiving a binding moiety solution within a process chamber S110; mixing the binding moiety solution with a biological sample, within the process chamber, in order to produce a moiety-sample solution S120; incubating the moiety-sample solution during a time window S130, thereby producing a lysed solution comprising a moiety-bound nucleic acid volume and a waste volume; separating the moiety-bound nucleic acid volume from the waste volume S140; washing the moiety-bound nucleic acid volume S150; and releasing a nucleic acid sample from the moiety-bound nucleic acid volume S160. The method functions to liberate, extract, aggregate, and/or isolate nucleic acids (e.g., deoxyribonucleic acids, ribonucleic acids) from a raw biological sample (e.g., directly from a subject or agricultural product), wherein the raw biological sample contains the nucleic acids in bound-form (e.g., bound in cellular form). The method 100 can also serve as a precursor to other processing methods for nucleic acids, including amplification (e.g., by polymerase chain reaction) and/or characterization (e.g., by fluorescence detection) of nucleic acids from a biological sample. The method 100 preferably enables the preferential binding of a desired nucleic acid sample, as compared to binding of inhibitors (e.g., membrane fragments, humic acids, mucosal compounds, hemoglobin, proteins) or nonpreferred substances, or the preferential washing away of inhibitors/non-preferred substances as compared to the desired nucleic acid sample. The method 100 also preferably enables the release or elution of the desired nucleic acid sample from the microparticle or other surface for further processing and/or characterization.

The method 100 can be performed in any container or process chamber that is configured to contain a suitable concentration of affinity moiety-coated microparticles, facilitate suitable buffer conditions to allow for binding (e.g., buffer conditions providing a suitably low pH), contain suitable amounts of proteolytic or other enzymes for effective lysis or removal of inhibitory substances, and provide suitable thermal conditions that collectively enable binding of nucleic acids to the affinity moiety-coated microparticles. The process chamber or any other device can also be configured to enable another set of conditions (e.g., suitably high pH, suitably low salt concentration, and/or suitably high temperature) that facilitate release of bound nucleic acids. Suitable conditions for binding and release can vary between different biological sample types, and example suitable conditions for exemplary biological sample types are described in further detail in Section 3 below.

In a specific example, as shown in FIG. 1A, the method 100 can be implemented using a 1.7 mL microcentrifuge tube; however, the method 100 can alternatively be implemented using any suitable tube, vessel, container, chamber, or device. In other examples, the method 100 can be implemented using the system described in U.S. patent application Ser. No. 13/766,359 (U.S. Pat. App. Pub. No. 2013/0210127 A1), entitled "System and Method for Processing and Detecting Nucleic Acids", and/or the cartridge described in U.S. patent application Ser. No. 13/765,996 (U.S. Pat. App. Pub. No. 2013/0210125 A1), entitled "Microfluidic Cartridge for Processing and Detecting Nucleic Acids", which are both incorporated herein in their entirety by this reference.

Step S110 recites receiving a binding moiety solution within a process chamber, and functions to provide an environment that facilitates binding of nucleic acids to a binding

4

moiety. Preferably, the binding moiety solution comprises a suitable concentration of an affinity moiety configured to selectively bind to target nucleic acids, such as an affinity moiety described in Section 2 below; however, the binding moiety solution can additionally or alternatively comprise additional components, such as a collection buffer (e.g., low pH buffer, high salt content buffer), proteolytic enzymes (e.g., Proteinase K, other proteases), additional lysis reagents, and/or any other suitable process reagents that facilitate binding of nucleic acids to the affinity moieties. Furthermore, amounts/concentrations of proteolytic enzymes (e.g., Proteinase K, other proteases) within the binding moiety solution can be optimized to provide a suitable level of proteolytic action while reducing carry-over of the proteolytic enzymes into further process steps (e.g., when using elution solutions with lower salt concentrations). Reducing carry-over of proteolytic enzymes provides significantly better amplification and subsequent fluorescence signal (e.g., nucleic acid detection) in variations of Step S170. In specific examples, the amount of Proteinase K in a binding moiety solution can range from 20-40 microliters of 20 mg/mL Proteinase K. In one variation, the affinity moieties are coated onto the surfaces of microparticles by covalent bonding, and are configured to facilitate further processing and isolation of nucleic acids bound to the affinity moieties. Furthermore, in this variation, the amount of affinity moiety coated onto the microparticles is preferably configured to provide a high binding capacity with a reduced amount of microparticles (e.g., configured to provide a binding capacity of 25-100 micrograms of nucleic acids per 1 mg of microparticles). Such a configuration allows release of nucleic acids into a small volume, in order to efficiently concentrate a target nucleic acid from a biological sample.

In a specific example of this variation of Step S110, the microparticles are magnetic beads (e.g., magnetic, parmagnetic, superparamagnetic) with any suitable hydrophilicity (e.g., hydrophobic, hydrophilic), wherein the magnetic beads are coated with the affinity moiety and simultaneously received within the process chamber along with a low-pH buffer solution, proteolytic enzymes, and lytic reagents. In this specific example, magnetic separation can be used to facilitate further processing and isolation of nucleic acids bound to the affinity moieties coupled to magnetic beads. In another specific example of this variation, the microparticles are beads of a suitable size coated with the affinity moiety, and are simultaneously received within the process chamber along with a suitable buffer solution, proteolytic enzymes, and lytic reagents. In this specific example, sized-based separation can be used to facilitate further processing and isolation of nucleic acids bound to the affinity moieties coupled to the suitably-sized beads. The binding moiety solution of Step S110 can additionally or alternatively comprise any suitable affinity moiety or combination of affinity moiety delivered by any suitable mechanism or substrate.

Step S120 recites mixing the binding moiety solution with a biological sample, within the process chamber, in order to produce a moiety-sample solution, which functions to initiate lysis of the biological sample and enable target nucleic acids to bind to affinity moieties of the binding moiety solution. Preferably, binding of target nucleic acids to affinity moieties is facilitated by the appropriate pH of the binding solution, as shown in FIG. 1C; however, binding can be facilitated by any other suitable mechanism. In a variation involving an appropriate pH in the binding solution, mixing and binding can occur at a low pH, which produces a positively charged affinity moiety that is attracted to negatively charged nucleic acid

US 9,382,532 B2

**5**

molecules. Specific examples of affinity moieties that function via a pH shift are described in Section 2 below.

In Step S**120**, the process chamber can be any suitable vessel, as shown in FIG. **1**A, or a suitable capture plate, such as that described in U.S. patent application Ser. No. 13/766, 359, entitled "System and Method for Processing and Detecting Nucleic Acids", as shown in FIG. **1**B. Preferably, the biological sample is delivered into the process chamber containing the binding moiety solution, and the resulting moiety-sample solution is aspirated and dispensed repeatedly to thoroughly mix the moiety-sample solution. Alternatively, the biological sample and the binding moiety solution can be mixed in any suitable order, and can be aspirated and dispensed any suitable number of times to mix the moiety-sample solution. Furthermore, in other variations, the moiety-sample solution can be transferred to any other suitable fluid vessel for mixing. In a specific example, between 5 uL.-2 mL of biological sample is delivered to the process chamber containing the binding moiety solution and the resulting moiety-sample solution is then mixed thoroughly by aspirating and dispensing the moiety-sample solution ten times to ensure uniform distribution within the moiety-sample solution.

In Step S**120**, the biological sample can comprise any suitable sample containing polynucleotides, including deoxyribonucleic acids (DNA) and/or ribonucleic acids (RNA), and can be co-delivered in any suitable matrix or medium. In variations of Step S**120**, the biological sample can comprise biological specimens from any species, and in specific examples wherein the biological specimen is from an animal species, the biological sample can comprise any of cerebrospinal fluid (CSF), a mucous membrane sample (e.g., nasal swab, buccal swab, vaginal tissue swab), blood (e.g., whole blood, dried blood), organ tissue (e.g., biopsy aspirate), plasma, urine, feces, skin, hair, or any other biological sample carried in matrix or media (e.g., universal transport media). In these variations and examples, the target nucleic acid(s) of interest can be contained within particles (e.g., cells), tissue fragments, bacteria, fungi, or spores of the biological sample.

Step S**130** recites incubating the moiety-sample solution during a time window, and functions to produce a lysed moiety-sample solution comprising a moiety-bound nucleic acid volume (e.g., a volume of nucleic acids reversibly bonded to the set of affinity moiety-coated microparticles) and a waste volume. In Step S**130**, the moiety-sample solution can be incubated using any suitable heating apparatus, as shown in FIG. **1**A, or a suitable capture plate heater, such as that described in U.S. patent application Ser. No. 13/766,359, entitled "System and Method for Processing and Detecting Nucleic Acids", as shown in FIG. **1**B. In Step S**130**, the nucleic acid is released from within the cell or other structure that it is contained within, and binds to the microparticles coupled with the affinity moiety, while other unbound components form a waste volume for later removal, as shown in FIG. **1**C. Preferably, the process chamber containing the moiety-sample solution (e.g., lysis, clean-up, binding reagents and the biological sample) is incubated for a defined period of time at a temperature preferably in the range of 25-95 C, wherein time and temperature parameters are biological sample-dependent. Example parameters for different biological samples are described briefly below, and further in Section 3 below. Alternatively, the moiety-sample solution can be transferred to another vessel for incubation in variations of Step S**130**. Furthermore, in variations of Steps S**110**, S**120**, and S**130**, any or all of the lysis, proteolytic and binding steps

**6**

can occur simultaneously in the process chamber or any other suitable vessel, and are not required to be discrete steps.

In examples of Step S**130**, incubation of the moiety-sample solution can be performed for a period of 2-20 minutes depending on the biological specimen and the source(s) of the target nucleic acid(s). Additionally, in the examples, the incubation temperature is based upon the specimen being processed and the source(s) of the target nucleic acid(s). In a first example of Step S**130**, enteroviral particles are incubated and lysed at room temperature in the presence of detergent. In a variation of the first example, enteroviral particles treated with Proteinase K can be incubated and lysed within a modified temperature range of 37-60 C for optimal activity of the proteinase enzyme. In a second example of Step S**130**, a nasal swab containing *Staphylococcus aureus* bacteria is incubated at approximately 95 C to ensure thorough lysis of the gram-positive bacteria. In variations of the second example, treatment of the bacterial sample with specific lytic enzymes (e.g., achromopeptidase or lysostaphin) can result in modified lysis temperature. In all of the specific examples and variations, the incubation produces a lysed moiety-sample solution comprising a volume of affinity moiety-bound nucleic acids and a waste volume for removal.

Step S**130** can further comprise Step S**131**, which recites pre-treating and/or performing additional heating of the moiety-sample solution. Step S**131** functions to further facilitate or enhance lysis of the moiety-sample solution. In one application, certain tough-to-lyse organisms (e.g., mycobacteria) can require additional pre-treatment or heating steps, as provided by Step S**131**, to ensure thorough lysis and subsequent release of the nucleic acid from the organism/biological sample. Preferably, the binding of the target nucleic acid is neither adversely nor positively impacted by the presence of the additional lysis and proteolytic reagents provided in Step S**131**; however, in alternative variations, binding can be influenced by the additional reagents provided in Step S**131**, and effects of the reagents can be mitigated or unmitigated depending upon the application and/or desired usage of the target nucleic acid(s).

Step S**140** recites separating the moiety-bound nucleic acid volume from the waste volume, and functions to compact or concentrate microparticles coupled to the target nucleic acid(s), by way of the affinity moieties, in order to facilitate removal of the waste volume from the moiety-bound nucleic acid volume. Preferably, the moiety-bound nucleic acid volume is separated using a magnetic-separation method; however the moiety-bound nucleic acid volume can alternatively be separated using methods based upon microparticle size, mass, and/or density (e.g., centrifugation, sedimenting, filtering), and/or focusing methods (e.g., electric field focusing, laser based focusing). Separation in Step S**140** can, however, be performed using any other suitable method. In a first variation, wherein the microparticles coupled with affinity moieties have magnetic properties, a magnetic field can be applied to retain the nucleic acid-bound microparticles of the moiety-bound nucleic acid volume, while the waste volume (e.g., cellular debris and other unbound material) is substantially removed by aspiration. In a second variation, wherein the microparticles coupled with affinity moieties have a characteristic dimension for size-based separation, the lysed moiety-sample solution can be filtered to substantially remove the waste volume. In the second variation, the filter is preferably configured to pass the microparticles bound to the target nucleic acids while retaining the waste; however, the filter can alternatively be configured to retain the microparticles while passing the waste.

US 9,382,532 B2

7

Preferably, in Step S**140**, appropriate care is taken to ensure that the compacted microparticles of the moiety-bound nucleic acid volume are not disturbed and no significant loss of the microparticles with bound nucleic acids occurs during removal of the waste volume. Furthermore, in some variations, some liquid can still be retained by the compacted microparticles of the moiety-bound nucleic acid volume in order to minimize microparticle loss. However, some applications of Step S**140** can alternatively involve a reduction in retained liquid at the expense of some amount of microparticle loss. In a specific example, the liquid retained can bring the moiety-bound nucleic acid volume to approximately 5-10 microliters.

In Step S**140**, the lysed moiety-sample solution can be processed within the process chamber to separate the moiety-bound nucleic acid volume from the waste volume; however, the lysed moiety-sample solution can alternatively be transferred to another suitable vessel for separation of the moiety-bound nucleic acid volume from the waste volume. In a first variation, a pipetting system (automatic or manual) can be used to remove the waste volume (e.g., supernatant liquid), and multiple aspirations by the pipetting system may be necessary to ensure as complete a removal of the supernatant as possible. In an example of the first variation, a 1000 microliter pipette tip can be used to perform gross removal of the waste volume in a first aspiration followed by the use of a finer pipette tip (e.g., 100-200 microliter tip) in additional aspirations, to remove the remainder of the waste volume. In the example, the removal of the waste volume occurs close to the bottom of the process chamber to provide complete liquid removal with minimal bubbling. In a second variation, the lysed moiety-sample solution can be transferred to a vessel that enables the moiety-bound nucleic acid volume to be captured and the waste volume to be removed in a flow through manner, either against the pores of a filter or in the presence of a magnetic field. In the second variation, the microparticles with bound nucleic acids are retained in a filter zone or a magnetic field zone of the vessel, and the liquid portion is flowed into a "waste chamber". In a specific example of the second variation, a system (such as the one described in U.S. patent application Ser. No. 13/766,359, entitled "System and Method for Processing and Detecting Nucleic Acids") can be used to transfer the lysed moiety-sample solution into a fluidic pathway of a cartridge (such as the one described in U.S. patent application Ser. No. 13/765, 996, entitled "Microfluidic Cartridge for Processing and Detecting Nucleic Acids"). In the specific example, the lysed moiety-sample solution can be retained by a magnetic field within a portion of the fluidic pathway upon occlusion of the fluidic pathway at a suitable set of occlusion positions, in order to separate the moiety-bound nucleic acid volume from the waste volume. The waste volume can then be removed by pushing the waste volume to a waste chamber of the cartridge.

Step S**150** recites washing the moiety-bound nucleic acid volume, and functions to enable the removal of non-specifically bound moieties and to facilitate a subsequent buffer change in Step S**160** by displacing any liquid retained during Step S**140**. In other steps of the method **100**, non-specific binding can occur via electrostatic attraction (e.g., by other negatively charged species), surface adsorption, or any other means; thus, Step S**150** can substantially remove a large majority of these non-specifically bound species, especially ones bound to the affinity moieties via means other than electrostatic attraction. Preferably, washing the moiety-bound nucleic acid volume comprises delivering a wash solution to the moiety-bound nucleic acid volume and removing the wash solution and any elements carried in the wash solu-

8

tion; however, washing the moiety-bound nucleic acid volume can alternatively comprise delivering a wash solution through a vessel containing the moiety-bound nucleic acid volume, in order to wash the moiety-bound nucleic acid volume in a flow-through manner. Furthermore, the microparticles of the moiety-bound nucleic acid volume can be agitated to go back into a suspension from a compacted state (e.g., during magnetic capture) or the wash solution can simply be flowed over the microparticles to further remove non-specific moieties and facilitate exchange of buffers. The wash solution preferably has a pH less than 9 and comprises purified water (e.g., Ultrapure water, deionized water) and a suitable buffer (e.g., pH 8.0 Tris buffer), but can alternatively comprise any other suitable component or combination of components for washing the moiety-bound nucleic acid volume, as dependent upon the biological sample type. Furthermore, the wash solution is preferably configured so that the bound target nucleic acid(s) is/are virtually undisturbed during Step S**150**. Additionally, variations of Step S**150** can comprise multiple iterations of washing with the same or a different wash solution for more stringent removal of the non-nucleic acid material (e.g., inhibitors, non-desired elements) as well as facilitating a more thorough buffer exchange.

In a first example of Step S**150**, the wash solution is delivered through a vessel containing the moiety-bound nucleic acid volume in a continuous flow model. In the first example, the total wash solution volume and flow rate define the efficacy of the washing procedure rather than the number of washing iterations. The flow rate is implemented based upon ensuring that the captured microparticles are not lost but the flow velocity provides adequate agitation to ensure removal of the bound non-target nucleic acid material/inhibitor. In the first example, the total wash solution volume is measured as a multiple of the volume of the vessel containing the captured microparticles or the retained volume of the compacted microparticles of the moiety-bound nucleic acid volume. In the first example, the flow rates are in the range of 1-10 microliters/second, and the total wash solution volume is 50-500 microliters.

In a variation of the first example of Step S**150**, a system (such as the one described in U.S. patent application Ser. No. 13/766,359, entitled "System and Method for Processing and Detecting Nucleic Acids") can be used to deliver the wash solution into a fluidic pathway of a cartridge (such as the one described in U.S. patent application Ser. No. 13/765,996, entitled "Microfluidic Cartridge for Processing and Detecting Nucleic Acids"). In the variation of the first example, the microparticles of the moiety-bound nucleic acid volume can be retained by a magnetic field within a portion of the fluidic pathway upon occlusion of the fluidic pathway at a suitable set of occlusion positions, and the wash solution can be delivered through the portion of the fluidic pathway and into a waste chamber of the cartridge to wash the microparticles with the bound target nucleic acid(s).

Step S**160** recites releasing a nucleic acid sample from the moiety-bound nucleic acid volume, and functions to separate the microparticles from the bound nucleic acid of the moiety-bound nucleic acid volume by using a reagent (i.e., an elution solution) that mitigates the affinity of the coated microparticles for the target nucleic acid(s) and creates an environment for the release of the target nucleic acid(s) from the microparticles. Preferably, Step S**160** enables the elution/release of as much of the bound target nucleic acids in the fastest amount of time; however, Step S**160** can alternatively or additionally enable the elution/release of as much of the bound target nucleic acids using the smallest volume of elution solution or

US 9,382,532 B2

9

any other suitable limiting parameter. For example, the target nucleic acid(s) from 0.5 mL of an initial biological sample (undiluted by collection buffer) can be processed using the method **100** and eluted into ~10 uL of elution solution. In other examples, elution solution volumes can be as low as 5 microliters resulting in a significant (50×-100×) concentration of the target nucleic acid from the initial biological sample.

In one variation of Step S**160**, the affinity moieties, examples of which are described in Section 2 below, function based upon the pH of the environment. Specifically, at low pH, the affinity moieties are positively charged, which results in attraction to negatively charged nucleic acids; however, at high pH, the affinity moieties are negatively charged, which results in repulsion of negatively charged nucleic acids. In a specific example of this variation, releasing the nucleic acid sample comprises providing an elution solution that is in the range of pH 12-pH 13 to effect efficient elution/release of the bound target nucleic acid(s) from the microparticle based upon a shift to a more basic pH. In the specific example, the elution solution comprises 20 mM of NaOH; however, in other variations the elution solution can comprise any other suitable concentration of NaOH or KOH, depending upon the application (e.g., sample type). Again, substantial removal of the wash solution during variations of the method **100** comprising Step S**150** can facilitate or enhance the pH-shift for nucleic acid release, as the wash solution can potentially neutralize the elution solution in an undesirable manner and mitigate the elevated pH necessary for releasing the target nucleic acid(s).

In some variations, Step S**160** can further comprise Step S**161**, which recites heating the moiety-bound nucleic acid volume. Step S**161** functions to provide additional environmental conditions that facilitate release of the nucleic acid sample from the microparticles, and can further function to mitigate effects of proteolytic enzymes that are used in Steps S**110**, S**120**, and/or S**130** or that may be released from the biological sample containing the nucleic acid. Preferably, an elevated temperature in combination with an elevated pH resulting from the elution solution provides the enhanced conditions to facilitate the release of the nucleic acid sample. Furthermore, an elevated temperature (e.g., elevating a sample eluted at room temperature to 85 C) can function to minimize protease enzyme activity in the eluted nucleic acid and thereby improve the robustness of the detection of the target nucleic acid sample during processing in variations of Step S**110**; however, the method **100** can alternatively omit Step S**161** in applications wherein heating the moiety-bound nucleic acid volume is undesirable and/or unnecessary. Furthermore, variations of Step S**161** can comprise heating at higher temperatures for shorter time periods, or heating at lower temperatures for longer time periods. In an example of Step S**161**, heating comprises elevating the temperature of the moiety-bound nucleic acid volume to 80-85 C, for 3 minutes, and in another example, heating comprises elevating the temperature of the moiety-bound nucleic acid volume to 50-70 C, for 3-10 minutes. In other examples, the elevation temperature can be maintained at a desired set-point for as low as 1 minute or as high as 30 minutes. Further, elution conditions may be optimized to ensure that the bound nucleic acid is only eluted in the presence of the high pH solution at the elevated temperature for a specified amount of time.

In a specific example of Steps S**160** and S**161**, a system (such as the one described in U.S. patent application Ser. No. 13/766,359, entitled "System and Method for Processing and Detecting Nucleic Acids") can be used to deliver the elution solution into a fluidic pathway of a cartridge (such as the one

10

described in U.S. patent application Ser. No. 13/765,996, entitled "Microfluidic Cartridge for Processing and Detecting Nucleic Acids"). In the variation of the specific example, the microparticles of the moiety-bound nucleic acid volume can be retained by a magnetic field within a portion of the fluidic pathway upon occlusion of the fluidic pathway at a suitable set of occlusion positions, and the elution solution can be delivered through the portion of the fluidic pathway enable release of the nucleic acid sample from the microparticle. Additionally, a heating element of the system can be moved proximal to the portion of the fluidic pathway with the elution solution and the microparticles to further enhance release of the nucleic acid sample.

While the method **100** preferably comprises Steps S**150** and S**160**, other variations of the method **100** can omit Steps S**150** and S**160**. In one variation, Step S**150** can be omitted such that release in Step S**160** occurs without washing the moiety-bound nucleic acid volume. In another variation, Step S**160** can be omitted such that the target nucleic acid(s) bound to microparticles in the moiety-sample volume can be incorporated into a downstream assay without eluting or releasing the target nucleic acid(s) from the microparticle. Other variations of the method **100** can omit steps or rearrange steps according to the specific application.

Furthermore, variations of the method **100** can further comprise Step S**165**, which recites spiking at least one of the biological sample and the nucleic acid sample with a process control. The process control (e.g., SPC**1**) preferably comprises a set of primers and probes based upon the type(s) of nucleic acids (e.g., RNA, DNA) in samples being processed, and in a specific example, comprises a set of primers and probes based upon a synthetic DNA strand incorporated into a plasmid or an RNA bacteriophage MS2. In other examples, the process control can be configured to serve as a process control for RNA, DNA, or RNA and DNA in biological samples being processed. The process control can also serve as a monitor for duplex extractions (e.g., duplex PCR in an MS2+*Enterovirus* assay). Furthermore, the process control can be optimized for implementation with multiple matrices.

In Step S**165**, the process control can be spiked before lysis of the biological sample in variations of Step S**120**, and/or can be spiked after elution of the nucleic acid sample in variations of Step S**160**. In variations of the method **100** comprising Step S**165**, however, the method **100** preferably comprises washing the moiety-bound nucleic acid volume, as in variations of step S**150**. In specific examples, however, Step S**165** can comprise any combination of: not washing the moiety-bound nucleic acid volume, passively washing the moiety-bound nucleic acid volume, not removing a wash solution from the moiety-bound nucleic acid volume, washing the moiety-bound nucleic acid volume with a Tris solution (e.g., 1 mM Tris solution), eluting the nucleic acid sample at room temperature, eluting the nucleic acid sample at 99 C, eluting the nucleic acid sample at 55 C, and not resuspending moiety-bound microparticles in a release buffer, any combination of which can affect amplification of the nucleic acids or the process control.

As shown in FIGS. **1A**, **1B**, and **2**, the method **100** can further comprise Step S**170**, which recites processing the nucleic acid sample. Processing can comprise amplifying the nucleic acid(s) of the nucleic acid sample (e.g., by polymerase chain reaction), or any other suitable method for processing nucleic acids. In any of the methods for processing nucleic acids, Step S**170** can further comprise buffering the nucleic acid sample, for example, to neutralize the pH of the elution solution in Step S**160**, or combining the nucleic acid sample with nuclease inhibitors (e.g., TCEP, b-mercaptoet-

US 9,382,532 B2

**11**

hanol, DTT, EDTA, SDS, LDS) to facilitate long term storage of the nucleic acid sample. In one variation, the nucleic acid sample eluted from the microparticles can be aspirated (e.g., by a pipette tip or by a fluid handling system) into another process chamber and combined with process reagents for further processing and characterization. In a specific example of this variation, a system (such as the one described in U.S. patent application Ser. No. 13/766,359, entitled "System and Method for Processing and Detecting Nucleic Acids") can be used to aspirate the nucleic acid sample from a fluidic pathway of a cartridge (such as the one described in U.S. patent application Ser. No. 13/765,996, entitled "Microfluidic Cartridge for Processing and Detecting Nucleic Acids"), while the microparticles are immobilized by a magnet. The system can then combine the nucleic acid sample with process reagents (e.g., PCR reagents) in a separate container (e.g., assay plate), and then transfer the nucleic acid sample combined with process reagents to a detection chamber of the fluidic pathway (upon occlusion and/or opening of the fluidic channel at another subset of occlusion positions). The nucleic acid sample combined with process reagents can then be processed within a diagnostic chamber that is coupled to the fluidic pathway.

As a person skilled in the art will recognize from the previous detailed description and from the figures and claims, modifications and changes can be made to the embodiments of the method **100** without departing from the scope of the method **100**.

2. Example Affinity Moieties

Nucleic acid molecules are typically negatively charged at standard processing conditions. In such processes, positively charged moieties can capture and retain the negatively charged nucleic acid molecules; however, the positively charged moieties can bind too strongly with target nucleic acids leading to an irreversible process whereby the bound nucleic acid cannot be released into the solution for further processing/analysis. Two novel molecules that are capable of binding nucleic acid in a reversible manner are described below, wherein the reversible binding is modulated by changing the pH of the environment.

2.1 Poly(allylamine)

Poly(allylamine), or PAA, is a cationic polyelectrolyte prepared by the polymerization of allylamine. Allylamine is an organic compound with the formula $C_3H_5NH_2$.

An exemplary PAA molecule has the following formula:



PAA is typically a linear molecule consisting of repeating units of allylamine; however, alternative formulations of PAA may exhibit some branching. In one embodiment of a novel PAA formulation, a wide range of molecular weights of PAA are synthesized and utilized in an embodiment by controlling the extent of polymerization during synthesis of PAA. Due to its strong affinity for nucleic acid, PAA of significantly longer lengths (molecular weights greater than 30,000 Da) can bind to target nucleic acids too strongly resulting in inefficient release of bound target nucleic. Thus, PAA of molecular weights smaller than 30,000 Da are preferable and can be synthesized by controlling the extent of polymerization (e.g., by chain termination reactions, by chain transfer reactions, by chain cleavage reactions). However, strong binding induced

**12**

by PAA with molecular weights greater than 30,000 Da can be mitigated via the use of stronger elution solutions (e.g., elution solutions with a pH of 14). PAA can act as an inhibitor of enzymatic reactions, due to its strong propensity to bind to nucleic acids and other negatively charged species. Thus, it is preferable that PAA does not reside in solution with the nucleic acid during analysis, for example, during processing of the nucleic acid sample in Step S**170** as described in Section 1 above.

2.2 Polypropylenimine Tetramine Dendrimer

Polypropylenimine tetramine dendrimer Generation 1, or DABAM Generation 1, is a cationic polyelectrolyte dendrimer. Dendrimers are repetitively branched molecules. A dendrimer is typically symmetric around a core, and often adopts a spherical three-dimensional structure.

An exemplary DABAM molecule has the following formula:



DABAM is typically a linear molecule with the formula [—CH2 CH2N(CH2 CH2 CH2NH2)2]2. The example embodiments of DABAM suitable for use in the methods described herein are synthesized and utilized in one variation by controlling the dendrimer formation during synthesis. Due to its strong affinity for nucleic acids, DABAM of significantly higher generations (e.g., beyond Generation 2) may bind the nucleic acid too strongly resulting in inefficient release of bound nucleic acids. Thus, DABAM of generation less than 2 are preferable and can be synthesized by controlling the extent of dendrimer polymerization (e.g., by chain termination reactions, by chain transfer reactions, by chain cleavage reactions). However, strong binding induced by DABAM of generation greater than or equal to 2 can be mitigated via the use of stronger elution solutions (e.g., elution solutions with a pH of 14). In addition, DABAM can act as an inhibitor of enzymatic reactions, due to its strong propensity to bind to nucleic acids and other negatively charged species. Thus, it is preferable that be DABAM does not reside in solution with the nucleic acid during analysis, for example, during processing of the nucleic acid sample in Step S**170** as described in Section 1 above.

2.3 Support Materials

The affinity moieties, such as the PAA and DABAM described in Section 2.1 and 2.2, can be immobilized on a suitable substrate to facilitate subsequent capture of target nucleic acids bound to the substrate (e.g., by magnetic separation, size-based separation, density-based separation, or focusing). A process for coupling the affinity moiety to the substrate preferably relies on creation of a covalent bond between the affinity moiety and the microparticle, and in one variation as described below, a carboxylic acid group (—COOH) can be used to form the covalent bond between the microparticles and the affinity moieties.

As shown in FIG. **3**, a method **200** for coupling the microparticles with the affinity moieties comprises activating carboxylated microparticles with EDAC **5210** to form a set of microparticle-reactive ester compounds; treating the set of microparticle-reactive ester compounds with an N-Hydroxysuccinimide to form a set of microparticle-amine reactive

**13**

ester compounds S**220**, combining the set of microparticle-amine reactive ester compounds with a set of affinity moieties selected from the group comprising PAA and DABAM S**230** to produce a microparticle-moiety solution; and washing the microparticle-moiety solution, thereby producing a set of microparticles covalently bonded to the set of affinity moieties by amide bonds S**240**. The method **200** functions to produce a set of moiety-bound microparticles for nucleic acid isolation. Preferably, the microparticles are magnetic to facilitate nucleic acid isolation by magnetic separation; however, the microparticles can alternatively be characterized by any suitable feature that facilitates nucleic acid isolation, as described earlier in Section 1.

In a specific example, as shown in FIG. **3**, the method **200** comprises activating magnetic carboxylated microparticles with EDAC in Step S**110** to form a set of magnetic microparticle-reactive ester compounds; treating the set of magnetic microparticle-reactive ester compounds with a N-Hydroxysulfosuccinimide to form a set of microparticle-amine reactive ester compounds S**220**; combining the set of microparticle-amine reactive ester compounds with a set of affinity moieties selected from the group comprising PAA of molecular weight less than 30,000 Da and DABAM of generation less than two S**230** to produce a microparticle-moiety solution; and repeatedly washing the microparticle-moiety solution, thereby producing a set of magnetic microparticles covalently bonded to the set of affinity moieties by amide bonds S**240**.

Other variations and examples of the method **200** can comprise performing steps of the method **200** simultaneously and/or in any suitable order, and using any suitable alternative components for forming bonds between the microparticles and the affinity moieties.

3. Representative Examples and Results of the Method

Sections 3.1-3.17 describe representative examples of methods of DNA and RNA isolation from multiple sources. Specific reagents used in the representative examples, including binding moiety solutions, wash solutions, and elution solutions, are described in Section 4 below.

3.1 Representative RNA Isolation Method and Results: Example 1

A first example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, cerebrospinal fluid (CSF) as a representative biological sample, and *Enterovirus* (EV) viral particles as the model target. In the first example, 200 µL of CSF was spiked with 2 µL of EV viral particle lysate and then mixed with 500 µL of RNA Collection Buffer 1 (CBR-1) and 300 µL of nuclease-free water in examples of Steps S**110** and S**120**. As a comparison, a similar amount of EV particle lysate was spiked into a 1 mL solution comprised of 500 µL of CBR-1 buffer and 500 µL of nuclease-free water and processed simultaneously. In an example of Step S**130**, RNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 60 C. Upon removal of the unbound supernatant in an example of Step S**140**, the magnetic microparticles with bound RNA were washed twice (2x) with 500 µL of WSH-1 solution in an example of Step S**150** and the captured RNA was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes in an example of Step S**160**. Isolated RNA was eluted into 10 µL of ELU-2 and 8 µL of the eluate was used for real-time RT-PCR in an example of Step S**170**. As shown in FIG. **4**, results of the RNA isolation as elucidated by a real-time *Enterovirus* RT-PCR assay indicate that the RNA isolation process is substantially equally efficient in the biological sample matrix as compared to a simple buffer sample. This indicates that the example method **100** and the nucleic acid

**14**

isolation reagents are efficacious at capture, release and cleanup of the target RNA in CSF matrix in the first example.

3.2 Representative RNA Isolation Method and Results: Example 2

A second example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, M4 transport medium containing a nasal swab (donor) as a representative biological sample, and *Enterovirus* (EV) viral particles as the model target. In the second example, 500 µL of M4 transport media containing a nasal swab (donor) was spiked with 2 µL of either a $10^{-2}$ dilution (high) or a $10^{-4}$ (low) dilution of EV RNA (purified from 200 µL viral particle lysate and eluted in 20 µL total volume) and then mixed with 500 µL of RNA Collection Buffer 1 (CBR-1) and 0.4 mg of Proteinase K in examples of Steps S**110** and S**120**. RNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 60 C in an example of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the magnetic microparticles with bound RNA were washed twice (2x) with 250 µL of WSH-1 solution in an example of Step S**150**, and the captured RNA was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes in an example of Step S**160**. RNA was then eluted into 10 µL of ELU-2 and 8 µL of the eluate was used for real-time RT-PCR in an example of Step S**170**. As a comparison, a similar amount of EV RNA was used directly in real-time RT-PCR at both low and high input levels as a reference, which would correlate to an extraction efficiency of 100%. As shown in FIG. **5**, results of the RNA isolation as elucidated by a real-time *Enterovirus* RT-PCR assay indicate that the RNA isolation process is efficient in the biological sample matrix as compared to the input PCR control samples that were not subject to the full extraction process. A small shift in the amplification of the extracted samples does not necessarily indicate a loss in extraction efficiency or sensitivity. This indicates that the example method **100** and the nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target RNA in M4 transport media matrix.

3.3 Representative RNA Isolation Method and Results: Example 3

A third example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, Universal Transport Medium (UTM) containing a nasal swab (donor) as a representative biological sample, and *Enterovirus* EV viral particles as the model target. In the third example, 500 µL of UTM transport media containing a nasal swab (donor) was spiked with 2 µL of a $10^{-4}$ dilution of EV RNA (purified from 200 µL viral particle lysate and eluted in 20 µL total volume) and then mixed with 500 µL of RNA Collection Buffer 1 (CBR-1) and 0.6 mg of Proteinase K in examples of Steps S**110** and S**120**. RNA was allowed to bind to the PAA affinity particles coated onto magnetic microparticles for 10 minutes at 60 C in an example of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the magnetic microparticles with bound RNA were washed twice (2x) with 100 µL or 250 µL of WSH-1 solution in an example of Step S**150** and the captured RNA was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes in an example of Step S**160**. RNA was eluted into 10 µL of ELU-2 and 8 µL of the eluate was used for real-time RT-PCR in an example of Step S**170**. As a comparison, a similar amount of EV RNA was used directly in real-time RT-PCR as a reference, which would correlate to an extraction efficiency of 100%. As shown in FIG. **6**, results of the RNA isolation as elucidated by a real-time *Enterovirus* RT-PCR assay indicate that the RNA isolation process is efficient in the biological sample matrix as compared to the input PCR

US 9,382,532 B2

15

control samples that were not subject to the full extraction process. This indicates that the example method **100** and the nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target RNA in UTM transport media matrix.

3.4 Representative RNA Isolation Method and Results: Example 4

A fourth example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, M4 transport medium containing nasal swab (donor) as a representative biological sample, and *Enterovirus* (EV) viral particles as the model target. In the fourth example, 500 μL of M4 transport media containing a nasal swab (donor) was spiked with 2 μL of ten-fold dilutions of EV viral particle lysate and then mixed with 500 μL of RNA Collection Buffer 1 (CBR-1) and 0.4 mg of Proteinase K in examples of Steps S**110** and S**120**. RNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 60 C in an example of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the magnetic microparticles with bound RNA were washed twice (2×) with 100 μL of WSH-1 solution in an example of Step S**150**, and the captured RNA was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes in an example of Step S**160**. RNA was eluted into 10 μL of ELU-2 and 2 μL of the eluate was used for real-time RT-PCR in an example of Step S**170**. As shown in FIG. **7**, results of the RNA isolation as elucidated by a real-time *Enterovirus* RT-PCR assay indicate that the RNA isolation process is efficient in the biological sample matrix as demonstrated by the standard curve generated from the RT-PCR Ct values obtained from the serially-diluted extracted samples. This indicates that the example method **100** and the nucleic acid extraction process of RNA in UTM transport media is both efficient and sensitive, with a broad dynamic range.

In other variations of the first through fourth examples involving RNA extractions, the example method **100** can comprise any suitable combination of: adding guanidine to an RNA lysis buffer (e.g., 50 mM GuSCN), adding guanidine to a swab extraction buffer (e.g., 2M GuHCL, 2.5M GuHCL), providing any suitable lysis buffer (e.g., 50 mM TRIS pH 7 with 1% Triton X, 50 mM EDTA, and 2M GuHCL; 1 mM Tris pH 8 in 1% Triton X and 100 mM EDTA), binding RNA to affinity moiety-coated microparticles at any suitable temperature (e.g., 37-60 C for up to 10 minutes), using any suitable amount (e.g., 7.5 ug) of tRNA during lysis, using fresh or frozen samples, providing any suitable wash conditions (e.g, 1× salt wash, 1× salt wash+1× 1 mM TRIS pH 8 wash), providing any suitable binding conditions (e.g., 2× 1 mM TRIS pH 8 binding at 37 C, 2× 1 mM TRIS pH 8 at 60 C), eluting with any suitable elution conditions (e.g., room temperature to 85 C, 1 minute-10 minutes), providing any suitable composition of an elution solution (e.g., 20 mM NaOH, 40 mM NaOH, KOH), and using any suitable PCR mix for EV extractions.

3.5 Representative DNA Isolation Method and Results: Example 5

A fifth example of the method **100** comprises using DABAM affinity moieties coated onto magnetic microparticles, Human Urine (donor), Human Plasma and Buccal Swab (donor) as representative biological sample matrices, and Group B *Streptococcus* (GBS) DNA (ATCC, Virginia) as the model target. In the fifth example, 500 μL of Urine or Plasma was spiked with 10 pg of GBS DNA and then mixed with 500 μL of DNA Collection Buffer 2 (CBD-2) in examples of Steps S**110** and S**120**. Alternately, a buccal swab was added to 1 mL of DNA Collection Buffer 1 (CBD-1)

16

containing 0.4 mg Proteinase K and then spiked with 10 pg of GBS DNA in other examples of Steps S**110** and S**120**. DNA was allowed to bind to the DABAM affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature or 60 C depending on matrix used in examples of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step S**150**, and the captured DNA was eluted from the affinity matrix by using ELU-1 and heating the microparticles to 85 C for 3 minutes in an example of Step S**160**. DNA was eluted into 10 μL of ELU-1 and 8 μL of the eluate was used for real-time PCR in an example of Step S**170**. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference, which would correlate to an extraction efficiency of 100%. As shown in FIG. **8**, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the DNA isolation process is efficient in the biological sample matrices as compared to the input PCR control samples that were not subject to the full extraction process. A small shift in the amplification of the extracted samples does not necessarily indicate a loss in extraction efficiency or sensitivity. This indicates that the example method **100** and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in Urine, Plasma, and Swab matrices.

3.6 Representative DNA Isolation Method and Results: Example 6

A sixth example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, Human Urine (donor) as a representative biological sample, and Group B *Streptococcus* (GBS) DNA as the model target. In the sixth example, 500 μL of Urine (obtained from donor) was spiked with mpg of GBS DNA and then mixed with 500 μL of DNA Collection Buffer 2 (CBD-2) in examples of Steps S**110** and S**120**. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature in an example of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step S**150** and the captured DNA was eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes in an example of Step S**160**. DNA was eluted into 10 μL of ELU-2 and 2 μL of the eluate was used for real-time PCR in an example of Step S**170**. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference which would correlate to an extraction efficiency of 100%. As shown in FIG. **9**, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the DNA isolation process is efficient in the biological sample matrix as compared to the input PCR control sample that was not subjected to the full extraction process. A small shift in the amplification of the extracted samples does not necessarily indicate a loss in extraction efficiency or sensitivity. This indicates that the example method **100** and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in urine matrix.

3.7 Representative DNA Isolation Method and Results: Example 7

A seventh example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, Human Plasma (donor, obtained from Bioreclamation, Inc.) as a representative biological sample, and Group B *Streptococcus* (GBS) DNA as the model target. In the seventh example, 500 μL of Plasma was spiked with mpg of GBS DNA and then mixed with 500 μL of DNA Collection Buffer

US 9,382,532 B2

17 18

2 (CBD-2) in examples of Steps S**110** and S**120**. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature in an example of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step S**150** and the captured DNA was eluted from the affinity matrix by using ELU-2 and heating the magnetic microparticles to 85 C for 3 minutes in an example of Step S**160**. DNA was eluted into 10 μL of ELU-2 and 2 μL of the eluate was used for real-time PCR in an example of Step S**170**. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference, which would correlate to an extraction efficiency of 100%. As shown in FIG. **10**, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the DNA isolation process is efficient in the biological sample matrix as compared to the input PCR control sample that was not subjected to the full extraction process. A small shift in the amplification of the extracted samples does not necessarily indicate a loss in extraction efficiency or sensitivity. This indicates that the example method **100** and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in plasma matrix.

3.8 Representative DNA Isolation Method and Results: Example 8

An eighth example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, simulated swab specimens as a representative biological sample and Group B *Streptococcus* (GBS) DNA as the model target. In the eighth example, a buccal swab (obtained from a donor) was added to 1 mL of DNA Collection Buffer 1 (CBD-1) containing 0.4 mg Proteinase K and then spiked with 10 pg of GBS DNA in examples of Steps S**110** and S**120**. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 37 C in an example of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step S**150**, and the captured DNA was eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes in an example of Step S**160**. DNA was eluted into 10 μL of ELU-2 and 2 μL of the eluate was used for real-time PCR in an example of Step S**170**. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference, which would correlate to an extraction efficiency of 100%. As shown in FIG. **11**, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the DNA isolation process is efficient in the biological sample matrix as compared to the input PCR control sample that was not subjected to the full extraction process. A small shift in the amplification of the extracted samples does not necessarily indicate a loss in extraction efficiency or sensitivity. This indicates that the example method **100** and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in a simulated swab matrix.

3.9 Representative DNA Isolation Method and Results: Example 9

A ninth example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, simulated swab transport media specimens as representative biological samples and Group B *Streptococcus* (GBS) DNA as the model target. In the ninth example 500 μL of M4 Transport Media (M4) or Universal Transport Media (UTM) containing a buccal swab (obtained from a donor) was spiked with 10 pg of GBS DNA and then mixed with 500 μL of DNA

Collection Buffer 3 (CBD-3) and 0.4 mg of Proteinase K in examples of Steps S**110** and S**120**. For comparison, "Dry Swab" samples were prepared by adding a buccal swab to 1 mL of DNA Collection Buffer 1 (CBD-1) containing 0.4 mg Proteinase K and then spiked with 10 pg of GBS DNA. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 37 C in an example of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step S**150** and the captured DNA was eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes in an example of Step S**160**. DNA was eluted into 10 μL of ELU-2 and 2 μL of the eluate was used for real-time PCR in an example of Step S**170**. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference, which would correlate to an extraction efficiency of 100%. As shown in FIG. **12**, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the DNA isolation process is efficient in the biological sample matrices as compared to the input PCR control sample that was not subjected to the full extraction process. A small shift in the amplification of the extracted samples does not necessarily indicate a loss in extraction efficiency or sensitivity. This indicates that the example method **100** and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in simulated swab transport media matrices.

3.10 Representative DNA Isolation Method and Results: Example 10

A tenth example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, whole blood as a representative biological sample and Group B *Streptococcus* (GBS) DNA as the model target. In the tenth example, 100 μL whole blood (donor, obtained from Bioreclamation, Inc.) was added to 1 mL of DNA Collection Buffer 1 (CBD-1) containing 0.4 mg Proteinase K and then spiked with 10 pg of GBS DNA in examples of Steps S**110** and S**120**. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 37 C in an example of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the magnetic microparticles with bound DNA were washed twice with 500 μL of WSH-1 solution in an example of Step S**150**, and the captured DNA was eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes in an example of Step S**160**. DNA was eluted into 251 μL of ELU-2 and 81 μL of the eluate was used for real-time PCR in an example of Step S**170**. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference which would correlate to an extraction efficiency of 100%. As shown in FIG. **13**, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the DNA isolation process is efficient in the biological sample matrix as compared to the input PCR control sample that was not subjected to the full extraction process. A small shift in the amplification of the extracted samples does not necessarily indicate a loss in extraction efficiency or sensitivity. This indicates that the example method **100** and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in a whole blood matrix.

In other variations of the tenth example, the example method **100** can comprise any suitable combination of: proteinase K pre-lysis with any suitable concentration of NaCl (e.g., 200 mM, 500 mM, 750 mM, 1M), providing a lysis buffer with any suitable concentration of EDTA and/or TRIS (e.g., 50 mM TRIS, 50 mM EDTA), providing a lysis solution

US 9,382,532 B2

**19**

**20**

with any suitable amount of Proteinase K (e.g., +/−20-40 uL of 20 mg/mL Proteinase K), any other suitable amount of blood sample (e.g., 10 uL, 25 uL, 50 uL, 100 uL, 250 uL, 500 uL), any other suitable concentration of NaOH (e.g., 20 mM, 40 mM) in an elution solution, any suitable amount (e.g., 30-45 uL) of PAA affinity moieties coated onto microparticles, filtration of blood sample, any suitable number of washing stages (e.g., 1 wash, 2 washes), and/or freezing and/or thawing of the blood sample.

3.11 Representative DNA Isolation Method and Results: Example 11

An eleventh example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, Urine (donor) as a representative biological sample and Group B *Streptococcus* (GBS) DNA as the model target. In the eleventh example, 500 μL of urine (obtained from a donor) was spiked with ten-fold serial dilutions of GBS DNA from 1 ng to 10 fg. an example of Step **S130**. Upon removal of the unbound supernatant in an example of Step **S140**, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step **S150**, and the captured DNA was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes in an example of Step **S160**. DNA was eluted into 10 μL of ELU-2 and 2 μL of the eluate was used for real-time PCR in an example of Step **S170**. As shown in FIG. **14**, results of the DNA isolation as elucidated by a real-time GBS PCR assay indicate that the DNA isolation process is efficient in the biological sample matrix as demonstrated by the standard curve generated from the PCR Ct values obtained from the serially-diluted extracted samples. This indicates that the example method **100** and nucleic acid extraction process of DNA in a urine matrix is both efficient and sensitive, with a broad dynamic range.

In other variations of the eleventh example, the example method **100** can comprise any suitable combination of: providing a lysis solution with any suitable amount of Proteinase K (e.g., 20-40 uL of 20 mg/mL Proteinase K) and providing any suitable wash solution (e.g., 1 mM TRIS pH, 150 mM NaCL).

3.12 Representative DNA Isolation Method and Results: Example 12

A twelfth example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, Plasma (donor) as a representative biological sample, and Group B *Streptococcus* (GBS) DNA as the model target. In the twelfth example, 500 μL of plasma was spiked with ten-fold serial dilutions of GBS DNA from 1 ng to 10 fg. and then mixed with 500 μL of DNA Collection Buffer 2 (CBR-2) in examples of Steps **S110** and **S120**. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature in an example of Step **S130**. Upon removal of the unbound supernatant in an example of Step **S140**, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step **S150**, and the captured DNA was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes in an example of Step **S160**. DNA was eluted into 10 μL of ELU-2 and 2 μL of the eluate was used for real-time PCR in an example of Step **S170**. As shown in FIG. **15**, results of the DNA isolation as elucidated by a real-time GBS PCR assay indicate that the DNA isolation process is efficient in the biological sample matrix as demonstrated by the standard curve generated from the PCR Ct values obtained from the serially-diluted extracted samples. This indicates that the example method **100** and nucleic acid extraction process of DNA in a urine matrix is both efficient and sensitive, with a broad dynamic range.

3.13 Representative DNA Isolation Method and Results: Example 13

A thirteenth example of the method **100**, demonstrating the effect of binding time, comprises using PAA affinity moieties coated onto magnetic microparticles, Human Plasma (donor) as a representative biological sample and Group B *Streptococcus* (GBS) DNA (ATCC, Virginia) as the model target. In the thirteenth example, 500 μL of Plasma was spiked with mpg of GBS DNA and then mixed with 500 μL of DNA Collection Buffer 2 (CBD-2) in examples of Steps **S110** and **S120**. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 0, 2, 5, or 10 minutes at room temperature in examples of Step **S130**. Upon removal of the unbound supernatant in an example of Step **S140**, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step **S150**, and the captured DNA was eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes in an example of Step **S160**. DNA was eluted into 10 μL of ELU-2 and 8 μL of the eluate was used for real-time PCR in an example of Step **S170**. As shown in FIG. **16**, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the NA isolation reagents are efficacious at capture, release and cleanup of the target DNA in plasma matrix at binding times at or above two minutes in the example method **100**.

3.14 Representative DNA Isolation Method and Results: Example 14

A fourteenth example of the method **100**, demonstrating the effect of binding temperature, comprises using PAA affinity moieties coated onto magnetic microparticles, Human Plasma (donor) as a representative biological sample and Group B *Streptococcus* (GBS) DNA (ATCC, Virginia) as the model target. In the fourteenth example, 500 μL of Plasma was spiked with mpg of GBS DNA and then mixed with 500 μL of DNA Collection Buffer 2 (CBD-2) in examples of Steps **S110** and **S120**. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature, 37 C, 45 C, or 60 C in examples of Steps **S130**. Upon removal of the unbound supernatant in an example of Step **S140**, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step **S150** and the captured DNA was eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes in an example of Step **S160**. DNA was eluted into 10 μL of ELU-2 and 8 μL of the eluate was used for real-time PCR in an example of Step **S170**. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference, which would correlate to an extraction efficiency of 100%. As shown in FIG. **17**, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the example method **100** and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in plasma matrix at binding temperatures between room temperature and 45 C.

Preferably, variations of the method **100** for plasma nucleic acid extractions comprise eluting into a 20 uL elution volume, providing 40 uL of 20 mg/mL Proteinase K in a lysis solution, providing a salt wash (e.g. 150 mM NaCl in 1 mM Tris pH 8.0), using AptaTaq polymerase, and providing a longer elution time (e.g., 5-10 minutes). However, in other variations of the twelfth through fourteenth examples, the example method **100** can comprise any suitable combination of: using any

21

suitable volume of an elution solution (e.g., 10 uL-25 uL elution solution), providing any suitable composition of an elution solution (e.g., 20 mM NaOH, 40 mM NaOH, KOH), providing a lysis solution with any suitable amount of Proteinase K (e.g., +/−20-40 uL of 20 mg/mL Proteinase K), using any suitable polymerase (e.g., Native Taq, AptaTaq), using fresh or frozen plasma, eluting at any suitable temperature (e.g., room temperature to 85 C), using magnetic microparticles of any hydrophilicity (e.g., hydrophilic, hydrophobic), using any suitable amount of affinity moiety (e.g., 100-3000 ug of PAA) in any suitable volume (e.g., 30 uL), providing any suitable wash solution (e.g, 1 mM TRIS pH 8 with 50-200 mM NaCl, 200 mM KCl in 10 mM TRIS pH 8, 10 mM TRIS pH 8 with 0.1% tween and 1M NaCl, 0.5% SDS in 1 mM TRIS pH 8, 200 mM NaCl in 1 mM TRIS pH 8), resuspending magnetic microparticles in a release buffer, not resuspending magnetic microparticles in a release buffer, and providing any suitable denaturation temperatures (e.g., 85-95 C) and/or anneal temperatures (55-60 C) during processing for PCR.

3.15 Representative DNA Isolation Method and Results: Example 15

A fifteenth example of the method **100**, demonstrating the effect of binding temperature, comprises using PAA affinity moieties coated onto magnetic microparticles, Urine (donor) as a representative biological sample and Group B *Streptococcus* (GBS) DNA as the model target. In the fifteenth example, 500 μL of Urine (obtained from a donor) was spiked with mpg of GBS DNA and then mixed with 500 μL of DNA Collection Buffer 2 (CBD-2) in examples of Steps S**110** and S**120**. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature, 37 C, 45 C, or 60 C in examples of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step S**150**, and the captured DNA was eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes in an example of Step S**160**. DNA was eluted into 10 μL of ELU-2 and 8 μL of the eluate was used for real-time PCR in an example of Step S**170**. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference, which would correlate to a extraction efficiency of 100%. As shown in FIG. **18**, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the example method **100** and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in urine matrix at binding temperatures between room temperature and 60 C.

In other variations of the fifteenth example, the example method **100** can comprise any suitable combination of: providing a lysis solution with any suitable amount of Proteinase K (e.g., +/−20-40 uL of 20 mg/mL Proteinase K) and providing any suitable wash solution (e.g, 1 mM TRIS pH 8, 150 mM NaCl).

3.16 Representative DNA Isolation Method and Results: Example 16

A sixteenth example of the method **100**, demonstrating the use of two different elution solutions, comprises using PAA affinity moieties coated onto magnetic microparticles, Human Urine (donor) as a representative biological sample and Group B *Streptococcus* (GBS) DNA as the model target. In the sixteenth example, 500 μL of Urine (obtained from donor) was spiked with mpg of GBS DNA and then mixed with 500 μL of DNA Collection Buffer 2 (CBD-2) in examples of Steps S**110** and S**120**. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic micropar-

22

ticles for 10 minutes at room temperature in an example of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step S**150** and the captured DNA was eluted from the affinity matrix by using ELU-2 or ELU-3 and heating the microparticles to 85 C for 3 minutes in an example of Step S**160**. DNA was eluted into 10 μL of ELU-2 or ELU-3 and 8 μL of the eluate was used for real-time PCR in an example of Step S**170**. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference, which would correlate to an extraction efficiency of 100%. As shown in FIG. **19**, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the DNA isolation process is efficient in the biological sample matrix as compared to the input PCR control sample that was not subjected to the full extraction process. A small shift in the amplification of the extracted samples does not necessarily indicate a loss in extraction efficiency or sensitivity. This indicates that the example method **100** and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in urine matrix using either NaOH or KOH.

In other variations of the sixteenth example, the example method **100** can comprise any suitable combination of: providing a lysis solution with any suitable amount of Proteinase K (e.g., +/−20-40 uL of 20 mg/mL Proteinase K) and providing any suitable wash solution (e.g., 1 mM TRIS pH 8, 150 mM NaCl).

3.17 Representative RNA and DNA Isolation Method and Results: Example 17

A seventeenth example of the method **100**, demonstrating the use of nucleic acid isolation reagents for total nucleic acid (TNA) extraction, comprises using PAA affinity moieties coated onto magnetic microparticles, M4 transport media as a representative biological sample, and *Enterovirus* (EV) viral particles as the model RNA target and Group B *Streptococcus* DNA as model DNA target. In the seventeenth example, 500 μL of M4 was spiked with ten-fold serial dilutions of 1 μL of EV viral particle lysate and 1 μL of GBS DNA and then mixed with 500 μL of RNA Collection Buffer 3 (CBR-3) in examples of Steps S**110** and S**120**. RNA and DNA were allowed to bind to the PAA affinity moieties for 10 minutes at 37 C in an example of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the PAA affinity moieties coated onto magnetic microparticles were washed twice (2×) with 500 μL of WSH-1 solution in an example of Step S**150**, and then the captured RNA and DNA was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes in an example of Step S**160**. The eluate was divided and 2 μL was used for either real-time PCR for GBS target or real-time RT-PCR for EV RNA target in examples of Step S**170**. As shown in FIG. **20**, results of the TNA isolation as evidenced by standard curves produced from a real-time *Enterovirus* RT-PCR assay and real-time GBS assay indicate that the example method **100** and nucleic acid isolation process is equally efficient in purification of RNA or DNA from the same sample.

3.18 Fluidic Pathway: Example 18

An eighteenth example of the method **100** comprises a set of pins (such as that described in U.S. patent application Ser. No. 13/766,359 (U.S. Pat. App. Pub. No. 2013/0210127 A1), entitled "System and Method for Processing and Detecting Nucleic Acids," and U.S. patent application Ser. No. 13/765, 996 (U.S. Pat. App. Pub. No. 2013/0210125 A1), entitled "Microfluidic Cartridge for Processing and Detecting Nucleic Acids") , the set of pins **172** functions to selectively occlude portions of a fluidic pathway **220** of a microfluidic

US 9,382,532 B2

23

cartridge **210** at least at subsets of a set of occlusion positions **226**. The pins of the set of pins **172** are preferably cylindrical and, in the orientation shown in FIG. **21**A, configured to slide over a cam card **183** and within a pin housing **181**. Each pin in the set of pins **172** preferably also includes a first spring **173** that functions to provide a counteracting force to restore a pin to a lowered configuration **183***b*; however, each pin in the set of pins **172** may alternative not include a first spring **173**, and rely solely on another spring to return to a lowered configuration **183***b*. Preferably, as shown in FIG. **21**C, each pin is also composed of two parts separated by a second spring, which functions to allow sufficient force to fully occlude a microfluidic channel but prevents forces from being generated that could damage the pin, microfluidic cartridge and/or cam card. Each pin also preferably comprises a first region **171** configured to slide within the pin housing **181**, and a second region **180** configured to exit the pin housing **181**. The second region **180** is preferably of a smaller dimension than the first region **171**, such that each pin is constrained by the pin housing **181** to be raised by a limited amount. Alternatively, the first region **171** and the second region **180** may have any appropriate configuration to facilitate raising and lowering of a pin by a fixed amount. In a specific example, the valve actuation subsystem **170** comprises 12 sets of pins **172** configured to selectively occlude 12 fluidic pathways **212** of a microfluidic cartridge **210** aligned within the molecular diagnostic module; however, other embodiments may comprise any appropriate number of sets of pins **172**.

The eighteenth example of the method **100** comprises a cam card (such as that described in U.S. patent application Ser. No. 13/766,359 (U.S. Pat. App. Pub. No. 2013/0210127 A1), entitled "System and Method for Processing and Detecting Nucleic Acids"), the cam card **183**, as shown in FIG. **21**A, includes a set of hills **182** and valleys **184**, and functions to transform linear motion in one plane to vertical motion in another plane. In one variation, the cam card **183** is coupled to a linear actuator and contacts the ends of pins in a set of pins **172**, such that when a hill **182** of the cam card **183** passes under a pin, the pin is in a raised configuration **183***a*, and when a valley **184** of the cam card **183** passes under a pin, the pin is in a lowered configuration **183***b*. The hills **182** and valleys **184** of the cam card **183** are preferably in a set configuration, as shown in FIG. **21**B, such that lateral motion of the cam card **183** to a set position raises a fixed subset of the set of pins **172**. In this manner, lateral movement of the cam card **183** to different positions of a set of positions consistently raises different subsets of the set of pins **172** to occlude different portions of a fluidic pathway **220** of a microfluidic cartridge **210** in contact with the set of pins **172**. Thus, portions of a fluidic pathway **220** may be selectively occluded and opened to facilitate processing of a biological sample according to any appropriate tissue, cellular, or molecular diagnostic assay protocol. In one variation, the cam card is configured to be laterally displaced in two coordinate directions within a plane (e.g., by x-y linear actuators), and in another variation, the cam card is configured to be laterally displaced in only one coordinate direction within a plane (e.g., by a single linear actuator). In a specific example, the hills **182** of the cam card **183** are raised 1 mm above the valleys **184** of the cam card **183**, the hills **182** and valleys **184** each have a 2 mm wide plateau region, and a hill **182** region slopes down to a valley region **184** at a fixed angle over a 2 mm length. In the specific example, the cam card **183** is driven by a Firgelli linear actuator. Alternative variations may include any appropriate configurations and geometries of a cam card with hills **182** and valleys **184**, driven by any appropriate actuator.

24

A first illustration of the eighteenth example, as shown in FIG. **22**A, of a fluidic pathway **165** preferably comprises an initial segment **174** fluidically coupled to a fluid channel **119** coupled to a shared fluid port **118**, a sample segment **175** coupled to a sample port **114** and to the initial segment **174**, and an s-shaped capture segment **166**, configured to pass through the heating region **195** and a magnetic field **156**, coupled to the initial segment **174** and the sample segment **175**. In an alternative illustration of the eighteenth example, the s-shaped capture segment **166** may comprise an initial wide arc **156** to provide a greater surface area for magnetic bead capture. In another illustration of the eighteenth example, the capture segment **166** may alternatively be a progressively narrowing s-shaped capture segment **166**. The first illustration of the fluidic pathway **165** also comprises a reagent segment **176** coupled to a reagent port **115** and to the capture segment **166**, a vent segment **177** coupled to the reagent segment **176** and configured to pass through the vent region **190**, a segment running to a detection chamber **163** from the vent region **190**, a winding segment running away from the detection chamber **164**, and an end vent **199** coupled to the segment running away from the detection chamber **164**. The first illustration of the fluidic pathway **165** also comprises a first waste segment **178** configured to couple the initial segment **174** to the waste chamber **130**, and a second waste segment **179** configured to couple the capture segment **166** to the waste chamber **130**. The first waste segment **178** preferably functions to allow evacuation of excess release fluids from a fluidic pathway **165**, for precise metering of the amount of release reagents used in a molecular diagnostic procedure using a low volume of sample.

In the first illustration, the set of occlusion positions **141** comprises a first occlusion position **142** located along the initial segment **174** between points at which the initial segment couples to the fluid channel **119** and to the capture segment **166**. The set of occlusion positions **141** also comprises a second occlusion position **143** located along the sample segment **175**, a third occlusion position **144** located along the reagent segment **176**, a fourth occlusion position **145** located along the first waste segment **178**, and a fifth occlusion position **146** located along the second waste segment **179**. In the first illustration, the set of occlusion positions **141** also comprises a sixth occlusion position **147** located along the vent segment **177** upstream of the vent region **190**, a seventh occlusion position **148** located along the segment running to the detection chamber **163**, and an eighth occlusion position **149** located along the segment running away from the detection chamber **164**. In the first illustration, the first, second, third, fifth, and sixth occlusion positions **142**, **143**, **144**, **146**, **147** are normally open positions **42** and the fourth, seventh, and eighth occlusions positions **145**, **148**, **149** are normally closed positions **43**, as shown in FIG. **22**A.

The occlusion positions of the set of occlusion positions **141** of the first illustration are preferably located such that occluding subsets of the set of occlusion positions **141** defines unique truncated fluidic pathways to controllably direct fluid flow. For example, as shown in FIG. **22**B, occluding the fluidic pathway **165** at the first, third, fourth, and sixth occlusion positions **142**, **144**, **145**, **147** forms a truncated pathway by which a volume of a sample fluid, comprising nucleic acids bound to magnetic beads and delivered into the sample port **114**, may flow past the second occlusion positions **143** into the capture segment **166** for isolation and purification of nucleic acids using the heating region **195** and the magnetic field **156**. Nucleic acids bound to magnetic beads may thus be trapped within the capture segment **166** by the magnetic field **156**, while other substances in the volume of sample fluid may

US 9,382,532 B2

25

pass into the waste chamber **130** by passing the fifth occlusion position **146**. Following this subset of occlusion positions, the occlusion at the first occlusion position **142** may be reversed, as shown in FIG. **22**C, and the fluidic pathway **165** may be occluded at the second occlusion position **143** to form a second truncated pathway by which a wash fluid may be delivered through the fluid port **118**, into the capture segment **166** (thus washing the trapped magnetic beads), and into the waste chamber **130** by passing the fifth occlusion position **146**. The occlusion at the second occlusion position **143** may then be reversed, and the first occlusion position **142** may be occluded (as shown in FIG. **22**B), so that other fluidic pathways in the set of fluidic pathways **160** may be washed. After all fluidic pathways have been washed, a volume of air may be transferred through the fluid port **118** to prevent mixture of a wash solution with a release solution.

Thereafter in the first illustration, as shown in FIG. **22**C, the fluidic pathway **165** may be occluded at the second occlusion position **143** and the occlusion at the first occlusion position **142** may be reversed, thus creating a third truncated pathway as shown in FIG. **22**B. A release solution may then be delivered through the fluid port **118**, into the capture segment **166**, and to the waste chamber **130** by passing the fifth occlusion position **146**. The release solution may then be sealed within a fourth truncated pathway (including the capture segment **166**) of the fluidic pathway **165** by occluding the fluidic pathway at the fifth occlusion position **146**. A release solution may then be delivered to other fluidic pathways of the set of fluidic pathways **160**.

Thereafter, the occlusion at the fourth occlusion position **145** may be reversed, creating a fifth truncated pathway, and release solution within the fluidic pathway **165** may be metered by pumping air through the fluid port **118**, which functions to push a portion of the release solution into the waste chamber **130**. A volume of release solution will still be maintained within the capture segment **166** at this stage. The first and the fourth occlusion positions **142**, **145** may then be occluded to form a sixth truncated pathway sealing the volume of release solution, with the captured magnetic beads bound to nucleic acids, within the capture segment **166**. The volume of the remaining release solution is therefore substantially defined by the microchannel volume between junctions in the fluidic pathway **165** near the fourth and sixth occlusion positions **145**, **147**, and maybe any small volume but in a specific variation is precisely metered to be 23+/−1 microliters. Release solution may be sealed within capture segments of other fluidic pathways using a similar process. A heater may then be provided at the sixth truncated pathway, inducing a pH shift within the sixth truncated pathway to unbind nucleic acids from the magnetic beads.

Thereafter in the first illustration, the occlusions at the first and third occlusion positions **142**, **144** may be reversed, defining a seventh truncated pathway, and the entire released nucleic acid sample (e.g. ~20 microliters) may be aspirated out of the microfluidic cartridge through the reagent port **115**. This released nucleic acid sample is then used to reconstitute a molecular diagnostic reagent stored off of the microfluidic cartridge **100**. During the reconstitution, the occlusion at the sixth occlusion position **147** may be reversed, and the fluidic pathway **165** may be occluded at the first occlusion position **142** to form an eighth truncated pathway. Once reconstitution of the molecular diagnostic reagent with the released nucleic acid sample is complete and well mixed, the reconstituted mixture may then be dispensed through the reagent port **115**, through the eighth truncated pathway, and to the detection chamber **117**, by using a fluid handling system to push the seventh occlusion position (normally closed) open. The

26

detection chamber **117** is completely filled with the mixed reagent-nucleic acid sample, after which the fluidic pathway **165** is occluded at the third, sixth, seventh and eighth occlusion positions **144**, **147**, **148**, **149**, defining ninth truncated pathway. Other pathways of the set of fluidic pathways **165** may be similarly configured to receive a reagent-nucleic acid mixture. An external molecular diagnostic system and/or module may then perform additional processes, such as thermocycling and detection, on the volume of fluid within the detection chamber **117**.

An alternative illustration of the eighteenth example may further comprise additional occlusion positions or alternative variations of the set of occlusion positions **141**, such that occlusion at the additional occlusion positions permanently seals the waste chamber from the fluidic pathway **165**. Other alternative illustrations of the eighteenth example may also comprise configurations of the set of occlusion positions **141** that are different than that described above. The variations may be configured, such that the a fluidic pathway **165** facilitates meter release, does not allow meter release, facilitates addition of other reagents (e.g. neutralization or DNase reagents), facilitates additional washing steps, and/or facilitates other operations without changing the layout of the fluidic pathway **165** of a microfluidic cartridge embodiment. Thus, multiple unique operations may be performed using the same microfluidic cartridge, by occluding fluidic pathways **160** at varied subsets of a set of occlusion positions **141**.

A second illustration of the eighteenth example, of a fluidic pathway **165'** preferably comprises an initial segment **174'** fluidically coupled to a fluid channel **119'** coupled to a shared fluid port **118'**, a sample segment **175'** coupled to a sample port **114'** and to the initial segment **174'**, and a capture segment **166'**, configured to pass through the heating region **195** and a magnetic field **156**, coupled to the initial segment **174'**. The second illustration of the fluidic pathway **165'** also comprises a reagent segment **176'** coupled to a reagent port **115'** and to the initial segment **174'**, a vent segment **177'** coupled to the reagent segment **176'** and to the capture segment **166'** and configured to pass through the vent region **190**, a segment running to a detection chamber **163'** from the vent region **190**, a segment running away from the detection chamber **164'**, and an end vent **199'** coupled to the segment running away from the detection chamber **164'**. The second illustration of the fluidic pathway **165'** also comprises a first waste segment **178'**, coupled to the initial segment **174'** at a point between points connecting the initial segment **174'** to the sample segment **175'** and to the capture segment **166'**. The first waste segment **178'** is configured to couple the initial segment **174'** to the waste chamber **130**. The second illustration of the fluidic pathway **165'** also comprises a second waste segment **179'** configured to couple the capture segment **166'** to the waste chamber **130'**, and an end vent segment **197'** coupled to the capture segment **166'** downstream of the point of connection to the second waste segment **179'**, and coupled to an end vent **199'**. The end vent segment **197'** functions to provide fine metering of a fluid flowing through the fluidic pathway **165'**.

In the second illustration, the set of occlusion positions **141'** comprises a first occlusion position **142'** located along the initial segment **174'** between points at which the initial segment couples to the fluid channel **119'** and to the sample segment **175'**. The set of occlusion positions **141'** also comprises a second occlusion position **143'** located along the sample segment **175'**, a third occlusion position **144'** located along the reagent segment **176'**, a fourth occlusion position **145'** located along the first waste segment **178'**, and a fifth occlusion position **146'** located along the second waste segment **179'**. In the second illustration, the set of occlusion

27

positions **141'** also comprises a sixth occlusion position **147'** located along the vent segment **177'** upstream of the vent region **190**, a seventh occlusion position **148'** located along the segment running to the detection chamber **163'**, and an eighth occlusion position **149'** located along the segment running away from the detection chamber **164'**. Additionally, in the second illustration, the set of occlusion positions **141** comprises a ninth occlusion position **157'** located along the sample segment **175'** between the sample port **114** and the second occlusion position **143**, a tenth occlusion position **158'** located along the end vent segment **197'**, and an eleventh occlusion position **159'** located along the capture segment **166'** between points at which the capture segment **166'** couples to the end vent segment **197'** and to the vent segment **177'**.

The occlusion positions of the set of occlusion positions **141'** of the second illustration are preferably located such that occluding of subsets of the set of occlusion positions **141'** defines unique truncated fluidic pathways to controllably direct fluid flow. For example, occluding the fluidic pathway **165'** at the first, fourth, sixth, tenth, and eleventh occlusion positions **142', 145', 147', 158', 159'** forms a truncated pathway by which a volume of a sample fluid, comprising nucleic acids bound to magnetic beads and delivered into the sample port **114**, may flow into the capture segment **166'** for isolation and purification of nucleic acids using the heating region **195** and the magnetic field **156**. Nucleic acids bound to magnetic beads may thus be trapped within the capture segment **166'** by the magnetic field **156**, while other substances in the volume of sample fluid may pass into the waste chamber **130** by passing the fifth occlusion position **146'**. Following this subset of occlusion positions, the occlusion at the first occlusion position **142'** may be reversed, and the fluidic pathway **165'** may be occluded at the second occlusion position **143'** to form a second truncated pathway by which a wash fluid may be delivered through the fluid port **118**, into the capture segment **166'** (thus washing the trapped magnetic beads), and into the waste chamber **130** by passing the fifth occlusion position **146'**. A volume of air may then be pumped through the fluid port **118** to flush any remaining wash solution into the waste chamber **130**.

Thereafter, in the second illustration, the fluidic pathway **165'** may be occluded at the fifth occlusion position **146'** and the occlusion at the tenth occlusion position **158'** may be reversed, closing access to the waste chamber **130** and opening access to the end vent segment **197'**. A release solution may then be delivered through the fluid port **118**, into the capture segment **166'**, and to the end vent segment **197'**. The volume of the release solution is therefore defined by the microchannel volume between the fourth and tenth occlusion positions **145', 158'**, and maybe any small volume but in a specific variation is precisely metered to be 15 microliters. Thereafter, occluding the fluidic pathway **165'** at the tenth occlusion position **158'**, reversing the occlusion at the fourth occlusion position **145'** (defining a fourth truncated pathway), and delivering air through the fluid port **118** pushes any remaining release buffer from the fluidic pathway **118** into the waste chamber **130**, thereby ensuring that excess release buffer is not later exposed to nucleic acids bound to the magnetic beads (at this point, the nucleic acids are not substantially released from the magnetic beads because heat has not been added). Thereafter, the fluidic pathway **165'** is occluded at the first and fourth occlusion position **142', 145'**, defining a fifth truncated pathway comprising the capture segment **166'**, and the magnetic beads are heated to an appropriate temperature and time (e.g., 60 degrees for 5 minutes)

28

within the heating region **195** to release the nucleic acids from the magnetic beads and into the release buffer.

Thereafter, in the second illustration, the occlusions at the first and eleventh occlusion positions **142', 159'** are reversed, defining a sixth truncated pathway, the entire released nucleic acid sample (e.g. ~15 microliters) may be aspirated out of the microfluidic cartridge through the reagent port **115**. This released nucleic acid sample is then used to reconstitute a molecular diagnostic reagent mixture stored off of the microfluidic cartridge **100**. During the reconstitution process, the occlusion at the sixth occlusion position **147'** may be reversed, thus defining a seventh truncated pathway. Once reconstitution of the molecular diagnostic reagent mixture with the released nucleic acid sample is complete and well mixed, the reconstituted mixture may then be aspirated through the reagent port **115** through the seventh truncated pathway to the detection chamber **117**, completely filling the detection chamber **117**, after which the fluidic pathway **165'** is be occluded at third, seventh, eighth, and ninth occlusion positions **144', 148', 149', 157'** defining an eighth truncated pathway. An external molecular diagnostic system and/or module may then perform additional processes on the volume of fluid within the detection chamber **117**.

An alternative illustration of the eighteenth example may further comprise additional occlusion positions or alternative variations of the set of occlusion positions **141'**, such that occlusion at the additional occlusion positions permanently seals the waste chamber from the fluidic pathway **165'**. Other alternatives of the second illustration may also comprise configurations of the set of occlusion positions **141'** that are different than that described above.

4. Example Reagents Used in the Example Methods

The following example reagent formulations were used the examples described in Sections 30.1-3.17. Quantities in parentheses following component names denote quantities used to form a 1 liter volume of a respective reagent formulation.

CBR-1 [2×TCEP Buffer] Formulation: ultrapure water (946 mL), 1M Tris pH 7.0 (20 mL), Tris(2-carboxyethyl) phosphine hydrochloride, or TCEP, (14.3 g), and Triton-X 100 (20 mL).

CBR-2[2× Low TCEP Buffer] Formulation (1 L): ultrapure water (959 mL), 1M Tris pH 8.0 (20 mL), TCEP (1.43 g), and Triton-X 100 (20 mL).

CBR-3 [2× EDTA only Buffer]: ultrapure water (560 mL), 1M Tris pH 8.0 (20 mL), 0.5M EDTA pH 8.0 (400 mL), and Triton-X 100 (20 mL).

CBD-1 [SP1]: ultrapure water (931 mL), 1M Tris pH 7.0 (50 mL), sodium citrate (50.88 g), boric acid (1.24 g), 0.5M EDTA pH 8.0 (2 mL), and Triton-X 100 (10 mL).

CBD-2 [SP2]: ultrapure water (480 mL), 1M Tris pH 7.0 (100 mL), sodium citrate (11.76 g), boric acid (2.48 g), 0.5M EDTA pH 8.0 (400 mL), and Triton-X 100 (20 mL).

CBD-3 [SP3]: ultrapure water (862 mL), 1M Tris pH 7.0 (100 mL), sodium citrate (11.76 g), boric acid (2.48 g), 0.5M EDTA pH 8.0 (4 mL), and Triton-X 100 (20 mL).

CBD-4 [TT]: ultrapure water (978 mL), 1M Tris pH 8.0 (2 mL), and Triton-X 100 (20 mL).

Wash Solution [WSH-1]: ultrapure water (999 mL) and 1M Tris pH 8.0 (1 mL).

Elution Solution [ELU-1] —20 mM NaOH: ultrapure water (980 mL) and 1N NaOH (20 mL).

Elution Solution [ELU-2] —40 mM NaOH: ultrapure water (960 mL) and 1N NaOH (40 mL).

Elution Solution [ELU-3]—40 mM KOH: ultrapure water (960 mL) and 1N KOH (40 mL).

US 9,382,532 B2

**29**

The methods **100**, **200** and system of the preferred embodiment and variations thereof can be embodied and/or implemented at least in part as a machine configured to receive a computer-readable medium storing computer-readable instructions. The instructions are preferably executed by computer-executable components preferably integrated with the system and one or more portions of a processor and/or a controller. The computer-readable medium can be stored on any suitable computer-readable media such as RAMs, ROMs, flash memory, EEPROMs, optical devices (CD or DVD), hard drives, floppy drives, or any suitable device. The computer-executable component is preferably a general or application specific processor, but any suitable dedicated hardware or hardware/firmware combination device can alternatively or additionally execute the instructions.

The FIGURES illustrate the architecture, functionality and operation of possible implementations of systems, methods and computer program products according to preferred embodiments, example configurations, and variations thereof. In this regard, each block in the flowchart or block diagrams may represent a module, segment, or portion of code, which comprises one or more executable instructions for implementing the specified logical function(s). It should also be noted that, in some alternative implementations, the functions noted in the block can occur out of the order noted in the FIGURES. For example, two blocks shown in succession may, in fact, be executed substantially concurrently, or the blocks may sometimes be executed in the reverse order, depending upon the functionality involved. It will also be noted that each block of the block diagrams and/or flowchart illustration, and combinations of blocks in the block diagrams and/or flowchart illustration, can be implemented by special purpose hardware-based systems that perform the specified functions or acts, or combinations of special purpose hardware and computer instructions.

As a person skilled in the field of molecular diagnostics will recognize from the previous detailed description and from the figures and claims, modifications and changes can be made to the preferred embodiments of the invention without departing from the scope of this invention defined in the following claims.

We claim:

**1**. A method for nucleic acid isolation comprising:

receiving a binding moiety solution within a process chamber, wherein the binding moiety solution comprises a collection buffer and a set of affinity moiety-coated microparticles, wherein the set of affinity moiety-coated microparticles comprises Polypropylenimine tetramine dendrimer Generation 1 amide-bonded to a set of microparticles;

contacting the binding moiety solution with a biological sample, within the process chamber, thereby producing a moiety-sample mixture;

incubating the moiety-sample mixture to reversibly bind nucleic acid material of the biological sample to the set of affinity moiety-coated microparticles, thereby producing a set of moiety-bound nucleic acid particles;

receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position;

occluding a fluidic pathway of the cartridge upon displacement of a first subset of the set of pins;

separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the fluidic pathway of the cartridge;

washing the set of moiety-bound nucleic acid particles within the fluidic pathway of the cartridge, in coordina-

**30**

tion with displacement of a second subset of the set of pins, wherein displacement of the second subset of pins includes reversal of displacement of at least one pin in the first subset of the set of pins, in reversing occlusion of a portion of the fluidic pathway; and

releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles with an elution solution characterized by a pH greater than 10.

**2**. The method of claim **1**, wherein receiving the binding moiety solution, comprising the set of affinity moiety-coated microparticles, within the process chamber comprises receiving a set of magnetic microparticles, each magnetic microparticle modified with an amine-reactive ester functional group configured to react with one of a set of amine groups of a molecule of Polypropylenimine tetramine dendrimer Generation 1.

**3**. The method of claim **1**, wherein receiving the binding moiety solution, comprising the set of affinity moiety-coated microparticles, comprises receiving a set of magnetic microparticles covalently bonded to a set of affinity moiety molecules, and wherein contacting the binding moiety solution with the biological sample comprises aspirating the binding moiety solution along with the biological sample from the process chamber and dispensing the binding moiety solution with the biological sample to the process chamber.

**4**. The method of claim **3**, wherein incubating the moiety-sample mixture comprises heating the moiety-sample solution to a temperature in the range of 25-95° C. for 5-60 minutes, thus simultaneously lysing the biological sample and facilitating binding of nucleic acid material of the biological sample to the set of affinity moiety-coated microparticles.

**5**. The method of claim **3**, wherein separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture comprises magnetically separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture.

**6**. The method of claim **5**, wherein magnetically separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture comprises aspirating the moiety-sample mixture from the process chamber; occluding the fluidic pathway of the cartridge-at a set of occlusion positions upon displacement of pins of the set of pins to generate a path through a magnetic field, and to a waste chamber; and

delivering the moiety-sample mixture through the path of the fluidic pathway, such that the set of moiety-bound nucleic acid particles is captured within the magnetic field and a waste volume of the moiety-sample mixture is delivered into the waste chamber.

**7**. The method of claim **1**, wherein separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture comprises at least one of filtering the moiety-sample mixture and focusing the moiety-sample mixture.

**8**. The method of claim **1** wherein receiving the binding moiety solution comprises receiving a binding buffer that is also configured to aid in lysis of nucleic acid-containing cells of the biological sample, thereby releasing nucleic acid material from the biological sample for binding.

**9**. The method of claim **1** wherein receiving the binding moiety solution comprises receiving a binding buffer configured to aid in mitigation of nucleolytic activity from the biological sample.

**10**. The method of claim **3**, wherein washing the set of moiety-bound nucleic acid particles comprises aspirating the moiety-sample mixture; receiving the cartridge at the cartridge receiving module comprising the set of pins and a cam card interfacing with the set of pins; transitioning the cartridge to an active configuration that disposes the cartridge

US 9,382,532 B2

31

proximal the set of pins; displacing the first subset of the set of pins in the active configuration of the cam upon translation of the cam card relative to the set of pins, thereby occluding the fluidic pathway of the cartridge at a set of occlusion positions; delivering the moiety-sample mixture into the fluidic pathway, wherein the fluidic pathway is configured to pass through a magnetic field and is coupled to a waste chamber, such that the set of moiety-bound nucleic acid particles is captured within the magnetic field; and delivering a wash solution through the fluidic pathway and into the waste chamber in a continuous flow operation.

**11**. The method of claim **1**, wherein washing the set of moiety-bound nucleic acid particles comprises transferring the moiety-sample mixture to a fluid vessel, capturing the set of moiety-bound nucleic acid particles within the fluid vessel, and washing the set of moiety-bound nucleic acid particles using a series of aspiration and dispensing steps.

**12**. The method of claim **11**, wherein washing comprises delivering a wash solution through the fluid vessel at a flow rate between 1 and 10 microliters/second, with a total wash solution volume of between 50 and 2000 microliters.

**13**. The method of claim **3**, wherein releasing the nucleic acid sample from the set of moiety-bound nucleic acid particles comprises occluding the fluidic pathway of the cartridge, comprising the process chamber, at a set of occlusion positions, upon displacement of a third set of pins, to define a path through a magnetic field; delivering the set of moiety-bound nucleic acid particles into the path of the fluidic pathway; and delivering an elution solution into the fluidic pathway, thereby inducing a pH shift configured to release the nucleic acid sample from the set of moiety-bound nucleic acid particles.

**14**. The method of claim **13**, further comprising capturing the set of moiety-bound nucleic acid particles within the magnetic field and aspirating the nucleic acid sample from the fluidic pathway.

**15**. The method of claim **1**, wherein releasing the nucleic acid sample from the set of moiety-bound nucleic acid particles comprises contacting the set of moiety-bound nucleic acid particles with an elution solution characterized by a pH that is in the range of pH 10 to pH 13.

**16**. The method of claim **1**, further comprising processing the nucleic acid sample, wherein processing the nucleic acid sample comprises modulating the fluidic pathway of the cartridge upon displacement of a third subset of the set of pins, thereby defining a path to a diagnostic chamber of the cartridge, delivering the nucleic acid sample to the diagnostic chamber, and amplifying nucleic acids of the nucleic acid sample within the diagnostic chamber by polymerase chain reaction.

**17**. A method for total nucleic acid extraction, comprising simultaneous isolation and concentration of DNA and RNA from a biological sample, the method comprising:

receiving a binding moiety solution within a process chamber, wherein the binding moiety solution comprises a collection buffer and a set of affinity moiety-coated microparticles, wherein the set of affinity moiety-coated microparticles comprises Polypropylenimine tetramine dendrimer Generation 1 amide-bonded to a set of magnetic microparticles;

mixing the binding moiety solution with between 10uL and 2mL of a biological sample, within the process chamber, thereby producing a moiety-sample mixture;

incubating the moiety-sample mixture to reversibly bind nucleic acid material, comprising target DNA and RNA, of the biological sample to the set of affinity moiety-

32

coated microparticles, thereby producing a set of moiety-bound nucleic acid particles;

receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position;

occluding a fluidic pathway of the cartridge upon displacement of a first subset of the set of pins;

magnetically separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the fluidic pathway of the cartridge; and

eluting a nucleic acid sample comprising target DNA and RNA from the set of moiety-bound nucleic acid particles, into less than 20uL of an elution solution characterized by a pH greater than 10, in coordination with displacement of a second subset of the set of pins to modulate flow in the fluidic pathway, thereby facilitating total nucleic acid extraction.

**18**. The method of claim **17**, wherein magnetically separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture comprises aspirating the moiety-sample mixture from the process chamber; occluding the fluidic pathway of the cartridge at a set of occlusion positions upon displacement of the first subset of the set of pins to generate a path through a magnetic field, and to a waste chamber of the cartridge; and delivering the moiety-sample mixture through the path of the fluidic pathway, such that the set of moiety-bound nucleic acid particles is captured within the magnetic field and a waste volume of the moiety-sample mixture is delivered into the waste chamber.

**19**. A method for nucleic acid isolation from a biological sample, comprising:

receiving a binding moiety solution within a process chamber, wherein the binding moiety solution includes a set of affinity moiety-coated microparticles, comprising a set of microparticles amide-bonded to at least one of Poly(allylamine) of molecular weight <30,000 Da and Polypropylenimine tetramine dendrimer Generation 1;

producing a moiety-sample mixture upon combination of the binding moiety solution with the biological sample;

producing a set of moiety-bound nucleic acid particles upon incubation of the moiety-sample mixture to reversibly bind nucleic acid material of the biological sample to the set of affinity moiety-coated microparticles;

receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position;

occluding a fluidic pathway of the cartridge upon displacement of a first subset of the set of pins;

separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the fluidic pathway of the cartridge;

washing the set of moiety-bound nucleic acid particles within the fluidic pathway of the cartridge; and

releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles with an elution solution, in coordination with displacement of a second subset of the set of pins, wherein displacement of the second subset of the set of pins includes reversing displacement of at least one pin of the first subset of the set of pins, and reversing occlusion of a portion of the fluidic pathway.

**20**. The method of claim **19**, wherein occluding the fluidic pathway comprises linearly displacing a cam card of the cartridge receiving module, comprising a set of hills and valleys, relative to the set of pins, wherein displacing the cam card transitions at least one pin of the set of pins between the first position and the second position.

\* \* \* \* \*

EXHIBIT 53

US009441219B2

(12) **United States Patent**
Williams et al.

(10) Patent No.: **US 9,441,219 B2**
(45) **Date of Patent:**     *Sep. 13, 2016**

(54) **SYSTEM AND METHOD FOR PROCESSING AND DETECTING NUCLEIC ACIDS**

(71) Applicant: **NeuMoDx Molecular, Inc.**, Ann Arbor, MI (US)

(72) Inventors: **Jeffrey Williams**, Chelsea, MI (US); **Sundaresh Brahmasandra**, Ann Arbor, MI (US); **Michael T. Kusner**, Ann Arbor, MI (US)

(73) Assignee: **NeuMoDx Molecular, Inc.**, Ann Arbor, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/704,215**

(22) Filed: **May 5, 2015**

(65) **Prior Publication Data**

US 2015/0232832 A1     Aug. 20, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 13/766,359, filed on Feb. 13, 2013, now Pat. No. 9,050,594, which is a continuation of application No. 13/765,996, filed on Feb. 13, 2013.

(60) Provisional application No. 61/667,606, filed on Jul. 3, 2012, provisional application No. 61/598,240, filed on Feb. 13, 2012.

(51) **Int. Cl.**
*C12N 15/10*     (2006.01)
*C12Q 1/68*     (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ....... *C12N 15/1013* (2013.01); *B01L 3/50273* (2013.01); *B01L 3/502738* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ................. B01L 2200/10; B01L 2300/0816;

B01L 2300/0864; B01L 2300/0867; B01L 2300/087; B01L 2300/14; B01L 2300/1827; B01L 2400/0406; B01L 2400/043; B01L 2400/0481; B01L 2400/0487; B01L 2400/0622
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 776,747 | A | 12/1904 | Kling |
| 778,036 | A | 12/1904 | Hepp et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101432698 | A | 5/2009 |
| CN | 1773190 | B | 5/2010 |

(Continued)

OTHER PUBLICATIONS

Compton, Cancer and Metastasis Rev., vol. 11, pp. 105-119 (1992).

*Primary Examiner* — Nathan Bowers
*Assistant Examiner* — Lydia Edwards
(74) *Attorney, Agent, or Firm* — Jeffrey Schox; Ivan Wong

(57) **ABSTRACT**

A system and method for processing and detecting nucleic acids from a set of biological samples, comprising: a capture plate and a capture plate module configured to facilitate binding of nucleic acids within the set of biological samples to magnetic beads; a molecular diagnostic module configured to receive nucleic acids bound to magnetic beads, isolate nucleic acids, and analyze nucleic acids, comprising a cartridge receiving module, a heating/cooling subsystem and a magnet configured to facilitate isolation of nucleic acids, a valve actuation subsystem configured to control fluid flow through a microfluidic cartridge for processing nucleic acids, and an optical subsystem for analysis of nucleic acids; a fluid handling system configured to deliver samples and reagents to components of the system to facilitate molecular diagnostic protocols; and an assay strip configured to combine nucleic acid samples with molecular diagnostic reagents for analysis of nucleic acids.

**20 Claims, 24 Drawing Sheets**



## US 9,441,219 B2

Page 2

(51) **Int. Cl.**
  ***B01L 3/00***    (2006.01)
  ***B01L 7/00***    (2006.01)

(52) **U.S. Cl.**
  CPC .......... ***B01L3/502761*** (2013.01); ***B01L 7/525***
    (2013.01); ***C12Q 1/6806*** (2013.01); *B01L*
    *2200/10* (2013.01); *B01L 2300/087* (2013.01);
    *B01L 2300/0816* (2013.01); *B01L 2300/0864*
    (2013.01); *B01L 2300/0867* (2013.01); *B01L*
    *2300/14* (2013.01); *B01L 2300/1827*
    (2013.01); *B01L 2400/043* (2013.01); *B01L*
    *2400/0406* (2013.01); *B01L 2400/0481*
    (2013.01); *B01L 2400/0487* (2013.01); *B01L*
    *2400/0622* (2013.01); *B01L 2400/0655*
    (2013.01)

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,963,151 | A | 6/1976 | North |
| 5,681,529 | A | 10/1997 | Taguchi et al. |
| 5,725,831 | A | 3/1998 | Reichler et al. |
| 5,750,338 | A | 5/1998 | Collins et al. |
| 5,783,148 | A | 7/1998 | Cottingham et al. |
| 5,824,478 | A | 10/1998 | Muller |
| 5,853,667 | A * | 12/1998 | Seaton .................. G01N 21/13 |
| | | | 198/465.2 |
| 6,168,948 | B1 | 1/2001 | Anderson et al. |
| 6,331,266 | B1 | 12/2001 | Powell et al. |
| 6,368,871 | B1 | 4/2002 | Christel et al. |
| 6,374,684 | B1 | 4/2002 | Dority |
| 6,374,685 | B1 | 4/2002 | Daly |
| 6,431,476 | B1 | 8/2002 | Taylor et al. |
| 6,440,725 | B1 | 8/2002 | Pourahmadi et al. |
| 6,664,104 | B2 | 12/2003 | Pourahmadi et al. |
| 6,692,700 | B2 | 2/2004 | Handique |
| 6,852,287 | B2 | 2/2005 | Ganesan |
| 6,860,993 | B2 | 3/2005 | Effenhauser et al. |
| 6,872,315 | B2 | 3/2005 | Effenhauser et al. |
| 6,878,540 | B2 | 4/2005 | Pourahmadi et al. |
| 6,893,879 | B2 | 5/2005 | Petersen et al. |
| 6,899,838 | B2 | 5/2005 | Lastovich |
| 6,987,018 | B2 | 1/2006 | Taylor et al. |
| 7,052,268 | B2 | 5/2006 | Powell et al. |
| 7,135,144 | B2 | 11/2006 | Christel et al. |
| 7,192,557 | B2 | 3/2007 | Wu et al. |
| 7,270,786 | B2 | 9/2007 | Parunak et al. |
| 7,323,140 | B2 | 1/2008 | Handique et al. |
| 7,332,130 | B2 | 2/2008 | Handique |
| 7,569,346 | B2 | 8/2009 | Petersen et al. |
| 7,674,431 | B2 | 3/2010 | Ganesan |
| 7,682,820 | B2 * | 3/2010 | Bader .................. C12M 29/10 |
| | | | 435/289.1 |
| 7,731,906 | B2 | 6/2010 | Handique et al. |
| 7,738,094 | B2 | 6/2010 | Goldberg |
| 7,763,209 | B2 | 7/2010 | Haley |
| 7,767,447 | B2 | 8/2010 | Breidenthal et al. |
| 7,820,030 | B2 | 10/2010 | Althaus et al. |
| 7,906,758 | B2 | 3/2011 | Stults et al. |
| 7,914,994 | B2 | 3/2011 | Petersen et al. |
| 7,935,537 | B2 | 5/2011 | Haley |
| 7,955,798 | B2 | 6/2011 | Mauritz |
| 7,955,864 | B2 | 6/2011 | Cox et al. |
| 7,964,413 | B2 | 6/2011 | Macioszek et al. |
| 7,987,022 | B2 | 7/2011 | Handique et al. |
| 7,995,798 | B2 | 8/2011 | Krupnik et al. |
| 7,998,708 | B2 | 8/2011 | Handique et al. |
| 8,003,329 | B2 | 8/2011 | Macevicz |
| 8,008,066 | B2 | 8/2011 | Lair et al. |
| 8,043,581 | B2 | 10/2011 | Ganesan |
| 8,048,375 | B2 | 11/2011 | Breidenthal et al. |
| 8,048,386 | B2 | 11/2011 | Dority et al. |
| 8,052,929 | B2 | 11/2011 | Breidenthal et al. |
| 8,088,616 | B2 | 1/2012 | Handique |
| 8,105,477 | B2 | 1/2012 | Althaus et al. |
| 8,105,783 | B2 | 1/2012 | Handique |
| 8,110,158 | B2 | 2/2012 | Handique |
| 8,133,671 | B2 | 3/2012 | Williams et al. |
| 8,168,134 | B2 | 5/2012 | Lehto |
| 8,182,763 | B2 | 5/2012 | Duffy et al. |
| 8,183,359 | B2 | 5/2012 | Becker et al. |
| 8,187,557 | B2 | 5/2012 | Van et al. |
| 8,247,176 | B2 | 8/2012 | Petersen et al. |
| 8,248,597 | B2 | 8/2012 | Goldberg |
| 8,268,245 | B2 | 9/2012 | Wahl |
| 8,268,603 | B2 | 9/2012 | Taylor et al. |
| 8,273,308 | B2 | 9/2012 | Handique et al. |
| 8,287,820 | B2 | 10/2012 | Williams et al. |
| 8,288,520 | B2 | 10/2012 | Eder et al. |
| 8,323,584 | B2 | 12/2012 | Ganesan |
| 8,323,900 | B2 | 12/2012 | Handique et al. |
| 8,324,372 | B2 | 12/2012 | Brahmasandra et al. |
| 8,349,564 | B2 | 1/2013 | Macioszek et al. |
| 8,394,336 | B2 | 3/2013 | Curcio |
| 8,404,198 | B2 | 3/2013 | Amshey et al. |
| 8,415,103 | B2 | 4/2013 | Handique |
| 8,420,015 | B2 | 4/2013 | Ganesan et al. |
| 8,431,413 | B2 | 4/2013 | Dority et al. |
| 8,440,149 | B2 | 5/2013 | Handique |
| 8,470,586 | B2 | 6/2013 | Wu et al. |
| 8,470,588 | B2 | 6/2013 | Boehm et al. |
| 8,473,104 | B2 | 6/2013 | Handique et al. |
| 8,480,976 | B2 | 7/2013 | Breidenthal et al. |
| 8,491,178 | B2 | 7/2013 | Breidenthal et al. |
| 8,501,461 | B2 | 8/2013 | Knight et al. |
| 8,640,555 | B2 | 2/2014 | Zenhausern et al. |
| 8,709,787 | B2 | 4/2014 | Handique |
| 9,101,930 | B2 | 8/2015 | Williams et al. |
| 2002/0039783 | A1 | 4/2002 | McMillan et al. |
| 2002/0160518 | A1 | 10/2002 | Hayenga et al. |
| 2003/0170686 | A1 | 9/2003 | Hoet et al. |
| 2004/0018611 | A1 | 1/2004 | Ward et al. |
| 2004/0138154 | A1 | 7/2004 | Yu et al. |
| 2005/0180891 | A1 | 8/2005 | Webster et al. |
| 2005/0205199 | A1 | 9/2005 | Green |
| 2005/0221529 | A1 | 10/2005 | Bang et al. |
| 2005/0233370 | A1 | 10/2005 | Ammann et al. |
| 2005/0250199 | A1 * | 11/2005 | Anderson ........... B01F 11/0071 |
| | | | 435/287.2 |
| 2005/0272169 | A1 | 12/2005 | Griffin et al. |
| 2006/0068204 | A1 | 3/2006 | Rasmussen et al. |
| 2006/0166233 | A1 | 7/2006 | Wu et al. |
| 2006/0182300 | A1 | 8/2006 | Schwartz |
| 2006/0182842 | A1 | 8/2006 | Pruden et al. |
| 2007/0148174 | A1 | 6/2007 | Kudlicki et al. |
| 2007/0184463 | A1 | 8/2007 | Molho et al. |
| 2007/0190662 | A1 | 8/2007 | Baetzold et al. |
| 2007/0196912 | A1 | 8/2007 | Facer et al. |
| 2007/0292941 | A1 | 12/2007 | Handique et al. |
| 2008/0057572 | A1 | 3/2008 | Petersen et al. |
| 2008/0146896 | A1 | 6/2008 | Rabinowitz et al. |
| 2008/0193384 | A1 | 8/2008 | Willard et al. |
| 2008/0200343 | A1 | 8/2008 | Clemens et al. |
| 2008/0241569 | A1 | 10/2008 | Qin et al. |
| 2008/0275409 | A1 | 11/2008 | Kane et al. |
| 2008/0280285 | A1 | 11/2008 | Chen et al. |
| 2009/0130719 | A1 | 5/2009 | Handique |
| 2009/0131650 | A1 | 5/2009 | Brahmasandra et al. |
| 2009/0215125 | A1 | 8/2009 | Reed et al. |
| 2009/0275014 | A1 * | 11/2009 | Maltezos ........... B01L 3/50851 |
| | | | 435/5 |
| 2010/0009351 | A1 | 1/2010 | Brahmasandra et al. |
| 2010/0009375 | A1 | 1/2010 | Sherman et al. |
| 2010/0029544 | A1 | 2/2010 | Cheng et al. |
| 2010/0075311 | A1 | 3/2010 | Barrault et al. |
| 2010/0165784 | A1 | 7/2010 | Jovanovich et al. |
| 2010/0300563 | A1 | 12/2010 | Ramunas et al. |
| 2010/0303687 | A1 | 12/2010 | Blaga et al. |
| 2010/0310423 | A1 | 12/2010 | Nieuwenhuis |
| 2010/0323919 | A1 | 12/2010 | Chen et al. |
| 2011/0003281 | A1 | 1/2011 | Woudenberg et al. |
| 2011/0043237 | A1 * | 2/2011 | Kiyokawa ........... G01R 31/2893 |
| | | | 324/756.03 |

**US 9,441,219 B2**

Page 3

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2011/0053289 | A1 * | 3/2011 | Lowe .................... B01L 3/5027 |
| | | | 436/501 |
| 2011/0071031 | A1 | 3/2011 | Khripin et al. |
| 2011/0201099 | A1 | 8/2011 | Anderson et al. |
| 2011/0318840 | A1 | 12/2011 | Ziglioli et al. |
| 2012/0046203 | A1 * | 2/2012 | Walsh .................... A61B 5/157 |
| | | | 506/39 |

| | | | |
|---|---|---|---|
| 2012/0245218 | A1 | 9/2012 | Fukushima et al. |
| 2012/0245337 | A1 | 9/2012 | Fabis et al. |
| 2013/0210015 | A1 | 8/2013 | Williams et al. |
| 2013/0210127 | A1 | 8/2013 | Williams et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2007064635 A1 | 6/2007 |
| WO | 2009022994 | 4/2009 |

* cited by examiner



FIG. 1A



FIG. 1B



FIG.  2A



FIG.  2B



FIG. 3A



FIG. 3B



FIG. 4

FIG. 5A

FIG. 5B



FIG. 6A



FIG. 6B



FIG. 7A

FIG. 7B

FIG. 7C



FIG. 7D



FIG. 7E



FIG. 8

FIG. 9A

FIG. 9B



*178*

*177*

FIG. 10A



*145*

*145*

*144*

*145*

*143*

*175*

*142*

*141*

FIG. 10B



FIG. 11A

FIG. 11B

FIG. 11C

Case 1:19-cv-01126-LPS   Document 169-4   Filed 02/25/21   Page 48 of 542 PageID #: 19657



FIG.  12A



FIG.  12B



FIG. 12C

FIG. 12D



FIG. 13



FIG.  14A

FIG.  14B

FIG.  14C



FIG. 15

257

255

COUPLE TO
GANTRY 256

S440

S410

S450

FIG. 16A

S440'

S450'



FIG.  16B

S410'

S440"

S450"



S410"

FIG.  16C



FIG. 17A



FIG. 17B



FIG.  18A



FIG.  18B



FIG. 19



FIG. 20



FIG. 21A



FIG. 21B



FIG. 22



FIG. 23



400
combining each biological sample of a set of biological samples with a quantity of magnetic beads to produce a set of magnetic bead-sample mixtures
S410
heating the set of magnetic bead-sample mixtures to produce a set of nucleic acid-magnetic bead samples
S420
transferring each nucleic acid-magnetic bead sample of a set of nucleic aced-magnetic bead samples to a corresponding fluidic pathway of a set of fluidic pathways
S430
producing a set of purified nucleic acid volumes from the set of nucleic acid-magnet bead samples
S440
combining each purified nucleic acid volume of the set of purified nucleic acid volumes with a molecular diagnostic reagent to produce a set of nucleic acid-reagent mixtures
S450
transferring each of the set of nucleic acid-reagent mixtures, through the corresponding fluidic pathway of the set of fluidic pathways, to a detection chamber
S460
receiving light from the set of nucleic acid-reagent mixtures
S470
generating a set of data based on light received form the set of nucleic acid-reagent mixtures
S480

FIG. 24A



transferring each nucleic acid-magnetic bead sample of a set of nucleic aced-magnetic bead samples  to a corresponding fluidic pathway of a set of fluidic pathways ⟩ S430

occluding at least one fluidic pathway of the set of fluidic pathways at a subset of a set of occlusion positions to define at least one truncated fluidic pathway ⟩ S432

FIG. 24B

producing a set of purified nucleic acid volumes from the set of nucleic acid-magnet bead samples ⟩ S440

providing a magnetic field S441, such that each fluidic pathway in the set of fluidic pathways is configured to cross the magnetic field ⟩ S441

providing a heater configured to span a heating region of the set of fluidic pathways ⟩ S442

occluding at least one fluidic pathway of the set of fluidic pathways at a subset of a set of occlusion positions to define at least one truncated fluidic pathway containing a nucleic acid-magnet bead sample and coupled to a source for delivery of a wash solution and a release solution ⟩ S443

delivering a wash solution through a portion of at least one fluidic pathway ⟩ S444

delivering a release solution through a portion of at least one fluidic pathway ⟩ S445

FIG. 24C



transferring each of the set of nucleic acid-reagent mixtures, through the corresponding fluidic pathway of the set of fluidic pathways, to a detection chamber    S460

occluding at least one fluidic pathway of the set of fluidic pathways at a subset of a set of occlusion positions S462, which functions to define at least one truncated fluidic pathway coupled to a detection chamber of a set of detection chambers    S462

FIG. 24D

US 9,441,219 B2

<div style="text-align:center">1</div>

# SYSTEM AND METHOD FOR PROCESSING AND DETECTING NUCLEIC ACIDS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of co-pending U.S. patent application Ser. No. 13/766,359, filed 13 Feb. 2013, which claims the benefit of U.S. Provisional Application Ser. No. 61/667,606, filed on 3 Jul. 2012, and U.S. Provisional Application Ser. No. 61/598,240, filed on 13 Feb. 2012, which are incorporated herein in their entirety by this reference. This application is also a continuation of co-pending U.S. application Ser. No. 13/765,996, filed 13 Feb. 2013, which is incorporated herein in its entirety by this reference.

## TECHNICAL FIELD

This invention relates generally to the molecular diagnostics field, and more specifically to an improved system and method for processing and detecting nucleic acids.

## BACKGROUND

Molecular diagnostics is a clinical laboratory discipline that has developed rapidly during the last 25 years. It originated from basic biochemistry and molecular biology research procedures, but now has become an independent discipline focused on routine analysis of nucleic acids (NA), including deoxyribonucleic acid (DNA) and ribonucleic acid (RNA) for diagnostic use in healthcare and other fields involving analysis of nucleic acids. Molecular diagnostic analysis of biological samples can include the detection of one or more nucleic acid materials present in the specimen. The particular analysis performed may be qualitative and/or quantitative. Methods of analysis typically involve isolation, purification, and amplification of nucleic acid materials, and polymerase chain reaction (PCR) is a common technique used to amplify nucleic acids. Often, a nucleic acid sample to be analyzed is obtained in insufficient quantity, quality, and/or purity, hindering a robust implementation of a diagnostic technique. Current sample processing methods and molecular diagnostic techniques are often labor/time intensive, low throughput, and expensive, and systems of analysis are insufficient. Furthermore, methods of isolation, processing, and amplification are specific to certain sample matrices and/or nucleic acid types and not applicable across common sample and nucleic acid types.

Due to these and other deficiencies of current molecular diagnostic systems and methods, there is thus a need for and improved system and method for processing and detecting nucleic acids. This invention provides such a system and method.

## BRIEF DESCRIPTION OF THE FIGURES

FIGS. **1A-1B** depict an embodiment of a system for processing and detecting nucleic acids;

FIGS. **2A-2B** depict an embodiment of elements, and a top view of an embodiment of a system worktable, respectively, of an embodiment of a system for processing and detecting nucleic acids;

FIGS. **3A-3B** depict an embodiment of a capture plate for combining a sample with magnetic beads;

<div style="text-align:center">2</div>

FIG. **4** depicts an embodiment of a capture plate module to facilitate lysis of a biological sample and combination of the biological sample with magnetic beads;

FIGS. **5A-5B** depict an alternative embodiment of a capture plate;

FIGS. **6A-6B** depict embodiments of a molecular diagnostic module for processing and detecting nucleic acids;

FIGS. **7A-7E** depict a sequence of operations performed by elements of an embodiment of a molecular diagnostic module;

FIG. **8** depicts an embodiment of a microfluidic cartridge and an embodiment of a cartridge platform;

FIGS. **9A-9B** depict configurations of a linear actuator of an embodiment of a molecular diagnostic module;

FIGS. **10A-10B** depict elements of an embodiment of a valve actuation subsystem of a molecular diagnostic module;

FIGS. **11A-11C** depict an embodiment of a valve actuation subsystem of a molecular diagnostic module;

FIGS. **12A-12D** depict elements of an embodiment of an optical subsystem of a molecular diagnostic module;

FIG. **13** depicts a side view of an alternative embodiment of a molecular diagnostic module for processing and detecting nucleic acids;

FIGS. **14A-14C** depict an embodiment of a fluid handling system of a system for processing and detecting nucleic acids;

FIG. **15** depicts embodiments of elements of the fluid handling system;

FIGS. **16A-16C** are schematics depicting example methods for processing and detecting nucleic acids;

FIGS. **17A-17B** show embodiments of consumables and reagents used in a system for processing and detecting nucleic acids;

FIGS. **18A-18B** depict an embodiment of an assay strip to facilitate analysis of a sample containing nucleic acids;

FIG. **19** depicts an embodiment of an assay strip holder;

FIG. **20** depicts an embodiment of an assay strip carrier;

FIGS. **21A-21B** show alternative embodiments of assay strip holders and assay strips, respectively;

FIG. **22** shows an embodiment of a filter to facilitate processing and detecting of nucleic acids;

FIG. **23** shows an embodiment of a filter holder to facilitate processing and detecting of nucleic acids; and

FIGS. **24A-24D** depict embodiments of a method for processing and detecting nucleic acids.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following description of preferred embodiments of the invention is not intended to limit the invention to these preferred embodiments, but rather to enable any person skilled in the art to make and use this invention.

1. System for Processing and Detecting Nucleic Acids

As shown in FIGS. **1A-1B** and **7A**, an embodiment of a system **100** for processing and detecting nucleic acids comprises: a capture plate **110** configured to facilitate binding of nucleic acids within a biological sample to a set of magnetic beads **119**; a molecular diagnostic module **130** comprising a microfluidic cartridge receiving module **140**, heating and cooling subsystem **150**, a magnet **160**, a valve actuation subsystem **170**, an optical subsystem **180**; and an assay strip **190** configured to facilitate mixing of molecular diagnostic reagents with a nucleic acid volume. Other embodiments of the system **100** may further comprise at least one of a capture plate module **120** configured to support the capture

US 9,441,219 B2

3

plate **110**; a filter **200** and filter holder **205** to facilitate sample preparation; a microfluidic cartridge **210** configured to facilitate sample processing; an assay strip holder **230**; an assay strip carrier **240**; a liquid handling system **250** configured to facilitate gas and fluid delivery to different elements of the system **100**; a processor configured to analyze data resulting from a run of the system **100**; and a user interface configured to allow a user to interact with the system **100**. The system **100** thus functions to receive biological samples containing nucleic acids (i.e., impure nucleic acid samples), separate nucleic acids from the biological samples, and analyze nucleic acid samples according to at least one molecular diagnostic protocol (e.g., PCR). Preferably, the system **100** is a walkaway system by which a user loads a set of biological samples containing nucleic acids, and receives a set of data resulting from a molecular diagnostic protocol without any further sample manipulation by the user. Alternatively, the system **100** facilitates aspects of sample preparation for a molecular diagnostic protocol, with some sample manipulation performed by the user.

In one example workflow of the system **100**, a liquid handling system **250** aspirates a set of biological samples containing nucleic acids (i.e., impure nucleic acid samples), and dispenses the set of biological samples into a capture plate **110** to be lysed and combined with magnetic beads **119** (containing a proprietary affinity coating to bind the nucleic acids to the magnetic beads) by a capture plate module **120**. The liquid handling system **250** then aspirates substantially all of each sample of the set of lysed biological samples combined with magnetic beads (i.e., set of magnetic bead-samples) from the capture plate no, and dispenses the set of magnetic bead-samples into a microfluidic cartridge **210**, aligned within a cartridge receiving module **140** of a molecular diagnostic module **130**, and configured to be manipulated by the molecular diagnostic module **130**. A heating and cooling subsystem **150**, a magnet **160**, and a valve actuation subsystem **170** of the molecular diagnostic module **130** then facilitate separation of a set of nucleic acids from the magnetic bead-samples, as the liquid handling system **250** dispenses wash solutions, release solutions, and/or air at appropriate stages. The liquid handling system **250** then aspirates the set of nucleic acids from the microfluidic cartridge **210** contained within the molecular diagnostic module **130**, combines the set of nucleic acids with a set of molecular diagnostic reagents using an assay strip **190**, and dispenses the set of nucleic acids combined with the set of molecular diagnostic reagents (i.e., set of nucleic acid-reagent mixtures) into the microfluidic cartridge **210** within the molecular diagnostic module **130**. The detection chamber heaters **157**, optical subsystem **180** and valve actuation subsystem **170** of the molecular diagnostic module **130** then facilitate analysis of the set of nucleic acid-reagent mixtures by a processor configured to display information on a user interface.

As stated, the above workflow is just one example workflow of the system **100**, and other workflows of the system **100** and methods of processing and detecting nucleic acid samples are further described in Section 2 below. A detailed description of elements of an embodiment of the system **100** are described in sections 1.1-1.6 below.

1.1 System—Capture Plate and Capture Plate Module

As shown in FIGS. **3A** and **3B**, the capture plate **110** comprises a capture plate substrate in comprising a set of wells **112** and a puncturable foil seal **115**, and functions to facilitate binding of nucleic acids within a biological sample to a set of magnetic beads **119**. Preferably, the entire capture plate **110** is configured to be a consumable (i.e., disposable),

4

such that each well of the capture plate **110** can only be used once yet the remaining unused wells can be used during additional runs of the system **100**. Alternatively, at least a portion of the capture plate **110** is configured to be reusable, such that additional mixing or reagent additions can be performed and portions of the capture plate **110** may be used for multiple runs of the system **100**. In one variation of the capture plate **110**, the capture plate substrate **111** is reusable, while the puncturable foil seal **115** is disposable and replaced after each run of the system **100**.

The capture plate substrate **111** is configured such that the capture plate **110** is capable of resting on a flat surface, can be stacked with another capture plate **110**, and also can be manipulated with industry standard instrument components for handling of microtiter plates. The capture plate substrate also functions to define the set of wells **112** and to couple to the puncturable foil seal **115**. The capture plate substrate in is preferably composed of a PCR-compatible polymer that can be heat processed to couple to the puncturable foil seal **115**, but can alternatively be composed of any appropriate material that can contain a fluid and be bonded to the puncturable foil seal **115**.

The set of wells **112** of the capture plate substrate **111** function to receive at least one biological sample which contain or are suspected of potentially containing nucleic acids, and to facilitate combination of the biological sample with a set of magnetic beads **119**. Preferably, the wells **113** are each configured to accommodate not only a biological sample, but also to facilitate mixing of the biological sample with a set of magnetic beads **119** (e.g., using a pipettor, the liquid handling system **250** or other apparatus), which preferably are preloaded in wells **112**, or alternatively may be added by an operator. Preferably, the wells are also deeper than they are wide to allow a significant number of wells **112** (e.g. 24) with a clinically relevant sample volumes, and evenly spaced to facilitate aspiration, delivery, and/or mixing of multiple biological samples (e.g., with a multi-tip pipettor). Alternatively, the wells are wider than they are deep to facilitate larger devices for mixing the biological samples with the magnetic beads **119**. Each well **113** of the set of wells **112** also preferably has a conically shaped bottom region, as shown in FIG. **3A**, to facilitate complete aspiration of a fluid from a well. Alternatively, each well **113** may not have a conically shaped bottom region. Additionally, in the orientation shown in FIG. **3A**, the tops of each well **113** in the set of wells **112** preferably form raised edges protruding from the capture plate substrate **111**, in order to facilitate sealing of each well **113** by the puncturable foil seal **115**. Alternatively, the tops of each well **113** in the set of wells **112** may not form raised edges protruding from the capture plate substrate in. The magnetic beads are preferably polymer beads, precoupled with a ligand for binding to a nucleic acid, and comprising a superparagmagnetic component. Additionally, the magnetic beads may be treated to be positively charged. However, the magnetic beads may alternatively be any appropriate magnetic beads (e.g. magnetic, parmagnetic, or superparamagnetic) configured to facilitate biomagnetic separation.

Each quantity of magnetic beads **119** may be accompanied by lysing reagents (e.g. proteinase K) and a sample process control comprising nucleic acid sequences for DNA and RNA, which function to lyse biological samples and to provide a mechanism by which sample process controls may be later detected to verify processing fidelity and assay accuracy. The sample process control comprising nucleic acid sequences for DNA and RNA allows one version of the capture plate to facilitate assays involving DNA and RNA

US 9,441,219 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

detection. Preferably, the quantity of magnetic beads 119, lysing reagents, and sample process controls is dried within each well to improve shelf life; however, the quantity of magnetic beads 119, lysing reagents, and sample process controls may alternatively be in liquid form.

The puncturable foil seal 115 functions to isolate each well 113 of the set of wells 112, prevent contamination of the contents of each of the set of wells 112, protect the magnetic beads 119 and other reagents stored in wells 112 from degradation, and provide information identifying the capture plate no. The puncturable foil seal 115 preferably seals each well 113 of the capture plate 110, and is configured to be punctured by an external element (e.g., by a pipette tip), such that each well is sealed prior to being punctured. In one variation, the puncturable foil seal 115 also forms a seal around an element that punctures it, and in another variation, the puncturable foil seal 115 does not form a seal around an element that punctures it, in order to prevent airlock. The puncturable foil seal 115 is also preferably labeled with identifying information including at least one of manufacturer information, capture plate contents, the lot of the contents, an expiry date, and a unique electronic tag (e.g., barcode or QR code) providing more information. Preferably, the puncturable foil seal 115 does not extend beyond the footprint of the capture plate no, but alternatively, the puncturable foil seal 115 may be any appropriate size and/or include protruding features (e.g., tabs) that facilitate handling of the capture plate.

In one variation, the capture plate 110 may be prepackaged at least with magnetic beads 119, such that each well 113 in the set of wells 112 is prepackaged with a set of magnetic beads 119 defined by a specific quantity or concentration of magnetic beads. The set of wells 112 may then be sealed by the puncturable foil seal 115, which is configured to be punctured by an external element that delivers volumes of biological samples to be mixed with the magnetic beads 119. In another variation, the capture plate no may not be prepackaged with magnetic beads 119, but the wells 113 of the capture plate may still be sealed with a puncturable foil seal 115. In this variation, the puncturable foil seal 115 is configured to be punctured by at least one external element, for co-delivery of biological samples and magnetic beads intended to be combined.

A variation of the capture plate 110' may further comprise a slotted rubber membrane 116, as shown in FIGS. 5A and 5B, configured to provide access through the puncturable foil seal 115 to the set of wells 112. The slotted rubber membrane 116 thus functions to prevent or reduce splashing, evaporation, and/or aerosolization of contents of the set of wells 112. Preferably, the slotted rubber membrane 116 comprises slots that are self-sealing and centered over wells of the set of wells 112, and further does not extend beyond the footprint of the capture plate no. Alternatively, the slots of the slotted rubber membrane 116 may not be self-sealing, and/or the slotted rubber membrane 116 may be any appropriate size and comprise features that extend beyond the footprint of the capture plate no.

In a specific example, the capture plate no comprises 24 wells 113 with an 18 mm center-to-center pitch, each well having a volumetric capacity of 2 mL, and is compliant with Society for Laboratory Automation and Screening (SLAS) standards. Each well 113 of the capture plate 110 in the specific example is also prepackaged with a specified quantity of magnetic beads 119, and comprises a protruding top edge that is heat sealed to a puncturable foil seal. In addition, each well 113 also contains other reagents beneficial for processing and monitoring the sample, including proteinase

K and one or more specific nucleic acid stands designed to serve as a process control. The specific example of the capture plate 110 can thus combine two groups of 12 biological samples with magnetic beads. The capture plate 110 in the specific example is produced by injection molding, has a footprint of 127.75 mm×85.5 mm, and is composed of a PCR-compatible polypropylene based polymer with a high vapor barrier.

An embodiment of the system 100 may further comprise a capture plate module 120, as shown in FIG. 4, which functions to receive, support, and heat a capture plate 110. The capture plate module 120 preferably comprises a thermally conducting substrate 121 configured to cradle a capture plate 110, a capture plate heater 123, a capture plate receiving module 125, and a capture plate electronics module 127. Preferably, the capture plate module 120 functions to facilitate lysis of a biological sample deposited into a well 113 of the capture plate, and to facilitate binding of nucleic acids (i.e., within a lysed biological sample) to a quantity of magnetic beads 119 within a well 113 of the capture plate 110. In a specific example, the capture plate module 120 has dimensions of 108 mm×156 mm×45 mm and is configured to rest on a flat surface.

The thermally conducting substrate 121 is configured to cradle and support the capture plate 110, and functions to conduct heat to the set of wells 112 of the capture plate 110. Preferably, the thermally conducting substrate 121 is also configured to reversibly couple to the capture plate 110, and comprises a set of indentations 122 that encircle each well 113 in the set of wells 112. In one variation, the indentations 122 completely conform to the external surface of each well 113 of the capture plate 110, but in another variation, the indentations 122 may encircle a portion of each well 113 of the capture plate 110. Additionally, the indentations 122 are preferably thermally conducting in order to conduct heat to the set of wells 112, and portions of the thermally conducting substrate 121 aside from the indentations 122 are composed of non-conducting, rigid material. Alternatively, the entire thermally conducting substrate 121 may be composed of a material that is thermally conducting.

The capture plate heater 123 is preferably coupled to the thermally conducting substrate 121, and functions to transfer heat, through the thermally conducting substrate 121, to a well 113 of the capture plate 110. The capture plate heater 123 preferably conforms to at least a portion of an indentation 122 of the thermally conducting substrate 121, to facilitate heat transfer through the indentation 122 to an individual well 113 of the capture plate 110. In this variation, the capture plate heater 123 is one of a set of capture plate heaters 124, wherein each capture plate heater 123 in the set of capture plate heaters 124 transfers heat to an individual well 113 of the set of wells 112 of the capture plate 110. Alternatively, the capture plate heater 123 may conform to portions of multiple indentations 122 of the thermally conducting substrate 121, such that the capture plate heater 123 is configured to transfer heat to multiple wells 113 of the capture plate 110. Preferably, the capture plate heater 123 is a resistance heater, but alternatively, the capture plate heater 123 may be a Peltier or any appropriate heater configured to transfer heat to the capture plate 110. The capture plate heater 123 may also further couple to a heat sink.

The capture plate receiving module 125 comprises a capture plate actuation system 126 that functions to couple the capture plate module 120 to a capture plate 110. As shown in FIG. 4, the capture plate actuation system 126 comprises a structural support with hinged grips 128 and at least one capture plate module actuator 129. The capture

US 9,441,219 B2

7

plate module actuator **129** is preferably a push-type solenoid with a spring return, but may alternatively be any appropriate linear actuator, such as a hydraulic actuator. The structural support with hinged grips **128** preferably couples to the capture plate heater **123** and houses the capture plate module actuator **129**, such that, in a first configuration, actuation of the capture plate module actuator **129** outwardly displaces the hinged grips (allowing the capture plate module **120** to receive a capture plate **110**), and in a second configuration, actuation of the capture plate module actuator **129** inwardly displaces the hinged grips (allowing the capture plate module **120** to couple to the capture plate **110**). The structural support with hinged grips **128** may further comprise a textured and/or high-friction surface configured to grip a capture plate **110**, but alternatively may not comprise a textured and/or high-friction surface.

The capture plate electronics module **127** is coupled to the capture plate heater **123** and the capture plate actuation system **126**, and functions to enable control of the capture plate heater **123** and the capture plate actuation system **126**. Preferably, the capture plate electronics module **127** modulates an output of the capture plate heater **123**, in order to controllably heat at least one well **113** of the capture plate **110**. Additionally, the capture plate electronics module **127** preferably modulates the capture plate actuation system **126**, in order to controllably couple the capture plate module **120** to a capture plate **110**. Preferably, the capture plate electronics module **127** is coupled to an external power supply, such that the capture plate module **120** does not include an integrated power supply; however, in alternative embodiments, the capture plate electronics module **127** may be coupled to a power supply integrated with the capture plate module **120**.

1.2 System—Molecular Diagnostic Module

As shown in FIGS. **6A** and **6B**, an embodiment of the molecular diagnostic module **130** of the system **100** includes a cartridge receiving module **140**, a heating and cooling subsystem **150**, a magnet **160**, a valve actuation subsystem **170**, and an optical subsystem **180**, and functions to manipulate a microfluidic cartridge **210** for processing of a biological sample containing nucleic acids. The molecular diagnostic module **130** is preferably configured to operate in parallel with at least one other molecular diagnostic module **130**, such that multiple microfluidic cartridges **210** containing biological samples may be processed simultaneously. In a first variation, the molecular diagnostic module **130** is configured to be stackable with another molecular diagnostic module **130** in a manner that enables access to a microfluidic cartridge **210** within each molecular diagnostic module **130**; an example of the first variation is shown in FIG. **6B**, where the molecular diagnostic modules **130** are stacked in a staggered configuration. In the first variation, each molecular diagnostic module **130** may further comprise locking pins or other appropriate mechanisms to couple the stacked molecular diagnostic modules **130** together. In another variation, the molecular diagnostic module **130** may not be configured to stack with another molecular diagnostic module, such that the molecular diagnostic modules **130** are configured to rest side-by-side on the same plane. Elements of an embodiment of the molecular diagnostic module **130** are further described in sections 1.2.1 to 1.2.5 below.

1.2.1 Molecular Diagnostic Module—Cartridge Receiving Module

As shown in FIG. **9A**, the cartridge receiving module **140** of the molecular diagnostic module **130** comprises a cartridge platform **141** including a cartridge loading guiderail **142**, a cartridge stop **143**, a magnet receiving slot **144**, and

8

a set of valve actuation slots **145**; a linear actuator **146** configured to displace a microfluidic cartridge **210** resting on the cartridge platform **141**, and a set of springs **148** coupled to the cartridge platform **141**. The cartridge receiving module **140** thus functions to receive, align, and compress a microfluidic cartridge **210** for processing of a biological sample according to a molecular diagnostic assay protocol. As shown in FIGS. **7A-7C**, the cartridge platform **141** is preferably configured to receive a microfluidic cartridge **210** along a cartridge loading guiderail **142** until it reaches a cartridge stop **143**, and be vertically displaced by the linear actuator **146**, which places a biasing force against the set of springs **148** coupled to the cartridge platform **141**. The magnet receiving slot **144** and the set of valve actuation slots **145** provide access, by a magnet **160** and a valve actuation subsystem **170**, to the microfluidic cartridge **210**, as the microfluidic cartridge is vertically displaced by the linear actuator **146**.

The cartridge platform **141** includes a cartridge loading guiderail **142**, a cartridge stop **143**, a magnet receiving slot **144**, and a set of valve actuation slots **145**, and functions to receive and align a microfluidic cartridge **210**, while providing access to the microfluidic cartridge **210** by a magnet **160** and a valve actuation subsystem **170**. As shown in FIG. **8**, an embodiment of the cartridge platform **141** includes a pair of parallel cartridge loading guiderails **142**, initiating at a pair of inwardly tapering protrusions configured to guide a microfluidic cartridge toward the pair of parallel cartridge loading guiderails **142**, and spanning two short edges of the cartridge platform **141**. The embodiment of the cartridge platform **141** also includes a cartridge stop **143** comprising a vertical tab oriented perpendicular to the cartridge loading guiderails **142**, and spanning a long edge of the cartridge platform. Preferably, the cartridge loading guiderails **142** and the cartridge stop **143** are configured such that a microfluidic cartridge **210** slides between the cartridge loading guiderails **142** and hits the cartridge stop **143** to signal proper alignment. Alternatively, the cartridge loading guiderails **142** and the cartridge stop **143** may be configured such that a microfluidic cartridge slides over or along the cartridge loading guiderails **142**, after which the cartridge stop **143** couples to a portion of the microfluidic cartridge **210** to ensure proper alignment of the microfluidic cartridge. Additional variations of the cartridge loading guiderails **142** and the cartridge stop **143** may be used to enable reception and alignment of a microfluidic cartridge **210** by the molecular diagnostic module **130**, and are known by those skilled in the art.

The embodiment of the cartridge platform **141** shown in FIG. **8** also includes a set of valve actuation slots **145**, oriented perpendicular to the parallel cartridge loading guiderails **142** and configured to provide access to a valve actuation subsystem **170**, and a magnet receiving slot **144** located among the set of valve actuation slots **145**. Preferably, the magnet receiving slot **144** and the set of valve actuation slots **145** substantially span a long dimension of the cartridge platform **141**, as shown in FIG. **8**, and are configured to correspond to locations on a microfluidic cartridge **210** requiring a magnetic field and/or valving to enable processing of a biological sample and nucleic acid detection once the microfluidic cartridge **210** has been aligned within the molecular diagnostic module **130**. Thus, alternative configurations of the magnet receiving slot **144** and the set of valve actuation slots **145** may accommodate other cartridges with alternative regions requiring magnetic fields and/or valving to enable other protocols. In one alternative embodiment, the magnet receiving slot **144** and

US 9,441,219 B2

9

10

the set of valve actuation slots may comprise one continuous void of the cartridge platform **141**, such that the cartridge platform **141** supports a microfluidic cartridge **210** along the periphery of the microfluidic cartridge **210**, but forms a continuous void under a majority of the footprint of the microfluidic cartridge **210**.

The linear actuator **146** functions to linearly displace a microfluidic cartridge **210** resting on the cartridge platform **141**, in order to compress the microfluidic cartridge **210** and position the microfluidic cartridge **210** between a cartridge heater **153** and an optical subsystem **180** on one side of the microfluidic cartridge **210**, and a magnet **160** and detection chamber heaters **157** on another side of the microfluidic cartridge **210**. The linear actuator **146** also functions to provide a sufficient counterforce to the valve actuation subsystem **170** such that a microfluidic cartridge **210** within the molecular diagnostic module **130** remains properly situation upon manipulation by the valve actuation subsystem **170**. The linear actuator **146** further functions to move a nozzle **149** coupled to the liquid handling system **250**, in order to couple the liquid handling system **250** to a fluid port **222** of the microfluidic cartridge **210**. In the orientation of the molecular diagnostic module **130** shown in FIGS. 7B and 7B, the linear actuator **146** is preferably coupled to a portion of the heating and cooling subsystem **150** a portion of the optical subsystem **180**, and the nozzle **149**, and vertically displaces the cartridge heater **153**, the optical subsystem **180**, and the nozzle **149** to position the cartridge heater **153**, **180** and the nozzle **149** over the microfluidic cartridge **210**. The vertical displacement also allows the microfluidic cartridge **210** to receive a magnet **160**, which provides a magnetic field to facilitate a subset of a molecular diagnostic protocol, and detection chamber heaters **157**, which allows amplification of nucleic acids for molecular diagnostic protocols requiring heating and cooling of the nucleic acid (e.g. PCR). Preferably, the linear actuator **146** is a scissor jack actuator configured to apply substantially uniform pressure over all occlusion positions of a microfluidic cartridge **210** aligned within the molecular diagnostic module **130**, and to operate in at least two configurations. In a retracted configuration **146a**, as shown in FIG. 9A, the scissor jack actuator has not linearly displaced the cartridge platform **141**, and in an extended configuration **146b**, as shown in FIG. 9B, the scissor jack actuator has linearly displaced the microfluidic cartridge **210** to position the microfluidic cartridge **210** between the subsystems **153**, and **180**, and the magnet **160** and detection chamber heaters **157**. Additionally, the extended configuration **146b** of the scissor jack actuator is configured to couple the nozzle **149** to a fluid port **222** of the microfluidic cartridge **210**, such that the liquid handling system **250** can deliver solutions and gases for processing of biological samples. The linear actuator **146** may alternatively be any appropriate linear actuator, such as a hydraulic, pneumatic, or motor-driven linear actuator, configured to linearly displace a microfluidic cartridge within the molecular diagnostic module **130**.

As shown in FIGS. 7B, 7C, and **8**, a set of springs **148** is coupled to the cartridge platform **141** and functions to provide a counteracting force against the linear actuator **146** as the linear actuator **146** displaces a microfluidic cartridge **210** resting on the cartridge platform **141**. The set of springs **148** thus allows the cartridge platform **141** to return to a position that allows the microfluidic cartridge **210** to be loaded and unloaded from the molecular diagnostic module **130** when the linear actuator **146** is in a retracted configuration **146b**, as shown in FIG. 7B. Preferably, in the orientation shown in FIG. 7B, the set of springs **148** is located at

peripheral regions of the bottom side of the cartridge platform **141**, such that the set of springs **148** does not interfere with the magnet or the valve actuation subsystem **170**. Alternatively, the set of springs **148** may be located at any appropriate position to provide a counteracting force against the linear actuator **146**. In a specific example shown in FIG. 6A, the set of springs **148** comprises four springs located near corners of the bottom side of the cartridge platform **141**, but in other variations, the set of springs **148** may comprise any appropriate number of springs. Each spring of the set of springs **148** is also preferably housed within a guide to prevent deviations from linear vertical motions (in the orientation shown in FIG. 7B); however, each spring in the set of springs **148** may alternatively not be housed within a guide. In an alternative embodiment of the molecular diagnostic module **130**, the set of springs **148** may altogether be replaced by a second linear actuator configured to linearly displace a microfluidic cartridge **210**, resting on the cartridge platform **141**, in a direction opposite to the displacements enforced by the linear actuator **146**.

Similarly, the nozzle **149**, the heating and cooling subsystem **150**, the cartridge heater **153**, and the magnet **160** are preferably coupled to springs, such that springs are positioned between elements **149**, **150**, **153**, and **160**, and substrates that elements **149**, **150**, **153**, and **160** are mounted to. Alternatively an elastomeric material is preferably positioned between elements **149**, **150**, **153**, and **160**, and substrates that elements **149**, **150**, **153**, and **160** are mounted to. The springs and/or elastomeric material function to provide proper functioning and alignment of subsystems of the molecular diagnostic module **130** as the linear actuator **146** is extended or retracted, contributing to reliability and a reduction in stack up tolerance risk. The springs and/or elastomeric material further function to allow more pressure to be applied to occlusion positions of a microfluidic cartridge **210** aligned within the molecular diagnostic module **130**, and an appropriate pressure to be applied to elements **149**, **150**, **153** and **160** of the molecular diagnostic module **130**. Thus, proper contact is maintained between elements **149**, **150**, **153**, and **160**, and a microfluidic cartridge **210** being manipulated by the molecular diagnostic module. These elements are described in further detail below.

1.2.2 Molecular Diagnostic Module—Heating/Cooling Subsystem and Magnet

The heating and cooling subsystem **150** of the molecular diagnostic module **130** comprises a cartridge heater **153**, a fan **155**, and a set of detection chamber heaters **157** and functions to controllably heat portions of a microfluidic cartridge **210** for processing of a biological sample containing nucleic acids according to a molecular diagnostic protocol. In the orientation of an embodiment of the molecular diagnostic module **130** shown in FIGS. 7A-7C, the cartridge heater **153** is preferably coupled to the linear actuator **146** of the cartridge receiving module **140** and configured to span a central region of a microfluidic cartridge **210** aligned within the molecular diagnostic module **130**, the fan **155** is located at a back wall of the cartridge receiving module **140**, and the set of detection chamber heaters **157** is located inferior to a set of detection chambers **213** of the microfluidic cartridge **210**. In alternative embodiments of the molecular diagnostic module **130**, the heating and cooling subsystem **150** may have any appropriate alternative configuration that provides controlled heating and cooling to a microfluidic cartridge within the molecular diagnostic module **130**.

The cartridge heater **153** functions to transfer heat to a heating region **224** of a microfluidic cartridge **210**, for inducing a pH shift to release bound nucleic acids from

US 9,441,219 B2

11

magnetic beads within the heating region **224**. The cartridge heater **153** is preferably a plate-shaped heater configured to transfer heat to the microfluidic cartridge **210** only from one side of the cartridge heater **153**, such that heat flows through one face of the plate-shaped heater to the microfluidic cartridge **210**. In a specific example, the cartridge heater **153** is a silicon wafer etched to be conductive and form a resistance heater. In the preferred variation, the cartridge heater **153** is either flip-chip bonded (i.e., soldered to back side of a circuit board), or wire bonded to a circuit board, and then coupled using linear bearings and springs to a plate coupled to the linear actuator **146**. The preferred variation allows independent control of 12 independent channels, corresponding to 12 different pathways for sample processing. In another variation, heating through one face is accomplished using a plate-shaped resistance heater that has one exposed face and thermal insulation covering all other faces, and in yet another variation heating through one face is accomplished using a Peltier heater. In a variation of the cartridge heater **153** using a Peltier heater, the cartridge heater **153** comprises a thermoelectric material, and produces different temperatures on opposite faces of the cartridge heater **153** in response to a voltage difference placed across the thermoelectric material. Thus, when a current flows through the Peltier heater, one face of the Peltier heater lowers in temperature, and another face of the Peltier heater increases in temperature. Alternative variations of the cartridge heater **153** can be used to appropriately transfer heat to a heating region **224** of the microfluidic cartridge **210**.

Preferably, the cartridge heater **153** is configured to linearly translate with the linear actuator **146** of the cartridge receiving module **140**, in order to align with a heating region **224** spanning a central portion of a microfluidic cartridge **210** aligned within the molecular diagnostic module **130**. In one variation, the cartridge heater **153** is preferably fixed relative to the linear actuator **146** such that (in the orientation shown in FIGS. **7B**-**7C**), the cartridge heater **153** can only move vertically with the linear actuator. In an alternative variation, the cartridge heater **153** may additionally be configured to translate laterally within a horizontal plane (in the orientation shown in FIGS. **7B**-**7C**), such that the cartridge heater **153** can translate in at least two perpendicular coordinate planes. In this alternative variation, the cartridge heater **153** can be configured to sweep across a surface of a microfluidic cartridge **210** aligned within the molecular diagnostic module **130**, or to translate in response to motion of the microfluidic cartridge **210**, such that the position of the cartridge heater **153** relative to a heating region **224** of the microfluidic cartridge **210** is always fixed.

The fan **155** functions to modulate heat control within the molecular diagnostic module **130**, by enabling heat transfer from warm objects within the molecular diagnostic module **130** to cooler air external to the molecular diagnostic module **130**. In the orientation shown in FIG. **6A**, the fan **155** is preferably located at a back face of the molecular diagnostic module **130**, such heat within the molecular diagnostic module **130** is transferred out of the back face of the molecular diagnostic module **130** to cooler air external to the molecular diagnostic module. In a specific embodiment, the molecular diagnostic module **130** comprises four fans **155** located at the back face of the molecular diagnostic module **130**; however, in alternative embodiments the molecular diagnostic module **130** may comprise any appropriate number of fans located at any appropriate position of the molecular diagnostic module **130**. In one variation, the fan **155** may be passive and driven solely by convection currents resulting from motion of hot air within the molecular

12

diagnostic module to cooler air outside of the molecular diagnostic module; however, in alternative variations, the fan **155** may be motor-driven and configured to actively cool internal components of the molecular diagnostic module **130** if molecular diagnostic module elements exceed a certain threshold temperature.

The set of detection chamber heaters **157** functions to individually heat detection chambers of a set of detection chambers **213** within a microfluidic cartridge **210**. Each detection chamber heater in the set of detection chamber heaters **157** is preferably configured to heat one side of one detection chamber in the set of detection chambers **213**, and is preferably located such that the extended configuration **146b** of the linear actuator **146** of the cartridge receiving module **140** puts a detection chamber in proximity to a detection chamber heater. As mentioned above, the set of detection chamber heaters **157** is preferably coupled to springs or an elastomeric layer to ensure direct contact between the set of detection chamber heaters and a set of detection chambers, without compressively damaging the set of detection chamber heater **157**. Preferably, each detection chamber heater is configured to contact a surface of a detection chamber in the extended configuration **146b** of the linear actuator **146**; however, each detection chamber heater may be further configured to couple to a detection chamber in the extended configuration **146b** of the linear actuator **146**. In a first variation, the set of detection chamber heaters **157** comprises silicon chip heaters flip chipped to one surface of a flexible printed circuit board, with a set of springs coupled to an opposite surface of the flexible printed circuit board, such that each spring in the set of springs aligns with a detection chamber heater. In the first variation, contact between each detection chamber heater and a detection chamber is thus maintained by a biasing force provided by an individual spring through the flexible printed circuit board. In a second variation, the set of detection chamber heaters **157** comprises silicon chip heaters flip chipped to one surface of a rigid printed circuit board, with a set of springs coupled to an opposite surface of the rigid printed circuit board. In the second variation, the set of springs thus function to collectively transfer a force through the rigid printed circuit board to maintain contact between the set of detection chamber heaters and a set of detection chambers. Preferably, each detection chamber heater in the set of detection chamber heaters **157** is configured to contact and heat a bottom surface of a detection chamber (in the orientation shown in FIG. **7B**); however, each detection chamber heater may alternatively be configured to contact and heat both a top and a bottom surface of a detection chamber. Additionally, each detection chamber heater preferably corresponds to a specific detection chamber of the set of detection chambers **213** and functions to individually heat the specific detection chamber; however, alternatively, each detection chamber heater may be configured to heat multiple detection chambers in the set of detection chambers **213**. Preferably, all detection chamber heaters in the set of detection chamber heaters **157** are identical; however, the set of detection chamber heaters **157** may alternatively not comprise identical detection chamber heaters.

In one variation, each detection chamber heater in the set of detection chamber heaters **157** comprises a donut-shaped heater, configured to encircle a surface of a detection chamber. The donut-shaped heater may further include a conducting mesh configured to allow detection through the heater while still allowing efficient heat transfer to the detection chamber. In an alternative variation, each detection chamber heater in the set of detection chamber heaters **157** may

US 9,441,219 B2

13                                                           14

include a plate-shaped Peltier heater, similar to Peltier cartridge heater **153** described above. In this alternative variation, each detection chamber heater is thus configured to heat one side of a detection chamber through one face of the detection chamber heater. In one specific example, the molecular diagnostic module **130** comprises 12 diced silicon wafers with conductive channels flip chipped to 12 detection chambers, providing resistive heating to each of the 12 detection chambers. In another specific example, the molecular diagnostic module **130** comprises a 12 Peltier detection chamber heaters configured to heat 12 detection chambers of a microfluidic cartridge **210** aligned within the molecular diagnostic module **130**. In other alternative variations, each detection chamber heater may comprise any appropriate heater configured to individually heat a detection chamber.

The magnet **160** of the molecular diagnostic module **130** functions to provide a magnetic field for isolation and extraction of nucleic acids bound to magnetic beads within a microfluidic cartridge **210**, aligned within the molecular diagnostic module **130**. Preferably, the magnet **160** is fixed within the molecular diagnostic module **130**, such that the extended configuration **146**b of the linear actuator **146** allows the magnet **160** to pass through the magnet receiving slot **144** of the cartridge receiving module **140** and into a magnet housing region **218** of the microfluidic cartridge **210**. In an example, as shown in FIGS. **7A-7C**, the magnet **160** is a rectangular prism-shaped magnet **160** fixed under the cartridge platform **141**, and configured to pass through the cartridge platform **141**, into a magnet housing region **218** located under the heating region **224** of the microfluidic cartridge **210**. Preferably, the magnet **160** is one of two or three magnets lined up in parallel, such that each of the fluidic pathways of a microfluidic cartridge housing the magnets is exposed to two or three times as much magnetic flux, and two to threes times as many opportunities to capture magnetic beads. Alternatively, the magnet **160** is a single magnet configured to expose a set of fluidic pathways to a magnetic field. Preferably, the magnet **160** or group of multiple magnets is coupled to a magnet holder within the molecular diagnostic module **130**. Additionally, the magnet holder is preferably composed of an insulating material, such that the magnet holder does not interfere with proper functioning of the cartridge heater **153**. Alternatively, the magnet holder may not be composed of an insulating material.

In one variation, the magnet **160** or group of multiple magnets comprises a permanent magnet, composed of a magnetized material (e.g., a ferromagnet) providing a substantially fixed magnetic field. In an alternative variation, the magnet **160** or group of multiple magnets comprises an electromagnet configured to provide a modifiable magnetic field, such that the intensity of the magnetic field can be adjusted, the polarity of the magnetic field can be reversed, and the magnetic field can be substantially removed upon removal of a current flowing within the electromagnet. Preferably, the magnet **160** or group of magnets is also fixed relative to the molecular diagnostic module **130**; however, the magnet **160** or group of magnets may alternatively be configured to translate vertically (in the orientation shown in FIG. **7B**), such that the magnet **160** or group of magnets can extend into and retract from the magnet receiving slot **144** of the cartridge platform **141** and the magnet housing region **218** of the microfluidic cartridge **210**. Additionally, the magnet **160** or group of magnets preferably rides on linear bearings and springs (or an elastomeric material) to ensure proper contact with a microfluidic cartridge in an extended

configuration **146**b of the linear actuator **146**, in a manner that allows most of force from the linear actuator **146** to translate to full occlusion of a subset of the set of occlusion positions (i.e., without leakage).

Alternative configurations and/or compositions of the magnet **160** may also be appropriate in facilitating isolation and extraction of nucleic acids bound to magnetic beads within the microfluidic cartridge **210**.

1.2.3 Molecular Diagnostic Module—Valve Actuation Subsystem

As shown in FIGS. **10A-11C**, the valve actuation subsystem **170** of the molecular diagnostic module **130** comprises a set of pins **172** configured to translate linearly within a pin housing **175**, by sliding a cam card **177** laterally over the pins **172**. The valve actuation subsystem **170** functions to provide a biasing force to deform an object in contact with the set of pins **172**. In a configuration wherein a microfluidic cartridge **210** is aligned within the molecular diagnostic module **130**, the valve actuation subsystem **170** thus functions to occlude a fluidic pathway **220** of the microfluidic cartridge **210** at a set of occlusion positions **226**, to control flow of a biological sample containing nucleic acids, reagents and/or air through the microfluidic cartridge **210**. In an embodiment of the molecular diagnostic module shown in FIGS. **7D-7E**, the set of pins **172** and the pin housing are located directly under the microfluidic cartridge **210**, such that the set of pins can access the microfluidic cartridge **210** through the valve actuation accommodating slots **145** of the cartridge platform **141**. The cam card **177** in the embodiment is positioned under the set of pins and is coupled to a linear cam card actuator **178** configured to laterally displace the cam card **177** to vertically displace pins of the set of pins **172**. Preferably, as shown in FIG. **11A**, the cam card **177** rests on a low friction surface configured to facilitate lateral displacement of the cam card **177**; however, the cam card **177** may alternatively rest on a bed of ball bearings to facilitate lateral displacement of the cam card **177**, or may rest on any feature that allows the cam card **177** to be laterally displaced by the linear cam card actuator **178**.

The cam card **177**, as shown in FIGS. **7D** and **11A**, includes a set of hills **176** and valleys **179**, and functions to transform linear motion in one plane to vertical motion in another plane. In one variation, the cam card **177** is coupled to a linear actuator and contacts the ends of pins in a set of pins **172**, such that when a hill **176** of the cam card **177** passes under a pin, the pin is in a raised configuration **177**a, and when a valley **179** of the cam card **177** passes under a pin, the pin is in a lowered configuration **177**b. The hills **176** and valleys **179** of the cam card **177** are preferably in a set configuration, as shown in FIG. **11B**, such that lateral motion of the cam card **177** to a set position raises a fixed subset of the set of pins **172**. In this manner, lateral movement of the cam card **177** to different positions of a set of positions consistently raises different subsets of the set of pins **172** to occlude different portions of a fluidic pathway **220** of a microfluidic cartridge **210** in contact with the set of pins **172**. Thus, portions of a fluidic pathway **220** may be selectively occluded and opened to facilitate processing of a biological sample according to any appropriate tissue, cellular, or molecular diagnostic assay protocol. In one variation, the cam card is configured to be laterally displaced in two coordinate directions within a plane (e.g., by x-y linear actuators), and in another variation, the cam card is configured to be laterally displaced in only one coordinate direction within a plane (e.g., by a single linear actuator). In a specific example, the hills **176** of the cam card **177** are raised 1 mm above the valleys **179** of the cam card **177**, the hills

US 9,441,219 B2

15

176 and valleys 179 each have a 2 mm wide plateau region, and a hill 176 region slopes down to a valley region 179 at a fixed angle over a 2 mm length. In the example, the cam card 177 is driven by a Firgelli linear actuator. Alternative variations may include any appropriate configurations and geometries of a cam card with hills 176 and valleys 179, driven by any appropriate actuator.

In alternative embodiments of the valve actuation subsystem 170, the cam card 177 may be a cam card wheel comprising a set of hills 176 and valleys 179 on a cylindrical surface, and configured to convert rotary motion to linear (i.e., vertical) motion of the set of pins 172. The cam card wheel may be configured to contact ends of pins in the set of pins 172, and may be coupled to a motor shaft and driven by a motor. In other alternative embodiments of the valve actuation subsystem 170, the cam card 177 may altogether be replaced by a set of cams, each configured to individually rotate about an axis. In these alternative embodiments, rotating subsets of the set of cams raises corresponding subsets of the set of pins, and occludes specific portions of a fluidic pathway 220 of a microfluidic cartridge 210 in contact with the set of pins 172.

The set of pins 172 functions to selectively occlude portions of a fluidic pathway 220 of a microfluidic cartridge 210 at least at subsets of a set of occlusion positions 226. The pins of the set of pins 172 are preferably cylindrical and, in the orientation shown in FIG. 11A, configured to slide over a cam card 177 and within a pin housing 175. Each pin in the set of pins 172 preferably also includes a first spring 173 that functions to provide a counteracting force to restore a pin to a lowered configuration 177b; however, each pin in the set of pins 172 may alternative not include a first spring 173, and rely solely on gravity to return to a lowered configuration 177b. Preferably, as shown in FIG. 11C, each pin is also composed of two parts separated by a second spring, which functions to allow sufficient force to fully occlude a microfluidic channel but prevents forces from being generated that could damage the pin, microfluidic cartridge and/or cam card. Each pin also preferably comprises a first region 171 configured to slide within the pin housing 175, and a second region 174 configured to exit the pin housing 175. The second region 174 is preferably of a smaller dimension than the first region 171, such that each pin is constrained by the pin housing 175 to be raised by a limited amount. Alternatively, the first region 171 and the second region 174 may have any appropriate configuration to facilitate raising and lowering of a pin by a fixed amount. In a specific example, the valve actuation subsystem 170 comprises 12 sets of pins 172 configured to selectively occlude 12 fluidic pathways 212 of a microfluidic cartridge 210 aligned within the molecular diagnostic module; however, other embodiments may comprise any appropriate number of sets of pins 172.

In the orientation shown in FIG. 11A, each pin in the set of pins 172 preferably has a circular cross section and round ends, configured to facilitate slidable within a pin housing 175, sliding over a cam card 177 surface, and occlusion of a fluidic pathway 220. Alternatively, each pin may comprise any appropriate cross-sectional geometry (e.g., rectangular) and/or end shape (e.g., flat or pointed) to facilitate occlusion of a fluidic pathway 220. Preferably, the surface of each pin in the set of pins 172 is composed of a low-friction material to facilitate slidable motions (i.e., over a cam card 177 or within a pin housing 175); however, each pin may alternatively be coated with a lubricant configured to facilitate slidable motions.

16

The pin housing 175 functions to constrain and guide the motion of each pin in the set of pins 172, as the cam card 177 slides under the set of pins 172. Preferably, the pin housing 175 comprises a set of pin housing channels 169 configured to surround at least one pin in the set of pins 172. In one variation, each pin in the set of pins 172 is surrounded by an individual channel of the set of pin housing channels 169; however, in another variation a channel of the set of pin housing channels 169 may be configured to surround multiple pins in the set of pins 172. In an example shown in FIGS. 7D-7E and 11A, the pin housing is located under the cartridge platform 141, such that the set of pin housing channels 169 is aligned with the set of valve actuation accommodating slots 145, to provide access, by the set of pins 172, to a microfluidic cartridge 210 aligned on the cartridge platform 141. In the example, the pin housing 175 thus constrains the set of pins 172, such that each pin can only move linearly in a vertical direction. Each pin housing channel preferably has a constricted region 168 configured to limit the motion of a pin within a pin channel; however, each pin housing channel may alternatively not include a constricted region. Preferably, surfaces of the pin housing 175 contacting the set of pins 172 are composed of a low friction material to facilitate slidable of a pin within a pin housing channel; however, surfaces of the pin housing 175 contacting the set of pins 172 may alternatively be coated with a lubricant configured to facilitate slidable motions. Other variations of the pin housing 175 and the set of pins 172 may include no additional provisions to facilitate slidable of a pin within a pin housing channel.

1.2.4 Molecular Diagnostic Module—Optical Subsystem

As shown in FIGS. 12A-12D, the optical subsystem 180 of the molecular diagnostic module 130 comprises a set of light emitting diodes (LEDs) 181, a set of excitation filters 182 configured to transmit light from the set of LEDs 181, a set of dichroic mirrors 183 configured to reflect light from the set of excitation filters 182 toward a set of apertures 185 configured to transmit light toward a set of nucleic acid samples, a set of emission filters 186 configured to receive and transmit light emitted by the set of nucleic acid samples, and a set of photodetectors 187 configured to facilitate analysis of light received through the set of emission filters 186. The optical subsystem 180 may further comprise a set of lenses 184 configured to focus light onto the set of nucleic acid samples. The optical subsystem 180 thus functions to transmit light at excitation wavelengths toward a set of nucleic acid samples and to receive light at emission wavelengths from a set of nucleic acid samples. Preferably, the optical subsystem 180 is coupled to an optical subsystem actuator 188 configured to laterally displace and align the optical subsystem 180 relative to the set of nucleic acid samples, and is further coupled to a linear actuator 146 of the cartridge receiving module 140 to position the optical subsystem 180 closer to the set of nucleic acid samples. Alternatively, the optical subsystem 180 may not be coupled to a linear actuator 146 of the cartridge receiving module 140, and may only be configured to translate laterally in one direction. In a specific example, the optical subsystem 180 comprises a set of 12 apertures, a set of 12 lenses, a set of 12 dichroic mirrors, a set of 12 excitation filters, a set of 12 LEDs, a set of 12 emission filters, and a set of 12 photodetectors. In the specific example, as shown in FIG. 7A-7E, the optical subsystem 180 is located within the molecular diagnostic module 130 and coupled to the linear actuator 146 of the cartridge receiving module 140, such that, in the extended configuration 146b of the linear actuator 146, the optical subsystem 180 can be positioned closer to a micro-

US 9,441,219 B2

17

fluidic cartridge **210** aligned within the molecular diagnostic module. Conversely in the specific example, the optical subsystem **180** is positioned away from the microfluidic cartridge **210** in the retracted configuration **146a** of the linear actuator **146**. In the specific example, the optical subsystem **180** is further coupled to an optical subsystem actuator **188** configured to laterally displace the optical subsystem **180** relative to the microfluidic cartridge **210**, such that the optical subsystem **180** can be aligned with a set of detection chambers **213** of the microfluidic cartridge **210**.

Preferably, the set of LEDs **181** are not all identical but rather chosen to efficiently produce a certain band of wavelengths of light, such that light from the set of LEDs **181** can be filtered to appropriate narrow wavelengths for analysis of nucleic acid samples. Alternatively, all LEDs in the set of LEDs **181** may be identical, and produce white light comprising all wavelengths of visible light that is filtered to produce the desired wavelength, in which case the LEDs may be stationary. Preferably, the set of LEDs **181** includes phosphor-based LEDs, but the set of LEDs **181** may alternatively include any LEDs configured to provide light of the desired range of wavelengths. The LEDs of the set of LEDs **181** are preferably configured to emit light of wavelengths corresponding to at least one of the set of excitation filters **182**, the set of dichroic mirrors **183**, and the set of emission filters **186**.

The set of excitation filters **182** is configured to align with the set of LEDs **181** in the optical subsystem **180**, and functions to transmit light at excitation wavelengths toward the set of dichroic mirrors **183** of the optical subsystem **180**. Preferably, the set of excitation filters **182** are not identical excitation filters, but rather chosen to transmit the different desired ranges of excitation wavelengths. Alternatively, all excitation filters of the set of excitation filters **182** are identical, and configured to transmit light having a fixed range of excitation wavelengths. In one variation, the set of excitation filters **182** includes band pass filters, configured to transmit light between two bounding wavelengths, in another variation, the set of excitation filters **182** includes short pass filters configured to transmit light below a certain wavelength, and in yet another variation, the set of excitation filters **182** includes long pass filters configured to transmit light above a certain wavelength. Preferably, the set of excitation filters **182** is interchangeable, such that individual excitation filters may be interchanged to provide different excitation wavelengths of light; however, the set of excitation filters **182** may alternatively be fixed, such that the optical subsystem **180** is only configured to transmit a fixed range of excitation wavelengths.

The set of dichroic mirrors **183** is configured to align with the set of excitation filters **182**, and functions to receive and reflect light from the set of excitation filters **182** toward the detection chamber, such that light having a range of excitation wavelengths may be focused, through a set of apertures, onto a set of nucleic acid samples. The set of dichroic mirrors **183** also functions to receive and transmit light from a set of emission filters **186** toward a set of photodetectors **187**, which is described in more detail below. All dichroic mirrors in the set of dichroic mirrors **183** are preferably identical in orientation relative to the set of excitation filters **182** and the set of emission filters **186**, and configured to reflect and transmit the appropriate wavelengths of light for the given LED. Alternatively, the set of dichroic mirrors **183** may include identical dichroic mirrors, with regard to orientation, light transmission, and light reflection. In a specific example, in the orientation shown in FIG. **12A**, the set of excitation filters **182** is oriented perpendicular to the set of

18

emission filters **186**, with the set of dichroic mirrors **183** bisecting an angle between two planes formed by the faces of the set of excitation filters **182** and the set of emission filters **186**. In the specific example, light from the set of excitation filters is thus substantially reflected at a 90° angle toward the set of apertures **185**, and light from the set of emission filters **186** passes in a substantially straight direction through the set of dichroic mirrors **183** toward the set of photodetectors **187**. Other variations of the set of dichroic mirrors **183** may include any configuration of dichroic mirrors, excitation filters, and/or emission filters that enable transmission of light of excitation wavelengths toward a set of nucleic acid samples, and transmission of light from the set of nucleic acid samples toward a set of photodetectors **187**.

In one embodiment, the optical subsystem may further include a set of lenses **184** configured to align with the set of dichroic mirrors **183**, which functions to focus light, from the set of excitation filters **182** and reflected off of the set of dichroic mirrors **183**, onto a set of nucleic acid samples configured to emit light in response to the light from the set of excitation filters **182**. All lenses in the set of lenses **184** are preferably identical in orientation relative to the set of dichroic mirrors and in dimension; however, the set of lenses **184** may alternatively comprise non-identical lenses, such that light passing through different lenses of the set of lenses **184** is focused differently on different nucleic acid samples. In a specific example, in the orientation shown in FIG. **12A**, the faces of the set of lenses **184** are oriented perpendicular to the faces of the set of excitation filters **182**, to account for light reflection by the set of dichroic mirrors **183** at a 90° angle. In the specific example, the set of lenses also includes identical ¼" high numerical aperture lenses. In other variations, the set of lenses **184** may be oriented in any appropriate configuration for focusing light from the set of dichroic mirrors **183** onto a set of nucleic acid samples, and may include lenses of any appropriate specification (i.e., numerical aperture).

The set of apertures **185** is located on an aperture substrate **189** and configured to align with the set of lenses **184**, and functions to allow focused light from the set of lenses **184** to pass through to the set of nucleic acid samples. The aperture substrate **189** is preferably coupled to the linear actuator **146** of the cartridge receiving module **140**, which allows the optical subsystem **180** to linearly translate and be positioned near and away from a microfluidic cartridge **210** aligned within the molecular diagnostic module **130**. Alternatively, the aperture substrate **189** may not be coupled to the linear actuator **146** of the cartridge receiving module **140**. Preferably, all apertures **185** in the set of apertures **185** are identical, and configured to allow identical light profiles to be focused, through the set of lenses **184**, onto a set of nucleic acid samples. Alternatively, the set of apertures **185** may not include identical apertures. In one variation, each aperture in the set of apertures **185** may be individually adjustable, in order to provide individually modifiable aperture dimensions (e.g., width, length, or diameter) to affect light exposure. In an alternative variation, each aperture in the set of apertures **185** is fixed. Other variations may include interchangeable aperture substrates **189**, such that features of the set of apertures (e.g., aperture dimensions, number of apertures) may be adjusted by interchanging aperture substrates **189**.

The set of emission filters **186** is configured to align with the set of dichroic mirrors, and functions to transmit emission wavelengths of light from the set of nucleic acid samples, and to filter out excitation wavelengths of light.

US 9,441,219 B2

19                                             20

Preferably, each emission filter of the set of emission filters **186** are configured to transmit light having a fixed range of emission wavelengths, while blocking light of excitation wavelengths. Alternatively, the set of emission filters **186** may comprise identical emission filters, such that individual emission filters of the set of emission filters **186** are configured to transmit the same ranges of emission wavelengths. In one variation, the set of emission filters **186** includes band pass filters, configured to transmit light between two bounding wavelengths, in another variation, the set of emission filters **186** includes short pass filters configured to transmit light below a certain wavelength, and in yet another variation, the set of emission filters **186** includes long pass filters configured to transmit light above a certain wavelength. Preferably, the set of emission filters **186** is interchangeable, such that individual emission filters may be interchanged to transmit and/or block different wavelengths of light; however, the set of emission filters **186** may alternatively be fixed, such that the optical subsystem **180** is only configured to transmit a fixed range of emission wavelengths.

The set of photodetectors **187** is configured to align with the set of emission filters **186**, and functions to receive light from the set emission filters to facilitate analysis of the set of nucleic acid samples. All photodetectors in the set of **25** photodetectors **187** are preferably identical; however, the set of photodetectors **187** may alternatively include non-identical photodetectors. Preferably, the set of photodetectors **187** includes photodiodes comprising a photoelectric material configured to convert electromagnetic energy into electrical signals; however, the set of photodetectors **187** may alternatively comprise any appropriate photodetectors for facilitating analysis of biological samples, as is known by those skilled in the art.

The optical subsystem actuator **188** is coupled to the **35** optical subsystem **180**, and functions to laterally translate the optical subsystem **180** relative to a set of nucleic acid samples being analyzed. Preferably, the optical subsystem actuator **188** is a linear actuator configured to translate the optical subsystem **180** in one dimension; however, the **40** optical subsystem actuator **188** may alternatively be an actuator configured to translate the optical subsystem **180** in more than one dimension. In a specific example, as shown in FIGS. **7A-7D** and **12D**, the optical subsystem actuator **188** is configured to translate the optical subsystem **180** **45** laterally in a horizontal plane, to align the optical subsystem **180** with a set of detection chambers **213** of a microfluidic cartridge **210** within the molecular diagnostic module **130**. In another example, the optical subsystem may be configured as a disc revolving around an axis with the LEDs and **50** photodetectors stationary and the disc containing the filters. In other variations, the optical subsystem actuator **188** may be configured in any appropriate manner to facilitate alignment of the optical subsystem **180** relative to a set of nucleic acid samples being analyzed.

1.2.5 Molecular Diagnostic Module—Alternative Embodiments and Variations

As described above, alternative embodiments of the molecular diagnostic module **130** and alternative variations of subsystems and elements of the molecular diagnostic **60** module **130** may be configured to process a biological sample containing nucleic acids, isolate nucleic acids from the biological sample, and detect nucleic acids. An example of an alternative embodiment of a molecular diagnostic module **130**, as shown in FIG. **13**, includes a cartridge **65** receiving module **140'**, a heating and cooling subsystem **150'**, a magnet **160'**, a valve actuation subsystem **170'**, and

an optical subsystem **180'**, and functions to manipulate an alternative microfluidic cartridge **210'** for processing of biological samples containing nucleic acids. Other alternative embodiments of the molecular diagnostic module **130"** may be configured to receive alternative microfluidic cartridges **210"**, for processing of biological samples containing nucleic acids.

1.3 System—Assay Strip

As shown in FIGS. **18A** and **18B**, the assay strip **190** comprises an assay strip substrate **191** comprising a set of wells **192**, and typically a puncturable foil seal **195**, and functions to facilitate combination of a set of nucleic acid samples with a set of molecular diagnostic reagents for amplification and/or detection of a nucleic acid sequence or sequences. Preferably, the entire assay strip **190** is configured to be a consumable (i.e., disposable), such that the assay strip **190** can be used during multiple runs of the system **100**, then the assay strip **190** is disposed of once all of the wells **192**, containing unitized reagents for a single test or group of tests, is exhausted. Alternatively, at least a portion of the assay strip **190** is configured to be reusable, such that wells may be reloaded with reagents and reused with the system **100**. In one variation of the assay strip **190**, the assay strip substrate **191** is reusable, while the puncturable foil seal **195** is disposable and replaced after each run of the system **100**. In another variation, the reusable assay strip substrate **191** does not require a puncturable foil seal **195**, such that reagents specific to a certain nucleic acid sequences may be deposited into open wells of the assay strip substrate **191** by a user.

The assay strip substrate **191** is configured such that the assay strip **190** is capable of resting on a flat surface, and functions to define the set of wells **192** and to couple to the puncturable foil seal **195**. The assay strip substrate **191** is preferably configured to be received by a corresponding assay strip holder **230** configured to hold multiple assay strips **190**, but may alternatively not be configured to couple to an assay strip holder **230**. The assay strip substrate **191** is preferably composed of a PCR-compatible polymer, such as polypropylene, that can be heat processed to couple to the puncturable foil seal **115**, but can alternatively be composed of any appropriate material that can contain a fluid and be bonded to the puncturable foil seal **115**.

The set of wells **192** of the assay strip substrate **191** function to receive at least one nucleic acid sample, and to facilitate combination of the nucleic acid sample with at least one of a set of molecular diagnostic reagents. The molecular diagnostic reagents of the set of molecular diagnostic reagents preferably comprise reagents configured to analyze the set of nucleic acid volumes for markers of at least one of gonorrhea (GC), *Chlamydia* (CT), herpes simplex virus (HSV), human immunodeficiency virus (HIV), human respiratory diseases, vaginal diseases, hepatitis C virus (HCV), hepatitis B virus (HBV), trichonomas, group B *streptococcus* (GBS), factor 2 (FII) gene, and factor five (FV) gene, but may alternatively comprise reagents used to perform alternative molecular diagnostic protocols. Preferably, the wells **193** of the assay strip substrate **191** are each configured to accommodate not only a nucleic acid sample, but also to facilitate mixing of the nucleic acid sample with at least one of a set of molecular diagnostic reagents (e.g., using a pipettor or other apparatus). Additionally, the molecular diagnostic reagents of the set of molecular diagnostic reagents preferably comprises probes and primers to detect the sample process controls provided by the capture plate, in order to verify process fidelity and assay accuracy. Preferably, the wells **193** are deep enough to facilitate

US 9,441,219 B2

21                                                    22

mixing without splashing, and evenly spaced to facilitate aspiration, delivery, and/or mixing of multiple biological samples (e.g., with a multi-tip pipettor). Alternatively, the wells are wide and shallow to facilitate drying of reagents in the wells to increase shelf life and larger devices for mixing the nucleic acids with molecular diagnostic reagents. Each well 193 of the set of wells 192 also preferably has a rounded bottom region, as shown in FIG. 18A, to facilitate complete aspiration of a fluid from a well 193; however, each well 193 may alternatively not have a rounded bottom region. Additionally, the set of wells 192 is preferably arranged in staggered rows, which functions to facilitate access to individual wells 193 of the set of wells, to reduce one dimension of the assay strip 190, and also to prevent cross-contamination of fluids within the wells due to dripping. Alternatively, the set of wells 192 may not be arranged in staggered rows.

The puncturable foil seal 195 functions to protect the molecular diagnostic reagents stored in wells 112 from degradation, isolate each well 193 of the set of wells 192, prevent contamination of the contents of each of the set of wells 192, and provide information identifying the assay strip 190. The puncturable foil seal 195 preferably seals each well 193 of the assay strip 190, and is configured to be punctured by an external element (e.g., by a pipette tip), such that each well is sealed prior to being punctured. In one variation, the puncturable foil seal 195 also forms a seal around an element that punctures it, and in another variation, the puncturable foil seal 195 does not form a seal around an element that punctures it, in order to prevent airlock. The puncturable foil seal 195 is also preferably labeled with identifying information including at least one of manufacturer information, assay strip contents, the lot of the contents, an expiry date, and a unique electronic tag (e.g., barcode or QR code) providing more information. Preferably, the puncturable foil seal 195 does not extend beyond the footprint of the assay strip 190, but alternatively, the puncturable foil seal 195 may be any appropriate size and/or include protruding features (e.g., tabs) that facilitate handling of the assay strip.

In one variation, the assay strip 190 may be prepackaged with a set of molecular diagnostic reagents, such that each well 193 in the set of wells 192 is prepackaged with a quantity of molecular diagnostic reagents. The set of wells 192 may then be sealed by the puncturable foil seal 195, which is configured to be punctured by an external element that delivers volumes of nucleic acid samples to be combined with the set of molecular diagnostic reagents. In another variation, the assay strip 190 may not be prepackaged with a set of molecular diagnostic reagents, and the wells 193 of the assay strip 190 may not be sealed with a puncturable foil seal 195. In yet another variation, the system may comprise an empty assay strip 190 without a puncturable foil seal 195, and an assay strip 190 comprising reagents and a puncturable foil seal 195, such that a user may add specific reagents to the empty assay strip to be used in conjunction with the assay strip comprising reagents. In variations comprising a puncturable foil seal 195, the puncturable foil seal 115 is configured to be punctured by at least one external element, for co-delivery of nucleic acid samples and molecular diagnostic reagents intended to be combined.

In a specific example, the assay strip 190 has an 87 mm×16 mm footprint and comprises 24 wells 113 arranged in two staggered rows, with a 9 mm center-to-center pitch between adjacent wells 193 within each row. Each well 193 of the set of wells has a capacity of 60 μL to accommodate a volume of a molecular diagnostic reagent, 204 of a sample fluid, and any displacement caused by a pipette tip (e.g., 100 or 300 μL pipette tip). Each well 113 of the assay strip 190 in the specific example is also prepackaged with a quantity of molecular diagnostic reagents, and comprises a protruding top edge (75 microns high) that is heat sealed to a puncturable foil seal. The capture plate no in the specific example is produced by injection molding, has a footprint of 127.75 mm×85.5 mm, and is composed of a PCR-compatible polypropylene based polymer with a high vapor barrier. In the specific embodiment, the vapor barrier is further increased by depositing a thin metallic layer to the outside of the assay strip 190.

As described earlier, the assay strip 190 may be configured to be received by an assay strip holder 230. The assay strip holder 230 functions to receive and align multiple assay strips 190, such that a multichannel pipettor or other fluid delivery system may combine multiple nucleic acid samples with molecular diagnostic reagents using wells 193 of multiple assay strips 190. In one variation, the assay strip holder 230 may be configured to contain Assay strips 190 including reagents for substantially different molecular diagnostic assays, as shown in FIG. 17B, such that a single run of the system 100 involves analyzing a set of nucleic acid samples under different molecular diagnostic assays. In another variation, the assay strip holder 230 may be configured to contain assay strips 190 including reagents for identical molecular diagnostic assays, such that a single run of the system 100 involves analyzing a set of nucleic acid samples under the same molecular diagnostic assay. Preferably, the assay strip holder 230 is composed of a material that is dishwasher safe and autoclavable, configured to hold the assay strips 190 in place during handling by a fluid delivery system (e.g., pipettor), and configured such that the assay strips 190 avoid protruding over an edge of the assay strip holder 230, but the assay strip holder 230 is constructed to facilitate insertion and removal of the assay strips 190 from the assay strip holder 230.

In one variation, the assay strip holder 230 is not configured to facilitate cooling of molecular diagnostic reagents within the assay strips 190; however, in another variation as shown in FIG. 21A, the assay strip holder 230 may be further configured to couple to an aluminum block 235 coupled to a set of Peltier units 236 configured to facilitate cooling of molecular diagnostic reagents within the assay strips 190. Additionally, the assay strip holder 230 may be configured to be received and carried by an assay strip carrier 240, which, as shown in FIG. 20, functions to facilitate handling and alignment of multiple assay strip holders 230. In a specific example, as shown in FIG. 19, the assay strip holder 230 has dimensions of 127.76 mm×85.48 mm×14.35 mm, complies with American National Standards Institute (ANSI) and Society for Laboratory Automation and Screening (SLAS) standards, and is configured to hold six 16-well assay strips for a total of 96 wells 193. In another specific example, as shown in FIG. 21B, the assay strip holder 230' is configured to hold four assay strips 190', each comprising 24 wells 193' for a total of 96 wells per assay strip holder 230'. Other combinations of the described embodiments, variations, and examples of the assay strip 190, assay strip holder 230, and assay strip carrier 240 may be incorporated into embodiments of the system 100 for processing and detecting nucleic acids.

1.4 System—Microfluidic Cartridge

The microfluidic cartridge 210 functions to receive a set of magnetic bead-samples, facilitate separation of nucleic acids from the set of magnetic bead-samples, receive a set of nucleic acid-reagent samples, and facilitate analysis of nucleic acids from the set of nucleic acid-reagent samples.

US 9,441,219 B2

23

In one embodiment, the microfluidic cartridge **210** comprises a top layer **211** including a set of sample port-reagent port pairs **212** and a set of detection chambers **213**; an intermediate substrate **214**, coupled to the top layer **211** and partially separated from the top layer **211** by a film layer **215**, configured to form a waste chamber **216**; an elastomeric layer **217** partially situated on the intermediate substrate **214**; a magnet housing region **218** accessible by a magnet **160** providing a magnetic field; and a set of fluidic pathways **219**, each formed by at least a portion of the top layer **211**, a portion of the film layer **215**, and a portion of the elastomeric layer **217**. In the embodiment, the microfluidic cartridge **10** further comprises a bottom layer **221** coupled to the intermediate substrate **214** and configured to seal the waste chamber **216**. Furthermore, in the embodiment, the top layer **211** of the microfluidic cartridge **210** further comprises a shared fluid port **222**, a vent region **223**, and a heating region **224**, such that each fluidic pathway **220** in the set of fluidic pathways **219** is fluidically coupled to a sample port-reagent port pair **224**, the shared fluid port **222**, the waste chamber **216**, and a detection chamber **225**, comprises a turnabout portion **226** configured to pass through the heating region **224** and the magnetic field, and is configured to pass through the vent region **223** upstream of the detection chamber **225**. Each fluidic pathway **220** thus functions to receive and facilitate processing of a sample fluid containing nucleic acids as it passes through different portions of the fluidic pathway **220**.

The microfluidic cartridge **210** is preferably configured to be received and manipulated by the molecular diagnostic module **130**, such that the cartridge receiving module **140** of the molecular diagnostic module **130** receives and aligns the microfluidic cartridge **210** within the molecular diagnostic module **130**, the heating and cooling subsystem **150** of the molecular diagnostic module **130** is configured to transfer heat to the heating region **224** of the microfluidic cartridge **210**, and the magnet **160** of the molecular diagnostic module **130** is configured to be received by the magnet housing region **218** of the microfluidic cartridge **210** to provide a magnetic field for separation of nucleic acids. Additionally, the shared fluid port **222** of the microfluidic cartridge **210** is configured to couple to a nozzle **149** coupled to the linear actuator **146** of the cartridge receiving module **140**, such that the liquid handling system **250** can deliver fluids and gases through the shared fluid port **222**. The elastomeric layer **217** of the microfluidic cartridge **210** is also preferably configured to be occluded at a set of occlusion positions **226** by the valve actuation subsystem **170** of the molecular diagnostic module, in order to occlude portions of a fluidic pathway **220** of the microfluidic cartridge **210** for processing of a set of biological samples. The optical subsystem **180** of the molecular diagnostic module **130** is further configured to align with the set of detection chambers **213** of the microfluidic cartridge **210**, to facilitate analysis of a set of nucleic acid samples. The microfluidic cartridge **210** is preferably the microfluidic cartridge **210** described in U.S. application Ser. No. 13/765,996, which is incorporated in its entirety by this reference, but may alternatively be any appropriate cartridge or substrate configured to receive and process a set of samples containing nucleic acids.

1.5 System—Fluid Handling System and Filter

The liquid handling system **250** of the system **100** includes a liquid handling arm **255** and a syringe pump **265**, as shown in FIGS. **14A-14C** and functions to deliver biological samples, reagents, and gases to elements of the system **100**. As described in Section 1, an embodiment of the liquid handling system **250** is configured to aspirate a set of

24

biological samples containing nucleic acids (i.e., impure nucleic acid samples), dispense the set of biological samples into a capture plate **110** to be lysed and combined with magnetic beads by a capture plate module **120**, aspirate the set of biological samples combined with magnetic beads (i.e., set of magnetic bead-samples) from the capture plate **110**, and dispense the set of magnetic bead-samples into microfluidic cartridge **210** located in a molecular diagnostic module **130**. The embodiment of the liquid handling system **100** is further configured to facilitate separation of a set of nucleic acids from the magnetic bead-samples, by dispensing a wash solution, a release solution, and/or air into the molecular diagnostic module **130**, by the nozzle **149** coupled to the linear actuator **146**, at appropriate stages, aspirate the set of nucleic acids from the molecular diagnostic module **130**, combine the set of nucleic acids with a set of molecular diagnostic reagents using an assay strip **190**, and dispense the set of nucleic acids combined with the set of molecular diagnostic reagents (i.e., set of nucleic acid-reagent mixtures) into the molecular diagnostic module **130** for further processing and analysis. [Other embodiments of the liquid handling system **250** may be configured to perform alternative molecular diagnostic assay protocols and/or dispense and aspirate alternative fluids into and from other elements supporting a molecular diagnostic protocol.

The liquid handling arm **255** comprises a gantry **256** and a multichannel liquid handling head **257**, and functions to travel to different elements of the system **100** for fluid delivery and aspiration. The liquid handling arm **255** is preferably automated and configured to move, aspirate, and deliver fluids automatically, but may alternatively be a semi-automated liquid handling arm **255** configured to perform at least one of moving, aspirating, and delivering automatically, while another entity, such as a user, performs the other functions.

The gantry **256** is coupled to the multichannel liquid handling head **257**, and functions to transport the multichannel liquid handling head **257** to different elements of the system **100** for fluid delivery and aspiration. Preferably, the gantry **256** is automated and configured to translate the multichannel liquid handling head **257** within at least two dimensions, and provides X-Y positional accuracy of at least 0.5 mm. Additionally, in the orientation shown in FIG. **14**B, the gantry is preferably situated above the molecular diagnostic module **130**, such that the gantry **256** can translate within at least two dimensions without interfering with other elements of the system **100**. Alternatively, the gantry **256** may be any appropriate gantry **256** to facilitate movement of an end effector within at least two dimensions, as is readily known by those skilled in the art.

The multichannel liquid handling head **257** functions to aspirate fluids from and deliver fluids to different elements of the system **100**. Preferably, the multichannel liquid handling head **257** is a multichannel pipette head; however, the multichannel liquid handling head **257** may alternatively be any appropriate multichannel liquid handling head configured to deliver fluids and/or gases. Preferably, the multichannel liquid handling head **257** comprises at least eight independent channels **258**, but may alternatively comprise any number of channels **258** configured to aspirate and deliver fluids. The channel-to-channel pitch is preferably variable, and in a specific example ranges between 9 mm and 36 mm; however, the channel-to-channel pitch may alternatively be fixed, as shown in FIG. **15**. The multichannel liquid handling head **257** also preferably provides independent z-axis control (in the orientation shown in FIG. **14**B), such that, in combination with the gantry **256**. The

US 9,441,219 B2

25

multichannel liquid handling head **257** is preferably configured to couple to both large (e.g., 1 mL) and small (e.g., between 100 and 300 μL) pipette tips, and in a specific example, has a precision of at least 6% using small disposable pipette tips and a precision of at least 2% using large disposable pipette tips when dispensing essentially the entire tip volume. Alternatively, the multichannel liquid handling head **257** may be configured to couple to any object configured to facilitate aspiration and delivery of fluids. Preferably, the multichannel liquid handling head **257** provides independent control of the channels **258**, with regard to volumes of fluid aspirated or delivered, fluid dispensing rates, and/or engaging and disengaging pipette tips. Alternatively, the multichannel liquid handling head **257** may not provide independent control of the channels **258**, such that all channels **258** of the multichannel liquid handling head **257** are configured to perform identical functions simultaneously. Preferably, the multichannel liquid handling head **257** is configured to aspirate and deliver both liquids and gases, but alternatively, the multichannel liquid handling head **257** may be configured to only aspirate and deliver liquids. Preferably, the multichannel liquid handling head **257** provides at least one of liquid level detection, clot detection, and pipette tip engaging/disengaging detection for each of the channels **258**; however, the multichannel liquid handling head **257** may alternatively not provide liquid level detection, clot detection, and pipette tip engaging/disengaging detection for each of the channels **258**.

In one embodiment, the multichannel liquid handling head **257** is configured to couple to at least one filter **260**, which functions to pre-filter liquids being aspirated and/or dispensed by the liquid handling arm **255**, and is preferably a custom filter **260** configured to couple to a pipette tip, but may alternatively be any appropriate filter configured to couple to the liquid handling arm **255** and filter liquids being aspirated and/or dispensed by the liquid handling arm **255**.

An embodiment of a custom filter **260**, as shown in FIG. **22**, comprises a first end **261** configured to couple to a pipette tip, a pointed second end **262**, a void **263** coupled to the first end **261** and the pointed second end **262**, and a filter membrane **264** subdividing the void **263**. The first end **261**, as shown in FIG. **22**, preferably comprises a tapered channel configured to provide a friction fit with a pipette tip; however, the first end may alternatively not comprise a tapered channel and may be configured to couple to a pipette tip using any appropriate means. The pointed second end **262** is preferably sharp and configured to pierce an object, such as a foil seal; additionally, the pointed second end **262** is preferably at least as long as required to dispense into a well **113** of the capture plate **110**. The void **263** preferably defines a conical region defined by the filter membrane **264**, wherein the conical region is configured to divert a fluid within the filter **260** toward the pointed second end **262**; however, the void **263** may not include a conical region. The filter membrane **264** functions to filter a fluid aspirated by the multichannel liquid handling head **257**, and is configured to subdivide the void **263** to define a conical region; however, the filter membrane **264** may alternatively not define a conical region of the void **263**. In one embodiment, in the orientation shown in FIG. **22**, the region of the void **263** below the filter membrane **264** may have a volumetric capacity of between 200 ul and 1 mL; however, the region of the void **263** below the filter membrane may alternatively have any appropriate volumetric capacity.

A set of filters **260** may further be configured to be received and delivered by a filter holder **269**, as, shown in FIG. **23**. A specific embodiment of a filter holder **269**

26

comprises a set of 24 tapered holes with an 18 mm center-to-center pitch, arranged in six rows of four holes. The specific embodiment of the filter holder **269** is also compliant with ANSI and SLAS standards, has dimensions of 127.75×85.5×14.35 mm, and is stackable with other specific embodiments of the custom filter holder **269**. Alternatively, the filter holder **269** may be any appropriate filter holder **269** configured to receive and deliver a set of filters **260**, as is readily known by those skilled in the art.

1.5.1 Fluid Handling System—Syringe Pump

The syringe pump **265** of the liquid handling system **250** is coupled to a wash solution source **266**, a release solution source **267**, a source of air **268**, and flexible tubing **291**, and functions to deliver a wash solution, a release solution, and air through a valve to the molecular diagnostic module **130** to facilitate isolation and purification of nucleic acids from a set of magnetic bead-samples. The flexible tubing **291** is preferably coupled at a first end to the syringe pump, and at a second end to a nozzle **149** coupled to the linear actuator **146** of the molecular diagnostic module **130**, as shown in FIG. **14**C. As stated earlier, an extended configuration **146***b* of the linear actuator **146** is configured to couple the nozzle **149** to a fluid port **222** of a microfluidic cartridge **210** within the molecular diagnostic module **130**, such that the wash solution, release solution, and air can be delivered to the microfluidic cartridge **210** at appropriate stages. A specific embodiment of the syringe pump **265** comprises a 4-way valve, is able to pump 20-500 μL of fluids or air through the 4-way valve at flow rates from 50-500 μL/min, can couple to syringes with between 1 mL and 10 mL capacities, and has a precision of at least 5% with regard to fluid or air delivery. Alternatively, the syringe pump **265** may be any appropriate syringe pump **265** or fluid delivery apparatus configured to deliver a wash solution, a release solution, and air to the molecular diagnostic module **130**, as is readily known by those skilled in the art.

1.6 System—Additional Elements

The system **100** may further comprise a tag reader **271**, which functions to read barcodes, QR codes and/or any other identifying tags of the system **100**. Preferably, the tag reader **271** is coupled to the liquid handling system **250**, such that the tag reader **271** is configured to read tags on puncturable foil seals **115**, **195** or tags located on any element of the system **100** accessible by the liquid handling system **250**; however, the tag reader **271** may alternatively not be coupled to the liquid handling system **250**. In one alternative embodiment of the system **100**, the tag reader **271** may be a standalone unit that is configured to be manipulated by a user to scan tags or labels located on elements of the system **100**.

The system **100** may also further comprise a controller **272** coupled to at least one of the capture plate module **120**, the molecular diagnostic module **130**, the liquid handling system **250**, and the tag reader **271**, and functions to facilitate automation of the system **100**. In a variation wherein the controller **272** is coupled to the capture plate module **120**, the controller **272** preferably functions to automate heating of a capture plate **110**, which facilitates lysing of biological samples within the capture plate **110** and binding of nucleic acids within the capture plate **110** to magnetic beads **119** of the capture plate **110**. In a variation wherein the controller **272** is coupled to the molecular diagnostic module **130**, the controller **272** preferably functions to automate reception of a microfluidic cartridge, heating of biological samples within the molecular diagnostic module **130** and the detection chambers **213**, occlusion of fluidic pathways **220** by the valve actuation subsystem **170**, and analysis of a set of

US 9,441,219 B2

27                                                          28

nucleic acid-reagent mixtures by the optical subsystem **180**. In a variation wherein the controller **272** is coupled to the liquid handling system **250**, the controller **272** preferably functions to automate aspiration, transfer, and delivery of fluids and/or gases to different elements of the system **100**. In a variation wherein the controller **272** is coupled to the tag reader **271**, the controller preferably functions to automate reading of tags by the tag reader **271**, and may further function to facilitate transfer of information from the tags to a processor **273**. Other variations of a controller may function automate handling, transfer, and/or storage of other elements of the system **100**, such as capture plates **110**, assay strips **190**, assay strip holders **230**, assay strip carriers **240**, filters **200**, filter holders **205**, and/or microfluidic cartridges **210**, using a robotic arm or gantry similar to that used in the liquid handling system **250**. Alternative combinations of the above variations may involve a single controller **272**, or multiple controllers configured to perform all or a subset of the functions described above.

The system **100** may also further comprise a processor **273**, which functions to receive and process information from a tag reader **271**, and also to receive and process data received from the optical subsystem **180** of the molecular diagnostic module **130**. Preferably, the processor **273** is coupled to a user interface **274**, which functions to display processed and/or unprocessed data produced by the system **100**, settings of the system **100**, information obtained from a tag reader **271**, or any other appropriate information. Alternatively, the processor **273** is not coupled to a user interface **274**, but comprises a connection **275** configured to facilitate transfer of processed and/or unprocessed data produced by the system **100**, settings of the system **100**, information obtained from a tag reader **271**, or any other appropriate information to a device external to the system **100**.

As a person skilled in the art will recognize from the previous detailed description and from the figures and claims, modifications and changes can be made the described embodiments of the system **100** without departing from the scope of the system **100**.

2. Method for Processing and Detecting Nucleic Acids

An embodiment of a method **400** for processing and detecting nucleic acids from a set of biological samples comprises: combining each biological sample of the set of biological samples with a quantity of magnetic beads to produce a set of magnetic bead-sample mixtures **S410**; heating the set of magnetic bead-sample mixtures to produce a set of nucleic acid-magnetic bead samples **S420**; transferring each nucleic acid-magnetic bead sample of the set of nucleic acid-magnetic bead samples to a corresponding fluidic pathway of a set of fluidic pathways **S430**; producing a set of nucleic acid volumes from the set of nucleic acid-magnetic bead samples **S440**; combining each nucleic acid volume of the set of nucleic acid volumes with a molecular diagnostic reagent of a set of molecular diagnostic reagents **S450**; transferring each of the set of nucleic acid-reagent mixtures, through the corresponding fluidic pathway of the set of fluidic pathways, to a detection chamber of a set of detection chambers **S460**; and receiving light from the set of nucleic acid-reagent mixtures **S470**. The method **400** may further comprise generating a set of data based on light received form the set of nucleic acid-reagent mixtures **S480**. The method **400** functions to isolate and extract a set of nucleic acid volumes from a biological sample, and to facilitate analysis of the nucleic acid volumes according to at least one molecular diagnostic protocol.

Step **S410** recites combining each biological sample of the set of biological samples with a quantity of magnetic beads to produce a set of magnetic bead-sample mixtures, and functions to prepare a set of biological samples to be lysed and combined with magnetic beads. For each biological sample, Step **S410** preferably comprises aspirating a portion of the volume of the biological sample from a sample container (possibly containing an aqueous solution prior to addition of biological sample), and transferring the portion of the biological sample to a well containing a set of magnetic beads. Alternatively, for each biological sample, Step **S410** may comprise aspirating the entire volume of the biological sample from a sample container, and transferring the volume of the biological sample to be combined with a set of magnetic beads. Preferably, all biological samples in the set of biological samples are aspirated and combined with the magnetic beads in the wells simultaneously using a multichannel fluid delivery system; however, all biological samples in the set of biological samples may alternatively be aspirated and combined with a set of magnetic beads non-simultaneously. The magnetic beads are preferably polymer beads, precoupled with a ligand for binding to a nucleic acid, and comprising a superparagmagnetic component. Additionally, the magnetic beads may be treated to be positively charged. However, the magnetic beads may alternatively be any appropriate magnetic beads configured to facilitate biomagnetic separation.

In addition to combination with magnetic beads, Step **410** may further include combining each biological sample of the set of biological samples with a lysing enzyme (e.g. proteinase K), and a sample process control comprising two or more nucleic acid sequences (i.e., one for DNA and one for RNA) to be included with each sample. This allows biological samples to effectively lysed, which releases waste components into a wash solution, and allows nucleic acids to bind to magnetic beads. This additionally allows the sample process control to be later detected, as a check to verify the accuracy of a molecular diagnostic assay being performed.

In a first variation of Step **S410** for one biological sample, as shown in FIG. **16A**, a volume of the biological sample is aspirated and combined with a set of magnetic beads. In the first variation of Step **S410**, a set of different biological samples may thus be aspirated simultaneously, and each biological sample may be transferred to an individual well to be combined with a set of magnetic beads to produce a set of magnetic bead-sample mixtures. In the first variation of Step **S410**, all magnetic bead-sample mixtures in the set of magnetic bead-sample mixtures are substantially non-identical in composition. In a second variation of Step **S410**, as shown in FIG. **16B**, a volume of a stock biological sample is aspirated, and portions of the volume of the stock biological sample are transferred to multiple wells to be combined with multiple sets of magnetic beads to produce a set of magnetic bead-sample mixtures. In the second variation of Step **S410**, all magnetic bead-sample mixtures in the set of magnetic bead-sample mixtures are substantially identical in composition. Other variations of Step **S410** may comprise filtering at least one biological sample of the set of biological samples **S415** prior to combining each biological sample of the set of biological samples with a quantity of magnetic beads.

In a specific example of Step **S410**, a multichannel liquid handling system aspirates approximately 1 mL of each of a set of biological samples in aqueous buffer using a set of 1 mL pipette tips, couples each of the pipette tips to a custom 13 mm diameter filter, punctures a foil seal **115** of a capture

US 9,441,219 B2

29                                                              30

plate at a set of wells, wherein each well of the set of wells contains a set of magnetic beads, and dispenses each aspirated volume of a biological sample into a well of the capture plate containing a set of magnetic beads, and disposes of the tip/filter combination. In the specific example of Step S410, the multichannel liquid handling system then picks up new disposable tips and aspirates and dispenses the contents of each well at least three times to mix the contents, and then disposes of the set of pipette tips and fillers.

Step S420 recites heating the set of magnetic bead-sample mixtures to produce a set of nucleic acid-magnetic bead samples, and functions to incubate the set of magnetic bead-sample mixtures in order to lyse biological matter, and release nucleic acids to be bound to magnetic beads. Preferably, Step S420 comprises heating a capture plate containing the set of magnetic bead-sample mixtures for a specified amount of time at a specified temperature, and may additionally include cooling the set of magnetic bead-sample mixtures. In a specific example, Step S420 comprises heating a capture plate containing the set of magnetic bead-sample mixtures using a capture plate module, wherein the capture plate module is configured to cradle and controllably heat wells containing the set of magnetic bead-sample mixtures. Step S420 may alternatively comprise incubating the set of magnetic bead-sample mixtures using any appropriate method and/or system as is known by those skilled in the art. Finally, Step S420 may be omitted in embodiments of the method 400 involving samples that do not require heating.

Step S430 recites transferring each nucleic acid-magnetic bead sample of the set of nucleic acid-magnetic bead samples to a corresponding fluidic pathway of a set of fluidic pathways, and functions to isolate each of the set of nucleic acid-magnetic bead samples within separate pathways for further processing. Preferably, all nucleic acid-magnetic bead samples in the set of nucleic acid-magnetic bead samples are transferred simultaneously to the set of fluidic pathways, but alternatively, each nucleic acid-magnetic bead sample in the set of magnetic bead-samples may be transferred to a corresponding fluidic pathway independently of the other nucleic acid-magnetic bead samples. In addition, preferably the entire volume, or substantially all of the volume, of the nucleic acid-magnetic bead sample is transferred to the set of fluidic pathways, without magnetically isolating magnetic beads and removing supernatant fluids prior to transferring each nucleic acid-magnetic bead sample of the set of nucleic acid-magnetic bead samples to a corresponding fluidic pathway of a set of fluidic pathways.

Step S430 may further comprise occluding at least one fluidic pathway of the set of fluidic pathways at a subset of a set of occlusion positions S432, which functions to define at least one truncated fluidic pathway. Preferably, Step S432 comprises defining at least one truncated fluidic pathway passing through at least one of a heating region and a magnetic field; however, Step S432 may alternatively not comprise defining a truncated fluidic pathway passing through at least one of a heating region and a magnetic field.

In a specific example of Step S430, the multichannel liquid handling subsystem of Step S410 transfers a set of nucleic acid-magnetic bead samples to a set of fluidic pathways of a microfluidic cartridge aligned within a molecular diagnostic module, wherein the microfluidic cartridge comprises an elastomeric layer in contact with the set of fluidic pathways. Manipulation of the elastomeric layer at a subset of a set of occlusion positions by a valve actuation subsystem of the molecular diagnostic module defines a set of truncated fluidic pathways crossing a heating region and

a magnetic field, such that each nucleic acid-magnetic bead sample in the set of nucleic acid-magnetic bead samples is isolated within a truncated fluidic pathway of the set of truncated fluidic pathways.

Step S440 recites producing a set of nucleic acid volumes from the set of nucleic acid-magnetic bead samples, and functions to separate nucleic acid volumes from the set of nucleic acid-magnetic bead samples. Step S440 preferably reduces a concentration of unwanted matter from the set of biological samples being processed, to an acceptable level; however, Step S440 may alternatively entirely remove substantially all unwanted substances from the set of biological samples being processed. Step S440 preferably includes providing a magnetic field S441, such that each fluidic pathway in the set of fluidic pathways is configured to cross the magnetic field. Preferably, the set of nucleic acid-magnetic bead samples is captured and isolated within portions of the set of fluidic pathways crossing the magnetic field. Step S440 may further comprise providing a heater configured to span a heating region of the set of fluidic pathways S442, but may alternatively comprise providing multiple heaters or altogether omit providing a heater. In embodiments wherein multiple heaters are provided, each heater is preferably independent to allow independent control of heating time and temperature for each sample. Step S442 functions to provide a heater, which, in combination with a release solution that provides a pH shift, facilitate a rapid and efficient unbinding of the nucleic acids from magnetic beads.

Step S440 may further comprise occluding at least one fluidic pathway of the set of fluidic pathways at a subset of a set of occlusion positions S443 (and opening a previously occluded channel), which functions to define at least one truncated fluidic pathway containing a nucleic acid-magnet bead sample and coupled to a source for delivery of a wash solution and a release solution. Preferably, Step S443 comprises defining at least one truncated fluidic pathway coupled to a waste chamber and to a fluid port, which functions to facilitate washing of at least one nucleic acid-magnetic bead sample in the set of nucleic acid-magnetic bead samples, and releasing of at least one nucleic acid volume from the set of nucleic acid-magnetic bead samples. Step S440 may additionally comprise delivering a wash solution through a portion of at least one fluidic pathway S444, such as the truncated fluidic pathway defined in Step S443, and delivering a release solution through a portion of at least one fluidic pathway S445, such as the truncated fluidic pathway defined in Step S443. Step S444 functions to wash at least one nucleic acid-magnetic bead sample in the set of nucleic acid-magnetic bead samples, and Step S445 functions to release at least one nucleic acid volume from the set of nucleic acid-magnetic bead samples. The heater provided in Step S442 may be activated after Step S445 to induce a pH shift.

In a specific example of Step S440, the set of fluidic pathways containing a set of nucleic acid-magnetic bead samples, from the specific example of Step S430, is occluded at a subset of the set of occlusion positions by a valve actuation subsystem of the molecular diagnostic module, to define a set of truncated fluidic pathways coupled to a waste chamber and to a shared fluid port of the microfluidic cartridge for delivery of a wash solution and a release solution. The liquid handling system delivers a wash fluid through the shared fluid port to wash the set of nucleic acid-magnetic bead samples, captured within the magnetic field, and then delivers a release fluid through the shared fluid port to release a set of nucleic acid volumes from the

US 9,441,219 B2

31                                                32

set of nucleic acid-magnetic bead samples. In the specific example, each fluidic pathway is washed sequentially, and the release solution is delivered to each fluidic pathway sequentially to ensure that each lane is provided with substantially equal amounts of wash and release solutions. All waste fluid produced in the specific example of Step S440 pass into the waste chamber coupled to the set of truncated fluidic pathways.

Step S450 recites combining each nucleic acid volume of the set of nucleic acid volumes with a molecular diagnostic reagent of a set of molecular diagnostic reagents to produce a set of nucleic acid-reagent mixtures, which functions to prepare the set of nucleic acid volumes to be detected. For each nucleic acid volume in the set of nucleic acid volumes, Step S450 preferably comprises aspirating an entire volume of the nucleic acid volume from its corresponding fluidic pathway, and transferring the nucleic acid volume to a well containing a molecular diagnostic reagent. Preferably, all nucleic acid volumes in the set of nucleic acid volumes are aspirated and combined with molecular diagnostic reagents simultaneously using a multichannel fluid delivery system; however, each nucleic acid volume in the set of nucleic acid volumes may alternatively be aspirated and combined with molecular diagnostic reagents independently of the other nucleic acid volumes. The molecular diagnostic reagents preferably comprise reagents configured to analyze the set of nucleic acid volumes for markers of at least one of gonorrhea (GC), *Chlamydia* (CT), herpes simplex virus (HSV), human immunodeficiency virus (HIW), human respiratory diseases, vaginal diseases, hepatitis C virus (HCV), hepatitis B virus (HBV), trichonomas, group B *streptococcus* (GBS), factor 2 (FII) gene, and factor five (FV) gene, but may alternatively comprise reagents used to detect any specific nucleic acid sequence.

In a first variation of Step S450 as shown in FIG. 16A, a nucleic acid volume is aspirated and combined with a molecular diagnostic reagent for a single assay. In the first variation of Step S450, a set of nucleic acid volumes may thus be aspirated simultaneously, and each nucleic acid volume may be transferred to an individual well to be combined with a molecular diagnostic reagent of a set of molecular diagnostic reagents to produce a set of nucleic acid-reagent mixtures. In the first variation of Step S450, all nucleic acid-reagent mixtures in the set of nucleic acid-reagent mixtures may or may not be substantially identical in composition, depending on the homogeneity of the biological samples used in Step S410; however, the first variation of Step S450 preferably comprises using identical molecular diagnostic reagents, such that identical molecular diagnostic protocols analyzing identical markers may be performed. Thus, the first variation of Step S450 encompasses running multiple identical tests from a stock biological sample (e.g., a multiplex assay), and running identical tests using a set of substantially different biological samples (e.g., from different sources).

In a second variation of Step S450, as shown in FIG. 16B, the set of nucleic acid volumes is aspirated, and each nucleic acid volume in the set of nucleic acid volumes is combined with a molecular diagnostic reagent of a set of molecular diagnostic reagents. In the second variation of Step S450, the set of molecular diagnostic reagents preferably comprises different molecular diagnostic reagents, such that different molecular diagnostic protocols analyzing different markers may be performed. Thus, the second variation encompasses running multiple substantially different tests using a stock biological sample, and running substantially different tests using substantially different biological samples (e.g., from different sources)

In a specific example of Step S450, a multichannel liquid handling system aspirates approximately 18 μL of each of a set of nucleic acid volumes from the microfluidic cartridge used in the specific example of Step S440 using a set of pipette tips, punctures at least one foil seal 195 of at least one assay strip, wherein each well of the at least one assay strip contains molecular diagnostic reagents, and dispenses each aspirated nucleic acid volume into a well of the assay strip. In the specific example of S450, the multichannel liquid handling system then aspirates and dispenses the contents of each well approximately 10 times to reconstitute molecular diagnostic reagents and mix the contents of each well.

Step S460 recites transferring each of the set of nucleic acid-reagent mixtures, through the corresponding fluidic pathway of the set of fluidic pathways, to a detection chamber of a set of detection chambers, which functions to deliver the set of nucleic acid-reagent mixtures to an isolated detection chamber for further processing and analysis. Preferably, all nucleic acid-reagent mixtures in the set of nucleic acid-reagent mixtures are transferred simultaneously to the set of fluidic pathways, but alternatively, each nucleic acid-reagent mixture in the set of nucleic acid reagent mixtures may be transferred to a corresponding fluidic pathway independently of the other nucleic acid reagent mixtures. Step S460 may further comprise occluding at least one fluidic pathway of the set of fluidic pathways at a subset of a set of occlusion positions S462, which functions to define at least one truncated fluidic pathway coupled to a detection chamber of a set of detection chambers. Preferably, Step S462 comprises occluding each fluidic pathway of the set of fluidic pathways at a subset of a set of occlusion positions, thus defining a set of truncated fluidic pathways, each coupled to a detection chamber.

In a specific example of Step S460, the multichannel liquid handling subsystem of the specific example of Step S450 transfers a set of nucleic acid-reagent mixtures, each having a volume of approximately 16 μL, back to the set of fluidic pathways of the microfluidic cartridge of the specific example of Step S450. Each nucleic acid-reagent mixture in the set of nucleic acid-reagent mixtures is transferred at a rate of 50 μL/minute. Manipulation of the elastomeric layer at a subset of a set of occlusion positions by the valve actuation subsystem of the molecular diagnostic module defines a set of truncated fluidic pathways, each coupled to a detection chamber, such that each nucleic acid-magnetic bead sample in the set of nucleic acid-magnetic bead samples is isolated within a truncated fluidic pathway of the set of truncated fluidic pathways. In the specific embodiment the occlusion position immediately upstream of the detection chamber and the occlusion position immediately downstream of the detection chamber are normally closed positions. During delivery, the multichannel liquid handling subsystem generates pressure to cause the elastomeric layer at the normally closed positions to deform and allow fluid to flow through the normally closed positions. Once the pressure drops after the detection chamber is filled and the multichannel liquid handling subsystem ceases delivery, the elastomeric layer is configured to overcome the pressure in the channel and recloses, thereby sealing the normally closed positions. The normally closed positions are then compressed using the valve actuation subsystem during thermocycling to prevent pressures generated during a molecular diagnostic assay to cause the normally closed positions to leak. After the molecular diagnostic assay is complete and the occlusion "pins" withdrawn, the normally

US 9,441,219 B2

33

closed positions allow the samples and amplicons to be trapped within detection chambers, substantially reducing the risk of contamination of the lab or other samples.

Step S470 recites receiving light from the set of nucleic acid-reagent mixtures, and functions to produce emission responses from the set of nucleic acid-reagent mixtures in response to transmission of excitation wavelength light or chemiluminescent effects. Preferably, Step S470 comprises the ability to transmit light including a wide range of wavelengths through a set of excitation filters and through a set of apertures configured to individually transmit light having single or multiple excitation wavelengths onto the set of nucleic acid-reagent mixtures, and receiving light through a set of emission filters, from the set of nucleic acid-reagent mixtures. Step S470 may additionally comprise reflecting light from the set of excitation filters off of a set of dichroic mirrors, and transmitting light through the set of dichroic mirrors to a set of photodetectors. A specific example of Step S470 comprises using the optical subsystem 180 of the system 100 described above to transmit and receive light; however, alternative variations of Step S470 may use any appropriate optical system configured to transmit light at excitation wavelengths toward the set of nucleic acid-reagent mixtures, and to receive light at emission wavelengths from the set of nucleic acid-reagent mixtures.

Step S480 recites generating a set of data based on light received from the set of nucleic acid-reagent mixtures, which functions to produce quantitative and/or qualitative data from the set of nucleic acid-reagent mixtures. Step S480 may further function to enable detection of a specific nucleic acid sequence from the nucleic acid-reagent mixture, in order to identify a specific nucleic acid sequence, gene, or organism. Preferably, Step S480 includes converting electrical signals, produced by a set of photodetectors upon receiving light from the set of nucleic acid-reagent mixtures, into a quantifiable metric; however, S480 may alternatively comprise converting electromagnetic energy, received by a set of photodetectors from the set of nucleic acid-reagent mixtures, into a set of qualitative data. In one variation of Step S480, the set of data may be processed by a processor and rendered on a user interface; however, in other variations of Step S480, the set of data may alternatively not be rendered on a user interface.

The method 400 may further comprise re-running a biological sample Step S490 if processing and/or analysis of the biological sample results in less than ideal results. Preferably, Step S490 occurs if an analysis of a biological sample is indeterminate due to machine or user error. Additionally, Step S490 preferably occurs automatically upon detection of a less than ideal result, but may alternatively occur in response to a user prompt.

Embodiments of the method 400 and variations thereof can be embodied and/or implemented at least in part by a machine configured to receive a computer-readable medium storing computer-readable instructions. The instructions are preferably executed by computer-executable components preferably integrated with the system 100 and one or more portions of the processor 273 and/or the controller 272. The computer-readable medium can be stored on any suitable computer-readable media such as RAMs, ROMs, flash memory, EEPROMs, optical devices (CD or DVD), hard drives, floppy drives, or any suitable device. The computer-executable component is preferably a general or application specific processor, but any suitable dedicated hardware or hardware/firmware combination device can alternatively or additionally execute the instructions.

34

The FIGURES illustrate the architecture, functionality and operation of possible implementations of systems, methods and computer program products according to preferred embodiments, example configurations, and variations thereof. In this regard, each block in the flowchart or block diagrams may represent a module, segment, or portion of code, which comprises one or more executable instructions for implementing the specified logical function(s). It should also be noted that, in some alternative implementations, the functions noted in the block can occur out of the order noted in the FIGURES. For example, two blocks shown in succession may, in fact, be executed substantially concurrently, or the blocks may sometimes be executed in the reverse order, depending upon the functionality involved. It will also be noted that each block of the block diagrams and/or flowchart illustration, and combinations of blocks in the block diagrams and/or flowchart illustration, can be implemented by special purpose hardware-based systems that perform the specified functions or acts, or combinations of special purpose hardware and computer instructions.

As a person skilled in the art will recognize from the previous detailed description and from the figures and claims, modifications and changes can be made to the preferred embodiments of the invention without departing from the scope of this invention defined in the following claims.

We claim:

1. A molecular diagnostic module configured to process a biological sample and separate a nucleic acid volume from the biological sample, the molecular diagnostic module comprising:

a valve actuation subsystem comprising a set of pins;

an actuator configured to provide relative displacement between a cartridge, for receiving the biological sample, and the valve actuation subsystem, thereby providing an active configuration, wherein in the active configuration the cartridge is disposed proximal the set of pins, and wherein the cartridge comprises a pathway; and

a cam module configured to displace a subset of the set of pins in the active configuration to define a pathway, that facilitates separation of the nucleic acid volume from the biological sample, in the cartridge, wherein in the active configuration the subset of the set of pins cooperatively defines and occludes the pathway of the cartridge.

2. The molecular diagnostic module of claim 1, wherein the actuator of the molecular diagnostic module is a linear actuator, configured to vertically displace the cartridge toward the valve actuation subsystem in the active configuration.

3. The molecular diagnostic module of claim 2, comprising a cartridge platform situated between the valve actuation subsystem and the actuator, the cartridge platform coupled to a set of springs configured to counteract a force provided by the linear actuator.

4. The molecular diagnostic module of claim 3, further comprising a pin housing configured to house the set of pins and to guide the set of pins through a set of slots of the cartridge platform in the active configuration.

5. The molecular diagnostic module of claim 1, wherein the cam module includes a cam card coupled to a cam card actuator configured to linearly displace the cam card in interfacing with the set of pins.

6. The molecular diagnostic module of claim 5, wherein the cam card comprises a fixed set of hills and valleys, such that a pin of the set of pins is in a first position when a hill

US 9,441,219 B2

35

36

of the cam card interfaces with the pin, and the pin of the set of pins is in a second position when a valley of the cam card interfaces with the pin.

**7**. The molecular diagnostic module of claim **1**, further comprising:

a capture plate comprising a well containing a set of magnetic beads, a lysing reagent, and a sample process control, configured to be combined with the biological sample, wherein the capture plate facilitates production of a magnetic bead-sample from the biological sample and the set of magnetic beads;

an assay strip comprising a reagent well containing a molecular diagnostic reagent volume configured to be combined with the nucleic acid volume processed from the magnetic-bead sample, thereby generating a nucleic acid-reagent mixture; and

a liquid handling system configured to transfer the magnetic bead-sample from the capture plate to the cartridge, transfer the nucleic acid volume from the cartridge to the assay strip, and transfer the nucleic acid-reagent mixture from the assay strip back to the cartridge.

**8**. A system configured to process a biological sample, the system comprising:

a valve actuation subsystem comprising a set of pins;

a cartridge receiving module configured to receive a cartridge for processing the biological sample, and configured to provide an active configuration, wherein in the active configuration the cartridge is dispose proximal the set of pins; and

a cam module configured to displace a subset of the set of pins in the active configuration to define a pathway, that facilitates processing of the biological sample, in the cartridge, wherein in the active configuration the subset of the set of pins cooperatively defines and occludes the pathway of the cartridge.

**9**. The system of claim **8**, wherein the cam module includes a cam card coupled to a cam card actuator configured to linearly displace the cam card in interfacing with the set of pins.

**10**. The system of claim **9**, wherein the cam card comprises a fixed set of hills and valleys, such that a pin of the set of pins is in a first position when a hill of the cam card interfaces with the pin, and the pin of the set of pins is in a second position when a valley of the cam card interfaces with the pin.

**11**. The system of claim **8**, wherein the cartridge receiving module comprises a cartridge platform, situated between the valve actuation subsystem and an actuator configured to displace the cartridge platform to provide the active configuration, the cartridge platform comprising a magnet receiving slot; and a magnet that passes through the magnet receiving slot, in the active configuration to facilitate processing of the biological sample.

**12**. The system of claim **11**, wherein the actuator is coupled to an optical subsystem and configured to position the optical subsystem proximal a detection chamber of the cartridge in the active configuration.

**13**. The system of claim **11**, wherein the actuator is coupled to a heater and configured to position the heater proximal a heating region of the cartridge in the active configuration.

**14**. The system of claim **8**, further comprising

a capture plate comprising a well containing a set of magnetic beads, a lysing reagent, and a sample process control, configured to be combined with the biological sample, wherein the capture plate facilitates production of a magnetic bead-sample from the biological sample and the set of magnetic beads; and

a liquid handling system configured to transfer the magnetic bead-sample from the capture plate to the cartridge, and configured to transfer a nucleic acid volume processed from the magnetic bead-sample from the cartridge.

**15**. The system of claim **14**, wherein the cam module is configured to displace a first subset of the set of pins in the active configuration to define a first pathway of the cartridge to facilitate processing of the biological sample in a first processing phase, and wherein the cam module is configured to displace a second subset of the set of pins in the active configuration to define a second pathway of the cartridge to facilitate processing of the biological sample in a second processing phase.

**16**. A method for processing a biological sample and separating a nucleic acid volume from the biological sample comprising:

receiving a cartridge at a cartridge receiving module comprising a set of pins and a cam module interfacing with the set of pins;

transitioning the cartridge to an active configuration that disposes the cartridge proximal the set of pins;

displacing a subset of the set of pins in the active configuration of the cartridge, using the cam module, to occlude a pathway of the cartridge; and

separating the nucleic acid volume from the biological sample, within the pathway of the cartridge.

**17**. The method of claim **16**, wherein transitioning the cartridge to the active configuration comprises displacing a cartridge platform, in contact with the cartridge, by way of an actuator, and allowing the set of pins to pass through a valve actuation accommodating slot in the cartridge platform to access the cartridge.

**18**. The method of claim **16**, wherein displacing the subset of the set of pins comprises linearly displacing a cam card of the cam module, comprising a set of hills and valleys, relative to the set of pins, wherein displacing the cam card affects an interface between the set of pins and the set of hills and valleys to transition at least one pin of the set of pins between a first position and a second position.

**19**. The method of claim **16**, wherein separating the nucleic acid volume from the biological sample comprises occluding the pathway of the cartridge at a first set of occlusion positions to define a first truncated pathway upon displacing a first subset of the set of pins, and processing the biological sample in a first processing phase within the first truncated pathway.

**20**. The method of claim **19**, wherein separating the nucleic acid volume from the biological sample comprises occluding the pathway of the cartridge at a second set of occlusion positions to define a second truncated pathway upon displacing a second subset of the set of pins, and processing the biological sample in a second processing phase within the second truncated pathway.

\* \* \* \* \*

EXHIBIT 54



US009540636B2

(12) **United States Patent**
Brahmasandra et al.

(10) Patent No.: **US 9,540,636 B2**
(45) Date of Patent: *Jan. 10, 2017

(54) **METHOD AND MATERIALS FOR ISOLATION OF NUCLEIC ACID MATERIALS**

(71) Applicant: **NeuMoDx Molecular, Inc.,** Ann Arbor, MI (US)

(72) Inventors: **Sundaresh Brahmasandra,** Ann Arbor, MI (US); **Michelle Mastronardi,** Ann Arbor, MI (US); **Elizabeth Craig,** Ann Arbor, MI (US); **Maureen Carey,** Ann Arbor, MI (US)

(73) Assignee: **NeuMoDx Molecular, Inc.,** Ann Arbor, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/173,880**

(22) Filed: **Jun. 6, 2016**

(65) **Prior Publication Data**

US 2016/0281080 A1     Sep. 29, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 14/168,760, filed on Jan. 30, 2014, now Pat. No. 9,382,532, which is a (Continued)

(51) **Int. Cl.**
*C12Q 1/68* (2006.01)
*C12N 15/10* (2006.01)
*B01L 3/00* (2006.01)

(52) **U.S. Cl.**
CPC ..... *C12N 15/1013* (2013.01); *B01L 3/502715* (2013.01); *B01L 3/502746* (2013.01);
(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

776,747 A     12/1904   Kling
778,036 A     12/1904   Hepp et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CN     101432698 A     5/2009
CN     1773190 B     5/2010
(Continued)

OTHER PUBLICATIONS

Compton, Cancer and Metastasis Rev., vol. 11, pp. 105-119 (1992).

*Primary Examiner* — Robert T Crow
(74) *Attorney, Agent, or Firm* — Jeffrey Schox; Ivan Wong

(57) **ABSTRACT**

A method for nucleic acid isolation comprising: receiving a binding moiety solution within a process chamber; mixing the binding moiety solution with a biological sample, within the process chamber, in order to produce a moiety-sample mixture; incubating the moiety-sample mixture during a time window, thereby producing a solution comprising a set of moiety-bound nucleic acid particles and a waste volume; separating the set of moiety-bound nucleic acid particles from the waste volume; washing the set of moiety-bound nucleic acid particles; and releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles. The method preferably utilizes a binding moiety comprising at least one of poly(allylamine) and polypropylenimine tetramine dendrimer, both of which reversibly bind and unbind to nucleic acids based upon environmental pH.

**20 Claims, 14 Drawing Sheets**



## US 9,540,636 B2

Page 2

### Related U.S. Application Data

continuation of application No. 14/060,214, filed on Oct. 22, 2013, now abandoned.

(60) Provisional application No. 61/718,634, filed on Oct. 25, 2012.

(52) **U.S. Cl.**
CPC ...  ***B01L 3/502753*** (2013.01); ***B01L 3/502761***
(2013.01); ***C12N 15/1006*** (2013.01); ***C12Q***
***1/6806*** (2013.01); *B01L 2200/0631* (2013.01);
*B01L 2300/0627* (2013.01); *B01L 2400/086*
(2013.01)

### (56)   References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,963,151 | A | 6/1976 | North |
| 5,681,529 | A | 10/1997 | Taguchi et al. |
| 5,725,831 | A | 3/1998 | Reichler et al. |
| 5,750,338 | A | 5/1998 | Collins et al. |
| 5,783,148 | A | 7/1998 | Cottingham et al. |
| 5,824,478 | A | 10/1998 | Muller |
| 5,853,667 | A | 12/1998 | Seaton et al. |
| 6,168,948 | B1 | 1/2001 | Anderson et al. |
| 6,331,246 | B1 | 12/2001 | Powell et al. |
| 6,368,871 | B1 | 4/2002 | Christel et al. |
| 6,374,684 | B1 | 4/2002 | Dority |
| 6,374,685 | B1 | 4/2002 | Daly |
| 6,431,476 | B1 | 8/2002 | Taylor et al. |
| 6,440,725 | B1 | 8/2002 | Pourahmadi et al. |
| 6,664,104 | B2 | 12/2003 | Pourahmadi et al. |
| 6,692,700 | B2 | 2/2004 | Handique |
| 6,852,287 | B2 | 2/2005 | Ganesan |
| 6,860,993 | B2 | 3/2005 | Effenhauser et al. |
| 6,872,315 | B2 | 3/2005 | Effenhauser et al. |
| 6,878,540 | B2 | 4/2005 | Pourahmadi et al. |
| 6,893,879 | B2 | 5/2005 | Petersen et al. |
| 6,899,838 | B2 | 5/2005 | Lastovich |
| 6,987,018 | B2 | 1/2006 | Taylor et al. |
| 7,052,268 | B2 | 5/2006 | Powell et al. |
| 7,135,144 | B2 | 11/2006 | Christel et al. |
| 7,192,557 | B2 | 3/2007 | Wu et al. |
| 7,270,786 | B2 | 9/2007 | Parunak et al. |
| 7,323,140 | B2 | 1/2008 | Handique et al. |
| 7,332,130 | B2 | 2/2008 | Handique |
| 7,569,346 | B2 | 8/2009 | Petersen et al. |
| 7,674,431 | B2 | 3/2010 | Ganesan |
| 7,682,820 | B2 | 3/2010 | Bader |
| 7,731,906 | B2 | 6/2010 | Handique et al. |
| 7,738,094 | B2 | 6/2010 | Goldberg |
| 7,763,209 | B2 | 7/2010 | Haley |
| 7,767,447 | B2 | 8/2010 | Breidenthal et al. |
| 7,820,030 | B2 | 10/2010 | Althaus et al. |
| 7,906,758 | B2 | 3/2011 | Stults et al. |
| 7,914,994 | B2 | 3/2011 | Petersen et al. |
| 7,935,537 | B2 | 5/2011 | Haley |
| 7,955,798 | B2 | 6/2011 | Mauritz |
| 7,955,864 | B2 | 6/2011 | Cox et al. |
| 7,964,413 | B2 | 6/2011 | Macioszek et al. |
| 7,987,022 | B2 | 7/2011 | Handique et al. |
| 7,995,798 | B2 | 8/2011 | Krupnik et al. |
| 7,998,708 | B2 | 8/2011 | Handique et al. |
| 8,003,329 | B2 | 8/2011 | Macevicz |
| 8,008,066 | B2 | 8/2011 | Lair et al. |
| 8,043,581 | B2 | 10/2011 | Ganesan |
| 8,048,375 | B2 | 11/2011 | Breidenthal et al. |
| 8,048,386 | B2 | 11/2011 | Dority et al. |
| 8,052,929 | B2 | 11/2011 | Breidenthal et al. |
| 8,088,616 | B2 | 1/2012 | Handique |
| 8,105,477 | B2 | 1/2012 | Althaus et al. |
| 8,105,783 | B2 | 1/2012 | Handique |
| 8,110,158 | B2 | 2/2012 | Handique |
| 8,133,671 | B2 | 3/2012 | Williams et al. |
| 8,168,134 | B2 | 5/2012 | Lehto |
| 8,182,763 | B2 | 5/2012 | Duffy et al. |
| 8,183,359 | B2 | 5/2012 | Becker et al. |
| 8,187,557 | B2 | 5/2012 | Van et al. |
| 8,247,176 | B2 | 8/2012 | Petersen et al. |
| 8,248,597 | B2 | 8/2012 | Goldberg |
| 8,268,245 | B2 | 9/2012 | Wahl |
| 8,268,603 | B2 | 9/2012 | Taylor et al. |
| 8,273,308 | B2 | 9/2012 | Handique et al. |
| 8,287,820 | B2 | 10/2012 | Williams et al. |
| 8,288,520 | B2 | 10/2012 | Eder et al. |
| 8,323,584 | B2 | 12/2012 | Ganesan |
| 8,323,900 | B2 | 12/2012 | Handique et al. |
| 8,324,372 | B2 | 12/2012 | Brahmasandra et al. |
| 8,349,564 | B2 | 1/2013 | Macioszek et al. |
| 8,394,336 | B2 | 3/2013 | Curcio |
| 8,404,198 | B2 | 3/2013 | Amshey et al. |
| 8,415,103 | B2 | 4/2013 | Handique |
| 8,420,015 | B2 | 4/2013 | Ganesan et al. |
| 8,431,413 | B2 | 4/2013 | Dority et al. |
| 8,440,149 | B2 | 5/2013 | Handique |
| 8,470,586 | B2 | 6/2013 | Wu et al. |
| 8,470,588 | B2 | 6/2013 | Boehm et al. |
| 8,473,104 | B2 | 6/2013 | Handique et al. |
| 8,480,976 | B2 | 7/2013 | Breidenthal et al. |
| 8,491,178 | B2 | 7/2013 | Breidenthal et al. |
| 8,501,461 | B2 | 8/2013 | Knight et al. |
| 8,640,555 | B2 | 2/2014 | Zenhausern et al. |
| 8,709,787 | B2 | 4/2014 | Handique |
| 9,101,930 | B2 | 8/2015 | Williams et al. |
| 9,382,532 | B2 * | 7/2016 | Brahmasandra ... C12N 15/1013 |
| 2002/0039783 | A1 | 4/2002 | McMillan et al. |
| 2002/0160518 | A1 | 10/2002 | Hayenga et al. |
| 2003/0170686 | A1 | 9/2003 | Hoet et al. |
| 2004/0018611 | A1 | 1/2004 | Ward et al. |
| 2004/0138154 | A1 | 7/2004 | Yu et al. |
| 2005/0180891 | A1 | 8/2005 | Webster et al. |
| 2005/0205199 | A1 | 9/2005 | Green |
| 2005/0221529 | A1 | 10/2005 | Bang et al. |
| 2005/0233370 | A1 | 10/2005 | Ammann et al. |
| 2005/0250199 | A1 | 11/2005 | Anderson et al. |
| 2005/0272169 | A1 | 12/2005 | Griffin et al. |
| 2006/0068204 | A1 | 3/2006 | Rasmussen et al. |
| 2006/0166233 | A1 | 7/2006 | Wu et al. |
| 2006/0182300 | A1 | 8/2006 | Schwartz |
| 2006/0182842 | A1 | 8/2006 | Pruden et al. |
| 2007/0148174 | A1 | 6/2007 | Kudlicki et al. |
| 2007/0184463 | A1 | 8/2007 | Molho et al. |
| 2007/0190662 | A1 | 8/2007 | Baetzold et al. |
| 2007/0196912 | A1 | 8/2007 | Facer et al. |
| 2007/0292941 | A1 | 12/2007 | Handique et al. |
| 2008/0057572 | A1 | 3/2008 | Petersen et al. |
| 2008/0146896 | A1 | 6/2008 | Rabinowitz et al. |
| 2008/0193384 | A1 | 8/2008 | Willard et al. |
| 2008/0200343 | A1 | 8/2008 | Clemens et al. |
| 2008/0241569 | A1 | 10/2008 | Qin et al. |
| 2008/0275409 | A1 | 11/2008 | Kane et al. |
| 2008/0280285 | A1 | 11/2008 | Chen et al. |
| 2009/0130719 | A1 | 5/2009 | Handique |
| 2009/0131650 | A1 | 5/2009 | Brahmasandra et al. |
| 2009/0215125 | A1 | 8/2009 | Reed et al. |
| 2009/0275014 | A1 | 11/2009 | Maltezos et al. |
| 2010/0009351 | A1 | 1/2010 | Brahmasandra et al. |
| 2010/0009375 | A1 | 1/2010 | Sherman et al. |
| 2010/0029544 | A1 | 2/2010 | Cheng et al. |
| 2010/0075311 | A1 | 3/2010 | Barrault et al. |
| 2010/0165784 | A1 | 7/2010 | Jovanovich et al. |
| 2010/0300563 | A1 | 12/2010 | Ramunas et al. |
| 2010/0303687 | A1 | 12/2010 | Blaga et al. |
| 2010/0310423 | A1 | 12/2010 | Nieuwenhuis |
| 2010/0323919 | A1 | 12/2010 | Chen et al. |
| 2011/0003281 | A1 | 1/2011 | Woudenberg et al. |
| 2011/0053289 | A1 | 3/2011 | Lowe et al. |
| 2011/0071031 | A1 | 3/2011 | Khripin et al. |
| 2011/0201099 | A1 | 8/2011 | Anderson et al. |
| 2011/0318840 | A1 | 12/2011 | Ziglioli et al. |
| 2012/0046203 | A1 | 2/2012 | Walsh et al. |
| 2012/0245218 | A1 | 9/2012 | Fukushima et al. |

**US 9,540,636 B2**

Page 3

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2012/0245337 A1 | 9/2012 | Fabis et al. |
| 2013/0210015 A1 | 8/2013 | Williams et al. |
| 2013/0210127 A1 | 8/2013 | Williams et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 101842690 B | 6/2013 |
| WO | 2007064635 A1 | 6/2007 |
| WO | 2009022994 | 4/2009 |

* cited by examiner



FIGURE 1A



FIGURE 1B



FIGURE 1C



FIGURE 2



FIGURE 3



FIGURE 4



FIGURE 5



FIGURE 6



FIGURE 7



FIGURE 8



FIGURE 9



FIGURE 10



FIGURE 11



FIGURE 12



FIGURE 13



FIGURE 14



FIGURE 15



FIGURE 16



FIGURE 17



FIGURE 18



FIGURE 19



FIGURE 20



FIGURE 21A



FIGURE 21B



FIGURE 21C



FIGURE 22A

NORMALLY OPEN, 42

NORMALLY CLOSED, 43

FIGURE 22B

FIGURE 22C

US 9,540,636 B2

1

# METHOD AND MATERIALS FOR ISOLATION OF NUCLEIC ACID MATERIALS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 14/168,760, filed 30 Jan. 2014, which is a continuation of U.S. application Ser. No. 14/060,214, filed 22 Oct. 2013, which claims the benefit of U.S. Provisional Application Ser. No. 61/718,634 filed 25 Oct. 2012, all of which is incorporated in their entirety herein by this reference.

## TECHNICAL FIELD

This invention relates generally to the biotechnology field, and more specifically to an improved method and materials for isolation of nucleic acid materials.

## BACKGROUND

Molecular diagnostics is a clinical laboratory discipline that has developed rapidly during the last 25 years. It originated from basic biochemistry and molecular biology research procedures, but now has become an independent discipline focused on routine analysis of nucleic acids (NA), including deoxyribonucleic acid (DNA) and ribonucleic acid (RNA) for diagnostic use in healthcare. Molecular diagnostic analysis of biological samples can include the detection of one or more nucleic acid materials present in the specimen. The particular analysis performed may be either qualitative and/or quantitative. Methods of analysis involve isolation and purification of nucleic acid material, and an important step in the sensitive and rapid detection of a nucleic acid is the isolation and purification of said nucleic acid material from the crude biological sample. Often, a nucleic acid material sample is obtained in insufficient quantity, quality, and/or purity, hindering a robust implementation of an analytical technique. Furthermore, methods of isolation are specific to certain clinical matrices containing the nucleic acid and not applicable across multiple matrices. Due to these and other deficiencies of current methods and materials used in isolation of nucleic acid materials, there is thus a need for an improved method and materials for isolation of nucleic acid materials.

## BRIEF DESCRIPTION OF THE FIGURES

FIGS. **1A-1C** depict embodiments of process flow of a method for isolation of nucleic acid materials;

FIG. **2** depicts a flow chart of a method for isolation of nucleic acid materials;

FIG. **3** is a schematic representation of an embodiment of a method for bonding microparticles with an affinity moiety useful for isolation of nucleic acid materials;

FIG. **4** shows the performance of example nucleic acid isolation reagents for the extraction of Enterovirus RNA target from cerebrospinal fluid specimen using a real-time RT-PCR assay;

FIG. **5** shows the performance of example nucleic acid isolation reagents for the extraction of Enterovirus RNA target from M4 transport medium using a real-time RT-PCR assay;

FIG. **6** shows the performance of the example nucleic acid isolation reagents for the extraction of Enterovirus RNA target from UTM (Universal Transport Media) using a real-time RT-PCR assay;

2

FIG. **7** shows the quantitative performance of the example nucleic acid isolation reagents for the extraction of Enterovirus RNA target from a nasal swab transferred to UTM transport medium using a real-time RT-PCR assay;

FIG. **8** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to isolate and purify Group B *Streptococcus* DNA using DAB affinity particles, in a variety of biological samples (clinical matrices) for subsequent real-time PCR assay implementation;

FIG. **9** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to isolate and purify Group B *Streptococcus* DNA using PAA affinity particles, in Human Urine specimens, for subsequent real-time PCR assay implementation;

FIG. **10** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to isolate and purify Group B *Streptococcus* DNA using PAA affinity particles, in Human Plasma specimens, for subsequent real-time PCR assay implementation;

FIG. **11** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to isolate and purify Group B *Streptococcus* DNA using PAA affinity particles, in simulated swab specimens, for subsequent real-time PCR assay implementation;

FIG. **12** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to isolate and purify Group B *Streptococcus* DNA using PAA affinity particles, in simulated swab transport media specimen, for subsequent real-time PCR assay implementation;

FIG. **13** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to isolate and purify Group B *Streptococcus* DNA using PAA affinity particles, in Whole Blood specimens (donor), for subsequent real-time PCR assay implementation;

FIG. **14** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to isolate and purify Group B *Streptococcus* DNA using PAA affinity particles, in Human Urine specimens (donor), for subsequent quantitative real-time PCR assay implementation;

FIG. **15** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to isolate and purify Group B *Streptococcus* DNA using PAA affinity particles, in Human Plasma specimens (donor), for subsequent quantitative real-time PCR assay implementation;

FIG. **16** demonstrates the influence of binding time on the performance of an embodiment of a nucleic acid isolation technique;

FIG. **17** demonstrates the influence of binding temperature on the performance, in Human Plasma specimens, of an embodiment of a nucleic acid isolation technique;

FIG. **18** demonstrates the influence of binding time on the performance, in Human Urine specimens, of an embodiment of a nucleic acid isolation technique;

FIG. **19** demonstrates the use of TWO example different elution solutions—NaOH and KOH—on the performance, in Human Urine specimens, of an embodiment of a nucleic acid isolation technique; and

FIG. **20** demonstrates the use of nucleic acid isolation reagents and an embodiment of a process to simultaneously isolate and purify Enterovirus RNA and Group B *Streptococcus* DNA using PAA affinity particles, from the same sample matrix, M4 Transport Medium.

FIGS. **21A-21C** depict an example of a valve actuation subsystem of a molecular diagnostic module;

US 9,540,636 B2

3

FIGS. **22A-22C** depict an example of subsets of occlusion positions defining truncated portions of a fluidic pathway.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following description of preferred embodiments of the invention is not intended to limit the invention to these preferred embodiments, but rather to enable any person skilled in the art to make and use this invention.

### 1. Method for Nucleic Acid Isolation

As shown in FIGS. **1**A and **2**, a method **100** for nucleic acid isolation comprises receiving a binding moiety solution within a process chamber S**110**; mixing the binding moiety solution with a biological sample, within the process chamber, in order to produce a moiety-sample solution S**120**; incubating the moiety-sample solution during a time window S**130**, thereby producing a lysed solution comprising a moiety-bound nucleic acid volume and a waste volume; separating the moiety-bound nucleic acid volume from the waste volume S**140**; washing the moiety-bound nucleic acid volume S**150**; and releasing a nucleic acid sample from the moiety-bound nucleic acid volume S**160**. The method functions to liberate, extract, aggregate, and/or isolate nucleic acids (e.g., deoxyribonucleic acids, ribonucleic acids) from a raw biological sample (e.g., directly from a subject or agricultural product), wherein the raw biological sample contains the nucleic acids in bound-form (e.g., bound in cellular form). The method **100** can also serve as a precursor to other processing methods for nucleic acids, including amplification (e.g., by polymerase chain reaction) and/or characterization (e.g., by fluorescence detection) of nucleic acids from a biological sample. The method **100** preferably enables the preferential binding of a desired nucleic acid sample, as compared to binding of inhibitors (e.g., membrane fragments, humic acids, mucosal compounds, hemoglobin, proteins) or non-preferred substances, or the preferential washing away of inhibitors/non-preferred substances as compared to the desired nucleic acid sample. The method **100** also preferably enables the release or elution of the desired nucleic acid sample from the microparticle or other surface for further processing and/or characterization.

The method **100** can be performed in any container or process chamber that is configured to contain a suitable concentration of affinity moiety-coated microparticles, facilitate suitable buffer conditions to allow for binding (e.g., buffer conditions providing a suitably low pH), contain suitable amounts of proteolytic or other enzymes for effective lysis or removal of inhibitory substances, and provide suitable thermal conditions that collectively enable binding of nucleic acids to the affinity moiety-coated microparticles. The process chamber or any other device can also be configured to enable another set of conditions (e.g., suitably high pH, suitably low salt concentration, and/or suitably high temperature) that facilitate release of bound nucleic acids. Suitable conditions for binding and release can vary between different biological sample types, and example suitable conditions for exemplary biological sample types are described in further detail in Section 3 below.

In a specific example, as shown in FIG. **1**A, the method **100** can be implemented using a 1.7 mL microcentrifuge tube; however, the method **100** can alternatively be implemented using any suitable tube, vessel, container, chamber, or device. In other examples, the method **100** can be implemented using the system described in U.S. patent

4

application Ser. No. 13/766,359 (U.S. Pat. App. Pub. No. 2013/0210127 A1), entitled "System and Method for Processing and Detecting Nucleic Acids", and/or the cartridge described in U.S. patent application Ser. No. 13/765,996 (U.S. Pat. App. Pub. No. 2013/0210125 A1), entitled "Microfluidic Cartridge for Processing and Detecting Nucleic Acids", which are both incorporated herein in their entirety by this reference.

Step S**110** recites receiving a binding moiety solution within a process chamber, and functions to provide an environment that facilitates binding of nucleic acids to a binding moiety. Preferably, the binding moiety solution comprises a suitable concentration of an affinity moiety configured to selectively bind to target nucleic acids, such as an affinity moiety described in Section 2 below; however, the binding moiety solution can additionally or alternatively comprise additional components, such as a collection buffer (e.g., low pH buffer, high salt content buffer), proteolytic enzymes (e.g., Proteinase K, other proteases), additional lysis reagents, and/or any other suitable process reagents that facilitate binding of nucleic acids to the affinity moieties. Furthermore, amounts/concentrations of proteolytic enzymes (e.g., Proteinase K, other proteases) within the binding moiety solution can be optimized to provide a suitable level of proteolytic action while reducing carry-over of the proteolytic enzymes into further process steps (e.g., when using elution solutions with lower salt concentrations). Reducing carry-over of proteolytic enzymes provides significantly better amplification and subsequent fluorescence signal (e.g., nucleic acid detection) in variations of Step S**170**. In specific examples, the amount of Proteinase K in a binding moiety solution can range from 20-40 microliters of 20 mg/mL Proteinase K. In one variation, the affinity moieties are coated onto the surfaces of microparticles by covalent bonding, and are configured to facilitate further processing and isolation of nucleic acids bound to the affinity moieties. Furthermore, in this variation, the amount of affinity moiety coated onto the microparticles is preferably configured to provide a high binding capacity with a reduced amount of microparticles (e.g., configured to provide a binding capacity of 25-100 micrograms of nucleic acids per 1 mg of microparticles). Such a configuration allows release of nucleic acids into a small volume, in order to efficiently concentrate a target nucleic acid from a biological sample.

In a specific example of this variation of Step S**110**, the microparticles are magnetic beads (e.g., magnetic, paramagnetic, superparamagnetic) with any suitable hydrophilicity (e.g., hydrophobic, hydrophilic), wherein the magnetic beads are coated with the affinity moiety and simultaneously received within the process chamber along with a low-pH buffer solution, proteolytic enzymes, and lytic reagents. In this specific example, magnetic separation can be used to facilitate further processing and isolation of nucleic acids bound to the affinity moieties coupled to magnetic beads. In another specific example of this variation, the microparticles are beads of a suitable size coated with the affinity moiety, and are simultaneously received within the process chamber along with a suitable buffer solution, proteolytic enzymes, and lytic reagents. In this specific example, sized-based separation can be used to facilitate further processing and isolation of nucleic acids bound to the affinity moieties coupled to the suitably-sized beads. The binding moiety solution of Step S**110** can additionally or alternatively comprise any suitable affinity moiety or combination of affinity moiety delivered by any suitable mechanism or substrate.

US 9,540,636 B2

5

Step S**120** recites mixing the binding moiety solution with a biological sample, within the process chamber, in order to produce a moiety-sample solution, which functions to initiate lysis of the biological sample and enable target nucleic acids to bind to affinity moieties of the binding moiety solution. Preferably, binding of target nucleic acids to affinity moieties is facilitated by the appropriate pH of the binding solution, as shown in FIG. **1**C; however, binding can be facilitated by any other suitable mechanism. In a variation involving an appropriate pH in the binding solution, mixing and binding can occur at a low pH, which produces a positively charged affinity moiety that is attracted to negatively charged nucleic acid molecules. Specific examples of affinity moieties that function via a pH shift are described in Section 2 below.

In Step S**120**, the process chamber can be any suitable vessel, as shown in FIG. **1**A, or a suitable capture plate, such as that described in U.S. patent application Ser. No. 13/766, 359, entitled "System and Method for Processing and Detecting Nucleic Acids", as shown in FIG. **1**B. Preferably, the biological sample is delivered into the process chamber containing the binding moiety solution, and the resulting moiety-sample solution is aspirated and dispensed repeatedly to thoroughly mix the moiety-sample solution. Alternatively, the biological sample and the binding moiety solution can be mixed in any suitable order, and can be aspirated and dispensed any suitable number of times to mix the moiety-sample solution. Furthermore, in other variations, the moiety-sample solution can be transferred to any other suitable fluid vessel for mixing. In a specific example, between 5 uL-2 mL of biological sample is delivered to the process chamber containing the binding moiety solution and the resulting moiety-sample solution is then mixed thoroughly by aspirating and dispensing the moiety-sample solution ten times to ensure uniform distribution within the moiety-sample solution.

In Step S**120**, the biological sample can comprise any suitable sample containing polynucleotides, including deoxyribonucleic acids (DNA) and/or ribonucleic acids (RNA), and can be co-delivered in any suitable matrix or medium. In variations of Step S**120**, the biological sample can comprise biological specimens from any species, and in specific examples wherein the biological specimen is from an animal species, the biological sample can comprise any of cerebrospinal fluid (CSF), a mucous membrane sample (e.g., nasal swab, buccal swab, vaginal tissue swab), blood (e.g., whole blood, dried blood), organ tissue (e.g., biopsy aspirate), plasma, urine, feces, skin, hair, or any other biological sample carried in matrix or media (e.g., universal transport media). In these variations and examples, the target nucleic acid(s) of interest can be contained within particles (e.g., cells), tissue fragments, bacteria, fungi, or spores of the biological sample.

Step S**130** recites incubating the moiety-sample solution during a time window, and functions to produce a lysed moiety-sample solution comprising a moiety-bound nucleic acid volume (e.g., a volume of nucleic acids reversibly bonded to the set of affinity moiety-coated microparticles) and a waste volume. In Step S**130**, the moiety-sample solution can be incubated using any suitable heating apparatus, as shown in FIG. **1**A, or a suitable capture plate heater, such as that described in U.S. patent application Ser. No. 13/766,359, entitled "System and Method for Processing and Detecting Nucleic Acids", as shown in FIG. **1**B. In Step S**130**, the nucleic acid is released from within the cell or other structure that it is contained within, and binds to the microparticles coupled with the affinity moiety, while other

6

unbound components form a waste volume for later removal, as shown in FIG. **1**C. Preferably, the process chamber containing the moiety-sample solution (e.g., lysis, clean-up, binding reagents and the biological sample) is incubated for a defined period of time at a temperature preferably in the range of 25-95 C, wherein time and temperature parameters are biological sample-dependent. Example parameters for different biological samples are described briefly below, and further in Section 3 below. Alternatively, the moiety-sample solution can be transferred to another vessel for incubation in variations of Step S**130**. Furthermore, in variations of Steps S**110**, S**120**, and S**130**, any or all of the lysis, proteolytic and binding steps can occur simultaneously in the process chamber or any other suitable vessel, and are not required to be discrete steps.

In examples of Step S**130**, incubation of the moiety-sample solution can be performed for a period of 2-20 minutes depending on the biological specimen and the source(s) of the target nucleic acid(s). Additionally, in the examples, the incubation temperature is based upon the specimen being processed and the source(s) of the target nucleic acid(s). In a first example of Step S**130**, enteroviral particles are incubated and lysed at room temperature in the presence of detergent. In a variation of the first example, enteroviral particles treated with Proteinase K can be incubated and lysed within a modified temperature range of 37-60 C for optimal activity of the proteinase enzyme. In a second example of Step S**130**, a nasal swab containing *Staphylococcus aureus* bacteria is incubated at approximately 95 C to ensure thorough lysis of the gram-positive bacteria. In variations of the second example, treatment of the bacterial sample with specific lytic enzymes (e.g., achromopeptidase or lysostaphin) can result in modified lysis temperature. In all of the specific examples and variations, the incubation produces a lysed moiety-sample solution comprising a volume of affinity moiety-bound nucleic acids and a waste volume for removal.

Step S**130** can further comprise Step S**131**, which recites pre-treating and/or performing additional heating of the moiety-sample solution. Step S**131** functions to further facilitate or enhance lysis of the moiety-sample solution. In one application, certain tough-to-lyse organisms (e.g., mycobacteria) can require additional pre-treatment or heating steps, as provided by Step S**131**, to ensure thorough lysis and subsequent release of the nucleic acid from the organism/biological sample. Preferably, the binding of the target nucleic acid is neither adversely nor positively impacted by the presence of the additional lysis and proteolytic reagents provided in Step S**131**; however, in alternative variations, binding can be influenced by the additional reagents provided in Step S**131**, and effects of the reagents can be mitigated or unmitigated depending upon the application and/or desired usage of the target nucleic acid(s).

Step S**140** recites separating the moiety-bound nucleic acid volume from the waste volume, and functions to compact or concentrate microparticles coupled to the target nucleic acid(s), by way of the affinity moieties, in order to facilitate removal of the waste volume from the moiety-bound nucleic acid volume. Preferably, the moiety-bound nucleic acid volume is separated using a magnetic-separation method; however the moiety-bound nucleic acid volume can alternatively be separated using methods based upon microparticle size, mass, and/or density (e.g., centrifugation, sedimenting, filtering), and/or focusing methods (e.g., electric field focusing, laser based focusing). Separation in Step S**140** can, however, be performed using any other suitable method. In a first variation, wherein the

US 9,540,636 B2

7

microparticles coupled with affinity moieties have magnetic properties, a magnetic field can be applied to retain the nucleic acid-bound microparticles of the moiety-bound nucleic acid volume, while the waste volume (e.g., cellular debris and other unbound material) is substantially removed by aspiration. In a second variation, wherein the microparticles coupled with affinity moieties have a characteristic dimension for size-based separation, the lysed moiety-sample solution can be filtered to substantially remove the waste volume. In the second variation, the filter is preferably configured to pass the microparticles bound to the target nucleic acids while retaining the waste; however, the filter can alternatively be configured to retain the microparticles while passing the waste.

Preferably, in Step S140, appropriate care is taken to ensure that the compacted microparticles of the moiety-bound nucleic acid volume are not disturbed and no significant loss of the microparticles with bound nucleic acids occurs during removal of the waste volume. Furthermore, in some variations, some liquid can still be retained by the compacted microparticles of the moiety-bound nucleic acid volume in order to minimize microparticle loss. However, some applications of Step S140 can alternatively involve a reduction in retained liquid at the expense of some amount of microparticle loss. In a specific example, the liquid retained can bring the moiety-bound nucleic acid volume to approximately 5-10 microliters.

In Step S140, the lysed moiety-sample solution can be processed within the process chamber to separate the moiety-bound nucleic acid volume from the waste volume; however, the lysed moiety-sample solution can alternatively be transferred to another suitable vessel for separation of the moiety-bound nucleic acid volume from the waste volume. In a first variation, a pipetting system (automatic or manual) can be used to remove the waste volume (e.g., supernatant liquid), and multiple aspirations by the pipetting system may be necessary to ensure as complete a removal of the supernatant as possible. In an example of the first variation, a 1000 microliter pipette tip can be used to perform gross removal of the waste volume in a first aspiration followed by the use of a finer pipette tip (e.g., 100-200 microliter tip) in additional aspirations, to remove the remainder of the waste volume. In the example, the removal of the waste volume occurs close to the bottom of the process chamber to provide complete liquid removal with minimal bubbling. In a second variation, the lysed moiety-sample solution can be transferred to a vessel that enables the moiety-bound nucleic acid volume to be captured and the waste volume to be removed in a flow through manner, either against the pores of a filter or in the presence of a magnetic field. In the second variation, the microparticles with bound nucleic acids are retained in a filter zone or a magnetic field zone of the vessel, and the liquid portion is flowed into a "waste chamber." In a specific example of the second variation, a system (such as the one described in U.S. patent application Ser. No. 13/766, 359, entitled "System and Method for Processing and Detecting Nucleic Acids") can be used to transfer the lysed moiety-sample solution into a fluidic pathway of a cartridge (such as the one described in U.S. patent application Ser. No. 13/765,996, entitled "Microfluidic Cartridge for Processing and Detecting Nucleic Acids"). In the specific example, the lysed moiety-sample solution can be retained by a magnetic field within a portion of the fluidic pathway upon occlusion of the fluidic pathway at a suitable set of occlusion positions, in order to separate the moiety-bound nucleic acid volume

8

from the waste volume. The waste volume can then be removed by pushing the waste volume to a waste chamber of the cartridge.

Step S150 recites washing the moiety-bound nucleic acid volume, and functions to enable the removal of non-specifically bound moieties and to facilitate a subsequent buffer change in Step S160 by displacing any liquid retained during Step S140. In other steps of the method 100, non-specific binding can occur via electrostatic attraction (e.g., by other negatively charged species), surface adsorption, or any other means; thus, Step S150 can substantially remove a large majority of these non-specifically bound species, especially ones bound to the affinity moieties via means other than electrostatic attraction. Preferably, washing the moiety-bound nucleic acid volume comprises delivering a wash solution to the moiety-bound nucleic acid volume and removing the wash solution and any elements carried in the wash solution; however, washing the moiety-bound nucleic acid volume can alternatively comprise delivering a wash solution through a vessel containing the moiety-bound nucleic acid volume, in order to wash the moiety-bound nucleic acid volume in a flow-through manner. Furthermore, the microparticles of the moiety-bound nucleic acid volume can be agitated to go back into a suspension from a compacted state (e.g., during magnetic capture) or the wash solution can simply be flowed over the microparticles to further remove non-specific moieties and facilitate exchange of buffers. The wash solution preferably has a pH less than 9 and comprises purified water (e.g., Ultrapure water, deionized water) and a suitable buffer (e.g., pH 8.0 Tris buffer), but can alternatively comprise any other suitable component or combination of components for washing the moiety-bound nucleic acid volume, as dependent upon the biological sample type. Furthermore, the wash solution is preferably configured so that the bound target nucleic acid(s) is/are virtually undisturbed during Step S150. Additionally, variations of Step S150 can comprise multiple iterations of washing with the same or a different wash solution for more stringent removal of the non-nucleic acid material (e.g., inhibitors, non-desired elements) as well as facilitating a more thorough buffer exchange.

In a first example of Step S150, the wash solution is delivered through a vessel containing the moiety-bound nucleic acid volume in a continuous flow model. In the first example, the total wash solution volume and flow rate define the efficacy of the washing procedure rather than the number of washing iterations. The flow rate is implemented based upon ensuring that the captured microparticles are not lost but the flow velocity provides adequate agitation to ensure removal of the bound non-target nucleic acid material/inhibitor. In the first example, the total wash solution volume is measured as a multiple of the volume of the vessel containing the captured microparticles or the retained volume of the compacted microparticles of the moiety-bound nucleic acid volume. In the first example, the flow rates are in the range of 1-10 microliters/second, and the total wash solution volume is 50-500 microliters.

In a variation of the first example of Step S150, a system (such as the one described in U.S. patent application Ser. No. 13/766,359, entitled "System and Method for Processing and Detecting Nucleic Acids") can be used to deliver the wash solution into a fluidic pathway of a cartridge (such as the one described in U.S. patent application Ser. No. 13/765, 996, entitled "Microfluidic Cartridge for Processing and Detecting Nucleic Acids"). In the variation of the first example, the microparticles of the moiety-bound nucleic acid volume can be retained by a magnetic field within a

US 9,540,636 B2

9

10

portion of the fluidic pathway upon occlusion of the fluidic pathway at a suitable set of occlusion positions, and the wash solution can be delivered through the portion of the fluidic pathway and into a waste chamber of the cartridge to wash the microparticles with the bound target nucleic acid(s).

Step S160 recites releasing a nucleic acid sample from the moiety-bound nucleic acid volume, and functions to separate the microparticles from the bound nucleic acid of the moiety-bound nucleic acid volume by using a reagent (i.e., an elution solution) that mitigates the affinity of the coated microparticles for the target nucleic acid(s) and creates an environment for the release of the target nucleic acid(s) from the microparticles. Preferably, Step S160 enables the elution/release of as much of the bound target nucleic acids in the fastest amount of time; however, Step S160 can alternatively or additionally enable the elution/release of as much of the bound target nucleic acids using the smallest volume of elution solution or any other suitable limiting parameter. For example, the target nucleic acid(s) from 0.5 mL of an initial biological sample (undiluted by collection buffer) can be processed using the method 100 and eluted into ~10 uL of elution solution. In other examples, elution solution volumes can be as low as 5 microliters resulting in a significant (50×-100×) concentration of the target nucleic acid from the initial biological sample.

In one variation of Step S160, the affinity moieties, examples of which are described in Section 2 below, function based upon the pH of the environment. Specifically, at low pH, the affinity moieties are positively charged, which results in attraction to negatively charged nucleic acids; however, at high pH, the affinity moieties are negatively charged, which results in repulsion of negatively charged nucleic acids. In a specific example of this variation, releasing the nucleic acid sample comprises providing an elution solution that is in the range of pH 12-pH 13 to effect efficient elution/release of the bound target nucleic acid(s) from the microparticle based upon a shift to a more basic pH. In the specific example, the elution solution comprises 20 mM of NaOH; however, in other variations the elution solution can comprise any other suitable concentration of NaOH or KOH, depending upon the application (e.g., sample type). Again, substantial removal of the wash solution during variations of the method 100 comprising Step S150 can facilitate or enhance the pH-shift for nucleic acid release, as the wash solution can potentially neutralize the elution solution in an undesirable manner and mitigate the elevated pH necessary for releasing the target nucleic acid(s).

In some variations, Step S160 can further comprise Step S161, which recites heating the moiety-bound nucleic acid volume. Step S161 functions to provide additional environmental conditions that facilitate release of the nucleic acid sample from the microparticles, and can further function to mitigate effects of proteolytic enzymes that are used in Steps S110, S120, and/or S130 or that may be released from the biological sample containing the nucleic acid. Preferably, an elevated temperature in combination with an elevated pH resulting from the elution solution provides the enhanced conditions to facilitate the release of the nucleic acid sample. Furthermore, an elevated temperature (e.g., elevating a sample eluted at room temperature to 85 C) can function to minimize protease enzyme activity in the eluted nucleic acid and thereby improve the robustness of the detection of the target nucleic acid sample during processing in variations of Step S170; however, the method 100 can alternatively omit Step S161 in applications wherein heating the moiety-bound nucleic acid volume is undesirable and/or unnecessary.

Furthermore, variations of Step S161 can comprise heating at higher temperatures for shorter time periods, or heating at lower temperatures for longer time periods. In an example of Step S161, heating comprises elevating the temperature of the moiety-bound nucleic acid volume to 80-85 C, for 3 minutes, and in another example, heating comprises elevating the temperature of the moiety-bound nucleic acid volume to 50-70 C, for 3-10 minutes. In other examples, the elevation temperature can be maintained at a desired setpoint for as low as 1 minute or as high as 30 minutes. Further, elution conditions may be optimized to ensure that the bound nucleic acid is only eluted in the presence of the high pH solution at the elevated temperature for a specified amount of time.

In a specific example of Steps S160 and S161, a system (such as the one described in U.S. patent application Ser. No. 13/766,359, entitled "System and Method for Processing and Detecting Nucleic Acids") can be used to deliver the elution solution into a fluidic pathway of a cartridge (such as the one described in U.S. patent application Ser. No. 13/765, 996, entitled "Microfluidic Cartridge for Processing and Detecting Nucleic Acids"). In the variation of the specific example, the microparticles of the moiety-bound nucleic acid volume can be retained by a magnetic field within a portion of the fluidic pathway upon occlusion of the fluidic pathway at a suitable set of occlusion positions, and the elution solution can be delivered through the portion of the fluidic pathway enable release of the nucleic acid sample from the microparticle. Additionally, a heating element of the system can be moved proximal to the portion of the fluidic pathway with the elution solution and the microparticles to further enhance release of the nucleic acid sample.

While the method 100 preferably comprises Steps S150 and S160, other variations of the method 100 can omit Steps S150 and S160. In one variation, Step S150 can be omitted such that release in Step S160 occurs without washing the moiety-bound nucleic acid volume. In another variation, Step S160 can be omitted such that the target nucleic acid(s) bound to microparticles in the moiety-sample volume can be incorporated into a downstream assay without eluting or releasing the target nucleic acid(s) from the microparticle. Other variations of the method 100 can omit steps or rearrange steps according to the specific application.

Furthermore, variations of the method 100 can further comprise Step S165, which recites spiking at least one of the biological sample and the nucleic acid sample with a process control. The process control (e.g., SPC1) preferably comprises a set of primers and probes based upon the type(s) of nucleic acids (e.g., RNA, DNA) in samples being processed, and in a specific example, comprises a set of primers and probes based upon a synthetic DNA strand incorporated into a plasmid or an RNA bacteriophage MS2. In other examples, the process control can be configured to serve as a process control for RNA, DNA, or RNA and DNA in biological samples being processed. The process control can also serve as a monitor for duplex extractions (e.g., duplex PCR in an MS2+Enterovirus assay). Furthermore, the process control can be optimized for implementation with multiple matrices.

In Step S165, the process control can be spiked before lysis of the biological sample in variations of Step S120, and/or can be spiked after elution of the nucleic acid sample in variations of Step S160. In variations of the method 100 comprising Step S165, however, the method 100 preferably comprises washing the moiety-bound nucleic acid volume, as in variations of step S150. In specific examples, however, Step S165 can comprise any combination of: not washing the moiety-bound nucleic acid volume, passively washing

US 9,540,636 B2

11                                          12

the moiety-bound nucleic acid volume, not removing a wash solution from the moiety-bound nucleic acid volume, washing the moiety-bound nucleic acid volume with a Tris solution (e.g., 1 mM Tris solution), eluting the nucleic acid sample at room temperature, eluting the nucleic acid sample at 99 C, eluting the nucleic acid sample at 55 C, and not resuspending moiety-bound microparticles in a release buffer, any combination of which can affect amplification of the nucleic acids or the process control.

As shown in FIGS. 1A, 1B, and 2, the method 100 can further comprise Step S170, which recites processing the nucleic acid sample. Processing can comprise amplifying the nucleic acid(s) of the nucleic acid sample (e.g., by polymerase chain reaction), or any other suitable method for processing nucleic acids. In any of the methods for processing nucleic acids, Step S170 can further comprise buffering the nucleic acid sample, for example, to neutralize the pH of the elution solution in Step S160, or combining the nucleic acid sample with nuclease inhibitors (e.g., TCEP, b-mercaptoethanol, DTT, EDTA, SDS, LDS) to facilitate long term storage of the nucleic acid sample. In one variation, the nucleic acid sample eluted from the microparticles can be aspirated (e.g., by a pipette tip or by a fluid handling system) into another process chamber and combined with process reagents for further processing and characterization. In a specific example of this variation, a system (such as the one described in U.S. patent application Ser. No. 13/766,359, entitled "System and Method for Processing and Detecting Nucleic Acids") can be used to aspirate the nucleic acid sample from a fluidic pathway of a cartridge (such as the one described in U.S. patent application Ser. No. 13/765,996, entitled "Microfluidic Cartridge for Processing and Detecting Nucleic Acids"), while the microparticles are immobilized by a magnet. The system can then combine the nucleic acid sample with process reagents (e.g., PCR reagents) in a separate container (e.g., assay plate), and then transfer the nucleic acid sample combined with process reagents to a detection chamber of the fluidic pathway (upon occlusion and/or opening of the fluidic channel at another subset of occlusion positions). The nucleic acid sample combined with process reagents can then be processed within a diagnostic chamber that is coupled to the fluidic pathway.

As a person skilled in the art will recognize from the previous detailed description and from the figures and claims, modifications and changes can be made to the embodiments of the method 100 without departing from the scope of the method 100.

## 2. Example Affinity Moieties

Nucleic acid molecules are typically negatively charged at standard processing conditions. In such processes, positively charged moieties can capture and retain the negatively charged nucleic acid molecules; however, the positively charged moieties can bind too strongly with target nucleic acids leading to an irreversible process whereby the bound nucleic acid cannot be released into the solution for further processing/analysis. Two novel molecules that are capable of binding nucleic acid in a reversible manner are described below, wherein the reversible binding is modulated by changing the pH of the environment.

### 2.1 Poly(allylamine)

Poly(allylamine), or PAA, is a cationic polyelectrolyte prepared by the polymerization of allylamine. Allylamine is an organic compound with the formula $C_3H_5NH_2$.

An exemplary PAA molecule has the following formula:



PAA is typically a linear molecule consisting of repeating units of allylamine; however, alternative formulations of PAA may exhibit some branching. In one embodiment of a novel PAA formulation, a wide range of molecular weights of PAA are synthesized and utilized in an embodiment by controlling the extent of polymerization during synthesis of PAA. Due to its strong affinity for nucleic acid, PAA of significantly longer lengths (molecular weights greater than 30,000 Da) can bind to target nucleic acids too strongly resulting in inefficient release of bound target nucleic. Thus, PAA of molecular weights smaller than 30,000 Da are preferable and can be synthesized by controlling the extent of polymerization (e.g., by chain termination reactions, by chain transfer reactions, by chain cleavage reactions). However, strong binding induced by PAA with molecular weights greater than 30,000 Da can be mitigated via the use of stronger elution solutions (e.g., elution solutions with a pH of 14). PAA can act as an inhibitor of enzymatic reactions, due to its strong propensity to bind to nucleic acids and other negatively charged species. Thus, it is preferable that PAA does not reside in solution with the nucleic acid during analysis, for example, during processing of the nucleic acid sample in Step S170 as described in Section 1 above.

### 2.2 Polypropylenimine Tetramine Dendrimer

Polypropylenimine tetramine dendrimer Generation 1, or DABAM Generation 1, is a cationic polyelectrolyte dendrimer. Dendrimers are repetitively branched molecules. A dendrimer is typically symmetric around a core, and often adopts a spherical three-dimensional structure.

An exemplary DABAM molecule has the following formula:



DABAM is typically a linear molecule with the formula [—CH2CH2N(CH2CH2CH2NH2)2]2. The example embodiments of DABAM suitable for use in the methods described herein are synthesized and utilized in one variation by controlling the dendrimer formation during synthesis. Due to its strong affinity for nucleic acids, DABAM of significantly higher generations (e.g., beyond Generation 2) may bind the nucleic acid too strongly resulting in inefficient release of bound nucleic acids. Thus, DABAM of generation less than 2 are preferable and can be synthesized by controlling the extent of dendrimer polymerization (e.g., by chain termination reactions, by chain transfer reactions, by chain cleavage reactions). However, strong binding induced by DABAM of generation greater than or equal to 2 can be mitigated via the use of stronger elution solutions (e.g.,

US 9,540,636 B2

13

elution solutions with a pH of 14). In addition, DABAM can act as an inhibitor of enzymatic reactions, due to its strong propensity to bind to nucleic acids and other negatively charged species. Thus, it is preferable that be DABAM does not reside in solution with the nucleic acid during analysis, for example, during processing of the nucleic acid sample in Step S170 as described in Section 1 above.

### 2.3 Support Materials

The affinity moieties, such as the PAA and DABAM described in Section 2.1 and 2.2, can be immobilized on a suitable substrate to facilitate subsequent capture of target nucleic acids bound to the substrate (e.g., by magnetic separation, size-based separation, density-based separation, or focusing). A process for coupling the affinity moiety to the substrate preferably relies on creation of a covalent bond between the affinity moiety and the microparticle, and in one variation as described below, a carboxylic acid group (—COOH) can be used to form the covalent bond between the microparticles and the affinity moieties.

As shown in FIG. **3**, a method **200** for coupling the microparticles with the affinity moieties comprises activating carboxylated microparticles with EDAC **S210** to form a set of microparticle-reactive ester compounds; treating the set of microparticle-reactive ester compounds with an N-Hydroxysuccinimide to form a set of microparticle-amine reactive ester compounds **S220**; combining the set of microparticle-amine reactive ester compounds with a set of affinity moieties selected from the group comprising PAA and DABAM **S230** to produce a microparticle-moiety solution; and washing the microparticle-moiety solution, thereby producing a set of microparticles covalently bonded to the set of affinity moieties by amide bonds **S240**. The method **200** functions to produce a set of moiety-bound microparticles for nucleic acid isolation. Preferably, the microparticles are magnetic to facilitate nucleic acid isolation by magnetic separation; however, the microparticles can alternatively be characterized by any suitable feature that facilitates nucleic acid isolation, as described earlier in Section 1.

In a specific example, as shown in FIG. **3**, the method **200** comprises activating magnetic carboxylated microparticles with EDAC in Step **S110** to form a set of magnetic microparticle-reactive ester compounds; treating the set of magnetic microparticle-reactive ester compounds with a N-Hydroxy-sulfosuccinimide to form a set of microparticle-amine reactive ester compounds **S220**; combining the set of microparticle-amine reactive ester compounds with a set of affinity moieties selected from the group comprising PAA and DABAM of molecular weight less than 30,000 Da and DABAM of generation less than two **S230** to produce a microparticle-moiety solution; and repeatedly washing the microparticle-moiety solution, thereby producing a set of magnetic microparticles covalently bonded to the set of affinity moieties by amide bonds **S240**.

Other variations and examples of the method **200** can comprise performing steps of the method **200** simultaneously and/or in any suitable order, and using any suitable alternative components for forming bonds between the microparticles and the affinity moieties.

### 3. Representative Examples and Results of the Method

Sections 3.1-3.17 describe representative examples of methods of DNA and RNA isolation from multiple sources. Specific reagents used in the representative examples,

14

including binding moiety solutions, wash solutions, and elution solutions, are described in Section 4 below.

### 3.1 Representative RNA Isolation Method and Results

#### Example 1

A first example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, cerebrospinal fluid (CSF) as a representative biological sample, and Enterovirus (EV) viral particles as the model target. In the first example, 200 μL of CSF was spiked with 2 uL of EV viral particle lysate and then mixed with 500 μL of RNA Collection Buffer 1 (CBR-1) and 300 μL of nuclease-free water in examples of Steps S110 and S120. As a comparison, a similar amount of EV particle lysate was spiked into a 1 mL solution comprised of 500 μL of CBR-1 buffer and 500 μL of nuclease-free water and processed simultaneously. In an example of Step S130, RNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 60 C. Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2×) with 500 μL of WSH-1 solution in an example of Step S150 and the captured RNA was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes in an example of Step S160. Isolated RNA was eluted into 10 μL of ELU-2 and 8 μL of the eluate was used for real-time RT-PCR in an example of Step S170. As shown in FIG. **4**, results of the RNA isolation as elucidated by a real-time Enterovirus RT-PCR assay indicate that the RNA isolation process is substantially equally efficient in the biological sample matrix as compared to a simple buffer sample. This indicates that the example method **100** and the nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target RNA in CSF matrix in the first example.

### 3.2 Representative RNA Isolation Method and Results

#### Example 2

A second example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, M4 transport medium containing a nasal swab (donor) as a representative biological sample, and Enterovirus (EV) viral particles as the model target. In the second example, 500 μL of M4 transport media containing a nasal swab (donor) was spiked with 2 μL of either a $10^{-2}$ dilution (high) and a $10^{-4}$ (low) dilution of EV RNA (purified from 200 μL viral particle lysate and eluted in 20 μL total volume) and then mixed with 500 μL of RNA Collection Buffer 1 (CBR-1) and 0.4 mg of Proteinase K in examples of Steps S110 and S120. RNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 60 C. in an example of Step S130. Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2×) with 250 μL of WSH-1 solution in an example of Step S150, and the captured RNA was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes in an example of Step S160. RNA was then eluted into 10 μL of ELU-2 and 8 μL of the eluate was used for real-time RT-PCR in an example of Step S170. As a comparison, a similar amount of EV RNA was used directly in real-time RT-PCR at both low and high input levels as a reference, which would correlate to an

extraction efficiency of 100%. As shown in FIG. **5**, results of the RNA isolation as elucidated by a real-time Enterovirus RT-PCR assay indicate that the RNA isolation process is efficient in the biological sample matrix as compared to the input PCR control samples that were not subject to the full extraction process. A small shift in the amplification of the extracted samples does not necessarily indicate a loss in extraction efficiency or sensitivity. This indicates that the example method **100** and the nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target RNA in M4 transport media matrix.

### 3.3 Representative RNA Isolation Method and Results

#### Example 3

A third example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, Universal Transport Medium (UTM) containing a nasal swab (donor) as a representative biological sample, and Enterovirus (EV) viral particles as the model target. In the third example, 500 μL of UTM transport media containing a nasal swab (donor) was spiked with 2 μL of a $10^{-4}$ dilution of EV RNA (purified from 200 μL viral particle lysate and eluted in 20 μL total volume) and then mixed with 500 μL of RNA Collection Buffer 1 (CBR-1) and 0.6 mg of Proteinase K in examples of Steps **S110** and **S120**. RNA was allowed to bind to the PAA affinity particles coated onto magnetic microparticles for 10 minutes at 60 C. in an example of Step **S130**. Upon removal of the unbound supernatant in an example of Step **S140**, the magnetic microparticles with bound RNA were washed twice (2×) with 100 μL or 250 μL of WSH-1 solution in an example of Step **S150** and the captured RNA was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes in an example of Step **S160**. RNA was eluted into 10 μL of ELU-2 and 8 μL of the eluate was used for real-time RT-PCR in an example of Step **170**. As a comparison, a similar amount of EV RNA was used directly in real-time RT-PCR as a reference, which would correlate to an extraction efficiency of 100%. As shown in FIG. **6**, results of the RNA isolation as elucidated by a real-time Enterovirus RT-PCR assay indicate that the RNA isolation process is efficient in the biological sample matrix as compared to the input PCR control samples that were not subject to the full extraction process. This indicates that the example method **100** and the nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target RNA in UTM transport media matrix.

### 3.4 Representative RNA Isolation Method and Results

#### Example 4

A fourth example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, M4 transport medium containing nasal swab (donor) as a representative biological sample, and Enterovirus (EV) viral particles as the model target. In the fourth example, 500 μL of M4 transport media containing a nasal swab (donor) was spiked with 2 μL of ten-fold dilutions of EV viral particle lysate and then mixed with 500 μL of RNA Collection Buffer 1 (CBR-1) and 0.4 mg of Proteinase K in examples of Steps **S110** and **S120**. RNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 60 C. in an example of Step **S130**. Upon removal of the

unbound supernatant in an example of Step **S140**, the magnetic microparticles with bound RNA were washed twice (2×) with 100 μL of WSH-1 solution in an example of Step **S150**, and the captured RNA was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes in an example of Step **S160**. RNA was eluted into 10 μL of ELU-2 and 2 μL of the eluate was used for real-time RT-PCR in an example of Step **S170**. As shown in FIG. **7**, results of the RNA isolation as elucidated by a real-time Enterovirus RT-PCR assay indicate that the RNA isolation process is efficient in the biological sample matrix as demonstrated by the standard curve generated from the RT-PCR Ct values obtained from the serially-diluted extracted samples. This indicates that the example method **100** and the nucleic acid extraction process of RNA in UTM transport media is both efficient and sensitive, with a broad dynamic range.

In other variations of the first through fourth examples involving RNA extractions, the example method **100** can comprise any suitable combination of: adding guanidine to an RNA lysis buffer (e.g., 50 mM GuSCN), adding guanidine to a swab extraction buffer (e.g., 2M GuHCL, 2.5M GuHCL), providing any suitable lysis buffer (e.g., 50 mM TRIS pH 7 with 1% Triton X, 50 mM EDTA, and 2M GuHCL; 1 mM Tris pH 8 in 1% Triton X and 100 mM EDTA), binding RNA to affinity moiety-coated microparticles at any suitable temperature (e.g., 37-60 C for up to 10 minutes), using any suitable amount (e.g., 7.5 ug) of tRNA during lysis, using fresh or frozen samples, providing any suitable wash conditions (e.g., 1× salt wash, 1× salt wash+ 1×1 mM TRIS pH 8 wash), providing any suitable binding conditions (e.g., 2×1 mM TRIS pH 8 binding at 37 C, 2×1 mM TRIS pH 8 at 6° C.), eluting with any suitable elution conditions (e.g., room temperature to 85 C, 1 minute-10 minutes), providing any suitable composition of an elution solution (e.g., 20 mM NaOH, 40 mM NaOH, KOH), and using any suitable PCR mix for EV extractions.

### 3.5 Representative DNA Isolation Method and Results

#### Example 5

A fifth example of the method **100** comprises using DABAM affinity moieties coated onto magnetic microparticles, Human Urine (donor), Human Plasma and Buccal Swab (donor) as representative biological sample matrices, and Group B *Streptococcus* (GBS) DNA (ATCC, Virginia) as the model target. In the fifth example, 500 μL of Urine or Plasma was spiked with 10 pg of GBS DNA and then mixed with 500 μL of DNA Collection Buffer 2 (CBD-2) in examples of Steps **S110** and **S120**. Alternately, a buccal swab was added to 1 mL of DNA Collection Buffer 1 (CBD-1) containing 0.4 mg Proteinase K and then spiked with 10 pg of GBS DNA in other examples of Steps **S110** and **S120**. DNA was allowed to bind to the DABAM affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature or 60 C depending on matrix used in examples of Step **S130**. Upon removal of the unbound supernatant in an example of Step **S140**, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step **S150**, and the captured DNA was eluted from the affinity matrix by using ELU-1 and heating the microparticles to 85 C for 3 minutes in an example of Step **S160**. DNA was eluted into 10 μL of ELU-1 and 8 μL of the eluate was used for real-time PCR in an example of Step **S170**. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a

US 9,540,636 B2

17

reference, which would correlate to an extraction efficiency of 100%. As shown in FIG. **8**, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the DNA isolation process is efficient in the biological sample matrices as compared to the input PCR control samples that were not subject to the full extraction process. A small shift in the amplification of the extracted samples does not necessarily indicate a loss in extraction efficiency or sensitivity. This indicates that the example method **100** and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in Urine, Plasma, and Swab matrices.

### 3.6 Representative DNA Isolation Method and Results

#### Example 6

A sixth example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, Human Urine (donor) as a representative biological sample, and Group B *Streptococcus* (GBS) DNA as the model target. In the sixth example, 500 μL of Urine (obtained from donor) was spiked with 10 pg of GBS DNA and then mixed with 500 μL of DNA Collection Buffer 2 (CBD-2) in examples of Steps S**110** and S**120**. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature in an example of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step S**150** and the captured DNA was eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes in an example of Step S**160**. DNA was eluted into 10 μL of ELU-2 and 2 μL of the eluate was used for real-time PCR in an example of Step S**170**. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference which would correlate to an extraction efficiency of 100%. As shown in FIG. **9**, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the DNA isolation process is efficient in the biological sample matrix as compared to the input PCR control sample that was not subjected to the full extraction process. A small shift in the amplification of the extracted samples does not necessarily indicate a loss in extraction efficiency or sensitivity. This indicates that the example method **100** and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in urine matrix.

### 3.7 Representative DNA Isolation Method and Results

#### Example 7

A seventh example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, Human Plasma (donor, obtained from Bioreclamation, Inc.) as a representative biological sample, and Group B *Streptococcus* (GBS) DNA as the model target. In the seventh example, 500 μL of Plasma was spiked with 10 pg of GBS DNA and then mixed with 500 μL of DNA Collection Buffer 2 (CBD-2) in examples of Steps S**110** and S**120**. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature in an example of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the magnetic

18

microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step S**150** and the captured DNA was eluted from the affinity matrix by using ELU-2 and heating the magnetic microparticles to 85 C for 3 minutes in an example of Step S**160**. DNA was eluted into 10 μL of ELU-2 and 2 μL of the eluate was used for real-time PCR in an example of Step S**170**. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference, which would correlate to an extraction efficiency of 100%. As shown in FIG. **10**, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the DNA isolation process is efficient in the biological sample matrix as compared to the input PCR control sample that was not subjected to the full extraction process. A small shift in the amplification of the extracted samples does not necessarily indicate a loss in extraction efficiency or sensitivity. This indicates that the example method **100** and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in plasma matrix.

### 3.8 Representative DNA Isolation Method and Results

#### Example 8

An eighth example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, simulated swab specimens as a representative biological sample and Group B *Streptococcus* (GBS) DNA as the model target. In the eighth example, a buccal swab (obtained from a donor) was added to 1 mL of DNA Collection Buffer 1 (CBD-1) containing 0.4 mg Proteinase K and then spiked with 10 pg of GBS DNA in examples of Steps S**110** and S**120**. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 37 C in an example of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step S**150**, and the captured DNA was eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes in an example of Step S**160**. DNA was eluted into 10 μL of ELU-2 and 2 μL of the eluate was used for real-time PCR in an example of Step S**170**. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference, which would correlate to an extraction efficiency of 100%. As shown in FIG. **11**, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the DNA isolation process is efficient in the biological sample matrix as compared to the input PCR control sample that was not subjected to the full extraction process. A small shift in the amplification of the extracted samples does not necessarily indicate a loss in extraction efficiency or sensitivity. This indicates that the example method **100** and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in a simulated swab matrix.

### 3.9 Representative DNA Isolation Method and Results

#### Example 9

A ninth example of the method **100** comprises using PAA affinity moieties coated onto magnetic microparticles, simulated swab transport media specimens as representative

US 9,540,636 B2

19 20

biological samples and Group B *Streptococcus* (GBS) DNA as the model target. In the ninth example 500 μL of M4 Transport Media (M4) or Universal Transport Media (UTM) containing a buccal swab (obtained from a donor) was spiked with 10 pg of GBS DNA and then mixed with 500 μL of DNA Collection Buffer 3 (CBD-3) and 0.4 mg of Proteinase K in examples of Steps S110 and S120. For comparison, "Dry Swab" samples were prepared by adding a buccal swab to 1 mL of DNA Collection Buffer 1 (CBD-1) containing 0.4 mg Proteinase K and then spiked with 10 pg of GBS DNA. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 37 C in an example of Step S130. Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes in an example of Step S160. DNA was eluted into 10 μL of ELU-2 and 2 μL of the eluate was used for real-time PCR in an example of Step S170. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference, which would correlate to an extraction efficiency of 100%. As shown in FIG. 12, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the DNA isolation process is efficient in the biological sample matrices as compared to the input PCR control sample that was not subjected to the full extraction process. A small shift in the amplification of the extracted samples does not necessarily indicate a loss in extraction efficiency or sensitivity. This indicates that the example method 100 and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in simulated swab transport media matrices.

### 3.10 Representative DNA Isolation Method and Results

### Example 10

A tenth example of the method 100 comprises using PAA affinity moieties coated onto magnetic microparticles, whole blood as a representative biological sample and Group B *Streptococcus* (GBS) DNA as the model target. In the tenth example, 100 μL whole blood (donor, obtained from Biorec-lamation, Inc.) was added to 1 mL of DNA Collection Buffer 1 (CBD-1) containing 0.4 mg Proteinase K and then spiked with 10 pg of GBS DNA in examples of Steps S110 and S120. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 37 C in an example of Step S130. Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed twice with 500 μL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes in an example of Step S160. DNA was eluted into 25 μL of ELU-2 and 8 μL of the eluate was used for real-time PCR in an example of Step S170. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference which would correlate to a extraction efficiency of 100%. As shown in FIG. 13, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the DNA isolation process is efficient in the biological sample matrix as compared to the input PCR control sample that was not subjected to the full extraction process. A small shift in the amplification of the extracted samples does not

necessarily indicate a loss in extraction efficiency or sensitivity. This indicates that the example method 100 and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in a whole blood matrix.

In other variations of the tenth example, the example method 100 can comprise any suitable combination of: proteinase K pre-lysis with any suitable concentration of NaCl (e.g., 200 mM, 500 mM, 750 mM, 1M), providing a lysis buffer with any suitable concentration of EDTA and/or TRIS (e.g., 50 mM TRIS, 50 mM EDTA), providing a lysis solution with any suitable amount of Proteinase K (e.g., +/−20-40 uL of 20 mg/mL Proteinase K), any other suitable amount of blood sample (e.g., 10 uL, 25 uL, 50 uL, 100 uL, 250 uL, 500 uL), any other suitable concentration of NaOH (e.g., 20 mM, 40 mM) in an elution solution, any suitable amount (e.g., 30-45 uL) of PAA affinity moieties coated onto microparticles, filtration of blood sample, any suitable number of washing stages (e.g., 1 wash, 2 washes), and freezing and/or thawing of the blood sample.

### 3.11 Representative DNA Isolation Method and Results

### Example 11

An eleventh example of the method 100 comprises using PAA affinity moieties coated onto magnetic microparticles, Urine (donor) as a representative biological sample and Group B *Streptococcus* (GBS) DNA as the model target. In the eleventh example, 500 μL of urine (obtained from a donor) was spiked with ten-fold serial dilutions of GBS DNA from 1 ng to 10 fg and then mixed with 500 μL of DNA Collection Buffer 2 (CBR-2) in examples of Steps S110 and S120. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature in an example of Step S130. Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes in an example of Step S160. DNA was eluted into 10 μL of ELU-2 and 2 μL of the eluate was used for real-time PCR in an example of Step S110. As shown in FIG. 14, results of the DNA isolation as elucidated by a real-time GBS PCR assay indicate that the DNA isolation process is efficient in the biological sample matrix as demonstrated by the standard curve generated from the PCR Ct values obtained from the serially-diluted extracted samples. This indicates that the example method 100 and nucleic acid extraction process of DNA in a urine matrix is both efficient and sensitive, with a broad dynamic range.

In other variations of the eleventh example, the example method 100 can comprise any suitable combination of: providing a lysis solution with any suitable amount of Proteinase K (e.g., 20-40 uL of 20 mg/mL Proteinase K) and providing any suitable wash solution (e.g., 1 mM TRIS pH, 150 mM NaCL).

### 3.12 Representative DNA Isolation Method and Results

### Example 12

A twelfth example of the method 100 comprises using PAA affinity moieties coated onto magnetic microparticles,

US 9,540,636 B2

21

plasma (donor) as a representative biological sample, and Group B *Streptococcus* (GBS) DNA as the model target. In the twelfth example, 500 µL of plasma was spiked with ten-fold serial dilutions of GBS DNA from 1 ng to 10 fg and then mixed with 500 µL of DNA Collection Buffer 2 (CBR-2) in examples of Steps S110 and S120. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature in an example of Step S130. Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 µL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes in an example of Step S160. DNA was eluted into 10 µL of ELU-2 and 2 µL of the eluate was used for real-time PCR in an example of Step S170. As shown in FIG. 15, results of the DNA isolation as elucidated by a real-time GBS PCR assay indicate that the DNA isolation process is efficient in the biological sample matrix as demonstrated by the standard curve generated from the PCR Ct values obtained from the serially-diluted extracted samples. This indicates that the example method 100 and nucleic acid extraction process of DNA in a urine matrix is both efficient and sensitive, with a broad dynamic range.

### 3.13 Representative DNA Isolation Method and Results

#### Example 13

A thirteenth example of the method 100, demonstrating the effect of binding time, comprises using PAA affinity moieties coated onto magnetic microparticles, Human Plasma (donor) as a representative biological sample and Group B *Streptococcus* (GBS) DNA (ATCC, Virginia) as the model target. In the thirteenth example, 500 µL of Plasma was spiked with 10 pg of GBS DNA and then mixed with 500 µL of DNA Collection Buffer 2 (CBD-2) in examples of Steps S110 and S120. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 0, 2, 5, or 10 minutes at room temperature in examples of Step S130. Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 µL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes in an example of Step S160. DNA was eluted into 10 µL of ELU-2 and 8 µL of the eluate was used for real-time PCR in an example of Step S170. As shown in FIG. 16, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the NA isolation reagents are efficacious at capture, release and cleanup of the target DNA in plasma matrix at binding times at or above two minutes in the example method 100.

### 3.14 Representative DNA Isolation Method and Results

#### Example 14

A fourteenth example of the method 100, demonstrating the effect of binding temperature, comprises using PAA affinity moieties coated onto magnetic microparticles, Human Plasma (donor) as a representative biological sample and Group B *Streptococcus* (GBS) DNA (ATCC, Virginia) as the model target. In the fourteenth example, 500 µL of Plasma was spiked with 10 pg of GBS DNA and then mixed

22

with 500 µL of DNA Collection Buffer 2 (CBD-2) in examples of Steps S110 and S120. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature, 37 C, 45 C, or 60 C in examples of Steps S130. Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 µL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes in an example of Step S160. DNA was eluted into 10 µL of ELU-2 and 8 µL of the eluate was used for real-time PCR in an example of Step S170. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference, which would correlate to an extraction efficiency of 100%. As shown in FIG. 17, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the example method 100 and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in plasma matrix at binding temperatures between room temperature and 45 C.

Preferably, variations of the method 100 for plasma nucleic acid extractions comprise eluting into a 20 uL elution volume, providing 40 uL of 20 mg/mL Proteinase K in a lysis solution, providing a salt wash (e.g. 150 mM NaCl in 1 mM Tris pH 8.0), using AptaTaq polymerase, and providing a longer elution time (e.g., 5-10 minutes). However, in other variations of the twelfth through fourteenth examples, the example method 100 can comprise any suitable combination of: using any suitable volume of an elution solution (e.g., 10 uL-25 uL elution solution), providing any suitable composition of an elution solution (e.g., 20 mM NaOH, 40 mM NaOH, KOH), providing a lysis solution with any suitable amount of Proteinase K (e.g., +/−20-40 uL of 20 mg/mL Proteinase K), using any suitable polymerase (e.g., Native Taq, AptaTaq), using fresh or frozen plasma, eluting at any suitable temperature (e.g., room temperature to 85 C), using magnetic microparticles of any hydrophilicity (e.g., hydrophilic, hydrophobic), using any suitable amount of affinity moiety (e.g., 100-3000 ug of PAA) in any suitable volume (e.g., 30 uL), providing any suitable wash solution (e.g., 1 mM TRIS pH 8 with 50-200 mM NaCL, 200 mM KCl in 10 mM TRIS pH 8, 10 mM TRIS pH 8 with 0.1% tween and 1M NaCl, 0.5% SDS in 1 mM TRIS pH 8, 200 mM NaCl in 1 mM TRIS pH 8), resuspending magnetic microparticles in a release buffer, not resuspending magnetic microparticles in a release buffer, and providing any suitable denaturation temperatures (e.g., 85-95 C) and/or anneal temperatures (55-60 C) during processing for PCR.

### 3.15 Representative DNA Isolation Method and Results

#### Example 15

A fifteenth example of the method 100, demonstrating the effect of binding temperature, comprises using PAA affinity moieties coated onto magnetic microparticles, Urine (donor) as a representative biological sample and Group B *Streptococcus* (GBS) DNA as the model target. In the fifteenth example, 500 µL of Urine (obtained from a donor) was spiked with 10 pg of GBS DNA and then mixed with 500 µL of DNA Collection Buffer 2 (CBD-2) in examples of Steps S110 and S120. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature, 37 C, 45 C, or 60 C in examples of Step S130. Upon removal of the unbound

US 9,540,636 B2

23

supernatant in an example of Step S**140**, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step S**150**, and the captured DNA was eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes in an example of Step S**160**. DNA was eluted into 10 μL of ELU-2 and 8 μL of the eluate was used for real-time PCR in an example of Step S**170**. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference, which would correlate to an extraction efficiency of 100%. As shown in FIG. **18**, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the example method **100** and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in urine matrix at binding temperatures between room temperature and 60 C.

In other variations of the fifteenth example, the example method **100** can comprise any suitable combination of: providing a lysis solution with any suitable amount of Proteinase K (e.g., +/−20-40 uL of 20 mg/mL Proteinase K) and providing any suitable wash solution (e.g., 1 mM TRIS pH 8, 150 mM NaCl).

### 3.16 Representative DNA Isolation Method and Results

#### Example 16

A sixteenth example of the method **100**, demonstrating the use of two different elution solutions, comprises using PAA affinity moieties coated onto magnetic microparticles, Human Urine (donor) as a representative biological sample and Group B *Streptococcus* (GBS) DNA as the model target. In the sixteenth example, 500 μL of Urine (obtained from donor) was spiked with 10 pg of GBS DNA and then mixed with 500 μL of DNA Collection Buffer 2 (CBD-2) in examples of Steps S**110** and S**120**. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature in an example of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the magnetic microparticles with bound DNA were washed with 500 μL of WSH-1 solution in an example of Step S**150** and the captured DNA was eluted from the affinity matrix by using ELU-2 or ELU-3 and heating the microparticles to 85 C for 3 minutes in an example of Step S**160**. DNA was eluted into 10 μL of ELU-2 or ELU-3 and 8 μL of the eluate was used for real-time PCR in an example of Step S**170**. As a comparison, a similar amount of GBS DNA was used directly in real-time PCR as a reference, which would correlate to an extraction efficiency of 100%. As shown in FIG. **19**, results of the DNA isolation as elucidated by a GBS real-time PCR assay indicate that the DNA isolation process is efficient in the biological sample matrix as compared to the input PCR control sample that was not subjected to the full extraction process. A small shift in the amplification of the extracted samples does not necessarily indicate a loss in extraction efficiency or sensitivity. This indicates that the example method **100** and nucleic acid isolation reagents are efficacious at capture, release and cleanup of the target DNA in urine matrix using either NaOH or KOH.

In other variations of the sixteenth example, the example method **100** can comprise any suitable combination of: providing a lysis solution with any suitable amount of

24

Proteinase K (e.g., +/−20-40 uL of 20 mg/mL Proteinase K) and providing any suitable wash solution (e.g., 1 mM TRIS pH 8, 150 mM NaCL).

### 3.17 Representative RNA and DNA Isolation Method and Results

#### Example 17

A seventeenth example of the method **100**, demonstrating the use of nucleic acid isolation reagents for total nucleic acid (TNA) extraction, comprises using PAA affinity moieties coated onto magnetic microparticles, M4 transport media as a representative biological sample, and Enterovirus (EV) viral particles as the model RNA target and Group B *Streptococcus* DNA as model DNA target. In the seventeenth example, 500 μL of M4 was spiked with ten-fold serial dilutions of 1 μL of EV viral particle lysate and 1 μL of GBS DNA and then mixed with 500 μL of RNA Collection Buffer 3 (CBR-3) in examples of Steps S**110** and S**120**. RNA and DNA were allowed to bind to the PAA affinity moieties for 10 minutes at 37 C in an example of Step S**130**. Upon removal of the unbound supernatant in an example of Step S**140**, the PAA affinity moieties coated onto magnetic microparticles were washed twice (2×) with 500 μL of WSH-1 solution in an example of Step S**150**, and then the captured RNA and DNA was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes in an example of Step S**160**. The eluate was divided and 2 μL was used for either real-time PCR for GBS target or real-time RT-PCR for EV RNA target in examples of Step S**170**. As shown in FIG. **20**, results of the TNA isolation as evidenced by standard curves produced from a real-time Enterovirus RT-PCR assay and real-time GBS assay indicate that the example method **100** and nucleic acid isolation process is equally efficient in purification of RNA or DNA from the same sample.

### 3.18 Fluidic Pathway

#### Example 18

An eighteenth example of the method **100** comprises a set of pins (such as that described in U.S. patent application Ser. No. 13/766,359 (U.S. Pat. App. Pub. No. 2013/0210127 A1), entitled "System and Method for Processing and Detecting Nucleic Acids," and U.S. patent application Ser. No. 13/765, 996 (U.S. Pat. App. Pub. No. 2013/0210125 A1), entitled "Microfluidic Cartridge for Processing and Detecting Nucleic Acids"), the set of pins **172** functions to selectively occlude portions of a fluidic pathway **220** of a microfluidic cartridge **210** at least at subsets of a set of occlusion positions **226**. The pins of the set of pins **172** are preferably cylindrical and, in the orientation shown in FIG. **21**A, configured to slide over a cam card **183** and within a pin housing **181**. Each pin in the set of pins **172** preferably also includes a first spring **173** that functions to provide a counteracting force to restore a pin to a lowered configuration **183**b; however, each pin in the set of pins **172** may alternative not include a first spring **173**, and rely solely on gravity to return to a lowered configuration **183**b. Preferably, as shown in FIG. **21**C, each pin is also composed of two parts separated by a second spring, which functions to allow sufficient force to fully occlude a microfluidic channel but prevents forces from being generated that could damage the pin, microfluidic cartridge and/or cam card. Each pin also preferably comprises a first region **171** configured to slide within the pin housing **181**, and a second region **180**

US 9,540,636 B2

25

configured to exit the pin housing **181**. The second region **180** is preferably of a smaller dimension than the first region **171**, such that each pin is constrained by the pin housing **181** to be raised by a limited amount. Alternatively, the first region **171** and the second region **180** may have any appropriate configuration to facilitate raising and lowering of a pin by a fixed amount. In a specific example, the valve actuation subsystem **170** comprises 12 sets of pins **172** configured to selectively occlude 12 fluidic pathways **212** of a microfluidic cartridge **210** aligned within the molecular diagnostic module; however, other embodiments may comprise any appropriate number of sets of pins **172**.

The eighteenth example of the method **100** comprises a cam card (such as that described in U.S. patent application Ser. No. 13/766,359 (U.S. Pat. App. Pub. No. 2013/0210127 A1), entitled "System and Method for Processing and Detecting Nucleic Acids"), the cam card **183**, as shown in FIG. **21**A, includes a set of hills **182** and valleys **184**, and functions to transform linear motion in one plane to vertical motion in another plane. In one variation, the cam card **183** is coupled to a linear actuator and contacts the ends of pins in a set of pins **172**, such that when a hill **182** of the cam card **183** passes under a pin, the pin is in a raised configuration **183***a*, and when a valley **184** of the cam card **183** passes under a pin, the pin is in a lowered configuration **183***b*. The hills **182** and valleys **184** of the cam card **183** are preferably in a set configuration, as shown in FIG. **21**B, such that lateral motion of the cam card **183** to a set position raises a fixed subset of the set of pins **172**. In this manner, lateral movement of the cam card **183** to different positions of a set of positions consistently raises different subsets of the set of pins **172** to occlude different portions of a fluidic pathway **220** of a microfluidic cartridge **210** in contact with the set of pins **172**. Thus, portions of a fluidic pathway **220** may be selectively occluded and opened to facilitate processing of a biological sample according to any appropriate tissue, cellular, or molecular diagnostic assay protocol. In one variation, the cam card is configured to be laterally displaced in two coordinate directions within a plane (e.g., by x-y linear actuators), and in another variation, the cam card is configured to be laterally displaced in only one coordinate direction within a plane (e.g., by a single linear actuator). In a specific example, the hills **182** of the cam card **183** are raised 1 mm above the valleys **184** of the cam card **183**, the hills **182** and valleys **184** each have a 2 mm wide plateau region, and a hill **182** region slopes down to a valley region **184** at a fixed angle over a 2 mm length. In the specific example, the cam card **183** is driven by a Firgelli linear actuator. Alternative variations may include any appropriate configurations and geometries of a cam card with hills **182** and valleys **184**, driven by any appropriate actuator.

A first illustration of the eighteenth example, as shown in FIG. **22**A, of a fluidic pathway **165** preferably comprises an initial segment **174** fluidically coupled to a fluid channel **119** coupled to a shared fluid port **118**, a sample segment **175** coupled to a sample port **114** and to the initial segment **174**, and an s-shaped capture segment **166**, configured to pass through the heating region **195** and a magnetic field **156**, coupled to the initial segment **174** and the sample segment **175**. In an alternative illustration of the eighteenth example, the s-shaped capture segment **166** may comprise an initial wide arc **166** to provide a greater surface area for magnetic bead capture. In another illustration of the eighteenth example, the capture segment **166** may alternatively be a progressively narrowing s-shaped capture segment **166**. The first illustration of the fluidic pathway **165** also comprises a reagent segment **176** coupled to a reagent port **115** and to the

26

capture segment **166**, a vent segment **177** coupled to the reagent segment **176** and configured to pass through the vent region **190**, a segment running to a detection chamber **163** from the vent region **190**, a winding segment running away from the detection chamber **164**, and an end vent **199** coupled to the segment running away from the detection chamber **164**. The first illustration of the fluidic pathway **165** also comprises a first waste segment **178** configured to couple the initial segment **174** to the waste chamber **130**, and a second waste segment **179** configured to couple the capture segment **166** to the waste chamber **130**. The first waste segment **178** preferably functions to allow evacuation of excess release fluids from a fluidic pathway **165**, for precise metering of the amount of release reagents used in a molecular diagnostic procedure using a low volume of sample.

In the first illustration, the set of occlusion positions **141** comprises a first occlusion position **142** located along the initial segment **174** between points at which the initial segment couples to the fluid channel **119** and to the capture segment **166**. The set of occlusion positions **141** also comprises a second occlusion position **143** located along the sample segment **175**, a third occlusion position **144** located along the reagent segment **176**, a fourth occlusion position **145** located along the first waste segment **178**, and a fifth occlusion position **146** located along the second waste segment **179**. In the first illustration, the set of occlusion positions **141** also comprises a sixth occlusion position **147** located along the vent segment **177** upstream of the vent region **190**, a seventh occlusion position **148** located along the segment running to the detection chamber **163**, and an eighth occlusion position **149** located along the segment running away from the detection chamber **164**. In the first illustration, the first, second, third, fifth, and sixth occlusion positions **142**, **143**, **144**, **146**, **147** are normally open positions **42** and the fourth, seventh, and eighth occlusions positions **145**, **148**, **149** are normally closed positions **43**, as shown in FIG. **22**A.

The occlusion positions of the set of occlusion positions **141** of the first illustration are preferably located such that occluding subsets of the set of occlusion positions **141** defines unique truncated fluidic pathways to controllably direct fluid flow. For example, as shown in FIG. **22**B, occluding the fluidic pathway **165** at the first, third, fourth, and sixth occlusion positions **142**, **144**, **145**, **147** forms a truncated pathway by which a volume of a sample fluid, comprising nucleic acids bound to magnetic beads and delivered into the sample port **114**, may flow past the second occlusion positions **143** into the capture segment **166** for isolation and purification of nucleic acids using the heating region **195** and the magnetic field **156**. Nucleic acids bound to magnetic beads may thus be trapped within the capture segment **166** by the magnetic field **156**, while other substances in the volume of sample fluid may pass into the waste chamber **130** by passing the fifth occlusion position **146**. Following this subset of occlusion positions, the occlusion at the first occlusion position **142** may be reversed, as shown in FIG. **22**C, and the fluidic pathway **165** may be occluded at the second occlusion position **143** to form a second truncated pathway by which a wash fluid may be delivered through the fluid port **118**, into the capture segment **166** (thus washing the trapped magnetic beads), and into the waste chamber **130** by passing the fifth occlusion position **146**. The occlusion at the second occlusion position **143** may then be reversed, and the first occlusion position **142** may be occluded (as shown in FIG. **22**B), so that other fluidic pathways in the set of fluidic pathways **160** may be

US 9,540,636 B2

27

28

washed. After all fluidic pathways have been washed, a volume of air may be transferred through the fluid port 118 to prevent mixture of a wash solution with a release solution.

Thereafter in the first illustration, as shown in FIG. 22C, the fluidic pathway 165 may be occluded at the second occlusion position 143 and the occlusion at the first occlusion 142 may be reversed, thus creating a third truncated pathway as shown in FIG. 22B. A release solution may then be delivered through the fluid port 118, into the capture segment 166, and to the waste chamber 130 by passing the fifth occlusion position 146. The release solution may then be sealed within a fourth truncated pathway (including the capture segment 166) of the fluidic pathway 165 by occluding the fluidic pathway at the fifth occlusion position 146. A release solution may then be delivered to other fluidic pathways of the set of fluidic pathways 160.

Thereafter, the occlusion at the fourth occlusion position 145 may be reversed, creating a fifth truncated pathway, and release solution within the fluidic pathway 165 may be metered by pumping air through the fluid port 118, which functions to push a portion of the release solution into the waste chamber 130. A volume of release solution will still be maintained within the capture segment 166 at this stage. The first and the fourth occlusion positions 142, 145 may then be occluded to form a sixth truncated pathway sealing the volume of release solution, with the captured magnetic beads bound to nucleic acids, within the capture segment 166. The volume of the remaining release solution is therefore substantially defined by the microchannel volume between junctions in the fluidic pathway 165 near the fourth and sixth occlusion positions 145, 147, and may be any small volume but in a specific variation is precisely metered to be 23+/−1 microliters. Release solution may be sealed within capture segments of other fluidic pathways using a similar process. A heater may then be provided at the sixth truncated pathway, inducing a pH shift within the sixth truncated pathway to unbind nucleic acids from the magnetic beads.

Thereafter in the first illustration, the occlusions at the first and third occlusion positions 142, 144 may be reversed, defining a seventh truncated pathway, and the entire released nucleic acid sample (e.g. ~20 microliters) may be aspirated out of the microfluidic cartridge through the reagent port 115. This released nucleic acid sample is then used to reconstitute a molecular diagnostic reagent stored off of the microfluidic cartridge 100. During the reconstitution, the occlusion at the sixth occlusion position 147 may be reversed, and the fluidic pathway 165 may be occluded at the first occlusion position 142 to form an eighth truncated pathway. Once reconstitution of the molecular diagnostic reagent with the released nucleic acid sample is complete and well mixed, the reconstituted mixture may then be dispensed through the reagent port 115, through the eighth truncated pathway, and to the detection chamber 117, by using a fluid handling system to push the seventh occlusion position (normally closed) open. The detection chamber 117 is completely filled with the mixed reagent-nucleic acid sample, after which the fluidic pathway 165 is occluded at the third, sixth, seventh and eighth occlusion positions 144, 147, 148, 149, defining ninth truncated pathway. Other pathways of the set of fluidic pathways 165 may be similarly configured to receive a reagent-nucleic acid mixture. An external molecular diagnostic system and/or module may then perform additional processes, such as thermocycling and detection, on the volume of fluid within the detection chamber 117.

An alternative illustration of the eighteenth example may further comprise additional occlusion positions or alternative variations of the set of occlusion positions 141, such that occlusion at the additional occlusion positions permanently seals the waste chamber from the fluidic pathway 165. Other alternative illustrations of the eighteenth example may also comprise configurations of the set of occlusion positions 141 that are different than that described above. The variations may be configured, such that the a fluidic pathway 165 facilitates meter release, does not allow meter release, facilitates addition of other reagents (e.g. neutralization or DNase reagents), facilitates additional washing steps, and/or facilitates other operations without changing the layout of the fluidic pathway 165 of a microfluidic cartridge embodiment. Thus, multiple unique operations may be performed using the same microfluidic cartridge, by occluding fluidic pathways 160 at varied subsets of a set of occlusion positions 141.

A second illustration of the eighteenth example, of a fluidic pathway 165' preferably comprises an initial segment 174' fluidically coupled to a fluid channel 119' coupled to a shared fluid port 118', a sample segment 175' coupled to a sample port 114' and to the initial segment 174', and a capture segment 166', configured to pass through the heating region 195 and a magnetic field 156, coupled to the initial segment 174'. The second illustration of the fluidic pathway 165' also comprises a reagent segment 176' coupled to a reagent port 115' and to the turnabout portion 176', a vent segment 177' coupled to the reagent segment 176' and to the capture segment 166' and configured to pass through the vent region 190, a segment running to a detection chamber 163' from the vent region 190, a segment running away from the detection chamber 164', and an end vent 199 coupled to the segment running away from the detection chamber 164'. The second illustration of the fluidic pathway 165' also comprises a first waste segment 178', coupled to the initial segment 174' at a point between points connecting the initial segment 174' to the sample segment 175' and to the capture segment 166'. The first waste segment 178' is configured to couple the initial segment 174' to the waste chamber 130. The second illustration of the fluidic pathway 165' also comprises a second waste segment 179' configured to couple the capture segment 166' to the waste chamber 130', and an end vent segment 197' coupled to the capture segment 166' downstream of the point of connection to the second waste segment 179', and coupled to an end vent 199. The end vent segment 197' functions to provide fine metering of a fluid flowing through the fluidic pathway 165'.

In the second illustration, the set of occlusion positions 141' comprises a first occlusion position 142' located along the initial segment 174' between points at which the initial segment couples to the fluid channel 119' and to the sample segment 175'. The set of occlusion positions 141' also comprises a second occlusion position 143' located along the sample segment 175', a third occlusion position 144' located along the reagent segment 176', a fourth occlusion position 145' located along the first waste segment 178', and a fifth occlusion position 146' located along the second waste segment 179'. In the second illustration, the set of occlusion positions 141' also comprises a sixth occlusion position 147' located along the vent segment 177' upstream of the vent region 190, a seventh occlusion position 148' located along the segment running to the detection chamber 163', and an eighth occlusion position 149' located along the segment running away from the detection chamber 164'. Additionally, in the second illustration, the set of occlusion positions 141 comprises a ninth occlusion position 157' located along

29

the sample segment **175'** between the sample port **114** and the second occlusion position **143**, a tenth occlusion position **158'** located along the end vent segment **197'**, and an eleventh occlusion position **159'** located along the capture segment **166'** between points at which the capture segment **166'** couples to the end vent segment **197'** and to the vent segment **177'**.

The occlusion positions of the set of occlusion positions **141'** of the second illustration are preferably located such that occluding of subsets of the set of occlusion positions **141'** defines unique truncated fluidic pathways to controllably direct fluid flow. For example, occluding the fluidic pathway **165'** at the first, fourth, sixth, tenth, and eleventh occlusion positions **142'**, **145'**, **147'**, **158'**, **159'** forms a truncated pathway by which a volume of a sample fluid, comprising nucleic acids bound to magnetic beads and delivered into the sample port **114**, may flow into the capture segment **166'** for isolation and purification of nucleic acids using the heating region **195** and the magnetic field **156**. Nucleic acids bound to magnetic beads may thus be trapped within the capture segment **166'** by the magnetic field **156**, while other substances in the volume of sample fluid may pass into the waste chamber **130** by passing the fifth occlusion position **146'**. Following this subset of occlusion positions, the occlusion at the first occlusion position **142'** may be reversed, and the fluidic pathway **165'** may be occluded at the second occlusion position **143'** to form a second truncated pathway by which a wash fluid may be delivered through the fluid port **118**, into the capture segment **166'** (thus washing the trapped magnetic beads), and into the waste chamber **130** by passing the fifth occlusion position **146'**. A volume of air may then be pumped through the fluid port **118** to flush any remaining wash solution into the waste chamber **130**.

Thereafter, in the second illustration, the fluidic pathway **165'** may be occluded at the fifth occlusion position **146'** and the occlusion at the tenth occlusion position **158'** may be reversed, closing access to the waste chamber **130** and opening access to the end vent segment **197'**. A release solution may then be delivered through the fluid port **118**, into the capture segment **166'**, and to the end vent segment **197'**. The volume of the release solution is therefore defined by the microchannel volume between the fourth and tenth occlusion positions **145'**, **158'**, and may be any small volume but in a specific variation is precisely metered to be 15 microliters. Thereafter, occluding the fluidic pathway **165'** at the tenth occlusion position **158'**, reversing the occlusion at the fourth occlusion position **145'** (defining a fourth truncated pathway), and delivering air through the fluid port **118** pushes any remaining release buffer from the fluidic pathway **118** into the waste chamber **130**, thereby ensuring that excess release buffer is not later exposed to nucleic acids bound to the magnetic beads (at this point, the nucleic acids are not substantially released from the magnetic beads because heat has not been added). Thereafter, the fluidic pathway **165'** is occluded at the first and fourth occlusion positions **142'**, **145'**, defining a fifth truncated pathway comprising the capture segment **166'**, and the magnetic beads are heated to an appropriate temperature and time (e.g., 60 degrees for 5 minutes) within the heating region **195** to release the nucleic acids from the magnetic beads and into the release buffer.

Thereafter, in the second illustration, the occlusions at the first and eleventh occlusion positions **142'**, **159'** are reversed, defining a sixth truncated pathway, the entire released nucleic acid sample (e.g. ~15 microliters) may be aspirated out of the microfluidic cartridge through the reagent port

30

**115**. This released nucleic acid sample is then used to reconstitute a molecular diagnostic reagent mixture stored off of the microfluidic cartridge **100**. During the reconstitution process, the occlusion at the sixth occlusion position **147'** may be reversed, thus defining a seventh truncated pathway. Once reconstitution of the molecular diagnostic reagent mixture with the released nucleic acid sample is complete and well mixed, the reconstituted mixture may then be aspirated through the reagent port **115** through the seventh truncated pathway to the detection chamber **117**, completely filling the detection chamber **117**, after which the fluidic pathway **165'** is be occluded at third, seventh, eighth, and ninth occlusion positions **144'**, **148'**, **149'**, **157'** defining an eighth truncated pathway. An external molecular diagnostic system and/or module may then perform additional processes on the volume of fluid within the detection chamber **117**.

An alternative illustration of the eighteenth example may further comprise additional occlusion positions or alternative variations of the set of occlusion positions **141'**, such that occlusion at the additional occlusion positions permanently seals the waste chamber from the fluidic pathway **165'**. Other alternatives of the second illustration may also comprise configurations of the set of occlusion positions **141'** that are different than that described above.

### 4. Example Reagents Used in the Example Methods

The following example reagent formulations were used the examples described in Sections 3.1-3.17. Quantities in parentheses following component names denote quantities used to form a 1 liter volume of a respective reagent formulation.

CBR-1 [2×TCEP Buffer] Formulation: ultrapure water (946 mL), 1M Tris pH 7.0 (20 mL), Tris(2-carboxyethyl) phosphine hydrochloride, or TCEP, (14.3 g), and Triton-X 100 (20 mL).

CBR-2 [2× Low TCEP Buffer] Formulation (1 L): ultrapure water (959 mL), 1M Tris pH 8.0 (20 mL), TCEP (1.43 g), and Triton-X 100 (20 mL).

CBR-3 [2×EDTA only Buffer]: ultrapure water (560 mL), 1M Tris pH 8.0 (20 mL), 0.5M EDTA pH 8.0 (400 mL), and Triton-X 100 (20 mL).

CBD-1 [SP1]: ultrapure water (931 mL), 1M Tris pH 7.0 (50 mL), sodium citrate (5.88 g), boric acid (1.24 g), 0.5M EDTA pH 8.0 (2 mL), and Triton-X 100 (10 mL).

CBD-2 [SP2]: ultrapure water (480 mL), 1M Tris pH 7.0 (100 mL), sodium citrate (11.76 g), boric acid (2.48 g), 0.5M EDTA pH 8.0 (400 mL), and Triton-X 100 (20 mL).

CBD-3 [SP3]: ultrapure water (862 mL), 1M Tris pH 7.0 (100 mL), sodium citrate (11.76 g), boric acid (2.48 g), 0.5M EDTA pH 8.0 (4 mL), and Triton-X 100 (20 mL).

CBD-4 [TT]: ultrapure water (978 mL), 1M Tris pH 8.0 (2 mL), and Triton-X 100 (20 mL).

WASH SOLUTION [WSH-1]: ultrapure water (999 mL) and 1M Tris pH 8.0 (1 mL).

ELUTION SOLUTION [ELU-1]—20 mM NaOH: ultrapure water (980 mL) and 1N NaOH (20 mL).

ELUTION SOLUTION [ELU-2]—40 mM NaOH: ultrapure water (960 mL) and 1N NaOH (40 mL).

ELUTION SOLUTION [ELU-3]—40 mM KOH: ultrapure water (960 mL) and 1N KOH (40 mL).

The methods **100**, **200** and system of the preferred embodiment and variations thereof can be embodied and/or implemented at least in part as a machine configured to receive a computer-readable medium storing computer-read-

US 9,540,636 B2

31

able instructions. The instructions are preferably executed by computer-executable components preferably integrated with the system and one or more portions of a processor and/or a controller. The computer-readable medium can be stored on any suitable computer-readable media such as RAMs, ROMs, flash memory, EEPROMs, optical devices (CD or DVD), hard drives, floppy drives, or any suitable device. The computer-executable component is preferably a general or application specific processor, but any suitable dedicated hardware or hardware/firmware combination device can alternatively or additionally execute the instructions.

The FIGURES illustrate the architecture, functionality and operation of possible implementations of systems, methods and computer program products according to preferred embodiments, example configurations, and variations thereof. In this regard, each block in the flowchart or block diagrams may represent a module, segment, or portion of code, which comprises one or more executable instructions for implementing the specified logical function(s). It should also be noted that, in some alternative implementations, the functions noted in the block can occur out of the order noted in the FIGURES. For example, two blocks shown in succession may, in fact, be executed substantially concurrently, or the blocks may sometimes be executed in the reverse order, depending upon the functionality involved. It will also be noted that each block of the block diagrams and/or flowchart illustration, and combinations of blocks in the block diagrams and/or flowchart illustration, can be implemented by special purpose hardware-based systems that perform the specified functions or acts, or combinations of special purpose hardware and computer instructions.

As a person skilled in the field of molecular diagnostics will recognize from the previous detailed description and from the figures and claims, modifications and changes can be made to the preferred embodiments of the invention without departing from the scope of this invention defined in the following claims.

We claim:

1. A method for nucleic acid isolation comprising:

receiving a binding moiety solution within a process chamber, wherein the binding moiety solution comprises a collection buffer and a set of affinity moiety-coated microparticles;

contacting the binding moiety solution with a biological sample, within the process chamber, thereby producing a moiety-sample mixture;

incubating the moiety-sample mixture to reversibly bind nucleic acid material of the biological sample to the set of affinity moiety-coated microparticles, thereby producing a set of moiety-bound nucleic acid particles;

receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position;

occluding a fluidic pathway of the cartridge upon displacement of a first subset of the set of pins;

separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the fluidic pathway of the cartridge; and

washing the set of moiety-bound nucleic acid particles within the fluidic pathway of the cartridge, in coordination with displacement of a second subset of the set of pins, wherein displacement of the second subset of pins includes reversal of displacement of at least one pin in the first subset of the set of pins, in reversing occlusion of a portion of the fluidic pathway.

32

2. The method of claim 1, wherein the set of affinity moiety-coated microparticles comprises a set of magnetic microparticles, and wherein receiving the binding moiety solution, comprising the set of affinity moiety-coated microparticles, within the process chamber comprises receiving the set of magnetic microparticles, each magnetic microparticle modified with an amine-reactive ester functional group configured to react with one of a set of amine groups of a molecule of Polypropylenimine tetramine dendrimer Generation 1.

3. The method of claim 1, wherein the set of affinity moiety-coated microparticles comprises a set of magnetic microparticles, wherein receiving the binding moiety solution, comprising the set of affinity moiety-coated microparticles, comprises receiving the set of magnetic microparticles covalently bonded to a set of affinity moiety molecules, and wherein contacting the binding moiety solution with the biological sample comprises aspirating the binding moiety solution along with the biological sample from the process chamber and dispensing the binding moiety solution with the biological sample to the process chamber.

4. The method of claim 3, wherein separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture comprises magnetically separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture.

5. The method of claim 4, wherein magnetically separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture comprises aspirating the moiety-sample mixture from the process chamber; occluding the fluidic pathway of the cartridge at a set of occlusion positions upon displacement of pins of the set of pins to generate a path through a magnetic field, and to a waste chamber; and delivering the moiety-sample mixture through the path of the fluidic pathway, such that the set of moiety-bound nucleic acid particles is captured within the magnetic field and a waste volume of the moiety-sample mixture is delivered into the waste chamber.

6. The method of claim 3, wherein incubating the moiety-sample mixture comprises heating the moiety-sample solution to a temperature above 25° C. for at least 5 minutes, thus simultaneously lysing the biological sample and facilitating binding of nucleic acid material of the biological sample to the set of affinity moiety-coated microparticles.

7. The method of claim 3, wherein washing the set of moiety-bound nucleic acid particles comprises aspirating the moiety-sample mixture; receiving the cartridge at the cartridge receiving module comprising the set of pins and a cam card interfacing with the set of pins; transitioning the cartridge to an active configuration that disposes the cartridge to a position that is proximal to the set of pins; displacing the first subset of the set of pins in the active configuration of the cartridge, upon translation of the cam card relative to the set of pins, thereby occluding the fluidic pathway of the cartridge at a set of occlusion positions; delivering the moiety-sample mixture into the fluidic pathway, wherein the fluidic pathway is configured to pass through a magnetic field and is coupled to a waste chamber, such that the set of moiety-bound nucleic acid particles is captured within the magnetic field; and delivering a wash solution through the fluidic pathway and into the waste chamber in a continuous flow operation.

8. The method of claim 1 wherein receiving the binding moiety solution comprises receiving a binding buffer configured to aid in mitigation of nucleolytic activity from the biological sample.

US 9,540,636 B2

33

**9**. The method of claim **1**, wherein separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture comprises at least one of filtering the moiety-sample mixture and focusing the moiety-sample mixture.

**10**. The method of claim **3**, further comprising releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles, wherein releasing the nucleic acid sample comprises: occluding the fluidic pathway of the cartridge, comprising the process chamber, at a set of occlusion positions, upon displacement of pins of the set of pins, to define a path through a magnetic field; delivering the set of moiety-bound nucleic acid particles into the path of the fluidic pathway; and delivering an elution solution into the fluidic pathway, thereby inducing a pH shift configured to release the nucleic acid sample from the set of moiety-bound nucleic acid particles.

**11**. The method of claim **10**, further comprising capturing the set of moiety-bound nucleic acid particles within the magnetic field and aspirating the nucleic acid sample from the fluidic pathway.

**12**. The method of claim **1**, further comprising releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles, wherein releasing the nucleic acid sample comprises contacting the set of moiety-bound nucleic acid particles with an elution solution characterized by a pH that is greater than pH 10.

**13**. The method of claim **1**, further comprising processing a nucleic acid sample, wherein processing the nucleic acid sample comprises modulating the fluidic pathway of the cartridge upon displacement of a third subset of the set of pins, thereby defining a path to a diagnostic chamber of the cartridge, delivering the nucleic acid sample to the diagnostic chamber, and amplifying nucleic acids of the nucleic acid sample within the diagnostic chamber by polymerase chain reaction.

**14**. A method for nucleic acid extraction, the method comprising:

receiving a binding moiety solution within a process chamber, wherein the binding moiety solution comprises a collection buffer and a set of affinity moiety-coated microparticles;

mixing the binding moiety solution with a biological sample, within the process chamber, thereby producing a moiety-sample mixture;

incubating the moiety-sample mixture to reversibly bind nucleic acid material, comprising target DNA and target RNA, of the biological sample to the set of affinity moiety-coated microparticles, thereby producing a set of moiety-bound nucleic acid particles;

receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position;

occluding a fluidic pathway of the cartridge upon displacement of a first subset of the set of pins; and

magnetically separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the fluidic pathway of the cartridge.

**15**. The method of claim **14**, further including: eluting a nucleic acid sample comprising target DNA and target RNA

34

from the set of moiety-bound nucleic acid particles, in coordination with displacement of a second subset of the set of pins to modulate flow in the fluidic pathway, thereby facilitating total nucleic acid extraction.

**16**. The method of claim **15**, wherein magnetically separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture comprises: aspirating the moiety-sample mixture from the process chamber; occluding the fluidic pathway of the cartridge at a set of occlusion positions upon displacement of the first subset of the set of pins to generate a path through a magnetic field, and to a waste chamber of the cartridge; and delivering the moiety-sample mixture through the path of the fluidic pathway, such that the set of moiety-bound nucleic acid particles is captured within the magnetic field and a waste volume of the moiety-sample mixture is delivered into the waste chamber.

**17**. A method for nucleic acid isolation from a biological sample, comprising:

receiving a binding moiety solution within a process chamber, wherein the binding moiety solution includes a set of affinity moiety-coated microparticles;

producing a moiety-sample mixture upon combination of the binding moiety solution with the biological sample;

producing a set of moiety-bound nucleic acid particles upon incubation of the moiety-sample mixture to reversibly bind nucleic acid material of the biological sample to the set of affinity moiety-coated microparticles;

occluding a fluidic pathway of a cartridge upon displacement of a first subset of a set of pins at the cartridge comprising the set of pins;

separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the fluidic pathway of the cartridge;

washing the set of moiety-bound nucleic acid particles, within the fluidic pathway of the cartridge; and

releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles with an elution solution.

**18**. The method of claim **17**, wherein occluding the fluidic pathway comprises linearly displacing a cam card comprising a set of hills and valleys, relative to the set of pins, wherein displacing the cam card transitions at least one pin of the set of pins between a first position and a second position.

**19**. The method of claim **17**, wherein the set of affinity moiety-coated microparticles comprises a set of microparticles amide-bonded to at least one of Poly(allylamine) of molecular weight<40,000 Da and Polypropylenimine tetramine dendrimer Generation 1, and wherein the set of moiety-bound nucleic acid particles comprises the nucleic acid material reversibly bound to the at least one of the Poly(allylamine) of molecular weight<40,000 Da and the Polypropylenimine tetramine dendrimer Generation 1.

**20**. The method of claim **17**, wherein releasing the nucleic acid sample comprises releasing the nucleic acid sample in coordination with displacement of a second subset of the set of pins to modulate flow in the fluidic pathway.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 9,540,636 B2                                    Page 1 of 1
APPLICATION NO.   : 15/173880
DATED                  : January 10, 2017
INVENTOR(S)         : Sundaresh Brahmasandra and Michelle Mastronardi

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

In Column 34, Line 56, "The of claim 17" should read --The method of claim 17--.

Signed and Sealed this
Ninth Day of May, 2017

*Michelle K. Lee*

Michelle K. Lee
*Director of the United States Patent and Trademark Office*

EXHIBIT 55



US010010888B2

(12) **United States Patent**
Williams et al.

(10) Patent No.: **US 10,010,888 B2**
(45) Date of Patent: *Jul. 3, 2018

(54) **SYSTEM AND METHOD FOR PROCESSING AND DETECTING NUCLEIC ACIDS**

(71) Applicant: **NeuMoDx Molecular, Inc.**, Ann Arbor, MI (US)

(72) Inventors: **Jeffrey Williams**, Ann Arbor, MI (US); **Sundaresh Brahmasandra**, Ann Arbor, MI (US); **Michael T. Kusner**, Ann Arbor, MI (US)

(73) Assignee: **NeuMoDx Molecular, Inc.**, Ann Arbor, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/413,735**

(22) Filed: **Jan. 24, 2017**

(65) **Prior Publication Data**

US 2017/0128946 A1    May 11, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 14/613,616, filed on Feb. 4, 2015, now Pat. No. 9,604,213, which is a
(Continued)

(51) **Int. Cl.**
**B01L 3/00** (2006.01)
**B01L 7/00** (2006.01)
**C12Q 1/686** (2018.01)

(52) **U.S. Cl.**
CPC ............. **B01L 7/52** (2013.01); **B01L 3/50851** (2013.01); **C12Q 1/686** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ......... B01L 2200/0668; B01L 2200/10; B01L 2300/0627; B01L 2300/168;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 776,747 | A | 12/1904 | Kling |
| 778,036 | A | 12/1904 | Hepp et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1773190 | 5/2006 |
| CN | 101432698 | 5/2009 |

(Continued)

OTHER PUBLICATIONS

Compton, Cancer and Metastasis Rev., vol. 11, pp. 105-119 (1992).

*Primary Examiner* — Nathan A Bowers
*Assistant Examiner* — Lydia Edwards
(74) *Attorney, Agent, or Firm* — Jeffrey Schox

(57) **ABSTRACT**

A system and method for processing and detecting nucleic acids from a set of biological samples, comprising: a capture plate and a capture plate module configured to facilitate binding of nucleic acids within the set of biological samples to magnetic beads; a molecular diagnostic module configured to receive nucleic acids bound to magnetic beads, isolate nucleic acids, and analyze nucleic acids, comprising a cartridge receiving module, a heating/cooling subsystem and a magnet configured to facilitate isolation of nucleic acids, a valve actuation subsystem configured to control fluid flow through a microfluidic cartridge for processing nucleic acids, and an optical subsystem for analysis of nucleic acids; a fluid handling system configured to deliver samples and reagents to components of the system to facilitate molecular diagnostic protocols; and an assay strip configured to combine nucleic acid samples with molecular diagnostic reagents for analysis of nucleic acids.

**20 Claims, 25 Drawing Sheets**



**US 10,010,888 B2**

Page 2

## Related U.S. Application Data

continuation-in-part of application No. 13/766,359, filed on Feb. 13, 2013, now Pat. No. 9,050,594.

(60) Provisional application No. 62/065,500, filed on Oct. 17, 2014, provisional application No. 61/667,606, filed on Jul. 3, 2012, provisional application No. 61/598,240, filed on Feb. 13, 2012.

(52) **U.S. Cl.**
CPC ... *B01L 2200/0668* (2013.01); *B01L 2200/10* (2013.01); *B01L 2300/0627* (2013.01); *B01L 2300/168* (2013.01); *B01L 2300/1822* (2013.01); *B01L 2400/043* (2013.01); *B01L 2400/0633* (2013.01)

(58) **Field of Classification Search**
CPC ....... B01L 2300/1822; B01L 2400/043; B01L 2400/0633; B01L 3/50851; B01L 7/52; C12Q 1/686
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,963,151 A | 6/1976 | North, Jr. |
| 5,681,529 A | 10/1997 | Taguchi et al. |
| 5,725,831 A | 3/1998 | Reichler et al. |
| 5,750,338 A | 5/1998 | Collins et al. |
| 5,783,148 A | 7/1998 | Cottingham et al. |
| 5,824,478 A | 10/1998 | Mueller |
| 5,853,667 A | 12/1998 | Seaton et al. |
| 6,168,948 B1 | 1/2001 | Anderson et al. |
| 6,331,266 B1 | 12/2001 | Powell et al. |
| 6,368,871 B1 | 4/2002 | Christel et al. |
| 6,374,684 B1 | 4/2002 | Dority |
| 6,374,685 B1 | 4/2002 | Daly |
| 6,431,476 B1 | 8/2002 | Taylor et al. |
| 6,440,725 B1 | 8/2002 | Pourahmadi et al. |
| 6,664,104 B2 | 12/2003 | Pourahmadi et al. |
| 6,692,700 B2 | 2/2004 | Handique |
| 6,852,287 B2 | 2/2005 | Ganesan |
| 6,860,993 B2 | 3/2005 | Effenhauser et al. |
| 6,872,315 B2 | 3/2005 | Effenhauser et al. |
| 6,878,540 B2 | 4/2005 | Pourahmadi et al. |
| 6,887,693 B2 | 5/2005 | McMillan et al. |
| 6,893,879 B2 | 5/2005 | Petersen et al. |
| 6,899,838 B2 | 5/2005 | Lastovich |
| 6,987,018 B2 | 1/2006 | Taylor et al. |
| 7,052,268 B2 | 5/2006 | Powell et al. |
| 7,135,144 B2 | 11/2006 | Christel et al. |
| 7,186,383 B2 | 3/2007 | Webster et al. |
| 7,192,557 B2 | 3/2007 | Wu et al. |
| 7,252,501 B2 | 8/2007 | Pruden et al. |
| 7,270,786 B2 | 9/2007 | Parunak et al. |
| 7,323,140 B2 | 1/2008 | Handique et al. |
| 7,332,130 B2 | 2/2008 | Handique |
| 7,372,616 B2 | 5/2008 | Bang et al. |
| 7,445,901 B2 | 11/2008 | Kudlicki et al. |
| 7,473,397 B2 | 1/2009 | Griffin et al. |
| 7,556,858 B2 | 7/2009 | Rasmussen et al. |
| 7,569,346 B2 | 8/2009 | Petersen et al. |
| 7,580,533 B2 | 8/2009 | Schwartz |
| 7,666,681 B2 | 2/2010 | Ammann et al. |
| 7,674,431 B2 | 3/2010 | Ganesan |
| 7,682,820 B2 | 3/2010 | Bader |
| 7,704,735 B2 | 4/2010 | Facer et al. |
| 7,731,906 B2 | 6/2010 | Handique et al. |
| 7,738,094 B2 | 6/2010 | Goldberg |
| 7,763,209 B2 | 7/2010 | Haley |
| 7,767,447 B2 | 8/2010 | Breidenthal et al. |
| 7,820,030 B2 | 10/2010 | Althaus et al. |
| 7,863,035 B2 | 1/2011 | Clemens et al. |
| 7,906,758 B2 | 3/2011 | Stults et al. |
| 7,914,994 B2 | 3/2011 | Petersen et al. |
| 7,935,537 B2 | 5/2011 | Haley |
| 7,943,388 B2 | 5/2011 | Baetzold et al. |
| 7,955,798 B2 | 6/2011 | Mauritz |
| 7,955,864 B2 | 6/2011 | Cox et al. |
| 7,964,413 B2 | 6/2011 | Macioszek et al. |
| 7,987,022 B2 | 7/2011 | Handique et al. |
| 7,995,798 B2 | 8/2011 | Krupnik et al. |
| 7,998,708 B2 | 8/2011 | Handique et al. |
| 8,003,329 B2 | 8/2011 | Macevicz |
| 8,008,046 B2 | 8/2011 | Maltezos et al. |
| 8,008,066 B2 | 8/2011 | Lair et al. |
| 8,043,581 B2 | 10/2011 | Ganesan |
| 8,048,375 B2 | 11/2011 | Breidenthal et al. |
| 8,048,386 B2 | 11/2011 | Dority et al. |
| 8,052,929 B2 | 11/2011 | Breidenthal et al. |
| 8,057,446 B2 | 11/2011 | Kane et al. |
| 8,088,616 B2 | 1/2012 | Handique |
| 8,105,477 B2 | 1/2012 | Althaus et al. |
| 8,105,783 B2 | 1/2012 | Handique |
| 8,110,158 B2 | 2/2012 | Handique |
| 8,133,671 B2 | 3/2012 | Williams et al. |
| 8,168,134 B2 | 5/2012 | Lehto |
| 8,182,763 B2 | 5/2012 | Duffy et al. |
| 8,183,359 B2 | 5/2012 | Becker et al. |
| 8,187,557 B2 | 5/2012 | Van Atta et al. |
| 8,247,176 B2 | 8/2012 | Petersen et al. |
| 8,248,597 B2 | 8/2012 | Goldberg |
| 8,268,245 B2 | 9/2012 | Wahl |
| 8,268,603 B2 | 9/2012 | Taylor et al. |
| 8,273,308 B2 | 9/2012 | Handique et al. |
| 8,287,820 B2 | 10/2012 | Williams et al. |
| 8,288,520 B2 | 10/2012 | Eder et al. |
| 8,323,584 B2 | 12/2012 | Ganesan |
| 8,323,899 B2 | 12/2012 | Sherman et al. |
| 8,323,900 B2 | 12/2012 | Handique et al. |
| 8,324,372 B2 | 12/2012 | Brahmasandra et al. |
| 8,349,564 B2 | 1/2013 | Macioszek et al. |
| 8,388,908 B2 | 3/2013 | Blaga et al. |
| 8,394,336 B2 | 3/2013 | Curcio |
| 8,404,198 B2 | 3/2013 | Amshey et al. |
| 8,415,103 B2 | 4/2013 | Handique |
| 8,420,015 B2 | 4/2013 | Ganesan et al. |
| 8,431,413 B2 | 4/2013 | Dority et al. |
| 8,440,149 B2 | 5/2013 | Handique |
| 8,449,833 B2 | 5/2013 | Nieuwenhuis |
| 8,470,586 B2 | 6/2013 | Wu et al. |
| 8,470,588 B2 | 6/2013 | Boehm et al. |
| 8,473,104 B2 | 6/2013 | Handique et al. |
| 8,480,976 B2 | 7/2013 | Breidenthal et al. |
| 8,491,178 B2 | 7/2013 | Breidenthal et al. |
| 8,501,461 B2 | 8/2013 | Knight et al. |
| 8,506,908 B2 | 8/2013 | Benn et al. |
| 8,513,962 B2 | 8/2013 | Kiyokawa et al. |
| 8,640,555 B2 | 2/2014 | Zenhausern et al. |
| 8,642,787 B2 | 2/2014 | Fukushima et al. |
| 8,672,532 B2 | 3/2014 | Jovanovich et al. |
| 8,709,787 B2 | 4/2014 | Handique |
| 8,734,761 B2 | 5/2014 | Willard et al. |
| 8,738,106 B2 | 5/2014 | Rabinowitz et al. |
| 8,852,862 B2 | 10/2014 | Wu et al. |
| 9,040,288 B2 | 5/2015 | Handique et al. |
| 9,050,594 B2 | 6/2015 | Williams et al. |
| 9,101,930 B2 | 8/2015 | Williams et al. |
| 9,180,451 B2 | 11/2015 | Ziglioli et al. |
| 9,238,809 B2 | 1/2016 | Khripin et al. |
| 9,339,812 B2 | 5/2016 | Williams et al. |
| 9,382,532 B2 | 7/2016 | Brahmasandra et al. |
| 9,618,506 B2 | 4/2017 | Lowe et al. |
| 9,663,779 B2 | 5/2017 | Fabis et al. |
| 2002/0160518 A1 | 10/2002 | Hayenga et al. |
| 2003/0170686 A1 | 9/2003 | Hoet et al. |
| 2004/0018611 A1 | 1/2004 | Ward et al. |
| 2004/0138154 A1 | 7/2004 | Yu et al. |
| 2005/0205199 A1 | 9/2005 | Green |
| 2005/0250199 A1 | 11/2005 | Anderson et al. |
| 2007/0184463 A1 | 8/2007 | Molho et al. |
| 2008/0057572 A1 | 3/2008 | Petersen et al. |
| 2008/0241569 A1 | 10/2008 | Qin et al. |

**US 10,010,888 B2**

Page 3

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2008/0280285 A1 | 11/2008 | Chen et al. |
| 2010/0009351 A1 | 1/2010 | Brahmasandra et al. |
| 2010/0029544 A1 | 2/2010 | Cheng et al. |
| 2010/0075311 A1 | 3/2010 | Barrault et al. |
| 2010/0300563 A1 | 12/2010 | Ramunas et al. |
| 2011/0003281 A1 | 1/2011 | Woudenberg et al. |
| 2011/0201099 A1 | 8/2011 | Anderson et al. |
| 2012/0046203 A1 | 2/2012 | Walsh et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 101842690 | 9/2010 |
| EP | 0707077 | 4/1996 |
| WO | 048164 | 6/2002 |
| WO | 003200 | 1/2004 |
| WO | 064635 | 6/2007 |
| WO | 097342 | 8/2008 |
| WO | 115626 | 9/2008 |
| WO | 022994 | 2/2009 |
| WO | 038536 | 3/2009 |
| WO | 072821 | 7/2010 |
| WO | 121315 | 10/2010 |



FIGURE 1A



FIGURE 1B



FIGURE 2A



FIGURE 2B



FIGURE 3A



FIGURE 3B



FIGURE 4

FIGURE 5A

FIGURE 5B



FIGURE 6A

FIGURE 6B



FIGURE 7A

FIGURE 7B

FIGURE 7C



FIGURE 7D



FIGURE 7E



FIGURE 8

FIGURE 9A

FIGURE 9B



FIGURE 9C

FIGURE 9D

FIGURE 9E



FIGURE 10A



FIGURE 10B



FIGURE 11A

FIGURE 11B

FIGURE 11C



FIGURE 12A



FIGURE 12B



FIGURE 12C

FIGURE 12D



FIGURE 13

Case 1:19-cv-01126-LPS   Document 169-4   Filed 02/25/21   Page 134 of 542 PageID #: 19743



FIGURE 14A

FIGURE 14B

FIGURE 14C



FIGURE 15

257

255

COUPLE TO
GANTRY 256

S440

S450

S410

FIGURE 16A



FIGURE 16B

FIGURE 16C



FIGURE 17A



FIGURE 17B



FIGURE 18A



FIGURE 18B



FIGURE 19



FIGURE 20



FIGURE 21A



FIGURE 21B



FIGURE 22



FIGURE 23



400

S405 — combining each biological sample of a set of biological samples with a buffer solution

S410 — combining each biological sample of a set of biological samples with a quantity of magnetic beads to produce a set of magnetic bead-sample mixtures

S420 — heating the set of magnetic bead-sample mixtures to produce a set of nucleic acid-magnetic bead samples

S430 — transferring each nucleic acid-magnetic bead sample of a set of nucleic aced-magnetic bead samples  to a corresponding fluidic pathway of a set of fluidic pathways

S440 — producing a set of purified nucleic acid volumes from the set of nucleic acid-magnet bead samples

S450 — combining each purified nucleic acid volume of the set of purified nucleic acid volumes with a molecular diagnostic reagent  to produce a set of nucleic acid-reagent mixtures

S460 — transferring each of the set of nucleic acid-reagent mixtures, through the corresponding fluidic pathway of the set of fluidic pathways, to a detection chamber

S470 — receiving light from the set of nucleic acid-reagent mixtures

S480 — generating a set of data based on light received form the set of nucleic acid-reagent mixtures

FIGURE 24A



transferring each nucleic acid-magnetic bead sample of a set of nucleic aced-magnetic bead samples  to a corresponding fluidic pathway of a set of fluidic pathways ⟩S430

occluding at least one fluidic pathway of the set of fluidic pathways at a subset of a set of occlusion positions to define at least one truncated fluidic pathway ⟩S432

FIGURE 24B

producing a set of purified nucleic acid volumes from the set of nucleic acid-magnet bead samples ⟩S440

providing a magnetic field such that each fluidic pathway in the set of fluidic pathways is configured to cross the magnetic field ⟩S441

providing a heater configured to span a heating region of the set of fluidic pathways ⟩S442

occluding at least one fluidic pathway of the set of fluidic pathways at a subset of a set of occlusion positions to define at least one truncated fluidic pathway containing a nucleic acid-magnet bead sample and coupled to a source for delivery of a wash solution and a release solution ⟩S443

delivering a wash solution through a portion of at least one fluidic pathway ⟩S444

delivering a release solution through a portion of at least one fluidic pathway ⟩S445

FIGURE 24C



transferring each of the set of nucleic acid-reagent
mixtures, through the corresponding fluidic pathway of the
set of fluidic pathways, to a detection chamber          S460

occluding at least one fluidic pathway of the set of fluidic
pathways at a subset of a set of occlusion positions
which functions to define at least one truncated fluidic
pathway coupled to a detection chamber of a set of
detection chambers          S462

FIGURE 24D

US 10,010,888 B2

1

# SYSTEM AND METHOD FOR PROCESSING AND DETECTING NUCLEIC ACIDS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 14/613,616, filed 4 Feb. 2015, which is a continuation-in-part application of U.S. application Ser. No. 13/766,359 filed on 13 Feb. 2013, which claims the benefit of U.S. Provisional Application Ser. No. 61/667,606, filed on 3 Jul. 2012, and U.S. Provisional Application Ser. No. 61/598,240, filed on 13 Feb. 2012, which are incorporated herein in their entirety by this reference. This application is also related to U.S. application Ser. No. 13/765,996, which is incorporated herein in its entirety by this reference.

This application is a continuation of U.S. application Ser. No. 14/613,616, filed 4 Feb. 2015, which also claims the benefit of U.S. Provisional Application Ser. No. 62/065,500, both of which are incorporated herein in their entirety by this reference.

## TECHNICAL FIELD

This invention relates generally to the molecular diagnostics field, and more specifically to an improved system and method for processing and detecting nucleic acids.

## BACKGROUND

Molecular diagnostics is a clinical laboratory discipline that has developed rapidly during the last 25 years. It originated from basic biochemistry and molecular biology research procedures, but now has become an independent discipline focused on routine analysis of nucleic acids (NA), including deoxyribonucleic acid (DNA) and ribonucleic acid (RNA) for diagnostic use in healthcare and other fields involving analysis of nucleic acids. Molecular diagnostic analysis of biological samples can include the detection of one or more nucleic acid materials present in the specimen. The particular analysis performed may be qualitative and/or quantitative. Methods of analysis typically involve isolation, purification, and amplification of nucleic acid materials, and polymerase chain reaction (PCR) is a common technique used to amplify nucleic acids. Often, a nucleic acid sample to be analyzed is obtained in insufficient quantity, quality, and/or purity, hindering a robust implementation of a diagnostic technique. Current sample processing methods and molecular diagnostic techniques are often labor/time intensive, low throughput, and expensive, and systems of analysis are insufficient. Furthermore, methods of isolation, processing, and amplification are specific to certain sample matrices and/or nucleic acid types and not applicable across common sample and nucleic acid types.

Due to these and other deficiencies of current molecular diagnostic systems and methods, there is thus a need for an improved system and method for processing and detecting nucleic acids. This invention provides such a system and method.

## BRIEF DESCRIPTION OF THE FIGURES

FIGS. **1**A-**1**B depict an embodiment of a system for processing and detecting nucleic acids;

FIGS. **2**A-**2**B depict an embodiment of elements, and a top view of an embodiment of a system worktable, respectively, of an embodiment of a system for processing and detecting nucleic acids;

2

FIGS. **3**A-**3**B depict an embodiment of a capture plate for combining a sample with magnetic beads;

FIG. **4** depicts an embodiment of a capture plate module to facilitate lysis of a biological sample and combination of the biological sample with magnetic beads;

FIGS. **5**A-**5**B depict an alternative embodiment of a capture plate;

FIGS. **6**A-**6**B depict embodiments of a molecular diagnostic module for processing and detecting nucleic acids;

FIGS. **7**A-**7**E depict a sequence of operations performed by elements of an embodiment of a molecular diagnostic module;

FIG. **8** depicts an embodiment of a microfluidic cartridge and an embodiment of a cartridge platform;

FIGS. **9**A-**9**B depict configurations of a linear actuator of an embodiment of a molecular diagnostic module;

FIGS. **9**C-**9**E depict configurations of a portion of an embodiment of a microfluidic cartridge and a molecular diagnostic module;

FIGS. **10**A-**10**B depict elements of an embodiment of a valve actuation subsystem of a molecular diagnostic module;

FIGS. **11**A-**11**C depict an embodiment of a valve actuation subsystem of a molecular diagnostic module;

FIGS. **12**A-**12**D depict elements of an embodiment of an optical subsystem of a molecular diagnostic module;

FIG. **13** depicts a side view of an alternative embodiment of a molecular diagnostic module for processing and detecting nucleic acids;

FIGS. **14**A-**14**C depict an embodiment of a fluid handling system of a system for processing and detecting nucleic acids;

FIG. **15** depicts embodiments of elements of the fluid handling system;

FIGS. **16**A-**16**C are schematics depicting example methods for processing and detecting nucleic acids;

FIGS. **17**A-**17**B show embodiments of consumables and reagents used in a system for processing and detecting nucleic acids;

FIGS. **18**A-**18**B depict an embodiment of an assay strip to facilitate analysis of a sample containing nucleic acids;

FIG. **19** depicts an embodiment of an assay strip holder;

FIG. **20** depicts an embodiment of an assay strip carrier;

FIGS. **21**A-**21**B show alternative embodiments of assay strip holders and assay strips, respectively;

FIG. **22** shows an embodiment of a filter to facilitate processing and detecting of nucleic acids;

FIG. **23** shows an embodiment of a filter holder to facilitate processing and detecting of nucleic acids; and

FIGS. **24**A-**24**D depict embodiments of a method for processing and detecting nucleic acids.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following description of preferred embodiments of the invention is not intended to limit the invention to these preferred embodiments, but rather to enable any person skilled in the art to make and use this invention.

1. System for Processing and Detecting Nucleic Acids

As shown in FIGS. **1**A-**1**B and **7**A, an embodiment of a system **100** for processing and detecting nucleic acids comprises: a capture plate no configured to facilitate binding of nucleic acids within a biological sample to a set of magnetic beads **119**; a molecular diagnostic module **130** comprising a microfluidic cartridge receiving module **140**, heating and cooling subsystem **150**, a magnet **160**, a valve actuation

US 10,010,888 B2

**3**

subsystem **170**, an optical subsystem **180**; and an assay strip **190** configured to facilitate mixing of molecular diagnostic reagents with a nucleic acid volume. Other embodiments of the system **100** may further comprise at least one of a capture plate module **120** configured to support the capture plate **110**; a filter **200** and filter holder **205** to facilitate sample preparation; a microfluidic cartridge **210** configured to facilitate sample processing; an assay strip holder **230**; an assay strip carrier **240**; a liquid handling system **250** configured to facilitate gas and fluid delivery to different elements of the system **100**; a processor configured to analyze data resulting from a run of the system **100**; and a user interface configured to allow a user to interact with the system **100**. The system **100** thus functions to receive biological samples containing nucleic acids (i.e., impure nucleic acid samples), separate nucleic acids from the biological samples, and analyze nucleic acid samples according to at least one molecular diagnostic protocol (e.g., PCR). Preferably, the system **100** is a walkaway system by which a user loads a set of biological samples containing nucleic acids, and receives a set of data resulting from a molecular diagnostic protocol without any further sample manipulation by the user. Alternatively, the system **100** facilitates aspects of sample preparation for a molecular diagnostic protocol, with some sample manipulation performed by the user.

In one example workflow of the system **100**, a liquid handling system **250** aspirates a set of biological samples containing nucleic acids (i.e., impure nucleic acid samples), and dispenses the set of biological samples into a capture plate **110** to be lysed and combined with magnetic beads (containing a proprietary affinity coating to bind the nucleic acids to the magnetic beads) by a capture plate module **120**. The liquid handling system **250** then aspirates substantially all of each sample of the set of lysed biological samples combined with magnetic beads (i.e., set of magnetic bead-samples) from the capture plate no, and dispenses the set of magnetic bead-samples into a microfluidic cartridge **210**, aligned within a cartridge receiving module **140** of a molecular diagnostic module **130**, and configured to be manipulated by the molecular diagnostic module **130**. A heating and cooling subsystem **150**, a magnet **160**, and a valve actuation subsystem **170** of the molecular diagnostic module **130** then facilitate separation of a set of nucleic acids from the magnetic bead-samples, as the liquid handling system **250** dispenses wash solutions, release solutions, and/or air at appropriate stages. The liquid handling system **250** then aspirates the set of nucleic acids from the microfluidic cartridge **210** contained within the molecular diagnostic module **130**, combines the set of nucleic acids with a set of molecular diagnostic reagents using an assay strip **190**, and dispenses the set of nucleic acids combined with the set of molecular diagnostic reagents (i.e., set of nucleic acid-reagent mixtures) into the microfluidic cartridge **210** within the molecular diagnostic module **130**. The detection chamber heaters **157**, optical subsystem **180** and valve actuation subsystem **170** of the molecular diagnostic module **130** then facilitate analysis of the set of nucleic acid-reagent mixtures by a processor configured to display information on a user interface.

As stated, the above workflow is just one example workflow of the system **100**, and other workflows of the system **100** and methods of processing and detecting nucleic acid samples are further described in Section 2 below. A detailed description of elements of an embodiment of the system **100** are described in sections 1.1-1.6 below.

**4**

1.1 System—Capture Plate and Capture Plate Module

As shown in FIGS. **3**A and **3**B, the capture plate **110** comprises a capture plate substrate **111** comprising a set of wells **112** and a puncturable foil seal **115**, and functions to facilitate binding of nucleic acids within a biological sample to a set of magnetic beads **119**. Preferably, the entire capture plate **110** is configured to be a consumable (i.e., disposable), such that each well of the capture plate **110** can only be used once yet the remaining unused wells can be used during additional runs of the system **100**. Alternatively, at least a portion of the capture plate **110** is configured to be reusable, such that additional mixing or reagent additions can be performed and portions of the capture plate **110** may be used for multiple runs of the system **100**. In one variation of the capture plate **110**, the capture plate substrate **111** is reusable, while the puncturable foil seal **115** is disposable and replaced after each run of the system **100**.

The capture plate substrate **111** is configured such that the capture plate **110** is capable of resting on a flat surface, can be stacked with another capture plate **110**, and also can be manipulated with industry standard instrument components for handling of microtiter plates. The capture plate substrate also functions to define the set of wells **112** and to couple to the puncturable foil seal **115**. The capture plate substrate **111** is preferably composed of a PCR-compatible polymer that can be heat processed to couple to the puncturable foil seal **115**, but can alternatively be composed of any appropriate material that can contain a fluid and be bonded to the puncturable foil seal **115**.

The set of wells **112** of the capture plate substrate **111** function to receive at least one biological sample which contain or are suspected of potentially containing nucleic acids, and to facilitate combination of the biological sample with a set of magnetic beads **119**. Preferably, the wells **113** are each configured to accommodate not only a biological sample, but also to facilitate mixing of the biological sample with a set of magnetic beads **119** (e.g., using a pipettor, the liquid handling system **250** or other apparatus), which preferably are preloaded in wells **112**, or alternatively may be added by an operator. Preferably, the wells are also deeper than they are wide to allow a significant number of wells **112** (e.g., **24**) with clinically relevant sample volumes, and evenly spaced to facilitate aspiration, delivery, and/or mixing of multiple biological samples (e.g., with a multi-tip pipettor). Alternatively, the wells are wider than they are deep to facilitate larger devices for mixing the biological samples with the magnetic beads **119**. Each well **113** of the set of wells **112** also preferably has a conically shaped bottom region, as shown in FIG. **3**A, to facilitate complete aspiration of a fluid from a well. Alternatively, each well **113** may not have a conically shaped bottom region. Additionally, in the orientation shown in FIG. **3**A, the tops of each well **113** in the set of wells **112** preferably form raised edges protruding from the capture plate substrate **111**, in order to facilitate sealing of each well **113** by the puncturable foil seal **115**. Alternatively, the tops of each well **113** in the set of wells **112** may not form raised edges protruding from the capture plate substrate in. The magnetic beads are preferably polymer beads, precoupled with a ligand for binding to a nucleic acid, and comprising a superparagmagnetic component. Additionally, the magnetic beads may be treated to be positively charged. However, the magnetic beads may alternatively be any appropriate magnetic beads (e.g., magnetic, parmagnetic, or superparamagnetic) configured to facilitate biomagnetic separation.

Each quantity of magnetic beads **119** may be accompanied by lysing reagents (e.g. proteinase K) and a sample process control comprising nucleic acid sequences for DNA

US 10,010,888 B2

5

and RNA, which function to lyse biological samples and to provide a mechanism by which sample process controls may be later detected to verify processing fidelity and assay accuracy. The sample process control comprising nucleic acid sequences for DNA and RNA allows one version of the capture plate to facilitate assays involving DNA and RNA detection. Preferably, the quantity of magnetic beads 119, lysing reagents, and sample process controls is dried within each well to improve shelf life; however, the quantity of magnetic beads 119, lysing reagents, and sample process controls may alternatively be in liquid form.

The puncturable foil seal 115 functions to isolate each well 113 of the set of wells 112, prevent contamination of the contents of each of the set of wells 112, protect the magnetic beads 119 and other reagents stored in wells 112 from degradation, and provide information identifying the capture plate 110. The puncturable foil seal 115 preferably seals each well 113 of the capture plate 110, and is configured to be punctured by an external element (e.g., by a pipette tip), such that each well is sealed prior to being punctured. In one variation, the puncturable foil seal 115 also forms a seal around an element that punctures it, and in another variation, the puncturable foil seal 115 does not form a seal around an element that punctures it, in order to prevent airlock. The puncturable foil seal 115 is also preferably labeled with identifying information including at least one of manufacturer information, capture plate contents, the lot of the contents, an expiry date, and a unique electronic tag (e.g., barcode or QR code) providing more information. Preferably, the puncturable foil seal 115 does not extend beyond the footprint of the capture plate 110, but alternatively, the puncturable foil seal 115 may be any appropriate size and/or include protruding features (e.g., tabs) that facilitate handling of the capture plate.

In one variation, the capture plate 110 may be prepackaged at least with magnetic beads 119, such that each well 113 in the set of wells 112 is prepackaged with a set of magnetic beads 119 defined by a specific quantity or concentration of magnetic beads. The set of wells 112 may then be sealed by the puncturable foil seal 115, which is configured to be punctured by an external element that delivers volumes of biological samples to be mixed with the magnetic beads 119. In another variation, the capture plate 110 may not be prepackaged with magnetic beads 119, but the wells 113 of the capture plate may still be sealed with a puncturable foil seal 115. In this variation, the puncturable foil seal 115 is configured to be punctured by at least one external element, for co-delivery of biological samples and magnetic beads intended to be combined.

A variation of the capture plate 110' may further comprise a slotted rubber membrane 116, as shown in FIGS. 5A and 5B, configured to provide access through the puncturable foil seal 115 to the set of wells 112. The slotted rubber membrane 116 thus functions to prevent or reduce splashing, evaporation, and/or aerosolization of contents of the set of wells 112. Preferably, the slotted rubber membrane 116 comprises slots that are self-sealing and centered over wells of the set of wells 112, and further does not extend beyond the footprint of the capture plate no. Alternatively, the slots of the slotted rubber membrane 116 may not be self-sealing, and/or the slotted rubber membrane 116 may be any appropriate size and comprise features that extend beyond the footprint of the capture plate no.

In a specific example, the capture plate 110 comprises 24 wells 113 with an 18 mm center-to-center pitch, each well having a volumetric capacity of 2 mL, and is compliant with Society for Laboratory Automation and Screening (SLAS)

6

standards. Each well 113 of the capture plate no in the specific example is also prepackaged with a specified quantity of magnetic beads 119, and comprises a protruding top edge that is heat sealed to a puncturable foil seal. In addition, each well 113 also contains other reagents beneficial for processing and monitoring the sample, including proteinase K and one or more specific nucleic acid stands designed to serve as a process control. The specific example of the capture plate no can thus combine two groups of 12 biological samples with magnetic beads. The capture plate 110 in the specific example is produced by injection molding, has a footprint of 127.75 mm×85.5 mm, and is composed of a PCR-compatible polypropylene based polymer with a high vapor barrier.

An embodiment of the system 100 may further comprise a capture plate module 120, as shown in FIG. 4, which functions to receive, support, and heat a capture plate 110. The capture plate module 120 preferably comprises a thermally conducting substrate 121 configured to cradle a capture plate 110, a capture plate heater 123, a capture plate receiving module 125, and a capture plate electronics module 127. Preferably, the capture plate module 120 functions to facilitate lysis of a biological sample deposited into a well 113 of the capture plate, and to facilitate binding of nucleic acids (i.e., within a lysed biological sample) to a quantity of magnetic beads 119 within a well 113 of the capture plate 110. In a specific example, the capture plate module 120 has dimensions of 108 mm×156 mm×45 mm and is configured to rest on a flat surface.

The thermally conducting substrate 121 is configured to cradle and support the capture plate 110, and functions to conduct heat to the set of wells 112 of the capture plate 110. Preferably, the thermally conducting substrate 121 is also configured to reversibly couple to the capture plate 110, and comprises a set of indentations 122 that encircle each well 113 in the set of wells 112. In one variation, the indentations 122 completely conform to the external surface of each well 113 of the capture plate 110, but in another variation, the indentations 122 may encircle a portion of each well 113 of the capture plate 110. Additionally, the indentations 122 are preferably thermally conducting in order to conduct heat to the set of wells 112, and portions of the thermally conducting substrate 121 aside from the indentations 122 are composed of non-conducting, rigid material. Alternatively, the entire thermally conducting substrate 121 may be composed of a material that is thermally conducting.

The capture plate heater 123 is preferably coupled to the thermally conducting substrate 121, and functions to transfer heat, through the thermally conducting substrate 121, to a well 113 of the capture plate 110. The capture plate heater 123 preferably conforms to at least a portion of an indentation 122 of the thermally conducting substrate 121, to facilitate heat transfer through the indentation 122 to an individual well 113 of the capture plate 110. In this variation, the capture plate heater 123 is one of a set of capture plate heaters 124, wherein each capture plate heater 123 in the set of capture plate heaters 124 transfers heat to an individual well 113 of the set of wells 112 of the capture plate 110. Alternatively, the capture plate heater 123 may conform to portions of multiple indentations 122 of the thermally conducting substrate 121, such that the capture plate heater 123 is configured to transfer heat to multiple wells 113 of the capture plate 110. Preferably, the capture plate heater 123 is a resistance heater, but alternatively, the capture plate heater 123 may be a Peltier or any appropriate heater configured to transfer heat to the capture plate 110. The capture plate heater 123 may also further couple to a heat sink.

US 10,010,888 B2

7

The capture plate receiving module **125** comprises a capture plate actuation system **126** that functions to couple the capture plate module **120** to a capture plate **110**. As shown in FIG. **4**, the capture plate actuation system **126** comprises a structural support with hinged grips **128** and at least one capture plate module actuator **129**. The capture plate module actuator **129** is preferably a push-type solenoid with a spring return, but may alternatively be any appropriate linear actuator, such as a hydraulic actuator. The structural support with hinged grips **128** preferably couples to the capture plate heater **123** and houses the capture plate module actuator **129**, such that, in a first configuration, actuation of the capture plate module actuator **129** outwardly displaces the hinged grips **128** (allowing the capture plate module **120** to receive a capture plate no), and in a second configuration, actuation of the capture plate module actuator **129** inwardly displaces the hinged grips **128** (allowing the capture plate module **120** to couple to the capture plate no). The structural support with hinged grips **128** may further comprise a textured and/or high-friction surface configured to grip a capture plate **110**, but alternatively may not comprise a textured and/or high-friction surface.

The capture plate electronics module **127** is coupled to the capture plate heater **123** and the capture plate actuation system **126**, and functions to enable control of the capture plate heater **123** and the capture plate actuation system **126**. Preferably, the capture plate electronics module **127** modulates an output of the capture plate heater **123**, in order to controllably heat at least one well **113** of the capture plate **110**. Additionally, the capture plate electronics module **127** preferably modulates the capture plate actuation system **126**, in order to controllably couple the capture plate module **120** to a capture plate **110**. Preferably, the capture plate electronics module **127** is coupled to an external power supply, such that the capture plate module **120** does not include an integrated power supply; however, in alternative embodiments, the capture plate electronics module **127** may be coupled to a power supply integrated with the capture plate module **120**.

1.2 System—Molecular Diagnostic Module

As shown in FIGS. **6**A and **6**B, an embodiment of the molecular diagnostic module **130** of the system **100** includes a cartridge receiving module **140**, a heating and cooling subsystem **150**, a magnet **160**, a valve actuation subsystem **170**, and an optical subsystem **180**, and functions to manipulate a microfluidic cartridge **210** for processing of a biological sample containing nucleic acids. The molecular diagnostic module **130** is preferably configured to operate in parallel with at least one other molecular diagnostic module **130**, such that multiple microfluidic cartridges **210** containing biological samples may be processed simultaneously. In a first variation, the molecular diagnostic module **130** is configured to be stackable with another molecular diagnostic module **130** in a manner that enables access to a microfluidic cartridge **210** within each molecular diagnostic module **130**; an example of the first variation is shown in FIG. **6**B, where the molecular diagnostic modules **130** are stacked in a staggered configuration. In the first variation, each molecular diagnostic module **130** may further comprise locking pins or other appropriate mechanisms to couple the stacked molecular diagnostic modules **130** together. In another variation, the molecular diagnostic module **130** may not be configured to stack with another molecular diagnostic module, such that the molecular diagnostic modules **130** are configured to rest side-by-side on the same plane. Elements of an embodiment of the molecular diagnostic module **130** are further described in sections 1.2.1 to 1.2.5 below.

8

1.2.1 Molecular Diagnostic Module—Cartridge Receiving Module

As shown in FIG. **9**A, the cartridge receiving module **140** of the molecular diagnostic module **130** comprises a cartridge platform **141** including a cartridge loading guiderail **142**, a cartridge stop **143**, a magnet receiving slot **144**, and a set of valve actuation slots **145**; a linear actuator **146** configured to displace a microfluidic cartridge **210** resting on the cartridge platform **141**; and a set of springs **148** coupled to the cartridge platform **141**. The cartridge receiving module **140** thus functions to receive, align, and compress a microfluidic cartridge **210** for processing of a biological sample according to a molecular diagnostic assay protocol. As shown in FIGS. **7**A-**7**C, the cartridge platform **141** is preferably configured to receive a microfluidic cartridge **210** along a cartridge loading guiderail **142** until it reaches a cartridge stop **143**, and be vertically displaced by the linear actuator **146**, which causes a biasing force against the set of springs **148** coupled to the cartridge platform **141**. The magnet receiving slot **144** and the set of valve actuation slots **145** provide access, by a magnet **160** and a valve actuation subsystem **170**, to the microfluidic cartridge **210**, as the microfluidic cartridge is vertically displaced by the linear actuator **146**.

The cartridge platform **141** includes a cartridge loading guiderail **142**, a cartridge stop **143**, a magnet receiving slot **144**, and a set of valve actuation slots **145**, and functions to receive and align a microfluidic cartridge **210**, while providing access to the microfluidic cartridge **210** by a magnet **160** and a valve actuation subsystem **170**. As shown in FIG. **8**, an embodiment of the cartridge platform **141** includes a pair of parallel cartridge loading guiderails **142**, initiating at a pair of inwardly tapering protrusions configured to guide a microfluidic cartridge toward the pair of parallel cartridge loading guiderails **142**, and spanning two short edges of the cartridge platform **141**. The embodiment of the cartridge platform **141** also includes a cartridge stop **143** comprising a vertical tab oriented perpendicular to the cartridge loading guiderails **142**, and spanning a long edge of the cartridge platform **141**. Preferably, the cartridge loading guiderails **142** and the cartridge stop **143** are configured such that a microfluidic cartridge **210** slides between the cartridge loading guiderails **142** and hits the cartridge stop **143** to signal proper alignment. Alternatively, the cartridge loading guiderails **142** and the cartridge stop **143** may be configured such that a microfluidic cartridge slides over or along the cartridge loading guiderails **142**, after which the cartridge stop **143** couples to a portion of the microfluidic cartridge **210** to ensure proper alignment of the microfluidic cartridge. Additional variations of the cartridge loading guiderails **142** and the cartridge stop **143** may be used to enable reception and alignment of a microfluidic cartridge **210** by the molecular diagnostic module **130**, and are known by those skilled in the art.

The embodiment of the cartridge platform **141** shown in FIG. **8** also includes a set of valve actuation slots **145**, oriented perpendicular to the parallel cartridge loading guiderails **142** and configured to provide access to a valve actuation subsystem **170**, and a magnet receiving slot **144** located among the set of valve actuation slots **145**. Preferably, the magnet receiving slot **144** and the set of valve actuation slots **145** substantially span a long dimension of the cartridge platform **141**, as shown in FIG. **8**, and are configured to correspond to locations on a microfluidic cartridge **210** requiring a magnetic field and/or valving to enable processing of a biological sample and nucleic acid detection once the microfluidic cartridge **210** has been

US 10,010,888 B2

9

aligned within the molecular diagnostic module **130**. Thus, alternative configurations of the magnet receiving slot **144** and the set of valve actuation slots **145** may accommodate other cartridges with alternative regions requiring magnetic fields and/or valving to enable other protocols. In one alternative embodiment, the magnet receiving slot **144** and the set of valve actuation slots may comprise one continuous void of the cartridge platform **141**, such that the cartridge platform **141** supports a microfluidic cartridge **210** along the periphery of the microfluidic cartridge **210**, but forms a continuous void under a majority of the footprint of the microfluidic cartridge **210**.

The linear actuator **146** functions to linearly displace a microfluidic cartridge **210** resting on the cartridge platform **141**, in order to compress the microfluidic cartridge **210** and position the microfluidic cartridge **210** between a cartridge heater **153** and an optical subsystem **180** on one side of the microfluidic cartridge **210**, and a magnet **160** and detection chamber heaters **157** on another side of the microfluidic cartridge **210**. The linear actuator **146** also functions to provide a sufficient counterforce to the valve actuation subsystem **170** such that a microfluidic cartridge **210** within the molecular diagnostic module **130** remains properly situated upon manipulation by the valve actuation subsystem **170**. The linear actuator **146** further functions to move a nozzle **149** coupled to the liquid handling system **250**, in order to couple the liquid handling system **250** to a fluid port **222** of the microfluidic cartridge **210**. In the orientation of the molecular diagnostic module **130** shown in FIGS. 7B and 7B, the linear actuator **146** is preferably coupled to a portion of the heating and cooling subsystem **150** a portion of the optical subsystem **180**, and the nozzle **149**, and vertically displaces the cartridge heater **153**, the optical subsystem **180**, and the nozzle **149** to position the cartridge heater **153**, **180** and the nozzle **149** over the microfluidic cartridge **210**. The vertical displacement also allows the microfluidic cartridge **210** to receive a magnet **160**, which provides a magnetic field to facilitate a subset of a molecular diagnostic protocol, and detection chamber heaters **157**, which allows amplification of nucleic acids for molecular diagnostic protocols requiring heating and cooling of the nucleic acid (e.g. PCR). Preferably, the linear actuator **146** is a scissor jack actuator configured to apply substantially uniform pressure over all occlusion positions of a microfluidic cartridge **210** aligned within the molecular diagnostic module **130**, and to operate in at least two configurations. In a retracted configuration **146a**, as shown in FIG. 9A, the scissor jack actuator has not linearly displaced the cartridge platform **141**, and in an extended configuration **146b**, as shown in FIG. 9B, the scissor jack actuator has linearly displaced the microfluidic cartridge **210** to position the microfluidic cartridge **210** between the subsystems **153**, and **180**, and the magnet **160** and detection chamber heaters **157**. Additionally, the extended configuration **146b** of the scissor jack actuator is configured to couple the nozzle **149** to a fluid port **222** of the microfluidic cartridge **210**, such that the liquid handling system **250** can deliver solutions and gases for processing of biological samples. The linear actuator **146** may alternatively be any appropriate linear actuator, such as a hydraulic, pneumatic, or motor-driven linear actuator, configured to linearly displace a microfluidic cartridge within the molecular diagnostic module **130**.

As shown in FIGS. 7B, 7C, and 8, a set of springs **148** is coupled to the cartridge platform **141** and functions to provide a counteracting force against the linear actuator **146** as the linear actuator **146** displaces a microfluidic cartridge **210** resting on the cartridge platform **141**. The set of springs

10

**148** thus allows the cartridge platform **141** to return to a position that allows the microfluidic cartridge **210** to be loaded and unloaded from the molecular diagnostic module **130** when the linear actuator **146** is in a retracted configuration **146b**, as shown in FIG. 7B. Preferably, in the orientation shown in FIG. 7B, the set of springs **148** is located at peripheral regions of the bottom side of the cartridge platform **141**, such that the set of springs **148** does not interfere with the magnet or the valve actuation subsystem **170**. Alternatively, the set of springs **148** may be located at any appropriate position to provide a counteracting force against the linear actuator **146**. In a specific example shown in FIG. 6A, the set of springs **148** comprises four springs located near corners of the bottom side of the cartridge platform **141**, but in other variations, the set of springs **148** may comprise any appropriate number of springs. Each spring of the set of springs **148** is also preferably housed within a guide to prevent deviations from linear vertical motions (in the orientation shown in FIG. 7B); however, each spring in the set of springs **148** may alternatively not be housed within a guide. In an alternative embodiment of the molecular diagnostic module **130**, the set of springs **148** may altogether be replaced by a second linear actuator configured to linearly displace a microfluidic cartridge **210**, resting on the cartridge platform **141**, in a direction opposite to the displacements enforced by the linear actuator **146**, and/or by any other suitable element (e.g., elastomeric element) configured to provide a biasing force against a microfluidic cartridge **210** at the cartridge platform **141**.

Similarly, the nozzle **149**, the heating and cooling subsystem **150**, the cartridge heater **153**, and the magnet **160** are preferably coupled to springs, such that springs are positioned between elements **149**, **150**, **153**, and **160**, and substrates that elements **149**, **150**, **153**, and **160** are mounted to. Alternatively an elastomeric material is preferably positioned between elements **149**, **150**, **153**, and **160**, and substrates that elements **149**, **150**, **153**, and **160** are mounted to. The springs and/or elastomeric material function to provide proper functioning and alignment of subsystems of the molecular diagnostic module **130** as the linear actuator **146** is extended or retracted, contributing to reliability and a reduction in stack up tolerance risk. The springs and/or elastomeric material further function to allow more pressure to be applied to occlusion positions of a microfluidic cartridge **210** aligned within the molecular diagnostic module **130**, and an appropriate pressure to be applied to elements **149**, **150**, **153** and **160** of the molecular diagnostic module **130**. Thus, proper contact is maintained between elements **149**, **150**, **153**, and **160**, and a microfluidic cartridge **210** being manipulated by the molecular diagnostic module. These elements are described in further detail below.

1.2.2 Molecular Diagnostic Module—Heating/Cooling Subsystem and Magnet

The heating and cooling subsystem **150** of the molecular diagnostic module **130** comprises a cartridge heater **153**, a fan **155**, and a set of detection chamber heaters **157** and functions to controllably heat portions of a microfluidic cartridge **210** for processing of a biological sample containing nucleic acids according to a molecular diagnostic protocol. In the orientation of an embodiment of the molecular diagnostic module **130** shown in FIGS. 7A-7C, the cartridge heater **153** is preferably coupled to the linear actuator **146** of the cartridge receiving module **140** and configured to span a central region of a microfluidic cartridge **210** aligned within the molecular diagnostic module **130**, the fan **155** is located at a back wall of the cartridge receiving module **140**, and the set of detection chamber heaters **157** is located inferior to a

US 10,010,888 B2

11

set of detection chambers **213** of the microfluidic cartridge **210**. In alternative embodiments of the molecular diagnostic module **130**, the heating and cooling subsystem **150** may have any appropriate alternative configuration that provides controlled heating and cooling to a microfluidic cartridge within the molecular diagnostic module **130**.

The cartridge heater **153** functions to transfer heat to a heating region **224** of a microfluidic cartridge **210**, for inducing a pH shift to release bound nucleic acids from magnetic beads within the heating region **224**. The cartridge heater **153** is preferably a plate-shaped heater configured to transfer heat to the microfluidic cartridge **210** only from one side of the cartridge heater **153**, such that heat flows through one face of the plate-shaped heater to the microfluidic cartridge **210**. In a specific example, the cartridge heater **153** is a silicon wafer etched to be conductive and form a resistance heater. In the preferred variation, the cartridge heater **153** is either flip-chip bonded (i.e., soldered to back side of a circuit board), or wire bonded to a circuit board, and then coupled using linear bearings and springs to a plate coupled to the linear actuator **146**. The preferred variation allows independent control of 12 independent channels, corresponding to 12 different pathways for sample processing. In another variation, heating through one face is accomplished using a plate-shaped resistance heater that has one exposed face and thermal insulation covering all other faces, and in yet another variation heating through one face is accomplished using a Peltier heater. In a variation of the cartridge heater **153** using a Peltier heater, the cartridge heater **153** comprises a thermoelectric material, and produces different temperatures on opposite faces of the cartridge heater **153** in response to a voltage difference placed across the thermoelectric material. Thus, when a current flows through the Peltier heater, one face of the Peltier heater lowers in temperature, and another face of the Peltier heater increases in temperature. Alternative variations of the cartridge heater **153** can be used to appropriately transfer heat to a heating region **224** of the microfluidic cartridge **210**.

Preferably, the cartridge heater **153** is configured to linearly translate with the linear actuator **146** of the cartridge receiving module **140**, in order to align with a heating region **224** spanning a central portion of a microfluidic cartridge **210** aligned within the molecular diagnostic module **130**. In one variation, the cartridge heater **153** is preferably fixed relative to the linear actuator **146** such that (in the orientation shown in FIGS. 7B-7C), the cartridge heater **153** can only move vertically with the linear actuator. In an alternative variation, the cartridge heater **153** may additionally be configured to translate laterally with a horizontal plane (in the orientation shown in FIGS. 7B-7C), such that the cartridge heater **153** can translate in at least two perpendicular coordinate planes. In this alternative variation, the cartridge heater **153** can be configured to sweep across a surface of a microfluidic cartridge **210** aligned within the molecular diagnostic module **130**, or to translate in response to motion of the microfluidic cartridge **210**, such that the position of the cartridge heater **153** relative to a heating region **224** of the microfluidic cartridge **210** is always fixed.

The fan **155** functions to modulate heat control within the molecular diagnostic module **130**, by enabling heat transfer from warm objects within the molecular diagnostic module **130** to cooler air external to the molecular diagnostic module **130**. In the orientation shown in FIG. 6A, the fan **155** is preferably located at a back face of the molecular diagnostic module **130**, such that within the molecular diagnostic module **130** is transferred out of the back face of the molecular diagnostic module **130** to cooler air external to the

12

molecular diagnostic module. In a specific embodiment, the molecular diagnostic module **130** comprises four fans **155** located at the back face of the molecular diagnostic module **130**; however, in alternative embodiments the molecular diagnostic module **130** may comprise any appropriate number of fans located at any appropriate position of the molecular diagnostic module **130**. In one variation, the fan **155** may be passive and driven solely by convection currents resulting from motion of hot air within the molecular diagnostic module to cooler air outside of the molecular diagnostic module; however, in alternative variations, the fan **155** may be motor-driven and configured to actively cool internal components of the molecular diagnostic module **130** if molecular diagnostic module elements exceed a certain threshold temperature.

The set of detection chamber heaters **157** functions to individually heat detection chambers of a set of detection chambers **213** within a microfluidic cartridge **210**. Each detection chamber heater in the set of detection chamber heaters **157** is preferably configured to heat one side of one detection chamber in the set of detection chambers **213**, and is preferably located such that the extended configuration **146b** of the linear actuator **146** of the cartridge receiving module **140** puts a detection chamber in proximity to a detection chamber heater. As mentioned above, the set of detection chamber heaters **157** is preferably coupled to springs or an elastomeric layer to ensure direct contact between the set of detection chamber heaters and a set of detection chambers, without compressively damaging the set of detection chamber heater **157**. Preferably, each detection chamber heater is configured to contact a surface of a detection chamber in the extended configuration **146b** of the linear actuator **146**; however, each detection chamber heater may be further configured to couple to a detection chamber in the extended configuration **146b** of the linear actuator **146**. In a first variation, the set of detection chamber heaters **157** comprises silicon chip heaters flip chipped to one surface of a flexible printed circuit board, with a set of springs coupled to an opposite surface of the flexible printed circuit board, such that each spring in the set of springs aligns with a detection chamber heater. In the first variation, contact between each detection chamber heater and a detection chamber is thus maintained by a biasing force provided by an individual spring through the flexible printed circuit board. In a second variation, the set of detection chamber heaters **157** comprises silicon chip heaters flip chipped to one surface of a rigid printed circuit board, with a set of springs coupled to an opposite surface of the rigid printed circuit board. In the second variation, the set of springs thus function to collectively transfer a force through the rigid printed circuit board to maintain contact between the set of detection chamber heaters and a set of detection chambers. Preferably, each detection chamber heater in the set of detection chamber heaters **157** is configured to contact and heat a bottom surface of a detection chamber (in the orientation shown in FIG. 7B); however, each detection chamber heater may alternatively be configured to contact and heat both a top and a bottom surface of a detection chamber. Additionally, each detection chamber heater preferably corresponds to a specific detection chamber of the set of detection chambers **213** and functions to individually heat the specific detection chamber; however, alternatively, each detection chamber heater may be configured to heat multiple detection chambers in the set of detection chambers **213**. Preferably, all detection chamber heaters in the set of detection chamber heaters **157** are identical; however, the set

US 10,010,888 B2

13

of detection chamber heaters **157** may alternatively not comprise identical detection chamber heaters.

In one variation, each detection chamber heater in the set of detection chamber heaters **157** comprises a donut-shaped heater, configured to encircle a surface of a detection chamber. The donut-shaped heater may further include a conducting mesh configured to allow detection through the heater while still allowing efficient heat transfer to the detection chamber. In an alternative variation, each detection chamber heater in the set of detection chamber heaters **157** may include a plate-shaped Peltier heater, similar to Peltier cartridge heater **153** described above. In this alternative variation, each detection chamber heater is thus configured to heat one side of a detection chamber through one face of the detection chamber heater. In one specific example, the molecular diagnostic module **130** comprises 12 diced silicon wafers with conductive channels flip chipped to 12 detection chambers, providing resistive heating to each of the 12 detection chambers. In another specific example, the molecular diagnostic module **130** comprises a 12 Peltier detection chamber heaters configured to heat 12 detection chambers of a microfluidic cartridge **210** aligned within the molecular diagnostic module **130**. In other alternative variations, each detection chamber heater may comprise any appropriate heater configured to individually heat a detection chamber.

In some variations, reflection from the set of detection chamber heaters **157** can interfere with light transmitted to photodetectors of the optical subsystem **180** (e.g., light emitted from the set of biological samples, light transmitted through filters of an optical subsystem), especially in configurations wherein the set of detection chambers **213** of a microfluidic cartridge **210** are positioned between detection chamber heaters **157** and optical elements of an optical subsystem **180**. In these variations, the set of detection chamber heaters **157** can include elements that reduce or eliminate reflection from the set of detection chamber heaters **157**, thereby facilitating analysis of the set of biological samples. In one variation, the set of detection chamber heaters **157** can include or be coupled to non-reflective coatings at surfaces of the set of detection chamber heaters **157** upon which light from the optical subsystem **180** impinges. In a specific example, the non-reflective coating can comprise a high-temperature paint (e.g., dark paint, flat paint) that absorbs and/or diffuses light from the optical subsystem **180**, while facilitating heat transfer to a set of detection chambers **213** of a microfluidic cartridge **210**. In another variation, the set of detection chamber heaters can be in misalignment with photodetectors of the optical subsystem **180**, such that reflection does not interfere with light transmitted to the photodetectors of the optical subsystem **180**. In one example, the set of detection chamber heaters can be configured to heat a set of detection chambers **213** from a first direction, and the optical subsystem **180** can be configured to receive light from the set of detection chambers **213** from a second direction (e.g., a direction non-parallel to the first direction), such that reflection from the detection chamber heaters **157** does not cause interference. In still other variations, the set of detection chamber heaters **157** can include any other suitable elements (e.g., coatings, layers, etc.) and/or be configured in any other suitable manner that eliminates, prevents, or mitigates reflection from the set of detection chamber heaters **157** from interfering with light transmitted to photodetectors of the optical subsystem **180**.

The magnet **160** of the molecular diagnostic module **130** functions to provide a magnetic field for isolation and

14

extraction of nucleic acids bound to magnetic beads within a microfluidic cartridge **210**, aligned within the molecular diagnostic module **130**. Preferably, the magnet **160** is fixed within the molecular diagnostic module **130**, such that the extended configuration **146***b* of the linear actuator **146** allows the magnet **160** to pass through the magnet receiving slot **144** of the cartridge receiving module **140** and into a magnet housing region **218** of the microfluidic cartridge **210**. In an example, as shown in FIGS. 7A-7C, the magnet **160** is a rectangular prism-shaped magnet **160** fixed under the cartridge platform **141**, and configured to pass through the cartridge platform **141**, into a magnet housing region **218** located at a surface of the microfluidic cartridge **210** directly opposing the heating region **224** of the microfluidic cartridge **210**. As such, in some variations, a projection of the heating region **224** onto a plane at least partially overlaps with a projection of the magnet housing region **218** onto the plane. However, the magnet housing region **218** and the heating region **224** of the microfluidic cartridge **210** can be in thermal communication in any other suitable manner. Preferably, the magnet **160** is one of multiple magnets (e.g., 2-3 magnets) lined up in parallel, such that each of the fluidic pathways of a microfluidic cartridge housing the magnets is exposed to a multiplied magnetic flux (e.g., two or three times as much magnetic flux), and a multiplied opportunity to capture magnetic beads. Alternatively, the magnet **160** is a single magnet configured to expose a set of fluidic pathways to a magnetic field. Preferably, the magnet **160** or group of multiple magnets is coupled to a magnet holder within the molecular diagnostic module **130**. Additionally, the magnet holder is preferably composed of an insulating material, such that the magnet holder does not interfere with proper functioning of the cartridge heater **153**. Alternatively, the magnet holder may not be composed of an insulating material.

In one variation, the magnet **160** or group of multiple magnets comprises a permanent magnet, composed of a magnetized material (e.g., a ferromagnet) providing a substantially fixed magnetic field. In an alternative variation, the magnet **160** or group of multiple magnets comprises an electromagnet configured to provide a modifiable magnetic field, such that the intensity of the magnetic field can be adjusted, the polarity of the magnetic field can be reversed, and the magnetic field can be substantially removed upon removal of a current flowing within the electromagnet. Preferably, the magnet **160** or group of magnets is also fixed relative to the molecular diagnostic module **130**; however, the magnet **160** or group of magnets may alternatively be configured to translate vertically (in the orientation shown in FIG. 7B), such that the magnet **160** or group of magnets can extend into and retract from the magnet receiving slot **144** of the cartridge platform **141** and the magnet housing region **218** of the microfluidic cartridge **210**. Additionally, the magnet **160** or group of magnets preferably rides on linear bearings and/or springs (or an elastomeric material) to ensure proper contact with a microfluidic cartridge in an extended configuration **146***b* of the linear actuator **146**, in a manner that allows most of force from the linear actuator **146** to translate to full occlusion of a subset of the set of occlusion positions (i.e., without leakage).

In some variations, wherein a magnet housing region **218** of the microfluidic cartridge **210** is located at a surface of the microfluidic cartridge **210** directly opposing the heating region **224** of the microfluidic cartridge **210**, all or a subset of the magnet(s) **160** can be heated, such that the magnet(s) do not provide a heat sink at surfaces of the microfluidic cartridge **210** opposing the cartridge heater **153** and/or any

US 10,010,888 B2

15

other portion of the microfluidic cartridge 210 intended to have a desired heated state (e.g., a portion of the microfluidic cartridge proximal the set of detection chamber heaters 157). Preferably, heating of the magnet(s) 160 of the molecular diagnostic module is performed in a manner that does disrupt alignment of magnetic domains (e.g., for a permanent magnet), such that a magnetic field provided by the magnet(s) 160 does not diminish in strength. As such, a magnet 160 of the molecular diagnostic module 130 is preferably heated to a temperature less than its Curie point, or can additionally or alternatively comprise a magnetic material with a sufficiently high Curie point (e.g., a Curie point characterized by a higher temperature than temperatures required for processing of samples at the microfluidic cartridge 210). In one example, the magnet(s) 160 can thus be configured to be heated to one or more temperatures in synchronization with temperatures of the cartridge heater 153, in order to further increase uniformity of heating through the microfluidic cartridge (e.g., from a heating region 224 to a magnet-housing region). The magnet 160 can, however, be any other suitable magnet (e.g., permanent magnet, electromagnet) that is not disrupted by heating within the range of temperatures required for processing of samples at the microfluidic cartridge 210. Furthermore, the magnet(s) 160 of the molecular diagnostic module 130 can be configured to be heated with any suitable temperature output, such that the magnet(s) facilitate generation of any suitable heating profile (e.g., non-uniform heating profile, uniform heating profile, etc.) through the microfluidic cartridge 210.

In one variation, the molecular diagnostic module 130 can comprise at least one magnet 160 coupled to a magnet heating element, such that the magnet heating element heats the magnet 160 to a desired state. In one example of this variation, the molecular diagnostic module 130 can comprise a set of magnets 260, wherein each magnet 160 of the set of magnets 260 is coupled to a magnet heating element 261 at least at one surface of the magnet. As such, the magnet heating element can be coupled to a surface of the magnet 160, can wrap about multiple surfaces of the magnet, can be at least partially embedded in the magnet, and/or can be coupled to the magnet in any other suitable manner. In one specific example, as shown in FIG. 9E, each magnet 160 of the set of magnets 260 is separated from an adjacent magnet by a magnet heating element 261, and in another specific example, each magnet 160 of the set of magnets has a magnet heating element coupled to a distal end of the magnet 160, wherein the distal end of the magnet 160 is configured to interface with the magnet housing region 218 of the microfluidic cartridge 210. The magnet(s) 160 and the magnet heating element(s) 261 of the microfluidic cartridge 210 can, however, be configured in any other suitable manner.

Additionally or alternatively, the molecular diagnostic module 130 can be configured with an insulation gap between the magnet(s) 160 and a surface of the microfluidic cartridge 210 proximal the magnet housing region 218, such that the magnet(s) 160 do not interfere with heating of the microfluidic cartridge 210. The insulation gap can be an air gap within the system or can additionally or alternatively comprise any other suitable insulating layer situated between the magnet(s) 160 and the surface of the microfluidic cartridge 210 opposing the cartridge heater 153.

In any of the above embodiments and variations of the magnet(s), the magnet(s) are preferably configured to span a substantial portion of a capture segment 263 (e.g., an s-shaped capture segment with a characteristic width) of the

16

microfluidic cartridge 210, by way of the magnet housing region 218, wherein the capture segment is a portion of a fluidic pathway configured to facilitate capture of target particles bound to magnetic particles. As such, the magnet is preferably substantially wide in order to span a majority of the capture segment and provide a desired gradient of magnetic strength at the capture segment, by way of the magnet housing region 218 of the microfluidic cartridge 210. Additionally, the strength of the magnet(s) can be adjusted to prevent clogging within the capture segment, for instance, by adjusting morphology, composition, and/or any other suitable characteristic of the magnet(s). In one specific example, the magnet is wide enough to span a majority, but not all, of an s-shaped capture segment 263 of a microfluidic cartridge, by crossing the s-shaped capture segment in an orientation perpendicular to a flow direction through the s-shaped capture segment 163, as shown in FIGS. 9C-9E; however, the magnet(s) 160 can alternatively be configured in any other suitable manner.

Alternative configurations and/or compositions of the magnet 160 may also be appropriate in facilitating isolation and extraction of nucleic acids bound to magnetic beads within the microfluidic cartridge 210.

1.2.3 Molecular Diagnostic Module—Valve Actuation Subsystem

As shown in FIGS. 10A-11C, the valve actuation subsystem 170 of the molecular diagnostic module 130 comprises a set of pins 172 configured to translate linearly within a pin housing 175, by sliding a cam card 177 laterally over the pins 172. The valve actuation subsystem 170 functions to provide a biasing force to deform an object in contact with the set of pins 172. In a configuration wherein a microfluidic cartridge 210 is aligned within the molecular diagnostic module 130, the valve actuation subsystem 170 thus functions to occlude a fluidic pathway 220 of the microfluidic cartridge 210 at a set of occlusion positions 226, to control flow of a biological sample containing nucleic acids, reagents and/or air through the microfluidic cartridge 210. In an embodiment of the molecular diagnostic module shown in FIGS. 7D-7E, the set of pins 172 and the pin housing are located directly under the microfluidic cartridge 210, such that the set of pins can access the microfluidic cartridge 210 through the valve actuation accommodating slots 145 of the cartridge platform 141. The cam card 177 in the embodiment is positioned under the set of pins and is coupled to a linear cam card actuator 178 configured to laterally displace the cam card 177 to vertically displace pins of the set of pins 172. Preferably, as shown in FIG. 11A, the cam card 177 rests on a low friction surface configured to facilitate lateral displacement of the cam card 177; however, the cam card 177 may alternatively rest on a bed of ball bearings to facilitate lateral displacement of the cam card 177, or may rest on any feature that allows the cam card 177 to be laterally displaced by the linear cam card actuator 178.

The cam card 177, as shown in FIGS. 7D and 11A, includes a set of hills 176 and valleys 179, and functions to transform linear motion in one plane to vertical motion in another plane. In one variation, the cam card 177 is coupled to a linear actuator and contacts the ends of pins in a set of pins 172, such that when a hill 176 of the cam card 177 passes under a pin, the pin is in a raised configuration 177a, and when a valley 179 of the cam card 177 passes under a pin, the pin is in a lowered configuration 177b. The hills 176 and valleys 179 of the cam card 177 are preferably in a set configuration, as shown in FIG. 11B, such that lateral motion of the cam card 177 to a set position raises a fixed subset of the set of pins 172. In this manner, lateral movement of the

US 10,010,888 B2

17 18

cam card **177** to different positions of a set of positions consistently raises different subsets of the set of pins **172** to occlude different portions of a fluidic pathway **220** of a microfluidic cartridge **210** in contact with the set of pins **172**. Thus, portions of a fluidic pathway **220** may be selectively occluded and opened to facilitate processing of a biological sample according to any appropriate tissue, cellular, or molecular diagnostic assay protocol. In one variation, the cam card is configured to be laterally displaced in two coordinate directions within a plane (e.g., by x-y linear actuators), and in another variation, the cam card is configured to be laterally displaced in only one coordinate direction within a plane (e.g., by a single linear actuator). In a specific example, the hills **176** of the cam card **177** are raised 1 mm above the valleys **179** of the cam card **177**, the hills **176** and valleys **179** each have a 2 mm wide plateau region, and a hill **176** region slopes down to a valley region **179** at a fixed angle over a 2 mm length. In the specific example, the cam card **177** is driven by a Firgelli linear actuator. Alternative variations may include any appropriate configurations and geometries of a cam card with hills **176** and valleys **179**, driven by any appropriate actuator.

In alternative embodiments of the valve actuation subsystem **170**, the cam card **177** may be a cam card wheel comprising a set of hills **176** and valleys **179** on a cylindrical surface, and configured to convert rotary motion to linear (i.e., vertical) motion of the set of pins **172**. The cam card wheel may be configured to contact ends of pins in the set of pins **172**, and may be coupled to a motor shaft and driven by a motor. In other alternative embodiments of the valve actuation subsystem **170**, the cam card **177** may altogether be replaced by a set of cams, each configured to individually rotate about an axis. In these alternative embodiments, rotating subsets of the set of cams raises corresponding subsets of the set of pins, and occludes specific portions of a fluidic pathway **220** of a microfluidic cartridge **210** in contact with the set of pins **172**.

The set of pins **172** functions to selectively occlude portions of a fluidic pathway **220** of a microfluidic cartridge **210** at least at subsets of a set of occlusion positions **226**. The pins of the set of pins **172** are preferably cylindrical and, in the orientation shown in FIG. **11**A, configured to slide over a cam card **177** and within a pin housing **175**. Each pin in the set of pins **172** preferably also includes a first spring **173** that functions to provide a counteracting force to restore a pin to a lowered configuration **177***b*; however, each pin in the set of pins **172** may alternative not include a first spring **173**, and rely solely on gravity to return to a lowered configuration **177***b*. Preferably, as shown in FIG. **11**C, each pin is also composed of two parts separated by a second spring, which functions to allow sufficient force to fully occlude a microfluidic channel but prevents forces from being generated that could damage the pin, microfluidic cartridge and/or cam card. Each pin also preferably comprises a first region **171** configured to slide within the pin housing **175**, and a second region **174** configured to exit the pin housing **175**. The second region **174** is preferably of a smaller dimension than the first region **171**, such that each pin is constrained by the pin housing **175** to be raised by a limited amount. Alternatively, the first region **171** and the second region **174** may have any appropriate configuration to facilitate raising and lowering of a pin by a fixed amount. In a specific example, the valve actuation subsystem **170** comprises 12 sets of pins **172** configured to selectively occlude **12** fluidic pathways **212** of a microfluidic cartridge **210** aligned within the molecular diagnostic module; however, other embodiments may comprise any appropriate number of sets of pins **172**.

In the orientation shown in FIG. **11**A, each pin in the set of pins **172** preferably has a circular cross section and round ends, configured to facilitate sliding within a pin housing **175**, sliding over a cam card **177** surface, and occlusion of a fluidic pathway **220**. Alternatively, each pin may comprise any appropriate cross-sectional geometry (e.g., rectangular) and/or end shape (e.g., flat or pointed) to facilitate occlusion of a fluidic pathway **220**. Preferably, the surface of each pin in the set of pins **172** is composed of a low-friction material to facilitate sliding motions (i.e., over a cam card **177** or within a pin housing **175**); however, each pin may alternatively be coated with a lubricant configured to facilitate sliding motions.

The pin housing **175** functions to constrain and guide the motion of each pin in the set of pins **172**, as the cam card **177** slides under the set of pins **172**. Preferably, the pin housing **175** comprises a set of pin housing channels **169** configured to surround at least one pin in the set of pins **172**. In one variation, each pin in the set of pins **172** is surrounded by an individual channel of the set of pin housing channels **169**; however, in another variation a channel of the set of pin housing channels **169** may be configured to surround multiple pins in the set of pins **172**. In an example shown in FIGS. **7**D-**7**E and **11**A, the pin housing is located under the cartridge platform **141**, such that the set of pin housing channels **169** is aligned with the set of valve actuation accommodating slots **145**, to provide access, by the set of pins **172**, to a microfluidic cartridge **210** aligned on the cartridge platform **141**. In the example, the pin housing **175** thus constrains the set of pins **172**, such that each pin can only move linearly in a vertical direction. Each pin housing channel preferably has a constricted region **168** configured to limit the motion of a pin within a pin channel; however, each pin housing channel may alternatively not include a constricted region. Preferably, surfaces of the pin housing **175** contacting the set of pins **172** are composed of a low friction material to facilitate sliding of a pin within a pin housing channel; however, surfaces of the pin housing **175** contacting the set of pins **172** may alternatively be coated with a lubricant configured to facilitate sliding motions. Other variations of the pin housing **175** and the set of pins **172** may include no additional provisions to facilitate sliding of a pin within a pin housing channel.

In some embodiments of the molecular diagnostic module **130**, the valve actuation subsystem **170** can be configured in any other suitable manner to facilitate actuation of a set of pins **172** to occlude a microfluidic cartridge **210** at a set of occlusion positions **226**. In one embodiment, the valve actuation subsystem **170** can be an embodiment of the valve actuation subsystem described in U.S. application Ser. No. 14/229,396, entitled "System and Method for Processing Biological Samples" and filed on 28 Mar. 2014, which is incorporated herein in its entirety by this reference.

1.2.4 Molecular Diagnostic Module—Optical Subsystem

As shown in FIGS. **12**A-**12**D, the optical subsystem **180** of the molecular diagnostic module **130** comprises a set of light emitting diodes (LEDs) **181**, a set of excitation filters **182** configured to transmit light from the set of LEDs **181**, a set of dichroic mirrors **183** configured to reflect light from the set of excitation filters **182** toward a set of apertures **185** configured to transmit light toward a set of nucleic acid samples, a set of emission filters **186** configured to receive and transmit light emitted by the set of nucleic acid samples, and a set of photodetectors **187** configured to facilitate

US 10,010,888 B2

19                                           20

analysis of light received through the set of emission filters **186**. The optical subsystem **180** may further comprise a set of lenses **184** configured to focus light onto the set of nucleic acid samples. The optical subsystem **180** thus functions to transmit light at excitation wavelengths toward a set of nucleic acid samples and to receive light at emission wavelengths from a set of nucleic acid samples. Preferably, the optical subsystem **180** is coupled to an optical subsystem actuator **188** configured to laterally displace and align the optical subsystem **180** relative to a set of nucleic acid samples at a set of detection chambers **213** of the microfluidic cartridge **210**, and is further coupled to a linear actuator **146** of the cartridge receiving module **140** to position the optical subsystem **180** closer to the set of nucleic acid samples. Alternatively, the optical subsystem **180** may not be coupled to a linear actuator **146** of the cartridge receiving module **140**, and may only be configured to translate laterally in one direction. In a specific example, the optical subsystem **180** comprises a set of 12 apertures, a set of 12 lenses, a set of 12 dichroic mirrors, a set of 12 excitation filters, a set of 12 LEDs, a set of 12 emission filters, and a set of 12 photodetectors. In a variation of the specific example, each set of 12 optical subsystem **180** elements is configured as two sets of 6 apertures, two sets of 6 lenses, two sets of 6 dichroic mirrors, two sets of 6 excitation filters (e.g., 6 excitation filters spanning different wavelengths of light), two sets of 6 LEDs, two sets of 6 emission filters (e.g., 6 emission filters spanning different wavelengths of light, and two sets of 6 photodetectors, such that the optical subsystem **180** includes two sets of identical optical subsystem units, each comprising 6 of each element. The optical subsystem **180** can, however, comprise any suitable number of identical units, in order to increase throughput in the system **100** by decreasing the amount of time it takes to analyze multiple biological samples. For instance, multiple identical units can enable analyses to be performed using a unit of the optical subsystem **180**, at a desired point during sample processing (e.g., a point at which a biological sample in a microfluidic cartridge is being heated). In variations of the optical subsystem **180** comprising multiple units, each unit can be configured to move independently of the other units, or can additionally or alternatively be configured to move with the other units in a non-independent manner. For instance, one optical subsystem unit can be configured to move along a first axis (e.g., a horizontal axis) independently of the other optical subsystem unit(s), but can be configured to move along a second axis (e.g., a vertical axis) non-independently of the other optical subsystem unit(s).

In the specific examples, as shown in FIG. **7A-7**E, the optical subsystem **180** is located within the molecular diagnostic module **130** and coupled to the linear actuator **146** of the cartridge receiving module **140**, such that, in the extended configuration **146***b* of the linear actuator **146**, the optical subsystem **180** can be positioned closer to a microfluidic cartridge **210** aligned within the molecular diagnostic module. Conversely, in the specific example, the optical subsystem **180** is positioned away from the microfluidic cartridge **210** in the retracted configuration **146***a* of the linear actuator **146**. In the specific example, the optical subsystem **180** is further coupled to an optical subsystem actuator **188** configured to laterally displace the optical subsystem **180** relative to the microfluidic cartridge **210**, such that the optical subsystem **180** can be aligned with a set of detection chambers **213** of the microfluidic cartridge **210**.

Preferably, the set of LEDs **181** are not all identical but rather chosen to efficiently produce a certain band of wavelengths of light, such that light from the set of LEDs **181** can be filtered to appropriate narrow wavelengths for analysis of nucleic acid samples. Alternatively, all LEDs in the set of LEDs **181** may be identical, and produce white light comprising all wavelengths of visible light that is filtered to produce the desired wavelength, in which case the LEDs may be stationary. Preferably, the set of LEDs **181** includes phosphor-based LEDs, but the set of LEDs **181** may alternatively include any LEDs configured to provide light of the desired range of wavelengths. The LEDs of the set of LEDs **181** are preferably configured to emit light of wavelengths corresponding to at least one of the set of excitation filters **182**, the set of dichroic mirrors **183**, and the set of emission filters **186**.

The set of excitation filters **182** is configured to align with the set of LEDs **181** in the optical subsystem **180**, and functions to transmit light at excitation wavelengths toward the set of dichroic mirrors **183** of the optical subsystem **180**. Preferably, the set of excitation filters **182** are not identical excitation filters, but rather chosen to transmit the different desired ranges of excitation wavelengths. Alternatively, all excitation filters of the set of excitation filters **182** are identical, and configured to transmit light having a fixed range of excitation wavelengths. In one variation, the set of excitation filters **182** includes band pass filters, configured to transmit light between two bounding wavelengths, in another variation, the set of excitation filters **182** includes short pass filters configured to transmit light below a certain wavelength, and in yet another variation, the set of excitation filters **182** includes long pass filters configured to transmit light above a certain wavelength. Preferably, the set of excitation filters **182** is interchangeable, such that individual excitation filters may be interchanged to provide different excitation wavelengths of light; however, the set of excitation filters **182** may alternatively be fixed, such that the optical subsystem **180** is only configured to transmit a fixed range of excitation wavelengths.

The set of dichroic mirrors **183** is configured to align with the set of excitation filters **182**, and functions to receive and reflect light from the set of excitation filters **182** toward the detection chamber, such that light having a range of excitation wavelengths may be focused, through a set of apertures, onto a set of nucleic acid samples. The set of dichroic mirrors **183** also functions to receive and transmit light from a set of emission filters **186** toward a set of photodetectors **187**, which is described in more detail below. All dichroic mirrors in the set of dichroic mirrors **183** are preferably identical in orientation relative to the set of excitation filters **182** and the set of emission filters **186**, and configured to reflect and transmit the appropriate wavelengths of light for the given LED. Alternatively, the set of dichroic mirrors **183** may include identical dichroic mirrors, with regard to orientation, light transmission, and light reflection. In a specific example, in the orientation shown in FIG. **12**A, the set of excitation filters **182** is oriented perpendicular to the set of emission filters **186**, with the set of dichroic mirrors **183** bisecting an angle between two planes formed by the faces of the set of excitation filters **182** and the set of emission filters **186**. In the specific example, light from the set of excitation filters is thus substantially reflected at a 90° angle toward the set of apertures **185**, and light from the set of emission filters **186** passes in a substantially straight direction through the set of dichroic mirrors **183** toward the set of photodetectors **187**. Other variations of the set of dichroic mirrors **183** may include any configuration of dichroic mirrors, excitation filters, and/or emission filters that enable transmission of light of excitation wavelengths toward a set

US 10,010,888 B2

21
22

of nucleic acid samples, and transmission of light from the set of nucleic acid samples toward a set of photodetectors **187**.

In one embodiment, the optical subsystem may further include a set of lenses **184** configured to align with the set of dichroic mirrors **183**, which functions to focus light, from the set of excitation filters **182** and reflected off of the set of dichroic mirrors **183**, onto a set of nucleic acid samples configured to emit light in response to the light from the set of excitation filters **182**. All lenses in the set of lenses **184** are preferably identical in orientation relative to the set of dichroic mirrors and in dimension; however, the set of lenses **184** may alternatively comprise non-identical lenses, such that light passing through different lenses of the set of lenses **184** is focused differently on different nucleic acid samples. In a specific example, in the orientation shown in FIG. **12**A, the faces of the set of lenses **184** are oriented perpendicular to the faces of the set of excitation filters **182**, to account for light reflection by the set of dichroic mirrors **183** at a 90° angle. In the specific example, the set of lenses also includes identical ¼″ high numerical aperture lenses. In other variations, the set of lenses **184** may be oriented in any appropriate configuration for focusing light from the set of dichroic mirrors **183** onto a set of nucleic acid samples, and may include lenses of any appropriate specification (i.e., numerical aperture).

The set of apertures **185** is located on an aperture substrate **189** and configured to align with the set of lenses **184**, and functions to allow focused light from the set of lenses **184** to pass through to the set of nucleic acid samples. The aperture substrate **189** is preferably coupled to the linear actuator **146** of the cartridge receiving module **140**, which allows the optical subsystem **180** to linearly translate and be positioned near and away from a microfluidic cartridge **210** aligned within the molecular diagnostic module **130**. Alternatively, the aperture substrate **189** may not be coupled to the linear actuator **146** of the cartridge receiving module **140**. Preferably, all apertures **185** in the set of apertures **185** are identical, and configured to allow identical light profiles to be focused, through the set of lenses **184**, onto a set of nucleic acid samples. Alternatively, the set of apertures **185** may not include identical apertures. In one variation, each aperture in the set of apertures **185** may be individually adjustable, in order to provide individually modifiable aperture dimensions (e.g., width, length, or diameter) to affect light exposure. In an alternative variation, each aperture in the set of apertures **185** is fixed. Other variations may include interchangeable aperture substrates **189**, such that features of the set of apertures (e.g., aperture dimensions, number of apertures) may be adjusted by interchanging aperture substrates **189**.

The set of emission filters **186** is configured to align with the set of dichroic mirrors, and functions to transmit emission wavelengths of light from the set of nucleic acid samples, and to filter out excitation wavelengths of light. Preferably, each emission filter of the set of emission filters **186** are configured to transmit light having a fixed range of emission wavelengths, while blocking light of excitation wavelengths. Alternatively, the set of emission filters **186** may comprise identical emission filters, such that individual emission filters of the set of emission filters **186** are configured to transmit the same ranges of emission wavelengths. In one variation, the set of emission filters **186** includes band pass filters, configured to transmit light between two bounding wavelengths, in another variation, the set of emission filters **186** includes short pass filters configured to transmit light below a certain wavelength, and

in yet another variation, the set of emission filters **186** includes long pass filters configured to transmit light above a certain wavelength. Preferably, the set of emission filters **186** is interchangeable, such that individual emission filters may be interchanged to transmit and/or block different wavelengths of light; however, the set of emission filters **186** may alternatively be fixed, such that the optical subsystem **180** is only configured to transmit a fixed range of emission wavelengths.

The set of photodetectors **187** is configured to align with the set of emission filters **186**, and functions to receive light from the set emission filters to facilitate analysis of the set of nucleic acid samples. All photodetectors in the set of photodetectors **187** are preferably identical; however, the set of photodetectors **187** may alternatively include non-identical photodetectors. Preferably, the set of photodetectors **187** includes photodiodes comprising a photoelectric material configured to convert electromagnetic energy into electrical signals; however, the set of photodetectors **187** may alternatively comprise any appropriate photodetectors for facilitating analysis of biological samples, as is known by those skilled in the art.

The optical subsystem actuator **188** is coupled to the optical subsystem **180**, and functions to laterally translate the optical subsystem **180** relative to a set of nucleic acid samples being analyzed. Preferably, the optical subsystem actuator **188** is a linear actuator configured to translate the optical subsystem **180** in one dimension; however, the optical subsystem actuator **188** may alternatively be an actuator configured to translate the optical subsystem **180** in more than one dimension. In a specific example, as shown in FIGS. **7**A-**7**D and **12**D, the optical subsystem actuator **188** is configured to translate the optical subsystem **180** laterally in a horizontal plane, to align the optical subsystem **180** with a set of detection chambers **213** of a microfluidic cartridge **210** within the molecular diagnostic module **130**. In another example, the optical subsystem may be configured as a disc revolving around an axis with the LEDs and photodetectors stationary and the disc containing the filters. In other variations, the optical subsystem actuator **188** may be configured in any appropriate manner to facilitate alignment of the optical subsystem **180** relative to a set of nucleic acid samples being analyzed.

In some variations, wherein reflection from the set of detection chamber heaters **157** and/or any other element of the system interferes with light emitted directly from biological samples at the microfluidic cartridge **210** or light transmitted through the set of excitation filters **182**, the optical system can be configured to filter out undesired reflected light, by way of any one or more of: the set of excitation filters **182**, the set of dichroic mirrors **183**, the set of emission filters **186**, and any other suitable element configured to reduce or remove interference caused by undesired reflected light.

The optical subsystem **180** can, however, comprise any other suitable element(s) and/or be configured in any other suitable manner to facilitate analysis of a set of biological samples.

1.2.5 Molecular Diagnostic Module—Alternative Embodiments and Variations

As described above, alternative embodiments of the molecular diagnostic module **130** and alternative variations of subsystems and elements of the molecular diagnostic module **130** may be configured to process a biological sample containing nucleic acids, isolate nucleic acids from the biological sample, and detect nucleic acids. An example of an alternative embodiment of a molecular diagnostic

US 10,010,888 B2

23                                                                      24

module **130**, as shown in FIG. **13**, includes a cartridge receiving module **140'**, a heating and cooling subsystem **150'**, a magnet **160'**, a valve actuation subsystem **170'**, and an optical subsystem **180'**, and functions to manipulate an alternative microfluidic cartridge **210'** for processing of biological samples containing nucleic acids. Other alternative embodiments of the molecular diagnostic module **130''** may be configured to receive alternative microfluidic cartridges **210''**, for processing of biological samples containing nucleic acids.

1.3 System—Assay Strip

As shown in FIGS. **18**A and **18**B, the assay strip **190** comprises an assay strip substrate **191** comprising a set of wells **192**, and typically a puncturable foil seal **195**, and functions to facilitate combination of a set of nucleic acid samples with a set of molecular diagnostic reagents for amplification and/or detection of a nucleic acid sequence or sequences. Preferably, the entire assay strip **190** is configured to be a consumable (i.e., disposable), such that the assay strip **190** can be used during multiple runs of the system **100**, then the assay strip **190** is disposed of once all of the wells **192**, containing unitized reagents for a single test or group of tests, is exhausted. Alternatively, at least a portion of the assay strip **190** is configured to be reusable, such that wells may be reloaded with reagents and reused with the system **100**. In one variation of the assay strip **190**, the assay strip substrate **191** is reusable, while the puncturable foil seal **195** is disposable and replaced after each run of the system **100**. In another variation, the reusable assay strip substrate **191** does not require a puncturable foil seal **195**, such that reagents specific to a certain nucleic acid sequences may be deposited into open wells of the assay strip substrate **191** by a user.

The assay strip substrate **191** is configured such that the assay strip **190** is capable of resting on a flat surface, and functions to define the set of wells **192** and to couple to the puncturable foil seal **195**. The assay strip substrate **191** is preferably configured to be received by a corresponding assay strip holder **230** configured to hold multiple assay strips **190**, but may alternatively not be configured to couple to an assay strip holder **230**. The assay strip substrate **191** is preferably composed of a PCR-compatible polymer, such as polypropylene, that can be heat processed to couple to the puncturable foil seal **115**, but alternatively be composed of any appropriate material that can contain a fluid and be bonded to the puncturable foil seal **115**.

The set of wells **192** of the assay strip substrate **191** function to receive at least one nucleic acid sample, and to facilitate combination of the nucleic acid sample with at least one of a set of molecular diagnostic reagents. The molecular diagnostic reagents of the set of molecular diagnostic reagents preferably comprise reagents configured to analyze the set of nucleic acid volumes for markers of at least one of gonorrhea (GC), Chlamydia (CT), herpes simplex virus (HSV), human immunodeficiency virus (HIV), human respiratory diseases, vaginal diseases, hepatitis C virus (HCV), hepatitis B virus (HBV), trichonomas, group B streptococcus (GBS), factor 2 (FII) gene, and factor five (FV) gene, but may alternatively comprise reagents used to perform alternative molecular diagnostic protocols. Preferably, the wells **193** of the assay strip substrate **191** are each configured to accommodate not only a nucleic acid sample, but also to facilitate mixing of the nucleic acid sample with at least one of a set of molecular diagnostic reagents (e.g., using a pipettor or other apparatus). Additionally, the molecular diagnostic reagents of the set of molecular diagnostic reagents preferably comprises probes and primers to

detect the sample process controls provided by the capture plate, in order to verify process fidelity and assay accuracy. Preferably, the wells **193** are deep enough to facilitate mixing without splashing, and evenly spaced to facilitate aspiration, delivery, and/or mixing of multiple biological samples (e.g., with a multi-tip pipettor). Alternatively, the wells are wide and shallow to facilitate drying of reagents in the wells to increase shelf life and larger devices for mixing the nucleic acids with molecular diagnostic reagents. Each well **193** of the set of wells **192** also preferably has a rounded bottom region, as shown in FIG. **18**A, to facilitate complete aspiration of a fluid from a well **193**; however, each well **193** may alternatively not have a rounded bottom region. Additionally, the set of wells **192** is preferably arranged in staggered rows, which functions to facilitate access to individual wells **193** of the set of wells, to reduce one dimension of the assay strip **190**, and also to prevent cross-contamination of fluids within the wells due to dripping. Alternatively, the set of wells **192** may not be arranged in staggered rows.

The puncturable foil seal **195** functions to protect the molecular diagnostic reagents stored in wells **112** from degradation, isolate each well **193** of the set of wells **192**, prevent contamination of the contents of each of the set of wells **192**, and provide information identifying the assay strip **190**. The puncturable foil seal **195** preferably seals each well **193** of the assay strip **190**, and is configured to be punctured by an external element (e.g., by a pipette tip), such that each well is sealed prior to being punctured. In one variation, the puncturable foil seal **195** also forms a seal around an element that punctures it, and in another variation, the puncturable foil seal **195** does not form a seal around an element that punctures it, in order to prevent airlock. The puncturable foil seal **195** is also preferably labeled with identifying information including at least one of manufacturer information, assay strip contents, the lot of the contents, an expiry date, and a unique electronic tag (e.g., barcode or QR code) providing more information. Preferably, the puncturable foil seal **195** does not extend beyond the footprint of the assay strip **190**, but alternatively, the puncturable foil seal **195** may be any appropriate size and/or include protruding features (e.g., tabs) that facilitate handling of the assay strip.

In one variation, the assay strip **190** may be prepackaged with a set of molecular diagnostic reagents, such that each well **193** in the set of wells **192** is prepackaged with a quantity of molecular diagnostic reagents. The set of wells **192** may then be sealed by the puncturable foil seal **195**, which is configured to be punctured by an external element that delivers volumes of nucleic acid samples to be combined with the set of molecular diagnostic reagents. In another variation, the assay strip **190** may not be prepackaged with a set of molecular diagnostic reagents, and the wells **193** of the assay strip **190** may not be sealed with a puncturable foil seal **195**. In yet another variation, the system may comprise an empty assay strip **190** without a puncturable foil seal **195**, and an assay strip **190** comprising reagents and a puncturable foil seal **195**, such that a user may add specific reagents to the empty assay strip to be used in conjunction with the assay strip comprising reagents. In variations comprising a puncturable foil seal **195**, the puncturable foil seal **115** is configured to be punctured by at least one external element, for co-delivery of nucleic acid samples and molecular diagnostic reagents intended to be combined.

In a specific example, the assay strip **190** has an 87 mm×16 mm footprint and comprises 24 wells **113** arranged in two staggered rows, with a 9 mm center-to-center pitch between adjacent wells **193** within each row. Each well **193**

25

of the set of wells has a capacity of 60 μL to accommodate a volume of a molecular diagnostic reagent, 20 μL of a sample fluid, and any displacement caused by a pipette tip (e.g., 100 or 300 μL pipette tip). Each well 113 of the assay strip 190 in the specific example is also prepackaged with a quantity of molecular diagnostic reagents, and comprises a protruding top edge (75 microns high) that is heat sealed to a puncturable foil seal. The capture plate 110 in the specific example is produced by injection molding, has a footprint of 127.75 mm×85.5 mm, and is composed of a PCR-compatible polypropylene based polymer with a high vapor barrier. In the specific embodiment, the vapor barrier is further increased by depositing a thin metallic layer to the outside of the assay strip 190.

As described earlier, the assay strip 190 may be configured to be received by an assay strip holder 230. The assay strip holder 230 functions to receive and align multiple assay strips 190, such that a multichannel pipettor or other fluid delivery system may combine multiple nucleic acid samples with molecular diagnostic reagents using wells 193 of multiple assay strips 190. In one variation, the assay strip holder 230 may be configured to contain Assay strips 190 including reagents for substantially different molecular diagnostic assays, as shown in FIG. 17B, such that a single run of the system 100 involves analyzing a set of nucleic acid samples under different molecular diagnostic assays. In another variation, the assay strip holder 230 may be configured to contain assay strips 190 including reagents for identical molecular diagnostic assays, such that a single run of the system 100 involves analyzing a set of nucleic acid samples under the same molecular diagnostic assay. Preferably, the assay strip holder 230 is composed of a material that is dishwasher safe and autoclavable, configured to hold the assay strips 190 in place during handling by a fluid delivery system (e.g., pipettor), and configured such that the assay strips 190 avoid protruding over an edge of the assay strip holder 230, but the assay strip holder 230 is constructed to facilitate insertion and removal of the assay strips 190 from the assay strip holder 230.

In one variation, the assay strip holder 230 is not configured to facilitate cooling of molecular diagnostic reagents within the assay strips 190; however, in another variation as shown in FIG. 21A, the assay strip holder 230 may be further configured to couple to an aluminum block 235 coupled to a set of Peltier units 236 configured to facilitate cooling of molecular diagnostic reagents within the assay strips 190. Additionally, the assay strip holder 230 may be configured to be received and carried by an assay strip carrier 240, which, as shown in FIG. 20, functions to facilitate handling and alignment of multiple assay strip holders 230. In a specific example, as shown in FIG. 19, the assay strip holder 230 has dimensions of 127.76 mm×85.48 mm×14.35 mm, complies with American National Standards Institute (ANSI) and Society for Laboratory Automation and Screening (SLAS) standards, and is configured to hold six 16-well assay strips for a total of 96 wells 193. In another specific example, as shown in FIG. 21B, the assay strip holder 230' is configured to hold four assay strips 190', each comprising 24 wells 193' for a total of 96 wells per assay strip holder 230'. Other combinations of the described embodiments, variations, and examples of the assay strip 190, assay strip holder 230, and assay strip carrier 240 may be incorporated into embodiments of the system 100 for processing and detecting nucleic acids.

1.4 System—Microfluidic Cartridge

The microfluidic cartridge 210 functions to receive a set of magnetic bead-samples, facilitate separation of nucleic

26

acids from the set of magnetic bead-samples, receive a set of nucleic acid-reagent samples, and facilitate analysis of nucleic acids from the set of nucleic acid-reagent samples. In one embodiment, the microfluidic cartridge 210 comprises a top layer 211 including a set of sample port-reagent port pairs 212 and a set of detection chambers 213; an intermediate substrate 214, coupled to the top layer 211 and partially separated from the top layer 211 by a film layer 215, configured to form a waste chamber 216; an elastomeric layer 217 partially situated on the intermediate substrate 214; a magnet housing region 218 accessible by a magnet 160 providing a magnetic field; and a set of fluidic pathways 219, each formed by at least a portion of the top layer 211, a portion of the film layer 215, and a portion of the elastomeric layer 217. In the embodiment, the microfluidic cartridge 10 further comprises a bottom layer 221 coupled to the intermediate substrate 214 and configured to seal the waste chamber 216. Furthermore, in the embodiment, the top layer 211 of the microfluidic cartridge 210 further comprises a shared fluid port 222, a vent region 223, and a heating region 224, such that each fluidic pathway 220 in the set of fluidic pathways 219 is fluidically coupled to a sample port-reagent port pair 224, the shared fluid port 222, the waste chamber 216, and a detection chamber 225, comprises a turnabout portion 226 configured to pass through the heating region 224 and the magnetic field, and is configured to pass through the vent region 223 upstream of the detection chamber 225. Each fluidic pathway 220 thus functions to receive and facilitate processing of a sample fluid containing nucleic acids as it passes through different portions of the fluidic pathway 220.

The microfluidic cartridge 210 is preferably configured to be received and manipulated by the molecular diagnostic module 130, such that the cartridge receiving module 140 of the molecular diagnostic module 130 receives and aligns the microfluidic cartridge 210 within the molecular diagnostic module 130, the heating and cooling subsystem 150 of the molecular diagnostic module 130 is configured to transfer heat to the heating region 224 of the microfluidic cartridge 210, and the magnet 160 of the molecular diagnostic module 130 is configured to be received by the magnet housing region 218 of the microfluidic cartridge 210 to provide a magnetic field for separation of nucleic acids. Additionally, the shared fluid port 222 of the microfluidic cartridge 210 is configured to couple to a nozzle 149 coupled to the linear actuator 146 of the cartridge receiving module 140, such that the liquid handling system 250 can deliver fluids and gases through the shared fluid port 222. The elastomeric layer 217 of the microfluidic cartridge 210 is also preferably configured to be occluded at a set of occlusion positions 226 by the valve actuation subsystem 170 of the molecular diagnostic module, in order to occlude portions of a fluidic pathway 220 of the microfluidic cartridge 210 for processing of a set of biological samples. The optical subsystem 180 of the molecular diagnostic module 130 is further configured to align with the set of detection chambers 213 of the microfluidic cartridge 210, to facilitate analysis of a set of nucleic acid samples. The microfluidic cartridge 210 is preferably the microfluidic cartridge 210 described in U.S. application Ser. No. 13/765,996, which is incorporated in its entirety by this reference, but may alternatively be any appropriate cartridge or substrate configured to receive and process a set of samples containing nucleic acids.

1.5 System—Fluid Handling System and Filter

The liquid handling system 250 of the system 100 includes a liquid handling arm 255 and a syringe pump 265, as shown in FIGS. 14A-14C and functions to deliver bio-

US 10,010,888 B2

27

logical samples, reagents, and gases to elements of the system **100**. As described in Section 1, an embodiment of the liquid handling system **250** is configured to aspirate a set of biological samples containing nucleic acids (i.e., impure nucleic acid samples), dispense the set of biological samples into a capture plate **110** to be lysed and combined with magnetic beads by a capture plate module **120**, aspirate the set of biological samples combined with magnetic beads (i.e., set of magnetic bead-samples) from the capture plate **110**, and dispense the set of magnetic bead-samples into microfluidic cartridge **210** located in a molecular diagnostic module **130**. The embodiment of the liquid handling system **100** is further configured to facilitate separation of a set of nucleic acids from the magnetic bead-samples, by dispensing a wash solution, a release solution, and/or air into the molecular diagnostic module **130**, by the nozzle **149** coupled to the linear actuator **146**, at appropriate stages, aspirate the set of nucleic acids from the molecular diagnostic module **130**, combine the set of nucleic acids with a set of molecular diagnostic reagents using an assay strip **190**, and dispense the set of nucleic acids combined with the set of molecular diagnostic reagents (i.e., set of nucleic acid-reagent mixtures) into the molecular diagnostic module **130** for further processing and analysis. Other embodiments of the liquid handling system **250** may be configured to perform alternative molecular diagnostic assay protocols and/or dispense and aspirate alternative fluids into and from other elements supporting a molecular diagnostic protocol.

The liquid handling arm **255** comprises a gantry **256** and a multichannel liquid handling head **257**, and functions to travel to different elements of the system **100** for fluid delivery and aspiration. The liquid handling arm **255** is preferably automated and configured to move, aspirate, and deliver fluids automatically, but may alternatively be a semi-automated liquid handling arm **255** configured to perform at least one of moving, aspirating, and delivering automatically, while another entity, such as a user, performs the other functions.

The gantry **256** is coupled to the multichannel liquid handling head **257**, and functions to transport the multichannel liquid handling head **257** to different elements of the system **100** for fluid delivery and aspiration. Preferably, the gantry **256** is automated and configured to translate the multichannel liquid handling head **257** within at least two dimensions, and provides X-Y positional accuracy of at least 0.5 mm. Additionally, in the orientation shown in FIG. **14**B, the gantry is preferably situated above the molecular diagnostic module **130**, such that the gantry **256** can translate within at least two dimensions without interfering with other elements of the system **100**. Alternatively, the gantry **256** may be any appropriate gantry **256** to facilitate movement of an end effector within at least two dimensions, as is readily known by those skilled in the art.

The multichannel liquid handling head **257** functions to aspirate fluids from and deliver fluids to different elements of the system **100**. Preferably, the multichannel liquid handling head **257** is a multichannel pipette head; however, the multichannel liquid handling head **257** may alternatively be any appropriate multichannel liquid handling head configured to deliver fluids and/or gases. Preferably, the multichannel liquid handling head **257** comprises at least eight independent channels **258**, but may alternatively comprise any number of channels **258** configured to aspirate and deliver fluids. The channel-to-channel pitch is preferably variable, and in a specific example ranges between 9 mm and 36 mm; however, the channel-to-channel pitch may alternatively be fixed, as shown in FIG. **15**. The multichan-

28

nel liquid handling head **257** also preferably provides independent z-axis control (in the orientation shown in FIG. **14**B), such that, in combination with the gantry **256**, the multichannel liquid handling head **257** is preferably configured to couple to both large (e.g., 1 mL) and small (e.g., between 100 and 300 μL) pipette tips, and in a specific example, has a precision of at least 6% using small disposable pipette tips and a precision of at least 2% using large disposable pipette tips when dispensing essentially the entire tip volume. Alternatively, the multichannel liquid handling head **257** may be configured to couple to any object configured to facilitate aspiration and delivery of fluids. Preferably, the multichannel liquid handling head **257** provides independent control of the channels **258**, with regard to volumes of fluid aspirated or delivered, fluid dispensing rates, and/or engaging and disengaging pipette tips. Alternatively, the multichannel liquid handling head **257** may not provide independent control of the channels **258**, such that all channels **258** of the multichannel liquid handling head **257** are configured to perform identical functions simultaneously. Preferably, the multichannel liquid handling head **257** is configured to aspirate and deliver both liquids and gases, but alternatively, the multichannel liquid handling head **257** may be configured to only aspirate and deliver liquids. Preferably, the multichannel liquid handling head **257** provides at least one of liquid level detection, clot detection, and pipette tip engaging/disengaging detection for each of the channels **258**; however, the multichannel liquid handling head **257** may alternatively not provide liquid level detection, clot detection, and pipette tip engaging/disengaging detection for each of the channels **258**.

In one embodiment, the multichannel liquid handling head **257** is configured to couple to at least one filter **260**, which functions to pre-filter liquids being aspirated and/or dispensed by the liquid handling arm **255**, and is preferably a custom filter **260** configured to couple to a pipette tip, but may alternatively be any appropriate filter configured to couple to the liquid handling arm **255** and filter liquids being aspirated and/or dispensed by the liquid handling arm **255**.

An embodiment of a custom filter **260**, as shown in FIG. **22**, comprises a first end **261** configured to couple to a pipette tip, a pointed second end **262**, a void **263** coupled to the first end **261** and the pointed second end **262**, and a filter membrane **264** subdividing the void **263**. The first end **261**, as shown in FIG. **22**, preferably comprises a tapered channel configured to provide a friction fit with a pipette tip; however, the first end may alternatively not comprise a tapered channel and may be configured to couple to a pipette tip using any appropriate means. The pointed second end **262** is preferably sharp and configured to pierce an object, such as a foil seal; additionally, the pointed second end **262** is preferably at least as long as required to dispense into a well **113** of the capture plate **110**. The void **263** preferably defines a conical region defined by the filter membrane **264**, wherein the conical region is configured to divert a fluid within the filter **260** toward the pointed second end **262**; however, the void **263** may not include a conical region. The filter membrane **264** functions to filter a fluid aspirated by the multichannel liquid handling head **257**, and is configured to subdivide the void **263** to define a conical region; however, the filter membrane **264** may alternatively not define a conical region of the void **263**. In one embodiment, in the orientation shown in FIG. **22**, the region of the void **263** below the filter membrane **264** may have a volumetric capacity of between 200 μl and 1 mL; however, the region of the void **263** below the filter membrane may alternatively have any appropriate volumetric capacity.

US 10,010,888 B2

A set of filters **260** may further be configured to be received and delivered by a filter holder **269**, as shown in FIG. **23**. A specific embodiment of a filter holder **269** comprises a set of 24 tapered holes with an 18 mm center-to-center pitch, arranged in six rows of four holes. The specific embodiment of the filter holder **269** is also compliant with ANSI and SLAS standards, has dimensions of 127.75×85.5×14.35 mm, and is stackable with other specific embodiments of the custom filter holder **269**. Alternatively, the filter holder **269** may be any appropriate filter holder **269** configured to receive and deliver a set of filters **260**, as is readily known by those skilled in the art.

1.5.1 Fluid Handling System—Syringe Pump

The syringe pump **265** of the liquid handling system **250** is coupled to a wash solution source **266**, a release solution source **267**, a source of air **268**, and flexible tubing **291**, and functions to deliver a wash solution, a release solution, and air through a valve to the molecular diagnostic module **130** to facilitate isolation and purification of nucleic acids from a set of magnetic bead-samples. The flexible tubing **291** is preferably coupled at a first end to the syringe pump, and at a second end to a nozzle **149** coupled to the linear actuator **146** of the molecular diagnostic module **130**, as shown in FIG. **14**C. As stated earlier, an extended configuration **146**b of the linear actuator **146** is configured to couple the nozzle **149** to a fluid port **222** of a microfluidic cartridge **210** within the molecular diagnostic module **130**, such that the wash solution, release solution, and air can be delivered to the microfluidic cartridge **210** at appropriate stages. A specific embodiment of the syringe pump **265** comprises a 4-way valve, is able to pump 20-5000 μL of fluids or air through the 4-way valve at flow rates from 50-500 μL/min, can couple to syringes with between 1 mL and 10 mL capacities, and has a precision of at least 5% with regard to fluid or air delivery. Alternatively, the syringe pump **265** may be any appropriate syringe pump **265** or fluid delivery apparatus configured to deliver a wash solution, a release solution, and air to the molecular diagnostic module **130**, as is readily known by those skilled in the art.

1.6 System—Additional Elements

The system **100** may further comprise a tag reader **271**, which functions to read barcodes, QR codes and/or any other identifying tags of the system **100**. Preferably, the tag reader **271** is coupled to the liquid handling system **250**, such that the tag reader **271** is configured to read tags on puncturable foil seals **115**, **195** or tags located on any element of the system **100** accessible by the liquid handling system **250**; however, the tag reader **271** may alternatively not be coupled to the liquid handling system **250**. In one alternative embodiment of the system **100**, the tag reader **271** may be a standalone unit that is configured to be manipulated by a user to scan tags or labels located on elements of the system **100**.

The system **100** may also further comprise a controller **272** coupled to at least one of the capture plate module **120**, the molecular diagnostic module **130**, the liquid handling system **250**, and the tag reader **271**, and functions to facilitate automation of the system **100**. In a variation wherein the controller **272** is coupled to the capture plate module **120**, the controller **272** preferably functions to automate heating of a capture plate **110**, which facilitates lysing of biological samples within the capture plate **110** and binding of nucleic acids within the capture plate **110** to magnetic beads **119** of the capture plate **110**. In a variation wherein the controller **272** is coupled to the molecular diagnostic module **130**, the controller **272** preferably functions to automate reception of a microfluidic cartridge, heating of biological samples

within the molecular diagnostic module **130** and the detection chambers **213**, occlusion of fluidic pathways **220** by the valve actuation subsystem **170**, and analysis of a set of nucleic acid-reagent mixtures by the optical subsystem **180**. In a variation wherein the controller **272** is coupled to the liquid handling system **250**, the controller **272** preferably functions to automate aspiration, transfer, and delivery of fluids and/or gases to different elements of the system **100**. In a variation wherein the controller **272** is coupled to the tag reader **271**, the controller preferably functions to automate reading of tags by the tag reader **271**, and may further function to facilitate transfer of information from the tags to a processor **273**. Other variations of a controller may function automate handling, transfer, and/or storage of other elements of the system **100**, such as capture plates **110**, assay strips **190**, assay strip holders **230**, assay strip carriers **240**, filters **200**, filter holders **205**, and/or microfluidic cartridges **210**, using a robotic arm or gantry similar to that used in the liquid handling system **250**. Alternative combinations of the above variations may involve a single controller **272**, or multiple controllers configured to perform all or a subset of the functions described above.

The system **100** may also further comprise a processor **273**, which functions to receive and process information from a tag reader **271**, and also to receive and process data received from the optical subsystem **180** of the molecular diagnostic module **130**. Preferably, the processor **273** is coupled to a user interface **274**, which functions to display processed and/or unprocessed data produced by the system **100**, settings of the system **100**, information obtained from a tag reader **271**, or any other appropriate information. Alternatively, the processor **273** is not coupled to a user interface **274**, but comprises a connection **275** configured to facilitate transfer of processed and/or unprocessed data produced by the system **100**, settings of the system **100**, information obtained from a tag reader **271**, or any other appropriate information to a device external to the system **100**.

As a person skilled in the art will recognize from the previous detailed description and from the figures and claims, modifications and changes can be made the described embodiments of the system **100** without departing from the scope of the system **100**.

2. Method for Processing and Detecting Nucleic Acids

An embodiment of a method **400** for processing and detecting nucleic acids from a set of biological samples comprises: combining each biological sample of the set of biological samples with a quantity of magnetic beads to produce a set of magnetic bead-sample mixtures S410; heating the set of magnetic bead-sample mixtures to produce a set of nucleic acid-magnetic bead samples S420; transferring each nucleic acid-magnetic bead sample of the set of nucleic acid-magnetic bead samples to a corresponding fluidic pathway of a set of fluidic pathways S430; producing a set of nucleic acid volumes from the set of nucleic acid-magnetic bead samples S440; combining each nucleic acid volume of the set of nucleic acid volumes with a molecular diagnostic reagent of a set of molecular diagnostic reagents to produce a set of nucleic acid-reagent mixtures S450; transferring each of the set of nucleic acid-reagent mixtures, through the corresponding fluidic pathway of the set of fluidic pathways, to a detection chamber of a set of detection chambers S460; and receiving light from the set of nucleic acid-reagent mixtures S470. The method **400** may further comprise generating a set of data based on light received form the set of nucleic acid-reagent mixtures S480. The method **400** functions to isolate and extract a set of

US 10,010,888 B2

31

nucleic acid volumes from a biological sample, and to facilitate analysis of the nucleic acid volumes according to at least one molecular diagnostic protocol.

Step S**410** recites combining each biological sample of the set of biological samples with a quantity of magnetic beads to produce a set of magnetic bead-sample mixtures, and functions to prepare a set of biological samples to be lysed and combined with magnetic beads. For each biological sample, Step S**410** preferably comprises aspirating a portion of the volume of the biological sample from a sample container (possibly containing an aqueous solution prior to addition of biological sample), and transferring the portion of the biological sample to a well containing a set of magnetic beads. Alternatively, for each biological sample, Step S**410** may comprise aspirating the entire volume of the biological sample from a sample container, and transferring the volume of the biological sample to be combined with a set of magnetic beads. Preferably, all biological samples in the set of biological samples are aspirated and combined with the magnetic beads in the wells simultaneously using a multichannel fluid delivery system; however, all biological samples in the set of biological samples may alternatively be aspirated and combined with a set of magnetic beads non-simultaneously. The magnetic beads are preferably polymer beads, precoupled with a ligand for binding to a nucleic acid, and comprising a superparagmagnetic component. Additionally, the magnetic beads may be treated to be positively charged. However, the magnetic beads may alternatively be any appropriate magnetic beads configured to facilitate biomagnetic separation.

In addition to combination with magnetic beads, Step **410** may further include combining each biological sample of the set of biological samples with a lysing enzyme (e.g. proteinase K), and a sample process control comprising two or more nucleic acid sequences (i.e., one for DNA and one for RNA) to be included with each sample. This allows biological samples to effectively lysed, which releases waste components into a wash solution, and allows nucleic acids to bind to magnetic beads. This additionally allows the sample process control to be later detected, as a check to verify the accuracy of a molecular diagnostic assay being performed.

In a first variation of Step S**410** for one biological sample, as shown in FIG. **16**A, a volume of the biological sample is aspirated and combined with a set of magnetic beads. In the first variation of Step S**410**, a set of different biological samples may thus be aspirated simultaneously, and each biological sample may be transferred to an individual well to be combined with a set of magnetic beads to produce a set of magnetic bead-sample mixtures. In the first variation of Step S**410**, all magnetic bead-sample mixtures in the set of magnetic bead-sample mixtures are substantially non-identical in composition. In a second variation of Step S**410**, as shown in FIG. **16**B, a volume of a stock biological sample is aspirated, and portions of the volume of the stock biological sample are transferred to multiple wells to be combined with multiple sets of magnetic beads to produce a set of magnetic bead-sample mixtures. In the second variation of Step S**410**, all magnetic bead-sample mixtures in the set of magnetic bead-sample mixtures are substantially identical in composition. Other variations of Step S**410** may additionally or alternatively comprise filtering at least one biological sample of the set of biological samples S**415** prior to combining each biological sample of the set of biological samples with a quantity of magnetic beads.

In a specific example of Step S**410**, a multichannel liquid handling system aspirates approximately 1 mL of each of a

32

set of biological samples in aqueous buffer using a set of 1 mL pipette tips, couples each of the pipette tips to a custom 13 mm diameter filter, punctures a foil seal **115** of a capture plate at a set of wells, wherein each well of the set of wells contains a set of magnetic beads, and dispenses each aspirated volume of a biological sample into a well of the capture plate containing a set of magnetic beads, and disposes of the tip/filter combination. In the specific example of Step S**410**, the multichannel liquid handling system then picks up new disposable tips and aspirates and dispenses the contents of each well of the set of wells of the capture plate at least three times to mix the contents, and then disposes of the set of pipette tips and filters.

Additionally or alternatively, the method **400** can include combining each biological sample of the set of biological samples with buffer solution S**405** prior to combining each biological sample of the set of biological samples with a quantity of magnetic beads, which functions to further decrease sample preparation burden on an entity processing and/or analyzing the set of biological samples. Combining each biological sample of the set of biological samples with buffer solution can be performed using a buffer plate comprising a set of wells, each well containing buffer solution, wherein the buffer plate is included in an embodiment of the system **100** described above; however, Block S**405** can additionally or alternatively be implemented using any other suitable portion of the system **100** described above. In one variation, a liquid handling system can be automatically configured to aspirate the set of biological samples and mix the biological samples with the buffer solution within the buffer plate, by dispensing the biological samples into the buffer plate and aspirating and delivering the samples combined with buffer one or more times. In another variation, combination of the set of biological samples with buffer solution can be implemented by the liquid handling system away from the buffer plate, for instance, by aspirating the set of biological samples, aspirating the buffer solution, and then mixing the biological samples with the buffer solution within the liquid handling system. In other variations, the biological samples can be combined with buffer solution in any other suitable manner (e.g., altogether with mixing the biological sample with magnetic beads). In relation to the specific example of Block S**410** described above, the multichannel liquid handling system can be configured to aspirate each of the set of biological samples with a set of pipette tips, dispense each of the set of biological samples into a corresponding well of a set of wells containing buffer solution, mix each of the set of biological samples with the buffer solution using the set of pipette tips, while preventing cross contamination across the set of samples by way of the set of pipette tips, couple the set of pipette tips to a custom filter, and push the biological samples mixed with buffer solution into wells of a capture plate, each well of the capture plate containing a set of magnetic beads. As such, mixing of biological samples with buffer can be performed in an automated manner using an embodiment of the system **100** described above, prior to mixing the biological samples with magnetic beads in Block S**410**.

Step S**420** recites heating the set of magnetic bead-sample mixtures to produce a set of nucleic acid-magnetic bead samples, and functions to incubate the set of magnetic bead-sample mixtures in order to lyse biological matter, and release nucleic acids to be bound to magnetic beads. Preferably, Step S**420** comprises heating a capture plate containing the set of magnetic bead-sample mixtures for a specified amount of time at a specified temperature, and may additionally include cooling the set of magnetic bead-sample

US 10,010,888 B2

33

mixtures. In a specific example, Step S420 comprises heating a capture plate containing the set of magnetic bead-sample mixtures using a capture plate module, wherein the capture plate module is configured to cradle and controllably heat wells containing the set of magnetic bead-sample mixtures. Step S420 may alternatively comprise incubating the set of magnetic bead-sample mixtures using any appropriate method and/or system as is known by those skilled in the art. Finally, Step S420 may be omitted in embodiments of the method 400 involving samples that do not require heating.

Step S430 recites transferring each nucleic acid-magnetic bead sample of the set of nucleic acid-magnetic bead samples to a corresponding fluidic pathway of a set of fluidic pathways, and functions to isolate each of the set of nucleic acid-magnetic bead samples within separate pathways for further processing. Preferably, all nucleic acid-magnetic bead samples in the set of nucleic acid-magnetic bead samples are transferred simultaneously to the set of fluidic pathways, but alternatively, each nucleic acid-magnetic bead sample in the set of magnetic bead-samples may be transferred to a corresponding fluidic pathway independently of the other nucleic acid-magnetic bead samples. In addition, preferably the entire volume, or substantially all of the volume, of the nucleic acid-magnetic bead sample is transferred to the set of fluidic pathways, without magnetically isolating magnetic beads and removing supernatant fluids prior to transferring each nucleic acid-magnetic bead sample of the set of nucleic acid—magnetic bead samples to a corresponding fluidic pathway of a set of fluidic pathways.

Step S430 may further comprise occluding at least one fluidic pathway of the set of fluidic pathways at a subset of a set of occlusion positions S432, which functions to define at least one truncated fluidic pathway. Preferably, Step S432 comprises defining at least one truncated fluidic pathway passing through at least one of a heating region and a magnetic field; however, Step S432 may alternatively not comprise defining a truncated fluidic pathway passing through at least one of a heating region and a magnetic field.

In a specific example of Step S430, the multichannel liquid handling subsystem of Step S410 transfers a set of nucleic acid-magnetic bead samples to a set of fluidic pathways of a microfluidic cartridge aligned within a molecular diagnostic module, wherein the microfluidic cartridge comprises an elastomeric layer in contact with the set of fluidic pathways. Manipulation of the elastomeric layer at a subset of a set of occlusion positions by a valve actuation subsystem of the molecular diagnostic module defines a set of truncated fluidic pathways crossing a heating region and a magnetic field, such that each nucleic acid-magnetic bead sample in the set of nucleic acid-magnetic bead samples is isolated within a truncated fluidic pathway of the set of truncated fluidic pathways.

Step S440 recites producing a set of nucleic acid volumes from the set of nucleic acid-magnetic bead samples, and functions to separate nucleic acid volumes from the set of nucleic acid-magnetic bead samples. Step S440 preferably reduces a concentration of unwanted matter from the set of biological samples being processed, to an acceptable level; however, Step S440 may alternatively entirely remove substantially all unwanted substances from the set of biological samples being processed. Step S440 preferably includes providing a magnetic field S441, such that each fluidic pathway in the set of fluidic pathways is configured to cross the magnetic field. Preferably, the set of nucleic acid-magnetic bead samples is captured and isolated within portions of the set of fluidic pathways crossing the magnetic

34

field. Step S440 may further comprise providing a heater configured to span a heating region of the set of fluidic pathways S442, but may alternatively comprise providing multiple heaters or altogether omit providing a heater. In embodiments wherein multiple heaters are provided, each heater is preferably independent to allow independent control of heating time and temperature for each sample. Step S442 functions to provide a heater, which, in combination with a release solution that provides a pH shift, facilitate a rapid and efficient unbinding of the nucleic acids from magnetic beads.

Step S440 may further comprise occluding at least one fluidic pathway of the set of fluidic pathways at a subset of a set of occlusion positions S443 (and opening a previously occluded channel), which functions to define at least one truncated fluidic pathway containing a nucleic acid-magnet bead sample and coupled to a source for delivery of a wash solution and a release solution. Preferably, Step S443 comprises defining at least one truncated fluidic pathway coupled to a waste chamber and to a fluid port, which functions to facilitate washing of at least one nucleic acid-magnetic bead sample in the set of nucleic acid-magnetic bead samples, and releasing of at least one nucleic acid volume from the set of nucleic acid-magnetic bead samples. Step S440 may additionally comprise delivering a wash solution through a portion of at least one fluidic pathway S444, such as the truncated fluidic pathway defined in Step S443, and delivering a release solution through a portion of at least one fluidic pathway S445, such as the truncated fluidic pathway defined in Step S443. Step S444 functions to wash at least one nucleic acid-magnetic bead sample in the set of nucleic acid-magnetic bead samples, and Step S445 functions to release at least one nucleic acid volume from the set of nucleic acid-magnetic bead samples. The heater provided in Step S442 may be activated after Step S445 to induce a pH shift.

In a specific example of Step S440, the set of fluidic pathways containing a set of nucleic acid-magnetic bead samples, from the specific example of Step S430, is occluded at a subset of the set of occlusion positions by a valve actuation subsystem of the molecular diagnostic module, to define a set of truncated fluidic pathways coupled to a waste chamber and to a shared fluid port of the microfluidic cartridge for delivery of a wash solution and a release solution. The liquid handling system delivers a wash fluid through the shared fluid port to wash the set of nucleic acid-magnetic bead samples, captured within the magnetic field, and then delivers a release fluid through the shared fluid port to release a set of nucleic acid volumes from the set of nucleic acid-magnetic bead samples. In the specific example, each fluidic pathway is washed sequentially, and the release solution is delivered to each fluidic pathway sequentially to ensure that each lane is provided with substantially equal amounts of wash and release solutions. All waste fluid produced in the specific example of Step S440 pass into the waste chamber coupled to the set of truncated fluidic pathways.

Step S450 recites combining each nucleic acid volume of the set of nucleic acid volumes with a molecular diagnostic reagent of a set of molecular diagnostic reagents to produce a set of nucleic acid-reagent mixtures, which functions to prepare the set of nucleic acid volumes to be detected. For each nucleic acid volume in the set of nucleic acid volumes, Step S450 preferably comprises aspirating an entire volume of the nucleic acid volume from its corresponding fluidic pathway, and transferring the nucleic acid volume to a well containing a molecular diagnostic reagent. Preferably, all

35

nucleic acid volumes in the set of nucleic acid volumes are aspirated and combined with molecular diagnostic reagents simultaneously using a multichannel fluid delivery system; however, each nucleic acid volume in the set of nucleic acid volumes may alternatively be aspirated and combined with molecular diagnostic reagents independently of the other nucleic acid volumes. The molecular diagnostic reagents preferably comprise reagents configured to analyze the set of nucleic acid volumes for markers of at least one of gonorrhea (GC), Chlamydia (CT), herpes simplex virus (HSV), human immunodeficiency virus (HIV), human respiratory diseases, vaginal diseases, hepatitis C virus (HCV), hepatitis B virus (HBV), trichonomas, group B streptococcus (GBS), factor 2 (FII) gene, and factor five (FV) gene, but may alternatively comprise reagents used to detect any specific nucleic acid sequence.

In a first variation of Step S450 as shown in FIG. 16A, a nucleic acid volume is aspirated and combined with a molecular diagnostic reagent for a single assay. In the first variation of Step S450, a set of nucleic acid volumes may thus be aspirated simultaneously, and each nucleic acid volume may be transferred to an individual well to be combined with a molecular diagnostic reagent of a set of molecular diagnostic reagents to produce a set of nucleic acid-reagent mixtures. In the first variation of Step S450, all nucleic acid-reagent mixtures in the set of nucleic acid-reagent mixtures may or may not be substantially identical in composition, depending on the homogeneity of the biological samples used in Step S410; however, the first variation of S450 preferably comprises using identical molecular diagnostic reagents, such that identical molecular diagnostic protocols analyzing identical markers may be performed. Thus, the first variation of Step S450 encompasses running multiple identical tests from a stock biological sample (e.g., a multiplex assay), and running identical tests using a set of substantially different biological samples (e.g., from different sources).

In a second variation of Step S450, as shown in FIG. 16B, the set of nucleic acid volumes is aspirated, and each nucleic acid volume in the set of nucleic acid volumes is combined with a molecular diagnostic reagent of a set of molecular diagnostic reagents. In the second variation of Step S450, the set of molecular diagnostic reagents preferably comprises different molecular diagnostic reagents, such that different molecular diagnostic protocols analyzing different markers may be performed. Thus, the second variation encompasses running multiple substantially different tests using a stock biological sample, and running substantially different tests using substantially different biological samples (e.g., from different sources).

In a specific example of Step S450, a multichannel liquid handling system aspirates approximately 18 μL of each of a set of nucleic acid volumes from the microfluidic cartridge used in the specific example of Step S440 using a set of pipette tips, punctures at least one foil seal 195 of at least one assay strip, wherein each well of the at least one assay strip contains molecular diagnostic reagents, and dispenses each aspirated nucleic acid volume into a well of the assay strip. In the specific example of S450, the multichannel liquid handling system then aspirates and dispenses the contents of each well approximately 10 times to reconstitute molecular diagnostic reagents and mix the contents of each well.

Step S460 recites transferring each of the set of nucleic acid-reagent mixtures, through the corresponding fluidic pathway of the set of fluidic pathways, to a detection chamber of a set of detection chambers, which functions to deliver the set of nucleic acid-reagent mixtures to an isolated

36

detection chamber for further processing and analysis. Preferably, all nucleic acid-reagent mixtures in the set of nucleic acid-reagent mixtures are transferred simultaneously to the set of fluidic pathways, but alternatively, each nucleic acid-reagent mixture in the set of nucleic acid reagent mixtures may be transferred to a corresponding fluidic pathway independently of the other nucleic acid reagent mixtures. Step S460 may further comprise occluding at least one fluidic pathway of the set of fluidic pathways at a subset of a set of occlusion positions S462, which functions to define at least one truncated fluidic pathway coupled to a detection chamber of a set of detection chambers. Preferably, Step S462 comprises occluding each fluidic pathway of the set of fluidic pathways at a subset of a set of occlusion positions, thus defining a set of truncated fluidic pathways, each coupled to a detection chamber.

In a specific example of Step S460, the multichannel liquid handling subsystem of the specific example of Step S450 transfers a set of nucleic acid-reagent mixtures, each having a volume of approximately 16 μL, back to the set of fluidic pathways of the microfluidic cartridge of the specific example of Step S450. Each nucleic acid-reagent mixture in the set of nucleic acid-reagent mixtures is transferred at a rate of 50 μL/minute. Manipulation of the elastomeric layer at a subset of a set of occlusion positions by the valve actuation subsystem of the molecular diagnostic module defines a set of truncated fluidic pathways, each coupled to a detection chamber, such that each nucleic acid-magnetic bead sample in the set of nucleic acid-magnetic bead samples is isolated within a truncated fluidic pathway of the set of truncated fluidic pathways. In the specific embodiment the occlusion position immediately upstream of the detection chamber and the occlusion position immediately downstream of the detection chamber are normally closed positions. During delivery, the multichannel liquid handling subsystem generates pressure to cause the elastomeric layer at the normally closed positions to deform and allow fluid to flow through the normally closed positions. Once the pressure drops after the detection chamber is filled and the multichannel liquid handing subsystem ceases delivery, the elastomeric layer is configured to overcome the pressure in the channel and recloses, thereby sealing the normally closed positions. The normally closed positions are then compressed using the valve actuation subsystem during thermocycling to prevent pressures generated during a molecular diagnostic assay to cause the normally closed positions to leak. After the molecular diagnostic assay is complete and the occlusion "pins" withdrawn, the normally closed positions allow the samples and amplicons to be trapped within detection chambers, substantially reducing the risk of contamination of the lab or other samples.

Step S470 recites receiving light from the set of nucleic acid-reagent mixtures, and functions to produce emission responses from the set of nucleic acid-reagent mixtures in response to transmission of excitation wavelength light or chemiluminescent effects. Preferably, Step S470 comprises the ability to transmit light including a wide range of wavelengths through a set of excitation filters and through a set of apertures configured to individually transmit light having single or multiple excitation wavelengths onto the set of nucleic acid-reagent mixtures, and receiving light through a set of emission filters, from the set of nucleic acid-reagent mixtures. Step S470 may additionally comprise reflecting light from the set of excitation filters off of a set of dichroic mirrors, and transmitting light through the set of dichroic mirrors to a set of photodetectors. A specific example of Step S470 comprises using the optical subsystem 180 of the

US 10,010,888 B2

37                                                        38

system **100** described above to transmit and receive light; however, alternative variations of Step S**470** may use any appropriate optical system configured to transmit light at excitation wavelengths toward the set of nucleic acid-reagent mixtures, and to receive light at emission wavelengths from the set of nucleic acid-reagent mixtures.

Step S**480** recites generating a set of data based on light received from the set of nucleic acid-reagent mixtures, which functions to produce quantitative and/or qualitative data from the set of nucleic acid-reagent mixtures. Step S**480** may further function to enable detection of a specific nucleic acid sequence from the nucleic acid-reagent mixture, in order to identify a specific nucleic acid sequence, gene, or organism. Preferably, Step S**480** includes converting electrical signals, produced by a set of photodetectors upon receiving light from the set of nucleic acid-reagent mixtures, into a quantifiable metric; however, S**480** may alternatively comprise converting electromagnetic energy, received by a set of photodetectors from the set of nucleic acid-reagent mixtures, into a set of qualitative data. In one variation of Step S**480**, the set of data may be processed by a processor and rendered on a user interface; however, in other variations of Step S**480**, the set of data may alternatively not be rendered on a user interface.

The method **400** may further comprise re-running a biological sample S**490** if processing and/or analysis of the biological sample results in less than ideal results. Preferably, Step S**490** occurs if an analysis of a biological sample is indeterminate due to machine or user error. Additionally, Step S**490** preferably occurs automatically upon detection of a less than ideal result, but may alternatively occur in response to a user prompt. Block S**490** is enabled due to rapid processing enabled by an embodiment of the system **100** described above, wherein rerunning a sample without sample degradation is feasible during the time it takes to run a biological sample and determine if an analysis of the biological sample has produced an indeterminate result.

Embodiments of the method **400** and variations thereof can be embodied and/or implemented at least in part by a machine configured to receive a computer-readable medium storing computer-readable instructions. The instructions are preferably executed by computer-executable components preferably integrated with the system **100** and one or more portions of the processor **273** and/or the controller **272**. The computer-readable medium can be stored on any suitable computer-readable media such as RAMs, ROMs, flash memory, EEPROMs, optical devices (CD or DVD), hard drives, floppy drives, or any suitable device. The computer-executable component is preferably a general or application specific processor, but any suitable dedicated hardware or hardware/firmware combination device can alternatively or additionally execute the instructions.

The FIGURES illustrate the architecture, functionality and operation of possible implementations of systems, methods and computer program products according to preferred embodiments, example configurations, and variations thereof. In this regard, each block in the flowchart or block diagrams may represent a module, segment, or portion of code, which comprises one or more executable instructions for implementing the specified logical function(s). It should also be noted that, in some alternative implementations, the functions noted in the block can occur out of the order noted in the FIGURES. For example, two blocks shown in succession may, in fact, be executed substantially concurrently, or the blocks may sometimes be executed in the reverse order, depending upon the functionality involved. It will also be noted that each block of the block diagrams and/or flowchart illustration, and combinations of blocks in the block diagrams and/or flowchart illustration, can be implemented by special purpose hardware-based systems that perform the specified functions or acts, or combinations of special purpose hardware and computer instructions.

As a person skilled in the art will recognize from the previous detailed description and from the figures and claims, modifications and changes can be made to the preferred embodiments of the invention without departing from the scope of this invention defined in the following claims.

We claim:

**1**. A system for processing nucleic acid content of a sample in cooperation with a cartridge comprising a heating region defined at a first surface, and a magnet housing region defined by a second surface in thermal communication with the first surface, the system comprising:

a molecular diagnostic module comprising:

a cartridge platform comprising a magnet receiving slot and operable to receive the cartridge and align the second surface of the cartridge with the magnet receiving slot,

a heater operable to transmit heat to the heating region of the cartridge at the first surface, and

a magnet coupled to a magnet heating element that heats the magnet, the magnet operable to pass through the magnet receiving slot into the magnet housing region, thereby facilitating separation of a nucleic acid volume from the sample and heating the sample in cooperation with the heater.

**2**. The system of claim **1**, wherein the magnet is one of a set of magnets, each magnet in the set of magnets coupled to and separated from an adjacent magnet by one of a set of magnet heating elements, the set of magnet heating elements comprising the magnet heating element.

**3**. The system of claim **1**, wherein the molecular diagnostic module further comprises an actuator coupled to the heater and operable to displace the cartridge platform to pass the magnet through the magnet receiving slot into the magnet housing region and to position the heater at the heating region.

**4**. The system of claim **3**, wherein in an extended configuration of the actuator, the magnet is passed through the magnet receiving slot, and wherein in a retracted configuration of the actuator the magnet is retracted from the magnet receiving slot.

**5**. The system of claim **3**, wherein the actuator of the molecular diagnostic module is a linear actuator, configured to vertically displace the cartridge platform, and wherein the cartridge platform of the molecular diagnostic module is coupled to a set of springs configured to counteract a force provided by the linear actuator.

**6**. The system of claim **3**, wherein the heater is configured to heat a capture segment, configured between the first and the second surfaces of the cartridge, through the heating region from a first direction.

**7**. The system of claim **6**, wherein the magnet is configured to apply a field to the capture segment through the magnet housing region, from a second direction substantially opposed to the first direction, wherein a first projection of the heating region onto a plane at least partially overlaps with a second projection of the magnet housing region onto the plane.

**8**. The system of claim **6**, wherein the capture segment is an s-shaped capture segment, and wherein in an operation mode of the system the magnet is configured to cross a portion of the capture segment in a direction perpendicular

US 10,010,888 B2

39
40

to a flow direction through the capture segment thereby providing a magnetic field at the portion of the capture segment.

**9**. The system of claim **1**, further comprising a liquid handling system configured to transfer the sample into the cartridge at the molecular diagnostic module, and to aspirate a nucleic acid volume from the cartridge at the molecular diagnostic module.

**10**. The system of claim **1**, wherein the magnet heating element is physically coupled to a surface of the magnet.

**11**. The system of claim **1**, wherein the molecular diagnostic module further comprises a valve actuation subsystem situated inferior to the cartridge platform comprising:

an actuation substrate having an array of active regions and an array of inactive regions, wherein each of the array of active regions is configured to provide a force in a displacement direction normal to a surface of the actuation substrate, thereby manipulating portions of the cartridge during operation.

**12**. The system of claim **11**, the molecular diagnostic module further comprising a set of detection chamber heaters, wherein at least one of the set of detection chamber heaters includes a coating configured to mitigate reflection of light from the set of detection chamber heaters toward photodetectors of the optical subsystem.

**13**. The system of claim **11**, wherein the valve actuation subsystem further comprises a set of pins, each pin in the set of pins including a distal end and a displacement region and operable in: a retracted configuration and an extended configuration, wherein in the retracted configuration an active region of the actuation substrate is aligned with the displacement region of the pin and the distal end of the pin is displaced in the displacement direction, and wherein in the extended configuration an inactive region of the actuation substrate is aligned with the displacement region of the pin and the distal end of the pin is displaced in a direction opposing the displacement direction and occludes a portion of a fluidic pathway within the cartridge.

**14**. A method for processing and detecting nucleic acids from a sample with a cartridge including a fluidic pathway passing between a heating region of the cartridge and a magnet housing region of the cartridge, wherein the method comprises:

with a liquid handling system, combining the sample with a quantity of magnetic beads to produce a nucleic acid-magnetic bead sample;

with the liquid handling system, transferring the nucleic acid-magnetic bead sample to the fluidic pathway of the cartridge; and

contemporaneously transmitting heat through the heating region, by way of a heater, and transmitting heat through the magnet housing region, by way of a magnet heating element coupled to a magnet, thereby facilitating capture of nucleic acids of the sample at the fluidic pathway of the cartridge.

**15**. The method of claim **14**, further comprising: within the liquid handling system, combining the sample with a buffer solution prior to transferring the nucleic acid-magnetic bead sample to the fluidic pathway of the cartridge.

**16**. The method of claim **14**, wherein transferring the nucleic acid-magnetic bead sample to the fluidic pathway of the cartridge comprises transferring the nucleic acid-magnetic bead sample into an s-shaped capture segment passing between the heating region and the magnet housing region of the cartridge.

**17**. The method of claim **14**, further comprising delivering a release solution into the fluidic pathway, thereby producing a nucleic acid volume from the nucleic acid-magnetic bead sample.

**18**. The method of claim **17**, further comprising combining the nucleic acid volume with a molecular diagnostic reagent external to the cartridge, thereby producing a nucleic acid-reagent mixture, prior to detecting nucleic acids using a detection chamber of the cartridge.

**19**. The method of claim **14**, further comprising providing a supernatant component of the sample with the nucleic acid-magnetic bead sample prior upon transferring the nucleic acid-magnetic bead sample into the fluidic pathway.

**20**. The method of claim **14**, further comprising transmitting light through an excitation filter toward the nucleic acid-reagent mixture within the cartridge, and receiving light, at a photodetector, from the nucleic acid-reagent mixture through a set of emission filters, in coordination with a second heater comprising a non-reflective coating that prevents reflection of light from the cartridge.

*   *   *   *   *

# EXHIBIT 56

US009452430B1

(12) **United States Patent**
Williams et al.

(10) Patent No.: **US 9,452,430 B1**
(45) Date of Patent: *\*Sep. 27, 2016*

(54) **MICROFLUIDIC CARTRIDGE FOR PROCESSING AND DETECTING NUCLEIC ACIDS**

(71) Applicant: **NeuMoDx Molecular, Inc.**, Ann Arbor, MI (US)

(72) Inventors: **Jeffrey Williams**, Chelsea, MI (US); **Michael T. Kusner**, Ann Arbor, MI (US)

(73) Assignee: **NeuMoDx Molecular, Inc.**, Ann Arbor, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/182,187**

(22) Filed: **Jun. 14, 2016**

**Related U.S. Application Data**

(63) Continuation of application No. 14/755,821, filed on Jun. 30, 2015, now Pat. No. 9,403,165, which is a continuation of application No. 13/766,009, filed on Feb. 13, 2013, now Pat. No. 9,101,930.

(60) Provisional application No. 61/598,240, filed on Feb. 13, 2012, provisional application No. 61/667,606, filed on Jul. 3, 2012.

(51) **Int. Cl.**
*B01L 3/00* (2006.01)
*C12Q 1/68* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .... *B01L 3/502723* (2013.01); *B01L 3/502707* (2013.01); *B01L 7/52* (2013.01);
(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 776,747 A | 12/1904 | Kling |
| 778,036 A | 12/1904 | Hepp et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 101432698 A | 5/2009 |
| CN | 1773190 B | 5/2010 |

(Continued)

OTHER PUBLICATIONS

Agostino, Luciana D et al: "Nuclear Aggregates of Polyamines", IUBMB Life, Taylor and Francis, London, GB LNKD-D01:10. 1080/1521654060062525, vol. 58, No. 2, Feb. 1, 2006, pp. 75-82, XP007914693, ISSN: 1521-6543 [retrieved on Jan. 3, 2008] the whole document.

(Continued)

*Primary Examiner* — Jennifer Wecker
(74) *Attorney, Agent, or Firm* — Jeffrey Schox; Ivan Wong

(57) **ABSTRACT**

A microfluidic cartridge, configured to facilitate processing and detection of nucleic acids, comprising: a top layer comprising a set of cartridge-aligning indentations, a set of sample port-reagent port pairs, a shared fluid port, a vent region, a heating region, and a set of Detection chambers; an intermediate substrate, coupled to the top layer comprising a waste chamber; an elastomeric layer, partially situated on the intermediate substrate; and a set of fluidic pathways, each formed by at least a portion of the top layer and a portion of the elastomeric layer, wherein each fluidic pathway is fluidically coupled to a sample port-reagent port pair, the shared fluid port, and a Detection chamber, comprises a turnabout portion passing through the heating region, and is configured to be occluded upon deformation of the elastomeric layer, to transfer a waste fluid to the waste chamber, and to pass through the vent region.

**20 Claims, 18 Drawing Sheets**



## US 9,452,430 B1

Page 2

(51) **Int. Cl.**

| | |
|---|---|
| *F04B 43/02* | (2006.01) |
| *B01L 7/00* | (2006.01) |
| *C12M 3/00* | (2006.01) |
| *B29C 65/08* | (2006.01) |
| *B29C 65/60* | (2006.01) |
| *B29L 31/00* | (2006.01) |
| *B29C 65/00* | (2006.01) |
| *B29C 65/48* | (2006.01) |
| *C12N 13/00* | (2006.01) |

(52) **U.S. Cl.**

CPC ............. *B01L 3/502* (2013.01); *B01L 3/5025* (2013.01); *B01L 3/5027* (2013.01); *B01L 3/50273* (2013.01); *B01L 3/502738* (2013.01); *B01L 3/502746* (2013.01); *B01L 7/525* (2013.01); *B01L 2200/0605* (2013.01); *B01L 2200/0615* (2013.01); *B01L 2200/0684* (2013.01); *B01L 2200/0689* (2013.01); *B01L 2200/10* (2013.01); *B01L 2200/12* (2013.01); *B01L 2200/142* (2013.01); *B01L 2300/021* (2013.01); *B01L 2300/06* (2013.01); *B01L 2300/0627* (2013.01); *B01L 2300/087* (2013.01); *B01L 2300/0809* (2013.01); *B01L 2300/0816* (2013.01); *B01L 2300/0861* (2013.01); *B01L 2300/0867* (2013.01); *B01L 2300/0883* (2013.01); *B01L 2300/0887* (2013.01); *B01L 2300/123* (2013.01); *B01L 2300/14* (2013.01); *B01L 2300/16* (2013.01); *B01L 2300/1827* (2013.01); *B01L 2400/043* (2013.01); *B01L 2400/0406* (2013.01); *B01L 2400/0481* (2013.01); *B01L 2400/0487* (2013.01); *B01L 2400/0622* (2013.01); *B01L 2400/0694* (2013.01); *B29C 65/08* (2013.01); *B29C 65/484* (2013.01); *B29C 65/606* (2013.01); *B29C 66/71* (2013.01); *B29C 66/81423* (2013.01); *B29C 66/8322* (2013.01); *B29L 2031/756* (2013.01); *C12M 23/42* (2013.01); *C12N 13/00* (2013.01); *C12Q 1/68* (2013.01); *C12Q 1/686* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,963,151 A | 6/1976 | North | |
| 5,681,529 A | 10/1997 | Taguchi et al. | |
| 5,725,831 A | 3/1998 | Reichler et al. | |
| 5,750,338 A | 5/1998 | Collins et al. | |
| 5,783,148 A | 7/1998 | Cottingham et al. | |
| 5,824,478 A | 10/1998 | Muller | |
| 5,853,667 A | 12/1998 | Seaton et al. | |
| 6,168,948 B1 | 1/2001 | Anderson et al. | |
| 6,331,266 B1 | 12/2001 | Powell et al. | |
| 6,368,871 B1 | 4/2002 | Christel et al. | |
| 6,374,684 B1 | 4/2002 | Dority | |
| 6,374,685 B1 | 4/2002 | Daly | |
| 6,431,476 B1 | 8/2002 | Taylor et al. | |
| 6,440,725 B1 | 8/2002 | Pourahmadi et al. | |
| 6,664,104 B2 | 12/2003 | Pourahmadi et al. | |
| 6,692,700 B2 | 2/2004 | Handique | |
| 6,852,287 B2 | 2/2005 | Ganesan | |
| 6,860,993 B2 | 3/2005 | Effenhauser et al. | |
| 6,872,315 B2 | 3/2005 | Effenhauser et al. | |
| 6,878,540 B2 | 4/2005 | Pourahmadi et al. | |
| 6,893,879 B2 | 5/2005 | Petersen et al. | |
| 6,899,838 B2 | 5/2005 | Lastovich | |
| 6,987,018 B2 | 1/2006 | Taylor et al. | |
| 7,052,268 B2 | 5/2006 | Powell et al. | |
| 7,135,144 B2 | 11/2006 | Christel et al. | |
| 7,192,557 B2 | 3/2007 | Wu et al. | |
| 7,270,786 B2 | 9/2007 | Parunak et al. | |
| 7,323,140 B2 | 1/2008 | Handique et al. | |
| 7,332,130 B2 | 2/2008 | Handique | |
| 7,569,346 B2 | 8/2009 | Petersen et al. | |
| 7,674,431 B2 | 3/2010 | Ganesan | |
| 7,682,820 B2 | 3/2010 | Bader | |
| 7,731,906 B2 | 6/2010 | Handique et al. | |
| 7,738,094 B2 | 6/2010 | Goldberg | |
| 7,763,209 B2 | 7/2010 | Haley | |
| 7,767,447 B2 | 8/2010 | Breidenthal et al. | |
| 7,820,030 B2 | 10/2010 | Althaus et al. | |
| 7,906,758 B2 | 3/2011 | Stults et al. | |
| 7,914,994 B2 | 3/2011 | Petersen et al. | |
| 7,935,537 B2 | 5/2011 | Haley | |
| 7,955,798 B2 | 6/2011 | Mauritz | |
| 7,955,864 B2 | 6/2011 | Cox et al. | |
| 7,964,413 B2 | 6/2011 | Macioszek et al. | |
| 7,987,022 B2 | 7/2011 | Handique et al. | |
| 3,008,066 A1 | 8/2011 | Lair et al. | |
| 7,995,798 B2 | 8/2011 | Krupnik et al. | |
| 7,998,708 B2 | 8/2011 | Handique et al. | |
| 8,003,329 B2 | 8/2011 | Macevicz | |
| 3,043,581 A1 | 10/2011 | Ganesan | |
| 8,048,375 B2 | 11/2011 | Breidenthal et al. | |
| 8,048,386 B2 | 11/2011 | Dority et al. | |
| 8,052,929 B2 | 11/2011 | Breidenthal et al. | |
| 8,088,616 B2 | 1/2012 | Handique | |
| 8,105,477 B2 | 1/2012 | Althaus et al. | |
| 8,105,783 B2 | 1/2012 | Handique | |
| 8,110,158 B2 | 2/2012 | Handique | |
| 8,133,671 B2 | 3/2012 | Williams et al. | |
| 8,168,134 B2 | 5/2012 | Lehto | |
| 8,182,763 B2 | 5/2012 | Duffy et al. | |
| 8,183,359 B2 | 5/2012 | Becker et al. | |
| 8,187,557 B2 | 5/2012 | Van Atta et al. | |
| 8,247,176 B2 | 8/2012 | Petersen et al. | |
| 8,248,597 B2 | 8/2012 | Goldberg | |
| 8,268,245 B2 | 9/2012 | Wahl | |
| 8,268,603 B2 | 9/2012 | Taylor et al. | |
| 8,273,308 B2 | 9/2012 | Handique et al. | |
| 8,287,820 B2 | 10/2012 | Williams et al. | |
| 8,288,520 B2 | 10/2012 | Eder et al. | |
| 8,323,584 B2 | 12/2012 | Ganesan | |
| 8,323,900 B2 | 12/2012 | Handique et al. | |
| 8,324,372 B2 | 12/2012 | Brahmasandra et al. | |
| 8,349,564 B2 | 1/2013 | Macioszek et al. | |
| 8,394,336 B2 | 3/2013 | Curcio | |
| 8,404,198 B2 | 3/2013 | Amshey et al. | |
| 8,415,103 B2 | 4/2013 | Handique | |
| 8,420,015 B2 | 4/2013 | Ganesan et al. | |
| 8,431,413 B2 | 4/2013 | Dority et al. | |
| 8,440,149 B2 | 5/2013 | Handique | |
| 8,470,586 B2 | 6/2013 | Wu et al. | |
| 8,470,588 B2 | 6/2013 | Boehm et al. | |
| 8,473,104 B2 | 6/2013 | Handique et al. | |
| 8,480,976 B2 | 7/2013 | Breidenthal et al. | |
| 8,491,178 B2 | 7/2013 | Breidenthal et al. | |
| 8,501,461 B2 | 8/2013 | Knight et al. | |
| 8,640,555 B2 | 2/2014 | Zenhausern et al. | |
| 8,709,787 B2 | 4/2014 | Handique | |
| 9,101,930 B2 | 8/2015 | Williams et al. | |
| 2002/0039783 A1 | 4/2002 | McMillan et al. | |
| 2002/0160518 A1 | 10/2002 | Hayenga et al. | |
| 2003/0170686 A1 | 9/2003 | Hoet et al. | |
| 2004/0018611 A1 | 1/2004 | Ward et al. | |
| 2004/0138154 A1 | 7/2004 | Yu et al. | |
| 2005/0180891 A1* | 8/2005 | Webster ............. B01L 3/50273 422/505 |
| 2005/0205199 A1 | 9/2005 | Green | |
| 2005/0221529 A1 | 10/2005 | Bang et al. | |
| 2005/0233370 A1 | 10/2005 | Ammann et al. | |
| 2005/0250199 A1 | 11/2005 | Anderson et al. | |
| 2005/0272169 A1 | 12/2005 | Griffin et al. | |
| 2006/0068204 A1 | 3/2006 | Rasmussen et al. | |
| 2006/0166233 A1 | 7/2006 | Wu et al. | |
| 2006/0182300 A1 | 8/2006 | Schwartz | |
| 2006/0182842 A1 | 8/2006 | Pruden et al. | |
| 2007/0148174 A1 | 6/2007 | Kudlicki et al. | |
| 2007/0184463 A1 | 8/2007 | Molho et al. | |

US 9,452,430 B1

Page 3

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| 2007/0190662 | A1 |   | 8/2007 | Baetzold et al. |
| 2007/0196912 | A1 |   | 8/2007 | Facer et al. |
| 2007/0292941 | A1 |   | 12/2007 | Handique et al. |
| 2008/0057572 | A1 | * | 3/2008 | Petersen ............... B01L 3/502 |
|  |  |  |  | 435/306.1 |
| 2008/0146896 | A1 |   | 6/2008 | Rabinowitz et al. |
| 2008/0193384 | A1 |   | 8/2008 | Willard et al. |
| 2008/0200343 | A1 |   | 8/2008 | Clemens et al. |
| 2008/0241569 | A1 |   | 10/2008 | Qin et al. |
| 2008/0275409 | A1 |   | 11/2008 | Kane et al. |
| 2008/0280285 | A1 |   | 11/2008 | Chen et al. |
| 2009/0130719 | A1 |   | 5/2009 | Handique |
| 2009/0131650 | A1 |   | 5/2009 | Brahmasandra et al. |
| 2009/0215125 | A1 |   | 8/2009 | Reed et al. |
| 2009/0275014 | A1 |   | 11/2009 | Maltezos et al. |
| 2010/0009351 | A1 |   | 1/2010 | Brahmasandra et al. |
| 2010/0009375 | A1 |   | 1/2010 | Sherman et al. |
| 2010/0029544 | A1 |   | 2/2010 | Cheng et al. |
| 2010/0075311 | A1 |   | 3/2010 | Barrault et al. |
| 2010/0165784 | A1 |   | 7/2010 | Jovanovich et al. |
| 2010/0300563 | A1 |   | 12/2010 | Ramunas et al. |
| 2010/0303687 | A1 |   | 12/2010 | Blaga et al. |
| 2010/0310423 | A1 |   | 12/2010 | Nieuwenhuis |
| 2010/0323919 | A1 |   | 12/2010 | Chen et al. |
| 2011/0003281 | A1 |   | 1/2011 | Woudenberg et al. |
| 2011/0043237 | A1 |   | 2/2011 | Kiyokawa et al. |
| 2011/0053289 | A1 |   | 3/2011 | Lowe et al. |
| 2011/0071031 | A1 |   | 3/2011 | Khripin et al. |
| 2011/0201099 | A1 |   | 8/2011 | Anderson et al. |
| 2011/0318840 | A1 |   | 12/2011 | Ziglioli et al. |
| 2012/0046203 | A1 |   | 2/2012 | Walsh et al. |
| 2012/0245218 | A1 |   | 9/2012 | Fukushima et al. |
| 2012/0245337 | A1 |   | 9/2012 | Fabis et al. |
| 2013/0210015 | A1 |   | 8/2013 | Williams et al. |
| 2013/0210127 | A1 |   | 8/2013 | Williams et al. |

FOREIGN PATENT DOCUMENTS

| CN | 101842690 | B | 6/2013 |
| EP | 0707077 | A2 | 4/1996 |
| WO | 0248164 | A2 | 6/2002 |
| WO | 2004003200 | A1 | 1/2004 |
| WO | 2007064635 | A1 | 6/2007 |
| WO | 2008097342 | A2 | 8/2008 |
| WO | 2008115626 | A2 | 9/2008 |
| WO | 2009038536 | A1 | 3/2009 |
| WO | 2009022994 |   | 4/2009 |
| WO | 2010072821 | A1 | 7/2010 |
| WO | 2010121315 | A1 | 10/2010 |

OTHER PUBLICATIONS

Ahsan U Khan et al: "Spermine and Spermidine Protection of Plasmid DNA Against Single-Strand Breaks Induced by Singlet Oxygen", Proceedings of the National Academy of Sciences of the United States (PNAS), National Academy of Science, US, vol. 89, Dec. 1, 1992, pp. 11428-11430, XP007914689, ISSN: 0027-8424 the whole document.

Compton, Cancer and Metastasis Rev., vol. 11, pp. 105-119 (1992).

Marton L J et al Polyamine-DNA Interactions Possible Site of New Cancer Chemotherapeutical Research (New York) vol. 3, No. 6, 1986, pp. 311-317, XP007914671, ISSN: 0724-8741 p. 311, col. 2, line 26-line 35; figure 1.

Oh Tae Jeong et al: "Polyamines Protect Against DNA Strand Breaks and Aid Cell Survival Against Irradiation in *Escherichia Coli*", Biotechnology Techniques, vol. 12, No. 10, Oct. 1998 (Oct. 1998), pp. 755-758, XP002599273, ISSN: 0951-208X the whole document.

* cited by examiner



FIG. 1A



FIG. 1B

FIG. 1C

☐ NORMALLY OPEN, 42

▣ NORMALLY CLOSED, 43



FIG. 1D

FIG. 1E

FIG. 1F

FIG. 1G

◯ OCCLUDED



FIG. 1H

FIG. 1I

FIG. 1J

FIG. 1K

◯ OCCLUDED



FIG. 2

FIG. 3

HEATING ELEMENT



BOTTOM VIEW

ISO VIEW
CROSS SECTION

FIG. 4



FIG. 5A

FIG. 5B

FIG. 5C

FIG. 5D



FIG. 6A



FIG.  6B



FIG.  6C



FIG. 7



FIG. 8A



FIG. 8B



FIG. 8C



**SIDE VIEW**



**FIG. 9**
**TOP VIEW**



FIG. 10A



FIG. 10B



FIG. 11A



FIG. 11B



200

aligning the top layer to the film layer and thermally bonding the two, using silicone adhesive to bond the elastomeric layer to the intermediate substrate of the microfluidic cartridge — S210

compressing the top layer, the film layer, the elastomeric layer, and the intermediate substrate and bonding the top/film layers to the elastomeric layer/intermediate substrate — S220

bonding the intermediate substate to the bottom layer — S230

covering the top and the bottom of each detection chamber — S240

installing the vents of the vent region — S250

pressure testing the microfluidic cartridge — S252

removing the partially finished microfluidic cartridge from the second jig — S254

applying labels and packaging — S260

FIG. 12A



FIG. 12B



FIG. 12C



FIG.  12D



FIG.  12E



FIG.  12F



FIG.  12G



300

thermally bonding the film layer to the top layer to form a first subassembly ⟩ S310

adding a vent to the first subassembly and applying a label to create a second subassembly ⟩ S320

applying an adhesive inside a bottom flange of the intermediate substrate and bonding the bottom layer to the intermediate substrate ⟩ S330

applying a tag to the intermediate substrate to create a third subassembly ⟩ S340

positioning the elastomeric layer on the third subassembly to create a fourth subassembly ⟩ S350

applying adhesive to the fourth subassembly ⟩ S360

coupling the second subassembly to the fourth subassembly ⟩ S370

FIG. 13

US 9,452,430 B1

1

# MICROFLUIDIC CARTRIDGE FOR PROCESSING AND DETECTING NUCLEIC ACIDS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 14/755,821, filed 30 Jun. 2015, now issued as U.S. Pat. No. 9,403,165, which is a continuation of U.S. patent application Ser. No. 13/766,009, filed 13 Feb. 2013, now issued as U.S. Pat. No. 9,101,930, which claims the benefit of U.S. Provisional Application Ser. No. 61/667,606, filed on 3 Jul. 2012, and U.S. Provisional Application Ser. No. 61/598,240, filed on 13 Feb. 2012, which are all incorporated in their entirety by this reference.

## TECHNICAL FIELD

This invention relates generally to the molecular diagnostics field, and more specifically to an improved microfluidic cartridge for processing and detecting nucleic acids.

## BACKGROUND

Molecular diagnostics is a laboratory discipline that has developed rapidly during the last 25 years. It originated from basic biochemistry and molecular biology research procedures, but now has become an independent discipline focused on routine analysis of nucleic acids (NA), including deoxyribonucleic acid (DNA) and ribonucleic acid (RNA) for diagnostic use in healthcare and other fields requiring nucleic acid analysis. Molecular diagnostic analysis of biological samples can include the detection and/or monitoring of one or more nucleic acid materials present in the specimen. The particular analysis performed may be either qualitative and/or quantitative. Methods of analysis may involve isolation, purification, and amplification of nucleic acid materials, and polymerase chain reaction (PCR) is a common technique used to amplify nucleic acids. Often, a nucleic acid sample to be analyzed is obtained in insufficient quantity, quality, and/or purity, hindering a robust implementation of a diagnostic technique. Current sample processing methods and molecular diagnostic techniques are also labor/time intensive, low throughput, and expensive, and systems of analysis are insufficient. Furthermore, methods of isolation, processing, and amplification are often specific to certain nucleic acid types and not applicable across multiple acid types. Due to these and other deficiencies of current molecular diagnostic systems and methods, there is thus a need for improved devices for processing and amplifying nucleic acids. Thus, there is a need in the molecular diagnostics field to create an improved microfluidic cartridge to facilitate processing and detecting of nucleic acids. This invention provides such a microfluidic cartridge.

## BRIEF DESCRIPTION OF THE FIGURES

FIGS. 1A-1C depict an embodiment of a microfluidic cartridge (top and side views) and an embodiment of a microfluidic pathway of the microfluidic cartridge;

FIGS. 1D-K depict an example embodiment of subsets of occlusion positions defining truncated portions of a fluidic pathway;

2

FIG. 2 depicts an alternative embodiment of a microfluidic cartridge (top view) showing individual waste chambers located on the top of cartridge and multiple fluid ports;

FIG. 3 depicts an alternative embodiment of a detection chamber of the microfluidic cartridge (top view) and a heating element configured to heat the detection chamber;

FIG. 4 depicts an embodiment of a waste chamber of the microfluidic cartridge;

FIGS. 5A-5D depict embodiments of the elastomeric layer of the microfluidic cartridge, in open and occluded configurations;

FIGS. 6A-6C depict an alternative embodiment of a microfluidic cartridge (top and side views) and an alternative embodiment of a microfluidic pathway of the microfluidic cartridge;

FIG. 7 depicts another alternative embodiment of a microfluidic pathway of the microfluidic cartridge;

FIGS. 8A and 8B depict schematics of microfluidic channel cross sections;

FIG. 8C depicts specific embodiments of microfluidic channel cross sections;

FIG. 9 depicts an embodiment of the microfluidic cartridge with twelve fluidic pathways (four of which are shown);

FIGS. 10A and 10B depict embodiments of occlusion of fluidic pathways with the elastomeric layer and a valving mechanism;

FIGS. 11A and 11B depict an embodiment of the microfluidic cartridge;

FIGS. 12A-12G depict an example manufacturing method for an embodiment of the microfluidic cartridge; and

FIG. 13 depicts an alternative example manufacturing method for an embodiment of the microfluidic cartridge.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following description of preferred embodiments of the invention is not intended to limit the invention to these preferred embodiments, but rather to enable any person skilled in the art to make and use this invention.

1. Microfluidic Cartridge

As shown in FIGS. 1A-1C, an embodiment of a microfluidic cartridge 100 for processing and detecting nucleic acids comprises: a top layer 110 comprising a set of sample port-reagent port pairs 112 and a set of detection chambers 116; an intermediate substrate 120, coupled to the top layer 110 and partially separated from the top layer by a film layer 125, configured to form a waste chamber 130; an elastomeric layer 140 partially situated on the intermediate substrate 120; a magnet housing region 150 accessible by a magnet 152 providing a magnetic field 156; and a set of fluidic pathways 160, each formed by at least a portion of the top layer 110, a portion of the film layer 125, and a portion of the elastomeric layer 140. In other embodiments, the microfluidic cartridge 100 may further comprise a bottom layer 170 coupled to the intermediate substrate 120 and configured to seal the waste chamber 130. Furthermore, the top layer 110 of the microfluidic cartridge 100 may further comprise a shared fluid port 118, a vent region 190, and a heating region 195, such that each fluidic pathway 165 in the set of fluidic pathways 160 is fluidically coupled to a sample port-reagent port pair 113, the shared fluid port 118, the waste chamber 130, and a detection chamber 117, comprises a capture segment 166 configured to pass through the heating region and the magnetic field, and is configured to pass through the vent region 190 upstream of the detection

US 9,452,430 B1

3

chamber **117**. Each fluidic pathway **165** thus functions to receive and facilitate processing of a sample fluid containing nucleic acids as it passes through different portions of the fluidic pathway **165**. As configured, the microfluidic cartridge **100** can be used to facilitate molecular diagnostic processes and techniques, and preferably conforms to micro-titer plate dimensional standards. Alternatively, the micro-fluidic cartridge **100** may be any appropriate size. In a specific application, the microfluidic cartridge **100** can be used to facilitate a PCR procedure for analysis of a sample containing nucleic acids.

1.1 Microfluidic Cartridge—Top Layer

The top layer **110** of an embodiment of the microfluidic cartridge **100** functions to accommodate elements involved in performing a molecular diagnostic procedure (e.g. PCR), such that a sample containing nucleic acids, passing through the cartridge, can be manipulated by the elements involved in performing the molecular diagnostic procedure. The top layer **110** is preferably composed of a structurally rigid/stiff material with low autofluorescence, such that the top layer **110** does not interfere with sample detection by fluorescence or chemiluminescence techniques, and an appropriate glass transition temperature and chemical compatibility for PCR or other amplification techniques. Preferably, the top layer **110** is composed of a polypropylene-based polymer, but the top layer **110** may alternatively be composed of any appropriate material (e.g. cyclic olefin polymer). In a specific embodiment, the top layer **110** is composed of 1.5 mm thick polypropylene produced by injection molding, with a glass transition temperature between 136 and 163° C. The top layer **110** may alternatively be composed of any appropriate material, for example, a polypropylene based polymer. As shown in FIGS. **1B** and **1C**, the top layer **110** preferably comprises a set of sample port-reagent port pairs **112**, a fluid port **118**, a vent region **190**, a heating region **195** crossing a capture segment **166** of a fluidic pathway **165**, and a set of detection chambers **116**.

Each sample-port-reagent port pair **113** of an embodiment of the top layer **110** comprises a sample port **114** and a reagent port **115**. The sample port **114** functions to receive a volume of a sample fluid potentially containing the nucleic acids of interest for delivery of the volume of fluid to a portion of a fluidic pathway **165** coupled to the sample port-reagent port pair **113**. In a specific embodiment, the volume of a sample fluid is a biological sample with magnetic beads for nucleic acid isolation; however, the volume of fluid comprising a sample fluid may alternatively be any appropriate fluid containing a sample with nucleic acids. Preferably, each sample port **114** is isolated from all other sample ports, in order to prevent cross-contamination between samples of nucleic acids being analyzed. Additionally, each sample port **114** is preferably of an appropriate geometric size and shape to accommodate a standard-size pipette tip used to deliver the volume of a sample fluid without leaking. Alternatively, all or a portion of the sample ports **114** are configured to be coupled to fluid conduits or tubing that deliver the volume of a sample fluid.

Each sample-port reagent port pair **113** of an embodiment of the top layer **110** also comprises a reagent port **115**, as shown in FIG. **1A**. The reagent port **115** in a sample port-reagent port pair **113** functions to receive a volume of fluid comprising a reagent used in molecular diagnostics, for delivery of the volume of fluid comprising a reagent to a portion of a fluidic pathway **165** coupled to the sample port-reagent port pair **113**. In a specific embodiment, the volume of fluid comprising a reagent used in molecular diagnostics is a sample of reconstituted molecular diagnostic

4

reagents mixed with nucleic acids released and isolated using the microfluidic cartridge **100**; however, the volume of fluid comprising a reagent used in molecular diagnostics may alternatively be any appropriate fluid comprising reagents used in molecular diagnostics. Preferably, each reagent port **115** is isolated from all other reagent ports, in order to prevent cross-contamination between samples of nucleic acids being analyzed. Additionally, each reagent port **115** is preferably of an appropriate geometric size to accommodate a standard-size pipette tip used to deliver the volume of fluid comprising a reagent used in molecular diagnostics. Alternatively, all or a portion of the reagent ports **115** are configured to be coupled to fluid conduits or tubing that deliver the volume of fluid comprising a reagent used in molecular diagnostics.

Preferably, the set of sample port-reagent port pairs **112** is located near a first edge of the top layer **110**, such that the configuration of the sample port-reagent port pairs **112** functions to increase accessibility, for instance, by a pipettor delivering fluids to the microfluidic cartridge **100**. In one specific example, the microfluidic cartridge **100** is configured to be aligned within a module, with the set of sample port-reagent port pairs **112** accessible outside of the module, such that a multichannel pipette head can easily access the set of sample port-reagent port pairs **112**. Preferably, as shown in FIG. **1A**, the set of sample port-reagent port pairs **112** is configured such that the sample ports **114** and the reagent ports **115** alternate along the first edge of the top layer **110**. In an alternative embodiment, the set of sample port-reagent port pairs **112** may not be located near an edge of the top layer **110**, and may further not be arranged in an alternating fashion.

The fluid port **118** of the top layer **110** of the microfluidic cartridge functions to receive at least one of a wash fluid, a release fluid, and a gas used in a molecular diagnostic procedure, such as PCR. In an embodiment, the wash fluid, the release fluid, and/or the gas are common to all samples being analyzed during a run of the diagnostic procedure using the microfluidic cartridge **100**; in this embodiment, as shown in FIG. **1A**, the fluid port **118** is preferably a shared fluid port, fluidically coupled to all fluidic pathways **165** coupled to the sample port-reagent port pairs **112**, and configured to deliver the same wash fluid, release fluid, and/or gas through the shared fluid port. Alternatively, as shown in FIG. **2**, the top layer may comprise more than one fluid port **118**, configured to deliver different wash fluids, release fluids, and/or gases to individual or multiple fluidic pathways **165** coupled to the set of sample port-reagent port pairs **112**.

Preferably, the fluid port **118** is located along an edge of the microfluidic cartridge **100**, which functions to increase accessibility to the fluid port by a system delivering fluids to the fluid port **118**. In a specific embodiment, as shown in FIG. **1A**, the fluid port is located approximately midway along an edge of the microfluidic cartridge **100**, different from the edge along which the set of sample port-reagent port pairs **112** is located. Alternatively, the fluid port **118** may not be located along an edge of the microfluidic cartridge **100**. Additionally, the fluid port **118** is preferably configured to be coupled to a syringe pump for fluid delivery; however, the fluid port **118** may alternatively configured to couple to any appropriate system for fluid delivery. Preferably, the wash fluid is a wash buffer for washing bound nucleic acid samples (i.e. nucleic acids bound to magnetic beads), the release fluid is a reagent for releasing bound nucleic acids samples from the magnetic beads, and the gas is pressurized air for moving fluids and demarcating separate

US 9,452,430 B1

5

reagents. Alternatively, the wash fluid, release fluid, and gas may be any appropriate liquids or gases used to carry out a molecular diagnostic procedure.

The heating region 195 of the top layer 110 functions to accommodate and position a heating element relative to elements of the microfluidic cartridge 100. The heating element preferably heats a defined volume of fluid and the magnetic beads, which has traveled through the microfluidic cartridge 100, according to a specific molecular diagnostic procedure protocol (e.g. PCR protocol), and is preferably an element external to the microfluidic cartridge 100; alternatively, the heating element may be integrated with the microfluidic cartridge and/or comprise a thermally conductive element integrated into the microfluidic cartridge 100. The heating region 195 is preferably a recessed fixed region of the top layer 110, downstream of the sample port-reagent port pairs 112, as shown in FIGS. 1A and 1B. Alternatively, the heating region may not be fixed and/or recessed, such that the heating region 195 sweeps across the top layer 110 of the microfluidic cartridge 100 as the heating element is moved. The microfluidic cartridge 100 may altogether omit the heating region 195 of the top layer 110, in alternative embodiments using alternative processes (e.g. chemical methods) for releasing nucleic acids from nucleic acid-bound magnetic beads.

The vent region 190 of an embodiment of the top layer 110 functions to remove unwanted gases trapped within a fluidic pathway 165 of the microfluidic cartridge, and may additionally function to position a defined volume of fluid within a fluidic pathway 165 of the microfluidic cartridge. The vent region 190 is preferably located downstream of the heating region 195 in an embodiment where the heating region 195 is fixed on the top layer 110 of the microfluidic cartridge 100, but alternatively may be located at another appropriate position on the top layer 110 such that unwanted gases are substantially removed from the microfluidic cartridge 100 during analysis. The top layer 110 may alternatively comprise more than one vent region 190 located at appropriate positions in the top layer 110. Preferably, as shown in FIGS. 1A and 1B, the vent region 190 is a recessed region in the top layer 110, and further comprises a film covering the vent region 190. Preferably, the film covering the vent region 190 is a gas-permeable but liquid-impermeable film, such that unwanted gases may be released from the microfluidic cartridge 100, but fluids remain within the microfluidic cartridge 100 and flow to the point of contacting the film. This functions to remove unwanted gases and position a defined volume of fluid within a fluidic pathway 165 of the microfluidic cartridge. In a specific embodiment, the film covering the vent region is a hydrophobic porous polytetrafluoroethylene-based material, synthesized to be gas-permeable but liquid-impermeable. Alternatively, the film covering the vent region may be gas and liquid permeable, such that unwanted gases and liquids are expelled from the microfluidic cartridge 100 through the vent region 190. Other alternative embodiments of the microfluidic cartridge 100 may altogether omit the vent region.

The set of detection chambers 116 of an embodiment of the top layer 110 functions to receive a processed nucleic acid sample, mixed with molecular diagnostic reagents, for molecular diagnostic analysis. Preferably, the set of detection chambers 116 is located along an edge of the top layer 110, opposite the edge along which the set of sample port-reagent port pairs 112 is located, which allows sample fluids dispensed into the microfluidic cartridge 100 to be processed and mixed with molecular diagnostic reagents on their way to a detection chamber 117 of the set of detection

6

chambers 116 and facilitates access to the detection chambers by external elements performing portions of a molecular diagnostics protocol (e.g. heating and optics systems). Alternatively, the set of detection chambers 116 may not be located along an edge of the top layer 110. In a first variation, as shown in FIGS. 1A and 1B, each detection chamber 117 in the set of detection chambers comprises a serpentine-shaped channel 16 for facilitating analysis of a solution of nucleic acids mixed with reagents. In the first variation, three portions of the serpentine-shaped channel 16 are preferably wide and shallow to facilitate heating, and are interconnected by two narrow portions, which function to increase fluid flow resistance and reduce the proportion of nucleic acid not contained within the detection area. The first variation functions to facilitate filling of the set of detection chambers in a manner that reduces the potential for trapped air bubbles, to facilitate rapid molecular diagnostic techniques, and to comply with current imaging technologies. In a specific example of the first variation, each serpentine-shaped channel 16 is injected into the top layer 110 of the microfluidic cartridge 100, and the three interconnected portions of the serpentine-shaped channel 16 are each 1600 μm wide by 400 μm deep.

In a second variation, each detection chamber 117 in the set of detection chambers has a depth between 0.400 mm and 1.00 mm, and a diameter between 3.50 mm and 5.70 mm, to provide a volumetric configuration that facilitates reaction efficiency. In a specific example of the second variation, each detection chamber 117 in the set of detection chambers 116 is configured to contain a total volume of 10 uL, and has a depth of 0.80 mm and a diameter of 3.99 mm; however, in alternative embodiments, each detection chamber 117 in the set of detection chambers 116 may be configured to contain a total volume less than or greater than 10 uL.

Preferably, as shown in FIGS. 1A and 1B, the lower regions of each detection chamber 117 in the set of detection chambers 116 includes a PCR compatible film that is thin, to facilitate efficient thermocycling, and has low autofluorescence, to facilitate light-based molecular diagnostic assays performed at the set of detection chambers 116. The PCR compatible film is preferably composed of a polypropylene based polymer thermally bonded to the bottom of the top layer, but may alternatively be composed of any appropriate PCR-compatible material and bonded in any fashion. In one specific variation, the PCR compatible film is a cyclic olefin polymer (COP) film, thermally bonded to the top layer 110, with a glass transition temperature suitable for a molecular diagnostic protocol. In one alternative embodiment, depending on the configuration of imaging, heating, and/or cooling elements external to the microfluidic cartridge 100, the top and/or bottom of the detection chambers 117 in the set of detection chambers 116 may be entirely formed of a clear or transparent material (e.g. glass or plastic) allowing transmission of light. In a variation of this alternative embodiment, lensing, other optical components, or additional structures may also be incorporated into the detection chambers, to facilitate light transmission and/or focusing. In the variation of the alternative embodiment, a lens may be manufactured (e.g. injection molded) directly to form a surface of a detection chamber 117.

In the embodiment of the set of detection chambers 116 that includes a PCR compatible film, the PCR compatible film may further include a thermally conductive component, which functions to transfer heat from a heating element to the detection chamber. Depending on the position of the heating element(s) relative to the microfluidic cartridge 100

US 9,452,430 B1

7

during analysis, the thermally conductive component of the PCR compatible film may be integrated with just the upper region of each detection chamber, just the lower region of each detection chamber, or both the upper and lower regions of each Detection chamber. The thermally conductive component of the PCR compatible film may comprise a wire mesh with a substantially small wire diameter, as shown in FIG. 3, thermally conductive particles distributed through the PCR compatible film (in a manner that still allows for optical clarity), or any other appropriate thermally conductive component (e.g. thermally conductive beads integrated into the PCR compatible film). The region laterally around the detection chamber may also further include one or more heat-transfer elements or air channels speed heat dissipation. Alternatively, a detection chamber 117 in the set of detection chambers 116 may not include a PCR compatible film with a thermally conductive component. Preferably, each detection chamber 117 is heated using a diced silicon wafer with conductive channels flip-chip bonded to a detection chamber to provide resistive heating; however, each detection chamber 117 may alternatively be heated using any appropriate heating device or method, and may be assembled using any appropriate method.

Preferably, each detection chamber 117 in the set of detection chambers 116 is thermally isolated from all other detection chambers, in order to prevent contamination of data from a detection chamber 117 due to heat transfer from other detection chambers in the set of detection chambers 116. In one embodiment, each detection chamber 117 of the set of detection chambers 116 is spaced far from adjacent detection chambers to limit thermal crosstalk. In another alternative embodiment, the top layer 110 may comprises slots between adjacent detection chambers to separate the detection chambers with an air gap. In one variation, thermal isolation is achieved by surrounding the side walls of each detection chamber 117 with a thermally insulating material, such as an insulating epoxy, putty, filler, or sealant. In another variation, the thermally insulating material has a low density, which functions to reduce heat transfer from other detection chambers. In yet another variation, thermal isolation is achieved by geometrically separating or displacing the detection chambers relative to each other within the top layer 110 of the microfluidic cartridge 100, such that heat transfer between detection chambers is hindered.

Preferably, each detection chamber 117 in the set of detection chambers 116 is also optically isolated from all other detection chambers, in order to prevent contamination of data from a detection chamber 117 due to light transfer from other detection chambers in the set of detection chambers 116. Preferably, optical isolation is achieved with detection chambers having substantially vertical walls, and separating each detection chamber 117 in the set of detection chambers from each other. However, in one variation, the sidewalls of each detection chamber 117 in the set of detection chambers 116 are either composed of or surrounded by a material with low autofluorescence and/or poor optical transmission properties to achieve optical isolation. In another variation, the sidewalls of each detection chamber 117 are surrounded by an optically opaque material, thus allowing transmission of light to a detection chamber 117 through only the top and bottom regions of the detection chamber 117. Alternatively, the microfluidic cartridge 100 may not further comprise any provisions for optical isolation of each detection chamber 117 in the set of detection chambers 116, aside from constructing the set of detection chambers 116 with a material having low autofluorescence.

8

Additionally, each detection chamber 117 in the set of detection chambers 116 may be further optimized to meet volumetric capacity requirements, facilitate high thermocycling rates, facilitate optical detection, and facilitate filling in a manner that limits bubble generation. Alternatively each detection chamber 117 in the set of detection chambers 116 may not be optimized to meet volumetric capacity requirements, facilitate high thermocycling rates, facilitate optical detection, and/or facilitate filling in a manner that limits bubble generation.

The top layer 110 of the microfluidic cartridge 100 may further comprise a set of cartridge-aligning indentations 180, which function to align the microfluidic cartridge 100 as it moves through an external module. As shown in FIG. 2 the set of cartridge-aligning indentations 180 are preferably located such that they do not interfere with any ports 112, 118, the heating region, 195, the vent region 190, and/or the set of detection chambers 116. In an embodiment, the top layer 110 of the microfluidic cartridge preferably comprises at least four cartridge-aligning indentations, located at points on the periphery of the top layer 110, and the cartridge-aligning indentations are configured to be recessed regions configured to mate with alignment pins in a system external to the microfluidic cartridge 100. Alternatively, the cartridge-aligning indentations may be grooves, such that the microfluidic cartridge 100 accurately slides into position along the grooves within a system external to the microfluidic cartridge 100. In yet another alternative embodiment, the set of cartridge-aligning indentations 180 may be any appropriate indentations that allow for positioning of the microfluidic cartridge 100 within an external system. However, the microfluidic cartridge 100 may altogether omit the set of cartridge-aligning indentations 180, and rely upon other features of the microfluidic cartridge 100 to facilitate alignment.

1.2 Microfluidic Cartridge—Intermediate Substrate

As shown in FIG. 1B, an embodiment of the microfluidic cartridge also comprises an intermediate substrate 120, coupled to the top layer 110 and partially separated from the top layer 110 by a film layer 125, configured to form a waste chamber 130. The intermediate substrate 120 functions to serve as a substrate to which layers of the microfluidic cartridge may be bonded, to provide guides for the valve pins, and to provide a waste chamber volume into which a waste fluid may be deposited. Preferably, the depth of the intermediate substrate 120 provides a waste chamber volume adequate to accommodate the volume of waste fluids generated within the microfluidic cartridge 100. Additionally, the depth of the intermediate substrate 120 provides a low profile for the microfluidic cartridge 100 to facilitate movement throughout a compact molecular diagnostic system. Preferably, the intermediate substrate 120 of the microfluidic cartridge 100 is also configured such that the footprint of microfluidic cartridge 100 adheres to microtiter plate standards, to facilitate automated handling of the microfluidic cartridge 100. The intermediate substrate 120 is preferably composed of a low-cost, structurally stiff material, such as polypropylene. However, similar to the top layer 120, the intermediate substrate may be alternatively composed of a structurally stiff material with low autofluorescence, such that the intermediate substrate 120 does not interfere with sample detection by fluorescence techniques, and an appropriate glass transition temperature for PCR techniques. In one variation of this alternative embodiment, the intermediate substrate 120 is composed of a cyclic olefin polymer (COP), produced by injection molding, with a glass transition temperature between 136 and 163° C. In yet

9

10

another alternative embodiment, the intermediate substrate **120** may be composed of any appropriate material, for example, a polycarbonate based polymer.

Preferably, the intermediate substrate **120** of the microfluidic cartridge **100** is coupled to the top layer **110** and partially separated from the top layer **110** by a film layer **125**. The film layer **125** functions to isolate individual fluidic pathways **165** of the microfluidic cartridge, to prevent leakage, to provide an appropriate environment for sample processing and conducting a molecular diagnostic protocol, and to provide access between a microfluidic channel (of a fluidic pathway **165**) above the film layer **125** and elements below the film layer **125** (e.g. waste chamber and/or fluidic pathway occluder). Preferably, the film layer is a polypropylene (PP) with an appropriate glass transition temperature, such that it is PCR compatible and thermally bondable to the top layer **110**; however, the film layer may alternatively be any appropriate material. In a specific embodiment, the film layer **125** is a polypropylene film between 30 and 100 microns thick and die cut to produce openings at a set of occlusion positions, to provide access between a microfluidic channel of a fluidic pathway **165** above the film layer **125** and elements below the film layer **125**. In this specific embodiment, the openings are slightly oversized prior to assembly, in order to allow for constriction during assembly (due to thermal and pressure effects) and to provide higher tolerance during assembly of microfluidic cartridge layers. Alternatively, the film layer is any appropriate material such that it substantially isolates individual fluidic pathways, and is easily processable to provide access between a microfluidic channel of a fluidic pathway **165** above the film layer and elements below the film layer **125**.

Preferably, the top layer **110**, the film layer **125**, and the intermediate substrate are bonded together, such that the top layer **110**, film layer, **125**, and intermediate substrate form a bonded unit with a hermetic seal to prevent fluid leakage. A hermetic seal is preferably formed using a silicone rubber layer coupled to the film layer **125**, but may alternatively be formed using an alternative material or method. In a specific embodiment, a hermetic seal formed using a silicone rubber layer is only required at locations of openings within the film layer (e.g., at locations where an external occluder interacts with the microfluidic cartridge). Preferably, in an embodiment where the top layer **110**, the film layer **125**, and the intermediate substrate **120** are substantially identical materials (e.g. polypropylene), at least one of thermal bonding, adhesives, and ultrasonic welding are used to coupled the layers **110**, **125**, **120** together. In an embodiment where the top layer **110**, the film layer **125**, and the intermediate substrate **120** are substantially different materials—a combination of thermal bonding methods and adhesives may be used to bond the top layer **110**, the film layer **125**, and the intermediate substrate **120** of the microfluidic cartridge **100** together. In an alternative embodiment, the top layer **110**, the film layer **125**, and the intermediate substrate **120** of the microfluidic cartridge **100** may be thermally bonded together in a single step. In yet another alternative embodiment, the top layer **110**, the film layer **125**, and the intermediate substrate **120** may alternatively be modular, in applications where a portion of the microfluidic cartridge **100** is partially reusable (e.g. in an application where the waste chamber may be discarded after use, but the top layer and film may be reused). In yet another alternative embodiment, the top layer **110**, the film layer **125**, and the intermediate substrate **120** may only be partially bonded, such that a molecular diagnostic system, into which the microfluidic cartridge **100** is loaded, is configured to compress the top layer **110**, the film layer **125**, and the intermediate substrate **120** together, preventing any fluid leakage.

As shown in FIG. 1B, the intermediate substrate **120** of an embodiment of the microfluidic cartridge **100** is configured to form a waste chamber **130**, which functions to receive and isolate waste fluids generated within the microfluidic cartridge **100**. The waste chamber **130** is preferably continuous and accessible by each fluidic pathway **165** of the microfluidic cartridge **100**, such that all waste fluids generated within the microfluidic cartridge **100** are deposited into a common waste chamber; however, each fluidic pathway **165** of the microfluidic cartridge **100** may alternatively have its own corresponding waste chamber **130**, such that waste fluids generated within a fluidic pathway **165** of the microfluidic cartridge **100** are isolated from waste fluids generated within other fluidic pathways **165** of the microfluidic cartridge **100**. In a specific embodiment of the microfluidic cartridge **100** with a continuous waste chamber, the waste chamber has a volumetric capacity of approximately 25 mL; however, the waste chamber **130** of another embodiment may have a different volumetric capacity. The intermediate substrate **120** further comprises a waste vent **135**, which provides access between a microfluidic channel of a fluidic pathway **165** above the film layer **125** and the waste chamber **130**. Preferably, the intermediate substrate **130** comprises more than one waste inlet **136**, such that the waste chamber is accessible at more than one location along a fluidic pathway **165** through the waste inlets **136**. Alternatively, the intermediate substrate **120** may include a single waste inlet **136**, such that all waste fluids generated within the microfluidic cartridge **100** are configured to travel through the single waste inlet **136** into the waste chamber **130**. Also, as shown in FIG. 1B, the intermediate substrate **120** may comprise a waste vent **131**, such that the waste chamber **130** is vented to prevent pressure build up in the waste chamber as waste fluid is added.

As shown in FIGS. 1B and **4**, the waste chamber **130** formed by the intermediate substrate **120** preferably has a corrugated surface **137**, such that the waste chamber **130** is not only configured to receive and isolate a waste fluid, but also functions to 1) provide structural stability for the microfluidic cartridge **100** and 2) allow elements external to the microfluidic cartridge **100** to enter spaces formed by the corrugated surface **137**, for greater accessibility to elements of the microfluidic cartridge **100**. Also shown in FIGS. 1B and **4**, each of the ridges in the corrugated surface **137** may not have the same dimensions, as a result of the locations of elements within and external to the microfluidic cartridge **100**. In an embodiment of the waste chamber **130** with a corrugated surface **137**, at least two ridges of the corrugated surface **137** are preferably the same height, such that the microfluidic cartridge **100** sits substantially level on a flat base. In an alternative embodiment, all ridges of the corrugated surface **137** of the waste chamber **130** are identical, for structural symmetry, and in yet another embodiment, the waste chamber **130** may not have a corrugated surface **137**.

In one preferred embodiment, the intermediate substrate **120** of the microfluidic cartridge **100** further comprises a set of valve guides, which function to direct a series of external pins or other indenters through the valve guides at a set of occlusion positions **141**, thus affecting flow through a microfluidic channel of a fluidic pathway **165** at the set of occlusion positions **141**. The set of valve guides **127** may also function to facilitate alignment of the microfluidic cartridge **100** within an external molecular diagnostic module. In a first embodiment, as shown in FIG. 1B, the set of valve guides **127** comprises holes within the intermediate

US 9,452,430 B1

11

substrate **120** at the set of occlusion positions **141**, with sloped edges configured to direct a pin or indenter through the holes. In the first embodiment, the set of valve guides **127** may be produced in the intermediate substrate **120** by injection molding, or may alternatively be produced by drilling, countersinking, chamfering, and/or beveling. In another embodiment, the set of valve guides **127** comprises grooves with holes, such that a pin or indenter is configured to travel along a groove and through a hole that defines the valve guide. In a simplified alternative variation, the set of valve guides **127** may comprise holes through the intermediate substrate **120**, wherein the holes do not have sloped edges. In yet another simplified alternative variation, the set of valve guides **127** may comprise a slot configured to provide access to the elastomeric layer **140** by a group of occluding objects (e.g. pins or indenters), rather than a single occluding object.

1.3 Microfluidic Cartridge—Elastomeric and Bottom Layers

As shown in FIGS. 1B and 5A-5D, an embodiment of the microfluidic cartridge **100** also comprises an elastomeric layer **140** partially situated on the intermediate substrate **120**, which functions to provide a deformable substrate that, upon deformation, occludes a microfluidic channel of a fluidic pathway **165** contacting the elastomeric layer **140** at an occlusion position of a set of occlusion positions **141**. Preferably, the elastomeric layer **140** comprises an inert, liquid impermeable material, of an appropriate thickness, that can be heated to temperatures encountered during manufacturing and/or specified in a molecular diagnostic protocol, without substantial damage (i.e. compromised surface and/or loss of mechanical robustness) and is chemically compatible with a PCR assay. Preferably, the elastomeric layer **140** is non-continuous, such that portions of the elastomeric layer **140** are positioned relative to the intermediate substrate **120** in a manner that directly covers holes provided by the set of valve guides **127**. Alternatively, the elastomeric layer **140** is a continuous layer, spanning a majority of the footprint of the microfluidic cartridge **100** while covering holes provided by the set of valve guides **127**. In a specific embodiment, the elastomeric layer **140** comprises 500 micron thick strips of a low-durometer silicone that can be heated to at least 120° C. without substantial damage, which are bonded to a portion of the intermediate substrate **120** using a silicone-based adhesive and slightly compressed between the film layer **125** and the intermediate substrate **120**. In a variation of the specific embodiment, the elastomeric layer **140** may alternatively be held in place solely by pressure between the intermediate layer **120** and the top layer **110**. Preferably, the elastomeric layer **140** is reversibly deformable over the usage lifetime of the microfluidic cartridge **100**, such that any occlusion of a microfluidic channel of a fluidic pathway **165** contacting the elastomeric layer **140** is reversible over the usage lifetime of the microfluidic cartridge. Alternatively, the elastomeric layer **140** may not be reversibly deformable, such that an occlusion of a microfluidic channel of a fluidic pathway **165** contacting the elastomeric layer **140** is not reversible.

The set of occlusion positions **141** preferably comprises at least two types of occlusion positions, as shown in FIG. 1C, including a normally open position **42** and a normally closed position **43**. As shown in FIGS. 5A-5D, the elastomeric layer **140** at a normally open position **42** of the set of occlusion positions **141** may be closed upon occlusion by an occluding object (FIGS. 5B and 5D). Preferably, a normally open position **42** is configured to withstand pressures that can be generated by a fluid delivery system (e.g. a syringe pump) without leaking, upon occlusion by an occluding object at

12

the normally open position **42**. In one specific example, a ½ barrel-shaped pin head may be used to fully occlude a normally open position **42** having an arched cross section, as in FIG. 5C, with near constant pressure on the portion of the elastomeric layer compressed between the occluding object and occluding position.

The normally closed position **43** of the set of occlusion positions **141**, functions to be normally closed, but to be forced open in response to fluid delivery by a fluid delivery system. In one variation, the normally closed position **43** may be formed by manufacturing (e.g. injection molding) the top layer **100**, such that the top layer material at a normally closed position **43** extends down to the elastomeric layer **140**. If an occluding object is held away from the normally closed position **43**, the occlusion position is closed, but can be forced open due to fluid pressure applied by a fluid delivery system (e.g. syringe pump). When not in operation, however, the normally closed position **43** is configured to prevent leakage and/or fluid bypass. The normally closed position may also be held closed by an occluding object, to prevent leakage even under pressure provided by a fluid delivery system, or under pressure experienced during a high temperature step (e.g., thermocycling) to prevent evaporation of a sample undergoing thermocycling.

The microfluidic cartridge **100** may further comprise a bottom layer **170** configured to couple to the intermediate substrate, which functions to allow waste to be contained within the microfluidic cartridge **100**, and allow microfluidic cartridges to be stacked. The bottom layer thus facilitates reception, isolation, and containment of a waste fluid within the waste chamber. Preferably, the bottom layer **170** is composed of the same material as the intermediate substrate **120** for cost and manufacturing considerations, and bonded to the intermediate substrate **120** in a manner that provides a hermetic seal, such that a liquid within the waste chamber **130** does not leak out of the waste chamber **130**. In a specific embodiment, the bottom layer **170** and the intermediate substrate **120** are both composed of a polypropylene-based material, and bonded together using an adhesive. In an embodiment of the microfluidic cartridge **100** where the waste chamber **130** has a corrugated surface, the bottom layer **170** preferably only seals voids defining the waste chamber **130**, such that non-waste chamber regions (i.e. non-waste housing regions) are not covered by the bottom layer **170**. Alternatively, the microfluidic cartridge **100** may omit the bottom layer **170**, such that any waste fluid that enters the waste chamber **130** completely leaves the microfluidic cartridge **100** and is collected off-cartridge by a waste-collecting subsystem of an external molecular diagnostic system. In this alternative embodiment, the intermediate substrate **120** is configured to fluidically couple to the waste-collecting subsystem.

1.4 Microfluidic Cartridge—Magnet Housing

The magnet housing region **150** of the microfluidic cartridge **100** functions to provide access to and/or house at least one magnet **152** providing a magnetic field **156** for purification and isolation of nucleic acids. Preferably, the magnet housing region **150** is defined by the film layer and the intermediate substrate, such that the film layer and the intermediate substrate form the boundaries of the magnet housing region **150**. In an embodiment of the microfluidic cartridge **100** comprising a bottom layer **170**, the magnet housing region **150** may further be defined by the bottom layer **170**, such that the bottom layer partially forms a boundary of the magnet housing region **150**. The magnet housing region **150** is preferably a rectangular prism-shaped

US 9,452,430 B1

13

void in the microfluidic cartridge **150**, and accessible only through one side of the microfluidic cartridge **100**, as shown in FIG. 1B. Preferably, the magnet housing region **150** can be reversibly passed over a magnet **152** to house the magnet **152**, and retracted to remove the magnet **152** from the magnet housing region **150**; however, the magnet **152** may alternatively be irreversibly fixed within the magnet housing region **150** once the magnet **152** enters the magnet housing region **150**.

Preferably, the magnet housing region **150** is bounded on at least two sides by the waste chamber **130**, and positioned near the middle of the microfluidic cartridge **100**, such that a fluidic pathway **165** passing through the magnetic field **156** passes through the magnetic field **156** at least at one point along an intermediate portion of the fluidic pathway **165**. Preferably, the magnet housing region **150** also substantially spans at least one dimension of the microfluidic cartridge, such that multiple fluidic pathways **165** of the microfluidic cartridge **100** cross the same magnet housing region **150**, magnet **152**, and/or magnetic field **156**. Alternatively, the magnet housing region **150** may be configured such that a magnet within the magnet housing region **150** provides a magnetic field spanning all fluidic pathways **165** of the microfluidic cartridge in their entirety. In alternative embodiments, the microfluidic cartridge may comprise more than one magnet housing region **150**, a magnet housing region **150** may be configured to receive and/or house more than one magnet **152**, and/or may not be positioned near the middle of the microfluidic cartridge **100**. In yet another alternative embodiment, the magnet housing region **150** may permanently house a magnet **152**, such that microfluidic cartridge comprises a magnet **152**, integrated with the intermediate substrate **120**. In embodiments where the magnet **152** is retractable from the microfluidic cartridge **100**, the magnet **152** may be a permanent magnet or an electromagnet. In embodiments where the magnet **152** is configured to be integrated with the microfluidic cartridge **100**, the magnet **152** is preferably a permanent magnet, which provides a stronger magnetic field per unit volume.

1.5 Microfluidic Cartridge—Fluidic Pathways

The set of fluidic pathways **160** of the microfluidic cartridge **100** functions to provide a fluid network into which volumes of sample fluids, reagents, buffers and/or gases used in a molecular diagnostics protocol may be delivered, out of which waste fluids may be eliminated, and by which processed nucleic acid samples may be delivered to a detection chamber for analysis, which may include amplification and/or detection. Preferably, each fluidic pathway **165** in the set of fluidic pathways **160** is formed by at least a portion of the top layer, a portion of the film layer, and a portion of the elastomeric layer **140**, such that each fluidic pathway **165** may be occluded upon deformation of the elastomeric layer **140** at a set of occlusion positions **141**. Additionally, at least one fluidic pathway **165** in the set of fluidic pathways **160** is preferably fluidically coupled to a sample port-reagent port pair **113** of the set of sample port-reagent port pairs **112**, a fluid port **118**, a waste chamber **130**, and a detection chamber **117** of the set of detection chambers **116**. Furthermore, at least one fluidic pathway **165** in the set of fluidic pathways **160** is preferably configured to be occluded upon deformation of the elastomeric layer **140**, configured to transfer a waste fluid to the waste chamber **30**, comprises a capture segment **166** passing through the heating region **195** and a magnetic field **156**, and is configured to pass through the vent region **190** upstream of a detection chamber **117**. Alternative embodiments may omit preferred elements of the embodiment of the fluidic pathway **165**

14

described above, such as a vent region **190** or a heating region **195**, or add additional elements to the embodiment of the fluidic pathway **165** described above.

A fluidic pathway **165** of the set of fluidic pathways **160** may comprise portions (i.e. microfluidic channels) that are located on both sides of the top layer **110**, but is preferably located primarily on the bottom side of the top layer (in the orientation shown in FIG. 1B). In the orientation of the microfluidic cartridge **100** shown in FIG. 1B, a microfluidic channel on top of the top layer **110** may be further covered by second film layer **168** that seals the microfluidic channel on top of the top layer **110**. The second film layer **168** may be comprise a cyclic olefin polymer (COP) film, thermally or adhesively bonded to the top layer **110**, or alternatively may comprise another material that is bonded to the top layer **110**. The use of film layers **125**, **168** to cover microfluidic channels on either side of the top layer **110** facilitates manufacturing, such that long stretches of a fluidic pathway **165** do not need to be produced within the interior of the top layer **110**. Preferably, microfluidic channels may be etched, formed, molded, cut, or otherwise shaped into the rigid structure of the top layer **110**, and either remain on one side of the top layer **110**, or pass through the thickness of the top layer **110**.

In one variation, in the orientation of the microfluidic cartridge **100** shown in FIG. 11B, a fluidic pathway **165** is preferably located primarily on the bottom side of the top layer **110**, comprising a segment running to a vent region **190** on the top side of the top layer **110**. All other segments of the fluidic pathway **165** are preferably located on the bottom side of the top layer **110**, allowing the fluidic pathway **165** to be sealed by the film layer **125** without requiring a separate film layer to seal channels located on the top of the top layer **110**.

In another variation, in the orientation of the microfluidic cartridge **100** shown in FIG. 1B, a fluidic pathway **165** is preferably located primarily on the bottom side of the top layer **110**, comprising a segment running to a detection chamber **163** on the top side of the top layer **110** and a segment running away from the detection chamber **164** on the top side of the top layer **110**. In this variation, the fluidic pathway **165** thus crosses the thickness of the top layer **110** upstream of the first segment running to the detection chamber **163**, and crosses the thickness of the top layer **110** downstream of the segment running away from the detection chamber **164**, and crosses the thickness of the top layer **110** to couple to a sample port **114** and a reagent port **115** on the top side of the top layer **110**. In another variation, as shown in FIG. 6C, a fluidic pathway **165** is preferably located primarily on the bottom side of the top layer **110**, comprising only a segment running away from the detection chamber **164** on the top side of the top layer **110**. In this other variation, the fluidic pathway **165** thus crosses the thickness of the top layer **110** downstream of the second portion, and crosses the thickness of the top layer **110** to couple to a sample port **114** and a reagent port **115** on the top side of the top layer **110**. Alternatively, other embodiments may comprise a fluidic pathway **165** with a different configuration of portions on the top side of the top layer **110** and/or portions on the bottom side of the top layer **110**.

As shown in FIGS. 1C, 6C, 7 and 9, a fluidic pathway **165** of the set of fluidic pathways **160** is branched and preferably comprises an initial segment **174** fluidically coupled to a fluid channel **119** coupled to a fluid port **118**, a sample segment **175** coupled to a sample port **114**, a reagent segment **176** coupled to a reagent port **115**, a capture segment **166** passing through at least one of the heating

US 9,452,430 B1

15

region 195 and a magnetic field 156, a vent segment 177 configured to pass through the vent region 190, a segment running to a detection chamber 163, a segment running away from the detection chamber 164, and at least one waste segment 178, 179 configured to transfer a waste fluid to a waste chamber 130. Individual segments of the fluidic pathway 165 are preferably configured to pass through at least one occlusion position of the set of occlusion positions 141, to controllably direct fluid flow through portions of the fluidic pathway 165. A fluidic pathway 165 may also further comprise an end vent 199, which functions to prevent any fluid from escaping the microfluidic channel.

The initial segment 174 of the fluidic pathway 165 functions to deliver common liquids and/or gases from a fluid port 118 through at least a portion of the fluidic pathway 165, the sample segment 175 functions to deliver a volume of a sample fluid (e.g. sample comprising nucleic acids bound to magnetic beads) to a portion of the fluidic pathway 165, and the reagent segment 176 functions to deliver a volume of fluid comprising a reagent to a portion of the fluidic pathway 165. The capture segment 166 functions to facilitate isolation and purification of nucleic acids from the volume of the sample fluid, and may be s-shaped and/or progressively narrowing, to increase the efficiency and/or effectiveness of isolation and purification. Alternatively, the capture segment 166 may altogether be replaced by a substantially straight portion 166 or any other geometric shape or configuration that functions to facilitate isolation and purification of nucleic acids from the volume of the sample fluid. The capture segment 166 of the fluidic pathway 165 preferably has an aspect ratio less than one, which functions to facilitate capture of magnetic particles, but may alternatively have an aspect ratio that is not less than one.

The vent segment 177 functions to deliver a processed sample fluid through the vent region 190 for gas removal. The segment running to a detection chamber 163 functions to deliver a processed sample fluid to the detection chamber 117 with a reduced quantity of gas bubbles, and the segment running away from the detection chamber 164 functions to deliver a fluid away from the detection chamber 117. The segments may be arranged in at least one of several configurations to facilitate isolation, processing, and amplification of a nucleic acid sample, as described in three exemplary embodiments below:

A first embodiment, as shown in FIG. 1C, of a fluidic pathway 165 preferably comprises an initial segment 174 fluidically coupled to a fluid channel 119 coupled to a shared fluid port 118, a sample segment 175 coupled to a sample port 114 and to the initial segment 174, and an s-shaped capture segment 166, configured to pass through the heating region 195 and a magnetic field 156, coupled to the initial segment 174 and the sample segment 175. In a variation of the first embodiment, the s-shaped capture segment 166 may comprise an initial wide arc 166 to provide a greater surface area for magnetic bead capture. In another variation of the first embodiment, the capture segment 166 may alternatively be a progressively narrowing s-shaped capture segment 166. The first embodiment of the fluidic pathway 165 also comprises a reagent segment 176 coupled to a reagent port 115 and to the capture segment 166, a vent segment 177 coupled to the reagent segment 176 and configured to pass through the vent region 190, a segment running to a detection chamber 163 from the vent region 190, a winding segment running away from the detection chamber 164, and an end vent 199 coupled to the segment running away from the detection chamber 164. The first embodiment of the fluidic pathway 165 also comprises a first waste segment

16

178 configured to couple the initial segment 174 to the waste chamber 130, and a second waste segment 179 configured to couple the capture segment 166 to the waste chamber 130. The first waste segment 178 preferably functions to allow evacuation of excess release fluids from a fluidic pathway 165, for precise metering of the amount of release reagents used in a molecular diagnostic procedure using a low volume of sample.

In the first embodiment, the set of occlusion positions 141 comprises a first occlusion position 142 located along the initial segment 174 between points at which the initial segment couples to the fluid channel 119 and to the capture segment 166. The set of occlusion positions 141 also comprises a second occlusion position 143 located along the sample segment 175, a third occlusion position 144 located along the reagent segment 176, a fourth occlusion position 145 located along the first waste segment 178, and a fifth occlusion position 146 located along the second waste segment 179. In the first embodiment, the set of occlusion positions 141 also comprises a sixth occlusion position 147 located along the vent segment 177 upstream of the vent region 190, a seventh occlusion position 148 located along the segment running to the detection chamber 163, and an eighth occlusion position 149 located along the segment running away from the detection chamber 164. In the first embodiment, the first, second, third, fifth, and sixth occlusion positions 142, 143, 144, 146, 147 are normally open positions 42 and the fourth, seventh, and eighth occlusion positions 145, 148, 149 are normally closed positions 43, as shown in FIG. 1C.

The occlusion positions of the set of occlusion positions 141 of the first embodiment are preferably located such that occluding subsets of the set of occlusion positions 141 defines unique truncated fluidic pathways to controllably direct fluid flow. For example, as shown in FIG. 1D, occluding the fluidic pathway 165 at the first, third, fourth, and sixth occlusion positions 142, 144, 145, 147 forms a truncated pathway by which a volume of a sample fluid, comprising nucleic acids bound to magnetic beads and delivered into the sample port 114, may flow past the second occlusion positions 143 into the capture segment 166 for isolation and purification of nucleic acids using the heating region 195 and the magnetic field 156. Nucleic acids bound to magnetic beads may thus be trapped within the capture segment 166 by the magnetic field 156, while other substances in the volume of sample fluid may pass into the waste chamber 130 by passing the fifth occlusion position 146. Following this subset of occlusion positions, the occlusion at the first occlusion position 142 may be reversed, as shown in FIG. 1E, and the fluidic pathway 165 may be occluded at the second occlusion position 143 to form a second truncated pathway by which a wash fluid may be delivered through the fluid port 118, into the capture segment 166 (thus washing the trapped magnetic beads), and into the waste chamber 130 by passing the fifth occlusion position 146. The occlusion at the second occlusion position 143 may then be reversed, and the first occlusion position 142 may be occluded (as shown in FIG. 1D), so that other fluidic pathways in the set of fluidic pathways 160 may be washed. After all fluidic pathways have been washed, a volume of air may be transferred through the fluid port 118 to prevent mixture of a wash solution with a release solution.

Thereafter in the first embodiment, as shown in FIG. 1E, the fluidic pathway 165 may be occluded at the second occlusion position 143 and the occlusion at the first occlusion position 142 may be reversed, thus creating a third truncated pathway as shown in FIG. 1D. A release solution may then

US 9,452,430 B1

**17**

be delivered through the fluid port **118**, into the capture segment **166**, and to the waste chamber **130** by passing the fifth occlusion position **146**. The release solution may then be sealed within a fourth truncated pathway (including the capture segment **166**) of the fluidic pathway **165** by occluding the fluidic pathway at the fifth occlusion position **146**, as shown in FIG. 1F. A release solution may then be delivered to other fluidic pathways of the set of fluidic pathways **160**.

Thereafter, as shown in FIG. 1G, the occlusion at the fourth occlusion position **145** may be reversed, creating a fifth truncated pathway, and release solution within the fluidic pathway **165** may be metered by pumping air through the fluid port **118**, which functions to push a portion of the release solution into the waste chamber **130**. A volume of release solution will still be maintained within the capture segment **166** at this stage. As shown in FIG. 1H, the first and the fourth occlusion positions **142**, **145** may then be occluded to form a sixth truncated pathway sealing the volume of release solution, with the captured magnetic beads bound to nucleic acids, within the capture segment **166**. The volume of the remaining release solution is therefore substantially defined by the microchannel volume between junctions in the fluidic pathway **165** near the fourth and sixth occlusion positions **145**, **147**, and may be any small volume but in a specific variation is precisely metered to be 23+/−1 microliters. Release solution may be sealed within capture segments of other fluidic pathways using a similar process. A heater may then be provided at the sixth truncated pathway, inducing a pH shift within the sixth truncated pathway to unbind nucleic acids from the magnetic beads.

Thereafter in the first embodiment, as shown in FIG. 1I, the occlusions at the first and third occlusion positions **142**, **144** may be reversed, defining a seventh truncated pathway, and the entire released nucleic acid sample (e.g. ~20 microliters) may be aspirated out of the microfluidic cartridge through the reagent port **115**. This released nucleic acid sample is then used to reconstitute a molecular diagnostic reagent stored off of the microfluidic cartridge **100**. During the reconstitution, the occlusion at the sixth occlusion position **147** may be reversed, and the fluidic pathway **165** may be occluded at the first occlusion position **142** to form an eighth truncated pathway, as shown in FIG. 1J. Once reconstitution of the molecular diagnostic reagent with the released nucleic acid sample is complete and well mixed, the reconstituted mixture may then be dispensed through the reagent port **115**, through the eighth truncated pathway, and to the detection chamber **117**, by using a fluid handling system to push the seventh occlusion position (normally closed) open. The detection chamber **117** is completely filled with the mixed reagent-nucleic acid sample, after which the fluidic pathway **165** is occluded at the third, sixth, seventh and eighth occlusion positions **144**, **147**, **148**, **149**, defining ninth truncated pathway, as shown in FIG. 1K. Other pathways of the set of fluidic pathways **165** may be similarly configured to receive a reagent-nucleic acid mixture. An external molecular diagnostic system and/or module may then perform additional processes, such as thermocycling and detection, on the volume of fluid within the detection chamber **117**.

An alternative variation of the first embodiment may further comprise additional occlusion positions or alternative variations of the set of occlusion positions **141**, such that occlusion at the additional occlusion positions permanently seals the waste chamber from the fluidic pathway **165**. Other alternative variations of the first embodiment may also comprise configurations of the set of occlusion positions **141**

**18**

that are different than that described above. The variations may be configured, such that the a fluidic pathway **165** facilitates meter release, does not allow meter release, facilitates addition of other reagents (e.g. neutralization or DNase reagents), facilitates additional washing steps, and/or facilitates other operations without changing the layout of the fluidic pathway **165** of a microfluidic cartridge embodiment. Thus, multiple unique operations may be performed using the same microfluidic cartridge, by occluding fluidic pathways **160** at varied subsets of a set of occlusion positions **141**.

A second embodiment, as shown in FIG. 6C, of a fluidic pathway **165′** preferably comprises an initial segment **174′** fluidically coupled to a fluid channel **119′** coupled to a shared fluid port **118′**, a sample segment **175′** coupled to a sample port **114′** and to the initial segment **174′**, and a capture segment **166′**, configured to pass through the heating region **195** and a magnetic field **156**, coupled to the initial segment **174′**. The second embodiment of the fluidic pathway **165′** also comprises a reagent segment **176′** coupled to a reagent port **115′** and to the turnabout portion **176′**, a vent segment **177′** coupled to the reagent segment **176′** and to the capture segment **166′** and configured to pass through the vent region **190**, a segment running away from the detection chamber **163′** from the vent region **190**, a segment running away from the detection chamber **164′**, and an end vent **199** coupled to the segment running away from the detection chamber **164′**. The second embodiment of the fluidic pathway **165′** also comprises a first waste segment **178′**, coupled to the initial segment **174′** at a point between points connecting the initial segment **174′** to the sample segment **175′** and to the capture segment **166′**. The first waste segment **178′** is configured to couple the initial segment **174′** to the waste chamber **130**. The second embodiment of the fluidic pathway **165′** also comprises a second waste segment **179′** configured to couple the capture segment **166′** to the waste chamber **130′**, and an end vent segment **197′** coupled to the capture segment **166′** downstream of the point of connection to the second waste segment **179′**, and coupled to an end vent **199**. The end vent segment **197′** functions to provide fine metering of a fluid flowing through the fluidic pathway **165′**.

In the second embodiment, the set of occlusion positions **141′** comprises a first occlusion position **142′** located along the initial segment **174′** between points at which the initial segment couples to the fluid channel **119′** and to the sample segment **175′**. The set of occlusion positions **141′** also comprises a second occlusion position **143′** located along the sample segment **175′**, a third occlusion position **144′** located along the reagent segment **176′**, a fourth occlusion position **145′** located along the first waste segment **178′**, and a fifth occlusion position **146′** located along the second waste segment **179′**. In the second embodiment, the set of occlusion positions **141′** also comprises a sixth occlusion position **147′** located along the vent segment **177′** upstream of the vent region **190**, a seventh occlusion position **148′** located along the segment running to the detection chamber **163′**, and an eighth occlusion position **149′** located along the segment running away from the detection chamber **164′**. Additionally, in the second embodiment, the set of occlusion positions **141** comprises a ninth occlusion position **157′** located along the sample segment **175′** between the sample port **114′** and the second occlusion position **143′**, a tenth occlusion position **158′** located along the end vent segment **197′**, and an eleventh occlusion position **159′** located along the capture segment **166′** between points at which the capture segment **166′** couples to the end vent segment **197′** and to the vent segment **177′**.

US 9,452,430 B1

19

The occlusion positions of the set of occlusion positions **141'** of the second embodiment are preferably located such that occluding of subsets of the set of occlusion positions **141'** defines unique truncated fluidic pathways to controllably direct fluid flow. For example, occluding the fluidic pathway **165'** at the first, fourth, sixth, tenth, and eleventh occlusion positions **142'**, **145'**, **147'**, **158'**, **159'** forms a truncated pathway by which a volume of a sample fluid, comprising nucleic acids bound to magnetic beads and delivered into the sample port **114**, may flow into the capture segment **166'** for isolation and purification of nucleic acids using the heating region **195** and the magnetic field **156**. Nucleic acids bound to magnetic beads may thus be trapped within the capture segment **166'** by the magnetic field **156**, while other substances in the volume of sample fluid may pass into the waste chamber **130** by passing the fifth occlusion position **146'**. Following this subset of occlusion positions, the occlusion at the first occlusion position **142'** may be reversed, and the fluidic pathway **165'** may be occluded at the second occlusion position **143'** to form a second truncated pathway by which a wash fluid may be delivered through the fluid port **118**, into the capture segment **166'** (thus washing the trapped magnetic beads), and into the waste chamber **130** by passing the fifth occlusion position **146'**. A volume of air may then be pumped through the fluid port **118** to flush any remaining wash solution into the waste chamber **130**.

Thereafter, in the second embodiment, the fluidic pathway **165'** may be occluded at the fifth occlusion position **146'** and the occlusion at the tenth occlusion position **158'** may be reversed, closing access to the waste chamber **130** and opening access to the end vent segment **197'**. A release solution may then be delivered through the fluid port **118**, into the capture segment **166'**, and to the end vent segment **197'**. The volume of the release solution is therefore defined by the microchannel volume between the fourth and tenth occlusion positions **145'**, **158'**, and may be any small volume but in a specific variation is precisely metered to be 15 microliters. Thereafter, occluding the fluidic pathway **165'** at the tenth occlusion position **158'**, reversing the occlusion at the fourth occlusion position **145'** (defining a fourth truncated pathway), and delivering air through the fluid port **118** pushes any remaining release buffer from the fluidic pathway **118** into the waste chamber **130**, thereby ensuring that excess release buffer is not later exposed to nucleic acids bound to the magnetic beads (at this point, the nucleic acids are not substantially released from the magnetic beads because heat has not been added). Thereafter, the fluidic pathway **165'** is occluded at the first and fourth occlusion positions **142'**, **145'**, defining a fifth truncated pathway comprising the capture segment **166'**, and the magnetic beads are heated to an appropriate temperature and time (e.g., 60 degrees for 5 minutes) within the heating region **195** to release the nucleic acids from the magnetic beads and into the release buffer.

Thereafter, in the second embodiment, the occlusions at the first and eleventh occlusion positions **142'**, **159'** are reversed, defining a sixth truncated pathway, the entire released nucleic acid sample (e.g. ~15 microliters) may be aspirated out of the microfluidic cartridge through the reagent port **115**. This released nucleic acid sample is then used to reconstitute a molecular diagnostic reagent mixture stored off of the microfluidic cartridge **100**. During the reconstitution process, the occlusion at the sixth occlusion position **147'** may be reversed, thus defining a seventh truncated pathway. Once reconstitution of the molecular diagnostic reagent mixture with the released nucleic acid

20

sample is complete and well mixed, the reconstituted mixture may then be aspirated through the reagent port **115** through the seventh truncated pathway to the detection chamber **117**, completely filling the detection chamber **117**, after which the fluidic pathway **165'** is be occluded at third, seventh, eighth, and ninth occlusion positions **144'**, **148'**, **149'**, **157'** defining an eighth truncated pathway. An external molecular diagnostic system and/or module may then perform additional processes on the volume of fluid within the detection chamber **117**.

An alternative variation of the second embodiment may further comprise additional occlusion positions or alternative variations of the set of occlusion positions **141'**, such that occlusion at the additional occlusion positions permanently seals the waste chamber from the fluidic pathway **165'**. Other alternative variations of the second embodiment may also comprise configurations of the set of occlusion positions **141'** that are different than that described above.

A third embodiment, as shown in FIG. 7, of a fluidic pathway **165"** preferably comprises an initial segment **174"** fluidically coupled to a fluid channel **119"** coupled to a shared fluid port **118**, a sample segment **175"** coupled to a sample port **114** and to the initial segment **174"**, and a capture segment **166"** coupled to the initial segment **174"**. The third embodiment of the fluidic pathway **165"** also comprises a reagent segment **176"** coupled to a reagent port **115**, a vent segment **177"** coupled to the reagent segment **176"** and to the capture segment **166"**, and configured to pass through the vent region **190**, a segment running to a detection chamber **163"** from the vent region **190**, a segment running away from the detection chamber **164"**, and an end vent **199** coupled to the segment running away from the detection chamber **164"**. The third embodiment of the fluidic pathway **165"** also comprises a first waste segment **178"** configured to couple the initial segment **174"** to the waste chamber **130**, and a second waste segment **179"** configured to couple the capture segment **166"** to the waste chamber **130**.

In the third embodiment, the set of occlusion positions **141"** comprises a first occlusion position **142"** located along the initial segment **174"** between points at which the initial segment **174"** couples to the fluid channel **119"** and to the sample segment **175"**. The set of occlusion positions **141"** also comprises a second occlusion position **143"** located along the sample segment **175"**, a third occlusion position **144"** located along the reagent segment **176"**, a fourth occlusion position **145"** located along the first waste segment **178"**, and a fifth occlusion position **146"** located along the second waste segment **179"**. In the third embodiment, the set of occlusion positions **141"** also comprises a sixth occlusion position **147"** located along the vent segment **177"** upstream of the vent region **190**, a seventh occlusion position **148"** located along the segment running to the detection chamber **163"**, an eighth occlusion position **149"** located along the segment running away from the detection chamber **164"**, and a ninth occlusion position **157"** located along the vent segment **177"** between the point at which the vent segment **177"** couples to the second waste segment **179"** and the sixth occlusion point **147"**.

Similar to the first and the second embodiments, the occlusion positions of the set of occlusion positions **141"** of the third embodiment are preferably located such that an occlusion of subsets of the set of occlusion positions **141"** defines unique truncated fluidic pathways to controllably direct fluid flow. Example truncated fluidic pathways, defined by occluding the fluidic pathway **165"** using subsets of the set of occlusion positions **141"**, are shown in FIG. 7.

US 9,452,430 B1

21

Preferably, a fluidic pathway 165 of the set of fluidic pathways 160 comprises at least one of a first channel type 171, a second channel type 172 with a reduced cross sectional area, and a third channel type 173 with an curved surface as shown in FIG. 8A. A variation of the first channel type 171 has an approximately rectangular cross section with slightly sloping walls, such that at least two walls of the first channel type 171 slope toward each other to facilitate manufacturing of the first channel type 171; however, alternative variations of the first channel type 171 may have non-sloping walls or walls that slope away from each other. In specific embodiments of the first channel type 171, the walls of the first channel type 171 slope at 6° from vertical, to facilitate extraction of injection molded parts, and are between 300 and 1600 microns wide and between 100 and 475 microns tall. In a first specific embodiment of the second channel type 172, the cross section of the second channel type 172 is a 250 micron wide equilateral triangle with the top truncated to be 200 microns deep. In a second specific embodiment of the second channel type 172, the cross section of the second channel type is a truncated triangle that is 160 microns wide and 160 microns deep. In a specific embodiment of the third channel type 173, the surface of the third channel type 173 is defined by Gaussian function, and is 800 microns wide and 320 microns deep. Alternative embodiments of the third channel type 173 may comprise a surface defined by any appropriate curved function.

The first channel type 171 is preferably used over a majority of a fluidic pathway 165, and preferably in portions near a vent region 190, in a capture segment 166 configured to pass through a magnetic field 156, and in a segment leading to a Detection chamber 163. Preferably, an embodiment of the first channel type 171, comprising a wide channel with little depth is used in regions configured to pass through a magnetic field 156, such that particles in the regions are driven closer to the magnetic field source. The second channel type 172 is preferably used near a vent region 190 of a fluidic pathway 165, and preferably in portions of a fluidic pathway 165 leading to and away from a detection chamber 163, 164 (to constrict fluid flow into the Detection chamber 117). The third channel type 173 is preferably used in a portion of a fluidic pathway 165 near a normally open position 42 of the set of occlusion positions 141. Transitions between different channel types 171, 172, 173 may be abrupt, or alternatively, may be gradual, as shown in FIG. 8B. The first, second, and third channel types 171, 172, 173 may also alternatively be used in any appropriate portion of a fluidic pathway 165. Example embodiments of channel types for segments of a fluidic pathway are shown in FIG. 8C.

Multiple fluidic pathways may be configured to pass through a single heating region 195 of the microfluidic cartridge 100, a single vent region 190 of the microfluidic cartridge 100, and/or a magnetic field 156 produced by a magnet 152 housed within a single magnet housing region 150. Preferably all fluidic pathways of the set of fluidic pathways 160 are configured to pass through a single heating region 195 of the microfluidic cartridge 100, a single vent region 190 of the microfluidic cartridge 100, and a magnetic field 156 produced by a magnet 152 housed within a single magnet housing region 150; however, alternative embodiments of the set of fluidic pathways 160 of the microfluidic cartridge may comprise different configurations wherein fluidic pathways of the set of fluidic pathways 160 do not share a single heating region 195, a single vent region 190, and/or a magnetic field 156.

22

Additionally, the set of fluidic pathways 160 of the microfluidic cartridge 100 may comprise virtually any number of fluidic pathway 165 and/or the set of Detection chambers 116 may comprise virtually any number of Detection chambers 116 as can practically be integrated into the microfluidic cartridge 100. In one specific embodiment, the set of fluidic pathways 160 may comprise twelve fluidic pathways 165, four of which are shown in FIG. 9.

1.6 Microfluidic Cartridge—Additional Microfluidic Cartridge Elements

The microfluidic cartridge 100 is preferably configured such that actual valving members are not integrated into the microfluidic cartridge 100; thus, opening and/or occluding portions of a fluidic pathway 165 are performed by systems located external to the microfluidic cartridge. As an example, portions of a fluidic pathway 165 may be opened or occluded at occlusion positions, as described above, by the action of a valving member or mechanism held beneath the card that applies a biasing force to deform the elastomeric layer 140 and occlude a fluidic pathway 165. The force may be applied by a mechanical member (e.g., a pin, post, etc.), an electromechanical member (e.g. a solenoid), a pneumatic or hydraulic member (e.g., air, water, etc.) or any other appropriate means, as shown in FIGS. 10A and 10B. In some variations, the cartridge may include one or more registration regions that allow the card to be aligned with respect to the valving member or mechanism. In alternative embodiments, the elastomeric layer 140, the set of valve guides 127, and the set of occlusion positions 141 may be omitted and replaced with valves integrated within the microfluidic cartridge 100, that are configured to controllably occlude and open portions of a fluidic pathway 165.

Other embodiments of the microfluidic cartridge 100 may further comprise a tag 198 that functions to encode and provide identifying information related to the microfluidic cartridge 100. The tag 198 may comprise a barcode, QR code, or other optical machine-readable tag, or may alternatively be an electronic tag, such as an RFID chip. The identifying information preferably comprises at least information relating to the position of a microfluidic cartridge 100 within a molecular diagnostic system, and information relating to samples analyzed using the microfluidic cartridge 100 (e.g. how many positions remain available for conducting tests). In alternative variations, the tag may relate other information about samples (e.g. sample type, sample volume, sample concentration, date) processed using the microfluidic cartridge 100. Preferably, the tag does not interfere with procedures being performed using the microfluidic cartridge, and is located in an unobtrusive position on the microfluidic cartridge 100, such as a side panel of the microfluidic cartridge 100. Alternatively, the microfluidic cartridge 100 may not comprise a tag 198, and a user or other entity may relate identifying information to the microfluidic cartridge 100 using any appropriate element.

As a person skilled in the art will recognize from the previous detailed description and from the FIGURES and claims, modifications and changes can be made to the preferred embodiments of the microfluidic cartridge 100 without departing from the scope of this invention, as is shown in the example embodiment shown in FIGS. 11A and 11B, and in the alternative example embodiment of FIGS. 6A-6C, wherein in the orientation of FIG. 6B, the intermediate substrate 120 comprising a waste chamber 130 is coupled to the top layer 110, and the elastomeric layer 140 is located on the bottom of the microfluidic cartridge 100.

23

## 2. Specific Embodiment of a Microfluidic Cartridge

The following description a specific embodiment of the microfluidic cartridge 100 is for illustrative purposes only, and should not be construed as definitive or limiting of the scope of the claimed invention.

The specific embodiment of the microfluidic cartridge 100, as shown in FIGS. 11A and 11B, meets SLAS ANSI guidelines for a microtiter plate footprint, governing the dimensions of the specific embodiment of the microfluidic cartridge 100. The specific embodiment of the microfluidic cartridge 100 is thus 127.76 mm long and 85.48 mm wide.

The specific embodiment of the microfluidic cartridge 100 comprises a top layer 110 including a set of twelve sample port-reagent port pairs 112; a set of twelve Detection chambers 116, a shared fluid port 118, a heating region 195, and a vent region 190; an intermediate substrate 120, coupled to the top layer 110 and partially separated from the top layer 110 by a film layer 125, configured to form a waste chamber 130; an elastomeric layer 140 partially situated on the intermediate substrate 120; a magnet housing region 150 accessible by a magnet 152 providing a magnetic field 156; a bottom layer 170 coupled to the intermediate substrate 120 and configured to seal the waste chamber, and a set of fluidic pathways 160, formed by at least a portion of the top layer 110, a portion of the film layer 125, and a portion of the elastomeric layer 140.

The top layer 110 of the specific embodiment of the microfluidic cartridge 100 functions preferably as described in Section 1.1, and is composed of polypropylene with low autofluorescence and a glass transition temperature suitable for PCR. The majority of the top layer 110 of the specific embodiment is 1.5 mm thick (aside from regions defining ports, the vent, the heating region 195 or fluidic pathways 165), and is produced by injection molding without the use of a mold release. The polypropylene is clear to allow transmission of light in the detection chambers. The injection molding process defines the set of 12 sample port-reagent port pairs, which are located along one long edge of the top layer 110, and also defines the set of 12 detection chambers 116, which are located along the opposite long edge of the top layer 110. The Detection chambers 117 do not completely transect the top layer 110, as shown in FIGS. 11A and 11B. Each detection chamber 117 of the specific embodiment is identical and comprised of three interconnected channels, configured in a circular arrangement, with each of the interconnected channels approximately 0.4 mm deep and 1.6 mm wide at its widest point, resulting in a total volume of ~10 mL for each detection chamber 117. The dimensions of the detection chambers 117 of the specific embodiment are such that the detection chambers 117 facilitate heating from one side (resulting in simpler heater design yet fast cycling given the small depth of the channels), and also facilitate the injection molding process. The bottoms of the detection chambers 117 are formed by the film layer 125, which is polypropylene film compatible with PCR (100 microns thick or less) that offers low autofluorescence. The film layer 125 can withstand temperatures up to 120° C. or more.

The injection molding process also defines the shared fluid port 118 of the top layer 110, and the vent region 190, which is recessed 0.5 mm into the top surface of the top layer 110 (in the orientation shown in FIG. 11B), and is covered with a polytetrafluoroethylene membrane, which is hydrophobic, gas permeable, and liquid impermeable. A paper label is bonded with adhesive to the top layer 110 over the vent region 190, which serves to identify the cartridge and protect the vent region 190, as shown in FIGS. 11A and 11B.

24

The injection molding process also defines the heating region 195, which is recessed and spans the long dimension of the top layer 110, slightly offset from a midline of the top layer 110. The top layer 110 of the specific embodiment requires approximately 15 grams of polypropylene, and all draft angles for the top layer 110 are a minimum of 4 degrees, as defined by the injection molding process.

In the specific embodiment, the intermediate substrate 120 is composed of a polypropylene material to minimize cost and simplify assembly, and in the orientation shown in FIG. 11B, the top of the intermediate substrate 120 is 1.5 mm thick. The film layer 125, partially separating the intermediate substrate 120 from the top layer 110 is a polypropylene film with a nominal thickness of 50 microns. The film layer 125 is able to withstand temperatures of up to 95° C. encountered during fabrication and during an intended PCR procedure, while being thermally bondable to the top layer 110. The top layer 110 and the film layer 125 are bonded using thermal fusion bonding, and this subassembly is bonded to the intermediate substrate 120 using a polymer adhesive. Additionally, for aligning layers 110, 120, 125 and bonding the top layer 110 to the intermediate substrate 120, plastic studs are configured to extend from the top of the intermediate substrate 120 through die-cut holes in the film layer 125 and injection molded holes in the bottom of the top layer 110. The intermediate substrate also comprises a set of valve guides 127, at a set of occlusion positions 141, which are holes with chamfered edges through the intermediate substrate 127. Each valve guide in the set of valve guides 127 is 2.1 mm×2.1 mm square, and configured to accommodate an occluder with a 2 mm×2 mm square head for normally open positions 42 or 2.1 mm diameter circle to accommodate a 2 mm diameter round pin for normally closed positions 43.

The elastomeric layer 140 of the specific embodiment is composed of a low durometer silicone, and comprises strips that are 500 microns thick and that can withstand temperatures of 120° C. at a minimum. The strips of the elastomeric layer are arranged over the set of valve guides 127, and bonded to the top of the intermediate substrate 120 using a silicone adhesive. Additionally, the elastomeric layer 140 is slightly compressed between the film layer 125 and the top of the intermediate substrate (in the orientation shown in FIG. 11B).

The bottom layer 170 of the specific embodiment of the microfluidic cartridge 100 is composed of polypropylene, identical to that of the intermediate substrate 120. The bottom layer is 1.5 mm thick, and is contiguous in the area of the set of Detection chambers 116, such that an outer perimeter of the entire bottom layer 170 substantially spans the footprint of the microfluidic cartridge 100. The bottom layer 170 of the specific embodiment is bonded to the intermediate substrate 120 using polymer adhesive, providing a hermetic seal that ensures that a waste fluid within the waste chamber 130 of the intermediate substrate 120 does not leak out of the waste chamber 130.

The specific embodiment of the microfluidic cartridge 100 comprises twelve fluidic pathways 165 in the set of fluidic pathways 160, such that the microfluidic cartridge 100 is capable of testing up to twelve samples using twelve distinct fluidic pathways 165. Each of the twelve fluidic pathways 165 is coupled to one of the twelve sample port-reagent port pairs 113 on one end of the microfluidic cartridge 100, and coupled to one of the twelve detection chambers 117 on the other end of the microfluidic cartridge, as shown in FIGS. 11A and 11B. Each fluidic pathway 165 is substantially identical (aside from portions connecting to an initial seg-

US 9,452,430 B1

25

ment 174 fluidically coupled to a fluid channel 119 coupled to a fluid port 118) and identical to the first embodiment of a fluidic pathway described in Section 1.5 and shown in FIG. 1C. Additionally, the microfluidic channels comprising each fluidic pathway 165 are of the first channel type 171 and 500 microns wide by 475 microns deep, aside from the microfluidic channels of the segments leading to and away from the detection chambers 163, 164, the turnabout portions 166, and the vent segments 177. Also, parallel microfluidic channels of the fluidic pathways 165 of the specific embodiment are typically evenly spaced at 2.25 mm (center-to-center).

The fluidic pathways 165 of the specific embodiment are, in their default condition, open at all occlusion positions, aside from the fourth, seventh, and eighth, occlusion positions 145, 148, 149, as shown in FIG. 1C. Furthermore, the s-shaped capture segment 166 of a fluidic pathway of the specific embodiment is configured to have a volume capacity of 22 μL, have a width of 5.5 mm, and weave back and forth over a magnetic field 156, by crossing the magnet housing region 150. The depth of the s-shaped capture segment 166 is 0.4 mm for the 1.6 mm wide channels and 0.475 for the 0.5 mm narrower channel.

The specific embodiment also comprises a barcode tag 198 located on a vertical edge of the microfluidic cartridge 100, as shown in FIG. 11A. Additional features of the specific embodiment of the microfluidic cartridge 100 are shown in FIGS. 11A and 11B.

3. Assembly Method for an Embodiment of the Microfluidic

An embodiment of an assembly method 200 for an embodiment of the microfluidic cartridge 100 is shown in FIGS. 12A-12G. The assembly method 200 preferably comprises aligning the top layer to the film layer and thermally bonding the two, using silicone adhesive to bond the elastomeric layer to the intermediate substrate of the microfluidic cartridge S210; compressing the top layer, the film layer, the elastomeric layer, and the intermediate substrate and bonding the top/film layers to the elastomeric layer/intermediate substrate S220; bonding the intermediate substrate to the bottom layer S230; installing the vents of the vent region S250; and applying labels and packaging S260.

Step S210 recites aligning the top layer to the film layer and thermally bonding the two, using silicone adhesive to bond the elastomeric layer to the intermediate substrate of the microfluidic cartridge, and functions to create a first subassembly comprising the top layer, the film layer, the elastomeric layer, and the intermediate substrate. Preferably, the elastomeric layer is glued with silicone to the intermediate substrate; however, the elastomeric layer may alternatively be solely compressed between the top layer/film layer and the intermediate substrate, without any adhesive. Preferably, a first jig is used to align the top layer and the film layer using pins in the jig and holes in the layers, and in an example embodiment of S210, the top layer is first placed face down in the first jig, and the film layer is placed onto the top layer in preparation for thermal bonding using a lamination machine or hot press. In the example embodiment of S210, the elastomeric layer is then fit over ultrasonic welding tabs in of the top layer, as shown in FIGS. 12D and 12F, however, processes other than ultrasonic welding may be used. An adhesive may also be applied around the border of the elastomeric layer, to prevent leakage between the elastomeric layer and the intermediate substrate. Protrusions molded into the top of the intermediate substrate are then passed through alignment holes in the top layer, thus aligning the top layer, the elastomeric layer, and the intermediate substrate of the microfluidic cartridge. In alternative

26

embodiments of S210, any appropriate alignment mechanism may be used to align the top layer, the elastomeric layer, and the intermediate substrate, using for example, a combination of adhesives, frames, and alignment pins/recesses.

Step S220 recites compressing the top layer, the film layer, the elastomeric layer, and the intermediate substrate and bonding the top/film layers to the elastomeric layer/intermediate substrate, and functions to seal the layers in order to prevent leakage between the layers. Preferably, S220 forms hermetic seals between the top layer and the elastomeric layer, and the elastomeric layer and the intermediate substrate, in embodiments of S210 where an adhesive application is involved. In an example embodiment of S220, the first jig with the top layer, the elastomeric layer, and the intermediate substrate is placed within an ultrasonic welder to be compressed and ultrasonically welded.

Step S230 recites bonding the intermediate substrate to the bottom layer S230, which functions to form a second subassembly comprising the top layer, the elastomeric layer, the intermediate substrate, and the bottom layer. Preferably, the bottom layer self-aligns with the intermediate substrate as a result of the bottom layer fitting completely inside a recessed flange on the lower portion of the intermediate layer. The bottom layer is preferably thermally bonded to the intermediate layer. Alternatively, the bottom layer may be bonded to the intermediate layer using adhesive or ultrasonic welding, as shown in FIG. 12G.

Step S250 recites installing the vents of the vent region S250, which functions to permanently form the vents of the vent region. Step S250 is preferably performed by heat staking the vents in place, but may alternatively be performed using adhesive or solvent bonding process. Following step S250, the assembly method 200 may further comprise certain quality control measures, including pressure testing the microfluidic cartridge S252 by blocking all sample and reagent ports, and injecting air into the fluid port, and removing the finished microfluidic cartridge from the second jig S254. Step S260 recites applying labels and packaging, and functions to prepare the microfluidic cartridge with identifying information using at least a barcode label, and preparing the microfluidic cartridge for commercial sale.

An alternative embodiment of an assembly method 300, as shown in FIG. 13, comprises thermally bonding the film layer to the top layer to form a first subassembly S310; adding a vent to the first subassembly and applying a label to create a second subassembly S320; applying an adhesive inside a bottom flange of the intermediate substrate and bonding the bottom layer to the intermediate substrate S330; applying a tag to the intermediate substrate to create a third subassembly S340; positioning the elastomeric layer on the third subassembly to create a fourth subassembly S350; applying adhesive to the fourth subassembly S360; and coupling the second subassembly to the fourth subassembly S370.

The FIGURES illustrate the architecture, functionality and operation of possible implementations of methods according to preferred embodiments, example configurations, and variations thereof. It should also be noted that, in some alternative implementations, the functions noted in the block can occur out of the order noted in the FIGURES. For example, two blocks shown in succession may, in fact, be executed substantially concurrently, or the blocks may sometimes be executed in the reverse order, depending upon the functionality involved. It will also be noted that each block of the block diagrams and/or flowchart illustration,

US 9,452,430 B1

27

and combinations of blocks in the block diagrams and/or flowchart illustration, can be implemented by special purpose systems that perform the specified functions or acts.

As a person skilled in the art will recognize from the previous detailed description and from the figures and claims, modifications and changes can be made to the preferred embodiments of the invention without departing from the scope of this invention defined in the following claims.

We claim:

1. A cartridge for processing a sample, the cartridge comprising:
   a first layer comprising a sample port;
   an intermediate substrate that is coupled to the first layer, partially separated from the first layer by a film layer, and configured to form a sealed waste chamber and a waste port into the sealed waste chamber, wherein the sealed waste chamber directly opposes the first layer across the film layer and defines an external void; and
   a fluidic pathway, superior to the intermediate substrate and at least partially separated from the sealed waste chamber by a deformable layer, wherein the fluidic pathway is fluidly coupled to the sample port, and wherein, upon deformation of the deformable layer through the external void defined by the waste chamber, the fluidic pathway is occluded and configured to transfer waste fluid of the sample through the waste port into an interior portion of the sealed waste chamber.

2. The cartridge of claim 1, wherein the first layer is a unitary construction comprising a reagent port, the sample port, and a detection chamber, and wherein the fluidic pathway is coupled to the reagent port, the sample port, and the detection chamber.

3. The cartridge of claim 1, wherein the fluidic pathway is defined between the first layer and the film layer.

4. The cartridge of claim 1, wherein the deformable layer is situated between the fluidic pathway and the intermediate substrate, wherein the intermediate substrate provides access to a set of occlusion positions of the fluidic pathway through the external void defined by the sealed waste chamber, such that the fluidic pathway is configured to be occluded through the deformable layer at the set of occlusion positions from a direction perpendicular to the broad surface of the first layer.

5. The cartridge of claim 1, further comprising 1) a heating region defined as a recessed region of the first layer that is parallel to the external void, and 2) a vent region, such that the fluidic pathway is configured to cross the heating region and to pass through the vent region downstream of the heating region.

6. The cartridge of claim 5, wherein the heating region includes at least one of a heating element and thermally conductive element integrated into the first layer.

7. The cartridge of claim 1, wherein the external void includes a superior surface having a set of openings that provide access to the deformable layer, thereby defining a set of occlusion positions of the fluidic pathway.

8. The cartridge of claim 7, wherein the cartridge is operable in an operation mode wherein the deformable layer is transitioned into a deformed configuration, through the set of openings, that biases the deformable layer into the fluidic pathway, with the fluidic pathway occluded at the set of occlusion positions, thereby defining a truncated fluidic pathway from the sample port to the waste port.

9. The cartridge of claim 1, wherein the sealed waste chamber further defines a second external void parallel to

28

the external void and configured to receive a magnet, wherein the second external void provides access to a magnetic capture segment of the fluidic pathway, wherein the magnetic capture segment is downstream of the sample port and upstream of the waste port.

10. The cartridge of claim 9, wherein the intermediate substrate includes a magnet proximal the second external void and the magnetic capture segment.

11. A cartridge for processing of a set of samples, the cartridge comprising:
   a first layer and an intermediate substrate coupled to the first layer and partially separated from the first layer by a film layer, wherein the intermediate substrate forms a sealed waste chamber and a set of waste ports into the sealed waste chamber, wherein the sealed waste chamber directly opposes the first layer across the film layer and defines an external void;
   a first fluidic pathway, formed by at least a portion of the first layer; and
   a second fluidic pathway in parallel with the first fluidic pathway and formed by at least a portion of the first layer, wherein the first fluidic pathway and the second fluidic pathway are each at least partially separated from the sealed waste chamber by a deformable layer that is deformable through the external void, and each of the first and the second fluidic pathways is configured to transfer waste fluid of the set of samples into the sealed waste chamber through the set of waste ports.

12. The cartridge of claim 11, wherein the deformable layer includes a set of wide openings aligned with the set of waste ports, thereby allowing transfer of waste fluid from the set of samples into the sealed waste chamber.

13. The cartridge of claim 12, wherein the first fluidic pathway comprises a capture segment, wherein the capture segment is s-shaped and progressively narrowing in an upstream-to-downstream direction.

14. The cartridge of claim 13, wherein the sealed waste chamber further defines a second external void parallel to the external void and configured to receive a magnet, wherein the second external void provides access to the capture segment of the first fluidic pathway.

15. The cartridge of claim 11, wherein the first layer is a unitary construction comprising a first sample port-reagent port pair including a first sample port, a second sample port-reagent port pair including a second sample port, a fluid port, a first detection chamber, and a second detection chamber, wherein the first fluidic pathway is coupled to the first sample port-reagent port pair and the first detection chamber, wherein the second fluidic pathway is coupled to the second sample port-reagent port pair and the second detection chamber, and wherein the first fluidic pathway and the second fluidic pathway are both coupled to the fluid port.

16. The cartridge of claim 15, wherein the first detection chamber comprises a first serpentine-shaped fluidic channel, and wherein the first serpentine-shaped fluidic channel comprises three wide channels directly interconnected by two narrow channels, wherein the three wide channels include a first wide channel comprising a detection chamber inlet into the first detection chamber and a second wide channel comprising a detection chamber outlet from the first detection chamber.

17. The cartridge of claim 11, wherein the external void includes a superior surface having a set of openings that provide access to the deformable layer, thereby defining a first set of occlusion positions of the first fluidic pathway and a second set of occlusion positions of the second fluidic pathway.

US 9,452,430 B1

29        30

**18**. The cartridge of claim **17**, wherein the first set of occlusion positions has a first arrangement and the second set of occlusion positions has a second arrangement different from the first arrangement.

**19**. The cartridge of claim **17**, wherein each of the first fluidic pathway and the second fluidic pathway is operable between at least a first operation mode, a second operation mode, wherein in the first operation mode, the first fluidic pathway is transitioned into a first truncated fluidic pathway with a first subset of the first set of occlusion positions occluded, wherein in the second operation mode, the first fluidic pathway is transitioned into a second truncated fluidic pathway with a second subset of the first set of occlusion positions occluded, and wherein in the third operation mode, the first fluidic pathway is transitioned into a third truncated fluidic pathway with a third subset of the first set of occlusion positions occluded.

**20**. The cartridge of claim **19**, further including a heating region defined at a recessed region of a first side of the first layer and a magnetic region defined at a second side of the first layer, wherein the heating region directly opposes at least a portion of the magnetic region across a thickness of the fluidic pathway.

* * * * *

EXHIBIT 57

US009433940B2

(12) **United States Patent**
Williams et al.

(10) Patent No.: **US 9,433,940 B2**
(45) Date of Patent: *Sep. 6, 2016

(54) **MICROFLUIDIC CARTRIDGE FOR PROCESSING AND DETECTING NUCLEIC ACIDS**

(71) Applicant: **Molecular Systems Corporation**, Ann Arbor, MI (US)

(72) Inventors: **Jeffrey Williams**, Chelsea, MI (US); **Sundaresh Brahmasandra**, Ann Arbor, MI (US)

(73) Assignee: **NeuMoDx Molecular, Inc.**, Ann Arbor, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 296 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/766,000**

(22) Filed: **Feb. 13, 2013**

(65) **Prior Publication Data**
US 2013/0210126 A1    Aug. 15, 2013

**Related U.S. Application Data**

(60) Provisional application No. 61/667,606, filed on Jul. 3, 2012, provisional application No. 61/598,240, filed on Feb. 13, 2012.

(51) **Int. Cl.**
*C12M 1/34*        (2006.01)
*B01L 3/00*        (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .............. *B01L 3/502* (2013.01); *B01L 3/5027* (2013.01); *B01L 3/502707* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ....... C12M 23/16;  B01L 7/52;  B01L 7/5027;

B01L 2200/10;  B01L 2300/0887;  B01L 2300/0861;  G01N 33/54326;  G01N 35/0098;  B03C 2201/18
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

776,747 A    12/1904    Kling
778,036 A    12/1904    Hepp et al.
(Continued)

FOREIGN PATENT DOCUMENTS

| CN | 101432698 A | 5/2009 |
| WO | 2007064635 A1 | 6/2007 |
| WO | WO 2009022994 A1 * | 2/2009 |

OTHER PUBLICATIONS

Compton, Cancer and Metastasis Rev., vol. 11, pp. 105-119 (1992).

*Primary Examiner* — William H Beisner
(74) *Attorney, Agent, or Firm* — Jeffrey Schox; Ivan Wong

(57)        **ABSTRACT**

A microfluidic cartridge, configured to facilitate processing and detection of nucleic acids, comprising: a top layer comprising a set of cartridge-aligning indentations, a set of sample port-reagent port pairs, a shared fluid port, a vent region, a heating region, and a set of Detection chambers; an intermediate substrate, coupled to the top layer comprising a waste chamber; an elastomeric layer, partially situated on the intermediate substrate; and a set of fluidic pathways, each formed by at least a portion of the top layer and a portion of the elastomeric layer, wherein each fluidic pathway is fluidically coupled to a sample port-reagent port pair, the shared fluid port, and a Detection chamber, comprises a turnabout portion passing through the heating region, and is configured to be occluded upon deformation of the elastomeric layer, to transfer a waste fluid to the waste chamber, and to pass through the vent region.

**15 Claims, 18 Drawing Sheets**





## US 9,433,940 B2

Page 2

(51) **Int. Cl.**

| | |
|---|---|
| *C12Q 1/68* | (2006.01) |
| *B01L 7/00* | (2006.01) |
| *C12M 3/00* | (2006.01) |
| *C12N 13/00* | (2006.01) |
| *B29C 65/08* | (2006.01) |
| *B29C 65/60* | (2006.01) |
| *B29C 65/00* | (2006.01) |
| *B29L 31/00* | (2006.01) |

(52) **U.S. Cl.**

CPC .......... *B01L 3/502738* (2013.01); *B01L 7/52* (2013.01); *B01L 7/525* (2013.01); *C12M 23/42* (2013.01); *C12Q 1/68* (2013.01); *C12Q 1/686* (2013.01); *B01L 3/5025* (2013.01); *B01L 3/50273* (2013.01); *B01L 3/502723* (2013.01); *B01L 3/502746* (2013.01); *B01L 2200/0684* (2013.01); *B01L 2200/0689* (2013.01); *B01L 2200/10* (2013.01); *B01L 2200/142* (2013.01); *B01L 2300/021* (2013.01); *B01L 2300/022* (2013.01); *B01L 2300/087* (2013.01); *B01L 2300/0809* (2013.01); *B01L 2300/0816* (2013.01); *B01L 2300/0861* (2013.01); *B01L 2300/0867* (2013.01); *B01L 2300/0883* (2013.01); *B01L 2300/0887* (2013.01); *B01L 2300/123* (2013.01); *B01L 2300/14* (2013.01); *B01L 2300/16* (2013.01); *B01L 2300/1827* (2013.01); *B01L 2400/043* (2013.01); *B01L 2400/0406* (2013.01); *B01L 2400/0481* (2013.01); *B01L 2400/0487* (2013.01); *B01L 2400/0622* (2013.01); *B01L 2400/0655* (2013.01); *B01L 2400/0694* (2013.01); *B01L 2400/086* (2013.01); *B29C 65/08* (2013.01); *B29C 65/606* (2013.01); *B29C 66/71* (2013.01); *B29C 66/81423* (2013.01); *B29C 66/8322* (2013.01); *B29L 2031/756* (2013.01); *C12N 13/00* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,963,151 | A | 6/1976 | North |
| 5,681,529 | A | 10/1997 | Taguchi et al. |
| 5,725,831 | A | 3/1998 | Reichler et al. |
| 5,750,338 | A | 5/1998 | Collins et al. |
| 5,783,148 | A | 7/1998 | Cottingham et al. |
| 5,824,478 | A | 10/1998 | Muller |
| 5,853,667 | A | 12/1998 | Seaton et al. |
| 6,168,948 | B1 * | 1/2001 | Anderson et al. ......... 435/287.2 |
| 6,331,266 | B1 | 12/2001 | Powell et al. |
| 6,368,871 | B1 | 4/2002 | Christel et al. |
| 6,374,684 | B1 | 4/2002 | Dority |
| 6,374,685 | B1 | 4/2002 | Daly |
| 6,431,476 | B1 | 8/2002 | Taylor et al. |
| 6,440,725 | B1 | 8/2002 | Pourahmadi et al. |
| 6,664,104 | B2 | 12/2003 | Pourahmadi et al. |
| 6,692,700 | B2 | 2/2004 | Handique |
| 6,852,287 | B2 | 2/2005 | Ganesan |
| 6,860,993 | B2 | 3/2005 | Effenhauser et al. |
| 6,872,315 | B2 | 3/2005 | Effenhauser et al. |
| 6,878,540 | B2 | 4/2005 | Pourahmadi et al. |
| 6,893,879 | B2 | 5/2005 | Petersen et al. |
| 6,899,838 | B2 | 5/2005 | Lastovich |
| 6,987,018 | B2 | 1/2006 | Taylor et al. |
| 7,052,268 | B2 | 5/2006 | Powell et al. |
| 7,135,144 | B2 | 11/2006 | Christel et al. |
| 7,192,557 | B2 | 3/2007 | Wu et al. |
| 7,270,786 | B2 | 9/2007 | Parunak et al. |
| 7,323,140 | B2 | 1/2008 | Handique et al. |
| 7,332,130 | B2 | 2/2008 | Handique |

| | | | |
|---|---|---|---|
| 7,569,346 | B2 | 8/2009 | Petersen et al. |
| 7,674,431 | B2 | 3/2010 | Ganesan |
| 7,682,820 | B2 | 3/2010 | Bader |
| 7,731,906 | B2 | 6/2010 | Handique et al. |
| 7,738,094 | B2 | 6/2010 | Goldberg |
| 7,763,209 | B2 | 7/2010 | Haley |
| 7,767,447 | B2 | 8/2010 | Breidenthal et al. |
| 7,820,030 | B2 | 10/2010 | Althaus et al. |
| 7,906,758 | B2 | 3/2011 | Stults et al. |
| 7,914,994 | B2 | 3/2011 | Petersen et al. |
| 7,935,537 | B2 | 5/2011 | Haley |
| 7,955,798 | B2 | 6/2011 | Mauritz |
| 7,955,864 | B2 | 6/2011 | Cox et al. |
| 7,964,413 | B2 | 6/2011 | Macioszek et al. |
| 7,987,022 | B2 | 7/2011 | Handique et al. |
| 7,995,798 | B2 | 8/2011 | Krupnik et al. |
| 7,998,708 | B2 | 8/2011 | Handique et al. |
| 8,003,329 | B2 | 8/2011 | Macevicz |
| 8,008,066 | B2 | 8/2011 | Lair et al. |
| 8,043,581 | B2 | 10/2011 | Ganesan |
| 8,048,375 | B2 | 11/2011 | Breidenthal et al. |
| 8,048,386 | B2 | 11/2011 | Dority et al. |
| 8,052,929 | B2 | 11/2011 | Breidenthal et al. |
| 8,088,616 | B2 | 1/2012 | Handique |
| 8,105,477 | B2 | 1/2012 | Althaus et al. |
| 8,105,783 | B2 | 1/2012 | Handique |
| 8,110,158 | B2 | 2/2012 | Handique |
| 8,133,671 | B2 | 3/2012 | Williams et al. |
| 8,168,134 | B2 | 5/2012 | Lehto |
| 8,182,763 | B2 | 5/2012 | Duffy et al. |
| 8,183,359 | B2 | 5/2012 | Becker et al. |
| 8,187,557 | B2 | 5/2012 | Van et al. |
| 8,247,176 | B2 | 8/2012 | Petersen et al. |
| 8,248,597 | B2 | 8/2012 | Goldberg |
| 8,268,245 | B2 | 9/2012 | Wahl |
| 8,268,603 | B2 | 9/2012 | Taylor et al. |
| 8,273,308 | B2 | 9/2012 | Handique et al. |
| 8,287,820 | B2 | 10/2012 | Williams et al. |
| 8,288,520 | B2 | 10/2012 | Eder et al. |
| 8,323,584 | B2 | 12/2012 | Ganesan |
| 8,323,900 | B2 | 12/2012 | Handique et al. |
| 8,324,372 | B2 | 12/2012 | Brahmasandra et al. |
| 8,349,564 | B2 | 1/2013 | Macioszek et al. |
| 8,394,336 | B2 | 3/2013 | Curcio |
| 8,404,198 | B2 | 3/2013 | Amshey et al. |
| 8,415,103 | B2 | 4/2013 | Handique |
| 8,420,015 | B2 | 4/2013 | Ganesan et al. |
| 8,431,413 | B2 | 4/2013 | Dority et al. |
| 8,440,149 | B2 | 5/2013 | Handique |
| 8,470,586 | B2 | 6/2013 | Wu et al. |
| 8,470,588 | B2 | 6/2013 | Boehm et al. |
| 8,473,104 | B2 | 6/2013 | Handique et al. |
| 8,480,976 | B2 | 7/2013 | Breidenthal et al. |
| 8,491,178 | B2 | 7/2013 | Breidenthal et al. |
| 8,501,461 | B2 | 8/2013 | Knight et al. |
| 8,640,555 | B2 | 2/2014 | Zenhausern et al. |
| 8,709,787 | B2 | 4/2014 | Handique |
| 9,101,930 | B2 * | 8/2015 | Williams ................. C12Q 1/68 |
| 2002/0039783 | A1 * | 4/2002 | McMillan et al. ........ 435/287.2 |
| 2002/0160518 | A1 * | 10/2002 | Hayenga et al. .............. 436/70 |
| 2003/0170686 | A1 | 9/2003 | Hoet et al. |
| 2004/0018611 | A1 | 1/2004 | Ward et al. |
| 2004/0138154 | A1 | 7/2004 | Yu et al. |
| 2005/0180891 | A1 | 8/2005 | Webster et al. |
| 2005/0221529 | A1 | 10/2005 | Bang et al. |
| 2005/0233370 | A1 | 10/2005 | Ammann et al. |
| 2005/0250199 | A1 | 11/2005 | Anderson et al. |
| 2005/0272169 | A1 | 12/2005 | Griffin et al. |
| 2006/0068204 | A1 | 3/2006 | Rasmussen et al. |
| 2006/0166233 | A1 | 7/2006 | Wu et al. |
| 2006/0182300 | A1 | 8/2006 | Schwartz |
| 2007/0148174 | A1 | 6/2007 | Kudlicki et al. |
| 2007/0184463 | A1 | 8/2007 | Molho et al. |
| 2007/0190662 | A1 * | 8/2007 | Baetzold et al. ............. 436/166 |
| 2007/0196912 | A1 | 8/2007 | Facer et al. |
| 2007/0292941 | A1 | 12/2007 | Handique et al. |
| 2008/0057572 | A1 | 3/2008 | Petersen et al. |
| 2008/0146896 | A1 | 6/2008 | Rabinowitz et al. |
| 2008/0193384 | A1 | 8/2008 | Willard et al. |

**US 9,433,940 B2**

Page 3

(56)           **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2008/0200343 A1 | 8/2008 | Clemens et al. |
| 2008/0241569 A1 | 10/2008 | Qin et al. |
| 2008/0275409 A1 | 11/2008 | Kane et al. |
| 2008/0280285 A1 | 11/2008 | Chen et al. |
| 2009/0130719 A1 | 5/2009 | Handique |
| 2009/0131650 A1 | 5/2009 | Brahmasandra et al. |
| 2009/0215125 A1 | 8/2009 | Reed et al. |
| 2009/0275014 A1 | 11/2009 | Maltezos et al. |
| 2010/0009351 A1 | 1/2010 | Brahmasandra et al. |
| 2010/0009375 A1 | 1/2010 | Sherman et al. |
| 2010/0029544 A1 | 2/2010 | Cheng et al. |
| 2010/0075311 A1 | 3/2010 | Barrault et al. |
| 2010/0165784 A1* | 7/2010 | Jovanovich et al. ...... 366/163.2 |
| 2010/0300563 A1 | 12/2010 | Ramunas et al. |
| 2010/0303687 A1 | 12/2010 | Blaga et al. |
| 2010/0310423 A1 | 12/2010 | Nieuwenhuis |
| 2010/0323919 A1 | 12/2010 | Chen et al. |
| 2011/0003281 A1 | 1/2011 | Woudenberg et al. |
| 2011/0053289 A1 | 3/2011 | Lowe et al. |
| 2011/0071031 A1 | 3/2011 | Khripin et al. |
| 2011/0201099 A1 | 8/2011 | Anderson et al. |
| 2011/0318840 A1 | 12/2011 | Ziglioli et al. |
| 2012/0046203 A1 | 2/2012 | Walsh et al. |
| 2012/0245218 A1 | 9/2012 | Fukushima et al. |
| 2012/0245337 A1 | 9/2012 | Fabis et al. |
| 2013/0210015 A1 | 8/2013 | Williams et al. |
| 2013/0210127 A1 | 8/2013 | Williams et al. |

* cited by examiner



FIG. 1A



FIG. 1B

FIG. 1C

NORMALLY OPEN, 42

NORMALLY CLOSED, 43



FIG. 1D

FIG. 1E

FIG. 1F

FIG. 1G

○ OCCLUDED



FIG. 1H

FIG. 1I

FIG. 1J

FIG. 1K

OCCLUDED



FIG. 2

FIG. 3

HEATING ELEMENT



FIG. 4



FIG. 5A

FIG. 5B

FIG. 5C

FIG. 5D



FIG. 6A



FIG. 6B



FIG. 6C



FIG. 7



FIG. 8A



FIG. 8B



FIG.  8C



SIDE VIEW



FIG. 9
TOP VIEW



FIG.  10A



FIG.  10B



FIG. 11A



FIG. 11B



200
aligning the top layer to the film layer and thermally bonding the two, using silicone adhesive to bond the elastomeric layer to the intermediate substrate of the microfluidic cartridge
S210
compressing the top layer, the film layer, the elastomeric layer, and the intermediate substrate and bonding the top/ film layers to the elastomeric layer/intermediate substrate
S220
bonding the intermediate substate to the bottom layer
S230
covering the top and the bottom of each detection chamber
S240
installing the vents of the vent region
S250
pressure testing the microfluidic cartridge
S252
removing the partially finished microfluidic cartridge from the second jig
S254
applying labels and packaging
S260

FIG. 12A



FIG.  12B



FIG.  12C



FIG.  12D



FIG.  12E

FIG.  12F



FIG.  12G



300

thermally bonding the film layer to the top layer to form a first subassembly — S310

adding a vent to the first subassembly and applying a label to create a second subassembly — S320

applying an adhesive inside a bottom flange of the intermediate substrate and bonding the bottom layer to the intermediate substrate — S330

applying a tag to the intermediate substrate to create a third subassembly — S340

positioning the elastomeric layer on the third subassembly to create a fourth subassembly — S350

applying adhesive to the fourth subassembly — S360

coupling the second subassembly to the fourth subassembly — S370

FIG. 13

US 9,433,940 B2

1

# MICROFLUIDIC CARTRIDGE FOR PROCESSING AND DETECTING NUCLEIC ACIDS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Application Ser. No. 61/667,606, filed on 3 Jul. 2012, and U.S. Provisional Application Ser. No. 61/598,240, filed on 13 Feb. 2012, which are incorporated in their entirety by this reference.

## TECHNICAL FIELD

This invention relates generally to the molecular diagnostics field, and more specifically to an improved microfluidic cartridge for processing and detecting nucleic acids.

## BACKGROUND

Molecular diagnostics is a laboratory discipline that has developed rapidly during the last 25 years. It originated from basic biochemistry and molecular biology research procedures, but now has become an independent discipline focused on routine analysis of nucleic acids (NA), including deoxyribonucleic acid (DNA) and ribonucleic acid (RNA) for diagnostic use in healthcare and other fields requiring nucleic acid analysis. Molecular diagnostic analysis of biological samples can include the detection and/or monitoring of one or more nucleic acid materials present in the specimen. The particular analysis performed may be either qualitative and/or quantitative. Methods of analysis may involve isolation, purification, and amplification of nucleic acid materials, and polymerase chain reaction (PCR) is a common technique used to amplify nucleic acids. Often, a nucleic acid sample to be analyzed is obtained in insufficient quantity, quality, and/or purity, hindering a robust implementation of a diagnostic technique. Current sample processing methods and molecular diagnostic techniques are also labor/time intensive, low throughput, and expensive, and systems of analysis are insufficient. Furthermore, methods of isolation, processing, and amplification are often specific to certain nucleic acid types and not applicable across multiple acid types. Due to these and other deficiencies of current molecular diagnostic systems and methods, there is thus a need for improved devices for processing and amplifying nucleic acids. Thus, there is a need in the molecular diagnostics field to create an improved microfluidic cartridge to facilitate processing and detecting of nucleic acids. This invention provides such a microfluidic cartridge.

## BRIEF DESCRIPTION OF THE FIGURES

FIGS. 1A-1C depict an embodiment of a microfluidic cartridge (top and side views) and an embodiment of a microfluidic pathway of the microfluidic cartridge;

FIGS. 1D-K depict an example embodiment of subsets of occlusion positions defining truncated portions of a fluidic pathway;

FIG. 2 depicts an alternative embodiment of a microfluidic cartridge (top view) showing individual waste chambers located on the top of cartridge and multiple fluid ports;

FIG. 3 depicts an alternative embodiment of a detection chamber of the microfluidic cartridge (top view) and a heating element configured to heat the detection chamber;

2

FIG. 4 depicts an embodiment of a waste chamber of the microfluidic cartridge;

FIGS. 5A-5D depict embodiments of the elastomeric layer of the microfluidic cartridge, in open and occluded configurations;

FIGS. 6A-6C depict an alternative embodiment of a microfluidic cartridge (top and side views) and an alternative embodiment of a microfluidic pathway of the microfluidic cartridge;

FIG. 7 depicts another alternative embodiment of a microfluidic pathway of the microfluidic cartridge;

FIGS. 8A and 8B depict schematics of microfluidic channel cross sections;

FIG. 8C depicts specific embodiments of microfluidic channel cross sections;

FIG. 9 depicts an embodiment of the microfluidic cartridge with twelve fluidic pathways (four of which are shown);

FIGS. 10A and 10B depict embodiments of occlusion of fluidic pathways with the elastomeric layer and a valving mechanism;

FIGS. 11A and 11B depict an embodiment of the microfluidic cartridge;

FIGS. 12A-12G depict an example manufacturing method for an embodiment of the microfluidic cartridge; and

FIG. 13 depicts an alternative example manufacturing method for an embodiment of the microfluidic cartridge.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following description of preferred embodiments of the invention is not intended to limit the invention to these preferred embodiments, but rather to enable any person skilled in the art to make and use this invention.

1. Microfluidic Cartridge

As shown in FIGS. 1A-1C, an embodiment of a microfluidic cartridge 100 for processing and detecting nucleic acids comprises: a top layer 110 comprising a set of sample port-reagent port pairs 112 and a set of detection chambers 116; an intermediate substrate 120, coupled to the top layer 110 and partially separated from the top layer by a film layer 125, configured to form a waste chamber 130; an elastomeric layer 140 partially situated on the intermediate substrate 120; a magnet housing region 150 accessible by a magnet 152 providing a magnetic field 156; and a set of fluidic pathways 160, each formed by at least a portion of the top layer 110, a portion of the film layer 125, and a portion of the elastomeric layer 140. In other embodiments, the microfluidic cartridge 100 may further comprise a bottom layer 170 coupled to the intermediate substrate 120 and configured to seal the waste chamber 130. Furthermore, the top layer 110 of the microfluidic cartridge 100 may further comprise a shared fluid port 118, a vent region 190, and a heating region 195, such that each fluidic pathway 165 in the set of fluidic pathways 160 is fluidically coupled to a sample port-reagent port pair 113, the shared fluid port 118, the waste chamber 130, and a detection chamber 117, comprises a capture segment 166 configured to pass through the heating region and the magnetic field, and is configured to pass through the vent region 190 upstream of the detection chamber 117. Each fluidic pathway 165 thus functions to receive and facilitate processing of a sample fluid containing nucleic acids as it passes through different portions of the fluidic pathway 165. As configured, the microfluidic cartridge 100 can be used to facilitate molecular diagnostic processes and techniques, and preferably conforms to micro-

US 9,433,940 B2

3

titer plate dimensional standards. Alternatively, the microfluidic cartridge **100** may be any appropriate size. In a specific application, the microfluidic cartridge **100** can be used to facilitate a PCR procedure for analysis of a sample containing nucleic acids.

1.1 Microfluidic Cartridge—Top Layer

The top layer **110** of an embodiment of the microfluidic cartridge **100** functions to accommodate elements involved in performing a molecular diagnostic procedure (e.g. PCR), such that a sample containing nucleic acids, passing through the cartridge, can be manipulated by the elements involved in performing the molecular diagnostic procedure. The top layer **110** is preferably composed of a structurally rigid/stiff material with low autofluorescence, such that the top layer **110** does not interfere with sample detection by fluorescence or chemiluminescence techniques, and an appropriate glass transition temperature and chemical compatibility for PCR or other amplification techniques. Preferably, the top layer **110** is composed of a polypropylene-based polymer, but the top layer **110** may alternatively be composed of any appropriate material (e.g. cyclic olefin polymer). In a specific embodiment, the top layer **110** is composed of 1.5 mm thick polypropylene produced by injection molding, with a glass transition temperature between 136 and 163° C. The top layer **110** may alternatively be composed of any appropriate material, for example, a polypropylene based polymer. As shown in FIGS. **1B** and **1C**, the top layer **110** preferably comprises a set of sample port-reagent port pairs **112**, a fluid port **118**, a vent region **190**, a heating region **195** crossing a capture segment **166** of a fluidic pathway **165**, and a set of detection chambers **116**.

Each sample-port-reagent port pair **113** of an embodiment of the top layer **110** comprises a sample port **114** and a reagent port **115**. The sample port **114** functions to receive a volume of a sample fluid potentially containing the nucleic acids of interest for delivery of the volume of fluid to a portion of a fluidic pathway **165** coupled to the sample port-reagent port pair **113**. In a specific embodiment, the volume of a sample fluid is a biological sample with magnetic beads for nucleic acid isolation; however, the volume of fluid comprising a sample fluid may alternatively be any appropriate fluid containing a sample with nucleic acids. Preferably, each sample port **114** is isolated from all other sample ports, in order to prevent cross-contamination between samples of nucleic acids being analyzed. Additionally, each sample port **114** is preferably of an appropriate geometric size to accommodate a standard-size pipette tip used to deliver the volume of a sample fluid without leaking. Alternatively, all or a portion of the sample ports **114** are configured to be coupled to fluid conduits or tubing that deliver the volume of a sample fluid.

Each sample-port reagent port pair **113** of an embodiment of the top layer **110** also comprises a reagent port **115**, as shown in FIG. **1A**. The reagent port **115** in a sample port-reagent port pair **113** functions to receive a volume of fluid comprising a reagent used in molecular diagnostics, for delivery of the volume of fluid comprising a reagent to a portion of a fluidic pathway **165** coupled to the sample port-reagent port pair **113**. In a specific embodiment, the volume of fluid comprising a reagent used in molecular diagnostics is a sample of reconstituted molecular diagnostic reagents mixed with nucleic acids released and isolated using the microfluidic cartridge **100**; however, the volume of fluid comprising a reagent used in molecular diagnostics may alternatively be any appropriate fluid comprising reagents used in molecular diagnostics. Preferably, each reagent port **115** is isolated from all other reagent ports, in

4

order to prevent cross-contamination between samples of nucleic acids being analyzed. Additionally, each reagent port **115** is preferably of an appropriate geometric size to accommodate a standard-size pipette tip used to deliver the volume of fluid comprising a reagent used in molecular diagnostics. Alternatively, all or a portion of the reagent ports **115** are configured to be coupled to fluid conduits or tubing that deliver the volume of fluid comprising a reagent used in molecular diagnostics.

Preferably, the set of sample port-reagent port pairs **112** is located near a first edge of the top layer **110**, such that the configuration of the sample port-reagent port pairs **112** functions to increase accessibility, for instance, by a pipettor delivering fluids to the microfluidic cartridge **100**. In one specific example, the microfluidic cartridge **100** is configured to be aligned within a module, with the set of sample port-reagent port pairs **112** accessible outside of the module, such that a multichannel pipette head can easily access the set of sample port-reagent port pairs **112**. Preferably, as shown in FIG. **1A**, the set of sample port-reagent port pairs **112** is configured such that the sample ports **114** and the reagent ports **115** alternate along the first edge of the top layer **110**. In an alternative embodiment, the set of sample port-reagent port pairs **112** may not be located near an edge of the top layer **110**, and may further not be arranged in an alternating fashion.

The fluid port **118** of the top layer **110** of the microfluidic cartridge functions to receive at least one of a wash fluid, a release fluid, and a gas used in a molecular diagnostic procedure, such as PCR. In an embodiment, the wash fluid, the release fluid, and/or the gas are common to all samples being analyzed during a run of the diagnostic procedure using the microfluidic cartridge **100**; in this embodiment, as shown in FIG. **1A**, the fluid port **118** is preferably a shared fluid port, fluidically coupled to all fluidic pathways **165** coupled to the sample port-reagent port pairs **112**, and configured to deliver the same wash fluid, release fluid, and/or gas through the shared fluid port. Alternatively, as shown in FIG. **2**, the top layer may comprise more than one fluid port **118**, configured to deliver different wash fluids, release fluids, and/or gases to individual or multiple fluidic pathways **165** coupled to the set of sample port-reagent port pairs **112**.

Preferably, the fluid port **118** is located along an edge of the microfluidic cartridge **100**, which functions to increase accessibility to the fluid port by a system delivering fluids to the fluid port **118**. In a specific embodiment, as shown in FIG. **1A**, the fluid port is located approximately midway along an edge of the microfluidic cartridge **100**, different from the edge along which the set of sample port-reagent port pairs **112** is located. Alternatively, the fluid port **118** may not be located along an edge of the microfluidic cartridge **100**. Additionally, the fluid port **118** is preferably configured to be coupled to a syringe pump for fluid delivery; however, the fluid port **118** may alternatively configured to couple to any appropriate system for fluid delivery. Preferably, the wash fluid is a wash buffer for washing bound nucleic acid samples (i.e. nucleic acids bound to magnetic beads), the release fluid is a reagent for releasing bound nucleic acids samples from the magnetic beads, and the gas is pressurized air for moving fluids and demarcating separate reagents. Alternatively, the wash fluid, release fluid, and gas may be any appropriate liquids or gases used to carry out a molecular diagnostic procedure.

The heating region **195** of the top layer **110** functions to accommodate and position a heating element relative to elements of the microfluidic cartridge **100**. The heating

US 9,433,940 B2

5

element preferably heats a defined volume of fluid and the magnetic beads, which has traveled through the microfluidic cartridge 100, according to a specific molecular diagnostic procedure protocol (e.g. PCR protocol), and is preferably an element external to the microfluidic cartridge 100; alternatively, the heating element may be integrated with the microfluidic cartridge and/or comprise a thermally conductive element integrated into the microfluidic cartridge 100. The heating region 195 is preferably a recessed fixed region of the top layer 110, downstream of the sample port-reagent port pairs 112, as shown in FIGS. 1A and 1B. Alternatively, the heating region may not be fixed and/or recessed, such that the heating region 195 sweeps across the top layer 110 of the microfluidic cartridge 100 as the heating element is moved. The microfluidic cartridge 100 may altogether omit the heating region 195 of the top layer 110, in alternative embodiments using alternative processes (e.g. chemical methods) for releasing nucleic acids from nucleic acid-bound magnetic beads.

The vent region 190 of an embodiment of the top layer 110 functions to remove unwanted gases trapped within a fluidic pathway 165 of the microfluidic cartridge, and may additionally function to position a defined volume of fluid within a fluidic pathway 165 of the microfluidic cartridge. The vent region 190 is preferably located downstream of the heating region 195 in an embodiment where the heating region 195 is fixed on the top layer 110 of the microfluidic cartridge 100, but alternatively may be located at another appropriate position on the top layer 110 such that unwanted gases are substantially removed from the microfluidic cartridge 100 during analysis. The top layer 110 may alternatively comprise more than one vent region 190 located at appropriate positions in the top layer 110. Preferably, as shown in FIGS. 1A and 1B, the vent region 190 is a recessed region in the top layer 110, and further comprises a film 35 covering the vent region 190. Preferably, the film covering the vent region 190 is a gas-permeable but liquid-impermeable film, such that unwanted gases may be released from the microfluidic cartridge 100, but fluids remain within the microfluidic cartridge 100 and flow to the point of contacting the film. This functions to remove unwanted gases and position a defined volume of fluid within a fluidic pathway 165 of the microfluidic cartridge. In a specific embodiment, the film covering the vent region is a hydrophobic porous polytetrafluoroethylene-based material, synthesized to be gas-permeable but liquid-impermeable. Alternatively, the film covering the vent region may be gas and liquid permeable, such that unwanted gases and liquids are expelled from the microfluidic cartridge 100 through the vent region 190. Other alternative embodiments of the microfluidic cartridge 100 may altogether omit the vent region.

The set of detection chambers 116 of an embodiment of the top layer 110 functions to receive a processed nucleic acid sample, mixed with molecular diagnostic reagents, for molecular diagnostic analysis. Preferably, the set of detection chambers 116 is located along an edge of the top layer 110, opposite the edge along which the set of sample port-reagent port pairs 112 is located, which allows sample fluids dispensed into the microfluidic cartridge 100 to be processed and mixed with molecular diagnostic reagents on their way to a detection chamber 117 of the set of detection chambers 116 and facilitates access to the detection chambers by external elements performing portions of a molecular diagnostics protocol (e.g. heating and optics systems). Alternatively, the set of detection chambers 116 may not be located along an edge of the top layer 110. In a first variation, as shown in FIGS. 1A and 11B, each detection chamber 117

6

in the set of detection chambers comprises a serpentine-shaped channel 16 for facilitating analysis of a solution of nucleic acids mixed with reagents. In the first variation, three portions of the serpentine-shaped channel 16 are preferably wide and shallow to facilitate heating, and are interconnected by two narrow portions, which function to increase fluid flow resistance and reduce the proportion of nucleic acid not contained within the detection area. The first variation functions to facilitate filling of the set of detection chambers in a manner that reduces the potential for trapped air bubbles, to facilitate rapid molecular diagnostic techniques, and to comply with current imaging technologies. In a specific example of the first variation, each serpentine-shaped channel 16 is injected molded into the top layer 110 of the microfluidic cartridge 100, and the three interconnected portions of the serpentine-shaped channel 16 are each 1600 μm wide by 400 μm deep.

In a second variation, each detection chamber 117 in the set of detection chambers has a depth between 0.400 mm and 1.00 mm, and a diameter between 3.50 mm and 5.70 mm, to provide a volumetric configuration that facilitates reaction efficiency. In a specific example of the second variation, each detection chamber 117 in the set of detection chambers 116 is configured to contain a total volume of 10 uL, and has a depth of 0.80 mm and a diameter of 3.99 mm; however, in alternative embodiments, each detection chamber 117 in the set of detection chambers 116 may be configured to contain a total volume less than or greater than 10 uL.

Preferably, as shown in FIGS. 1A and 1B, the lower regions of each detection chamber 117 in the set of detection chambers 116 includes a PCR compatible film that is thin, to facilitate efficient thermocycling, and has low autofluorescence, to facilitate light-based molecular diagnostic assays performed at the set of detection chambers 116. The PCR compatible film is preferably composed of a polypropylene based polymer thermally bonded to the bottom of the top layer, but may alternatively be composed of any appropriate PCR-compatible material and bonded in any fashion. In one specific variation, the PCR compatible film is a cyclic olefin polymer (COP) film, thermally bonded to the top layer 110, with a glass transition temperature suitable for a molecular diagnostic protocol. In one alternative embodiment, depending on the configuration of imaging, heating, and/or cooling elements external to the microfluidic cartridge 100, the top and/or bottom of the detection chambers 117 in the set of detection chambers 116 may be entirely formed of a clear or transparent material (e.g. glass or plastic) allowing transmission of light. In a variation of this alternative embodiment, lensing, other optical components, or additional structures may also be incorporated into the detection chambers, to facilitate light transmission and/or focusing. In the variation of the alternative embodiment, a lens may be manufactured (e.g. injection molded) directly to form a surface of a detection chamber 117.

In the embodiment of the set of detection chambers 116 that includes a PCR compatible film, the PCR compatible film may further include a thermally conductive component, which functions to transfer heat from a heating element to the detection chamber. Depending on the position of the heating element(s) relative to the microfluidic cartridge 100 during analysis, the thermally conductive component of the PCR compatible film may be integrated with just the upper region of each detection chamber, just the lower region of each detection chamber, or both the upper and lower regions of each Detection chamber. The thermally conductive component of the PCR compatible film may comprise a wire

US 9,433,940 B2

7                                                                                                              8

mesh with a substantially small wire diameter, as shown in FIG. 3, thermally conductive particles distributed through the PCR compatible film (in a manner that still allows for optical clarity), or any other appropriate thermally conductive component (e.g. thermally conductive beads integrated into the PCR compatible film). The region laterally around the detection chamber may also further include one or more heat-transfer elements or air channels spaced heat dissipation. Alternatively, a detection chamber 117 in the set of detection chambers 116 may not include a PCR compatible film with a thermally conductive component. Preferably, each detection chamber 117 is heated using a diced silicon wafer with conductive channels flip-chip bonded to a detection chamber to provide resistive heating; however, each detection chamber 117 may alternatively be heated using any appropriate heating device or method, and may be assembled using any appropriate method.

Preferably, each detection chamber 117 in the set of detection chambers 116 is thermally isolated from all other detection chambers, in order to prevent contamination of data from a detection chamber 117 due to heat transfer from other detection chambers in the set of detection chambers 116. In one embodiment, each detection chamber 117 of the set of detection chambers 116 is spaced far from adjacent detection chambers to limit thermal crosstalk. In another alternative embodiment, the top layer 110 may comprises slots between adjacent detection chambers to separate the detection chambers with an air gap. In one variation, thermal isolation is achieved by surrounding the side walls of each detection chamber 117 with a thermally insulating material, such as an insulating epoxy, putty, filler, or sealant. In another variation, the thermally insulating material has a low density, which functions to reduce heat transfer from other detection chambers. In yet another variation, thermal isolation is achieved by geometrically separating or displacing the detection chambers relative to each other within the top layer 110 of the microfluidic cartridge 100, such that heat transfer between detection chambers is hindered.

Preferably, each detection chamber 117 in the set of detection chambers 116 is also optically isolated from all other detection chambers, in order to prevent contamination of data from a detection chamber 117 due to light transfer from other detection chambers in the set of detection chambers 116. Preferably, optical isolation is achieved with detection chambers having substantially vertical walls, and separating each detection chamber 117 in the set of detection chambers from each other. However, in one variation, the sidewalls of each detection chamber 117 in the set of detection chambers 116 are either composed of or surrounded by a material with low autofluorescence and/or poor optical transmission properties to achieve optical isolation. In another variation, the sidewalls of each detection chamber 117 are surrounded by an optically opaque material, thus allowing transmission of light to a detection chamber 117 through only the top and bottom regions of the detection chamber 117. Alternatively, the microfluidic cartridge 100 may not further comprise any provisions for optical isolation of each detection chamber 117 in the set of detection chambers 116, aside from constructing the set of detection chambers 116 with a material having low autofluorescence.

Additionally, each detection chamber 117 in the set of detection chambers 116 may be further optimized to meet volumetric capacity requirements, facilitate high thermocycling rates, facilitate optical detection, and facilitate filling in a manner that limits bubble generation. Alternatively each detection chamber 117 in the set of detection chambers 116 may not be optimized to meet volumetric capacity require-

ments, facilitate high thermocycling rates, facilitate optical detection, and/or facilitate filling in a manner that limits bubble generation.

The top layer 110 of the microfluidic cartridge 100 may further comprise a set of cartridge-aligning indentations 180, which function to align the microfluidic cartridge 100 as it moves through an external module. As shown in FIG. 2 the set of cartridge-aligning indentations 180 are preferably located such that they do not interfere with any ports 112, 118, the heating region, 195, the vent region 190, and/or the set of detection chambers 116. In an embodiment, the top layer 110 of the microfluidic cartridge preferably comprises at least four cartridge-aligning indentations, located at points on the periphery of the top layer 110, and the cartridge-aligning indentations are configured to be recessed regions configured to mate with alignment pins in a system external to the microfluidic cartridge 100. Alternatively, the cartridge-aligning indentations may be grooves, such that the microfluidic cartridge 100 accurately slides into position along the grooves within a system external to the microfluidic cartridge 100. In yet another alternative embodiment, the set of cartridge-aligning indentations 180 may be any appropriate indentations that allow for positioning of the microfluidic cartridge 100 within an external system. However, the microfluidic cartridge 100 may altogether omit the set of cartridge-aligning indentations 180, and rely upon other features of the microfluidic cartridge 100 to facilitate alignment.

1.2 Microfluidic Cartridge—Intermediate Substrate

As shown in FIG. 1B, an embodiment of the microfluidic cartridge also comprises an intermediate substrate 120, coupled to the top layer 110 and partially separated from the top layer 110 by a film layer 125, configured to form a waste chamber 130. The intermediate substrate 120 functions to serve as a substrate to which layers of the microfluidic cartridge may be bonded, to provide guides for the valve pins, and to provide a waste chamber volume into which a waste fluid may be deposited. Preferably, the depth of the intermediate substrate 120 provides a waste chamber volume adequate to accommodate the volume of waste fluids generated within the microfluidic cartridge 100. Additionally, the depth of the intermediate substrate 120 provides a low profile for the microfluidic cartridge 100 to facilitate movement throughout a compact molecular diagnostic system. Preferably, the intermediate substrate 120 of the microfluidic cartridge 100 is also configured such that the footprint of microfluidic cartridge 100 adheres to microtiter plate standards, to facilitate automated handling of the microfluidic cartridge 100. The intermediate substrate 120 is preferably composed of a low-cost, structurally stiff material, such as polypropylene. However, similar to the top layer 120, the intermediate substrate may be alternatively composed of a structurally stiff material with low autofluorescence, such that the intermediate substrate 120 does not interfere with sample detection by fluorescence techniques, and an appropriate glass transition temperature for PCR techniques. In one variation of this alternative embodiment, the intermediate substrate 120 is composed of a cyclic olefin polymer (COP), produced by injection molding, with a glass transition temperature between 136 and 163° C. In yet another alternative embodiment, the intermediate substrate 120 may be composed of any appropriate material, for example, a polycarbonate based polymer.

Preferably, the intermediate substrate 120 of the microfluidic cartridge 100 is coupled to the top layer 110 and partially separated from the top layer 110 by a film layer 125. The film layer 125 functions to isolate individual fluidic

US 9,433,940 B2

9

pathways 165 of the microfluidic cartridge, to prevent leakage, to provide an appropriate environment for sample processing and conducting a molecular diagnostic protocol, and to provide access between a microfluidic channel (of a fluidic pathway 165) above the film layer 125 and elements below the film layer 125 (e.g. waste chamber and/or fluidic pathway occluder). Preferably, the film layer is a polypropylene (PP) with an appropriate glass transition temperature, such that it is PCR compatible and thermally bondable to the top layer 110; however, the film layer may alternatively be any appropriate material. In a specific embodiment, the film layer 125 is a polypropylene film between 30 and 100 microns thick and die cut to produce openings at a set of occlusion positions, to provide access between a microfluidic channel of a fluidic pathway 165 above the film layer 125 and elements below the film layer 125. In this specific embodiment, the openings are slightly oversized prior to assembly, in order to allow for constriction during assembly (due to thermal and pressure effects) and to provide higher tolerance during assembly of microfluidic cartridge layers. Alternatively, the film layer is any appropriate material such that it substantially isolates individual fluidic pathways, and is easily processable to provide access between a microfluidic channel of a fluidic pathway 165 above the film layer and elements below the film layer 125.

Preferably, the top layer 110, the film layer 125, and the intermediate substrate are bonded together, such that the top layer 110, film layer, 125, and intermediate substrate form a bonded unit with a hermetic seal to prevent fluid leakage. A hermetic seal is preferably formed using a silicone rubber layer coupled to the film layer 125, but may alternatively be formed using an alternative material or method. In a specific embodiment, a hermetic seal formed using a silicone rubber layer is only required at locations of openings within the film layer (e.g, at locations where an external occluder interacts with the microfluidic cartridge). Preferably, in an embodiment where the top layer 110, the film layer 125, and the intermediate substrate 120 are substantially identical materials (e.g. polypropylene), at least one of thermal bonding, adhesives, and ultrasonic welding are used to coupled the layers 110, 125, 120 together. In an embodiment where the top layer 110, the film layer 125, and the intermediate substrate 120 are substantially different materials—a combination of thermal bonding methods and adhesives may be used to bond the top layer 110, the film layer 125, and the intermediate substrate 120 of the microfluidic cartridge 100 together. In an alternative embodiment, the top layer 110, the film layer 125, and the intermediate substrate 120 of the microfluidic cartridge 100 may be thermally bonded together in a single step. In yet another alternative embodiment, the top layer 110, the film layer 125, and the intermediate substrate 120 may alternatively be modular, in applications where a portion of the microfluidic cartridge 100 is partially reusable (e.g. in an application where the waste chamber may be discarded after use, but the top layer and film may be reused). In yet another alternative embodiment, the top layer 110, the film layer 125, and the intermediate substrate 120 may only be partially bonded, such that a molecular diagnostic system, into which the microfluidic cartridge 100 is loaded, is configured to compress the top layer 110, the film layer 125, and the intermediate substrate 120 together, preventing any fluid leakage.

As shown in FIG. 1B, the intermediate substrate 120 of an embodiment of the microfluidic cartridge 100 is configured to form a waste chamber 130, which functions to receive and isolate waste fluids generated within the microfluidic cartridge 100. The waste chamber 130 is preferably continuous

10

and accessible by each fluidic pathway 165 of the microfluidic cartridge 100, such that all waste fluids generated within the microfluidic cartridge 100 are deposited into a common waste chamber; however, each fluidic pathway 165 of the microfluidic cartridge 100 may alternatively have its own corresponding waste chamber 130, such that waste fluids generated within a fluidic pathway 165 of the microfluidic cartridge 100 are isolated from waste fluids generated within other fluidic pathways 165 of the microfluidic cartridge 100. In a specific embodiment of the microfluidic cartridge 100 with a continuous waste chamber, the waste chamber has a volumetric capacity of approximately 25 mL; however, the waste chamber 130 of another embodiment may have a different volumetric capacity. The intermediate substrate 120 further comprises a waste vent 135, which provides access between a microfluidic channel of a fluidic pathway 165 above the film layer 125 and the waste chamber 130. Preferably, the intermediate substrate 130 comprises more than one waste inlet 136, such that the waste chamber is accessible at more than one location along a fluidic pathway 165 through the waste inlets 136. Alternatively, the intermediate substrate 120 may include a single waste inlet 136, such that all waste fluids generated within the microfluidic cartridge 100 are configured to travel through the single waste inlet 136 into the waste chamber 130. Also, as shown in FIG. 1B, the intermediate substrate 120 may comprise a waste vent 131, such that the waste chamber 130 is vented to prevent pressure build up in the waste chamber as waste fluid is added.

As shown in FIGS. 1B and 4, the waste chamber 130 formed by the intermediate substrate 120 preferably has a corrugated surface 137, such that the waste chamber 130 is not only configured to receive and isolate a waste fluid, but also functions to 1) provide structural stability for the microfluidic cartridge 100 and 2) allow elements external to the microfluidic cartridge 100 to enter spaces formed by the corrugated surface 137, for greater accessibility to elements of the microfluidic cartridge 100. Also shown in FIGS. 1B and 4, each of the ridges in the corrugated surface 137 may not have the same dimensions, as a result of the locations of elements within and external to the microfluidic cartridge 100. In an embodiment of the waste chamber 130 with a corrugated surface 137, at least two ridges of the corrugated surface 137 are preferably the same height, such that the microfluidic cartridge 100 sits substantially level on a flat base. In an alternative embodiment, all ridges of the corrugated surface 137 of the waste chamber 130 are identical, for structural symmetry, and in yet another embodiment, the waste chamber 130 may not have a corrugated surface 137.

In one preferred embodiment, the intermediate substrate 120 of the microfluidic cartridge 100 further comprises a set of valve guides, which function to direct a series of external pins or other indenters through the valve guides at a set of occlusion positions 141, thus affecting flow through a microfluidic channel of a fluidic pathway 165 at the set of occlusion positions 141. The set of valve guides 127 may also function to facilitate alignment of the microfluidic cartridge 100 within an external molecular diagnostic module. In a first embodiment, as shown in FIG. 1B, the set of valve guides 127 comprises holes within the intermediate substrate 120 at the set of occlusion positions 141, with sloped edges configured to direct a pin or indenter through the holes. In the first embodiment, the set of valve guides 127 may be produced in the intermediate substrate 120 by injection molding, or may alternatively be produced by drilling, countersinking, chamfering, and/or beveling. In another embodiment, the set of valve guides 127 comprises

US 9,433,940 B2

11

grooves with holes, such that a pin or indenter is configured to travel along a groove and through a hole that defines the valve guide. In a simplified alternative variation, the set of valve guides 127 may comprise holes through the intermediate substrate 120, wherein the holes do not have sloped edges. In yet another simplified alternative variation, the set of valve guides 127 may comprise a slot configured to provide access to the elastomeric layer 140 by a group of occluding objects (e.g. pins or indenters), rather than a single occluding object.

1.3 Microfluidic Cartridge—Elastomeric and Bottom Layers

As shown in FIGS. 1B and 5A-5D, an embodiment of the microfluidic cartridge 100 also comprises an elastomeric layer 140 partially situated on the intermediate substrate 120, which functions to provide a deformable substrate that, upon deformation, occludes a microfluidic channel of a fluidic pathway 165 contacting the elastomeric layer 140 at an occlusion position of a set of occlusion positions 141. Preferably, the elastomeric layer 140 comprises an inert, liquid impermeable material, of an appropriate thickness, that can be heated to temperatures encountered during manufacturing and/or specified in a molecular diagnostic protocol, without substantial damage (i.e. compromised surface and/or loss of mechanical robustness) and is chemically compatible with a PCR assay. Preferably, the elastomeric layer 140 is non-continuous, such that portions of the elastomeric layer 140 are positioned relative to the intermediate substrate 120 in a manner that directly covers holes provided by the set of valve guides 127. Alternatively, the elastomeric layer 140 is a continuous layer, spanning a majority of the footprint of the microfluidic cartridge 100 while covering holes provided by the set of valve guides 127. In a specific embodiment, the elastomeric layer 140 comprises 500 micron thick strips of a low-durometer silicone that can be heated to at least 120° C. without substantial damage, which are bonded to a portion of the intermediate substrate 120 using a silicone-based adhesive and slightly compressed between the film layer 125 and the intermediate substrate 120. In a variation of the specific embodiment, the elastomeric layer 140 may alternatively be held in place solely by pressure between the intermediate layer 120 and the top layer 110. Preferably, the elastomeric layer 140 is reversibly deformable over the usage lifetime of the microfluidic cartridge 100, such that any occlusion of a microfluidic channel of a fluidic pathway 165 contacting the elastomeric layer 140 is reversible over the usage lifetime of the microfluidic cartridge. Alternatively, the elastomeric layer 140 may not be reversibly deformable, such that an occlusion of a microfluidic channel of a fluidic pathway 165 contacting the elastomeric layer 140 is not reversible.

The set of occlusion positions 141 preferably comprises at least two types of occlusion positions, as shown in FIG. 1C, including a normally open position 42 and a normally closed position 43. As shown in FIGS. 5A-5D, the elastomeric layer 140 at a normally open position 42 of the set of occlusion positions 141 may be closed upon occlusion by an occluding object (FIGS. 5B and 5D). Preferably, a normally open position 42 is configured to withstand pressures that can be generated by a fluid delivery system (e.g. a syringe pump) without leaking, upon occlusion by an occluding object at the normally open position 42. In one specific example, a ½ barrel-shaped pin head may be used to fully occlude a normally open position 42 having an arched cross section, as in FIG. 5C, with near constant pressure on the portion of the elastomeric layer compressed between the occluding object and occluding position.

12

The normally closed position 43 of the set of occlusion positions 141, functions to be normally closed, but to be forced open in response to fluid delivery by a fluid delivery system. In one variation, the normally closed position 43 may be formed by manufacturing (e.g. injection molding) the top layer 100, such that the top layer material at a normally closed position 43 extends down to the elastomeric layer 140. If an occluding object is held away from the normally closed position 43, the occlusion position is closed, but can be forced open due to fluid pressure applied by a fluid delivery system (e.g. syringe pump). When not in operation, however, the normally closed position 43 is configured to prevent leakage and/or fluid bypass. The normally closed position may also be held closed by an occluding object, to prevent leakage even under pressure provided by a fluid delivery system, or under pressure experienced during a high temperature step (e.g., thermocycling) to prevent evaporation of a sample undergoing thermocycling.

The microfluidic cartridge 100 may further comprise a bottom layer 170 configured to couple to the intermediate substrate, which functions to allow waste to be contained within the microfluidic cartridge 100, and allow microfluidic cartridges to be stacked. The bottom layer thus facilitates reception, isolation, and containment of a waste fluid within the waste chamber. Preferably, the bottom layer 170 is composed of the same material as the intermediate substrate 120 for cost and manufacturing considerations, and bonded to the intermediate substrate 120 in a manner that provides a hermetic seal, such that a liquid within the waste chamber 130 does not leak out of the waste chamber 130. In a specific embodiment, the bottom layer 170 and the intermediate substrate 120 are both composed of a polypropylene-based material, and bonded together using an adhesive. In an embodiment of the microfluidic cartridge 100 where the waste chamber 130 has a corrugated surface, the bottom layer 170 preferably only seals voids defining the waste chamber 130, such that non-waste chamber regions (i.e. non-waste housing regions) are not covered by the bottom layer 170. Alternatively, the microfluidic cartridge 100 may omit the bottom layer 170, such that any waste fluid that enters the waste chamber 130 completely leaves the microfluidic cartridge 100 and is collected off-cartridge by a waste-collecting subsystem of an external molecular diagnostic system. In this alternative embodiment, the intermediate substrate 120 is configured to fluidically couple to the waste-collecting subsystem.

1.4 Microfluidic Cartridge—Magnet Housing

The magnet housing region 150 of the microfluidic cartridge 100 functions to provide access to and/or house at least one magnet 152 providing a magnetic field 156 for purification and isolation of nucleic acids. Preferably, the magnet housing region 150 is defined by the film layer and the intermediate substrate, such that the film layer and the intermediate substrate form the boundaries of the magnet housing region 150. In an embodiment of the microfluidic cartridge 100 comprising a bottom layer 170, the magnet housing region 150 may further be defined by the bottom layer 170, such that the bottom layer partially forms a boundary of the magnet housing region 150. The magnet housing region 150 is preferably a rectangular prism-shaped void in the microfluidic cartridge 150, and accessible only through one side of the microfluidic cartridge 100, as shown in FIG. 1B. Preferably, the magnet housing region 150 can be reversibly passed over a magnet 152 to house the magnet 152, and retracted to remove the magnet 152 from the magnet housing region 150; however, the magnet 152 may

US 9,433,940 B2

13

14

alternatively be irreversibly fixed within the magnet housing region 150 once the magnet 152 enters the magnet housing region 150.

Preferably, the magnet housing region 150 is bounded on at least two sides by the waste chamber 130, and positioned near the middle of the microfluidic cartridge 100, such that a fluidic pathway 165 passing through the magnetic field 156 passes through the magnetic field 156 at least at one point along an intermediate portion of the fluidic pathway 165. Preferably, the magnet housing region 150 also substantially spans at least one dimension of the microfluidic cartridge, such that multiple fluidic pathways 165 of the microfluidic cartridge 100 cross the same magnet housing region 150, magnet 152, and/or magnetic field 156. Alternatively, the magnet housing region 150 may be configured such that a magnet within the magnet housing region 150 provides a magnetic field spanning all fluidic pathways 165 of the microfluidic cartridge in their entirety. In alternative embodiments, the microfluidic cartridge may comprise more than one magnet housing region 150, a magnet housing region 150 may be configured to receive and/or house more than one magnet 152, and/or may not be positioned near the middle of the microfluidic cartridge 100. In yet another alternative embodiment, the magnet housing region 150 may permanently house a magnet 152, such that microfluidic cartridge comprises a magnet 152, integrated with the intermediate substrate 120. In embodiments where the magnet 152 is retractable from the microfluidic cartridge 100, the magnet 152 may be a permanent magnet or an electromagnet. In embodiments where the magnet 152 is configured to be integrated with the microfluidic cartridge 100, the magnet 152 is preferably a permanent magnet, which provides a stronger magnetic field per unit volume.

1.5 Microfluidic Cartridge—Fluidic Pathways

The set of fluidic pathways 160 of the microfluidic cartridge 100 functions to provide a fluid network into which volumes of sample fluids, reagents, buffers and/or gases used in a molecular diagnostics protocol may be delivered, out of which waste fluids may be eliminated, and by which processed nucleic acid samples may be delivered to a detection chamber for analysis, which may include amplification and/or detection. Preferably, each fluidic pathway 165 in the set of fluidic pathways 160 is formed by at least a portion of the top layer, a portion of the film layer, and a portion of the elastomeric layer 140, such that each fluidic pathway 165 may be occluded upon deformation of the elastomeric layer 140 at a set of occlusion positions 141. Additionally, at least one fluidic pathway 165 in the set of fluidic pathways 160 is preferably fluidically coupled to a sample port-reagent port pair 113 of the set of sample port-reagent port pairs 112, a fluid port 118, a waste chamber 130, and a detection chamber 117 of the set of detection chambers 116. Furthermore, at least one fluidic pathway 165 in the set of fluidic pathways 160 is preferably configured to be occluded upon deformation of the elastomeric layer 140, configured to transfer a waste fluid to the waste chamber 30, comprises a capture segment 166 passing through the heating region 195 and a magnetic field 156, and is configured to pass through the vent region 190 upstream of a detection chamber 117. Alternative embodiments may omit preferred elements of the embodiment of the fluidic pathway 165 described above, such as a vent region 190 or a heating region 195, or add additional elements to the embodiment of the fluidic pathway 165 described above.

A fluidic pathway 165 of the set of fluidic pathways 160 may comprise portions (i.e. microfluidic channels) that are located on both sides of the top layer 110, but is preferably located primarily on the bottom side of the top layer (in the orientation shown in FIG. 1B). In the orientation of the microfluidic cartridge 100 shown in FIG. 1B, a microfluidic channel on top of the top layer 110 may be further covered by second film layer 168 that seals the microfluidic channel on top of the top layer 110. The second film layer 168 may be comprise a cyclic olefin polymer (COP) film, thermally or adhesively bonded to the top layer 110, or alternatively may comprise another material that is bonded to the top layer 110. The use of film layers 125, 168 to cover microfluidic channels on either side of the top layer 110 facilitates manufacturing, such that long stretches of a fluidic pathway 165 do not need to be produced within the interior of the top layer 110. Preferably, microfluidic channels may be etched, formed, molded, cut, or otherwise shaped into the rigid structure of the top layer 110, and either remain on one side of the top layer 110, or pass through the thickness of the top layer 110.

In one variation, in the orientation of the microfluidic cartridge 100 shown in FIG. 11B, a fluidic pathway 165 is preferably located primarily on the bottom side of the top layer 110, comprising a segment running to a vent region 190 on the top side of the top layer 110. All other segments of the fluidic pathway 165 are preferably located on the bottom side of the top layer 110, allowing the fluidic pathway 165 to be sealed by the film layer 125 without requiring a separate film layer to seal channels located on the top of the top layer 110.

In another variation, in the orientation of the microfluidic cartridge 100 shown in FIG. 1B, a fluidic pathway 165 is preferably located primarily on the bottom side of the top layer 110, comprising a segment running to a detection chamber 163 on the top side of the top layer 110 and a segment running away from the detection chamber 164 on the top side of the top layer 110. In this variation, the fluidic pathway 165 thus crosses the thickness of the top layer 110 upstream of the first segment running to the detection chamber 163, and crosses the thickness of the top layer 110 downstream of the segment running away from the detection chamber 164, and crosses the thickness of the top layer 110 to couple to a sample port 114 and a reagent port 115 on the top side of the top layer 110. In another variation, as shown in FIG. 6C, a fluidic pathway 165 is preferably located primarily on the bottom side of the top layer 110, comprising only a segment running away from the detection chamber 164 on the top side of the top layer 110. In this other variation, the fluidic pathway 165 thus crosses the thickness of the top layer 110 downstream of the second portion, and crosses the thickness of the top layer 110 to couple to a sample port 114 and a reagent port 115 on the top side of the top layer 110. Alternatively, other embodiments may comprise a fluidic pathway 165 with a different configuration of portions on the top side of the top layer 110 and/or portions on the bottom side of the top layer 110.

As shown in FIGS. 1C, 6C, 7 and 9, a fluidic pathway 165 of the set of fluidic pathways 160 is branched and preferably comprises an initial segment 174 fluidically coupled to a fluid channel 119 coupled to a fluid port 118, a sample segment 175 coupled to a sample port 114, a reagent segment 176 coupled to a reagent port 115, a capture segment 166 passing through at least one of the heating region 195 and a magnetic field 156, a vent segment 177 configured to pass through the vent region 190, a segment running to a detection chamber 163, a segment running away from the detection chamber 164, and at least one waste segment 178, 179 configured to transfer a waste fluid to a waste chamber 130. Individual segments of the fluidic

US 9,433,940 B2

15

16

pathway **165** are preferably configured to pass through at least one occlusion position of the set of occlusion positions **141**, to controllably direct fluid flow through portions of the fluidic pathway **165**. A fluidic pathway **165** may also further comprise an end vent **199**, which functions to prevent any fluid from escaping the microfluidic channel.

The initial segment **174** of the fluidic pathway **165** functions to deliver common liquids and/or gases from a fluid port **118** through at least a portion of the fluidic pathway **165**, the sample segment **175** functions to deliver a volume of a sample fluid (e.g. sample comprising nucleic acids bound to magnetic beads) to a portion of the fluidic pathway **165**, and the reagent segment **176** functions to deliver a volume of fluid comprising a reagent to a portion of the fluidic pathway **165**. The capture segment **166** functions to facilitate isolation and purification of nucleic acids from the volume of the sample fluid, and may be s-shaped and/or progressively narrowing, to increase the efficiency and/or effectiveness of isolation and purification. Alternatively, the capture segment **166** may altogether be replaced by a substantially straight portion **166** or any other geometric shape or configuration that functions to facilitate isolation and purification of nucleic acids from the volume of the sample fluid. The capture segment **166** of the fluidic pathway **165** preferably has an aspect ratio less than one, which functions to facilitate capture of magnetic particles, but may alternatively have an aspect ratio that is not less than one.

The vent segment **177** functions to deliver a processed sample fluid through the vent region **190** for gas removal. The segment running to a detection chamber **163** functions to deliver a processed sample fluid to the detection chamber **117** with a reduced quantity of gas bubbles, and the segment running away from the detection chamber **164** functions to deliver a fluid away from the detection chamber **117**. The segments may be arranged in at least one of several configurations to facilitate isolation, processing, and amplification of a nucleic acid sample, as described in three exemplary embodiments below:

A first embodiment, as shown in FIG. 1C, of a fluidic pathway **165** preferably comprises an initial segment **174** fluidically coupled to a fluid channel **119** coupled to a shared fluid port **118**, a sample segment **175** coupled to a sample port **114** and to the initial segment **174**, and an s-shaped capture segment **166**, configured to pass through the heating region **195** and a magnetic field **156**, coupled to the initial segment **174** and the sample segment **175**. In a variation of the first embodiment, the s-shaped capture segment **166** may comprise an initial wide arc **166** to provide a greater surface area for magnetic bead capture. In another variation of the first embodiment, the capture segment **166** may alternatively be a progressively narrowing s-shaped capture segment **166**. The first embodiment of the fluidic pathway **165** also comprises a reagent segment **176** coupled to a reagent port **115** and to the capture segment **166**, a vent segment **177** coupled to the reagent segment **176** and configured to pass through the vent region **190**, a segment running to a detection chamber **163** from the vent region **190**, a winding segment running away from the detection chamber **164**, and an end vent **199** coupled to the segment running away from the detection chamber **164**. The first embodiment of the fluidic pathway **165** also comprises a first waste segment **178** configured to couple the initial segment **174** to the waste chamber **130**, and a second waste segment **179** configured to couple the capture segment **166** to the waste chamber **130**. The first waste segment **178** preferably functions to allow evacuation of excess release fluids from a fluidic pathway

**165**, for precise metering of the amount of release reagents used in a molecular diagnostic procedure using a low volume of sample.

In the first embodiment, the set of occlusion positions **141** comprises a first occlusion position **142** located along the initial segment **174** between points at which the initial segment couples to the fluid channel **119** and to the capture segment **166**. The set of occlusion positions **141** also comprises a second occlusion position **143** located along the sample segment **175**, a third occlusion position **144** located along the reagent segment **176**, a fourth occlusion position **145** located along the first waste segment **178**, and a fifth occlusion position **146** located along the second waste segment **179**. In the first embodiment, the set of occlusion positions **141** also comprises a sixth occlusion position **147** located along the vent segment **177** upstream of the vent region **190**, a seventh occlusion position **148** located along the segment running to the detection chamber **163**, and an eighth occlusion position **149** located along the segment running away from the detection chamber **164**. In the first embodiment, the first, second, third, fifth, and sixth occlusion positions **142**, **143**, **144**, **146**, **147** are normally open positions **42** and the fourth, seventh, and eighth occlusions positions **145**, **148**, **149** are normally closed positions **43**, as shown in FIG. 1C.

The occlusion positions of the set of occlusion positions **141** of the first embodiment are preferably located such that occluding subsets of the set of occlusion positions **141** defines unique truncated fluidic pathways to controllably direct fluid flow. For example, as shown in FIG. 1D, occluding the fluidic pathway **165** at the first, third, fourth, and sixth occlusion positions **142**, **144**, **145**, **147** forms a truncated pathway by which a volume of a sample fluid, comprising nucleic acids bound to magnetic beads and delivered into the sample port **114**, may flow past the second occlusion positions **143** into the capture segment **166** for isolation and purification of nucleic acids using the heating region **195** and the magnetic field **156**. Nucleic acids bound to magnetic beads may thus be trapped within the capture segment **166** by the magnetic field **156**, while other substances in the volume of sample fluid may pass into the waste chamber **130** by passing the fifth occlusion position **146**. Following this subset of occlusion positions, the occlusion at the first occlusion position **142** may be reversed, as shown in FIG. 1E, and the fluidic pathway **165** may be occluded at the second occlusion position **143** to form a second truncated pathway by which a wash fluid may be delivered through the fluid port **118**, into the capture segment **166** (thus washing the trapped magnetic beads), and into the waste chamber **130** by passing the fifth occlusion position **146**. The occlusion at the second occlusion position **143** may then be reversed, and the first occlusion position **142** may be occluded (as shown in FIG. 1D), so that other fluidic pathways in the set of fluidic pathways **160** may be washed. After all fluidic pathways have been washed, a volume of air may be transferred through the fluid port **118** to prevent mixture of a wash solution with a release solution.

Thereafter in the first embodiment, as shown in FIG. 1E, the fluidic pathway **165** may be occluded at the second occlusion position **143** and the occlusion at the first occlusion position **142** may be reversed, thus creating a third truncated pathway as shown in FIG. 1D. A release solution may then be delivered through the fluid port **118**, into the capture segment **166**, and to the waste chamber **130** by passing the fifth occlusion position **146**. The release solution may then be sealed within a fourth truncated pathway (including the capture segment **166**) of the fluidic pathway **165** by occlud-

US 9,433,940 B2

17                                                                                      18

ing the fluidic pathway at the fifth occlusion position 146, as shown in FIG. 1F. A release solution may then be delivered to other fluidic pathways of the set of fluidic pathways 160.

Thereafter, as shown in FIG. 1G, the occlusion at the fourth occlusion position 145 may be reversed, creating a fifth truncated pathway, and release solution within the fluidic pathway 165 may be metered by pumping air through the fluid port 118, which functions to push a portion of the release solution into the waste chamber 130. A volume of release solution will still be maintained within the capture segment 166 at this stage. As shown in FIG. 1H, the first and the fourth occlusion positions 142, 145 may then be occluded to form a sixth truncated pathway sealing the volume of release solution, with the captured magnetic beads bound to nucleic acids, within the capture segment 166. The volume of the remaining release solution is therefore substantially defined by the microchannel volume between junctions in the fluidic pathway 165 near the fourth and sixth occlusion positions 145, 147, and may be any small volume but in a specific variation is precisely metered to be 23+/−1 microliters. Release solution may be sealed within capture segments of other fluidic pathways using a similar process. A heater may then be provided at the sixth truncated pathway, inducing a pH shift within the sixth truncated pathway to unbind nucleic acids from the magnetic beads.

Thereafter in the first embodiment, as shown in FIG. 1I, the occlusions at the first and third occlusion positions 142, 144 may be reversed, defining a seventh truncated pathway, and the entire released nucleic acid sample (e.g. ~20 microliters) may be aspirated out of the microfluidic cartridge through the reagent port 115. This released nucleic acid sample is then used to reconstitute a molecular diagnostic reagent stored off of the microfluidic cartridge 100. During the reconstitution, the occlusion at the sixth occlusion position 147 may be reversed, and the fluidic pathway 165 may be occluded at the first occlusion position 142 to form an eighth truncated pathway, as shown in FIG. 1J. Once reconstitution of the molecular diagnostic reagent with the released nucleic acid sample is complete and well mixed, the reconstituted mixture may then be dispensed through the reagent port 115, through the eighth truncated pathway, and to the detection chamber 117, by using a fluid handling system to push the seventh occlusion position (normally closed) open. The detection chamber 117 is completely filled with the mixed reagent-nucleic acid sample, after which the fluidic pathway 165 is occluded at the third, sixth, seventh and eighth occlusion positions 144, 147, 148, 149, defining ninth truncated pathway, as shown in FIG. 1K. Other pathways of the set of fluidic pathways 165 may be similarly configured to receive a reagent-nucleic acid mixture. An external molecular diagnostic system and/or module may then perform additional processes, such as thermocycling and detection, on the volume of fluid within the detection chamber 117.

An alternative variation of the first embodiment may further comprise additional occlusion positions or alternative variations of the set of occlusion positions 141, such that occlusion at the additional occlusion positions permanently seals the waste chamber from the fluidic pathway 165. Other alternative variations of the first embodiment may also comprise configurations of the set of occlusion positions 141 that are different than that described above. The variations may be configured, such that the a fluidic pathway 165 facilitates meter release, does not allow meter release, facilitates addition of other reagents (e.g. neutralization or DNase reagents), facilitates additional washing steps, and/or

facilitates other operations without changing the layout of the fluidic pathway 165 of a microfluidic cartridge embodiment. Thus, multiple unique operations may be performed using the same microfluidic cartridge, by occluding fluidic pathways 160 at varied subsets of a set of occlusion positions 141.

A second embodiment, as shown in FIG. 6C, of a fluidic pathway 165' preferably comprises an initial segment 174' fluidically coupled to a fluid channel 119' coupled to a shared fluid port 118', a sample segment 175' coupled to a sample port 114' and to the initial segment 174', and a capture segment 166', configured to pass through the heating region 195 and a magnetic field 156, coupled to the initial segment 174'. The second embodiment of the fluidic pathway 165' also comprises a reagent segment 176' coupled to a reagent port 115' and to the turnabout portion 176', a vent segment 177' coupled to the reagent segment 176' and to the capture segment 166' and configured to pass through the vent region 190, a segment running to a detection chamber 163' from the vent region 190, a segment running away from the detection chamber 164', and an end vent 199 coupled to the segment running away from the detection chamber 164'. The second embodiment of the fluidic pathway 165' also comprises a first waste segment 178', coupled to the initial segment 174' at a point between points connecting the initial segment 174' to the sample segment 175' and to the capture segment 166'. The first waste segment 178' is configured to couple the initial segment 174' to the waste chamber 130. The second embodiment of the fluidic pathway 165' also comprises a second waste segment 179' configured to couple the capture segment 166' to the waste chamber 130', and an end vent segment 197' coupled to the capture segment 166' downstream of the point of connection to the second waste segment 179', and coupled to an end vent 199. The end vent segment 197' functions to provide fine metering of a fluid flowing through the fluidic pathway 165'.

In the second embodiment, the set of occlusion positions 141' comprises a first occlusion position 142' located along the initial segment 174' between points at which the initial segment couples to the fluid channel 119' and to the sample segment 175'. The set of occlusion positions 141' also comprises a second occlusion position 143' located along the sample segment 175', a third occlusion position 144' located along the reagent segment 176', a fourth occlusion position 145' located along the first waste segment 178', and a fifth occlusion position 146' located along the second waste segment 179'. In the second embodiment, the set of occlusion positions 141' also comprises a sixth occlusion position 147' located along the vent segment 177' upstream of the vent region 190, a seventh occlusion position 148' located along the segment running to the detection chamber 163', and an eighth occlusion position 149' located along the segment running away from the detection chamber 164'. Additionally, in the second embodiment, the set of occlusion positions 141 comprises a ninth occlusion position 157' located along the sample segment 175' between the sample port 114 and the second occlusion position 143, a tenth occlusion position 158' located along the end vent segment 197', and an eleventh occlusion position 159' located along the capture segment 166' between points at which the capture segment 166' couples to the end vent segment 197' and to the vent segment 177'.

The occlusion positions of the set of occlusion positions 141' of the second embodiment are preferably located such that occluding of subsets of the set of occlusion positions 141' defines unique truncated fluidic pathways to controllably direct fluid flow. For example, occluding the fluidic

US 9,433,940 B2

19                                                        20

pathway **165'** at the first, fourth, sixth, tenth, and eleventh occlusion positions **142'**, **145'**, **147'**, **158'**, **159'** forms a truncated pathway by which a volume of a sample fluid, comprising nucleic acids bound to magnetic beads and delivered into the sample port **114**, may flow into the capture segment **166'** for isolation and purification of nucleic acids using the heating region **195** and the magnetic field **156**. Nucleic acids bound to magnetic beads may thus be trapped within the capture segment **166'** by the magnetic field **156**, while other substances in the volume of sample fluid may pass into the waste chamber **130** by passing the fifth occlusion position **146'**. Following this subset of occlusion positions, the occlusion at the first occlusion position **142'** may be reversed, and the fluidic pathway **165'** may be occluded at the second occlusion position **143'** to form a second truncated pathway by which a wash fluid may be delivered through the fluid port **118**, into the capture segment **166'** (thus washing the trapped magnetic beads), and into the waste chamber **130** by passing the fifth occlusion position **146'**. A volume of air may then be pumped through the fluid port **118** to flush any remaining wash solution into the waste chamber **130**.

Thereafter, in the second embodiment, the fluidic pathway **165'** may be occluded at the fifth occlusion position **146'** and the occlusion at the tenth occlusion position **158'** may be reversed, closing access to the waste chamber **130** and opening access to the end vent segment **197'**. A release solution may then be delivered through the fluid port **118**, into the capture segment **166'**, and to the end vent segment **197'**. The volume of the release solution is therefore defined by the microchannel volume between the fourth and tenth occlusion positions **145'**, **158'**, and may be any small volume but in a specific variation is precisely metered to be 15 microliters. Thereafter, occluding the fluidic pathway **165'** at the tenth occlusion position **158'**, reversing the occlusion at the fourth occlusion position **145'** (defining a fourth truncated pathway), and delivering air through the fluid port **118** pushes any remaining release buffer from the fluidic pathway **118** into the waste chamber **130**, thereby ensuring that excess release buffer is not later exposed to nucleic acids bound to the magnetic beads (at this point, the nucleic acids are not substantially released from the magnetic beads because heat has not been added). Thereafter, the fluidic pathway **165'** is occluded at the first and fourth occlusion positions **142'**, **145'**, defining a fifth truncated pathway comprising the capture segment **166'**, and the magnetic beads are heated to an appropriate temperature and time (e.g., 60 degrees for 5 minutes) within the heating region **195** to release the nucleic acids from the magnetic beads and into the release buffer.

Thereafter, in the second embodiment, the occlusions at the first and eleventh occlusion positions **142'**, **159'** are reversed, defining a sixth truncated pathway, the entire released nucleic acid sample (e.g. ~15 microliters) may be aspirated out of the microfluidic cartridge through the reagent port **115**. This released nucleic acid sample is then used to reconstitute a molecular diagnostic reagent mixture stored off of the microfluidic cartridge **100**. During the reconstitution process, the occlusion at the sixth occlusion position **147'** may be reversed, thus defining a seventh truncated pathway. Once reconstitution of the molecular diagnostic reagent mixture with the released nucleic acid sample is complete and well mixed, the reconstituted mixture may then be aspirated through the reagent port **115** through the seventh truncated pathway to the detection chamber **117**, completely filling the detection chamber **117**, after which the fluidic pathway **165'** is be occluded at third,

seventh, eighth, and ninth occlusion positions **144'**, **148'**, **149'**, **157'** defining an eighth truncated pathway. An external molecular diagnostic system and/or module may then perform additional processes on the volume of fluid within the detection chamber **117**.

An alternative variation of the second embodiment may further comprise additional occlusion positions or alternative variations of the set of occlusion positions **141'**, such that occlusion at the additional occlusion positions permanently seals the waste chamber from the fluidic pathway **165'**. Other alternative variations of the second embodiment may also comprise configurations of the set of occlusion positions **141'** that are different than that described above.

A third embodiment, as shown in FIG. **7**, of a fluidic pathway **165"** preferably comprises an initial segment **174"** fluidically coupled to a fluid channel **119"** coupled to a shared fluid port **118**, a sample segment **175"** coupled to a sample port **114** and to the initial segment **174"**, and a capture segment **166"** coupled to the initial segment **174"**. The third embodiment of the fluidic pathway **165"** also comprises a reagent segment **176"** coupled to a reagent port **115**, a vent segment **177"** coupled to the reagent segment **176"** and to the capture segment **166"**, and configured to pass through the vent region **190**, a segment running to a detection chamber **163"** from the vent region **190**, a segment running away from the detection chamber **164"**, and an end vent **199** coupled to the segment running away from the detection chamber **164"**. The third embodiment of the fluidic pathway **165"** also comprises a first waste segment **178"** configured to couple the initial segment **174"** to the waste chamber **130**, and a second waste segment **179"** configured to couple the capture segment **166"** to the waste chamber **130**.

In the third embodiment, the set of occlusion positions **141"** comprises a first occlusion position **142"** located along the initial segment **174"** between points at which the initial segment **174"** couples to the fluid channel **119"** and to the sample segment **175"**. The set of occlusion positions **141"** also comprises a second occlusion position **143"** located along the sample segment **175"**, a third occlusion position **144"** located along the reagent segment **176"**, a fourth occlusion position **145"** located along the first waste segment **178"**, and a fifth occlusion position **146"** located along the second waste segment **179"**. In the third embodiment, the set of occlusion positions **141"** also comprises a sixth occlusion position **147"** located along the vent segment **177"** upstream of the vent region **190**, a seventh occlusion position **148"** located along the segment running to the detection chamber **163"**, an eighth occlusion position **149"** located along the segment running away from the detection chamber **164"**, and a ninth occlusion position **157"'** located along the vent segment **177"** between the point at which the vent segment **177"** couples to the second waste segment **179"** and the sixth occlusion point **147"**.

Similar to the first and the second embodiments, the occlusion positions of the set of occlusion positions **141"** of the third embodiment are preferably located such that an occlusion of subsets of the set of occlusion positions **141"** defines unique truncated fluidic pathways to controllably direct fluid flow. Example truncated fluidic pathways, defined by occluding the fluidic pathway **165"** using subsets of the set of occlusion positions **141"**, are shown in FIG. **7**.

Preferably, a fluidic pathway **165** of the set of fluidic pathways **160** comprises at least one of a first channel type **171**, a second channel type **172** with a reduced cross sectional area, and a third channel type **173** with an curved surface as shown in FIG. **8**A. A variation of the first channel

US 9,433,940 B2

21

type 171 has an approximately rectangular cross section with slightly sloping walls, such that at least two walls of the first channel type 171 slope toward each other to facilitate manufacturing of the first channel type 171; however, alternative variations of the first channel type 171 may have non-sloping walls or walls that slope away from each other. In specific embodiments of the first channel type 171, the walls of the first channel type 171 slope at 6° from vertical, to facilitate extraction of injection molded parts, and are between 300 and 1600 microns wide and between 100 and 475 microns tall. In a first specific embodiment of the second channel type 172, the cross section of the second channel type 172 is a 250 micron wide equilateral triangle with the top truncated to be 200 microns deep. In a second specific embodiment of the second channel type 172, the cross section of the second channel type is a truncated triangle that is 160 microns wide and 160 microns deep. In a specific embodiment of the third channel type 173, the surface of the third channel type is defined by Gaussian function, and is 800 microns wide and 320 microns deep. Alternative embodiments of the third channel type 173 may comprise a surface defined by any appropriate curved function.

The first channel type 171 is preferably used over a majority of a fluidic pathway 165, and preferably in portions near a vent region 190, in a capture segment 166 configured to pass through a magnetic field 156, and in a segment leading to a Detection chamber 163. Preferably, an embodiment of the first channel type 171, comprising a wide channel with little depth is used in regions configured to pass through a magnetic field 156, such that particles in the regions are driven closer to the magnetic field source. The second channel type 172 is preferably used near a vent region 190 of a fluidic pathway 165, and preferably in portions of a fluidic pathway 165 leading to and away from a detection chamber 163, 164 (to constrict fluid flow into the Detection chamber 117). The third channel type 173 is preferably used in a portion of a fluidic pathway 165 near a normally open position 42 of the set of occlusion positions 141. Transitions between different channel types 171, 172, 173 may be abrupt, or alternatively, may be gradual, as shown in FIG. 8B. The first, second, and third channel types 171, 172, 173 may also alternatively be used in any appropriate portion of a fluidic pathway 165. Example embodiments of channel types for segments of a fluidic pathway are shown in FIG. 8C.

Multiple fluidic pathways may be configured to pass through a single heating region 195 of the microfluidic cartridge 100, a single vent region 190 of the microfluidic cartridge 100, and/or a magnetic field 156 produced by a magnet 152 housed within a single magnet housing region 150. Preferably all fluidic pathways of the set of fluidic pathways 160 are configured to pass through a single heating region 195 of the microfluidic cartridge 100, a single vent region 190 of the microfluidic cartridge 100, and a magnetic field 156 produced by a magnet 152 housed within a single magnet housing region 150; however, alternative embodiments of the set of fluidic pathways 160 of the microfluidic cartridge may comprise different configurations wherein fluidic pathways of the set of fluidic pathways 160 do not share a single heating region 195, a single vent region 190, and/or a magnetic field 156.

Additionally, the set of fluidic pathways 160 of the microfluidic cartridge 100 may comprise virtually any number of fluidic pathways 165 and/or the set of Detection chambers 116 may comprise virtually any number of Detection chambers 116 as can practically be integrated into the microfluidic cartridge 100. In one specific embodiment, the

22

set of fluidic pathways 160 may comprise twelve fluidic pathways 165, four of which are shown in FIG. 9.

1.6 Microfluidic Cartridge—Additional Microfluidic Cartridge Elements

The microfluidic cartridge 100 is preferably configured such that actual valving members are not integrated into the microfluidic cartridge 100; thus, opening and/or occluding portions of a fluidic pathway 165 are performed by systems located external to the microfluidic cartridge. As an example, portions of a fluidic pathway 165 may be opened or occluded at occlusion positions, as described above, by the action of a valving member or mechanism held beneath the card that applies a biasing force to deform the elastomeric layer 140 and occlude a fluidic pathway 165. The force may be applied by a mechanical member (e.g., a pin, post, etc.), an electromechanical member (e.g. a solenoid), a pneumatic or hydraulic member (e.g., air, water, etc.) or any other appropriate means, as shown in FIGS. 10A and 10B. In some variations, the cartridge may include one or more registration regions that allow the card to be aligned with respect to the valving member or mechanism. In alternative embodiments, the elastomeric layer 140, the set of valve guides 127, and the set of occlusion positions 141 may be omitted and replaced with valves integrated within the microfluidic cartridge 100, that are configured to controllably occlude and open portions of a fluidic pathway 165.

Other embodiments of the microfluidic cartridge 100 may further comprise a tag 198 that functions to encode and provide identifying information related to the microfluidic cartridge 100. The tag 198 may comprise a barcode, QR code, or other optical machine-readable tag, or may alternatively be an electronic tag, such as an RFID chip. The identifying information preferably comprises at least information relating to the position of a microfluidic cartridge 100 within a molecular diagnostic system, and information relating to samples analyzed using the microfluidic cartridge 100 (e.g. how many positions remain available for conducting tests). In alternative variations, the tag may relate other information about samples (e.g. sample type, sample volume, sample concentration, date) processed using the microfluidic cartridge 100. Preferably, the tag does not interfere with procedures being performed using the microfluidic cartridge, and is located in an unobtrusive position on the microfluidic cartridge 100, such as a side panel of the microfluidic cartridge 100. Alternatively, the microfluidic cartridge 100 may not comprise a tag 198, and a user or other entity may relate identifying information to the microfluidic cartridge 100 using any appropriate element.

As a person skilled in the art will recognize from the previous detailed description and from the FIGURES and claims, modifications and changes can be made to the preferred embodiments of the microfluidic cartridge 100 without departing from the scope of this invention, as is shown in the example embodiment shown in FIGS. 11A and 11B, and in the alternative example embodiment of FIGS. 6A-6C, wherein in the orientation of FIG. 6B, the intermediate substrate 120 comprising a waste chamber 130 is coupled to the top layer 110, and the elastomeric layer 140 is located on the bottom of the microfluidic cartridge 100.

2. Specific Embodiment of a Microfluidic Cartridge

The following description a specific embodiment of the microfluidic cartridge 100 is for illustrative purposes only, and should not be construed as definitive or limiting of the scope of the claimed invention.

The specific embodiment of the microfluidic cartridge 100, as shown in FIGS. 11A and 11B, meets SLAS ANSI guidelines for a microtiter plate footprint, governing the

US 9,433,940 B2

23                                                    24

dimensions of the specific embodiment of the microfluidic cartridge 100. The specific embodiment of the microfluidic cartridge 100 is thus 127.76 mm long and 85.48 mm wide.

The specific embodiment of the microfluidic cartridge 100 comprises a top layer 110 including a set of twelve sample port-reagent port pairs 112, a set of twelve Detection chambers 116, a shared fluid port 118, a heating region 195, and a vent region 190, an intermediate substrate 120, coupled to the top layer 110 and partially separated from the top layer 110 by a film layer 125, configured to form a waste chamber 130, an elastomeric layer 140 partially situated on the intermediate substrate 120; a magnet housing region 150 accessible by a magnet 152 providing a magnetic field 156; a bottom layer 170 coupled to the intermediate substrate 120 and configured to seal the waste chamber, and a set of fluidic pathways 160, formed by at least a portion of the top layer 110, a portion of the film layer 125, and a portion of the elastomeric layer 140.

The top layer 110 of the specific embodiment of the microfluidic cartridge 100 functions preferably as described in Section 1.1, and is composed of polypropylene with low autofluorescence and a glass transition temperature suitable for PCR. The majority of the top layer 110 of the specific embodiment is 1.5 mm thick (aside from regions defining ports, the vent, the heating region 195 or fluidic pathways 165), and is produced by injection molding without the use of a mold release. The polypropylene is clear to allow transmission of light in the detection chambers. The injection molding process defines the set of 12 sample port-reagent port pairs, which are located along one long edge of the top layer 110, and also defines the set of 12 detection chambers 116, which are located along the opposite long edge of the top layer 110. The Detection chambers 117 do not completely transect the top layer 110, as shown in FIGS. 11A and 11B. Each detection chamber 117 of the specific embodiment is identical and comprised of three interconnected channels, configured in a circular arrangement, with each of the interconnected channels approximately 0.4 mm deep and 1.6 mm wide at its widest point, resulting in a total volume of ~10 mL for each detection chamber 117. The dimensions of the detection chambers 117 of the specific embodiment are such that the detection chambers 117 facilitate heating from one side (resulting in simpler heater design yet fast cycling given the small depth of the channels), and also facilitate the injection molding process. The bottoms of the detection chambers 117 are formed by the film layer 125, which is polypropylene film compatible with PCR (100 microns thick or less) that offers low autofluorescence. The film layer 125 can withstand temperatures up to 120° C. or more.

The injection molding process also defines the shared fluid port 118 of the top layer 110, and the vent region 190, which is recessed 0.5 mm into the top surface of the top layer 110 (in the orientation shown in FIG. 11B), and is covered with a polytetrafluoroethylene membrane, which is hydrophobic, gas permeable, and liquid impermeable. A paper label is bonded with adhesive to the top layer 110 over the vent region 190, which serves to identify the cartridge and protect the vent region 190, as shown in FIGS. 11A and 11B. The injection molding process also defines the heating region 195, which is recessed and spans the long dimension of the top layer 110, slightly offset from a midline of the top layer 110. The top layer 110 of the specific embodiment requires approximately 15 grams of polypropylene, and all draft angles for the top layer 110 are a minimum of 4 degrees, as defined by the injection molding process.

In the specific embodiment, the intermediate substrate 120 is composed of a polypropylene material to minimize cost and simplify assembly, and in the orientation shown in FIG. 11B, the top of the intermediate substrate 120 is 1.5 mm thick. The film layer 125, partially separating the intermediate substrate 120 from the top layer 110 is a polypropylene film with a nominal thickness of 50 microns. The film layer 125 is able to withstand temperatures of up to 95° C. encountered during fabrication and during an intended PCR procedure, while being thermally bondable to the top layer 110. The top layer 110 and the film layer 125 are bonded using thermal fusion bonding, and this subassembly is bonded to the intermediate substrate 120 using a polymer adhesive. Additionally, for aligning layers 110, 120, 125 and bonding the top layer 110 to the intermediate substrate 120, plastic studs are configured to extend from the top of the intermediate substrate 120 through die-cut holes in the film layer 125 and injection molded holes in the bottom of the top layer 110. The intermediate substrate also comprises a set of valve guides 127, at a set of occlusion positions 141, which are holes with chamfered edges through the intermediate substrate 127. Each valve guide in the set of valve guides 127 is 2.1 mm×2.1 mm square, and configured to accommodate an occluder with a 2 mm×2 mm square head for normally open positions 42 or 2.1 mm diameter circle to accommodate a 2 mm diameter round pin for normally closed positions 43.

The elastomeric layer 140 of the specific embodiment is composed of a low durometer silicone, and comprises strips that are 500 microns thick and that can withstand temperatures of 120° C. at a minimum. The strips of the elastomeric layer are arranged over the set of valve guides 127, and bonded to the top of the intermediate substrate 120 using a silicone adhesive. Additionally, the elastomeric layer 140 is slightly compressed between the film layer 125 and the top of the intermediate substrate (in the orientation shown in FIG. 11B).

The bottom layer 170 of the specific embodiment of the microfluidic cartridge 100 is composed of polypropylene, identical to that of the intermediate substrate 120. The bottom layer is 1.5 mm thick, and is contiguous in the area of the set of Detection chambers 116, such that an outer perimeter of the entire bottom layer 170 substantially spans the footprint of the microfluidic cartridge 100. The bottom layer 170 of the specific embodiment is bonded to the intermediate substrate 120 using polymer adhesive, providing a hermetic seal that ensures that a waste fluid within the waste chamber 130 of the intermediate substrate 120 does not leak out of the waste chamber 130.

The specific embodiment of the microfluidic cartridge 100 comprises twelve fluidic pathways 165 in the set of fluidic pathways 160, such that the microfluidic cartridge 100 is capable of testing up to twelve samples using twelve distinct fluidic pathways 165. Each of the twelve fluidic pathways 165 is coupled to one of the twelve sample port-reagent port pairs 113 on one end of the microfluidic cartridge 100, and coupled to one of the twelve detection chambers 117 on the other end of the microfluidic cartridge, as shown in FIGS. 11A and 11B. Each fluidic pathway 165 is substantially identical (aside from portions connecting to an initial segment 174 fluidically coupled to a fluid channel 119 coupled to a fluid port 118) and identical to the first embodiment of a fluidic pathway described in Section 1.5 and shown in FIG. 1C. Additionally, the microfluidic chambers comprising each fluidic pathway 165 are of the first channel type 171 and 500 microns wide by 475 microns deep, aside from the microfluidic channels of the segments leading to and away from

US 9,433,940 B2

25                                                     26

the detection chambers **163**, **164**, the turnaround portions **166**, and the vent segments **177**. Also, parallel microfluidic channels of the fluidic pathways **165** of the specific embodiment are typically evenly spaced at 2.25 mm (center-to-center).

The fluidic pathways **165** of the specific embodiment are, in their default condition, open at all occlusion positions, aside from the fourth, seventh, and eighth, occlusion positions **145**, **148**, **149**, as shown in FIG. 1C. Furthermore, the s-shaped capture segment **166** of a fluidic pathway of the specific embodiment is configured to have a volume capacity of 22 μL, have a width of 5.5 mm, and weave back and forth over a magnetic field **156**, by crossing the magnet housing region **150**. The depth of the s-shaped capture segment **166** is 0.4 mm for the 1.6 mm wide channels and 0.475 for the 0.5 mm narrower channel.

The specific embodiment also comprises a barcode tag **198** located on a vertical edge of the microfluidic cartridge **100**, as shown in FIG. 11A. Additional features of the specific embodiment of the microfluidic cartridge **100** are shown in FIGS. 11A and 11B.

3. Assembly Method for an Embodiment of the Microfluidic

An embodiment of an assembly method **200** for an embodiment of the microfluidic cartridge **100** is shown in FIGS. 12A–12G. The assembly method **200** preferably comprises aligning the top layer to the film layer and thermally bonding the two, using silicone adhesive to bond the elastomeric layer to the intermediate substrate of the microfluidic cartridge **S210**, compressing the top layer, the film layer, the elastomeric layer, and the intermediate substrate and bonding the top/film layers to the elastomeric layer/intermediate substrate **S220**, bonding the intermediate substrate to the bottom layer **S230**, installing the vents of the vent region **S250**, and applying labels and packaging **S260**.

Step **S210** recites aligning the top layer to the film layer and thermally bonding the two, using silicone adhesive to bond the elastomeric layer to the intermediate substrate of the microfluidic cartridge, and functions to create a first subassembly comprising the top layer, the film layer, the elastomeric layer, and the intermediate substrate. Preferably, the elastomeric layer is glued with silicone to the intermediate substrate; however, the elastomeric layer may alternatively be solely compressed between the top layer/film layer and the intermediate substrate, without any adhesive. Preferably, a first jig is used to align the top layer and the film layer using pins in the jig and holes in the layers, and in an example embodiment of **S210**, the top layer is first placed face down in the first jig, and the film layer is placed onto the top layer in preparation for thermal bonding using a lamination machine or hot press. In the example embodiment of **S210**, the elastomeric layer is then fit over ultrasonic welding tabs in of the top layer, as shown in FIGS. 12D and 12F, however, processes other than ultrasonic welding may be used. An adhesive may also be applied around the border of the elastomeric layer, to prevent leakage between the elastomeric layer and the intermediate substrate. Protrusions molded into the top of the intermediate substrate are then passed through alignment holes in the top layer, thus aligning the top layer, the elastomeric layer, and the intermediate substrate of the microfluidic cartridge. In alternative embodiments of **S210**, any appropriate alignment mechanism may be used to align the top layer, the elastomeric layer, and the intermediate substrate, using for example, a combination of adhesives, frames, and alignment pins/recesses.

Step **S220** recites compressing the top layer, the film layer, the elastomeric layer, and the intermediate substrate and bonding the top/film layers to the elastomeric layer/intermediate substrate, and functions to seal the layers in order to prevent leakage between the layers. Preferably, **S220** forms hermetic seals between the top layer and the elastomeric layer, and the elastomeric layer and the intermediate substrate, in embodiments of **S210** where an adhesive application is involved. In an example embodiment of **S220**, the first jig with the top layer, the elastomeric layer, and the intermediate substrate is placed within an ultrasonic welder to be compressed and ultrasonically welded.

Step **S230** recites bonding the intermediate substrate to the bottom layer **S230**, which functions to form a second subassembly comprising the top layer, the elastomeric layer, the intermediate substrate, and the bottom layer. Preferably, the bottom layer self-aligns with the intermediate substrate as a result of the bottom layer fitting completely inside a recessed flange on the lower portion of the intermediate layer. The bottom layer is preferably thermally bonded to the intermediate layer. Alternatively, the bottom layer may be bonded to the intermediate layer using adhesive or ultrasonic welding, as shown in FIG. 12G.

Step **S250** recites installing the vents of the vent region **S250**, which functions to permanently form the vents of the vent region. Step **S250** is preferably performed by heat staking the vents in place, but may alternatively be performed using adhesive or solvent bonding process. Following step **S250**, the assembly method **200** may further comprise certain quality control measures, including pressure testing the microfluidic cartridge **S252** by blocking all sample and reagent ports, and injecting air into the fluid port, and removing the finished microfluidic cartridge from the second jig **S254**. Step **S260** recites applying labels and packaging, and functions to prepare the microfluidic cartridge with identifying information using at least a barcode label, and preparing the microfluidic cartridge for commercial sale.

An alternative embodiment of an assembly method **300**, as shown in FIG. 13, comprises thermally bonding the film layer to the top layer to form a first subassembly **S310**; adding a vent to the first subassembly and applying a label to create a second subassembly **S320**; applying an adhesive inside a bottom flange of the intermediate substrate and bonding the bottom layer to the intermediate substrate **S330**; applying a tag to the intermediate substrate to create a third subassembly **S340**; positioning the elastomeric layer on the third subassembly to create a fourth subassembly **S350**; applying adhesive to the fourth subassembly **S360**; and coupling the second subassembly to the fourth subassembly **S370**.

The FIGURES illustrate the architecture, functionality and operation of possible implementations of methods according to preferred embodiments, example configurations, and variations thereof. It should also be noted that, in some alternative implementations, the functions noted in the block can occur out of the order noted in the FIGURES. For example, two blocks shown in succession may, in fact, be executed substantially concurrently, or the blocks may sometimes be executed in the reverse order, depending upon the functionality involved. It will also be noted that each block of the block diagrams and/or flowchart illustration, and combinations of blocks in the block diagrams and/or flowchart illustration, can be implemented by special purpose systems that perform the specified functions or acts.

As a person skilled in the art will recognize from the previous detailed description and from the figures and claims, modifications and changes can be made to the

US 9,433,940 B2

27

preferred embodiments of the invention without departing from the scope of this invention defined in the following claims.

We claim:

1. A cartridge, configured to facilitate processing of a nucleic acid, comprising:

a first layer defining a sample port, a reagent port, and a fluid port;

an intermediate substrate coupled to the first layer, wherein the intermediate substrate includes a corrugated surface directly opposing the first layer, wherein the corrugated surface defines a chamber and a set of voids external to the chamber and accessible from a direction perpendicular to a broad surface of the first layer, and wherein at least one of the set of voids of the corrugated surface forms a magnet region configured to receive a magnet;

an elastomeric layer positioned between the first layer and the intermediate substrate; and

a fluidic pathway formed by at least a portion of the first layer in combination with at least a portion of the elastomeric layer, wherein the fluidic pathway is fluidically coupled to the chamber, the sample port, the reagent port, and the fluid port, and comprises a capture segment configured to cross the magnet region.

2. The cartridge of claim 1, further comprising a detection chamber and wherein the fluidic pathway is configured to be occluded upon manipulation of the elastomeric layer through at least one of the set of voids of the corrugated surface.

3. The cartridge of claim 2, wherein the intermediate substrate is partially separated from the first layer by a film layer.

4. The cartridge of claim 2, wherein the first layer is composed of a material with low autofluorescence.

5. The cartridge of claim 2, further comprising a vent region and a heating region, such that the capture segment of the fluidic pathway is configured to cross between the magnet region, proximal a first surface of the fluidic pathway, and the heating region, at a second surface of the fluidic pathway, and wherein the fluidic pathway is configured to pass through the vent region upstream of the detection chamber.

6. The cartridge of claim 5, wherein the vent region includes a liquid-impermeable membrane.

7. The cartridge of claim 2, wherein the detection chamber comprises a serpentine-shaped channel including a first, a second, and a third detection chamber segment, wherein each of the first, the second, and the third detection chamber segment is a broad chamber of which a projection onto a plane is substantially rectangular, wherein a first end of the second detection chamber segment is connected to the first detection chamber segment by a first narrow fluidic channel, and wherein a second end of the second detection chamber

28

segment is connected to the third detection chamber segment by a second narrow fluidic channel.

8. The cartridge of claim 1, wherein the corrugated surface includes a set of openings that provide access to the elastomeric layer, wherein the intermediate substrate defines a waste inlet coupled to the fluidic pathway and a waste vent situated at a first side of the fluidic pathway, and wherein the cartridge further comprises a vent region directly opposed to the waste inlet at a second side of the fluidic pathway.

9. The cartridge of claim 1, wherein the capture segment is a turnabout segment configured to cross the magnet region multiple times.

10. The cartridge of claim 1, wherein the sample port and the reagent port are configured to couple to a standard pipette tip, and the fluid port is configured to couple to a syringe pump.

11. The cartridge of claim 1, wherein the cartridge adheres to microtiter plate dimensional standards.

12. A cartridge, configured to facilitate processing of a nucleic acid, comprising:

a first layer defining a sample port, a reagent port, a fluid port, and a detection chamber;

an intermediate substrate coupled to the first layer, wherein the intermediate substrate includes a corrugated surface directly opposing the first layer, wherein the corrugated surface defines a chamber and a set of voids external to the chamber and accessible from a direction perpendicular to a broad surface of the first layer, and wherein at least one of the set of voids of the corrugated surface forms a magnet region configured to receive a magnet;

an elastomeric layer positioned between the first layer and the intermediate substrate; and

a fluidic pathway, wherein the fluidic pathway is coupled to the sample port, the reagent port, the fluid port, the chamber, and the detection chamber, and wherein the fluidic pathway comprises a capture segment configured to cross the magnet region, and wherein the capture segment is an s-shaped segment, configured to cross the magnet region multiple times.

13. The cartridge of claim 12, wherein the capture segment has a progressively decreasing channel width from an upstream end to a downstream end of the capture segment.

14. The cartridge of claim 12, wherein the fluidic pathway contacts the elastomeric layer at a set of occlusion positions, such that the fluidic pathway is configured to be occluded through the elastomeric layer at the set of occlusion positions, by way of at least one of the set of voids that provides access to the elastomeric layer.

15. The cartridge of claim 14, wherein occlusion of the fluidic pathway at a subset of the set of occlusion positions defines a truncated pathway configured to facilitate magnetic bead capture within the capture segment.

*   *   *   *   *

EXHIBIT 58



# NeuMoDx™ WASH Solution
## INSTRUCTIONS FOR USE

 **400100**

---

 **400100 NeuMoDx™ WASH Solution** **Rx only**

 For *In Vitro* Diagnostic Use on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular Systems**

*For detailed instructions, refer to the NeuMoDx™ 288 Molecular System Operator's Manual; p/n 40600108*
*For detailed instructions, refer to the NeuMoDx™ 96 Molecular System Operator's Manual; p/n 40600317*

## INTENDED USE
The **NeuMoDx™ WASH Solution** is a proprietary reagent used for the efficacious extraction of nucleic acids on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular Systems** (**NeuMoDx™ System(s)**) in conjunction with other **NeuMoDx™** reagents such as the **NeuMoDx™ Extraction Plate**, **NeuMoDx™** lysis buffers, and **NeuMoDx™ RELEASE Solution**. NeuMoDx WASH Solution is universally used for all tests run on the NeuMoDx Systems.

## SUMMARY AND EXPLANATION
The NeuMoDx WASH Solution is a proprietary reagent that removes unbound/non-specifically bound moieties including PCR inhibitors from the magnetic microspheres bound with nucleic acid. It is formulated to work with the proprietary NeuMoDx Extraction Plate reagents to enable the removal of unnecessary material while leaving the desired nucleic acid bound to the magnetic microspheres.

## PRINCIPLES OF THE PROCEDURE
The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. An aliquot of the unprocessed specimen is mixed with the appropriate NeuMoDx lysis buffer and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres.

The released nucleic acids are captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the **NeuMoDx™ Cartridge** where the unbound/non-specifically bound components are washed away using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.

The NeuMoDx Systems mix the released nucleic acid with assay specific primers and probe(s) as well as the dried Master Mix contained in a NeuMoDx™ test strip. The system then dispenses the prepared PCR-ready mixture into the NeuMoDx Cartridge where Real-Time PCR occurs.



## REAGENTS / CONSUMABLES

*Material Provided*

| REF | Contents | Tests per unit | Tests per carton |
|---|---|---|---|
| 400100 | **NeuMoDx™ WASH Solution** | ~ 1,200* | ~ 2,400* |

*\* tests per unit/carton may vary depending on actual use*

*NeuMoDx™ Reagents and Consumables Required But Not Provided*

| REF | Contents |
|---|---|
| 100200 | **NeuMoDx™ Extraction Plate**<br>*Dried magnetic affinity microspheres, lytic enzymes, and sample process controls* |
| 400400, 400500<br>400600, 400700 | **NeuMoDx™ Lysis Buffer 1, 2, 3** and/or **4** |
| 400200 | **NeuMoDx™ RELEASE Solution** |
| 100100 | **NeuMoDx™ Cartridge** |
| various | **NeuMoDx™ test strip** (*as applicable*) |
| 235903 | **Hamilton CO-RE Tips (300 µL) with Filters** (available from NeuMoDx or Hamilton) |
| 235905 | **Hamilton CO-RE Tips (1000 µL) with Filters** (available from NeuMoDx or Hamilton) |

---



# NeuMoDx™ WASH Solution
## INSTRUCTIONS FOR USE

 **REF** 400100

---

***Other Equipment and Materials Required But Not Provided***

**NeuMoDx™ 288 Molecular System** [REF 500100] OR **NeuMoDx™ 96 Molecular System** [REF 500200]



## WARNINGS & PRECAUTIONS

- This reagent is for in vitro diagnostic use with NeuMoDx Systems only.
- Do not use the reagents after the listed expiration date.
- Do not use if the safety seal is broken, if the packaging is damaged upon arrival, or if signs of leakage are present.
- Do not reuse any NeuMoDx consumable or reagent.
- Ensure that NeuMoDx WASH Solution is at room temperature before use on the NeuMoDx System.
- Safety Data Sheets (SDS) are provided for each reagent.
- Always wear clean powder free nitrile gloves when handling specimens or any NeuMoDx reagents or consumables.
- Wash hands thoroughly after performing the test.
- Do not pipette by mouth. Do not smoke, drink, or eat in areas where specimens or kit reagents are being handled.
- Always handle specimens as if they are infectious and in accordance with safe laboratory procedures such as those described in *Biosafety in Microbiological and Biomedical Laboratories* [1] and in CLSI Document M29-A3 [2].
- Dispose of unused reagents and waste in accordance with country, federal, provincial, state and local regulations.



## PRODUCT STORAGE, HANDLING & STABILITY

- NeuMoDx WASH Solution is stable in the primary packaging at 18 to 28 °C through the stated expiration date on the immediate product label.
- Do not use reagents past the stated expiration date.
- Do not use if the product or packaging has been visually compromised.
- NeuMoDx WASH Solution placed in the Reagent drawer of the NeuMoDx System is stable for 1 month when operating within the environmental conditions specified in the *NeuMoDx™ 288/96 Molecular System Operator's Manual(s)*. The NeuMoDx System software will prompt the removal of NeuMoDx WASH Solution that has been in-use for longer than 1 month.

## SPECIMEN COLLECTION, TRANSPORT & STORAGE

Validation of optimal Specimen Shipping Conditions and Specimen Stability should be conducted by the user's laboratory for the sample matrix used for each type of test performed.

## INSTRUCTIONS FOR USE

1. The NeuMoDx System will be pre-loaded with NeuMoDx WASH Solution when installed and qualified**.**

2. To change the NeuMoDx WASH Solution, touch the arrow below the wash solution icon on the NeuMoDx System touchscreen unlock the appropriate Reagent Drawer (A or B) and the NeuMoDx System software will provide directions to walk the user through the process.

   a. Open Bulk Reagent Drawer (A or B)

   b. Use the handheld barcode scanner to scan the barcode of the new NeuMoDx WASH Solution.

   c. Remove and discard the temporary cap from the new NeuMoDx WASH Solution.

   d. Without setting the tubing on any surface to avoid the risk of contamination, disconnect the cap with affixed black tubing from the current NeuMoDx WASH Solution bottle.

   e. Immediately place cap with affixed tubing into the new NeuMoDx WASH Solution bottle. Turn cap to tighten.

   f. Properly dispose of any remaining dead volume from the bottle just removed and discard the bottle.



**NeuMoDx™ WASH Solution**
**INSTRUCTIONS FOR USE**

REF **400100**

## LIMITATIONS

1. NeuMoDx WASH Solution can only be used on the NeuMoDx System and is not compatible with any other automated molecular diagnostic system.

2. The performance characteristics of user assays using this reagent is unknown and must be validated by the user's laboratory before diagnostic claims can be made.

3. Care must be taken when changing NeuMoDx WASH Solution on the NeuMoDx System to not contaminate the tubing.

4. Because detection of most pathogens is dependent on the number of organisms present in the sample, reliable results are dependent on proper specimen collection, handling, and storage.

5. Erroneous test results could occur from improper specimen collection, handling, storage, technical error or sample mix-up.  In addition, false negative results could occur because the number of organisms in the specimen is below the analytical sensitivity of the test.

6. Use of this reagent is limited to personnel trained on the use of the NeuMoDx System.

7. Good laboratory practices, including changing gloves between handling patient specimens, are recommended to avoid contamination of specimens.

## REFERENCES

1. Centers for Disease Control and Prevention. Biosafety in Microbiological and Biomedical Laboratories, 5th edition. HHS Publication No. (CDC) 21-1112, Revised December 2009

2. Clinical And Laboratory Standards Institute (CLSI). Protection of Laboratory Workers From Occupationally Acquired Infections;  Approved Guideline – Fourth Edition. CLSI document M29-A4; May 2014

## TRADEMARKS

NeuMoDx™ is a trademark of NeuMoDx Molecular, Inc.

TaqMan® is a registered trademark of Roche Molecular Systems.



**NeuMoDx™ WASH Solution**

**INSTRUCTIONS FOR USE**

 **REF** **400100**

## SYMBOLS

| SYMBOL | MEANING |
|---|---|
| **Rx only** | Prescription Use Only |
|  | Manufacturer |
| **IVD** | *In Vitro* Diagnostic Medical Device |
| EC \| REP | EC Representative |
| **REF** | Catalog Number |
| **LOT** | Batch Code |
| ⧖ | Use By |
| (temperature symbol) | Temperature Limitation |
| (humidity symbol) | Humidity Limitation |
| ⊗ | Do Not Reuse |
| **CONTROL** | Control |
| ∑ | Contains Sufficient for "n" Tests |
| (book symbol) | Consult Instructions for Use |
| ⚠ | Caution |
| (biohazard symbol) | Biological Risks (Potentially Biohazardous Material) |
| CE | CE Mark |

 NeuMoDx Molecular, Inc.
1250 Eisenhower Place
Ann Arbor, MI 48108, USA
**Contact Number: 1-844-527-0111**

Patent: www.neumodx.com/patents

| EC | REP | Emergo Europe
Prinsessegracht 20
2514 AP The Hauge
The Netherlands

CE

EXHIBIT 59



# NeuMoDx™ Extraction Plate
## INSTRUCTIONS FOR USE

**REF** 100200

---

**REF** **100200 NeuMoDx™ Extraction Plate**                                      **Rx only**

**IVD** For *In Vitro* Diagnostic Use on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular Systems**

*For detailed instructions, refer to the NeuMoDx™ 288 Molecular System Operator's Manual; p/n 40600108*
*For detailed instructions, refer to the NeuMoDx™ 96 Molecular System Operator's Manual; p/n 40600317*

## INTENDED USE

The **NeuMoDx™ Extraction Plate** contains a proprietary, dried reagent used for the efficient extraction of nucleic acids on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular Systems (NeuMoDx™ System(s))** in conjunction with other **NeuMoDx™** reagents such as **NeuMoDx™** lysis buffers, **NeuMoDx™ WASH Solution** and the **NeuMoDx™ RELEASE Solution**. The **NeuMoDx™ Extraction Plate** is universally used for all tests processed on the NeuMoDx Systems and is formulated to perform both RNA and DNA extraction.

## SUMMARY AND EXPLANATION

Each 24-well NeuMoDx Extraction Plate contains dried, room-temperature stable reagents including proprietary coated magnetic microspheres, a lytic enzyme, and RNA and DNA Sample Process Controls. Components within the extraction plate work in conjunction with the appropriate NeuMoDx lysis buffer to lyse cells in a temperature dependent manner and bind the nucleic acid while reducing activity of any nucleases present in clinical samples. The Sample Process Controls bind to the magnetic microspheres at the same time as the target nucleic acid, and are carried throughout the extraction procedure, serving as internal controls to monitor for any inefficiencies in the extraction process and presence of PCR interference substances.

## PRINCIPLES OF THE PROCEDURE

The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. An aliquot of the unprocessed specimen is mixed with the appropriate lysis buffer in the NeuMoDx Extraction Plate and is subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres.

The released nucleic acids are captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the **NeuMoDx™ Cartridge** where the unbound/non-specifically bound components are washed away using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.

The NeuMoDx Systems mix the released nucleic acid with assay specific primers and probe(s) as well as the dried Master Mix contained in a NeuMoDx™ test strip. The system then dispenses the prepared PCR-ready mixture into the NeuMoDx Cartridge where Real-Time PCR occurs.



## REAGENTS / CONSUMABLES

### Material Provided

| REF | Contents | Tests per unit | Tests per carton |
|-----|----------|----------------|------------------|
| 100200 | **NeuMoDx™ Extraction Plate** *Dried magnetic affinity microspheres, lytic enzymes, and sample process controls* | 24 | 384 |

### NeuMoDx™ Reagents and Consumables Required But Not Provided

| REF | Contents |
|-----|----------|
| 400400, 400500 400600, 400700 | **NeuMoDx™ Lysis Buffer 1, 2, 3** and/or **4** |
| 400100 | **NeuMoDx™ WASH Solution** |
| 400200 | **NeuMoDx™ RELEASE Solution** |
| 100100 | **NeuMoDx™ Cartridge** |
| various | **NeuMoDx™ test strip** *(as applicable)* |
| 235903 | **Hamilton CO-RE Tips (300 µL) with Filters** (available from NeuMoDx or Hamilton) |
| 235905 | **Hamilton CO-RE Tips (1000 µL) with Filters** (available from NeuMoDx or Hamilton) |



# NeuMoDx™ Extraction Plate
## INSTRUCTIONS FOR USE

REF 100200

---

*Other Equipment and Materials Required But Not Provided*
**NeuMoDx™ 288 Molecular System** [REF 500100] OR **NeuMoDx™ 96 Molecular System** [REF 500200]



## WARNINGS & PRECAUTIONS

- This reagent is for in vitro diagnostic use with NeuMoDx Systems only.
- Do not use the reagents after the listed expiration date.
- Do not use if the product or packaging is damaged upon arrival or if foil seal is compromised.
- Ensure that the extraction plate is at room temperature before use the NeuMoDx System.
- Always handle extraction plates by the sides; do not touch the top foil surface.
- Do not reuse any NeuMoDx consumables or reagents.
- Safety Data Sheets (SDS) are provided for each reagent.
- Always wear clean powder free nitrile gloves when handling specimens or any NeuMoDx reagents or consumables.
- Wash hands thoroughly after performing the test.
- Do not pipette by mouth. Do not smoke, drink, or eat in areas where specimens or kit reagents are being handled.
- Always handle specimens as if they are infectious and in accordance with safe laboratory procedures such as those described in *Biosafety in Microbiological and Biomedical Laboratories* [1] and in CLSI Document M29-A3 [2].
- Dispose of unused reagents and waste in accordance with country, federal, provincial, state and local regulations.





## PRODUCT STORAGE, HANDLING & STABILITY

- The NeuMoDx Extraction Plate is stable in the primary packaging at 18 to 28 °C through the stated expiration date on the immediate product label.
- Do not use reagents past the stated expiration date.
- Do not use if the product or packaging has been visually compromised.
- Always wear clean powder free nitrile gloves when handling specimens or any NeuMoDx reagents or consumables.
- A NeuMoDx Extraction Plate when placed on the worktable of the NeuMoDx System is stable for 10 days when operating within the environmental conditions specified in the *NeuMoDx™ 288/96 Molecular System Operator's Manual(s)*. The NeuMoDx System software will prompt the removal any NeuMoDx Extraction Plate that has been in-use for longer than 10 days.

## SPECIMEN COLLECTION, TRANSPORT & STORAGE

Validation of optimal Specimen Shipping Conditions and Specimen Stability should be conducted by the user's laboratory for the sample matrix used for each type of test performed.

## INSTRUCTIONS FOR USE

1. Open the foil pouch and remove the NeuMoDx Extraction Plate, taking care to only handle the plate by the sides and not touching the top surface of the plate.
2. Touch the arrow below desired Extraction Plate Carrier icon on the NeuMoDx System touchscreen.
3. Place the NeuMoDx Extraction Plate into the carrier with barcode facing to the right to be read by the barcode scanner.
4. Touch the arrow again on the NeuMoDx System touchscreen to load the carrier into the NeuMoDx System.
5. Once the barcode on the NeuMoDx Extraction Plate is read, the touchscreen will show a green section for extraction plates in the loaded carrier. If this does not occur, unload the carrier and ensure the barcode on the NeuMoDx Extraction Plate is facing to the right.

## LIMITATIONS

1. The NeuMoDx Extraction Plate can only be used on the NeuMoDx System and is not compatible with any other automated molecular diagnostic system.
2. The performance characteristics of lab-developed assays using this reagent is unknown and must be validated by the user's laboratory before diagnostic claims can be made.
3. Because detection of most pathogens is dependent on the number of organisms present in the sample, reliable results are dependent on proper specimen collection, handling, and storage.

---

NeuMoDx Molecular, Inc. | CONFIDENTIAL | *P/N 40600098_Rev D*
*October 2018*

For US Distribution Only



# NeuMoDx™ Extraction Plate
## INSTRUCTIONS FOR USE

**REF** 100200

4.   Erroneous test results could occur from improper specimen collection, handling, storage, technical error or sample mix-up.  In addition, false negative results could occur because the number of organisms in the specimen is below the analytical sensitivity of the test.

5.   Use of this reagent is limited to personnel trained on the use of the NeuMoDx System.

6.   Good laboratory practices, including wearing gloves while loading all reagents into the system and changing gloves during specimen preparation is critical to reduce chance of contamination.

## REFERENCES

1.   Centers for Disease Control and Prevention. Biosafety in Microbiological and Biomedical Laboratories, 5th edition. HHS Publication No. (CDC) 21-1112, Revised December 2009

2.   Clinical And Laboratory Standards Institute (CLSI). Protection of Laboratory Workers From Occupationally Acquired Infections; Approved Guideline – Fourth Edition. CLSI document M29-A4; May 2014

## TRADEMARKS

NeuMoDx™ is a trademark of NeuMoDx Molecular, Inc.

TaqMan® is a registered trademark of Roche Molecular Systems, Inc.



**NeuMoDx™ Extraction Plate**

**INSTRUCTIONS FOR USE**

**REF** 100200

## SYMBOLS

| SYMBOL | MEANING |
|--------|---------|
| **Rx only** | Prescription Use Only |
|  | Manufacturer |
| **IVD** | *In Vitro* Diagnostic Medical Device |
| EC \| REP | EC Representative |
| **REF** | Catalog Number |
| **LOT** | Batch Code |
| ⧖ | Use By |
| ⌇ | Temperature Limitation |
| ⟨%⟩ | Humidity Limitation |
| ⊗ | Do Not Reuse |
| **CONTROL** | Control |
| Σ | Contains Sufficient for "n" Tests |
| 📖 | Consult Instructions for Use |
| ⚠ | Caution |
| ☣ | Biological Risks (Potentially Biohazardous Material) |
| CE | CE Mark |

 NeuMoDx Molecular, Inc.
1250 Eisenhower Place
Ann Arbor, MI 48108, USA
**Contact Number: 1-844-527-0111**

Patent: www.neumodx.com/patents

EC \| REP   Emergo Europe
Prinsessegracht 20
2514 AP The Hauge
The Netherlands

CE 0086

EXHIBIT 60



# NeuMoDx™ GBS Test Strip
## INSTRUCTIONS FOR USE

**REF   200400**

---

**REF   200400 NeuMoDx™ GBS Test Strip**                                **Rx only**

**IVD**   For *In Vitro* Diagnostic Use on the **NeuMoDx™ 288 Molecular System**

*For detailed instructions, refer to the NeuMoDx™ 288 Molecular System Operator's Manual; p/n 40600108*

### INTENDED USE

The **NeuMoDx™ GBS Assay** as implemented on the **NeuMoDx™ 288 Molecular System** (**NeuMoDx™ System**) is a qualitative *in vitro* diagnostic test designed to detect group B *Streptococcus* (GBS) DNA from 18-24 hour Lim broth enrichments of vaginal/rectal swabs from pregnant women. The test incorporates automated DNA extraction to isolate the target nucleic acid from the specimen and real-time polymerase chain reaction (PCR) to detect an 88 bp region of the *pcsB* gene sequence in the *Streptococcus agalactiae* chromosome. Results from the NeuMoDx™ GBS Assay can be used as an aid in determining colonization status in antepartum women.

The NeuMoDx™ GBS Assay does not provide susceptibility results. Cultured isolates are needed for performing susceptibility testing as recommended for penicillin-allergic women.

### SUMMARY AND EXPLANATION

A vaginal/rectal swab is collected and transported to the laboratory using standard bacterial swab transport systems containing a non-nutritive transport medium. Appropriate transport media (e.g. Amies or Stuart's) are commercially available. In the lab, the specimen is inoculated into selective broth medium such as Lim broth (Todd-Hewitt broth supplemented with colistin and nalidixic acid). After incubation of inoculated selective broth for 18-24 hours at 37 °C in ambient air or 5% $CO_2$, an aliquot of the broth is mixed with **NeuMoDx™ Lysis Buffer 4** to begin lysing the sample and is fully processed on the NeuMoDx System using the **NeuMoDx™ GBS Test Strip** reagents. The NeuMoDx System automatically extracts the target nucleic acid and amplifies a section of the *pcsB* gene sequence of the GBS chromosome, if present. The NeuMoDx GBS Test Strip includes a DNA Sample Process Control (SPC1) to monitor for the presence of potential inhibitory substances as well as system or reagent failures that may be encountered during the extraction and amplification processes.

GBS is a Gram-positive bacterium found in 10-35% of healthy, adults. A person who carries GBS but does not show signs of GBS disease is said to be "colonized" with GBS. GBS are commonly found bacteria associated with the human body. Under certain circumstances, GBS can invade the body and cause serious infection; this is referred to as group B *Streptococcal* disease[1].

GBS can cause severe disease in a newborn and is known to be the leading cause of life-threatening bacterial infection in newborns. A number of strains of the pathogen circulate in the community, and approximately 80% of newborn infections are acquired during birth by vertical (mother-to-baby) transmission. Research has shown that GBS colonizes the anogenital mucosa of 25-40% of healthy women. Before active prevention was initiated, an estimated 7,500 cases of neonatal GBS disease occurred annually in the United States[1]. Striking declines in disease incidence coincide with the increased prevention activities in the 1990s[2], and a further reduction occurred following the issuance of the recommendation for universal screening in 2002[3]. Despite the introduction of antibiotic prophylaxis in the US, GBS disease remains the leading infectious cause of morbidity and mortality among newborns in the United States, approximately 2000 cases of newborn infections per year, with estimates of a mortality rate of 0.27 per 1000 live births[4,5,6].

The current standard of care for preventing neonatal GBS disease is screening pregnant women at 35-37 weeks of gestation to determine their GBS colonization status[7]. When GBS testing is performed by culture, it can take up to 48 hours for definitive identification of GBS following the initial ≥ 18 hour incubation step. The NeuMoDx GBS Test Strip, as implemented on the NeuMoDx System, can provide results for the first 8 specimens within an hour after the initial ≥ 18 hour incubation/enrichment step. The NeuMoDx GBS Assay streamlines and simplifies the testing process by eliminating the need for operator intervention from the time the sample is placed onto the system until results are available.

### PRINCIPLES OF THE PROCEDURE

Following the 18 - 24 hour incubation period, the enriched broth is used for detection of the presence of GBS. The NeuMoDx System will mix 25 μL of the Lim broth with NeuMoDx Lysis Buffer 4 and extraction reagents to begin processing. The NeuMoDx System automates and integrates DNA extraction and concentration, reagent preparation, and nucleic acid amplification and detection of the target sequence using real-time PCR. The Sample Process Control is also incorporated into the sample process and amplification steps to monitor for the presence of potential inhibitory substances as well as system or reagent failures. No operator intervention is necessary once the specimen is loaded onto the NeuMoDx System.

The NeuMoDx System uses a combination of heat, lytic enzyme and extraction reagents to perform cell lysis, DNA extraction and removal of inhibitors. The released nucleic acids are captured by magnetic affinity microspheres. The microspheres, with the bound nucleic acids, are loaded into the **NeuMoDx™ Cartridge** where the unbound, non-DNA components are further washed away with **NeuMoDx™ WASH Solution** and the bound DNA is eluted using **NeuMoDx™ RELEASE Solution**. The NeuMoDx System then uses the released DNA to rehydrate dried assay reagents containing all the elements necessary for amplification of the GBS-specific target. The dried PCR reagents also contain the components required to amplify a section of the Sample Process Control sequence to enable simultaneous amplification and detection of both target and control DNA sequences. After reconstitution of the dried PCR reagents, the NeuMoDx System dispenses the prepared PCR-ready mixture into one PCR chamber (per specimen) of the NeuMoDx Cartridge. Amplification and detection of the control and target (if present) DNA sequences occur in PCR chamber. The chamber and the cartridge are designed to contain the amplicon following real-time-PCR and essentially eliminate contamination risk post-amplification.

**NeuMoDx™ GBS Test Strip**

**INSTRUCTIONS FOR USE**

**REF** 200400



**Figure 1:**
Mechanism of action of TaqMan® chemistry

The amplified targets are detected in real time using hydrolysis probe chemistry (commonly referred to as TaqMan® chemistry) using fluorogenic oligonucleotide probe molecules specific to the amplicons for their respective targets.

TaqMan® probes consist of a fluorophore covalently attached to the 5'-end of the oligonucleotide probe and a quencher at the 3'-end [*Figure 1*]. While the probe is intact, the fluorophore and the quencher are in proximity, resulting in the quencher molecule quenching the fluorescence emitted by the fluorophore via FRET (Förster Resonance Energy Transfer).

TaqMan® probes are designed such that they anneal within a DNA region amplified by a specific set of primers. As the Taq DNA polymerase extends the primer and synthesizes the new strand, the 5' to 3' exonuclease activity of the Taq DNA polymerase degrades the probe that has annealed to the template. Degradation of the probe releases the fluorophore from it and breaks the close proximity to the quencher, thereby overcoming the quenching effect due to FRET and allowing detecting fluorescence of the fluorophore. The resulting fluorescence signal detected in the quantitative PCR thermal cycler is directly proportional to the fluorophore released and can be correlated to the amount of target DNA present in PCR.

A TaqMan® probe labeled with a fluorophore (Excitation: 490 nm & Emission: 521 nm) at the 5' end, and a dark quencher at the 3' end, is used to detect GBS DNA. For detection of the Sample Process Control, the TaqMan® probe is labeled with an alternate fluorescent dye (Excitation: 535 nm & Emission: 556 nm) at the 5' end, and a dark quencher at the 3' end. The NeuMoDx System monitors the fluorescent signal emitted by the TaqMan® probes at the end of each amplification cycle. When amplification is complete, the NeuMoDx System analyzes the data and reports a final result (POSITIVE / NEGATIVE / INDETERMINATE / UNRESOLVED).



## REAGENTS / CONSUMABLES

*Material Provided*

| REF | Contents | Tests per unit | Tests per carton |
|---|---|---|---|
| 200400 | **NeuMoDx™ GBS Test Strip**<br>*Dried PCR reagents containing GBS-specific TaqMan® probe and primers along with Sample Process Control-specific TaqMan® probe and primers.* | 16 | 96 |

*NeuMoDx™ Reagents and Consumables Required But Not Provided*

| REF | Contents |
|---|---|
| 100200 | **NeuMoDx™ Extraction Plate**<br>*Dried magnetic affinity microspheres, lytic enzyme, and sample process controls* |
| 400700 | **NeuMoDx™ Lysis Buffer 4** |
| 400100 | **NeuMoDx™ WASH Solution** |
| 400200 | **NeuMoDx™ RELEASE Solution** |
| 100100 | **NeuMoDx™ Cartridge** |
| 235903 | **Hamilton CO-RE Tips (300 µL) with Filters** (available from NeuMoDx or Hamilton) |
| 235905 | **Hamilton CO-RE Tips (1000 µL) with Filters** (available from NeuMoDx or Hamilton) |

*Other Equipment and Materials Required But Not Provided*

1. **NeuMoDx™ 288 Molecular System** [REF 500100]
2. Vortex mixer
3. Disposable transfer pipettes
4. Specimen Tubes compatible with the NeuMoDx System (See *Test Preparation* for details)
5. Specimen Barcode Labels compatible with the NeuMoDx System (See the *Accessories/Specimen Tube Carriers* section of the *NeuMoDx™ 288 Molecular System Operator's Manual* for details)
6. Lab coat and disposable powder free, nitrile gloves
7. Lim broth
8. Swabs compatible with vaginal/rectal specimen collection and recommended transport media (e.g. Amies or Stuart's)
9. General laboratory incubator



**NeuMoDx™ GBS Test Strip**
**INSTRUCTIONS FOR USE**

REF 200400

---



### WARNINGS & PRECAUTIONS

- This test is for in vitro diagnostic use with NeuMoDx Systems only.
- Do not use the reagents after the listed expiration date.
- Do not use any reagents if the safety seal is broken or if the packaging is damaged upon arrival.
- Do not use reagents if the protective pouch is open or broken upon arrival.
- Minimum specimen volume is 1 mL of enriched Lim broth; volume less than 1 mL may result in a System error.
- Testing outside of conditions recommended by CDC may produce erroneous results when using the NeuMoDx GBS Assay.
- Avoid microbial and deoxyribonuclease (DNase) contamination of reagents at all times. The use of sterile DNase-free disposable transferring pipettes is recommended. Use a new pipette for each specimen.
- To avoid contamination, do not handle or break apart any NeuMoDx Cartridge post-amplification. Do not retrieve post-amplification cartridges from the waste under any circumstances. The NeuMoDx Cartridge is designed to prevent contamination.
- In cases where open-tube PCR tests are also conducted by the laboratory, care must be taken to ensure that the NeuMoDx GBS Test Strip, the additional reagents required for testing, and the NeuMoDx System are not contaminated.
- Clean, powder-free, nitrile gloves should be worn when handling NeuMoDx reagents and consumables. Care should be taken not to touch the top surface of the NeuMoDx Cartridge or foil seal surface of the NeuMoDx GBS Test Strip or NeuMoDx Extraction Plate; handling of the products should be done by touching side surfaces only.
- Safety Data Sheets (SDS) are provided for each reagent.
- Follow instructions in the *General Precautions/Routine Use* section of the *NeuMoDx™ 288 Molecular System Operator's Manual* for recommended cleaning solutions to be used on the system.
- Do not pipette by mouth. Do not smoke, drink, or eat in areas where specimens or kit reagents are being handled.
- Always handle specimens as if they are infectious and in accordance with safe laboratory procedures such as those described in *Biosafety in Microbiological and Biomedical Laboratories* [8] and in CLSI Document M29-A4. [9]
- Dispose of unused reagents and waste in accordance with country, federal, provincial, state and local regulations.



### PRODUCT STORAGE, HANDLING & STABILITY

- NeuMoDx reagents and consumables are stable in the primary packaging at 18 to 28 °C through the stated expiration date on the immediate product label.
- Do not use reagents past the stated expiration date.
- Do not use any test product if the primary or secondary packaging has been visually compromised.
- A NeuMoDx GBS Test Strip placed on the worktable of the NeuMoDx System is stable for 28 days; the NeuMoDx System software will prompt the removal of the reagents that have been in-use on board the system for longer than 28 days and new test strips will need to be opened and loaded on the NeuMoDx System.

### SPECIMEN COLLECTION / TRANSPORT / STORAGE

1. Vaginal/rectal swab specimens from antepartum women for enrichment in Lim broth should be collected, stored, and handled according to the CDC recommended clinical procedure(s). [7]
2. Specimens should be transported to the laboratory in a non-nutritive transport medium such as Amies or Stuart's.
3. If vaginal and rectal swabs are collected separately from the same patient, both swabs can be placed in the same container of transport medium.
4. Label specimens clearly and indicate specimens are for GBS testing; the label should also indicate if antibiotic susceptibility testing is to be performed.
5. Remove swab(s) from transport medium and inoculate a recommended selective broth medium such as Lim broth [Todd Hewitt broth supplemented with colistin and nalidixic acid.]
6. Incubate inoculated selective broth (Lim broth) for 18-24 hours at 37 °C in ambient air or 5% $CO_2$.
7. Proceed to Test Preparation section.

---



**NeuMoDx™ GBS Test Strip**
**INSTRUCTIONS FOR USE**

`REF` **200400**

## INSTRUCTIONS FOR USE

**Test Preparation**

1. Apply specimen barcode label to a specimen tube compatible with the NeuMoDx System.

2. Gently vortex the enriched broth specimen to achieve uniform distribution.

3. Using a transfer pipette, transfer ≥ 1 mL of Lim broth to the barcoded specimen (daughter) tube. Use a different transfer pipette for each specimen. The daughter tube must meet the following tube specifications compatible with the NeuMoDx System based on Specimen Tube Carrier being used for processing.

   - 32-Tube Carrier: between 11 mm – 14 mm in diameter and between 60 mm and 120 mm in height
   - 24-Tube Carrier: between 14.5 mm – 18 mm in diameter and between 60 mm and 120 mm in height

**NeuMoDx™ 288 Molecular System Operation**

1. Populate the system carriers as necessary with the following consumables and use the touchscreen to load carrier(s) into the NeuMoDx System:

   a. 1000 μL Pipette Tips

   b. 300 μL Pipette Tips

   c. NeuMoDx Cartridge

   d. NeuMoDx Extraction Plate

   e. NeuMoDx GBS Test Strip

   f. NeuMoDx Lysis Buffer 4 (NOTE: *remove foil seal from troughs prior to loading*)

2. Replace NeuMoDx WASH and NeuMoDx RELEASE Solutions, and empty Priming Waste as necessary.

3. Empty Biohazardous Waste Container as necessary or prompted by the NeuMoDx System software.

4. Load the specimen tube(s) into a standard 32-Tube carrier or 24-Tube Carrier, and ensure caps are removed from all specimen tubes.

5. Place the Specimen Tube carrier on the Autoloader shelf and use the touchscreen to load carrier into the system. This will initiate processing of test(s).

## LIMITATIONS

1. The NeuMoDx GBS Test Strip can only be used on the NeuMoDx 288 Molecular System.

2. The performance of the NeuMoDx GBS Assay has been established with vaginal/rectal specimens collected from antepartum patients using swabs in a non-nutritive transport medium (such as Amies or Stuart's), after enrichment using selective Lim broth. Performance of the NeuMoDx GBS Assay was validated with Lim broth only. Performance has not been validated with other GBS selective broth enrichment media.

3. The use of the NeuMoDx GBS Assay with other clinical sources has not been assessed and performance characteristics of this test are unknown for other specimen types.

4. Because detection of group B *Streptococcus* is dependent on the number of organisms present in the sample, reliable results are dependent on proper specimen collection, handling, and storage.

5. Erroneous test results could occur from improper specimen collection, handling, storage, technical error, or sample mix-up. In addition, false negative results could occur because the number of organisms in the specimen is below the analytical sensitivity of the test.

6. Testing is limited to use by personnel trained on the use of the NeuMoDx System.

7. If the Sample Process Control does not amplify and the NeuMoDx GBS Assay result is Negative, an invalid result (Indeterminate or Unresolved) will be reported and the test should be repeated.

8. A positive test result does not necessarily indicate the presence of viable organisms. It is, however, presumptive for the presence of group B *Streptococcus* DNA.

9. Negative results do not preclude the presence of GBS and should not be used as the sole basis for treatment or other patient management decisions.

10. GBS colonization during pregnancy can be intermittent, persistent, or transient. The clinical utility of GBS screening decreases when testing is performed more than five weeks prior to delivery.

11. The NeuMoDx GBS test does not provide susceptibility results. Culture isolates are needed for performing susceptibility testing as recommended for penicillin-allergic women.

12. While there are no known strains/isolates of GBS lacking the *pcsB* gene, the occurrence of such a strain could lead to an erroneous result using the NeuMoDx GBS Test Strip.

13. Mutations in primer/probe binding regions may affect detection using the NeuMoDx GBS Test Strip.

**NeuMoDx™ GBS Test Strip**

REF 200400

**INSTRUCTIONS FOR USE**

14. Results from NeuMoDx GBS Assay should be used as an adjunct to clinical observations and other information available to the physician. The test is not intended to differentiate carriers of group B *Streptococcus* from those with streptococcal disease. Test results may be affected by concurrent antibiotic therapy as GBS DNA may continue to be detected following antimicrobial therapy.

15. Good laboratory practices, including changing gloves between handling patient specimens, are recommended to avoid contamination of specimens.

## RESULTS

**Expected Values - Prevalence**

Approximately 10–40% of pregnant women are colonized with GBS. Culture screening of both the vagina and rectum for GBS late in gestation (generally 35-37 weeks), during prenatal care, can detect women who are likely to be colonized with GBS at the time of delivery.  During the clinical method comparison study, 1193 residual Lim broth samples were enrolled and tested across three geographically diverse laboratories in the United Sates.  The overall prevalence of GBS in the study, based on the gold standard culture identification results provided as the reference method for all included samples, was 21.9% (261/1193) with a 95% CI of (19.6%-24.3%), as calculated using the 95% score confidence interval method per CLSI guideline EP12-A2.[10] Actual prevalence rates may vary among geographical locations based on local patient populations.

**NeuMoDx™ 288 Molecular System**

Available results may be viewed or printed from the 'Results' tab in the Results window on the NeuMoDx System touchscreen.

Test results are automatically generated by the NeuMoDx System software.  A test result may be reported as Negative, Positive, Indeterminate or Unresolved based on the amplification status of the target and sample processing control. Results are reported based on the decision algorithm in *Table 1*.

**Table 1:** NeuMoDx™ GBS Assay Decision Algorithm

| Result | GBS $C_t$ | Sample Process Control (SPC1) $C_t$ |
|---|---|---|
| **Positive** | $9 < C_t < 37$<br>And EP > 3000 | N/A |
| **Negative** | N/A **OR** $C_t < 9$ **OR** > 37 | $25 < C_t < 35$<br>**And** EP > 2000 |
| **Indeterminate** | N/A<br>SYSTEM ERROR NOTED | N/A<br>SYSTEM ERROR NOTED |
| **Unresolved** | Not detected | Not detected |

EP = End Point Fluorescence (after baseline correction)

**Quality Control**

Clinical Laboratory Improvement Amendments (CLIA) regulations specify that the laboratory is responsible for having control procedures that monitor accuracy and precision of the complete analytical process, and must establish the number, type, and frequency of testing control materials using verified performance specifications for an unmodified, FDA-cleared or approved test system (42 CFR Part 493.1256).

1. External control materials will not be provided by NeuMoDx Molecular, Inc.; appropriate controls must be chosen and validated by the laboratory.
   Recommended positive control:  10 µL of AcroMetrix™ GBS Positive Control (Thermo Fisher Scientific REF 960041) diluted in 1 mL Lim broth.
   Recommended negative control: 1 mL of Lim broth without inoculation.

2. The primers and probe for specific for Sample Process Control 1 (SPC1) are included in each NeuMoDx GBS Test Strip.  This Sample Process Control allows the system to monitor the efficacy of the DNA extraction and PCR amplification processes.

3. A positive test result reported for a negative control sample indicates a specimen contamination problem. Please refer to *NeuMoDx™ 288 Molecular System Operator's Manual* for Troubleshooting tips.

4. A negative result reported for a positive control sample may indicate there is a reagent or instrument related problem.



# NeuMoDx™ GBS Test Strip

**REF** 200400

## INSTRUCTIONS FOR USE

**Invalid Results**

If a test performed on the NeuMoDx System fails to produce a valid result, it will be reported as either Indeterminate or Unresolved based on the type of error that occurred.

An Indeterminate result will be reported if a System error is detected during sample processing.  In the event an Indeterminate (IND) result is reported, a retest is recommended.

An Unresolved result will be reported if no target is detected and there is no amplification of the Sample Process Control, which indicates possible reagent failure or the presence of inhibitors.  In the event an Unresolved (UNR) result is reported, a retest is recommended.

## PERFORMANCE CHARACTERISTICS

**Clinical Performance**

Performance characteristics were determined during a prospective clinical method comparison study conducted at three (3) geographically diverse laboratory locations to evaluate the comparative performance of the of the NeuMoDx GBS Assay as implemented on the NeuMoDx 288 Molecular System compared to conventional culture methods recommended by the Center for Disease Control (CDC) to identify GBS from subcultures of enriched Lim broth.  Specimens eligible for enrollment were collected from pregnant women by health care providers for routine standard of care screening purposes recommended by the CDC between 35-37 weeks gestation.

The collected vaginal / rectal swab specimens were transported to the various laboratories in appropriate transport medium and then inoculated into a selective Lim broth medium by laboratory personnel in preparation to undergo an 18 – 24 hour incubation period.   Following the incubation period and routine care testing, the residual Lim broth samples were sub-cultured to a sheep blood agar plate as recommended by the 2010 published CDC procedures for processing clinical specimens for culture of GBS.  The agar plates were incubated for up to 48 hours and inspected for organisms suggestive of GBS.  Suspected colonies were Gram-stained and the Gram-positive cocci colonies were tested for catalase production; Gram positive cocci colonies that tested negative for catalase production were worked-up for further identification by a streptococcal grouping latex agglutination test to determine the presence of GBS.  Clinical performance is based on 1193 specimens with complete, valid, and compliant results included in the study and summarized in *Table 2* and *Table 3* below.  The lower and upper limits of the presented 95% confidence interval (CI) were calculated using the 95% score confidence interval method.

**Table 2:** NeuMoDx™ GBS Assay Clinical Performance Summary

| Clinical Site Summary | | Culture / Reference Method | | | |
|---|---|---|---|---|---|
| | | **Positive** | **Negative** | *Total* | |
| **NeuMoDx™ GBS Assay** | Positive | 253 | 37 | *290* | Sensitivity = 96.9% 95% CI  (94.1 – 98.4) |
| | Negative | 8 | 895 | *903* | Specificity = 96.0% 95% CI  (94.6-97.1) |
| | *Total* | *261* | *932* | *1193* | |

**Table 3:** Site Specific Clinical Performance of the NeuMoDx™ GBS Assay

| Site | n | Sensitivity (95% CI) [a] | Specificity (95% CI) [a] | Prevalence [b] (95% CI) [a] |
|---|---|---|---|---|
| **A** | 351 | 92.4% 73/79 (84.4-96.5) | 96.7% 263/272 (93.8-98.3) | 22.5% 79/351 (15.1-22.2) |
| **B** | 400 | 98.4% 62/63 (91.5-99.7) | 94.4% 318/337 (91.4-96.4) | 15.8% 63/400 (10.8-17.0) |
| **C** | *442* | 99.2% 118/119 (95.4-99.9) | 97.2% 314/323 (94.8-98.5) | 26.9% 119/442 (18.2-24.7) |
| *Total* | *1193* | 96.9% 253/261 (94.1-98.4) | 96.0% 895/932 (94.6-97.1) | 21.9% 261/1193 (19.6-24.3) |

[a] The lower and upper limits of the presented 95% confidence interval (CI) are calculated using the 95% score confidence interval method.

[b] Prevalence calculations based on reference method results obtained by following the CDC-recommended procedures for processing clinical specimens for culture of group B *Streptococcus*.  (Published 2010)



**NeuMoDx™ GBS Test Strip**
**INSTRUCTIONS FOR USE**

 **REF** 200400

---

**Sensitivity**

The Analytical Sensitivity of the NeuMoDx GBS Assay using the NeuMoDx GBS Test Strip was characterized by testing five different levels of GBS (ATCC BAA-611 serotype V) prepared from five independent clinical negative pools on the NeuMoDx 288 Molecular System. The study was performed over non-consecutive days across multiple systems with each system processing ten replicates at each level per day. A unique lot of each of the following: NeuMoDx GBS Test Strip, NeuMoDx Extraction Plate and NeuMoDx Lysis Buffer 4 was tested on each System. Detection rates are depicted in *Table 4*. The LoD was determined to be 500 CFU/mL.

**Table 4:** Positive percent detection rates for samples used to determine LoD of the NeuMoDx™ GBS Assay

| GBS CFU/mL | Number of Valid Tests | Number of Positives | Number of Negatives | Detection Rate |
|---|---|---|---|---|
| 1000 | 60 | 60 | 0 | 100% |
| 500* | 60 | 60 | 0 | 100% |
| 200 | 60 | 53 | 7 | 88% |
| 100 | 60 | 35 | 25 | 58% |
| 0 | 60 | 0 | 60 | 0% |

*equivalent to 20 CFU/test

The NeuMoDx GBS Assay as implemented using the NeuMoDx GBS Test Strip detected all major serotypes of group B *Streptococcus,* including the four most clinically relevant. The twelve different strains of GBS bacteria spanning the serotypes that were tested using the NeuMoDx GBS Test Strip are shown in *Table 5*.

**Table 5:** GBS Serotypes Tested

| GBS Serotype | GBS Strain | ATCC/BEI# | Concentration (CFU/mL) with 100% Detection |
|---|---|---|---|
| Ia | A909 | ATCC: BAA-1138 | 1500 |
| Ib | H36b | ATCC: BAA-1174 | 1000 |
| II | MNZ933 | BEI: NR-43896 | 400 |
| III | MNZ938 | BEI: NR-43897 | 400 |
| Ic | CDC SS700 | ATCC: 27591 | 800 |
| IV | 2011201884 | ATCC: BAA-2673 | 800 |
| VI | 2010228816 | ATCC: BAA-2671 | 800 |
| VII | 4832-06 | ATCC: BAA-2670 | 800 |
| VIII | 5030-08 | ATCC: BAA-2669 | 800 |
| IX | 7509-07 | ATCC: BAA-2668 | 800 |
| Non-hemolytic | NCTC 8181 | ATCC: 13813 | 800 |
| TX Clinical Isolate 2012 | SGBS030 | BEI: NR-44144 | 800 |

**Analytical Specificity and Cross-reactivity**

Analytical specificity was demonstrated by screening 136 organisms common to the urogenital and digestive tract, as well as species phylogenetically related to GBS for cross-reactivity on the NeuMoDx 288 Molecular System using the NeuMoDx GBS Test Strip. Organisms were prepared in pools of 5-6 and tested at a high concentration (bacteria $6 - 9x10^6$ CFU/mL; viruses $1x10^6 - 1x10^7$ copies/mL). None of the organisms screened demonstrated cross-reactivity when implementing the NeuMoDx GBS Assay. The organisms tested are shown in *Table 6*.

# NeuMoDx™ GBS Test Strip
## INSTRUCTIONS FOR USE

**REF** 200400

**Table 6:** Pathogens Used to Demonstrate Analytical Specificity

| Bacteria, Yeast and Parasites | | |
|---|---|---|
| Streptococcus pyogenes | Salmonella enterica (serovar Minnesota) | Cryptococcus neoformans |
| Streptococcus salivarius | Alcaligenes faecalis | Candida glabrata |
| Streptococcus sanguinis | Staphylococcus saprophyticus | Achromobacter xerosis |
| Moraxella (Branhamella) catarrhalis | Eikenella corrodens | Rhodospirillum rubrum |
| Neisseria gonorrhoeae | Enterococcus avium | Neisseria subflava |
| Streptococcus pyogenes | Micrococcus luteus | Pseudomonas putida |
| Streptococcus mitis | Citrobacter freundii | Bacillus subtilis |
| Lactococcus lactis | Gemella haemolysans | Corynebacterium xerosis |
| Listeria monocytogenes | Kingella kingae | Mycobacterium smegmatis |
| Morganella morganii | Rahnella aquatilis | Legionella pneumophila |
| Plesiomonas shigelloides | Bacillus cereus | Moraxella lacunata |
| Proteus vulgaris | Aeromonas hydrophila | Streptomyces griseus |
| Salmonella enterica (serovar Typhi) | Enterobacter cloacae | Gardnerella vaginalis |
| Staphylococcus aureus | Brevibacterium linens | Clostridium perfringens |
| Staphylococcus epidermidis | Candida parapsilosis | Peptostreptococcus anaerobius |
| Streptococcus mutans | Lactobacillus brevis | Bifidobacterium adolescentis |
| Yersinia enterocolitica | Deinococcus radiodurans | Derxia gummosa |
| Providencia stuartii | Pseudomonas protegens | Veillonella parvula |
| Pseudomonas aeruginosa | Acinetobacter calcoaceticus | Mycoplasma pneumoniae |
| Acinetobacter lwoffii | Lactobacillus acidophilus | Bacteroides fragilis |
| Proteus mirabilis | Vibrio parahaemolyticus | Acinetobacter boumannii |
| Klebsiella pneumoniae | Corynebacterium genitalium | Corynebacterium,strain HFH0082 |
| Aerococcus viridans | Enterococcus faecalis | Enterobacter aerogenes |
| Enterococcus faecium | Salmonella enterica | Klebsiella oxytoca |
| Neisseria lactamica | Lactobacillus jensenii | Escherichia coli |
| Neisseria meningitidis | Lactobacillus delbrueckii | Streptococcus canis |
| Streptococcus pneumoniae | Serratia marcescens | Streptococcus dysgalactiae |
| Kingella denitrificans | Candida albicans | Streptococcus oralis |
| Haemophilus influenzae | Candida tropicalis | Streptococcus uberis |
| Neisseria perflava | Chromobacterium violaceum | Streptococcus suis |
| Moraxella osloensis | Candida krusei | **Viruses** |
| Neisseria meningitidis Sero C | Saccharomyces cerevisiae | CMV* |
| Neisseria meningitidis Sero A | Corynebacterium urealyticum | EBV (HHV-4) |
| Streptococcus anginosus (Grp C) | MRSA | HSV1* |
| Streptococcus bovis | Chlamydia trachomatis | HSV2* |
| Streptococcus intermedius | Bifidobacterium breve | VZV (HHV 3)* |
| Neisseria meningitidis M158 group D | Mobiluncus mulieris | HPV-16* |
| Neisseria flavescens | Propionibacterium acnes | JC virus* |
| Streptococcus parasanguinis | Campylobacter jejuni | BK virus |
| Lactobacillus casei | Haemophilus ducreyi | HHV-6A |
| Lactobacillus lactis | Mycoplasma hominis | HHV-6B |
| Haemophilus influenzea type B | Mycoplasma genitalium | HHV-7 |
| Salmonella newport | Trichomonas vaginalis | HHV-8 |
| Shigella flexneri | Pseudomonas fluorescens | |
| Shigella sonnei | Enterococcus dispar | |
| Enterococcus durans | Ureaplasma urealyticum | |
| Enterococcus sp. (ATCC® 202155™) | Chlamydia pneumoniae* | |

* Tested at 10 ng/mL



**NeuMoDx™ GBS Test Strip**
**INSTRUCTIONS FOR USE**

**REF** 200400

---

**Interfering Substances - Commensal Organisms**
The NeuMoDx GBS Assay was tested for interference in the presence of non-target organisms (co-habiting in the urogenital tract) by evaluating the performance of the assay at low levels of GBS on the NeuMoDx 288 Molecular System. The same panel of 136 organisms [*Table 6*] used for assessing cross-reactivity was used for this study.  The organisms were pooled into groups of 5-6 in clinical negative Lim broth and spiked with 1200 CFU/mL cultured GBS.  Testing validated detection of group B *streptococcus* in all of the pools tested. No interference due to commensal organisms was observed.

**Endogenous and Exogenous Substances Encountered in GBS Clinical Specimens**
The performance of the NeuMoDx GBS Assay was assessed on the NeuMoDx 288 Molecular System in the presence of exogenous and endogenous interfering substances which may typically be encountered in GBS clinical specimens. Each of the endogenous and exogenous substances listed below in *Table 7* were added to pooled clinical negative Lim broth samples containing GBS at 1200 CFU/mL or 4000 CFU/mL. The 20 exogenous and 6 endogenous substances that were tested for interference using the NeuMoDx GBS Test Strip resulted in no adverse effect on detection of GBS at either level tested further demonstrating the robustness of the NeuMoDx GBS Assay.

**Table 7:** Exogenous and Endogenous Interfering Agents tested

| Exogenous Substances | | | Endogenous Substances |
|---|---|---|---|
| Monistat® Cream | Dulcolax® Suppositories | K-Y™ Jelly | Human Amniotic Fluid |
| Yeast Gard Advanced™ (Douche) | Fleet® Enema | McKesson Gel | Human Whole Blood |
| Metamucil® Fiber Supplement | Preparation H® Cream | Contraceptive Foam | Human Urine |
| Ex-lax® (Chocolate Pieces) | Vagisil™ Powder | Moisturizing Lotion | Human Fecal Sample |
| Phillips'® Milk of Magnesia | Norforms® Suppositories | Neutrogena® Body oil | Mucus |
| Pepto-Bismol™ | FDS® Deodorant Spray | Gold Bond® Powder | Human Genomic DNA |
| Kaopectate® | New Mama Bottom Spray | | |

**Precision**
Qualitative testing was performed on the NeuMoDx 288 Molecular System using the NeuMoDx GBS Test Strip where 2 runs per day were performed across 3 systems over a period of 12 non-consecutive days.  This within-lab precision testing included 2 reagent lots and was performed by 2 operators.  A run was defined as three replicates tested for each of the five different levels shown in *Table 8* (True Negative, Low Negative, Moderate Negative, Low Positive and Moderate Positive) for a total of 15 specimens per run per system.  Specimens were prepared by spiking cultured GBS into pooled, screened negative clinical remnant Lim broth. For each run performed, a positive and a negative external control were processed in addition to the 15 specimens. A total of 72 runs and 1224 tests were performed in this study, including the external controls. *Table 9* shows comparison across instruments. *Table 10* shows precision across operators.

**Table 8:** Within Lab Precision Panel

| Panel Member | Level Tested | GBS (CFU/mL) |
|---|---|---|
| Moderate Positive (MP) | 3-4x LoD | 1600 |
| Low Positive (LP) | 1-2x LoD | 600 |
| Moderate Negative (MN) | > 10-fold dilution of 1x LoD | 40 |
| Low Negative (LN) | >100-fold dilution of 1x LoD | 4 |
| True (Blank) Negative (TN) | 0 | 0 |

**Table 9:** Qualitative Results from Within-Lab Precision Study (Across Instruments)

| Level | Instrument 1 | Instrument 2 | Instrument 3 | Overall |
|---|---|---|---|---|
| | Percent Positive | Percent Positive | Percent Positive | Percent Positive |
| MP | 100% (72/72) | 100% (72/72) | 100% (72/72) | 100% (216/216) |
| LP | 100% (72/72) | 95.8% (69/72) | 97.2% (70/72) | 97.7% (211/216) |
| | Percent Negative | Percent Negative | Percent Negative | Percent Negative |
| MN | 77.7% (56/72) | 86.1% (62/72) | 83.3% (60/72) | 82% (178/216) |
| LN | 97.2% (70/72) | 100% (72/72) | 98.6% (71/72) | 98.6% (213/216) |
| TN | 100% (72/72) | 100% (72/72) | 100% (72/72) | 100% (216/216) |



**NeuMoDx™ GBS Test Strip**
**INSTRUCTIONS FOR USE**

REF   200400

**Table 10:** Quantitative GBS Parameter Analysis from Within Lab Precision (Across Operators)

| Level | First Operator | | | | | Second Operator | | | | | Combined Data Set | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Detected Pos/Total | % Positive | Ave Ct | Std Dev | % CV* | Detected Pos/Total | % Positive | Ave Ct | Std Dev | % CV | Detected Pos/Total | % Positive | Ave Ct | Std Dev | % CV |
| MP | 108/108 | 100.0% | 31.61 | 0.54 | 1.7% | 108/108 | 100.0% | 32.22 | 0.51 | 1.6% | 216/216 | 100.0% | 31.91 | 0.61 | 1.9% |
| LP | 106/108 | 98.1% | 34.16 | 0.68 | 2.0% | 105/108 | 97.2% | 34.39 | 0.72 | 2.1% | 211/216 | 97.7% | 34.27 | 0.71 | 2.1% |
| MN | 20/108 | 18.5% | 35.00 | 0.53 | 1.5% | 18/108 | 16.7% | 35.28 | 0.40 | 1.1% | 38/216 | 17.6% | 35.10 | 0.49 | 1.4% |
| LN | 2/108 | 1.9% | 35.49 | 0.12 | 0.3% | 1/108 | 0.9% | 35.03 | N/A | | 3/216 | 1.4% | 35.33 | 0.28 | 0.8% |
| TN | 0/108 | 0.0% | N/A | | | 0/108 | 0.0% | N/A | | | 0/216 | 0.0% | N/A | | |

%CV: The coefficient of variation, 100* standard deviation/Ave Ct.

### Inter-Lab Reproducibility

The reproducibility of the NeuMoDx GBS Assay as implemented on the NeuMoDx 288 Molecular System using the NeuMoDx GBS Test Strip was evaluated at 3 different testing sites by testing 5 replicates of a 4-member panel over 5 days, which generated a total of 75 replicates per panel member. Panel samples were prepared by spiking cultured GBS into pooled, negative clinical Lim broth to create Low Negative, Low Positive and Moderate Positive panel members, whereas the True (Blank) Negative samples contained no GBS. Concentrations of the panel members correspond to the same levels listed in *Table 8* above used for Precision (minus the Moderate Negative sample). A positive and a negative external control were also processed on each day of testing.

Overall, there were 4 invalid results obtained during the Reproducibility study – one replicate of each of the 4 concentrations yielded an "Indeterminate" and all occurred on the same day of testing (Day 2) at Site B. Upon repeat testing, 2 of the 4 samples yielded a valid, correct result; the remaining two samples yielded an "Indeterminate" result a second time before yielding a valid, correct result. The percent agreement with the expected result for the panel members for all sites combined is presented in *Table 11* below.

**Table 11:** Inter-Lab Reproducibility Performance Summary of the NeuMoDx™ GBS Assay

| Panel Member Concentration | Site 1 (A) | Site 2 (B) | Site 3 (D) | Total Agreement (CI 95%) [a] |
|---|---|---|---|---|
| Moderate Positive | 25/25 | 25/25 | 25/25 | *100% (75/75) (95.1 – 100)* |
| Low Positive | 24/25 | 25/25 | 24/25 | *97.3% (73/75) (90.8 – 99.3)* |
| Low Negative | 25/25 | 25/25 | 24/25 [b] | *98.7% (74/75) (92.8 – 99.8)* |
| Blank Negative | 25/25 | 25/25 | 25/25 | *100% (75/75) (95.1 – 100)* |

[a] The lower and upper limits of the presented 95% confidence interval (CI) were calculated using the 95% score confidence interval method.

[b] The Low Negative sample concentration is anticipated to be detected as positive ~5% of the time.

### Carry-over and Cross-contamination

Potential sample carry-over and cross-contamination studies were performed on the NeuMoDx 288 Molecular System using the NeuMoDx GBS Test Strip. The two-part study first evaluated the impact on GBS negative samples by being interspersed with samples containing high GBS target (at $1x10^7$ CFU/mL). The positive and negative samples were loaded such that each negative sample was adjacent to a high positive sample. The second part of this study processed all negative samples immediately following a run which had processed all high GBS concentration samples. No contamination was seen in negative samples integrated with high level samples, or in negative samples that followed samples with high concentrations of GBS demonstrating the lack of any carry over and/or cross-contamination.

### Effectiveness of Control

The efficacy of the sample process control included in the NeuMoDx GBS Test Strip to report any process step failures or inhibition affecting NeuMoDx GBS Assay performance was assessed on the NeuMoDx 288 Molecular System. The conditions that were tested are representative of critical process step failures that could potentially occur during sample processing and *may not be detected* by the onboard sensors that are monitoring the performance of the NeuMoDx System. This was evaluated by simulating failure of various sample process flow steps to mimic a potential system error and by spiking sample with a known inhibitor to observe the effect of inefficient inhibitor mitigation on detection of the Sample Process Control (see *Table 12*). In instances where the processing errors did not adversely impact the performance of the sample process control (NO WASH/NO WASH BLOWOUT), the test was repeated with positive GBS samples (at 400 CFU/mL) to confirm the process error had NO adverse effect on the detection of GBS Target as well. *Table 12* summarizes the results of the efficacy of control verification test.

**NeuMoDx™ GBS Test Strip**
**INSTRUCTIONS FOR USE**

REF 200400

**Table 12:** Effectiveness of Control Data Summary

| Condition | Expected Result | Observed Result |
|---|---|---|
| Normal Processing | Negative | Negative |
| Normal Processing + Inhibitor | Unresolved | Unresolved |
| No Wash Solution | Unresolved or Negative | Negative |
| No Wash Blowout | Unresolved or Negative | Negative |
| No Release Solution | Indeterminate | Indeterminate |
| No PCR Master Mix Reagents | Indeterminate | Indeterminate |

**On-board Sample Stability**

Samples with different collection dates were processed on the NeuMoDx 288 Molecular System at "Time 0" and "Time 24" in order to determine the on-board sample stability for the NeuMoDx GBS Assay. Both clinical GBS positive and negative samples were processed initially and then left on the system worktable for 24 hours before being processed a second time. 100% concordance was observed between the results obtained from the initial test (Time 0) and test performed 24 hours later (Time 24) for the 23 GBS negative samples tested [*Table 13*]. After 24 hours, all but one of the positive samples generated a positive result for a 95.8% concordance with the expected result.

**Table 13:** On-board Sample Stability Data Summary

| | | Confirmed Positive Samples (Samples A) | | Confirmed Negative Samples (Samples B) | |
|---|---|---|---|---|---|
| | | # Positive | # Negative | # Positive | # Negative |
| Test 1 | Time 0 | 23 | 0 | 0 | 23 |
| Test 2 | Time 24 | 22 | 1* | 0 | 23 |
| % Concordance | | 95.8 | | 100 | |

\* *One sample was initially identified as positive at Time 0; further evaluation concluded the sample was falsely identified as positive, due to a low level of GBS DNA or non-viable cellular material as there was no GBS growth in culture reported by the reference laboratory.*

**REFERENCES**

1. Zangwill KM, Schuchat A, Wenger JD. Group B streptococcal disease in the United States, 1990: report from a multistate active surveillance system. In Surveillance Summaries, November 20, 1992. MMWR 1992; 41:25–32.

2. Schrag SJ, Zywicki S, Farley MM, Reingold AL, Harrison LH, Lefkowitz LB, et al. Group B streptococcal disease in the era of intrapartum antibiotic prophylaxis. N Engl J Med 2000; 342:15–20.

3. CDC. Perinatal group B streptococcal disease after universal screening recommendations—United States, 2003–2005. MMWR 2007;56: 701–5.

4. Phares CR, Lynfield R, Farley MM, Mohle-Boetani J, Harrison LH, Petit S, et al. Epidemiology of invasive group B streptococcal disease in the United States, 1999–2005. JAMA 2008; 299:2056–65.

5. CDC. Trends in perinatal group B streptococcal disease—United States, 2000–2006. MMWR 2009; 58:109–12.

6. Active Bacterial Core Surveillance (ABCs) Report Emerging Infections Program Network Group B Streptococcus, 2014

7. Centers for Disease Control and Prevention. Prevention of Perinatal Group B Streptococcal Disease: Revised Guideline from CDC. Morbidity and Mortality Weekly Report, November 19, 2010;59(No. RR-10);1-23

8. Centers for Disease Control and Prevention. Biosafety in Microbiological and Biomedical Laboratories. Richmond JY and McKinney RW, Fifth edition (2009). HHS Publication number (CDC) 21-1112.

9. Clinical And Laboratory Standards Institute (CLSI). Protection of Laboratory Workers From Occupationally Acquired Infections; Approved Guideline – Fourth Edition. CLSI document M29-A4; May 2014.

10. Clinical And Laboratory Standards Institute (CLSI). User Protocol for Evaluation of Qualitative Test Performance; Approved Guideline – Second Edition. CLSI document EP12-A2; 2008.

**TRADEMARKS**

NeuMoDx™ is a trademark of NeuMoDx Molecular, Inc.
TaqMan® is a registered trademark of Thermo Fisher.
AcroMetrix™ is a trademark of Thermo Fisher Scientific.
Monistat® is a registered trademark of Pfizer, Inc.
Yeast Gard Advanced™ is a trademark of Lake Consumer Products, Inc.
Metamucil® is a registered trademark of Procter & Gamble.
Ex-lax® is a registered trademark of GSK plc.
Phillips'® is a registered trademark of Bayer.
Kaopectate® is a registered trademark of SANOFI.
Neutrogena® is a registered trademark of Johnson & Johnson Consumer, Inc.

Dulcolax® is a registered trademark of SANOFI.
Fleet® is a registered trademark of C.B. Fleet Company.
Preparation H® is a registered trademark of Pfizer, Inc.
Vagisil™ is a trademark of COMBE, Inc.
Norforms® is a registered trademark of C.B. Fleet Company.
FDS® is a registered trademark of WellSpring Pharmaceutical Corp.
K-Y™ Jelly is a trademark of Reckitt Benckiser Group.
Pepto-Bismol™ is a trademark of Procter & Gamble.
Gold Bond® is a registered trademark of SANOFI.

## NeuMoDx™ GBS Test Strip
### INSTRUCTIONS FOR USE

REF 200400

**SYMBOLS**

| SYMBOL | MEANING |
|---|---|
| **Rx only** | Prescription Use Only |
| | Manufacturer |
| **IVD** | *In Vitro* Diagnostic Medical Device |
| EC REP | EC Representative |
| **REF** | Catalog Number |
| **LOT** | Batch Code |
| | Use By |
| | Temperature Limitation |
| | Humidity Limitation |
| | Do Not Reuse |
| **CONTROL** | Control |
| | Contains Sufficient for "n" Tests |
| | Consult Instructions for Use |
| ⚠ | Caution |
| | Biological Risks (Potentially Biohazardous Material) |
| **C E** | CE Mark |



NeuMoDx Molecular, Inc.
1250 Eisenhower Place
Ann Arbor, MI 48104, USA
**Contact Number: 1-844-527-0111**

Patent: www.neumodx.com/patents

EC REP

Emergo Europe
Prinsessegracht 20
2514 AP The Hauge
The Netherlands

C E 0086

EXHIBIT 61



# NeuMoDx™ LDT Test Strip
## INSTRUCTIONS FOR USE

 100400

 **100400 NeuMoDx™ LDT Test Strip**                                              **Rx only**

 For use only as a laboratory developed test implemented on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular Systems**

 *For detailed instructions, refer to the NeuMoDx™ 288 Molecular System Operator's Manual; p/n 40600108*
*For detailed instructions, refer to the NeuMoDx™ 96 Molecular System Operator's Manual; p/n 40600317*
*LDT instructions are available in the NeuMoDx™ Laboratory Developed Test (LDT) Supplement; p/n 40600250*

## INTENDED USE

The **NeuMoDx™ LDT Test Strip** is an empty 16-well strip which is utilized for laboratory developed tests (LDTs) on the **NeuMoDx™ 288 NeuMoDx™** and **96 Molecular System** (**NeuMoDx™ System(s)**). **NeuMoDx Systems** in conjunction with other **NeuMoDx™** reagents such as **NeuMoDx™ Extraction Plate**, **NeuMoDx™** lysis buffers, **NeuMoDx™ WASH Solution** and the **NeuMoDx™ RELEASE Solution** makes the development of LDTs streamlined and efficient as it combines sample extraction with Real Time PCR in one system. The NeuMoDx LDT Test Strip is universally used for all LDTs processed on either NeuMoDx System.

## SUMMARY AND EXPLANATION

The NeuMoDx LDT Test Strip is a foil-covered, empty, 16-well disposable plastic strip into which the user pipets assay-specific primers and probe(s) to process LDTs on a NeuMoDx System. It is used in parallel with **NeuMoDx™ LDT Master Mix Test Strip, DNA or RNA** which contain the required elements for real-time PCR including the Taq DNA polymerase, Reverse Transcriptase (if required), dNTPs, MgCl2 and other buffer components.

## PRINCIPLES OF THE PROCEDURE

The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/removal of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. An aliquot of the unprocessed specimen is mixed with the appropriate NeuMoDx lysis buffer and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres.

The released nucleic acids are captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the **NeuMoDx™ Cartridge** where the unbound/non-specifically bound components are washed away using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using the NeuMoDx RELEASE Solution. The NeuMoDx System mixes the released nucleic acid with the user provided LDT primers and probe(s) in the NeuMoDx LDT Test Strip and then uses an aliquot of this solution to rehydrate the dried assay reagents in the appropriate NeuMoDx LDT Master Mix Test Strip (DNA or RNA). Upon mixing with the user-provided primers & probe(s) (LDT-specific reagents) and reconstitution of the dried PCR reagents, the NeuMoDx System will dispense the prepared PCR-ready mixture into the NeuMoDx Cartridge where Real-Time PCR occurs.

 ## REAGENTS / CONSUMABLES

*Material Provided*

| REF | Contents | Tests per unit | Tests per carton |
|-----|----------|----------------|------------------|
| 100400 | **NeuMoDx™ LDT Test Strip** | 16 | 96 |

*NeuMoDx Reagents and Consumables Required But Not Provided*

| REF | Contents |
|-----|----------|
| 100200 | **NeuMoDx™ Extraction Plate**<br>*Dried magnetic affinity microspheres, lytic enzymes, and sample process controls* |
| 400400, 400500<br>400600, 400700 | **NeuMoDx™ Lysis Buffer 1, 2, 3** and/or **4** |
| 400100 | **NeuMoDx™ WASH Solution** |
| 400200 | **NeuMoDx™ RELEASE Solution** |
| 100100 | **NeuMoDx™ Cartridge** |
| 210100<br>310100 | **NeuMoDx™ LDT Master Mix Test Strip, DNA** *(as applicable), or*<br>**NeuMoDx™ LDT Master Mix Test Strip, RNA** *(as applicable)* |
| 235903 | **Hamilton CO-RE Tips (300 µL) with Filters** (available from NeuMoDx or Hamilton) |
| 235905 | **Hamilton CO-RE Tips (1000 µL) with Filters** (available from NeuMoDx or Hamilton) |



**NeuMoDx™ LDT Test Strip**
INSTRUCTIONS FOR USE

 **100400**

---

*Other Equipment and Materials Required But Not Provided*
**NeuMoDx™ 288 Molecular System** [REF 500100] OR **NeuMoDx™ 96 Molecular System** [REF 500200]
10 mM Tris-HCl pH 8.0, RNase/DNase Free Water, or TE Low EDTA (0.1 mM)
LDT Primers and Probe(s)




**WARNINGS & PRECAUTIONS**

- For in vitro diagnostic use with NeuMoDx Systems only.
- Do not use the reagents after the listed expiration date.
- Do not use if the packaging is damaged upon arrival or if foil plate seal is damaged.
- Do not reuse any NeuMoDx consumable or reagent.
- Safety Data Sheets (SDS) are provided for each reagent.
- Always wear clean powder free nitrile gloves when handling specimens or any NeuMoDx reagents or consumables.
- Wash hands thoroughly after performing the test.



- Do not pipette by mouth. Do not smoke, drink, or eat in areas where specimens or kit reagents are being handled.
- Always handle specimens as if they are infectious and in accordance with safe laboratory procedures such as those described in *Biosafety in Microbiological and Biomedical Laboratories* [1] and in CLSI Document M29-A3 [2].
- Dispose of unused reagents and waste in accordance with country, federal, provincial, state and local regulations.



**PRODUCT STORAGE, HANDLING & STABILITY**

- The NeuMoDx LDT Test Strip should be stored at 18 – 28°C.
- Stability of user-provided LDT Primer/Probe mix in the NeuMoDx LDT Test Strip must be validated by the user's laboratory.
- Do not use past the stated expiration date.
- Do not use if product or packaging has been visually compromised.

**SPECIMEN COLLECTION, TRANSPORT & STORAGE**
Validation of optimal Specimen Shipping Conditions and Specimen Stability should be conducted by the user's laboratory for the sample matrix used for each type of test performed.



**INSTRUCTIONS FOR USE**

1. Remove a NeuMoDx LDT Test Strip from the bag.
2. Using a pipet tip, pierce the foil covering the well for each sample to be loaded.
3. Prepare assay specific primers and probe(s):
    a. Dilute Primers and Probe(s) in water, 10mM Tris pH 8.0, or 1X TE with low EDTA (0.1mM EDTA). The final concentration of the Primer/Probe Mix should be 1X after mixing with 18 μL of eluate in the NeuMoDx LDT Test Strip.
    *Example:* Add 4μL of 6X Primer/Probe mix to a well. Once eluate is added to the well and mixed with the LDT Primer/Probe mix, there will be 24 μL at 1X Primer/Probe mix.
    b. NeuMoDx recommends adding between 3 μL and 10 μL of the prepared Primer/Probe mix per well of the NeuMoDx LDT Test Strip.
4. Carefully dispense the LDT Primer/Probe mix into the bottom of the wells to be used on the NeuMoDx LDT Test Strip. Alternatively, snap the NeuMoDx LDT Test Strip into place on the carrier and then load with LDT Primer/Probe mix. There is no need to fill all wells, but loading must start from the bottom left well (See Figure Below). Place the NeuMoDx LDT Test Strip in Test Strip Carrier.

---



**NeuMoDx™ LDT Test Strip**
**INSTRUCTIONS FOR USE**

 **100400**



Bottom left well. Start from here and load upward.

5.  Touch the arrow below the desired Test Strip Carrier on the touchscreen to load the NeuMoDx LDT Test Strip into the System.  The wells will display as yellow.  Touch the wells to define the assay type and map the locations on the NeuMoDx LDT Test Strip that contain the LDT Primer/Probe Mix.

## LIMITATIONS

1.  The NeuMoDx LDT Test Strip can only be used on the NeuMoDx System and is not compatible with any other automated molecular diagnostic system.

2.  The NeuMoDx LDT Test Strip must be used in conjunction with the NeuMoDx LDT Master Mix Test Strip containing other required elements for PCR.

3.  The performance characteristics of user assays are unknown and must be validated by the user's laboratory before diagnostic claims can be made.

4.  The stability of user provided primers and probes in the NeuMoDx LDT Test Strip must be validated by the user's laboratory.

5.  Care must be taken when pipetting the user provided primers and probes into the NeuMoDx LDT Test Strip to not contaminate the strip with specimen.

6.  Because detection of most pathogens is dependent on the number of organisms present in the sample, reliable results are dependent on proper specimen collection, handling, and storage.

7.  Erroneous test results could occur from improper specimen collection, handling, storage, technical error or sample mix-up.  In addition, false negative results could occur because the number of organisms in the specimen is below the analytical sensitivity of the test.

8.  Use is limited to personnel trained on the use of the NeuMoDx System.

9.  Good laboratory practices, including changing gloves between handling patient specimens, are recommended to avoid contamination of specimens.

## REFERENCES

1.  Centers for Disease Control and Prevention. Biosafety in Microbiological and Biomedical Laboratories, 5th edition. HHS Publication No. (CDC) 21-1112, Revised December 2009

2.  Clinical And Laboratory Standards Institute (CLSI). Protection of Laboratory Workers From Occupationally Acquired Infections; Approved Guideline – Fourth Edition. CLSI document M29-A4; May 2014

## TRADEMARKS

NeuMoDx™ is a trademark of NeuMoDx Molecular, Inc.

TaqMan® is a registered trademark of Roche Molecular Systems, Inc.



## NeuMoDx™ LDT Test Strip
### INSTRUCTIONS FOR USE

REF 100400

### SYMBOLS

| SYMBOL | MEANING |
|---|---|
| **Rx only** | Prescription Use Only |
| | Manufacturer |
| **IVD** | *In Vitro* Diagnostic Medical Device |
| EC REP | EC Representative |
| REF | Catalog Number |
| LOT | Batch Code |
| | Use By |
| | Temperature Limitation |
| %  | Humidity Limitation |
| | Do Not Reuse |
| CONTROL | Control |
| ∑ | Contains Sufficient for "n" Tests |
| | Consult Instructions for Use |
| ⚠ | Caution |
| | Biological Risks (Potentially Biohazardous Material) |
| CE | CE Mark |



NeuMoDx Molecular, Inc.
1250 Eisenhower Place
Ann Arbor, MI 48108, USA
**Contact Number: 1-844-527-0111**

Patent: www.neumodx.com/patents



Emergo Europe
Prinsessegracht 20
2514 AP The Hauge
The Netherlands

CE 0086

# EXHIBIT 62



# NeuMoDx™ LDT Master Mix Test Strip, RNA
## INSTRUCTIONS FOR USE

 **REF** 310100

---

**REF** **310100 NeuMoDx™ LDT Master Mix Test Strip, RNA** **Rx only**

**IVD** For use only as a laboratory developed test implemented on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular Systems**

 *For detailed instructions, refer to the NeuMoDx™ 288 Molecular System Operator's Manual; p/n 40600108*
*For detailed instructions, refer to the NeuMoDx™ 96 Molecular System Operator's Manual; p/n 40600317*
*LDT instructions are available in the NeuMoDx™ Laboratory Developed Test (LDT) Supplement; p/n 40600250*

## INTENDED USE

The **NeuMoDx™ LDT Master Mix Test Strip, RNA** (**NeuMoDx™ LDT MM Test Strip, RNA**) is a 16-well strip that contains a proprietary, room temperature stable, real-time PCR master mix reagent that when used in conjunction with assay specific primers and probe(s) enables a laboratory to rapidly develop and implement laboratory developed tests (LDTs) on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular System** (**NeuMoDx™ System(s)**). Other than the LDT specific primers and probe(s), the NeuMoDx LDT MM Test Strip, RNA incorporates all the reagents required for real-time RT-PCR. Once validated by the user's laboratory as part of the LDT, this reagent can be used as a key component for rapid automation of the LDT.

## SUMMARY AND EXPLANATION

Laboratory developed tests incorporating the NeuMoDx LDT MM Test Strip, RNA and implemented on the NeuMoDx System offer clinical laboratories a simple, efficient, and straightforward way to rapidly integrate LDTs for sample to result operation.  The NeuMoDx System incorporates extraction, purification, quantification and results interpretation. The System provides the opportunity to combine a universal nucleic acid isolation process with the NeuMoDx LDT MM Test Strip, RNA and general real-time, reverse transcription (RT) - PCR reagents, delivering highly accurate results for LDTs from unprocessed clinical samples. The user simply provides assay specific primers and probe(s) on a separate empty **NeuMoDx™ LDT Test Strip** [REF 100400] and defines the desired real-time, RT-PCR thermal profile.  Once the clinical specimens and assay-specific reagents are loaded on the NeuMoDx System, the System automatically starts processing the samples.

## PRINCIPLES OF THE PROCEDURE

The NeuMoDx Systems use a combination of heat, lytic enzymes, and extraction reagents to perform cell lysis, RNA extraction and removal of inhibitors from unprocessed clinical specimens prior to presenting the extracted RNA for detection by real-time RT-PCR. Upon lysis, the released nucleic acids are captured by magnetic affinity microspheres. The microspheres, with the bound nucleic acids, are then loaded into the **NeuMoDx™ Cartridge** where the unbound/non-specifically bound components are washed away using the **NeuMoDx™ WASH Solution** and the bound RNA is eluted using **NeuMoDx™ RELEASE Solution**.  The NeuMoDx System mixes the released RNA with the user provided LDT primers and probe(s) and then uses an aliquot of this solution to rehydrate the dried RT-PCR reagents in the NeuMoDx LDT MM Test Strip, RNA, which contains all the reagents necessary to perform a one-step real-time RT-PCR reaction - specifically Reverse Transcriptase, Taq DNA polymerase, dNTPS, MgCl2 and other optimized excipients and buffering agents as well as the primers and probe specific for the Sample Process Control 2 (SPC2) sequence to enable simultaneous amplification and detection of both target and control RNA sequences. The dried RT-PCR reagents in the NeuMoDx LDT MM Test Strip, RNA <u>do not</u> contain any LDT specific primers or probes (assay specific reagents) other than the SPC2 primers and probe; the assay specific reagents must be added by the user to the NeuMoDx LDT Test Strip.  Upon mixing with the user-provided primers & probe(s) and reconstitution of the dried RT-PCR reagents the NeuMoDx System dispenses the prepared RT-PCR-ready mixture into the NeuMoDx Cartridge. Amplification and detection of the control and target (if present) RNA sequences occur in the PCR chamber of the cartridge. The chamber and the cartridge are designed to contain the amplicon following RT-PCR and virtually eliminate contamination risk post-amplification.



The Reverse Transcriptase utilizes the assay specific reverse primer provided by user to reverse transcribe the RNA into cDNA.  Thereafter, traditional real-time PCR occurs in the same chamber.  The amplified targets are detected in real time using hydrolysis probe chemistry (commonly referred to as TaqMan® chemistry) using fluorogenic oligonucleotide probe molecules specific to the amplicons for their respective targets.

TaqMan® probes consist of a fluorophore covalently attached to the 5'-end of the oligonucleotide probe and a quencher at the 3'-end (Figure 1). While the probe is intact, the fluorophore and the quencher are in proximity, resulting in the quencher molecule quenching the fluorescence emitted by the fluorophore via FRET (Förster Resonance Energy Transfer).

TaqMan® probes are designed to anneal within a target region amplified by a specific set of primers.  As the Taq polymerase extends the primer and synthesizes the new strand, the 5' to 3' exonuclease activity of the Taq polymerase degrades the probe that has annealed to the template. Degradation of the probe releases the fluorophore and breaks the close proximity to the quencher, thereby overcoming the quenching effect due to FRET and allowing fluorescence of the fluorophore. The resulting fluorescence signal detected in the quantitative PCR thermal cycler is directly proportional to the fluorophore released and can be correlated to the amount of target RNA present in PCR.

**Figure 1:**
**Mechanism of action of TaqMan® chemistry**



**NeuMoDx™ LDT Master Mix Test Strip, RNA**
**INSTRUCTIONS FOR USE**

 **310100**

For detection of the Sample Process Control, the TaqMan® probe is labeled with a fluorescent dye (Excitation: 535 nm & Emission: 556 nm) at the 5' end, and a dark quencher at the 3' end.  The NeuMoDx System monitors the fluorescent signal emitted by the TaqMan® probes at the end of each amplification cycle. When amplification is complete, the NeuMoDx System software presents the amplification curves of each sample for analysis by end user.



## REAGENTS / CONSUMABLES

### Material Provided

| REF | Contents | Tests per unit | Tests per carton |
|---|---|---|---|
| 310100 | **NeuMoDx™ LDT Master Mix Test Strip, RNA**<br>*Dried RT-PCR reagents containing Sample Process Control 2 specific TaqMan® probe and primers.* | 16 | 384 |

### NeuMoDx™ Reagents and Consumables Required But Not Provided

| REF | Contents |
|---|---|
| 100200 | **NeuMoDx™ Extraction Plate**<br>*Dried magnetic affinity microspheres, lytic enzymes, and sample process controls* |
| 400600 | **NeuMoDx™ Lysis Buffer 3** |
| 400100 | **NeuMoDx™ WASH Solution** |
| 400200 | **NeuMoDx™ RELEASE Solution** |
| 100100 | **NeuMoDx™ Cartridge** |
| 100400 | **NeuMoDx™ LDT Test Strip** |
| 235903 | **Hamilton CO-RE Tips (300 µL) with Filters** (available from NeuMoDx or Hamilton) |
| 235905 | **Hamilton CO-RE Tips (1000 µL) with Filters** (available from NeuMoDx or Hamilton) |

### Other Equipment and Materials Required But Not Provided
**NeuMoDx™ 288 Molecular System** [REF 500100] OR **NeuMoDx™ 96 Molecular System** [REF 500200]
10 mM Tris-HCl pH 8.0, RNase/DNase Free Water, or TE Low EDTA (0.1 mM)
LDT Primers and Probe(s)



## WARNINGS & PRECAUTIONS



- This test is for in vitro diagnostic use with NeuMoDx Systems only.

- Do not use the reagents after the listed expiration date.

- Do not use any reagents if the safety seal is broken or if the packaging is damaged upon arrival.

- Do not use reagents if the protective pouch is open or broken upon arrival.

- Do not reuse any NeuMoDx consumable or reagent.

- Minimum specimen volume is 1 mL; volume less than 1 mL may result in an instrument error.

- Avoid microbial, deoxyribonuclease (DNase) and ribonuclease (RNase) contamination of reagents at all times. The use of sterile RNase/DNase-free disposable transferring pipettes is recommended.  Use a new tip for each set of primers and probe(s).

- The use of sterile RNase/DNase-free, filtered disposable pipette tips is recommended for dispensing LDT reagents. Use a new pipette for each set of primers and probe(s).

- To avoid contamination, do not handle or break apart a NeuMoDx Cartridge post-amplification. Do not retrieve post-amplification cartridges from the biohazardous waste under any circumstances.  The NeuMoDx Cartridge is designed to prevent contamination.

- In cases where open-tube PCR tests are also conducted by the laboratory, care must be taken to ensure that the reagents required for testing and the NeuMoDx System are not contaminated.

- Clean, powder-free, nitrile gloves should be worn when handling NeuMoDx reagents and consumables.  Care should be taken not to touch the foil seal surface of a NeuMoDx LDT Test Strip or a NeuMoDx Extraction Plate; handling of the products should be done by touching side surfaces only.

- Care should be taken to not touch the top surface when handling any NeuMoDx Cartridge.



# NeuMoDx™ LDT Master Mix Test Strip, RNA
## INSTRUCTIONS FOR USE

 **REF** 310100



- Safety Data Sheets (SDS) are provided for each reagent.
- Always wear clean powder free nitrile gloves when handling specimens or any NeuMoDx reagents or consumables.
- Wash hands thoroughly after performing the test.
- Do not pipette by mouth. Do not smoke, drink, or eat in areas where specimens or kit reagents are being handled.
- Always handle specimens as if they are infectious and in accordance with safe laboratory procedures such as those described in *Biosafety in Microbiological and Biomedical Laboratories*[1] and in CLSI Document M29-A3[2].
- Dispose of unused reagents and waste in accordance with country, federal, provincial, state and local regulations.

## PRODUCT STORAGE, HANDLING & STABILITY

- The NeuMoDx LDT Master Mix Test Strip, RNA is stable in the primary packaging at 18 to 28 °C through the stated expiration date on the immediate product label.
- Do not use reagents past the stated expiration date.
- Do not use any product if the primary or secondary packaging has been visually compromised.
- A NeuMoDx LDT MM Test Strip, RNA placed on the worktable of the NeuMoDx System is stable for 10 days when operating within the environmental conditions specified in the *NeuMoDx™ 288/96 Molecular System Operator's Manual(s)*. The NeuMoDx System will prompt the removal of the reagents that have been in-use for longer than 10 days.
- In-use stability for LDT primers and probe(s) dispensed into the NeuMoDx LDT Test Strip requires validation by the user's laboratory.

## SPECIMEN COLLECTION, TRANSPORT & STORAGE

Validation of optimal Specimen Shipping Conditions and Specimen Stability should be conducted by the user's laboratory for the sample matrix used for each type of test performed.



## INSTRUCTIONS FOR USE

### Sample Preparation

1. Apply a specimen barcode label to the desired specimen tube. If using a daughter tube, the daughter tube must meet the tube specifications compatible with the NeuMoDx System. The primary tube may also be used on the NeuMoDx System, if compatible and meets tube specifications. For additional details, see the *NeuMoDx™ 288/96 Molecular System Operator's Manual(s)*.

2. Gently vortex the specimen to achieve uniform distribution.

3. Use a transfer pipette to transfer 1-3 mL of specimen to a barcoded specimen tube compatible with the NeuMoDx System. Use a different transfer pipette for each specimen.

4. After ensuring all caps have been removed from the specimen tubes, load the barcoded specimen tubes into the appropriate Specimen Tube Carrier of the NeuMoDx System.

### Test Definition

1. Open the Test Editor Wizard in the NeuMoDx System software under Test Tab in Tools Menu.

2. Follow touchscreen instructions to input all assay specific information.

### NeuMoDx™ Molecular System Operation

1. Populate system carriers as necessary with the following consumables and use the touchscreen to load carrier(s) into the **NeuMoDx™ System**:

    a. 1000 µL Tips

    b. 300 µL Tips

    c. NeuMoDx™ Cartridge

    d. NeuMoDx™ Extraction Plate

    e. NeuMoDx™ LDT MM Test Strip, RNA

    f. NeuMoDx™ Lysis Buffer 3 (**NOTE:** *remove foil seal from troughs prior to loading*)

2. Replace wash and release solutions, and empty the priming waste as necessary.

3. Empty biohazardous waste as necessary, changing gloves before moving on to next step.



**NeuMoDx™ LDT Master Mix Test Strip, RNA**
**INSTRUCTIONS FOR USE**

REF 310100

4. Prepare LDT Primer/Probe Mix:

    a. Dilute primers and probe(s) in 10 mM Tris pH 8.0, water, or 1X TE with low EDTA (0.1 mM EDTA).  The final concentration of the Primer/Probe Mix should be 1X after mixing with 18 µL of eluate in the NeuMoDx LDT Test Strip.

    *Example:* Add 4 µL of 6X Primer/Probe Mix to a well.  Once eluate is added to the well and mixed with the LDT Primer/Probe Mix, there will be 24 µL at 1X Primer/Probe Mix.

    b. NeuMoDx recommends adding between 3 µL and 10 µL of the prepared Primer/Probe Mix per well of the  NeuMoDx LDT Test Strip.

5. Pierce the foil on the NeuMoDx LDT Test Strip for the number of wells necessary for number of specimens to be processed using a clean pipette tip.

6. Carefully dispense the LDT Primer/Probe Mix into the bottom of wells on the empty NeuMoDx LDT Test Strip.   Alternatively, snap the empty NeuMoDx LDT Test Strip into place on the Carrier and then dispense the LDT Primer/Probe Mix.  There is no need to fill all wells, but loading must start from the bottom left well (see figure below for loading order).

Bottom left well.
Start from here
and load upward.



7. Load the NeuMoDx LDT Test Strip prepared with LDT Primer/Probe Mix onto the NeuMoDx System, taking care to first snap it gently into place on the carrier.  Use the touchscreen to map the locations on the NeuMoDx LDT Test Strip that contain LDT Primer/Probe Mix.

8. Load the specimen tube(s) into the appropriate Specimen Tube carrier, and ensure caps are removed from all specimen tubes.

9. Place Specimen Tube carrier on the Autoloader shelf and use the touchscreen to load carrier into the NeuMoDx System.  This will initiate processing of test(s).

**LIMITATIONS**

1. The NeuMoDx LDT Master Mix Test Strip, RNA can only be used on the NeuMoDx System and is not compatible with any other automated molecular diagnostic system. However, these test strips may be used in a manual process on any real-time PCR platform.

2. The performance of the NeuMoDx LDT MM Test Strip, RNA has *only* been validated using a NeuMoDx model viral RNA assay.  The performance characteristics of LDTs using this reagent is unknown and must be validated by the user's laboratory before diagnostic claims can be made.

3. Because detection of most pathogens is dependent on the number of organisms present in the sample, reliable results are dependent on proper specimen collection, handling, and storage.

4. Erroneous test results could occur from improper specimen collection, handling, storage, technical error or sample mix-up.  In addition, false negative results could occur because the number of organisms in the specimen is below the analytical sensitivity of the test.

5. The Sample Process Control (SPC2) can be used as an indicator for system failure and inhibition and should be monitored for each test.  Failure to do so may result in erroneous results.

6. The ability to use SPC2 as a monitor for inhibition needs be validated for each LDT by the lab prior to being used as a control or monitoring tool.

7. If the SPC2 does not amplify and the target result is Negative, a result of Indeterminate or Unresolved will be reported and the test should be repeated.

8. The end user must define and validate proper cut off criteria for each assay that is developed in order to have valid results.

9. Use is limited to personnel trained on the use of the NeuMoDx System.

10. Good laboratory practices, including changing gloves between handling patient specimens, are recommended to avoid contamination of specimens.

# NeuMoDx™ LDT Master Mix Test Strip, RNA
## INSTRUCTIONS FOR USE

REF 310100

## RESULTS

Available results may be viewed or printed from the 'Results' tab in the Results window on the NeuMoDx System touchscreen.

Test results are automatically generated by the NeuMoDx System software.

For quantitative assays, target concentration (Log10 IU/mL) will be reported once a valid calibration has been implemented and a dynamic range has been established on the NeuMoDx System by the laboratory for the LDT.

For qualitative assays, a test result may be reported as Negative, Positive, Indeterminate or Unresolved based on the amplification status of the target and Sample Process Control. The Amplification status is determined based on cutoff parameters for real-time, RT-PCR curve analysis defined in the LDT ADF. Results are reported based on the decision algorithm in Table 1.

**Table 1. NeuMoDx™ LDT MM Test Strip, RNA Test Decision Algorithm**

| Result | Target | Sample Process Control 2 ( SPC2) | System Events |
|---|---|---|---|
| Positive | Amplified | N/A | No relevant errors |
| Negative | Not Amplified | Amplified | No relevant errors |
| Indeterminate | Not Amplified | Not Amplified | Relevant errors |
| Unresolved | Not Amplified | Not Amplified | No relevant errors |

**Quality Control**

Clinical Laboratory Improvement Amendments (CLIA) regulations specify that the laboratory is responsible for implementing control procedures that monitor accuracy and precision of the complete analytical process, and must establish the number, type, and frequency of testing control materials using verified performance specifications for an unmodified, FDA-cleared or approved test system (42 CFR Part 493.1256).

1. External control materials must be validated by the lab for each assay to be performed. This includes the composition of controls, timing/frequency of when to run and decision criteria around whether to invalidate a set of results due to (in)validity of controls. External controls are not provided by NeuMoDx Molecular, Inc.

2. The primers and probe for the detection of Sample Process Control 2 (SPC2) are included in the NeuMoDx LDT MM Test Strip, RNA. Monitoring detection of SPC2 allows the NeuMoDx System to monitor the efficacy of the RNA extraction and PCR amplification processes, and appropriately qualify the results.

**Invalid Results**

If a test performed on the NeuMoDx System does not successfully process, it will be reported as either Indeterminate (IND) or Unresolved (UNR) based on the type of error that occurred.

An IND result will be reported if an instrument/system error is detected during sample processing. In the event an IND result is reported, a retest is required to obtain a valid result.

A UNR result will be reported if no target is detected and there is no amplification of the Sample Process Control, which indicates possible reagent failure or the presence of inhibitors. In the event a UNR result is reported, a retest is required to obtain a valid result.

## PERFORMANCE CHARACTERISTICS

**Method**

Performance characteristics of the NeuMoDx LDT MM Test Strip, RNA were determined by NeuMoDx Molecular, Inc., using a model in-house RNA test to demonstrate the NeuMoDx LDT RNA isolation and detection chemistry from plasma specimens. In-house studies were performed on the NeuMoDx 288 towards determining the analytical sensitivity of the test when used in conjunction with the NeuMoDx LDT MM Test Strip, RNA as well as the efficacy of the extraction process by extracting serial dilutions of the viral target in both matrices to characterize the linearity. Additional testing was then performed to demonstrate equivalent performance using the same model RNA test to demonstrate the NeuMoDx LDT RNA isolation and detection chemistry from plasma specimens on the NeuMoDx 96 Molecular System.

The configurable portion of the Assay Definition File (ADF) determines all of the assay specific functions for a test including volume of sample, RT PCR profile, cut off criteria, result processing algorithms and other functions as described in the Table 2 below.

**Table 2. Assay Definition File Parameters for NeuMoDx™ LDT MM Test Strip, RNA Performance Verification**

| LDT Configurable ADF Parameters | | | | |
|---|---|---|---|---|
| Sample Volume | Ending Fluorescence Start Cycle | Peak Maximum Cycle | | |
| Lysis Duration | Ending Fluorescence End Cycle | Minimum EP | | |
| Ct Calling Algorithm | Fill Check Reporter | | | RT Step |
| Result Processing Algorithm | Fill Check Threshold | Real-time PCR | Inactivation |
| Starting Fluorescence Start Cycle | Target Reporter | | | Cycling (X50) |
| Starting Fluorescence End Cycle | Peak Minimum Cycle | | | |

**NeuMoDx™ LDT Master Mix Test Strip, RNA**

**INSTRUCTIONS FOR USE**

 **REF** 310100

**REFERENCES**

1.  Centers for Disease Control and Prevention. Biosafety in Microbiological and Biomedical Laboratories, 5th edition. HHS Publication No. (CDC) 21-1112, Revised December 2009

2.  Clinical And Laboratory Standards Institute (CLSI). Protection of Laboratory Workers From Occupationally Acquired Infections; Approved Guideline – Fourth Edition. CLSI document M29-A4; May 2014

**TRADEMARKS**

NeuMoDx™ is a trademark of NeuMoDx Molecular, Inc.

TaqMan® is a registered trademark of Roche Molecular Systems, Inc.



# NeuMoDx™ LDT Master Mix Test Strip, RNA
## INSTRUCTIONS FOR USE

**REF** 310100

### SYMBOLS

| SYMBOL | MEANING |
|---|---|
| **Rx only** | Prescription Use Only |
| | Manufacturer |
| **IVD** | *In Vitro* Diagnostic Medical Device |
| EC REP | EC Representative |
| **REF** | Catalog Number |
| **LOT** | Batch Code |
| | Use By |
| | Temperature Limitation |
| | Humidity Limitation |
| | Do Not Reuse |
| **CONTROL** | Control |
| | Contains Sufficient for "n" Tests |
| | Consult Instructions for Use |
| ⚠ | Caution |
| | Biological Risks (Potentially Biohazardous Material) |
| CE | CE Mark |

 NeuMoDx Molecular, Inc.
1250 Eisenhower Place
Ann Arbor, MI 48108, USA
**Contact Number: 1-844-527-0111**

Patent: www.neumodx.com/patents

 Emergo Europe
Prinsessegracht 20
2514 AP The Hauge
The Netherlands

 0086

EXHIBIT 63



# NeuMoDx™ Lysis Buffer 1
## INSTRUCTIONS FOR USE

 **400400**

---

 **400400 NeuMoDx™ Lysis Buffer 1**                                    **Rx only**

 For *In Vitro* Diagnostic Use on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular Systems**

 *For detailed instructions, refer to the NeuMoDx™ 288 Molecular System Operator's Manual; p/n 40600108*
*For detailed instructions, refer to the NeuMoDx™ 96 Molecular System Operator's Manual; p/n 40600317*

## INTENDED USE

**NeuMoDx™ Lysis Buffer 1** is a proprietary buffer used for the efficacious extraction of nucleic acids from unprocessed clinical specimens on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular Systems (NeuMoDx™ System(s))** when used in conjunction with other **NeuMoDx™** reagents such as **NeuMoDx™ Extraction Plate, NeuMoDx™ WASH Solution,** and the **NeuMoDx™ RELEASE Solution,** which are used for all tests processed on the NeuMoDx Systems.  NeuMoDx Lysis Buffer 1 can be used for extraction of viral or bacterial DNA from human plasma and serum samples.

## SUMMARY AND EXPLANATION

NeuMoDx Lysis Buffer 1 is supplied in a disposable buffer trough, which contains at least 80 mL of usable buffer.  NeuMoDx Lysis Buffer 1 contains a proprietary formulation of salts and chaotropic agents to provide efficient lysis of viral and bacterial targets in human plasma or serum specimens.

Use of this buffer to extract nucleic acid from other specimens has not been validated.

## PRINCIPLES OF THE PROCEDURE

The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/removal of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. An aliquot of the unprocessed specimen is mixed with NeuMoDx Lysis Buffer 1 and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres. NeuMoDx Lysis Buffer 1 is especially formulated and optimized for extraction of bacterial or viral DNA in plasma and serum samples, by providing an optimal environment for cell/particle lysis and DNA binding to occur. The stringent formulation of the buffer also inhibits or reduces any nuclease activity present in the sample thereby protecting the viral or bacterial DNA from degradation.

The released nucleic acids are captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the **NeuMoDx™ Cartridge** where the unbound/non-specifically bound components are washed away using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.

The NeuMoDx Systems mix the released nucleic acid with assay specific primers and probe(s) as well as the dried Master Mix contained in a NeuMoDx™ test strip.  The system then dispenses the prepared PCR-ready mixture into the NeuMoDx Cartridge where Real-Time PCR occurs.



## REAGENTS / CONSUMABLES
### *Material Provided*

| REF | Contents | Tests per unit | Tests per carton |
|---|---|---|---|
| 400400 | **NeuMoDx™ Lysis Buffer 1** | ~ 140* | ~ 560* |

*\* tests per unit/carton may vary depending on actual use*

### *NeuMoDx™ Reagents and Consumables Required But Not Provided*

| REF | Contents |
|---|---|
| 100200 | **NeuMoDx™ Extraction Plate** <br> *Dried magnetic affinity microspheres, lytic enzymes, and sample process controls* |
| 400100 | **NeuMoDx™ WASH Solution** |
| 400200 | **NeuMoDx™ RELEASE Solution** |
| 100100 | **NeuMoDx™ Cartridge** |
| 100400 | **NeuMoDx™ LDT Test Strip** *(as applicable)* |
| 210100 <br> 310100 | **NeuMoDx™ LDT Master Mix Test Strip, DNA** *(as applicable), or* <br> **NeuMoDx™ LDT Master Mix Test Strip, RNA** *(as applicable)* |
| 235903 | **Hamilton CO-RE Tips (300 μL) with Filters** (available from NeuMoDx or Hamilton) |
| 235905 | **Hamilton CO-RE Tips (1000 μL) with Filters** (available from NeuMoDx or Hamilton) |

### *Other Equipment and Materials Required But Not Provided*
**NeuMoDx™ 288 Molecular System** [REF 500100] OR **NeuMoDx™ 96 Molecular System** [REF 500200]

---



# NeuMoDx™ Lysis Buffer 1
## INSTRUCTIONS FOR USE

**REF** 400400



## WARNINGS & PRECAUTIONS

- This reagent is for in vitro diagnostic use with NeuMoDx Systems only.
- Do not refrigerate.
- Do not use any reagents after the listed expiration date.
- Do not use if the safety seal is broken or if the packaging is damaged upon arrival.
- Do not use if foil seal is damaged upon arrival or if signs of leakage are present.
- Be sure to remove the foil seal from the trough prior to loading NeuMoDx Lysis Buffer 1 into the carrier for use.
- Ensure that NeuMoDx Lysis Buffer 1 is at room temperature before use on the NeuMoDx System.
- Do not reuse any NeuMoDx consumable or reagent.
- Safety Data Sheets (SDS) are provided for each reagent.
- Always wear clean powder free nitrile gloves when handling specimens or any NeuMoDx reagents or consumables.
- Wash hands thoroughly after performing the test.
- Do not pipette by mouth. Do not smoke, drink, or eat in areas where specimens or kit reagents are being handled.
- Always handle specimens as if they are infectious and in accordance with safe laboratory procedures such as those described in *Biosafety in Microbiological and Biomedical Laboratories* [1] and in CLSI Document M29-A3 [2].
- Dispose of unused reagents and waste in accordance with country, federal, provincial, state and local regulations.



## PRODUCT STORAGE, HANDLING & STABILITY

- NeuMoDx Lysis Buffer 1 is stable in the primary packaging at 18 to 28 °C through the stated expiration date on the immediate product label.
- Do not refrigerate.
- Do not use reagents past the stated expiration date.
- Do not use if product or packaging has been visually compromised.  The presence of some minor precipitation after removal of the foil seal is normal; this will not prevent successful use of NeuMoDx Lysis Buffer 1 on the NeuMoDx System.
- NeuMoDx Lysis Buffer 1 troughs placed on the worktable of the NeuMoDx System are stable for 10 days when operating within the environmental conditions specified in the *NeuMoDx™ 288/96 Molecular System Operator's Manual(s)*.  The NeuMoDx System software will prompt the removal of buffer troughs that have been in-use on the NeuMoDx System for longer than 10 days.

## SPECIMEN COLLECTION, TRANSPORT & STORAGE

Validation of optimal Specimen Shipping Conditions and Specimen Stability should be conducted by the user's laboratory for the sample matrix used for each type of test performed.



## INSTRUCTIONS FOR USE

1. Ensure that NeuMoDx Lysis Buffer 1 is at room temperature before use on the NeuMoDx System.  Invert the container several times to mix the buffer before removal of the foil seal.
2. IMPORTANT!  Prepare NeuMoDx Lysis Buffer 1 trough for use by pulling on the tab of the foil seal to remove it.
3. Some residual buffer on top of the septum cover is expected after removal of the foil seal; this will not impact performance. If buffer is noticeable on either side of the trough, dab the sides gently using a low lint tissue such as a Kimwipe® to absorb prior to placing in the Buffer Trough Carrier.  Do not touch anything to the top surface of the septum cover.
4. To ensure proper orientation when positioning the trough in the Buffer Trough Carrier, the barcode should face to the right in order to be read by the barcode scanner.
5. Place the open trough with foil seal removed in the Buffer Trough Carrier until it "snaps" into place.
6. Load the Buffer Trough Carrier by touching the arrow below the Buffer Trough icon on the NeuMoDx System touchscreen.
7. Upon successful loading of the Buffer Trough Carrier, the NeuMoDx System software should recognize the type of buffer as "Buffer LB01" and the Quantity as "80 mL".
   a. If the Buffer Trough Carrier is loaded correctly, but the NeuMoDx System software recognizes it as an EMPTY POSITION, ensure that the NeuMoDx Lysis Buffer 1 trough is loaded in the proper orientation and the barcode is visible to the barcode scanner.
   b. If the Buffer Trough Carrier is loaded correctly, but the NeuMoDx System software does not recognize it as "Buffer LB01", check to confirm that this is a NeuMoDx Lysis Buffer 1 trough.



# NeuMoDx™ Lysis Buffer 1
## INSTRUCTIONS FOR USE

**REF** 400400

   c.  If the Buffer Trough Carrier is loaded correctly, and the NeuMoDx System software recognizes it as "Buffer LB01", but the quantity is not reported as "80 mL", check to confirm that this is a NEW NeuMoDx Lysis Buffer 1 trough.

## LIMITATIONS

1.  NeuMoDx Lysis Buffer 1 can only be used on the NeuMoDx System and is not compatible with any other automated molecular diagnostic system.

2.  The performance of NeuMoDx Lysis Buffer 1 has **only** been validated using a NeuMoDx model viral DNA Assay in human plasma. The performance characteristics of user developed assays using this reagent is unknown and must be validated by user's laboratory before diagnostic claims can be made.

3.  Because detection of most pathogens is dependent on the number of organisms present in the sample, reliable results are dependent on proper specimen collection, handling, and storage.

4.  Erroneous test results could occur from improper specimen collection, handling, storage, technical error or sample mix-up. In addition, false negative results could occur because the number of organisms in the specimen is below the analytical sensitivity of the test.

5.  Use of this reagent is limited to personnel trained on the use of the NeuMoDx System.

6.  Good laboratory practices, including changing gloves between handling patient specimens, are recommended to avoid contamination of specimens.

## REFERENCES

1.  Centers for Disease Control and Prevention. Biosafety in Microbiological and Biomedical Laboratories, 5th edition. HHS Publication No. (CDC) 21-1112, Revised December 2009

2.  Clinical And Laboratory Standards Institute (CLSI). Protection of Laboratory Workers From Occupationally Acquired Infections; Approved Guideline – Fourth Edition. CLSI document M29-A4; May 2014

## TRADEMARKS

NeuMoDx™ is a trademark of NeuMoDx Molecular, Inc.

TaqMan® is a registered trademark of Roche Molecular Systems, Inc.

Kimwipe® is a registered trademark of Kimberly-Clark Worldwide, Inc.

NeuMoDx Molecular, Inc.

CONFIDENTIAL

Pg. 3 of 4

*P/N 40600106_Rev D*
*October 2018*
For US Distribution Only



# NeuMoDx™ Lysis Buffer 1
## INSTRUCTIONS FOR USE

 **400400**

## SYMBOLS

| SYMBOL | MEANING |
|---|---|
| **Rx only** | Prescription Use Only |
| 🏭 | Manufacturer |
| **IVD** | *In Vitro* Diagnostic Medical Device |
| EC REP | EC Representative |
| **REF** | Catalog Number |
| **LOT** | Batch Code |
| ⧖ | Use By |
| Temperature symbol | Temperature Limitation |
| Humidity symbol | Humidity Limitation |
| Do Not Reuse symbol | Do Not Reuse |
| **CONTROL** | Control |
| Σ (in triangle) | Contains Sufficient for "n" Tests |
| Consult IFU symbol | Consult Instructions for Use |
| ⚠ | Caution |
| ☣ | Biological Risks (Potentially Biohazardous Material) |
| CE | CE Mark |

 NeuMoDx Molecular, Inc.
1250 Eisenhower Place
Ann Arbor, MI 48108, USA
**Contact Number: 1-844-527-0111**

Patent: www.neumodx.com/patents

 Emergo Europe
Prinsessegracht 20
2514 AP The Hauge
The Netherlands

CE

EXHIBIT 64



# NeuMoDx™ Lysis Buffer 2
## INSTRUCTIONS FOR USE

 **400500**

 **400500 NeuMoDx™ Lysis Buffer 2**                                    **Rx only**

 For *In Vitro* Diagnostic Use on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular Systems**

 *For detailed instructions, refer to the NeuMoDx™ 288 Molecular System Operator's Manual; p/n 40600108*
*For detailed instructions, refer to the NeuMoDx™ 96 Molecular System Operator's Manual; p/n 40600317*

## INTENDED USE

**NeuMoDx™ Lysis Buffer 2** is a proprietary buffer used for the efficacious extraction of nucleic acids from unprocessed clinical specimens on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular Systems** (**NeuMoDx™ System(s)**) when used in conjunction with other **NeuMoDx™** reagents such as **NeuMoDx™ Extraction Plate, NeuMoDx™ WASH Solution**, and the **NeuMoDx™ RELEASE Solution**, which are used for all tests processed on the NeuMoDx Systems.  NeuMoDx Lysis Buffer 2 can be used for extraction of bacterial DNA from human urine samples.

## SUMMARY AND EXPLANATION

NeuMoDx Lysis Buffer 2 is supplied in a disposable buffer trough**,** which contains at least 80 mL of usable buffer.  NeuMoDx Lysis Buffer 2 contains a proprietary formulation of salts and chaotropic agents to provide efficient lysis of bacterial targets in human urine specimens.

Use of this buffer to extract nucleic acid from other specimens has not been validated.

## PRINCIPLES OF THE PROCEDURE

The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/removal of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR.  An aliquot of the unprocessed urine specimen is mixed with NeuMoDx Lysis Buffer 2 and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres. NeuMoDx Lysis Buffer 2 is especially formulated and optimized for extraction of bacterial DNA from human urine samples, by providing an optimal environment for cell/particle lysis and DNA binding to occur. The stringent formulation of the buffer also inhibits or reduces any nuclease activity present in the sample thereby protecting the bacterial DNA from degradation.

The released nucleic acids are captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the **NeuMoDx™ Cartridge** where the unbound/non-specifically bound components are washed away using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.

The NeuMoDx Systems mix the released nucleic acid with assay specific primers and probe(s) as well as the dried Master Mix contained in a NeuMoDx™ test strip.  The system then dispenses the prepared PCR-ready mixture into the NeuMoDx Cartridge where Real-Time PCR occurs.



## REAGENTS / CONSUMABLES

### Material Provided

| REF | Contents | Tests per unit | Tests per carton |
|---|---|---|---|
| 400500 | **NeuMoDx™ Lysis Buffer 2** | ~ 140* | ~ 560* |

*\* tests per unit/carton may vary depending on actual use*

### NeuMoDx™ Reagents and Consumables Required But Not Provided

| REF | Contents |
|---|---|
| 100200 | **NeuMoDx™ Extraction Plate**<br>*Dried magnetic affinity microspheres, lytic enzymes, and sample process controls* |
| 400100 | **NeuMoDx™ WASH Solution** |
| 400200 | **NeuMoDx™ RELEASE Solution** |
| 100100 | **NeuMoDx™ Cartridge** |
| 100400 | **NeuMoDx™ LDT Test Strip** *(as applicable)* |
| 210100<br>310100 | **NeuMoDx™ LDT Master Mix Test Strip, DNA** *(as applicable), or*<br>**NeuMoDx™ LDT Master Mix Test Strip, RNA** *(as applicable)* |
| 235903 | **Hamilton CO-RE Tips (300 µL) with Filters** (available from NeuMoDx or Hamilton) |
| 235905 | **Hamilton CO-RE Tips (1000 µL) with Filters** (available from NeuMoDx or Hamilton) |

### Other Equipment and Materials Required But Not Provided
**NeuMoDx™ 288 Molecular System** [REF 500100] OR **NeuMoDx™ 96 Molecular System** [REF 500200]



**NeuMoDx™ Lysis Buffer 2**
**INSTRUCTIONS FOR USE**

 **400500**



## WARNINGS & PRECAUTIONS

- This reagent is for in vitro diagnostic use with NeuMoDx Systems only.
- Do not refrigerate.
- Do not use any reagents after the listed expiration date.
- Do not use if the safety seal is broken or if the packaging is damaged upon arrival.
- Do not use if foil seal is damaged upon arrival or if signs of leakage are present.
- Be sure to remove the foil seal from the trough prior to loading NeuMoDx Lysis Buffer 2 into the carrier for use.
- Ensure that NeuMoDx Lysis Buffer 2 is at room temperature before use on the NeuMoDx System.
- Do not reuse any NeuMoDx consumable or reagent.
- Safety Data Sheets (SDS) are provided for each reagent.
- Always wear clean powder free nitrile gloves when handling specimens or any NeuMoDx reagents or consumables.
- Wash hands thoroughly after performing the test.
- Do not pipette by mouth. Do not smoke, drink, or eat in areas where specimens or kit reagents are being handled.
- Always handle specimens as if they are infectious and in accordance with safe laboratory procedures such as those described in *Biosafety in Microbiological and Biomedical Laboratories* [1] and in CLSI Document M29-A3 [2].
- Dispose of unused reagents and waste in accordance with country, federal, provincial, state and local regulations.

## PRODUCT STORAGE, HANDLING & STABILITY

- NeuMoDx Lysis Buffer 2 is stable in the primary packaging at 18 to 28 °C through the stated expiration date on the immediate product label.
- Do not refrigerate. .
- Do not use reagents past the stated expiration date.
- Do not use if the product or packaging has been visually compromised.  The presence of some minor precipitation after removal of the foil seal is normal; this will not prevent successful use of NeuMoDx Lysis Buffer 2 on the NeuMoDx System.
- NeuMoDx Lysis Buffer 2 troughs placed on the worktable of the NeuMoDx System are stable for 10 days when operating within the environmental conditions specified in the *NeuMoDx™ 288/96 Molecular System Operator's Manual(s)*.  The NeuMoDx System software will prompt the removal of buffer troughs that have been in-use on the NeuMoDx System for longer than 10 days.

## SPECIMEN COLLECTION, TRANSPORT & STORAGE

Validation of optimal Specimen Shipping Conditions and Specimen Stability should be conducted by the user's laboratory for the sample matrix used for each type of test performed.



## INSTRUCTIONS FOR USE

1. Ensure that NeuMoDx Lysis Buffer 2 is at Room temperature before use on the NeuMoDx System.  Invert the trough several times to mix the buffer before removal of the foil seal.

2. IMPORTANT!  Prepare NeuMoDx Lysis Buffer 2 trough for use by pulling on the tab of the foil seal to remove it.

3. Some residual buffer on top of the septum cover is expected after removal of the foil seal; this will not impact performance.
   If buffer is noticeable on either side of the trough, dab the sides gently using a low lint tissue such as a Kimwipe® to absorb prior to placing in the Buffer Trough Carrier.  Do not touch anything to the top surface of the septum cover.

4. To ensure proper orientation when positioning the trough in the Buffer Trough Carrier, the barcode should face to the right to be read by the barcode scanner.

5. Place the open trough, with foil seal removed, in the Buffer Trough Carrier until it "snaps" into place.

6. Load the Buffer Trough Carrier by touching the arrow below the Buffer Trough icon on the NeuMoDx System touchscreen.

7. Upon successful loading of the Buffer Trough Carrier, the NeuMoDx System software should recognize the type of buffer as "Buffer LB02" and the Quantity as "80 mL".

   a. If the Buffer Trough Carrier is loaded correctly, but the NeuMoDx System software recognizes it as an EMPTY POSITION, ensure that the NeuMoDx Lysis Buffer 2 trough is loaded in the proper orientation and the barcode is visible to the barcode scanner.

   b. If the Buffer Trough Carrier is loaded correctly, but the NeuMoDx System software does not recognize it as "Buffer LB02", check to confirm that this is a NeuMoDx Lysis Buffer 2 trough.

   c. If the Buffer Trough Carrier is loaded correctly, and the NeuMoDx System software recognizes it as "Buffer LB02", but the quantity is not reported as "80 mL", check to confirm that this is a NEW NeuMoDx Lysis Buffer 2 trough.

# NeuMoDx™ Lysis Buffer 2
## INSTRUCTIONS FOR USE

 **REF** 400500

### LIMITATIONS

1. The NeuMoDx Lysis Buffer 2 trough can only be used on the NeuMoDx System and is not compatible with any other automated molecular diagnostic system.

2. The performance of NeuMoDx Lysis Buffer 2 has **only** been validated using a NeuMoDx model bacterial DNA Assay. The performance characteristics of user assays using this reagent is unknown and must be validated by your laboratory before diagnostic claims can be made.

3. Because detection of most pathogens is dependent on the number of organisms present in the sample, reliable results are dependent on proper specimen collection, handling, and storage.

4. Erroneous test results could occur from improper specimen collection, handling, storage, technical error or sample mix-up.  In addition, false negative results could occur because the number of organisms in the specimen is below the analytical sensitivity of the test.

5. Use of this reagent is limited to personnel trained on the use of the NeuMoDx System.

6. Good laboratory practices, including changing gloves between handling patient specimens, are recommended to avoid contamination of specimens.

### REFERENCES

1. Centers for Disease Control and Prevention. Biosafety in Microbiological and Biomedical Laboratories, 5th edition. HHS Publication No. (CDC) 21-1112, Revised December 2009

2. Clinical And Laboratory Standards Institute (CLSI). Protection of Laboratory Workers From Occupationally Acquired Infections; Approved Guideline – Fourth Edition. CLSI document M29-A4; May 2014

### TRADEMARKS

NeuMoDx™ is a trademark of NeuMoDx Molecular, Inc.

TaqMan® is a registered trademark of Roche Molecular Systems, Inc.

Kimwipe® is a registered trademark of Kimberly-Clark Worldwide, Inc.

**NeuMoDx™ Lysis Buffer 2**

**INSTRUCTIONS FOR USE**

**REF** 400500

### SYMBOLS

| SYMBOL | MEANING |
|---|---|
| Rx only | Prescription Use Only |
|  | Manufacturer |
| IVD | *In Vitro* Diagnostic Medical Device |
| EC REP | EC Representative |
| REF | Catalog Number |
| LOT | Batch Code |
| ⧖ | Use By |
| 🌡 | Temperature Limitation |
| 🌢% | Humidity Limitation |
| ⊘ | Do Not Reuse |
| CONTROL | Control |
| ∑ | Contains Sufficient for "n" Tests |
| 📖i | Consult Instructions for Use |
| ⚠ | Caution |
| ☣ | Biological Risks (Potentially Biohazardous Material) |
| CE | CE Mark |

 NeuMoDx Molecular, Inc.
1250 Eisenhower Place
Ann Arbor, MI 48108, USA
**Contact Number: 1-844-527-0111**

Patent: www.neumodx.com/patents

 Emergo Europe
Prinsessegracht 20
2514 AP The Hauge
The Netherlands

CE

EXHIBIT 65



# NeuMoDx™ Lysis Buffer 3
## INSTRUCTIONS FOR USE

 **400600**

---

 **400600 NeuMoDx™ Lysis Buffer 3**                                    **Rx only**

  For *In Vitro* Diagnostic Use on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular Systems**

  *For detailed instructions, refer to the NeuMoDx™ 288 Molecular System Operator's Manual; p/n 40600108*
*For detailed instructions, refer to the NeuMoDx™ 96 Molecular System Operator's Manual; p/n 40600317*

## INTENDED USE
The **NeuMoDx™ Lysis Buffer 3** is a proprietary buffer used for the efficacious extraction of nucleic acids from unprocessed clinical specimens on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular Systems** (**NeuMoDx™ System(s)**) when used in conjunction with other **NeuMoDx™** reagents such as **NeuMoDx™ Extraction Plate**, **NeuMoDx™ WASH Solution**, and the **NeuMoDx™ RELEASE Solution**, which are used for all tests processed on the NeuMoDx Systems.   NeuMoDx Lysis Buffer 3 can be used for extraction of viral RNA from human plasma and serum samples.

## SUMMARY AND EXPLANATION
NeuMoDx Lysis Buffer 3 is supplied in a disposable buffer trough, which contains at least 80 mL of usable buffer.  NeuMoDx™ Lysis Buffer 3 contains a proprietary formulation of salts and chaotropic agents to provide efficient lysis of viral targets in human plasma and serum specimens.

Use of this buffer to extract nucleic acid from other specimens has not been validated.

## PRINCIPLES OF THE PROCEDURE
The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/removal of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR.  An aliquot of unprocessed specimen is mixed with NeuMoDx Lysis Buffer 3 and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres. NeuMoDx Lysis Buffer 3 is especially formulated and optimized for extraction of viral RNA from human plasma and serum samples by providing an optimal environment for cell/particle lysis and nucleic acid binding to occur. The stringent formulation of the buffer also inhibits or reduces any nuclease activity present in the sample thereby protecting the viral RNA from degradation.

The released nucleic acids are captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the **NeuMoDx™ Cartridge** where the unbound/non-specifically bound components are washed away using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.

The NeuMoDx Systems mix the released nucleic acid with assay specific primers and probe(s) as well as the dried Master Mix contained in a NeuMoDx™ test strip.  The system then dispenses the prepared PCR-ready mixture into the NeuMoDx Cartridge where Real-Time PCR occurs.



## REAGENTS / CONSUMABLES
*Material Provided*

| REF | Contents | Tests per unit | Tests per carton |
|---|---|---|---|
| 400600 | **NeuMoDx™ Lysis Buffer 3** | ~ 140* | ~ 560* |

*\* tests per unit/carton may vary depending on actual use*

*NeuMoDx™ Reagents and Consumables Required But Not Provided*

| REF | Contents |
|---|---|
| 100200 | **NeuMoDx ™ Extraction Plate**<br>*Dried magnetic affinity microspheres, lytic enzymes, and sample process controls* |
| 400100 | **NeuMoDx ™ WASH Solution** |
| 400200 | **NeuMoDx ™ RELEASE Solution** |
| 100100 | **NeuMoDx™ Cartridge** |
| 100400 | **NeuMoDx™ LDT Test Strip** *(as applicable)* |
| 210100<br>310100 | **NeuMoDx™ LDT Master Mix Test Strip, DNA** *(as applicable), or*<br>**NeuMoDx™ LDT Master Mix Test Strip, RNA** *(as applicable)* |
| 235903 | **Hamilton CO-RE Tips (300 μL) with Filters** (available from NeuMoDx or Hamilton) |
| 235905 | **Hamilton CO-RE Tips (1000 μL) with Filters** (available from NeuMoDx or Hamilton) |

*Other Equipment and Materials Required But Not Provided*
**NeuMoDx™ 288 Molecular System** [REF 500100] OR **NeuMoDx™ 96 Molecular System** [REF 500200]

---



# NeuMoDx™ Lysis Buffer 3
## INSTRUCTIONS FOR USE

 **400600**



## WARNINGS & PRECAUTIONS

- This reagent is for in vitro diagnostic use with NeuMoDx Systems only.
- Do not refrigerate.
- Do not use any reagents after the listed expiration date.
- Do not use if the safety seal is broken or if the packaging is damaged upon arrival.
- Do not use if foil seal is damaged upon arrival or if signs of leakage are present.
- Be sure to remove the foil seal from the trough prior to loading NeuMoDx Lysis Buffer 3 into the carrier for use.
- Ensure that NeuMoDx Lysis Buffer 3 is at room temperature before use on the NeuMoDx System.
- Do not reuse any NeuMoDx consumable or reagent.
- Safety Data Sheets (SDS) are provided for each reagent.
- Always wear clean powder free nitrile gloves when handling specimens or any NeuMoDx reagents or consumables.
- Wash hands thoroughly after performing the test.
- Do not pipette by mouth. Do not smoke, drink, or eat in areas where specimens or kit reagents are being handled.
- Always handle specimens as if they are infectious and in accordance with safe laboratory procedures such as those described in *Biosafety in Microbiological and Biomedical Laboratories* [1] and in CLSI Document M29-A3 [2].
- Dispose of unused reagents and waste in accordance with country, federal, provincial, state and local regulations.



## PRODUCT STORAGE, HANDLING & STABILITY

- NeuMoDx Lysis Buffer 3 is stable in the primary packaging at 18 to 28 °C through the stated expiration date on the immediate product label.
- Do not refrigerate.
- Do not use reagents past the stated expiration date.
- Do not use if the product or packaging has been visually compromised. The presence of some minor precipitation after removal of the foil seal is normal; this will not prevent successful use of NeuMoDx Lysis Buffer 3 on the NeuMoDx System.
- NeuMoDx Lysis Buffer 3 troughs placed on the worktable of the NeuMoDx System are stable for 10 days when operating within the environmental conditions specified in the *NeuMoDx™ 288/96 Molecular System Operator's Manual(s)*.  The NeuMoDx System software will prompt the removal of buffer troughs that have been in-use on the NeuMoDx System for longer than 10 days.

## SPECIMEN COLLECTION, TRANSPORT & STORAGE

Validation of optimal Specimen Shipping Conditions and Specimen Stability should be conducted by the user's laboratory for the sample matrix used for each type of test performed.

## INSTRUCTIONS FOR USE

1. Ensure that NeuMoDx Lysis Buffer 3 is at Room temperature before use on the NeuMoDx System.  Invert the trough several times to mix the buffer before removal of the foil seal.
2. IMPORTANT!  Prepare NeuMoDx Lysis Buffer 3 trough for use by pulling on the tab of the foil seal to remove it.
3. Some residual buffer on top of the septum cover is expected after removal of the foil seal; this will not impact performance. If buffer is noticeable on either side of the trough, dab the sides gently using a low lint tissue such as a Kimwipe® to absorb prior to placing in the Buffer Trough Carrier.  Do not touch anything to the top surface of the septum cover.
4. To ensure proper orientation when positioning the trough in the Buffer Trough Carrier, the barcode should face to the right to be read by the barcode scanner.
5. Place the open trough with foil seal removed in the Buffer Trough Carrier until it "snaps" into place.
6. Load the Buffer Trough Carrier by touching the arrow below the Buffer Trough icon on the NeuMoDx System touchscreen.
7. Upon successful loading of the Buffer Trough Carrier, the NeuMoDx System software should recognize the type of buffer as "Buffer LB03" and the Quantity as "80 mL".
   a. If the Buffer Trough Carrier is loaded correctly, but the NeuMoDx System software recognizes it as an EMPTY POSITION, ensure that the NeuMoDx Lysis Buffer 3 trough is loaded in the proper orientation and the barcode is visible to the barcode scanner.
   b. If the Buffer Trough Carrier is loaded correctly, but the NeuMoDx System software does not recognize it as "Buffer LB03", check to confirm that this is a NeuMoDx Lysis Buffer 3 trough.
   c. If the Buffer Trough Carrier is loaded correctly, and the NeuMoDx System software recognizes it as "Buffer LB03", but the quantity is not reported as "80 mL", check to confirm that this is a NEW NeuMoDx Lysis Buffer 3 trough.



**NeuMoDx™ Lysis Buffer 3**
**INSTRUCTIONS FOR USE**

REF 400600

## LIMITATIONS

1. The NeuMoDx Lysis Buffer 3 trough can only be used on the NeuMoDx System and is not compatible with any other automated molecular diagnostic system.

2. The performance of NeuMoDx Lysis Buffer 3 has *only* been validated using a NeuMoDx model viral RNA Assay in plasma. The performance characteristics of user assays using this reagent is unknown and must be validated by your laboratory before diagnostic claims can be made.

3. Because detection of most pathogens is dependent on the number of organisms present in the sample, reliable results are dependent on proper specimen collection, handling, and storage.

4. Erroneous test results could occur from improper specimen collection, handling, storage, technical error or sample mix-up.  In addition, false negative results could occur because the number of organisms in the specimen is below the analytical sensitivity of the test.

5. Use of this reagent is limited to personnel trained on the use of the NeuMoDx System.

6. Good laboratory practices, including changing gloves between handling patient specimens, are recommended to avoid contamination of specimens.


## REFERENCES

1. Centers for Disease Control and Prevention. Biosafety in Microbiological and Biomedical Laboratories, 5th edition. HHS Publication No. (CDC) 21-1112, Revised December 2009

2. Clinical And Laboratory Standards Institute (CLSI). Protection of Laboratory Workers From Occupationally Acquired Infections; Approved Guideline – Fourth Edition. CLSI document M29-A4; May 2014

## TRADEMARKS

NeuMoDx™ is a trademark of NeuMoDx Molecular, Inc.

TaqMan® is a registered trademark of Roche Molecular Systems, Inc.

Kimwipe® is a registered trademark of Kimberly-Clark Worldwide, Inc.



**NeuMoDx™ Lysis Buffer 3**
**INSTRUCTIONS FOR USE**

**REF** 400600

**SYMBOLS**

| SYMBOL | MEANING |
|---|---|
| **Rx only** | Prescription Use Only |
| | Manufacturer |
| **IVD** | *In Vitro* Diagnostic Medical Device |
| EC REP | EC Representative |
| **REF** | Catalog Number |
| **LOT** | Batch Code |
| | Use By |
| | Temperature Limitation |
| | Humidity Limitation |
| | Do Not Reuse |
| **CONTROL** | Control |
| | Contains Sufficient for "n" Tests |
| | Consult Instructions for Use |
| | Caution |
| | Biological Risks (Potentially Biohazardous Material) |
| **C E** | CE Mark |



NeuMoDx Molecular, Inc.
1250 Eisenhower Place
Ann Arbor, MI 48108, USA
**Contact Number: 1-844-527-0111**

Patent: www.neumodx.com/patents

EC REP

Emergo Europe
Prinsessegracht 20
2514 AP The Hauge
The Netherlands

C E

EXHIBIT 66



# NeuMoDx™ Lysis Buffer 4
## INSTRUCTIONS FOR USE

 **400700**

**REF** **400700 NeuMoDx™ Lysis Buffer 4**                                                    **Rx only**

**IVD** For *In Vitro* Diagnostic Use on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular Systems**

 *For detailed instructions, refer to the NeuMoDx™ 288 Molecular System Operator's Manual; p/n 40600108*
*For detailed instructions, refer to the NeuMoDx™ 96 Molecular System Operator's Manual; p/n 40600317*

## INTENDED USE

The **NeuMoDx™ Lysis Buffer 4** is a proprietary lysis and binding buffer that when used in conjunction with **NeuMoDx™** supplied consumables, **NeuMoDx™ Extraction Plate**, **NeuMoDx™ WASH Solution**, and **NeuMoDx™ RELEASE Solution,** enables the extraction of DNA from Gram-positive bacteria from clinical samples on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular Systems (NeuMoDx™ System(s)).**

## SUMMARY AND EXPLANATION

NeuMoDx Lysis Buffer 4 is supplied in a disposable buffer trough**,** which contains at least 80 mL of usable buffer. NeuMoDx Lysis Buffer 4 contains a proprietary formulation of detergent and buffering agents to provide efficient lysis of Gram-positive bacteria in clinical samples.

Use of this buffer to extract nucleic acid from specimens other than enriched Lim broth or for bacteria other than group B *Streptococcus* (GBS) has not been validated.

## PRINCIPLES OF THE PROCEDURE

The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR.  An aliquot of enriched Lim Broth is mixed with NeuMoDx Lysis Buffer 4 and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres dried in the NeuMoDx Extraction Plate.

The released nucleic acids are captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the **NeuMoDx™ Cartridge** where the unbound/non-specifically bound components are washed away using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.

The NeuMoDx Systems mix the released nucleic acid with assay specific primers and probe(s) as well as the dried Master Mix contained in a NeuMoDx™ test strip.  The system then dispenses the prepared PCR-ready mixture into the NeuMoDx Cartridge where Real-Time PCR occurs.



## REAGENTS / CONSUMABLES

*Material Provided*

| REF | Contents | Tests per unit | Tests per carton |
|-----|----------|----------------|------------------|
| 400700 | **NeuMoDx™ Lysis Buffer 4** | ~ 80* | ~ 560* |

*\* tests per unit/carton may vary depending on actual use*

*NeuMoDx™ Reagents and Consumables Required But Not Provided*

| REF | Contents |
|-----|----------|
| 100200 | **NeuMoDx ™ Extraction Plate** <br> *Dried magnetic affinity microspheres, lytic enzymes, and sample process controls* |
| 400100 | **NeuMoDx ™ WASH Solution** |
| 400200 | **NeuMoDx ™ RELEASE Solution** |
| 100100 | **NeuMoDx™ Cartridge** |
| *various* | **NeuMoDx™ test Strip** *(as applicable)* |
| 235903 | **Hamilton CO-RE Tips (300 µL) with Filters** (available from NeuMoDx or Hamilton) |
| 235905 | **Hamilton CO-RE Tips (1000 µL) with Filters** (available from NeuMoDx or Hamilton) |



# NeuMoDx™ Lysis Buffer 4
## INSTRUCTIONS FOR USE

 **REF** 400700

---

***Other Equipment and Materials Required But Not Provided***

**NeuMoDx™ 288 Molecular System** [REF 500100] OR **NeuMoDx™ 96 Molecular System** [REF 500200]

## WARNINGS & PRECAUTIONS



- This reagent is for in vitro diagnostic use with NeuMoDx Systems only.
- Do not refrigerate.
- Do not use any reagents after the listed expiration date.
- Do not use if the safety seal is broken or if the packaging is damaged upon arrival.
- Do not use if foil seal is damaged upon arrival or if signs of leakage are present.
- Be sure to remove the foil seal from the trough prior to loading NeuMoDx Lysis Buffer 4 into the carrier for use.
- Ensure that NeuMoDx Buffer 4 is at room temperature before use on the NeuMoDx System.
- Do not reuse any NeuMoDx consumable or reagent.
- Safety Data Sheets (SDS) are provided for each reagent.
- Always wear clean powder free nitrile gloves when handling specimens or any NeuMoDx reagents or consumables.
- Wash hands thoroughly after performing the test.
- Do not pipette by mouth. Do not smoke, drink, or eat in areas where specimens or kit reagents are being handled.
- Always handle specimens as if they are infectious and in accordance with safe laboratory procedures such as those described in *Biosafety in Microbiological and Biomedical Laboratories* [1] and in CLSI Document M29-A3 [2].
- Dispose of unused reagents and waste in accordance with country, federal, provincial, state and local regulations.

## PRODUCT STORAGE, HANDLING & STABILITY



- NeuMoDx Lysis Buffer 4 is stable in the primary packaging at 18 to 28 °C through the stated expiration date on the immediate product label.
- Do not refrigerate.
- Do not use reagents past the stated expiration date.
- Do not use if product or packaging has been visually compromised.  The presence of some minor precipitation after removal of the foil seal is normal; this will not prevent successful use of NeuMoDx Lysis Buffer 4 on the NeuMoDx System.
- NeuMoDx Buffer 4 troughs placed on the worktable of the NeuMoDx System are stable for 10 days when operating within the environmental conditions specified in the *NeuMoDx™ 288/96 Molecular System Operator's Manual(s)*.  The NeuMoDx System software will prompt the removal of buffer troughs that have been in-use on the NeuMoDx System for longer than 10 days.

## SPECIMEN COLLECTION, TRANSPORT & STORAGE

Validation of optimal Specimen Shipping Conditions and Specimen Stability should be conducted by the user's laboratory for the sample matrix used for each type of test performed.

## INSTRUCTIONS FOR USE

1. Ensure that NeuMoDx Lysis Buffer 4 is at Room temperature before use on the NeuMoDx System.  Invert the trough several times to mix the buffer before removal of the foil seal.
2. IMPORTANT!  Prepare NeuMoDx Lysis Buffer 4 trough for use by pulling on the tab of the foil seal to remove it.
3. Some residual buffer on top of the septum cover is expected after removal of the foil seal; this will not impact performance.
   If buffer is noticeable on either side of the trough, dab the sides gently using a low lint tissue such as a Kimwipe® to absorb prior to placing in the Buffer Trough Carrier.  Do not touch anything to the top surface of the septum cover.
4. To ensure proper orientation when positioning the trough in the Buffer Trough Carrier, the barcode should face to the right to be read by the barcode scanner.
5. Place the trough with foil seal removed in the Buffer Trough Carrier until it "snaps" into place.
6. Load the Buffer Trough Carrier by touching the arrow below the Buffer Trough icon on the NeuMoDx System touchscreen.
7. Upon successful loading of the Buffer Trough Carrier, the NeuMoDx System software should recognize the type of buffer as "Buffer LB04" and the Quantity as "80 mL".
   a. If the Buffer Trough Carrier is loaded correctly, but the NeuMoDx System software recognizes it as an EMPTY POSITION, ensure that the NeuMoDx Lysis Buffer 4 trough is loaded in the proper orientation and the barcode is visible to the barcode scanner.

---



**NeuMoDx™ Lysis Buffer 4**
**INSTRUCTIONS FOR USE**

REF 400700

b.  If the Buffer Trough Carrier is loaded correctly, but the NeuMoDx System software does not recognize it as "Buffer LB04", check to confirm that this is a NeuMoDx Lysis Buffer 4 trough.

c.  If the Buffer Trough Carrier is loaded correctly, and the NeuMoDx System software recognizes it as "Buffer LB04", but the quantity is not reported as "80 mL", check to confirm that this is a NEW NeuMoDx Lysis Buffer 4 trough.

## LIMITATIONS

1.  NeuMoDx Lysis Buffer 4 can only be used on the NeuMoDx System and is not compatible with any other automated molecular diagnostic system.

2.  The performance of NeuMoDx Lysis Buffer 4 has *only* been validated using the **NeuMoDx™ GBS Test Strip**. The performance characteristics of user assays using this reagent is unknown and must be validated by the user's laboratory before diagnostic claims can be made.

3.  Because detection of most pathogens is dependent on the number of organisms present in the sample, reliable results are dependent on proper specimen collection, handling, and storage.

4.  Erroneous test results could occur from improper specimen collection, handling, storage, technical error or sample mix-up.  In addition, false negative results could occur because the number of organisms in the specimen is below the analytical sensitivity of the test.

5.  Use of this reagent is limited to personnel trained on the use of the NeuMoDx System.

6.  Good laboratory practices, including changing gloves between handling patient specimens, are recommended to avoid contamination of specimens.

## REFERENCES

1.  Centers for Disease Control and Prevention. Biosafety in Microbiological and Biomedical Laboratories, 5th edition. HHS Publication No. (CDC) 21-1112, Revised December 2009

2.  Clinical And Laboratory Standards Institute (CLSI). Protection of Laboratory Workers From Occupationally Acquired Infections; Approved Guideline – Fourth Edition. CLSI document M29-A4; May 2014

## TRADEMARKS

NeuMoDx™ is a trademark of NeuMoDx Molecular, Inc.

TaqMan® is a registered trademark of Roche Molecular Systems, Inc.

Kimwipe® is a registered trademark of Kimberly-Clark Worldwide, Inc.



# NeuMoDx™ Lysis Buffer 4
## INSTRUCTIONS FOR USE

 **REF** 400700

### SYMBOLS

| SYMBOL | MEANING |
|---|---|
| **Rx only** | Prescription Use Only |
| <image of manufacturer symbol> | Manufacturer |
| **IVD** | *In Vitro* Diagnostic Medical Device |
| EC REP | EC Representative |
| **REF** | Catalog Number |
| **LOT** | Batch Code |
| (hourglass symbol) | Use By |
| (temperature limitation symbol) | Temperature Limitation |
| (humidity limitation symbol) | Humidity Limitation |
| (do not reuse symbol) | Do Not Reuse |
| **CONTROL** | Control |
| $\Sigma$ (contains sufficient symbol) | Contains Sufficient for "n" Tests |
| (consult IFU symbol) | Consult Instructions for Use |
| ⚠ | Caution |
| (biohazard symbol) | Biological Risks (Potentially Biohazardous Material) |
| **CE** | CE Mark |

 NeuMoDx Molecular, Inc.
1250 Eisenhower Place
Ann Arbor, MI 48108, USA
**Contact Number: 1-844-527-0111**

Patent: www.neumodx.com/patents

 EC REP    Emergo Europe
Prinsessegracht 20
2514 AP The Hauge
The Netherlands    CE

*P/N 40600103_Rev D*
*October 2018*
For US Distribution Only

EXHIBIT 67



# NeuMoDx™ LDT Master Mix Test Strip, DNA
## INSTRUCTIONS FOR USE

**REF**  210100

 **REF**  210100 NeuMoDx™ LDT Master Mix Test Strip, DNA                                  **Rx only**

 **IVD**  For use only as a laboratory developed test implemented on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular Systems**


*For detailed instructions, refer to the NeuMoDx™ 288 Molecular System Operator's Manual; p/n 40600108*
*For detailed instructions, refer to the NeuMoDx™ 96 Molecular System Operator's Manual; p/n 40600317*
*LDT instructions are available in the NeuMoDx™ Laboratory Developed Test (LDT) Supplement; p/n 40600250*

## INTENDED USE
The **NeuMoDx™ LDT Master Mix Test Strip, DNA (NeuMoDx™ LDT MM Test Strip, DNA)** is a 16-well strip that contains a proprietary, room temperature stable, real-time PCR master mix reagent that when used in conjunction with assay specific primers and probe(s) enables a laboratory to rapidly develop and implement laboratory developed tests (LDTs) on the **NeuMoDx™ 288** and **NeuMoDx™ 96 Molecular System (NeuMoDx™ System(s))**. Other than the LDT specific primers and probe(s), the NeuMoDx LDT MM Test Strip, DNA incorporates all the reagents required for real-time PCR. Once validated by the user's laboratory as part of the LDT, this reagent can be used as a key component for rapid automation of the LDT.

## SUMMARY AND EXPLANATION
Laboratory developed tests incorporating the NeuMoDx LDT MM Test Strip, DNA and implemented on the NeuMoDx System offer clinical laboratories a simple, efficient, and straightforward way to rapidly integrate LDTs for sample to result operation.  The NeuMoDx System incorporates extraction, purification, quantification, and results interpretation.  The System provides the opportunity to combine a universal nucleic acid isolation process with the use of the NeuMoDx LDT MM Test Strip, DNA and general-purpose real-time PCR reagents, to deliver highly accurate results for LDTs from unprocessed clinical samples.  The user simply provides assay specific primers and probe(s) on a separate empty **NeuMoDx™ LDT Test Strip** [REF 100400] and defines the desired real-time PCR thermal profile.  Once the clinical specimens and assay-specific reagents are properly loaded on the NeuMoDx System, the System will automatically start processing the samples.

## PRINCIPLES OF THE PROCEDURE
The **NeuMoDx Systems** use a combination of heat, lytic enzymes, and extraction reagents to perform cell lysis, DNA extraction and inactivation/removal of inhibitors from unprocessed clinical specimens prior to presenting the extracted DNA for detection by real-time PCR.
Upon lysis, the released nucleic acids are captured by magnetic affinity microspheres. The microspheres, with the bound nucleic acids, are then loaded into the **NeuMoDx™ Cartridge** where the bound non-specifically bound components are washed away using the **NeuMoDx™ WASH Solution** and the bound DNA is eluted using **NeuMoDx™ RELEASE Solution**.  The NeuMoDx System mixes the released DNA with the user provided LDT primers and probe(s) and then uses an aliquot of this solution to rehydrate the dried assay reagents in the NeuMoDx LDT MM Test Strip, DNA, which contains all the reagents necessary to perform a real-time PCR- specifically Taq DNA polymerase, dNTPS, MgCl2 and other optimized excipients and buffering agents.  These dried assay reagents also contain the components required to amplify a section of the Sample Process Control 1 (SPC1) sequence to enable simultaneous amplification and detection of both target and control DNA sequences. The dried assay reagents in the NeuMoDx LDT MM Test Strip, DNA do not contain any LDT specific primers or probes (assay specific reagents) other than the SPC1 primers and probe; the assay specific reagents must be added by the user to the NeuMoDx LDT Test Strip.  Upon mixing with the user-provided primers & probe(s) and reconstitution of the dried PCR reagents, the NeuMoDx System dispenses the prepared real-time-PCR-ready mixture into the NeuMoDx Cartridge.  Amplification and detection of the control and target (if present) DNA sequences occur in the PCR chamber of the cartridge. The chamber and the cartridge are designed to contain the amplicon following real-time-PCR and essentially eliminate contamination risk post-amplification.



Figure 1.  Mechanism of action of TaqMan® chemistry

Once the PCR chamber is loaded by the NeuMoDx System with the reagents, real-time PCR occurs.  The amplified targets are detected in real time using hydrolysis probe chemistry (commonly referred to as TaqMan® chemistry) using fluorogenic oligonucleotide probe molecules specific to the amplicons for their respective targets.

TaqMan® probes consist of a fluorophore covalently attached to the 5'-end of the oligonucleotide probe and a quencher at the 3'-end (Figure 1). While the probe is intact, the fluorophore and the quencher are in proximity, resulting in the quencher molecule extinguishing the fluorescence emitted by the fluorophore via FRET (Förster Resonance Energy Transfer).

TaqMan® probes are designed to anneal within a target region amplified by a specific set of primers. As the Taq polymerase extends the primer and synthesizes the new strand, the 5' to 3' exonuclease activity of the Taq polymerase degrades the probe that has annealed to the template. Degradation of the probe releases the fluorophore and breaks the close proximity to the quencher, thereby removing the quenching effect due to FRET and allowing fluorescence of the fluorophore. The resulting fluorescence signal detected in the quantitative PCR thermal cycler is directly proportional to the fluorophore released and can be correlated to the amount of target DNA present in PCR.

For detection of the Sample Process Control, the TaqMan® probe is labeled with a fluorescent dye (Excitation: 535 nm & Emission: 556 nm) at the 5' end, and a dark quencher at the 3' end.



# NeuMoDx™ LDT Master Mix Test Strip, DNA
## INSTRUCTIONS FOR USE



**REF** 210100

---

The NeuMoDx System monitors the fluorescent signal emitted by the TaqMan® probes at the end of each amplification cycle. When amplification is complete, the NeuMoDx System software presents the amplification curves of each sample for analysis by end user.



## REAGENTS / CONSUMABLES

### Material Provided

| REF | Contents | Tests per unit | Tests per carton |
|---|---|---|---|
| 210100 | **NeuMoDx™ LDT Master Mix Test Strip, DNA**<br>*Dried real-time-PCR reagents containing Sample Process Control 1 specific TaqMan® probe and primers.* | 16 | 96 |

### NeuMoDx Reagents and Consumables Required But Not Provided

| REF | Contents |
|---|---|
| 100200 | **NeuMoDx™ Extraction Plate**<br>*Dried magnetic affinity microspheres, lytic enzymes, and sample process controls* |
| 400400, 400500<br>400600, 400700 | **NeuMoDx™ Lysis Buffer 1, 2, 3** and/or **4** |
| 400100 | **NeuMoDx™ WASH Solution** |
| 400200 | **NeuMoDx™ RELEASE Solution** |
| 100100 | **NeuMoDx™ Cartridge** |
| 100400 | **NeuMoDx™ LDT Test Strip** |
| 235903 | **Hamilton CO-RE Tips (300 µL) with Filters** (available from NeuMoDx or Hamilton) |
| 235905 | **Hamilton CO-RE Tips (1000 µL) with Filters** (available from NeuMoDx or Hamilton) |

### Other Equipment and Materials Required But Not Provided
**NeuMoDx™ 288 Molecular System** [REF 500100] OR **NeuMoDx™ 96 Molecular System** [REF 500200]
10 mM Tris-HCl pH 8.0, RNase/DNase Free Water, or TE Low EDTA (0.1 mM)
LDT Primers and Probe(s)



## WARNINGS & PRECAUTIONS



- This test is for in vitro diagnostic use with NeuMoDx Systems only.
- Do not use the reagents after the listed expiration date.
- Do not use any reagents if the safety seal is broken or if the packaging is damaged upon arrival.
- Do not use reagents if the protective pouch is open or broken upon arrival.
- Do not reuse any NeuMoDx consumable or reagent.
- Minimum specimen volume is 1 mL; volume less than 1 mL may result in an instrument error.
- Avoid microbial and deoxyribonuclease (DNase) contamination of reagents at all times. The use of sterile RNase/DNase-free disposable transferring pipettes is recommended. Use a new pipette for each specimen.
- The use of sterile RNase/DNase-free, filtered disposable pipette tips is recommended for dispensing LDT reagents. Use a new tip for each set of primers and probe(s).
- To avoid contamination, do not handle or break apart a NeuMoDx Cartridge post-amplification. Do not retrieve post-amplification cartridges from the biohazardous waste under any circumstances. The NeuMoDx Cartridge is designed to prevent contamination.
- In cases where open-tube PCR tests are also conducted by the laboratory, care must be taken to ensure that the reagents required for testing and the NeuMoDx System are not contaminated.
- Clean, powder-free, nitrile gloves should be worn when handling NeuMoDx reagents and consumables. Care should be taken not to touch the foil seal surface of a NeuMoDx LDT Test Strip or a NeuMoDx Extraction Plate; handling of the products should be done by touching side surfaces only.
- Care should be taken to not touch the top surface when handling any NeuMoDx Cartridge.
- Safety Data Sheets (SDS) are provided for each reagent.
- Always wear clean powder free nitrile gloves when handling specimens or any NeuMoDx reagents or consumables.
- Wash hands thoroughly after performing the test.

---



## NeuMoDx™ LDT Master Mix Test Strip, DNA
## INSTRUCTIONS FOR USE

 **210100**

- Do not pipette by mouth. Do not smoke, drink, or eat in areas where specimens or kit reagents are being handled.
- Always handle specimens as if they are infectious and in accordance with safe laboratory procedures such as those described in *Biosafety in Microbiological and Biomedical Laboratories* [1] and in CLSI Document M29-A3 [2].
- Dispose of unused reagents and waste in accordance with country, federal, provincial, state and local regulations.



### PRODUCT STORAGE, HANDLING & STABILITY

- The NeuMoDx LDT Master Mix Test Strip, DNA is stable in the primary packaging at 18 to 28 °C through the stated expiration date on the immediate product label.
- Do not use reagents past the stated expiration date.
- Do not use if product or packaging has been visually compromised.
- A NeuMoDx LDT MM Test Strip, DNA placed on the worktable of the NeuMoDx System is stable for 10 days when operating within the environmental conditions specified in the *NeuMoDx™ 288/96 Molecular System Operator's Manual(s)*. The NeuMoDx System software will prompt the removal of test strips that have been in-use for longer than 10 days.
- In-use stability for LDT primers and probe(s) dispensed into the NeuMoDx LDT Test Strip requires validation by the user's laboratory.

### SPECIMEN COLLECTION, TRANSPORT & STORAGE

Validation of optimal Specimen Shipping Conditions and Specimen Stability should be conducted by the user's laboratory for the sample matrix used for each type of test performed.



### INSTRUCTIONS FOR USE

#### Sample Preparation

1. Apply a specimen barcode label to the desired specimen tube.  If using a daughter tube, the daughter tube must meet the tube specifications compatible with the NeuMoDx System.  The primary tube may also be used on the NeuMoDx System, if compatible and meets tube specifications.  For additional details, see the *NeuMoDx 288/96 Molecular System Operator's Manual(s)*.

2. Gently vortex the specimen to achieve uniform distribution.

3. Use a transfer pipette to transfer 1-3 mL of specimen to a barcoded specimen tube compatible with the NeuMoDx System. Use a different transfer pipette for each specimen.

4. After ensuring all caps have been removed from the specimen tubes, load the barcoded specimen tubes into the appropriate Specimen Tube Carrier of the NeuMoDx System.

#### Test Definition

1. Open the Test Editor Wizard in the NeuMoDx System software under Test Tab in Tools Menu.

2. Follow touchscreen instructions to input all assay specific information.

#### NeuMoDx System Operation

1. Populate system carriers as necessary with the following consumables and use the touchscreen to load carrier(s) into the NeuMoDx System:

   a. 1000 µL Tips

   b. 300 µL Tips

   c. NeuMoDx Cartridge

   d. NeuMoDx Extraction Plate

   e. NeuMoDx LDT MM Test Strip, DNA

   f. Relevant NeuMoDx lysis buffer (**NOTE:** *remove foil seal from troughs prior to loading*)

2. Replace wash and release solutions, and empty the priming waste as necessary.

3. Empty biohazardous waste as necessary, changing gloves before moving on to next step.



**NeuMoDx™ LDT Master Mix Test Strip, DNA**
**INSTRUCTIONS FOR USE**

REF   210100

4.  Prepare LDT Primer/Probe Mix:

  a.  Dilute primers and probe(s) in 10 mM Tris pH 8.0, water, or 1X TE with low EDTA (0.1 mM EDTA).  The final concentration of the Primer/Probe Mix should be 1X after mixing with 18 µL of eluate in the NeuMoDx LDT Test Strip.

  *Example:* Add 4 µL of 6X Primer/Probe Mix to a well.  Once eluate is added to the well and mixed with the LDT Primer/Probe Mix, there will be 24 µL at 1X Primer/Probe Mix.

  b.  NeuMoDx recommends adding between 3 µL and 10 µL of the prepared Primer/Probe Mix per well of the NeuMoDx LDT Test Strip.

5.  Pierce the foil on the NeuMoDx LDT Test Strip for the number of wells necessary for number of specimens to be processed using a clean pipette tip.

6.  Carefully dispense the LDT Primer/Probe Mix into the bottom of wells on the empty NeuMoDx LDT Test Strip.   Alternatively, snap the empty NeuMoDx LDT Test Strip into place on the Carrier and then dispense the LDT Primer/Probe Mix.  There is no need to fill all wells, but loading must start from the bottom left well (see figure below for loading order).



Bottom left well. Start from here and load upward.

7.  Load the NeuMoDx LDT Test Strip prepared with LDT Primer/Probe Mix onto the NeuMoDx System, taking care to first snap it gently into place on the carrier.  Use the touchscreen to map the locations on the NeuMoDx LDT Test Strip that contain LDT Primer/Probe Mix.

8.  Insert the specimen tube(s) into the appropriate Specimen Tube carrier, and ensure caps are removed from all specimen tubes.

9.  Place Specimen Tube carrier on the Autoloader shelf and use the touchscreen to load carrier into the NeuMoDx System.  This will initiate processing of test(s).

**LIMITATIONS**

1.  The NeuMoDx LDT Master Mix Test Strip, DNA can only be used on the NeuMoDx System and is not compatible with any other automated molecular diagnostic system. However, these test strips may be used in a manual process on any real-time PCR platform.

2.  The performance of the NeuMoDx LDT MM Test Strip, DNA has *only* been validated using NeuMoDx model assays for bacteria DNA detection in urine and viral DNA detection in plasma. The performance characteristics of LDTs using this reagent is unknown and must be validated by the user's laboratory before diagnostic claims can be made.

3.  Because detection of most pathogens is dependent on the number of organisms present in the sample, reliable results are dependent on proper specimen collection, handling, and storage.

4.  Erroneous test results could occur from improper specimen collection, handling, storage, technical error or sample mix-up.  In addition, false negative results could occur because the number of organisms in the specimen is below the analytical sensitivity of the test.

5.  The Sample Process Control (SPC1) can be used as an indicator for system failure and inhibition and should be monitored for each test. Failure to do so may result in erroneous results.

6.  The ability to use SPC1 as a monitor for inhibition needs be validated for each LDT by the lab prior to being used as a control or monitoring tool.

7.  If the SPC1 does not amplify and the target result is Negative, a result of Indeterminate or Unresolved will be reported and the test should be repeated.

8.  The end user must define and validate proper cut off criteria for each assay that is developed in order to have valid results.

9.  Use is limited to personnel trained on the use of the NeuMoDx System.

10.  Good laboratory practices, including changing gloves between handling patient specimens, are recommended to avoid contamination of specimens.



# NeuMoDx™ LDT Master Mix Test Strip, DNA
## INSTRUCTIONS FOR USE

**REF** 210100

## RESULTS

Available results may be viewed or printed from the 'Results' tab in the Results window on the NeuMoDx System touchscreen.

Test results are automatically generated by the NeuMoDx System software.

For quantitative assays, target concentration (Log10 IU/mL) will be reported once a valid calibration has been implemented and a dynamic range has been established on the NeuMoDx System by the laboratory for the LDT.

For qualitative assays, a test result may be reported as Negative, Positive, Indeterminate or Unresolved based on the amplification status of the target and Sample Process Control. The Amplification status is determined based on cutoff parameters for real-time PCR curve analysis defined in the LDT ADF.  Results are reported based on the decision algorithm in Table 1.

**Table 1. NeuMoDx™ LDT MM Test Strip, DNA Test Decision Algorithm**

| Result | Target | Sample Process Control 1 (SPC1) | System Events |
|---|---|---|---|
| Positive | Amplified | N/A | No relevant errors |
| Negative | Not Amplified | Amplified | No relevant errors |
| Indeterminate | Not Amplified | Not Amplified | Relevant errors |
| Unresolved | Not Amplified | Not Amplified | No relevant errors |

### Quality Control

Clinical Laboratory Improvement Amendments (CLIA) regulations specify that the laboratory is responsible for implementing control procedures that monitor accuracy and precision of the complete analytical process, and must establish the number, type, and frequency of testing control materials using verified performance specifications for an unmodified, FDA-cleared or approved test system (42 CFR Part 493.1256).

1. External control materials must be validated by the lab for each assay to be performed. This includes the composition of controls, timing/frequency of when to run and decision criteria around whether to invalidate a set of results due to (in)validity of controls.  External controls are not provided by NeuMoDx Molecular, Inc.

2. The primers and probe for the detection of Sample Process Control 1 (SPC1) are included in the NeuMoDx LDT MM Test Strip, DNA. Monitoring detection of SPC1 allows the NeuMoDx System to monitor the efficacy of the DNA extraction and PCR amplification processes, and appropriately qualify the results.

### Invalid Results

If a test performed on the NeuMoDx System does not successfully process, it will be reported as either Indeterminate (IND) or Unresolved (UNR) based on the type of error that occurred.

An IND result will be reported if an instrument/system error is detected during sample processing.  In the event an Indeterminate (IND) result is reported, a retest is recommended to obtain a valid result.

A UNR result will be reported if no target is detected and there is no amplification of the sample processing control, which indicates possible reagent failure or the presence of inhibitors.  In the event a UNR result is reported, a retest is recommended to obtain a valid result.

## PERFORMANCE CHARACTERISTICS

### Method

Performance characteristics of the NeuMoDx LDT MM Test Strip, DNA were determined by NeuMoDx Molecular, Inc., using a model in-house DNA test to demonstrate the NeuMoDx LDT DNA isolation and detection chemistry from plasma and urine specimens. In-house studies were performed on the NeuMoDx 288 towards determining the analytical sensitivity of the test when used in conjunction with the NeuMoDx LDT MM Test Strip, DNA as well as the efficacy of the extraction process by extracting serial dilutions of the viral target in both matrices to characterize the linearity.  Additional testing was then performed to demonstrate equivalent performance using the same model DNA test to demonstrate the NeuMoDx LDT DNA isolation and detection chemistry from plasma and urine specimens on the NeuMoDx 96 Molecular System.

The configurable portion of the Assay Definition File (ADF) determines all of the assay specific functions for a test including volume of sample, Real-Time PCR profile, cut off criteria, result processing algorithms and other functions as described in Table 2 below.

**Table 2. NeuMoDx LDT Configurable Assay Definition File Parameters**

| LDT Configurable ADF Parameters | | | |
|---|---|---|---|
| Sample Volume | Ending Fluorescence Start Cycle | Peak Maximum Cycle | |
| Lysis Duration | Ending Fluorescence End Cycle | Minimum EP | |
| Ct Calling Algorithm | Fill Check Reporter | Real-time PCR | Activation |
| Result Processing Algorithm | Fill Check Threshold | | Cool Down |
| Starting Fluorescence Start Cycle | Target Reporter | | Cycling (X45) |
| Starting Fluorescence End Cycle | Peak Minimum Cycle | | |

**NeuMoDx™ LDT Master Mix Test Strip, DNA**

**INSTRUCTIONS FOR USE**

**REF** 210100

**REFERENCES**

1. Centers for Disease Control and Prevention. Biosafety in Microbiological and Biomedical Laboratories, 5th edition. HHS Publication No. (CDC) 21-1112, Revised December 2009

2. Clinical And Laboratory Standards Institute (CLSI). Protection of Laboratory Workers From Occupationally Acquired Infections; Approved Guideline – Fourth Edition. CLSI document M29-A4; May 2014

**TRADEMARKS**

NeuMoDx™ is a trademark of NeuMoDx Molecular, Inc.

TaqMan® is a registered trademark of Roche Molecular Systems, Inc.

**NeuMoDx™ LDT Master Mix Test Strip, DNA**
**INSTRUCTIONS FOR USE**

**REF** 210100



**SYMBOLS**

| SYMBOL | MEANING |
|---|---|
| **Rx only** | Prescription Use Only |
| 🏭 | Manufacturer |
| **IVD** | *In Vitro* Diagnostic Medical Device |
| EC REP | EC Representative |
| **REF** | Catalog Number |
| **LOT** | Batch Code |
| ⌛ | Use By |
| 🌡 | Temperature Limitation |
| %  | Humidity Limitation |
| ② | Do Not Reuse |
| **CONTROL** | Control |
| ∑ | Contains Sufficient for "n" Tests |
| 📖 | Consult Instructions for Use |
| ⚠ | Caution |
| ☣ | Biological Risks (Potentially Biohazardous Material) |
| CE | CE Mark |


NeuMoDx Molecular, Inc.
1250 Eisenhower Place
Ann Arbor, MI 48108, USA
**Contact Number: 1-844-527-0111**

Patent: www.neumodx.com/patents

EC REP
Emergo Europe
Prinsessegracht 20
2514 AP The Hauge
The Netherlands

CE

NeuMoDx Molecular, Inc.     CONFIDENTIAL     *P/N 40600145_Rev D*
*October 2018*
Pg. 7 of 7     For US Distribution Only

EXHIBIT 68



# SAFETY DATA SHEET

 **400400**

| SECTION 1.  Identification |
|---|

| 1.1 | **Product Name** | NeuMoDx™ Lysis Buffer 1 |
| | **Product Code** | 400400 |
| 1.2. | **Relevant identified use** | For *In Vitro* Diagnostic Use |
| 1.3 | **Manufacturer** | **NeuMoDx Molecular Inc.** |
| | | 1250 Eisenhower Pl |
| | | Ann Arbor, MI 48108, USA |
| | | www.neumodx.com |
| | | info@neumodx.com |
| | **Telephone (General)** | 1-844-527-0111 |
| 1.4 | **Distributor** | **QIAGEN GmbH** |
| | | **QIAGEN Str. 1,** |
| | | **40724 Hilden** |
| | | **Germany** |
| | | **Technical Support** call 00800-22-44-6000 |
| | | www.qiagen.com/Support |

1.5   EMERGENCY TELEPHONE NUMBER:

**US 24-HR Emergency Exposure** 1-800-222-1222
American Association of Poison Control Centres

**Outside USA**          **Technical Support** call 00800-22-44-6000

| SECTION 2.  Hazards Identification |
|---|

**EU/EEC**
**According to: Regulation (EC) No 1272/2008 (CLP)/REACH 1907/2006 [amended by 453/2010]**

**2.1.   Classification of the substance or mixture:**
Skin irritation (Category 2), H315
Eye Irritation (Category 2A), H319

**2.2   Label Elements**

**GHS Label Elements**: The product is classified and labeled according to the Globally Harmonized System (GHS).

**Hazard pictogram**



**GHS07**



# SAFETY DATA SHEET

 **400400**

**Signal word:** Warning

**Hazard-determining components of labeling:**
Guanidine hydrochloride

**Hazard statements**
| | |
|---|---|
| H315 | Causes skin irritation. |
| H319 | Causes serious eye irritation. |

**Precautionary statements:**
| | |
|---|---|
| P264 | Wash hands thoroughly after handling. |
| P280 | Wear protective gloves/protective clothing/eye protection/face protection. |
| P305+P351+P338 | IF IN EYES: Rinse cautiously with water for several minutes. Remove contact lenses, if present and easy to do. Continue rinsing |
| P337 + P313 | If eye irritation persists: Get medical advice/attention |

**Other Hazards**
Hazards not otherwise classified (HNOC) or not covered by GHS – none.

**2.3    Other Information**
All other reagents within this buffer are not considered hazardous under US hazard communication regulations (29 CFR 1910.1200), EU directives for classification and labeling of substances or mixtures or the Global Harmonization System for classification and labeling of substances or mixtures.

---

**SECTION 3.  Composition/Information on Hazardous Ingredients**

**3.1    Substances**
Material does not meet the criteria of a substance.

**3.2    Mixtures**
**Chemical Characterization**: Mixture of a chemical and/or biological substances for *in vitro* diagnostic use.

| Composition (Hazardous Components Only) | | | |
|---|---|---|---|
| **Name** | **Identifiers** | **%** | **GHS-US classification** |
| Guanidine hydrochloride | CAS Number: 50-01-1 | < 50% | Skin Irritation. 2; Eye Irritation. 2A |
| Maleic acid | CAS Number: 110-16-7 | <1% | Not a hazardous substance or mixture at this concentration. |
| Sodium azide | CAS Number: 26628-22-8 | < 0.1% | Not a hazardous substance or mixture at this concentration. |



# SAFETY DATA SHEET

 **REF** 400400

---

**SECTION 4.  First Aid Measures**

**4.1    Description of first aid measures:**

**General advice**
Consult a physician.  Show this safety data sheet to the doctor in attendance.

**After Inhalation**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Move exposed personnel to fresh air.  Administer oxygen if breathing is difficult. Keep patient warm.  Consult doctor if symptoms persist.

**After skin contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Take off any clothing that the product touched.  Rinse skin with running water for 15 to 20 minutes.  Seek medical attention if irritation or signs of toxicity occur.

**After eye contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended. In case of contact with substance, immediately flush eyes with running water for at least 20 minutes.  If eye irritation persists, seek medical attention.

**After swallowing**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Rinse mouth with water.  If irritation or signs of toxicity occur, seek medical attention.

**4.2    Most important symptoms and effects, both acute and delayed**
Causes skin irritation. Causes serious eye irritation.

**4.3    Indication of any immediate medical attention and special treatment needed**
Notes for the doctor:  All treatments should be based on observed signs and symptoms of distress in the patient.  Consideration should be given to the possibility that overexposure to materials other than this product may have occurred.

---

**SECTION 5.  Firefighting Measures**

**5.1    Extinguishing media**
*Suitable extinguishing media*

Use alcohol resistant foam, carbon dioxide, water, or dry chemical spray. Use water spray to cool fire-exposed containers.

**5.2    Special hazards arising from the substance or mixture**
*Hazardous combustion products:*

The product is non-reactive under normal conditions of use, storage, and transport.

---

 **SAFETY DATA SHEET**  **REF** 400400

**5.3    Advice for fire-fighters**

As in any fire, wear self-contained breathing apparatus pressure demand (NIOSH approved or equivalent), and full protective gear to prevent contact with skin and eyes.

---

**SECTION 6.  Accidental Release Measures**

**6.1    Personal precautions, protective equipment, and emergency procedures**

Wear protective equipment. Avoid breathing vapors and provide adequate ventilation. Keep unprotected personnel away.

**6.2    Environmental precautions**

Prevent further leakage or spillage if safe to do so.  Take steps to avoid release into the environment.

**6.3    Methods and material for containment and clean-up**

Contain spill and collect, as appropriate. Transfer to a chemical waste container or soak up with inert absorbent material and dispose of in accordance with local regulations.

---

**SECTION 7.  Handling and Storage**

**7.1    Precautions for safe handling**

Ensure good ventilation in the workplace.  Avoid contact with skin and eyes.  Avoid formation of aerosols.  Wear personal protective equipment.  Wash contaminated clothing before reuse.  Do not eat, drink, or smoke when using this product.  Always wash hands after handling the product.

**7.2    Precautions for storage**

Keep in a well-ventilated place.  Store at room temperature.

---

**SECTION 8.  Exposure Controls/Personal Protection**

**8.1    Occupational Exposure Limits**

| Chemical Name | Limit | Control Parameters | Basis |
|---|---|---|---|
| Guanidine Hydrochloride | Not available | Not available | USA.  Occupational Exposure Limits (OSHA).  Table Z-1 limits for air contaminants. |
| Maleic Acid | Not available | Not available | USA.  Occupational Exposure Limits (OSHA).  Table Z-1 limits for air contaminants. |
| Sodium Azide* | ceiling | 0.30mg/m$^3$ | ACGIH (1986/Ex. 1-3) |

*no OSHA PEL formally established



# SAFETY DATA SHEET

 **REF** 400400

**8.2 Engineering measures**

Ensure adequate ventilation, especially in confined areas. Handle in accordance with good industrial hygiene and safety practice. Wash hands before breaks and at the end of the workday.

**8.3 Personal protective equipment (PPE)**

Personal protective equipment requirement is dependent on the user institution's risk assessment and are specific to the risk assessment for each laboratory where this material may be used.

**Respiratory protection**

In case of insufficient ventilation, wear suitable respiratory equipment. Not required under normal conditions of use.

**Hand protection**

Impervious gloves

**Eye protection**

Safety glasses with side shields

**Skin and body protection**

Wear suitable protective clothing.

**Hygiene measures**

Handle in accordance with good industrial hygiene and safety practice. Wash hands after using.

**8.4 Environmental Exposure Controls**

Prevent further leakage or spillage if safe to do so. Do not flush into surface water or sanitary sewer system.

---

**SECTION 9. Physical and Chemical Properties**

**9.1 General Information**

| | |
|---|---|
| **Form:** | Liquid |
| **Color:** | Clear, with a slightly yellow tinge |
| **Odor:** | odorless |
| **Odor Threshold:** | Not determined |
| **pH Value at 20°C (68°F):** | $4.45 - 4.9$ |
| **Melting point/melting range:** | Not determined |
| **Freezing point:** | Not determined |
| **Boiling point/boiling range:** | Not determined |
| **Flash point:** | Not applicable |
| **Flammability (solid, gaseous):** | Not applicable |
| **Evaporation rate:** | Not determined |
| **Auto-igniting:** | Product is not self-igniting |
| **Danger of explosion:** | Product does not present an explosion hazard |
| **Explosion limits:** | |



# SAFETY DATA SHEET

 **REF**  400400

| | |
|---|---|
| **Lower** | Not determined |
| **Upper** | Not determined |
| **Density at 20°C:** | Not determined |
| **Vapor Pressure:** | Not determined |
| **Vapor Density:** | Not determined |
| **Partition coefficient: n-octanol/water:** | Not determined |
| **Decomposition Temperature:** | Not determined |
| **Viscosity:** | Not determined |
| **Solubility in/Miscibility with:** | |
| **Water** | Not determined |
| **Dynamic** | Not determined |

**9.2     Other Information**
No additional information available.

## SECTION 10.  Stability and Reactivity

**Reactivity**
No data available.

**Chemical stability**
Stable under normal conditions.

**Possibility of hazardous reactions**
No data available.

**Conditions to avoid**
No data available.

**Incompatible materials**
No data available.

**Hazardous decomposition products**
No data available.

## SECTION 11.  Toxicological Information

**11.1     Information on toxicological effects per individual chemical listed as hazardous**

| Chemical Name | LD50, oral | LD50, Dermal | LC50, Inhalation |
|---|---|---|---|
| Guanidine hydrochloride | 475 mg/kg (rat) | >2000 mg/kg (rabbit) | 3.2 mg/L/4h (Rat) |
| Maleic acid | 708 mg/kg (rat) | 1560 mg/kg (rabbit) | 720 mg/m$^3$, 1 hour (rat) |
| Sodium azide | 27 mg/kg (rat) | 20 mg/kg (rabbit) | Not available |



# SAFETY DATA SHEET

REF **400400**

**Acute toxicity**
No data available.

**Skin corrosion/irritation**
Causes skin irritation.

**Serious eye damage/eye irradiation**
Causes serious eye damage.

**Respiratory or skin sensitization**
No data available.

**Germ cell mutagenicity**
No data available.

**Carcinogenicity**
No data available.

**Reproductive toxicity**
No data available.

**Specific target organ toxicity-single exposure**
No data available.

| SECTION 12.  Ecological Information |
| --- |

| Ecotoxicity | *Guanidine hydrochloride:* |
| --- | --- |
| | Toxicity to fish: LD50 (Leuciscus idus - Golden orfe) = 1,759 mg/L |
| | *Maleic Acid:* |
| | Toxicity to fish: LC50 Pimephales promelas (fathead minnow): 5 mg/l; 96 h (ECOTOX Database) |
| | Toxicity to daphnia and other aquatic invertebrates: EC50 Daphnia magna (Water flea): 42,81 mg/l; 48 h |
| | Toxicity to algae: ErC50 Pseudokirchneriella subcapitata (green algae): 74,35 mg/l; 72 h |
| Acute Aquatic Toxicity | No information available. |
| Chronic aquatic Toxicity | Not classified chronic. |
| Mobility in Soil | No information available. |
| Biodegradation | No information available. |
| Bioaccumulation | Does not bioaccumulate. |



# SAFETY DATA SHEET

REF  **400400**

| SECTION 13.  Disposal Considerations |
| --- |

**13.1    Waste Treatment Methods**
Dispose of in accordance with all Local, State, Federal and International Regulations.

| SECTION 14.  Transport Information |
| --- |

**IATA**

| | |
| --- | --- |
| **Proper shipping name** | Not classified as dangerous to transport. |
| **UN-No** | None |
| **Transport Hazard class(es)** | None |
| **Subsidiary class** | None |
| **Packing group** | None |

| SECTION 15.  Regulatory Information |
| --- |

**United States**

**SARA Section 311/312 (Specific toxic chemical listings)**
Sodium Azide: Acute health hazard, below reporting limit.
Maleic Acid, CAS 110-16-7, below reporting limit.

**SARA Section 313 (Specific toxic chemical listings)**
Sodium Azide, CAS 26628-22-8, Concentration < 1%

**RCRA (hazardous waste code)**
P105- Sodium Azide

**TSCA (Toxic Substances Control Act)**
Guanidine hydrochloride, CAS 50-01-1, Concentration < 1%
Maleic Acid, CAS 110-16-7, Concentration < 1%

**CERCLA (Comprehensive Environmental Response, Compensation and Liability Act)**
Maleic Acid, CAS 110-16-7, 5000lbs

**Proposition 65 (California)**

**Chemicals known to cause cancer**
None of the ingredients listed.

 **SAFETY DATA SHEET**  **REF** 400400

**Chemicals known to cause reproductive toxicity for females**
None of the ingredients listed.

**Chemicals known to cause reproductive toxicity for males**
None of the ingredients listed.

**Chemicals known to cause developmental toxicity**
None of the ingredients listed.

## Canada

**Canadian Domestic Substances List (DSL)**
Sodium Azide, CAS 26628-22-8

**Canadian NPRI Ingredient Disclosure list (limit 0.1%)**
No ingredients listed.

## Europe

**Candidate substances for authorization under the Regulation (EC) No 1907/2006 (REACH)**
Not applicable.

**Substances included in Annex XIV of REACH ("Authorization List") and sunset date**
Not applicable.

**Regulation (EC) No 1005/2009, about substances that deplete the ozone layer**
Not applicable.

**Article 95, REGULATION (EU) No 528/2012**
Not applicable

**REGULATION (EU) No 649/2012, in relation to the import and export of hazardous chemical products**
Not applicable

**Limitations to commercialization and the use of certain dangerous substances and mixtures (Annex XVII REACH, etc.)**
Not applicable

 **SAFETY DATA SHEET**  **400400**

| SECTION 16.  Other Information |
|---|

**Disclaimer/Statement of Liability**

The Safety Data Sheet (SDS) contains all information as required by the Hazard Communication Standard and the Globally Harmonized System of Classification and Labelling of Chemicals (GHS).  The above information is based on data available to us and is believed to be correct.  Since the information may be applied under conditions beyond our control and with which we may be unfamiliar, we do not assume any responsibility for the results of its use and all persons received it must make their own determination of the effects, properties, protections and disposal which pertain to their particular conditions. The responsibility to provide a safe workplace remains with the user who should consider the health hazards and safety information contained in this document as a guide. The user should take the precautions required. Caution should be used in the handling and use of the material. No representation, warranty, or guarantee, express or implied including a warranty of fitness or merchantability for a particular purpose is constituted by the information in this SDS.

EXHIBIT 69



# SAFETY DATA SHEET

 **400500**

| SECTION 1.   Identification |
|---|

| 1.1 | **Product Name** | NeuMoDx™ Lysis Buffer 2 |
|---|---|---|
| | **Product Code** | 400500 |
| 1.2. | **Relevant identified use** | For *In Vitro* Diagnostic Use |
| 1.3 | **Manufacturer** | **NeuMoDx Molecular Inc.** |
| | | 1250 Eisenhower Pl |
| | | Ann Arbor, MI 48108, USA |
| | | www.neumodx.com |
| | | info@neumodx.com |
| | **Telephone (General)** | 1-844-527-0111 |
| | | |
| 1.4 | **Distributor** | **QIAGEN  GmbH** |
| | | **QIAGEN Str. 1,** |
| | | **40724 Hilden** |
| | | **Germany** |
| | | **Technical Support** call 00800-22-44-6000 |
| | | www.qiagen.com/Support |

1.5     EMERGENCY TELEPHONE NUMBER:

**US 24-HR Emergency Exposure** 1-800-222-1222
American Association of Poison Control Centres

**Outside USA**          **Technical Support** call 00800-22-44-6000

| SECTION 2.  Hazards Identification |
|---|

**EU/EEC**
**According to: Regulation (EC) No 1272/2008 (CLP)/REACH 1907/2006 [amended by 453/2010]**

**2.1.** **Classification of the substance or mixture:**
Skin irritation (Category 2), H315
Eye Irritation (Category 2A), H319

**2.2** **Label Elements**

**GHS Label Elements**: The product is classified and labeled according to the Globally Harmonized System (GHS).



# SAFETY DATA SHEET

 **400500**

**Hazard pictogram**



**GHS07**

**Signal word:** Warning

**Hazard-determining components of labeling:**
Guanidine hydrochloride

**Hazard statements**

| | |
|---|---|
| H315 | Causes skin irritation. |
| H319 | Causes serious eye irritation. |

**Precautionary statements:**

| | |
|---|---|
| P264 | Wash hands thoroughly after handling. |
| P280 | Wear protective gloves/protective clothing/eye protection/face protection. |
| P305+P351+P338 | IF IN EYES: Rinse cautiously with water for several minutes. Remove contact lenses, if present and easy to do. Continue rinsing |
| P337+P313 | If eye irritation persists: Get medical advice/attention |

**Other Hazards**
Hazards not otherwise classified (HNOC) or not covered by GHS – none.

2.3     **Other Information**

All other reagents within this mixture are not considered hazardous under US hazard communication regulations (29 CFR 1910.1200), EU directives for classification and labeling of substances or mixtures or the Global Harmonization System for classification and labeling of substances or mixtures.

---

**SECTION 3.  Composition/Information on Hazardous Ingredients**

3.1     **Substances**
Material does not meet the criteria of a substance.

3.2     **Mixtures**
        **Chemical Characterization**: Mixture of a chemical and/or biological substances for *in vitro* diagnostic use.



# SAFETY DATA SHEET

 **REF** **400500**

| Composition (Hazardous Components Only) | | | |
|---|---|---|---|
| Name | Identifiers | % | GHS-US classification |
| Guanidine hydrochloride | CAS Number: 50-01-1 | < 50% | Skin Irritation. 2; Eye Irritation. 2A |
| Sodium azide | CAS Number: 26628-22-8 | < 0.1% | Not a hazardous substance or mixture at this concentration. |

**SECTION 4.  First Aid Measures**

**4.1**   **Description of first aid measures:**

**General advice**
Consult a physician.  Show this safety data sheet to the doctor in attendance.

**After Inhalation**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Move exposed personnel to fresh air.  Administer oxygen if breathing is difficult. Keep patient warm.  Consult doctor if symptoms persist.

**After skin contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Take off any clothing that the product touched.  Rinse skin with running water for 15 to 20 minutes.  Seek medical attention if irritation or signs of toxicity occur.

**After eye contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended. In case of contact with substance, immediately flush eyes with running water for at least 20 minutes.  If eye irritation persists, seek medical attention.

**After swallowing**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Rinse mouth with water.  If irritation or signs of toxicity occur, seek medical attention.

**4.2**   **Most important symptoms and effects, both acute and delayed**
Causes skin irritation. Causes serious eye irritation.

**4.3**   **Indication of any immediate medical attention and special treatment needed**
Notes for the doctor:  All treatments should be based on observed signs and symptoms of distress in the patient.  Consideration should be given to the possibility that overexposure to materials other than this product may have occurred.



# SAFETY DATA SHEET

 **REF** **400500**

| SECTION 5.  Firefighting Measures |
|---|

**5.1** **Extinguishing media**
*Suitable extinguishing media*

Use alcohol resistant foam, carbon dioxide, water, or dry chemical spray. Use water spray to cool fire-exposed containers.

**5.2** **Special hazards arising from the substance or mixture**
*Hazardous combustion products:*
The product is non-reactive under normal conditions of use, storage, and transport.

**5.3** **Advice for fire-fighters**
As in any fire, wear self-contained breathing apparatus pressure demand (NIOSH approved or equivalent), and full protective gear to prevent contact with skin and eyes.

| SECTION 6.  Accidental Release Measures |
|---|

**6.1** **Personal precautions, protective equipment, and emergency procedures**
Wear protective equipment. Avoid breathing vapors and provide adequate ventilation. Keep unprotected personnel away.

**6.2** **Environmental precautions**
Prevent further leakage or spillage if safe to do so.  Take steps to avoid release into the environment.

**6.3** **Methods and material for containment and clean-up**
Contain spill and collect, as appropriate. Transfer to a chemical waste container or soak up with inert absorbent material and dispose of in accordance with local regulations.

| SECTION 7.  Handling and Storage |
|---|

**7.1** **Precautions for safe handling**
Ensure good ventilation in the workplace.  Avoid contact with skin and eyes.  Avoid formation of aerosols.  Wear personal protective equipment.  Wash contaminated clothing before reuse.  Do not eat, drink, or smoke when using this product.  Always wash hands after handling the product.

**7.2** **Precautions for storage**

Keep in a well-ventilated place.  Store at room temperature.

| SECTION 8.  Exposure Controls/Personal Protection |
|---|

**8.1** **Occupational Exposure Limits**



# SAFETY DATA SHEET

 **400500**

| Chemical Name | Limit | Control Parameters | Basis |
|---|---|---|---|
| Guanidine Hydrochloride | Not available | Not available | USA. Occupational Exposure Limits (OSHA). Table Z-1 limits for air contaminants. |
| Sodium Azide* | ceiling | 0.30mg/m$^3$ | ACGIH (1986/Ex. 1-3) |

*no formal PEL set for Sodium Azide

**8.2    Engineering measures**
Ensure adequate ventilation, especially in confined areas.  Handle in accordance with good industrial hygiene and safety practice.  Wash hands before breaks and at the end of the workday.

**8.3    Personal protective equipment (PPE)**
Personal protective equipment requirement is dependent on the user institution's risk assessment and are specific to the risk assessment for each laboratory where this material may be used.

**Respiratory protection**
In case of insufficient ventilation, wear suitable respiratory equipment. Not required under normal conditions of use.

**Hand protection**
Impervious gloves.

**Eye protection**
Safety glasses with side shields.

**Skin and body protection**
Wear suitable protective clothing.

**Hygiene measures**
Handle in accordance with good industrial hygiene and safety practice. Wash hands after using.

**8.4    Environmental Exposure Controls**
Prevent further leakage or spillage if safe to do so.  Do not flush into surface water or sanitary sewer system.

## SECTION 9.  Physical and Chemical Properties

**9.1    General Information**

| | |
|---|---|
| **Form:** | Liquid |
| **Color:** | Clear, with a slightly yellow tinge |
| **Odor:** | odorless |
| **Odor Threshold:** | Not determined |
| **pH Value at 20°C (68°F):** | 4.2 – 5.2 |
| **Melting point/melting range:** | Not determined |



# SAFETY DATA SHEET

 **400500**

| | |
|---|---|
| **Freezing point** | Not determined |
| **Boiling point/boiling range:** | Not determined |
| **Flash point:** | Not applicable |
| **Flammability (solid, gaseous):** | Not applicable |
| **Evaporation rate:** | Not determined |
| **Auto-igniting:** | Product is not self-igniting |
| **Danger of explosion:** | Product does not present an explosion hazard |
| **Explosion limits:** | |
|     **Lower** | Not determined |
|     **Upper** | Not determined |
| **Density at 20°C      :** | Not determined |
| **Vapor Pressure:** | Not determined |
| **Vapor Density:** | Not determined |
| **Relative Density:** | Not determined |
| **Partition coefficient: n-octanol/water:** | Not determined |
| **Decomposition Temperature:** | Not determined |
| **Viscosity:** | Not determined |
| **Solubility in/Miscibility with:** | |
|     **Water** | Not determined |
|     **Dynamic** | Not determined |

**9.2     Other Information**

No additional information available

---

| SECTION 10.  Stability and Reactivity |
|---|

**Reactivity**

No data available.

**Chemical stability**

Stable under normal conditions.

**Possibility of hazardous reactions**

No data available.

**Conditions to avoid**

No data available.

**Incompatible materials**

No data available.



# SAFETY DATA SHEET

 **400500**

**Hazardous decomposition products**
No data available.

| SECTION 11.  Toxicological Information |
|---|

**11.1    Information on toxicological effects per chemical listed as hazardous**

| Chemical Name | LD50, oral | LD50, Dermal | LC50, Inhalation |
|---|---|---|---|
| Guanidine hydrochloride | 475 mg/kg (rat) | >2000 mg/kg (rabbit) | 3.2 mg/L/4h (Rat) |
| Sodium azide | 27 mg/kg (rat) | 20 mg/kg (rabbit) | Not available |

**Acute toxicity**
No data available.

**Skin corrosion/irritation**
Causes skin irritation.

**Serious eye damage/eye irradiation**
Causes serious eye damage.

**Respiratory or skin sensitization**
No data available.

**Germ cell mutagenicity**
No data available.

**Carcinogenicity**
No data available.

**Reproductive toxicity**
No data available.

**Specific target organ toxicity-single exposure**
No data available.

| SECTION 12.  Ecological Information |
|---|

| | |
|---|---|
| Ecotoxicity | Guanidine hydrochloride:<br>Toxicity to fish: LD50 (Leuciscus idus - Golden orfe) = 1,759 mg/L |
| Acute Aquatic Toxicity | No information available. |
| Chronic aquatic Toxicity | Not classified chronic. |
| Mobility in Soil | No information available. |
| Biodegradation | No information available. |
| Bioaccumulation | Does not bioaccumulate. |



# SAFETY DATA SHEET

 **400500**

| SECTION 13.  Disposal Considerations |
| --- |

**13.1    Waste Treatment Methods**
Dispose of in accordance with all Local, State, Federal and International Regulations.

| SECTION 14.  Transport Information |
| --- |

**IATA**

| | |
| --- | --- |
| **Proper shipping name** | Not classified as dangerous to transport |
| **UN-No** | None |
| **Transport Hazard class(es)** | None |
| **Subsidiary class** | None |
| **Packing group** | None |

| SECTION 15.  Regulatory information |
| --- |

**United States**

**SARA Section 311/312 (Specific toxic chemical listings)**
Sodium Azide: Acute health hazard, below reporting limit.

**SARA Section 313 (Specific toxic chemical listings)**
Sodium Azide, CAS 26628-22-8, Concentration < 1%

**RCRA (hazardous waste code)**
P105- Sodium Azide

**TSCA (Toxic Substances Control Act)**
Guanidine hydrochloride, CAS 50-01-1, Concentration < 1%

**CERCLA (Comprehensive Environmental Response, Compensation and Liability Act)**
Not applicable.

**Proposition 65 (California)**

**Chemicals known to cause cancer**
None of the ingredients listed.

**Chemicals known to cause reproductive toxicity for females**
None of the ingredients listed.

**Chemicals known to cause reproductive toxicity for males**
None of the ingredients listed.



# SAFETY DATA SHEET

 **REF** **400500**

**Chemicals known to cause developmental toxicity**
None of the ingredients listed.

**Canada**

**Canadian Domestic Substances List (DSL)**
Sodium Azide, CAS 26628-22-8

**Canadian NPRI Ingredient Disclosure list (limit 0.1%)**
None of the ingredients listed.

**Europe**

**Candidate substances for authorization under the Regulation (EC) No 1907/2006 (REACH)**
Not applicable.

**Substances included in Annex XIV of REACH ("Authorization List") and sunset date**
Not applicable.

**Regulation (EC) No 1005/2009, about substances that deplete the ozone layer**
Not applicable.

**Article 95, REGULATION (EU) No 528/2012**
Not applicable

**REGULATION (EU) No 649/2012, in relation to the import and export of hazardous chemical products**
Not applicable

**Limitations to commercialization and the use of certain dangerous substances and mixtures (Annex XVII REACH, etc.)**
Not applicable

| SECTION 16.  Other information |
|---|

**Disclaimer/Statement of Liability**

The Safety Data Sheet (SDS) contains all information as required by the Hazard Communication Standard and the Globally Harmonized System of Classification and Labelling of Chemicals (GHS). The above information is based on data available to us and is believed to be correct.  Since the information may be applied under conditions beyond our control and with which we may be unfamiliar, we do not assume any responsibility for the results of its use and all persons received it must make their own determination of the effects, properties, protections and disposal which pertain to their particular conditions. The responsibility to provide a safe workplace remains with the user who should consider the health hazards and safety information contained in this document as a guide. The user should take the precautions required. Caution should be used in the handling and use of the material. No representation, warranty, or guarantee, express or implied including a warranty of fitness or merchantability for a particular purpose is constituted by the information in this SDS.

EXHIBIT 70



# SAFETY DATA SHEET

 **400600**

| SECTION 1.  Identification |

| | | |
|---|---|---|
| 1.1 | **Product Name** | NeuMoDx™ Lysis Buffer 3 |
| | **Product Code** | 400600 |
| 1.2. | **Relevant identified use** | For *In Vitro* Diagnostic Use |
| 1.3 | **Manufacturer** | **NeuMoDx Molecular Inc.** |
| | | 1250 Eisenhower Pl |
| | | Ann Arbor, MI 48108, USA |
| | | www.neumodx.com |
| | | info@neumodx.com |
| | **Telephone (General)** | 1-844-527-0111 |
| 1.4 | **Distributor** | **QIAGEN  GmbH** |
| | | **QIAGEN Str. 1,** |
| | | **40724 Hilden** |
| | | **Germany** |
| | | **Technical Support** call 00800-22-44-6000 |
| | | www.qiagen.com/Support |

1.5     EMERGENCY TELEPHONE NUMBER:

**US 24-HR Emergency Exposure** 1-800-222-1222
American Association of Poison Control Centres

**Outside USA**                      **Technical Support** call 00800-22-44-6000

| SECTION 2.  Hazards Identification |

**EU/EEC**
**According to: Regulation (EC) No 1272/2008 (CLP)/REACH 1907/2006 [amended by 453/2010]**

**2.1.     Classification of the substance or mixture:**
Skin irritation (Category 2), H315
Eye Irritation (Category 2A), H319

**2.2     Label Elements**

**GHS Label Elements**: The product is classified and labeled according to the Globally Harmonized System (GHS).



# SAFETY DATA SHEET

 **400600**

**Hazard pictogram**



**GHS07**

**Signal word:** Warning

**Hazard-determining components of labeling:**
Guanidine hydrochloride

**Hazard statements**

| | |
|---|---|
| H315 | Causes skin irritation. |
| H319 | Causes serious eye irritation. |

**Precautionary statements:**

| | |
|---|---|
| P264 | Wash hands thoroughly after handling. |
| P280 | Wear protective gloves/protective clothing/eye protection/face protection. |
| P305+P351+P338 | IF IN EYES: Rinse cautiously with water for several minutes. Remove contact lenses, if present and easy to do. Continue rinsing |
| P337 + P313 | If eye irritation persists: Get medical advice/attention |

**Other Hazards**
Hazards not otherwise classified (HNOC) or not covered by GHS – none.

**2.3    Other Information**

All other reagents within this buffer are not considered hazardous under US hazard communication regulations (29 CFR 1910.1200), EU directives for classification and labeling of substances or mixtures or the Global Harmonization System for classification and labeling of substances or mixtures.

---

**SECTION 3.  Composition/Information on Hazardous Ingredients**

---

**3.1    Substances**
Material does not meet the criteria of a substance.

**3.2    Mixtures**
**Chemical Characterization**: Mixture of a chemical and/or biological substances for *in vitro* diagnostic use.



# SAFETY DATA SHEET

 **REF** **400600**

| Composition (Hazardous Components Only) | | | |
|---|---|---|---|
| Name | Identifiers | % | GHS-US classification |
| Guanidine hydrochloride | CAS Number: 50-01-1 | < 50% | Skin Irritation. 2; Eye Irritation. 2A |
| Sodium azide | CAS Number: 26628-22-8 | < 0.1% | Not a hazardous substance or mixture at this concentration. |

## SECTION 4.  First Aid Measures

**4.1     Description of first aid measures:**

**General advice**
Consult a physician.  Show this safety data sheet to the doctor in attendance.

**After Inhalation**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.   Move exposed personnel to fresh air.   Administer oxygen if breathing is difficult. Keep patient warm.  Consult doctor if symptoms persist.

**After skin contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Take off any clothing that the product touched.  Rinse skin with running water for 15 to 20 minutes.  Seek medical attention if irritation or signs of toxicity occur.

**After eye contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended. In case of contact with substance, immediately flush eyes with running water for at least 20 minutes.  If eye irritation persists, seek medical attention.

**After swallowing**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Rinse mouth with water.  If irritation or signs of toxicity occur, seek medical attention.

**4.2     Most important symptoms and effects, both acute and delayed**
Causes skin irritation. Causes serious eye irritation.

**4.3     Indication of any immediate medical attention and special treatment needed**
Notes for the doctor:  All treatments should be based on observed signs and symptoms of distress in the patient.  Consideration should be given to the possibility that overexposure to materials other than this product may have occurred.



# SAFETY DATA SHEET

 **400600**

| SECTION 5.  Firefighting Measures |
|---|

**5.1     Extinguishing media**
*Suitable extinguishing media*
Use alcohol resistant foam, carbon dioxide, water, or dry chemical spray. Use water spray to cool fire-exposed containers

**5.2     Special hazards arising from the substance or mixture**
*Hazardous combustion products:*
The product is non-reactive under normal conditions of use, storage, and transport.

**5.3     Advice for fire-fighters**
As in any fire, wear self-contained breathing apparatus pressure demand (NIOSH approved or equivalent), and full protective gear to prevent contact with skin and eyes.

| SECTION 6.  Accidental Release Measures |
|---|

**6.1     Personal precautions, protective equipment, and emergency procedures**
Wear protective equipment. Avoid breathing vapors and provide adequate ventilation. Keep unprotected personnel away.

**6.2     Environmental precautions**
Prevent further leakage or spillage if safe to do so.  Take steps to avoid release into the environment.

**6.3     Methods and material for containment and clean-up**
Contain spill and collect, as appropriate. Transfer to a chemical waste container or soak up with inert absorbent material and dispose of in accordance with local regulations.

| SECTION 7.  Handling and Storage |
|---|

**7.1     Precautions for safe handling**
Ensure good ventilation in the workplace.  Avoid contact with skin and eyes.  Avoid formation of aerosols.  Wear personal protective equipment.  Wash contaminated clothing before reuse.  Do not eat, drink, or smoke when using this product.  Always wash hands after handling the product.

**7.2     Precautions for storage**
Keep in a well-ventilated place.  Store at room temperature.

| SECTION 8.  Exposure Controls/Personal Protection |
|---|

**8.1     Occupational Exposure Limits**



# SAFETY DATA SHEET



| Chemical Name | Limit | Control Parameters | Basis |
|---|---|---|---|
| Guanidine Hydrochloride | Not available | Not available | USA.  Occupational Exposure Limits (OSHA). Table Z-1 limits for air contaminants. |
| Sodium Azide* | ceiling | 0.30mg/m$^3$ | ACGIH (1986/Ex. 1-3) |

*no OSHA PEL formally established

**8.2 Engineering measures**

Ensure adequate ventilation, especially in confined areas.  Handle in accordance with good industrial hygiene and safety practice.  Wash hands before breaks and at the end of the workday.

**8.3 Personal protective equipment (PPE)**

Personal protective equipment requirement is dependent on the user institution's risk assessment and are specific to the risk assessment for each laboratory where this material may be used.

**Respiratory protection**
In case of insufficient ventilation, wear suitable respiratory equipment. Not required under normal conditions of use.

**Hand protection**
Impervious gloves

**Eye protection**
Safety glasses with side shields

**Skin and body protection**
Wear suitable protective clothing.

**Hygiene measures**
Handle in accordance with good industrial hygiene and safety practice. Wash hands after using.

**8.4 Environmental Exposure Controls**

Prevent further leakage or spillage if safe to do so.  Do not flush into surface water or sanitary sewer system.

## SECTION 9.  Physical and Chemical Properties

**9.1 General Information**

| | |
|---|---|
| **Form:** | Liquid |
| **Color:** | Clear, with a slightly yellow tinge |
| **Odor:** | Odorless |
| **Odor Threshold:** | Not determined |
| **pH Value at 20°C (68°F):** | 4.9 – 5.1 |
| **Melting point/melting range:** | Not determined |



# SAFETY DATA SHEET

 **400600**

| | |
|---|---|
| **Freezing point** | Not determined |
| **Boiling point/boiling range:** | Not determined |
| **Flash point:** | Not applicable |
| **Flammability (solid, gaseous):** | Not applicable |
| **Evaporation rate** | Not determined |
| **Auto-igniting:** | Product is not self-igniting |
| **Danger of explosion:** | Product does not present an explosion hazard |
| | |
| **Explosion limits:** | |
|     **Lower** | Not determined |
|     **Upper** | Not determined |
| **Density at 20°C:** | Not determined |
| **Vapor Pressure:** | Not determined |
| **Vapor Density:** | Not determined |
| **Partition coefficient: n-octanol/water:** | Not determined |
| **Decomposition Temperature** | Not determined |
| **Viscosity:** | Not determined |
| **Solubility in/Miscibility with:** | |
|     **Water** | Not determined |
|     **Dynamic** | Not determined |

## 9.2    Other Information

No additional information available

---

## SECTION 10.  Stability and Reactivity

**Reactivity**

No data available.

**Chemical stability**

Stable under normal conditions.

**Possibility of hazardous reactions**

No data available.

**Conditions to avoid**

No data available.

**Incompatible materials**

No data available.

**Hazardous decomposition products**

No data available.



# SAFETY DATA SHEET

 **400600**

| SECTION 11.  Toxicological Information |
| --- |

**11.1    Information on toxicological effects per individual chemical listed as hazardous**

| Chemical Name | LD50, oral | LD50, Dermal | LC50, Inhalation |
| --- | --- | --- | --- |
| Guanidine hydrochloride | 475 mg/kg (rat) | >2000 mg/kg (rabbit) | 3.2 mg/L/4h (Rat) |
| Sodium azide | 27 mg/kg (rat) | 20 mg/kg (rabbit) | Not available |

**Acute toxicity**
No data available.

**Skin corrosion/irritation**
Causes skin irritation.

**Serious eye damage/eye irradiation**
Causes serious eye damage.

**Respiratory or skin sensitization**
No data available.

**Germ cell mutagenicity**
No data available.

**Carcinogenicity**
No data available.

**Reproductive toxicity**
No data available.

**Specific target organ toxicity-single exposure**
No data available.

| SECTION 12.  Ecological Information |
| --- |

Ecotoxicity                          Guanidine hydrochloride:
                                     Toxicity to fish: LD50 (Leuciscus idus - Golden orfe) = 1,759 mg/L
Acute Aquatic Toxicity               No information available
Chronic aquatic Toxicity             Not classified chronic
Mobility in Soil                     No information available
Biodegradation                       No information available
Bioaccumulation                      No information available



# SAFETY DATA SHEET

 **REF** **400600**

---

| SECTION 13.  Disposal Considerations |
| --- |

**13.1    Waste Treatment Methods**
Dispose of in accordance with all Local, State, Federal and International Regulations.

---

| SECTION 14.  Transport Information |
| --- |

**IATA**

| | |
| --- | --- |
| **Proper shipping name** | Not classified as dangerous to transport |
| **UN-No** | None |
| **Transport Hazard class(es)** | None |
| **Subsidiary class** | None |
| **Packing group** | None |

---

| SECTION 15.  Regulatory information |
| --- |

**15.1    U.S. Federal Regulations**

**United States**

**SARA Section 311/312 (Specific toxic chemical listings)**
Sodium Azide: Acute health hazard, below reporting limit.

**SARA Section 313 (Specific toxic chemical listings)**
Sodium Azide, CAS 26628-22-8, Concentration < 1%

**RCRA (hazardous waste code)**
P105- Sodium Azide

**TSCA (Toxic Substances Control Act)**
Guanidine hydrochloride, CAS 50-01-1, Concentration < 1%

**CERCLA (Comprehensive Environmental Response, Compensation and Liability Act)**
None of the ingredients listed.

**Proposition 65 (California)**

**Chemicals known to cause cancer**
None of the ingredients listed.

**Chemicals known to cause reproductive toxicity for females**
None of the ingredients listed.



# SAFETY DATA SHEET

 **400600**

**Chemicals known to cause reproductive toxicity for males**
None of the ingredients listed.

**Chemicals known to cause developmental toxicity**
None of the ingredients listed.

## Canada

**Canadian Domestic Substances List (DSL)**
Sodium Azide, CAS 26628-22-8

**Canadian NPRI Ingredient Disclosure list (limit 0.1%)**
No ingredients listed.

## Europe

**Candidate substances for authorization under the Regulation (EC) No 1907/2006 (REACH)**
Not applicable.

**Substances included in Annex XIV of REACH ("Authorization List") and sunset date**
Not applicable.

**Regulation (EC) No 1005/2009, about substances that deplete the ozone layer**
Not applicable.

**Article 95, REGULATION (EU) No 528/2012**
Not applicable

**REGULATION (EU) No 649/2012, in relation to the import and export of hazardous chemical products**
Not applicable

**Limitations to commercialization and the use of certain dangerous substances and mixtures (Annex XVII REACH, etc.)**
Not applicable



# SAFETY DATA SHEET

 **400600**

| SECTION 16.  Other information |
| --- |

**Disclaimer/Statement of Liability**

The Safety Data Sheet (SDS) contains all information as required by the Hazard Communication Standard and the Globally Harmonized System of Classification and Labelling of Chemicals (GHS).  The above information is based on data available to us and is believed to be correct.  Since the information may be applied under conditions beyond our control and with which we may be unfamiliar, we do not assume any responsibility for the results of its use and all persons received it must make their own determination of the effects, properties, protections and disposal which pertain to their particular conditions. The responsibility to provide a safe workplace remains with the user who should consider the health hazards and safety information contained in this document as a guide. The user should take the precautions required. Caution should be used in the handling and use of the material. No representation, warranty, or guarantee, express or implied including a warranty of fitness or merchantability for a particular purpose is constituted by the information in this SDS.

EXHIBIT 71



# SAFETY DATA SHEET

REF **400700**

| SECTION 1: Identification |

| | | |
|---|---|---|
| 1.1 | **Product Name** | NeuMoDx™ Lysis Buffer 4 |
| | **Product Code** | 400700 |
| 1.2. | **Relevant identified use** | For *In Vitro* Diagnostic Use |
| 1.3 | **Manufacturer** | **NeuMoDx Molecular Inc.** |
| | | 1250 Eisenhower Pl |
| | | Ann Arbor, MI 48108, USA |
| | | www.neumodx.com |
| | | info@neumodx.com |
| | **Telephone (General)** | 1-844-527-0111 |
| 1.4 | **Distributor** | **QIAGEN GmbH** |
| | | **QIAGEN Str. 1,** |
| | | **40724 Hilden** |
| | | **Germany** |
| | | **Technical Support** call 00800-22-44-6000 |
| | | www.qiagen.com/Support |

1.5    EMERGENCY TELEPHONE NUMBER:

**US 24-HR Emergency Exposure** 1-800-222-1222
American Association of Poison Control Centres

**Outside USA**          **Technical Support** call 00800-22-44-6000

| SECTION 2: Hazards identification |

**EU/EEC**
**According to: Regulation (EC) No 1272/2008 (CLP)/REACH 1907/2006 [amended by 453/2010]**

**2.1.    Classification of the substance or mixture:**
Serious Eye Damage/Eye Irritation (Category 2), H319

**2.2    Label elements**

**GHS Label Elements:** The product is labelled according to the Globally Harmonized System (GHS).



# SAFETY DATA SHEET

 **400700**

**Hazard pictograms**



**GHS07**

**Signal word:** Warning

**Hazard-Determining components of Labeling:**
Triton-X-100

**Hazard Statements:**

| | |
|---|---|
| H319 | Causes serious eye irritation |
| H402 | Harmful to aquatic life |

**Precautionary statements:**

| | |
|---|---|
| P264 | Wash hands thoroughly after handling. |
| P280 | Wear protective gloves/protective clothing/eye protection/face protection. |
| P305+P351+P338 | IF IN EYES: Rinse cautiously with water for several minutes. Remove contact lenses if present and easy to do. Continue rinsing. |
| P337+P313 | If eye irritation persists: Get medical advice/attention. |
| P273 | Avoid release to the environment |

**Other Hazards**
Hazards not otherwise classified (HNOC) or not covered by GHS – none.

**2.3    Other Information**

All other reagents within this buffer are not considered hazardous under US hazard communication regulations (29 CFR 1910.1200), EU directives for classification and labeling of substances or mixtures or the Global Harmonization System for classification and labeling of substances or mixtures.

---

**SECTION 3: Composition/information on Hazardous Ingredients**

**3.1    Substances**
Material does not meet the criteria of a substance.

**3.2    Mixtures**
**Chemical Characterization:** Mixture of chemical and/or biological substances for *in vitro* diagnostic use.



# SAFETY DATA SHEET

 **400700**

| Composition (Hazardous Components Only) | | | |
|---|---|---|---|
| Chemical Name | Identifiers | % | GHS-US classification |
| Triton X-100 | CAS 9002-93-1 | 0.5-2.0% | Eye Irritation. 2 Harmful to Aquatic Life 3 |
| Sodium Azide | CAS: 26628-22-8 | < 0.1% | Not a hazardous substance or mixture at this concentration. |

## SECTION 4: First aid measures

**General advice**
Consult a physician.  Show this safety data sheet to the doctor in attendance.

**After Inhalation**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Move exposed personnel to fresh air.  Administer oxygen if breathing is difficult. Keep patient warm.  Consult doctor if symptoms persist.

**After skin contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Take off any clothing that the product touched.  Rinse skin with running water for 15 to 20 minutes.  Seek medical attention if irritation or signs of toxicity occur.

**After eye contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended. In case of contact with substance, immediately flush eyes with running water for at least 20 minutes.  If eye irritation persists, seek medical attention.

**After swallowing**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Rinse mouth with water.  If irritation or signs of toxicity occur, seek medical attention.

**4.2    Most important symptoms and effects, both acute and delayed**
Causes serious eye irritation.

**4.3    Indication of any immediate medical attention and special treatment needed**
Notes for the doctor:  All treatments should be based on observed signs and symptoms of distress in the patient.  Consideration should be given to the possibility that overexposure to materials other than this product may have occurred.

## SECTION 5: Firefighting measures

**5.1    Extinguishing media:**
Suitable extinguishing media:



# SAFETY DATA SHEET

 **400700**

Use alcohol resistant foam, carbon dioxide, water, or dry chemical spray. Use water spray to cool fire-exposed containers

**5.2**    **Special hazards arising from the substance or mixture**

Hazardous combustion products:
The product is non-reactive under normal conditions of use, storage, and transport.

**5.3**    **Advice for fire-fighters**

As in any fire, wear self-contained breathing apparatus pressure demand (NIOSH approved or equivalent), and full protective gear to prevent contact with skin and eyes.

## SECTION 6: Accidental release measures

**6.1**    **Personal precautions, protective equipment, and emergency procedures**
Wear protective equipment. Avoid breathing vapors and provide adequate ventilation. Keep unprotected personnel away.

**6.2**    **Environmental precautions**
Prevent further leakage or spillage if safe to do so.  Take steps to avoid release into the environment.

**6.3**    **Methods and material for containment and clean-up**
Contain spill and collect, as appropriate. Transfer to a chemical waste container or soak up with inert absorbent material and dispose of in accordance with local regulations.

## SECTION 7: Handling and storage

**7.1**    **Precautions for safe handling**
Ensure good ventilation in the workplace.  Avoid contact with skin and eyes.  Avoid formation of aerosols.  Wear personal protective equipment.  Wash contaminated clothing before reuse.  Do not eat, drink, or smoke when using this product.  Always wash hands after handling the product.

**7.2**    **Precautions for storage**
Keep in a well-ventilated place.  Store at room temperature.

## SECTION 8: Exposure controls/personal protection

**8.1**    **Occupational Exposure Limits**

| Chemical name | Limit | Control Parameters | Basis |
|---|---|---|---|
| Triton X-100 | None | None | USA.  Occupational Exposure Limits (OSHA).  Table Z-1 limits for air contaminants. |
| Sodium Azide* | ceiling | 0.30mg/m$^3$ | ACGIH (1986/Ex. 1-3) |

*no OSHA PEL formally established



# SAFETY DATA SHEET

 **REF** **400700**

**8.2** **Engineering measures**

Ensure adequate ventilation, especially in confined areas.  Handle in accordance with good industrial hygiene and safety practice.  Wash hands before breaks and at the end of the workday.

**8.3** **Personal protective equipment (PPE)**

Personal protective equipment requirement is dependent on the user institution's risk assessment and are specific to the risk assessment for each laboratory where this material may be used.

**Respiratory protection**
In case of insufficient ventilation, wear suitable respiratory equipment. Not required under normal conditions of use.

**Hand protection**
Impervious gloves

**Eye protection**
Safety glasses with side shields

**Skin and body protection**
Wear suitable protective clothing.

**Hygiene measures**
Handle in accordance with good industrial hygiene and safety practice. Wash hands after using.

**8.4** **Environmental Exposure Controls**

Prevent further leakage or spillage if safe to do so.  Do not flush into surface water or sanitary sewer system.

---

| SECTION 9. Physical and chemical properties |
| --- |

**9.1** **General Information**

| | |
| --- | --- |
| **Form:** | Liquid |
| **Color:** | Clear, with a slightly yellow tinge |
| **Odor:** | odorless |
| **Odor Threshold:** | Not determined |
| **pH Value at 20°C (68°F):** | 4.45 – 4.9 |
| **Melting point/melting range:** | Not determined |
| **Freezing point:** | Not determined |
| **Boiling point/boiling range:** | Not determined |
| **Flash point:** | Not applicable |
| **Flammability (solid, gaseous):** | Not applicable |
| **Evaporation rate:** | Not determined |



# SAFETY DATA SHEET

 **400700**

| | |
|---|---|
| **Auto-igniting:** | Product is not self-igniting |
| **Danger of explosion:** | Product does not present an explosion hazard |
| **Explosion limits:** | |
|     Lower | Not determined |
|     Upper | Not determined |
| **Density at 20°C:** | Not determined |
| **Vapor Pressure:** | Not determined |
| **Vapor Density:** | Not determined |
| **Partition coefficient: n-octanol/water:** | Not determined |
| **Decomposition Temperature:** | Not determined |
| **Viscosity:** | Not determined |
| **Solubility in/Miscibility with:** | |
|     Water | Not determined |
|     Dynamic | Not determined |

**9.2     Other Information**
No additional information available.

---

**SECTION 10: Stability and reactivity**

**Reactivity**
No data available.

**Chemical stability**
Stable under normal conditions.

**Possibility of hazardous reactions**
No data available.

**Conditions to avoid**
No data available.

**Incompatible materials**
No data available.

**Hazardous decomposition products**
No data available.



# SAFETY DATA SHEET

 **REF** **400700**

---

| SECTION 11: Toxicological Information |
|---|

### 11.1    Information on toxicological effects

| Chemical name | LD50 (oral) | LD50 (dermal) | LC50 (inhalation, rat/mouse) |
|---|---|---|---|
| Triton X-100 | 1800 mg/kg (rat) | No data available | No data available |
| Sodium azide | 27 mg/kg (rat) | 20 mg/kg (rabbit) | Not available |

**Acute toxicity**
No data available.

**Skin corrosion/irritation**
Causes skin irritation.

**Serious eye damage/eye irradiation**
Causes serious eye damage.

**Respiratory or skin sensitization**
No data available.

**Germ cell mutagenicity**
No data available.

**Carcinogenicity**
No data available.

**Reproductive toxicity**
No data available.

**Specific target organ toxicity-single exposure**
No data available.

---

| SECTION 12: Ecological Information |
|---|

| Ecotoxicity effects | No information available. |
|---|---|
| Acute aquatic toxicity | Category 3 |
| Chronic aquatic toxicity | Not classified chronic. |
| Mobility | No information available. |
| Biodegradation | Inherently biodegradable. |
| Bioaccumulation | Does not bioaccumulate. |

---

| SECTION 13: Disposal considerations |
|---|

### 13.1    Waste Treatment Methods
Dispose of in accordance with all Local, State, Federal and International Regulations.

---



# SAFETY DATA SHEET

 **REF**  **400700**

---

## SECTION 14:  Transport Information

**IATA**

| | |
|---|---|
| **Proper shipping name** | Not classified as dangerous in the meaning of transport regulations |
| **Hazard class** | None |
| **Subsidiary class** | None |
| **Packing group** | None |
| **UN-No** | None |

---

## SECTION 15: Regulatory information

**United States**

**SARA Section 311/312 (Specific toxic chemical listings)**
Sodium Azide: Acute health hazard, below reporting limit.

**SARA Section 313 (Specific toxic chemical listings)**
Sodium Azide, CAS 26628-22-8, Concentration < 1%

**RCRA (hazardous waste code)**
P105- Sodium Azide

**TSCA (Toxic Substances Control Act)**
Triton X-100, CAS 9002-93-1

**CERCLA (Comprehensive Environmental Response, Compensation and Liability Act)**
None of the ingredients listed.

**Proposition 65 (California)**

**Chemicals known to cause cancer**
None of the ingredients listed.

**Chemicals known to cause reproductive toxicity for females**
None of the ingredients listed.

**Chemicals known to cause reproductive toxicity for males**
None of the ingredients listed.

**Chemicals known to cause developmental toxicity**
None of the ingredients listed.



**SAFETY DATA SHEET**

 **400700**

**Canada**

    **Canadian Domestic Substances List (DSL)**
    Sodium Azide, CAS 26628-22-8
    Triton X-100, CAS 9002-93-1

    **Canadian NPRI Ingredient Disclosure list (limit 0.1%)**
    No ingredients listed.

**Europe**

    **Candidate substances for authorization under the Regulation (EC) No 1907/2006 (REACH)**
    Not applicable.

    **Substances included in Annex XIV of REACH ("Authorization List") and sunset date**
    Triton X-100, CAS 9002-93-1, Sunset Date of 4 January 2021.

    **Regulation (EC) No 1005/2009, about substances that deplete the ozone layer**
    Not applicable.

    **Article 95, REGULATION (EU) No 528/2012**
    Not applicable.

    **REGULATION (EU) No 649/2012, in relation to the import and export of hazardous chemical products**
    Not applicable

    **Limitations to commercialization and the use of certain dangerous substances and mixtures (Annex XVII REACH, etc.)**
    Not applicable

**SECTION 16:  Other information**

**Disclaimer/Statement of Liability**
The Safety Data Sheet (SDS) contains all information as required by the Hazard Communication Standard and the Globally Harmonized System of Classification and Labelling of Chemicals (GHS).  The above information is based on data available to us and is believed to be correct.  Since the information may be applied under conditions beyond our control and with which we may be unfamiliar, we do not assume any responsibility for the results of its use and all persons received it must make their own determination of the effects, properties, protections and disposal which pertain to their particular conditions. The responsibility to provide a safe workplace remains with the user who should consider the health hazards and safety information contained in this document as a guide. The user should take the precautions required. Caution should be used in the handling and use of the material. No representation, warranty, or guarantee, express or implied including a warranty of fitness or merchantability for a particular purpose is constituted by the information in this SDS.

EXHIBIT 72



# SAFETY DATA SHEET

**REF** **400100**

| SECTION 1: Identification |
| --- |

| 1.1 | **Product Name** | NeuMoDx™ Wash Solution |
| | **Product Code** | 400100 |

1.2.   **Relevant identified use**      For In Vitro Diagnostic Use

1.3   **Manufacturer**        NeuMoDx Molecular Inc.
1250 Eisenhower Pl
Ann Arbor, MI 48108, USA
www.neumodx.com
info@neumodx.com

**Telephone (General)**      1-844-527-0111

1.4   **EMERGENCY TELEPHONE NUMBER:**

**24-HR Emergency Exposure**   1-800-222-1222
American Association of Poison Control Centers

| SECTION 2: Hazards identification |
| --- |

**EU/EEC**
**According to: Regulation (EC) No 1272/2008 (CLP)/REACH 1907/2006 [amended by 453/2010]**

2.1.   **Classification of the substance or mixture:**

This product has been classified as non-hazardous based on the physical and/or chemical nature and/or concentration of ingredients. Product contains sodium azide as a preservation at a concentration below threshold amount for reporting according to OSHA hazard communication regulations (1%) but at a concentration that should be considered for disposal and other environmental considerations.

2.2   **Label elements**
No labeling required as this product is considered to be non-hazardous.

| SECTION 3: Composition/information on Hazardous Ingredients |
| --- |

3.1   **Substances**
Material does not meet the criteria of a substance.

3.2   **Mixtures**
**Chemical Characterization:** Mixture of chemical and/or biological substances for *in vitro* diagnostic use



# SAFETY DATA SHEET

 **400100**

| Hazardous chemical ingredients per U.S. OSHA criteria (29 CFR 1910.1200 Hazard Communication): | | |
|---|---|---|
| **Identifiers** | **Chemical Name** | **Weight %** |
| CAS 26628-22-8 | Sodium Azide | 0.02% |

## SECTION 4: First aid measures

**4.1    Description of first aid measures**

**After Inhalation**:
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Move exposed person to fresh air.  Administer oxygen if breathing is difficult.  Keep patient warm.  Consult doctor if symptoms persist.

**After skin contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Take off any clothing that the product touched.  Rinse skin with running water for 15 to 20minutes.  Seek medical attention if irritation or signs of toxicity occur.

**After eye contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended. In case of contact with substance, immediately flush eyes with running water for at least 20 minutes.  If eye irritation persists, seek medical attention.

**After swallowing**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended. In case of contact with substance, immediately rinse mouth with water.  If irritation or signs of toxicity occur, seek medical attention.

**4.2    Most important symptoms and effects, both acute and delayed**
No data available.

**4.3    Indication of any immediate medical attention and special treatment needed**
Notes for the doctor:  All treatments should be based on observed signs and symptoms of distress in the patient.  Consideration should be given to the possibility that overexposure to materials other than this product may have occurred.

## SECTION 5: Firefighting measures

**5.1    Extinguishing media:**
Suitable extinguishing media:

Use alcohol resistant foam, carbon dioxide, water, or dry chemical spray. Use water spray to cool fire-exposed containers.



# SAFETY DATA SHEET

**REF** **400100**

**5.2** **Special hazards arising from the substance or mixture**

<u>Hazardous combustion products:</u>
No data available.

**5.3** **Advice for fire-fighters**

As in any fire, wear self-contained breathing apparatus pressure demand (NIOSH approved or equivalent), and full protective gear to prevent contact with skin and eyes.

## SECTION 6: Accidental release measures

**6.1** **Personal precautions, protective equipment and emergency procedures**
Avoid breathing vapors and provide adequate ventilation. As conditions warrant, wear a NIOSH approved self-contained breathing apparatus, or respirator, and appropriate personal protection (rubber boots, safety goggles, and heavy rubber gloves).

**6.2** **Environmental precautions:**
Take Steps to avoid release into the environment, if safe to do so.

**6.3** **Methods and material for containment and cleaning up**
Contain spill and collect, as appropriate. Transfer to a chemical waste container for disposal in accordance with local regulations.

## SECTION 7: Handling and storage

**7.1** **Precautions for safe handling**
Ensure good ventilation in the workplace.
Avoid contact with eyes, skin, and clothing. Do not ingest.
Wash hands thoroughly after use.

**7.2** **Precautions for storage**
Keep in a dry, cool and well-ventilated place.

## SECTION 8: Exposure controls/personal protection

**8.1** <u>**Occupational Exposure Limits:**</u>

| Chemical name | OSHA PEL | OSHA PEL (Ceiling) | ACGIH (TLV) | NIOSH (REL-C) |
|---|---|---|---|---|
| **Sodium Azide** | Not established. | None | 0.29 mg/m$^3$, ceiling | 0.3 mg/m$^3$, skin |

**8.2** <u>**Engineering measures**</u>
Ensure adequate ventilation, especially in confined areas.

    **SAFETY DATA SHEET**     **400100**

**8.3** <u>**Personal protective equipment**</u>
Personal protective equipment requirement is dependent on the user institution's risk assessment and are specific to the risk assessment for each laboratory where this material may be used.

**Respiratory protection**
In case of insufficient ventilation wear suitable respiratory equipment

**Hand protection**
Impervious gloves

**Eye protection**
Safety glasses with side shields

**Skin and body protection**
Lightweight protective clothing

**Hygiene measures**
Handle in accordance with good industrial hygiene and safety practice

**8.4** <u>**Environmental Exposure Controls**</u>
Observe all federal, state, and local environmental regulations.  If the disposal of this solution is permissible, flush with large volumes of water to prevent build-up of azides in plumbing.

| SECTION 9. Physical and chemical properties |
|---|

<u>**General Information**</u>

| | |
|---|---|
| **Form:** | Liquid |
| **Color:** | Clear |
| **Odor:** | Odorless |
| **pH Value at 20°C (68°F)** | pH 7.0-8.1 |
| **melting point/melting range:** | Not determined |
| **Boiling point/boiling range:** | Not determined |
| **Flash point** | Not applicable |
| **Flammability (solid, gaseous)** | Not applicable |
| **Auto igniting** | Product is not self-igniting |
| **Danger of explosion** | Product does not present an explosion hazard |
| **Explosion limits** | |
| **Lower:** | Not determined |
| **Upper:** | Not determined |
| **Density at 20°C:** | Not Determined |
| **Solubility in/Miscibility with** | |
| **Water:** | Not determined |
| **Dynamic:** | Not determined |

 **SAFETY DATA SHEET**  **400100**

**9.2    Other information:**
No additional physical and chemical parameters noted.

| SECTION 10: Stability and reactivity |
|---|

**10.1    Reactivity**
No dangerous reaction known under conditions of normal use.

**10.2    Chemical stability**
Stable.

**10.3    Possibility of hazardous reactions**
Contact of sodium azide with heavy metals may form explosive azides. Contact of sodium azide with acids may liberate toxic gas,

**10.4    Conditions to avoid:**
Avoid buildup of sodium azide in copper or lead plumbing.  Thorough flushing of plumbing with water is recommended.

**10.5    Incompatible materials:**
Contact of sodium azide with heavy metals may form explosive azides. Contact of sodium azide with acids may liberate toxic gas.

**10.6    Hazardous decomposition products:**
Hazardous decomposition products formed under fire conditions: carbon monoxide, carbon dioxide, nitrogen oxides, hydrogen chloride gas.

| SECTION 11: Toxicological Information |
|---|

**11.1    Information on toxicological effects**

| Chemical name | LD50 (oral, rat/mouse) | LD50 (dermal, rat/rabbit) | LC50 (inhalation, rat/mouse) |
|---|---|---|---|
| Sodium Azide | 27 mg/kg (rat) | 20 mg/kg | No data available |

**Principal Routes of Exposure/Potential Health Effects**

| | |
|---|---|
| **Eyes** | May Cause eye irritation with susceptible persons |
| **Skin** | May cause skin irritation with susceptible persons |
| **Inhalation** | May be harmful by inhalation |
| **Ingestion** | May be harmful if swallowed |
| **Carcinogenic effects** | No information available |
| **Mutagenic effects** | none |
| **Reproductive toxicity** | none |
| **Sensitization** | none |
| **Target Organ Effects** | None under normal use conditions |



# SAFETY DATA SHEET

 **400100**

| **SECTION 12: Ecological Information** | |
|---|---|

| Ecotoxicity effects | No information available |
| Acute aquatic toxicity | Category 3 |
| Chronic aquatic toxicity | Not classified chronic |
| Mobility | No information available |
| Biodegradation | Inherently biodegradable |
| Bioaccumulation | Does not bioaccumulate |

| **SECTION 13: Disposal considerations** |
|---|

**13.1    Waste Treatment Methods**
    Dispose of in accordance with local regulations.

| **SECTION 14: Transport Information** |
|---|

**IATA**

| **Proper shipping name** | Not classified as dangerous in the meaning of transport regulations |
|---|---|
| **Hazard class** | None |
| **Subsidiary class** | None |
| **Packing group** | None |
| **UN-No** | None |

| **SECTION 15: Regulatory information** |
|---|

<u>**U.S. Federal Regulations**</u>

**SARA 313**
This product is not regulated by SARA.

**Clean Air Act, Section 112 Hazardous Air Pollutants (HAPs) (see 40 CFR 61)**
This product does not contain HAPs.

**U.S. State Regulations**

**California Proposition 65**
Not listed.

**WHMIS Hazard Class**
D2B Toxic Materials

This product has been classified according to the hazard criteria of the CPR and the SDS contains all of the information required by the CPR



**SAFETY DATA SHEET**

REF  **400100**

| SECTION 16:  Other information |
|---|

**Disclaimer/Statement of Liability**

The above information is based on data available to us and is believed to be correct.  Since the information may be applied under conditions beyond our control and with which we may be unfamiliar, we do not assume any responsibility for the results of its use and all persons received it must make their own determination of the effects, properties, protections and disposal which pertain to their particular conditions. Caution should be used in the handling and use of the material. No representation, warranty, or guarantee, express or implied including a warranty of fitness or merchantability for a particular purpose is constituted by the information in this SDS.

EXHIBIT 73



# SAFETY DATA SHEET

 **310100**

| SECTION 1.  Identification |
|---|

**1.1**     **Product Name**             NeuMoDx™ LDT Master Mix Test Strip, RNA

               **Product Code**              310100

**1.2**     **Relevant identified use**       For Laboratory Developed In Vitro Diagnostic Test Use

**1.3**     **Details of the supplier of the safety data sheet**

               **Manufacturer**              NeuMoDx Molecular Inc.

                                           1250 Eisenhower Pl

                                           Ann Arbor, MI 48108, USA

                                           www.neumodx.com

                                           info@neumodx.com

               **Telephone (General)**         1-844-527-0111

**1.4**     **EMERGENCY TELEPHONE NUMBER:**

               **24-HR Emergency Exposure**     1-800-222-1222

                                           American Association of Poison Control Centers

| SECTION 2.  Hazards Identification |
|---|

**EU/EEC**

**According to: Regulation (EC) No 1272/2008 (CLP)/REACH 1907/2006 [amended by 453/2010]**

**2.1.**     **Classification of the substance or mixture:**

        **CLP**    The LDT Master Mix Test Strip, RNA (LDT MM, RNA) is a final finished product that contains reagents required to perform the Laboratory Developed Tests (LDT) on the NeuMoDx Molecular System for *in vitro* diagnosis only.  Each test strip contains dried reagents in 16 individual wells and is sealed with a pierceable foil top.  The final dried reagent is light pink. Exemptions for disclosing some component information are pursuant to CLP Article 1(5)(d) and 29 CFR 1910. 1200(g)(2)(i)(C)(1)&(2).

**2.2**     **Label elements**

        **GHS Label Elements:** Not required.

        **Hazard pictograms/statements:** None.

        **Other Hazards**

        According to the Globally Harmonized System for Classification and Labeling (GHS) this product is not considered hazardous.



# SAFETY DATA SHEET

 **REF** 310100

### 2.3 Other Information

All reagents within this product are not considered hazardous under US hazard communication regulations (29 CFR 1910.1200), EU directives for classification and labeling of substances or mixtures or the Global Harmonization System for classification and labeling of substances or mixture.

## SECTION 3.  Composition/Information on Hazardous Ingredients

### 3.1 Substances
Material does not meet the criteria of a substance.

### 3.2 Mixtures
**Chemical Characterization:** Dried mixture of chemical and/or biological substances for *in vitro* diagnostic use

| Hazardous chemical ingredients per U.S. OSHA criteria (29 CFR 1910.1200 Hazard Communication): | | |
|---|---|---|
| **Identifiers** | **Chemical Name** | **Weight %** |
| N/A | N/A | N/A |

## SECTION 4.  First Aid Measures

### 4.1 Description of first aid measures:

**After Inhalation**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.

**After skin contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.

**After eye contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.

**After swallowing**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.

### 4.2 Most important symptoms and effects, both acute and delayed
No data available.

### 4.3 Indication of any immediate medical attention and special treatment needed
<u>Notes for the doctor:</u> All treatments should be based on observed signs and symptoms of distress in the patient.  Consideration should be given to the possibility that overexposure to materials other than this product may have occurred.



# SAFETY DATA SHEET

  310100

## SECTION 5.  Firefighting Measures

**5.1     Extinguishing media:**
*Suitable extinguishing media*

Use alcohol resistant foam, carbon dioxide, water, or dry chemical spray. Use water spray to cool fire-exposed containers.


*Unsuitable extinguishing media:*
Unknown


**5.2     Special hazards arising from the substance or mixture**
*Hazardous combustion products:*
No data available


**5.3     Advice for fire-fighters**
As in any fire, wear self-contained breathing apparatus pressure demand (NIOSH approved or equivalent), and full protective gear to prevent contact with skin and eyes.


## SECTION 6.  Accidental Release Measures

**6.1     Personal precautions, protective equipment and emergency procedures**
As conditions warrant, wear a NIOSH approved self-contained breathing apparatus, or respirator, and appropriate personal protection (rubber boots, safety goggles, and heavy rubber gloves).

**6.2     Environmental precautions**
Take steps to avoid release into the environment, if safe to do so.

**6.3     Methods and material for containment and cleaning up**
Contain spill and collect, as appropriate. Transfer to a chemical waste container for disposal in accordance with local regulations.

## SECTION 7.  Handling and Storage

**7.1     Precautions for safe handling**
Ensure good ventilation in the workplace.


**7.2     Precautions for storage**
Keep in a dry and cool place.



# SAFETY DATA SHEET

 **REF** 310100

| SECTION 8.  Exposure Controls/Personal Protection |
|---|

**8.1**    **Occupational Exposure Limits**

Not applicable.

**8.2**    **Engineering measures**

None necessary.

**8.3**    **Personal protective equipment (PPE)**

Personal protective equipment requirements are dependent on the user institution's risk assessment and are specific to the risk assessment for each laboratory where this material may be used.

**Respiratory protection**

In case of insufficient ventilation, wear suitable respiratory equipment.

**Hand protection**

Impervious gloves.

**Eye protection**

Safety glasses with side shields.

**Skin and body protection**

Lightweight protective clothing.

**Hygiene measures**

Handle in accordance with good industrial hygiene and safety practice. Wash hands after use.

**8.4**    **Environmental Exposure Controls**

None – product does not pose an environmental risk.

| SECTION 9.  Physical and Chemical Properties |
|---|

**9.1**    **General Information**

| | |
|---|---|
| **Form:** | Dried mixture in sealed plastic strip. |
| **Color:** | Dried reagents are purple, plastic strip is white, foil seal is silver. |
| **Odor:** | Odorless. |
| **Odor Threshold:** | Not determined. |
| **pH Value at 20°C (68°F)** | 7.8 - 8.7 |
| **Melting point/melting range:** | Not determined. |
| **Boiling point/boiling range:** | Not determined. |
| **Freezing Point:** | Not determined. |



# SAFETY DATA SHEET

REF 310100

| | |
|---|---|
| **Flash point:** | Not determined. |
| **Flammability (solid, gaseous):** | Not applicable. |
| **Auto igniting:** | Product is not self-igniting. |
| **Danger of explosion:** | Product does not present an explosion hazard. |
| **Explosion limits:** | |
| **Lower** | Not determined. |
| **Upper** | Not determined. |
| **Density at 20°C:** | Not determined. |
| **Vapor Pressure:** | Not determined |
| **Vapor Density:** | Not determined. |
| **Partition coefficient: n-octanol/water:** | Not determined. |
| **Decomposition Temperature:** | Not determined. |
| **Solubility in/Miscibility with:** | |
| **Water** | Not determined. |
| **Dynamic** | Not determined. |

**9.2    Other information:**
No additional physical and chemical parameters noted.

---

**SECTION 10.  Stability and Reactivity**

**10.1    Reactivity**
No dangerous reaction known under conditions of normal use.

**10.2    Chemical stability**
Stable.

**10.3    Possibility of hazardous reactions**
None.

**10.4    Conditions to avoid:**
None.

**10.5    Incompatible materials:**
None.

**10.6    Hazardous decomposition products:**
None.



# SAFETY DATA SHEET

 **REF** 310100

| SECTION 11. Toxicological Information |
| --- |

**11.1    Information on toxicological effects**

| Chemical name | LD50<br>(oral, rat/mouse) | LD50<br>(dermal, rat/rabbit) | LC50<br>(inhalation, rat/mouse) |
| --- | --- | --- | --- |
| N/A | N/A | N/A | N/A |

**11.2    Principal Routes of Exposure/Potential Health Effects:**

| | |
| --- | --- |
| **Eyes** | May cause eye irritation with susceptible persons. |
| **Skin** | May cause skin irritation with susceptible persons. |
| **Inhalation** | May be harmful if inhaled. |
| **Ingestion** | May be harmful if swallowed. |
| **Carcinogenic effects** | No information available. |
| **Mutagenic effects** | None. |
| **Reproductive toxicity** | None. |
| **Sensitization** | None. |
| **Target Organ Effects** | None under normal use conditions. |

| SECTION 12. Ecological Information |
| --- |

| | |
| --- | --- |
| Ecotoxicity effects | No information available. |
| Acute aquatic toxicity | Not toxic. |
| Chronic aquatic toxicity | Not toxic. |
| Mobility | No information available. |
| Biodegradation | No information available |
| Bioaccumulation | Does not bioaccumulate |

| SECTION 13. Disposal Considerations |
| --- |

**13.1    Waste Treatment Methods**
Dispose of in accordance with local, federal, state, and international regulations.

| SECTION 14. Transport Information |
| --- |

**IATA**

| | |
| --- | --- |
| **Proper shipping name** | Not available |
| **Hazard class** | Not available |
| **Subsidiary class** | Not available |
| **Packing group** | Not available |
| **UN-No** | Not available |



# SAFETY DATA SHEET

REF 310100

| SECTION 15.  Regulatory Information |
|---|

**15.1**  **U.S. Federal Regulations**

**SARA 313**
This product is not regulated by SARA.

**Clean Air Act, Section 112 Hazardous Air Pollutants (HAPs) (see 40 CFR 61)**
This product does not contain HAPs.

**U.S. State Regulations**

**California Proposition 65**
Not listed.

WHMIS Hazard Class
D2B Toxic Materials



This product has been classified according to the hazard criteria of the CPR and the SDS contains all of the information required by the CPR.

| SECTION 16.  Other Information |
|---|

**Disclaimer/Statement of Liability**
The above information is based on data available to us and is believed to be correct.  Since the information may be applied under conditions beyond our control and with which we may be unfamiliar, we do not assume any responsibility for the results of its use and all persons received it must make their own determination of the effects, properties, protections and disposal which pertain to their particular conditions. Caution should be used in the handling and use of the material. No representation, warranty, or guarantee, express or implied including a warranty of fitness or merchantability for a particular purpose is constituted by the information in this SDS.

# EXHIBIT 74



# SAFETY DATA SHEET

 **210100**

| SECTION 1.  Identification |
| --- |

| 1.1 | **Product Name** | NeuMoDx™ LDT Master Mix Test Strip, DNA |
| --- | --- | --- |
| | **Product Code** | 210100 |
| 1.2 | **Relevant identified use** | For Laboratory Developed In Vitro Diagnostic Test Use |
| 1.3 | **Details of the supplier of the safety data sheet** | |

| | **Manufacturer** | NeuMoDx Molecular Inc. |
| --- | --- | --- |
| | | 1250 Eisenhower Pl |
| | | Ann Arbor, MI 48108, USA |
| | | www.neumodx.com |
| | | info@neumodx.com |
| | **Telephone (General)** | 1-844-527-0111 |

| 1.4 | **EMERGENCY TELEPHONE NUMBER:** | |
| --- | --- | --- |
| | **24-HR Emergency Exposure** | 1-800-222-1222 |
| | | American Association of Poison Control Centers |

| SECTION 2.  Hazards Identification |
| --- |

**EU/EEC**
**According to: Regulation (EC) No 1272/2008 (CLP)/REACH 1907/2006 [amended by 453/2010]**

**2.1.** **Classification of the substance or mixture:**

**CLP** The LDT Master Mix Test Strip, DNA (LDT MM, DNA) is a final finished product that contains reagents required to perform Laboratory Developed Tests (LDT) on the NeuMoDx Molecular System for *in vitro* diagnosis only. Each test strip contains dried reagents in 16 individual wells and is sealed with a pierceable foil top. The final dried reagent is light pink. Exemptions for disclosing some component information are pursuant to CLP Article 1(5)(d) and 29 CFR 1910. 1200(g)(2)(i)(C)(1)&(2).

**2.2** **Label elements**

**GHS Label Elements:** Not required.

**Hazard pictograms/statements:** None.

**Other Hazards**
According to the Globally Harmonized System for Classification and Labeling (GHS) this product is not considered hazardous.



# SAFETY DATA SHEET

 **210100**

**2.3 Other Information**

All reagents within this product are not considered hazardous under US hazard communication regulations (29 CFR 1910.1200), EU directives for classification and labeling of substances or mixtures or the Global Harmonization System for classification and labeling of substances or mixture.

---

**SECTION 3.  Composition/Information on Hazardous Ingredients**

**3.1 Substances**

Material does not meet the criteria of a substance.

**3.2 Mixtures**

**Chemical Characterization:** Dried mixture of chemical and/or biological substances for *in vitro* diagnostic use

| Hazardous chemical ingredients per U.S. OSHA criteria (29 CFR 1910.1200 Hazard Communication): | | |
|---|---|---|
| **Identifiers** | **Chemical Name** | **Weight %** |
| N/A | N/A | N/A |

---

**SECTION 4.  First Aid Measures**

**4.1 Description of first aid measures:**

**After Inhalation**

First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.

**After skin contact**

First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.

**After eye contact**

First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.

**After swallowing**

First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.

**4.2 Most important symptoms and effects, both acute and delayed**

No data available.



# SAFETY DATA SHEET

 **REF** 210100

**4.3    Indication of any immediate medical attention and special treatment needed**
_Notes for the doctor:_  All treatments should be based on observed signs and symptoms of distress in the patient.  Consideration should be given to the possibility that overexposure to materials other than this product may have occurred.

| SECTION 5.  Firefighting Measures |
|---|

**5.1    Extinguishing media:**
_Suitable extinguishing media_
    Use alcohol resistant foam, carbon dioxide, water, or dry chemical spray. Use water spray to cool fire-exposed containers.

_Unsuitable extinguishing media:_
    Unknown

**5.2    Special hazards arising from the substance or mixture**
_Hazardous combustion products_:
No data available

**5.3    Advice for fire-fighters**
As in any fire, wear self-contained breathing apparatus pressure demand (NIOSH approved or equivalent), and full protective gear to prevent contact with skin and eyes.

| SECTION 6.  Accidental Release Measures |
|---|

**6.1    Personal precautions, protective equipment and emergency procedures**
As conditions warrant, wear a NIOSH approved self-contained breathing apparatus, or respirator, and appropriate personal protection (rubber boots, safety goggles, and heavy rubber gloves).

**6.2    Environmental precautions**
Take steps to avoid release into the environment, if safe to do so.

**6.3    Methods and material for containment and cleaning up**
Contain spill and collect, as appropriate. Transfer to a chemical waste container for disposal in accordance with local regulations.

| SECTION 7.  Handling and Storage |
|---|

**7.1    Precautions for safe handling**
Ensure good ventilation in the workplace.

**7.2    Precautions for storage**
Keep in a well-ventilated place.  Store at room temperature.



# SAFETY DATA SHEET

 **REF** 210100

| SECTION 8.  Exposure Controls/Personal Protection |
| --- |

**8.1    Occupational Exposure Limits**

Not applicable.

**8.2    Engineering measures**

None necessary.

**8.3    Personal protective equipment (PPE)**

Personal protective equipment requirements are dependent on the user institution's risk assessment and are specific to the risk assessment for each laboratory where this material may be used.

**Respiratory protection**

In case of insufficient ventilation, wear suitable respiratory equipment.

**Hand protection**

Impervious gloves.

**Eye protection**

Safety glasses with side shields.

**Skin and body protection**

Lightweight protective clothing.

**Hygiene measures**

Handle in accordance with good industrial hygiene and safety practice. Wash hands after use.

**8.4    Environmental Exposure Controls**

None – product does not pose an environmental risk.

| SECTION 9.  Physical and Chemical Properties |
| --- |

**9.1    General Information**

| | |
| --- | --- |
| **Form:** | Dried mixture foiled-sealed in a plastic strip. |
| **Color:** | Dried reagents are purple, plastic strip is white, foil seal is silver. |
| **Odor:** | Odorless. |
| **Odor Threshold:** | Not determined. |
| **pH Value at 20°C (68°F)** | 7.8 - 8.7 |
| **Melting point/melting range:** | Not determined. |
| **Boiling point/boiling range:** | Not determined. |



# SAFETY DATA SHEET

**REF** 210100

| | |
|---|---|
| **Freezing Point:** | Not determined. |
| **Flash point:** | Not determined. |
| **Flammability (solid, gaseous):** | Not applicable. |
| **Auto igniting:** | Product is not self-igniting. |
| **Danger of explosion:** | Product does not present an explosion hazard. |
| **Explosion limits:** | |
| **Lower** | Not determined. |
| **Upper** | Not determined. |
| **Density at 20°C:** | Not determined. |
| **Vapor Pressure:** | Not determined |
| **Vapor Density:** | Not determined. |
| **Partition coefficient: n-octanol/water:** | Not determined. |
| **Decomposition Temperature:** | Not determined. |
| **Solubility in/Miscibility with:** | |
| **Water** | Not determined. |
| **Dynamic** | Not determined. |

**9.2    Other information:**
No additional physical and chemical parameters noted.

**SECTION 10.  Stability and Reactivity**

**10.1    Reactivity**
No dangerous reaction known under conditions of normal use.

**10.2    Chemical stability**
Stable.

**10.3    Possibility of hazardous reactions**
None.

**10.4    Conditions to avoid:**
None.

**10.5    Incompatible materials:**
None.

**10.6    Hazardous decomposition products:**
None.



# SAFETY DATA SHEET

 **REF** 210100

| SECTION 11.  Toxicological Information |
|---|

**11.1    Information on toxicological effects**

| Chemical name | LD50 (oral, rat/mouse) | LD50 (dermal, rat/rabbit) | LC50 (inhalation, rat/mouse) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**11.2    Principal Routes of Exposure/Potential Health Effects:**

| | |
|---|---|
| **Eyes** | May cause eye irritation with susceptible persons. |
| **Skin** | May cause skin irritation with susceptible persons. |
| **Inhalation** | May be harmful if inhaled. |
| **Ingestion** | May be harmful if swallowed. |
| **Carcinogenic effects** | No information available. |
| **Mutagenic effects** | None. |
| **Reproductive toxicity** | None. |
| **Sensitization** | None. |
| **Target Organ Effects** | None under normal use conditions. |

| SECTION 12.  Ecological Information |
|---|

| | |
|---|---|
| Ecotoxicity effects | No information available. |
| Acute aquatic toxicity | Not toxic. |
| Chronic aquatic toxicity | Not toxic. |
| Mobility | No information available. |
| Biodegradation | No information available |
| Bioaccumulation | Does not bioaccumulate |

| SECTION 13.  Disposal Considerations |
|---|

**13.1    Waste Treatment Methods**
Dispose of in accordance with local, federal, state, and international regulations.

| SECTION 14.  Transport Information |
|---|

**IATA**

| | |
|---|---|
| **Proper shipping name** | Not available |
| **Hazard class** | Not available |
| **Subsidiary class** | Not available |
| **Packing group** | Not available |
| **UN-No** | Not available |



# SAFETY DATA SHEET

 **210100**

---

| SECTION 15.  Regulatory Information |
|---|

**15.1**   <u>**U.S. Federal Regulations**</u>

**SARA 313**
This product is not regulated by SARA.

**Clean Air Act, Section 112 Hazardous Air Pollutants (HAPs) (see 40 CFR 61)**
This product does not contain HAPs.

**U.S. State Regulations**

**California Proposition 65**
Not listed.

**WHMIS Hazard Class**
D2B Toxic Materials



This product has been classified according to the hazard criteria of the CPR and the SDS contains all of the information required by the CPR.

---

| SECTION 16.  Other Information |
|---|

**Disclaimer/Statement of Liability**
The above information is based on data available to us and is believed to be correct.  Since the information may be applied under conditions beyond our control and with which we may be unfamiliar, we do not assume any responsibility for the results of its use and all persons received it must make their own determination of the effects, properties, protections and disposal which pertain to their particular conditions. Caution should be used in the handling and use of the material. No representation, warranty, or guarantee, express or implied including a warranty of fitness or merchantability for a particular purpose is constituted by the information in this SDS.

EXHIBIT 75



# SAFETY DATA SHEET

 **200300**

| SECTION 1. Identification | | |
|---|---|---|

| 1.1 | **Product Name** | NeuMoDx™ CT/NG Test Strip |
|---|---|---|
| | **Product Code** | 200300 |
| 1.2 | **Relevant identified use** | For In Vitro Diagnostic Use |
| 1.3 | **Manufacturer** | **NeuMoDx Molecular, Inc.** |
| | | **1250 Eisenhower Pl** |
| | | **Ann Arbor, MI 48108, USA** |
| | | www.neumodx.com |
| | | info@neumodx.com |
| | **Telephone (General)** | 1-844-527-0111 |
| 1.4 | **Distributor** | **QIAGEN  GmbH** |
| | | **QIAGEN Str. 1,** |
| | | **40724 Hilden** |
| | | **Germany** |
| | | **Technical Support** call 00800-22-44-6000 |
| | | www.qiagen.com/Support |

**1.5** **EMERGENCY TELEPHONE NUMBER:**

**US 24-HR Emergency Exposure**  1-800-222-1222
American Association of Poison Control Centers

**Outside USA** **Technical Support** call 00800-22-44-6000

| SECTION 2. Hazards Identification | |
|---|---|

**EU/EEC**
**According to: Regulation (EC) No 1272/2008 (CLP)/REACH 1907/2006 [amended by 453/2010]**

**2.1.** **Classification of the substance or mixture:**
**CLP** The CTNG Test Strip is a final finished product that contains reagents required to perform the NeuMoDx CTNG test on the NeuMoDx Molecular System for *in vitro* diagnosis only. Each test strip contains dried reagents in 16 individual wells and is sealed with a foil top. The final dried reagent is pink/purple.  Exemptions for disclosing some component information are pursuant to CLP Article 1(5)(d) and 29 CFR 1910. 1200(g)(2)(i)(C)(1)&(2).

**2.2** **Label elements**

**GHS Label Elements:** Not required.

**Hazard pictograms/statements:** None.



# SAFETY DATA SHEET

 **REF** **200300**

**Other Hazards:**
Hazards not otherwise classified (HNOC) or not covered by GHS – none.

**2.3    Other Information**

All reagents within this product are not considered hazardous under US hazard communication regulations (29 CFR 1910.1200), EU directives for classification and labeling of substances or mixtures or the Global Harmonization System for classification and labeling of substances or mixture.

## SECTION 3.  Composition/Information on Hazardous Ingredients

**3.1    Substances**
Material does not meet the criteria of a substance.

**3.2    Mixtures**

**Chemical Characterization:**
Mixture of chemical and/or biological substances for *in vitro* diagnostic use

| Hazardous chemical ingredients per U.S. OSHA criteria (29 CFR 1910.1200 Hazard Communication): | | |
|---|---|---|
| **Identifiers** | **Chemical Name** | **Weight %** |
| N/A | N/A | N/A |

## SECTION 4.  First Aid Measures

**4.1    Description of first aid measures:**

**Immediate medical attention needed:**
No.

**General advice**
Consult a physician.  Show this safety data sheet to the doctor in attendance.

**After Inhalation**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Move exposed personnel to fresh air.  Administer oxygen if breathing is difficult. Keep patient warm.  Consult doctor if symptoms persist.

**After skin contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Take off any clothing that the product touched.  Rinse skin with running water for 15 to 20 minutes.  Seek medical attention if irritation or signs of toxicity occur.



# SAFETY DATA SHEET

 **REF** **200300**

**After eye contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  In case of contact with substance, immediately flush eyes with running water for at least 20 minutes.  If eye irritation persists, seek medical attention.

**After swallowing**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Rinse mouth with water.  If irritation or signs of toxicity occur, seek medical attention.

**4.2     Most important symptoms and effects, both acute and delayed**
No data available.

**4.3     Indication of any immediate medical attention and special treatment needed**
Notes for the doctor:  All treatments should be based on observed signs and symptoms of distress in the patient.  Consideration should be given to the possibility that overexposure to materials other than this product may have occurred.

## SECTION 5.  Firefighting Measures

**5.1     Extinguishing media:**
Suitable extinguishing media
Use alcohol resistant foam, carbon dioxide, water, or dry chemical spray. Use water spray to cool fire-exposed containers.

Unsuitable extinguishing media:
Unknown

**5.2     Special hazards arising from the substance or mixture**
Hazardous combustion products:
No data available

**5.3     Advice for fire-fighters**
As in any fire, wear self-contained breathing apparatus pressure demand (NIOSH approved or equivalent), and full protective gear to prevent contact with skin and eyes.

## SECTION 6.  Accidental Release Measures

**6.1     Personal precautions, protective equipment and emergency procedures**
As conditions warrant, wear a NIOSH approved self-contained breathing apparatus, or respirator, and appropriate personal protection (rubber boots, safety goggles, and heavy rubber gloves).

**6.2     Environmental precautions**
Take steps to avoid release into the environment, if safe to do so.



# SAFETY DATA SHEET

 **200300**

### 6.3   Methods and material for containment and cleaning up

Contain spill and collect, as appropriate. Transfer to a chemical waste container for disposal in accordance with local regulations.

| SECTION 7.  Handling and Storage |
| --- |

### 7.1   Precautions for safe handling

Ensure good ventilation in the workplace.

### 7.2   Precautions for storage

Keep in a dry place and store at room temperature.

| SECTION 8.  Exposure Controls/Personal Protection |
| --- |

### 8.1   Occupational Exposure Limits

Not applicable.

### 8.2   Engineering measures

None necessary.

### 8.3   Personal protective equipment (PPE)

Personal protective equipment requirements are dependent on the user institution's risk assessment and are specific to the risk assessment for each laboratory where this material may be used.

**Respiratory protection**
In case of insufficient ventilation, wear suitable respiratory equipment.

**Hand protection**
Impervious gloves.

**Eye protection**
Safety glasses with side shields.

**Skin and body protection**
Lightweight protective clothing.

**Hygiene measures**
Handle in accordance with good industrial hygiene and safety practice. Wash hands after use.

### 8.4   Environmental Exposure Controls

None – product does not pose an environmental risk.



# SAFETY DATA SHEET

 **REF**   200300

| SECTION 9.  Physical and Chemical Properties |
| --- |

**9.1     General Information**

| | |
| --- | --- |
| Form: | Dried mixture in sealed plastic strip. |
| Color: | Dried reagents are purple, plastic strip is white, foil seal is silver. |
| Odor: | Odorless. |
| Odor Threshold: | Not determined. |
| pH Value at 20°C (68°F) | 7.8 - 8.7 |
| Melting point/melting range: | Not determined. |
| Boiling point/boiling range: | Not determined. |
| Freezing Point: | Not determined. |
| Flash point: | Not determined. |
| Flammability (solid, gaseous): | Not applicable. |
| Auto igniting: | Product is not self-igniting. |
| Danger of explosion: | Product does not present an explosion hazard. |
| Explosion limits: | |
|     Lower | Not determined. |
|     Upper | Not determined. |
| Density at 20°C: | Not determined. |
| Vapor Pressure: | Not determined |
| Vapor Density: | Not determined. |
| Partition coefficient: n-octanol/water: | Not determined. |
| Decomposition Temperature: | Not determined. |
| Solubility in/Miscibility with: | |
|     Water | Not determined. |
|     Dynamic | Not determined. |

**9.2     Other information:**
No additional physical and chemical parameters noted.

| SECTION 10.  Stability and Reactivity |
| --- |

**Reactivity**
No dangerous reaction known under conditions of normal use.

**Chemical stability**
Stable.

**Possibility of hazardous reactions**
None.



# SAFETY DATA SHEET

REF  200300

**Conditions to avoid:**
None.

**Incompatible materials:**
None.

**Hazardous decomposition products:**
None.

| SECTION 11.  Toxicological Information |
| --- |

**11.1    Information on toxicological effects**

| Chemical name | LD50<br>(oral, rat/mouse) | LD50<br>(dermal, rat/rabbit) | LC50<br>(inhalation, rat/mouse) |
| --- | --- | --- | --- |
| N/A | N/A | N/A | N/A |

**Acute toxicity**
No data available.

**Skin corrosion/irritation**
May cause skin irritation with susceptible persons.

**Serious eye damage/eye irradiation**
May cause eye irritation with susceptible persons.

**Respiratory or skin sensitization**
May be harmful if inhaled and may cause skin sensitization.

**Ingestion**
May be harmful if swallowed.

**Germ cell mutagenicity**
No data available.

**Carcinogenicity**
No data available.

**Reproductive toxicity**
No data available.

**Specific target organ toxicity-single exposure**
No data available.



# SAFETY DATA SHEET

 **REF** **200300**

| SECTION 12. Ecological Information |
|---|

| Ecotoxicity effects | No information available. |
| Acute aquatic toxicity | No information available. |
| Chronic aquatic toxicity | Not classified as chronic. |
| Mobility | No information available. |
| Biodegradation | No information available |
| Bioaccumulation | Does not bioaccumulate |

| SECTION 13. Disposal Considerations |
|---|

**13.1   Waste Treatment Methods**
Dispose of in accordance with local, federal, state, and international regulations.

| SECTION 14. Transport Information |
|---|

**IATA**

| **Proper shipping name** | Not available |
|---|---|
| **Hazard class** | Not available |
| **Subsidiary class** | Not available |
| **Packing group** | Not available |
| **UN-No** | Not available |

| SECTION 15. Regulatory Information |
|---|

**United States**

**SARA Section 311/312 (Specific toxic chemical listings)**
None of the ingredients listed.

**SARA Section 313 (Specific toxic chemical listings)**
None of the ingredients listed.

**RCRA (hazardous waste code)**
None of the ingredients listed.

**TSCA (Toxic Substances Control Act)**
None of the ingredients listed.

**CERCLA (Comprehensive Environmental Response, Compensation and Liability Act)**
None of the ingredients listed.



# SAFETY DATA SHEET

 **200300**

**Proposition 65 (California)**

    **Chemicals known to cause cancer**
    None of the ingredients listed.

    **Chemicals known to cause reproductive toxicity for females**
    None of the ingredients listed.

    **Chemicals known to cause reproductive toxicity for males**
    None of the ingredients listed.

    **Chemicals known to cause developmental toxicity**
    None of the ingredients listed.

**Canada**

    **Canadian Domestic Substances List (DSL)**
    None of the ingredients listed.

    **Canadian NPRI Ingredient Disclosure list (limit 0.1%)**
    None of the ingredients listed.

    **WHMIS Hazard Class**
    D2B Toxic Materials



This product has been classified according to the hazard criteria of the CPR and the SDS contains all of the information required by the CPR.

**Europe**
    **Candidate substances for authorization under the Regulation (EC) No 1907/2006 (REACH)**
    Not applicable.

    **Substances included in Annex XIV of REACH ("Authorization List") and sunset date**
    Not applicable.

    **Regulation (EC) No 1005/2009, about substances that deplete the ozone layer**
    Not applicable.

    **Article 95, REGULATION (EU) No 528/2012**
    Not applicable.



# SAFETY DATA SHEET

 **REF** 200300

**REGULATION (EU) No 649/2012, in relation to the import and export of hazardous chemical products**
Not applicable.

**Limitations to commercialization and the use of certain dangerous substances and mixtures (Annex XVII REACH, etc.)**
Not applicable.

---

**SECTION 16.  Other Information**

---

**Disclaimer/Statement of Liability**
The Safety Data Sheet (SDS) contains all information as required by the Hazard Communication Standard and the Globally Harmonized System of Classification and Labelling of Chemicals (GHS).  The above information is based on data available to us and is believed to be correct.  Since the information may be applied under conditions beyond our control and with which we may be unfamiliar, we do not assume any responsibility for the results of its use and all persons received it must make their own determination of the effects, properties, protections and disposal which pertain to their particular conditions. The responsibility to provide a safe workplace remains with the user who should consider the health hazards and safety information contained in this document as a guide. The user should take the precautions required. Caution should be used in the handling and use of the material. No representation, warranty, or guarantee, express or implied including a warranty of fitness or merchantability for a particular purpose is constituted by the information in this SDS.

EXHIBIT 76



# SAFETY DATA SHEET

 **REF** 200400

| SECTION 1: Identification |
|---|

| 1.1 | **Product Name** | NeuMoDx™ GBS Test Strip |
|---|---|---|
|  | **Product Code** | 200400 |

| 1.2 | **Relevant identified use** | For *In Vitro* Diagnostic Use |
|---|---|---|

| 1.3 | **Manufacturer** | **NeuMoDx Molecular Inc.** |
|---|---|---|
|  |  | 1250 Eisenhower Pl |
|  |  | Ann Arbor, MI 48108, USA |
|  |  | www.neumodx.com |
|  |  | info@neumodx.com |

| | **Telephone (General)** | 1-844-527-0111 |
|---|---|---|

| 1.4 | **Distributor** | **QIAGEN GmbH** |
|---|---|---|
|  |  | **QIAGEN Str. 1,** |
|  |  | **40724 Hilden** |
|  |  | **Germany** |
|  |  | **Technical Support** call 00800-22-44-6000 |
|  |  | www.qiagen.com/Support |

**1.5 EMERGENCY TELEPHONE NUMBER:**

**US 24-HR Emergency Exposure** 1-800-222-1222
American Association of Poison Control Centers

**Outside USA** **Technical Support** call 00800-22-44-6000

| SECTION 2: Hazards identification |
|---|

**EU/EEC**
**According to: (1) Regulation (EC) No 1272/2008 (CLP)/REACH 1907/2006 [amended by 453/2010] and (2) US Regulation 29 CFR 1910 (OSHA HCS)**

**2.1. Classification of the substance or mixture:**

**CLP** The SDS for the GBS Test strip is for the final finished product for use in the laboratory. The Test Strip contains dried reagents stored in 16 individual wells per Test Strip and sealed with foil. The final dried reagent solution is pink/purple. Exemptions for disclosing some component information are pursuant to CLP Article 1(5)(d) and 29 CFR 1910. 1200(g)(2)(i)(C)(1)&(2).

**2.2 Label elements**

**GHS Label Elements:** Not required.

**Hazard pictograms/statements:** None.



# SAFETY DATA SHEET

 **REF** 200400

**Other Hazards**

According to the Globally Harmonized System for Classification and Labeling (GHS) this product is not considered hazardous.

**2.3   Other Information**

All reagents within this product are not considered hazardous under US hazard communication regulations (29 CFR 1910.1200), EU directives for classification and labeling of substances or mixtures or the Global Harmonization System for classification and labeling of substances or mixture.

| SECTION 3: Composition/information on Hazardous Ingredients |
|---|

**3.1   Substances**

Material does not meet the criteria of a substance.

**3.2   Mixtures**

**Chemical Characterization:** Dried mixture of chemical and/or biological substances for *in vitro* diagnostic use

| Hazardous chemical ingredients per U.S. OSHA criteria (29 CFR 1910.1200 Hazard Communication): | | |
|---|---|---|
| **Identifiers** | **Chemical Name** | **Weight %** |
| N/A | N/A | N/A |

| SECTION 4: First aid measures |
|---|

**4.1   Description of first aid measures**

**Immediate medical attention needed:**
No.

**General advice**
Consult a physician.  Show this safety data sheet to the doctor in attendance.

**After Inhalation**:
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Move exposed personnel to fresh air.  Administer oxygen if breathing is difficult. Keep patient warm.  Consult doctor if symptoms persist.

**After skin contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Take off any clothing that the product touched.  Rinse skin with running water for 15 to 20 minutes.  Seek medical attention if irritation or signs of toxicity occur.

**After eye contact**



# SAFETY DATA SHEET

 **REF** 200400

First aid is not expected to be necessary if material is used under ordinary conditions and as recommended. In case of contact with substance, immediately flush eyes with running water for at least 20 minutes.  If eye irritation persists, seek medical attention.

**After swallowing**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Rinse mouth with water.  If irritation or signs of toxicity occur, seek medical attention.

**4.2    Most important symptoms and effects, both acute and delayed**
No data available.

**4.3    Indication of any immediate medical attention and special treatment needed**
Notes for the doctor:  All treatments should be based on observed signs and symptoms of distress in the patient.  Consideration should be given to the possibility that overexposure to materials other than this product may have occurred.

## SECTION 5: Firefighting measures

**5.1    Extinguishing media:**
Suitable extinguishing media:

Use alcohol resistant foam, carbon dioxide, water, or dry chemical spray. Use water spray to cool fire-exposed containers

Unsuitable extinguishing media:

Unknown

**5.2    Special hazards arising from the substance or mixture**

Hazardous combustion products:

The product is non-reactive under normal conditions of use, storage, and transport.

**5.3    Advice for fire-fighters**

As in any fire, wear self-contained breathing apparatus pressure demand (NIOSH approved or equivalent), and full protective gear to prevent contact with skin and eyes.

## SECTION 6: Accidental release measures

**6.1    Personal precautions, protective equipment and emergency procedures**
As conditions warrant, wear a NIOSH approved self-contained breathing apparatus, or respirator, and appropriate personal protection (rubber boots, safety goggles, and heavy rubber gloves).

**6.2    Environmental precautions:**

 **SAFETY DATA SHEET**  **REF** **200400**

Prevent further leakage or spillage if safe to do so. Take steps to avoid release into the environment.

**6.3    Methods and material for containment and cleaning up**

Contain spill and collect, as appropriate. Transfer to a chemical waste container or soak up with inert absorbent material and dispose of in accordance with local regulations.

| SECTION 7: Handling and storage |
| --- |

**7.1    Precautions for safe handling**

Ensure good ventilation in the workplace. Avoid contact with skin and eyes. Avoid formation of aerosols. Wear personal protective equipment. Wash contaminated clothing before reuse. Do not eat, drink, or smoke when using this product. Always wash hands after handling the product.

**7.2    Precautions for storage**

Keep in a dry place and store at room temperature.

| SECTION 8: Exposure controls/personal protection |
| --- |

**8.1    Occupational Exposure Limits**

Not applicable.

**8.2    Engineering Measures**

Ensure adequate ventilation, especially in confined areas. Handle in accordance with good industrial hygiene and safety practice. Wash hands before breaks and at the end of the workday.

**8.3    Personal Protective Equipment**

Personal protective equipment requirements are dependent on the user institution's risk assessment and are specific to the risk assessment for each laboratory where this material may be used.

**Respiratory protection**

In case of insufficient ventilation, wear suitable respiratory equipment. Not required under normal conditions of use.

**Hand protection**

Impervious gloves.

**Eye protection**

Safety glasses with side shields.

**Skin and body protection**

Wear suitable protective clothing.



**SAFETY DATA SHEET**

 **REF** 200400

**Hygiene measures**
Handle in accordance with good industrial hygiene and safety practice. Wash hands after use.

**8.4   Environmental Exposure Controls**
None – product does not pose an environmental risk.

| SECTION 9. Physical and chemical properties |
|---|

**9.1   General Information**

| | |
|---|---|
| **Form:** | Dried mixture in sealed plastic strip. |
| **Color:** | Dried reagents are purple, plastic strip is white, foil seal is silver. |
| **Odor:** | Odorless. |
| **pH Value at 20°C (68°F)** | 7.8-8.7 |
| **Melting point/melting range:** | Not determined. |
| **Boiling point/boiling range:** | Not applicable. |
| **Flash point:** | Not applicable. |
| **Flammability (solid, gaseous):** | Not applicable. |
| **Auto igniting:** | Product is not self-igniting. |
| **Danger of explosion:** | Product does not present an explosion hazard. |
| **Explosion limits** | |
| **Lower:** | Not determined. |
| **Upper:** | Not determined. |
| **Density at 20°C:** | Not applicable. |
| **Solubility in/Miscibility with** | |
| **Water:** | Not determined. |
| **Dynamic:** | Not determined. |

**9.2   Other information:**
No additional physical and chemical parameters noted.

| SECTION 10: Stability and reactivity |
|---|

**10.1   Reactivity**
No dangerous reaction known under conditions of normal use.

**10.2   Chemical stability**
Stable under normal conditions.

**10.3   Possibility of hazardous reactions**
No data available.



# SAFETY DATA SHEET

 **REF** 200400

**10.4    Conditions to avoid:**
No data available**.**

**10.5    Incompatible materials:**
No data available.

**10.6    Hazardous decomposition products:**
No data available.

| SECTION 11: Toxicological Information |
|---|

**11.1    Information on toxicological effects**

| Chemical name | LD50 (oral, rat/mouse) | LD50 (dermal, rat/rabbit) | LC50 (inhalation, rat/mouse) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**11.2    Principal Routes of Exposure/Potential Health Effects**

| | |
|---|---|
| **Eyes** | May cause eye irritation with susceptible persons. |
| **Skin** | May cause skin irritation with susceptible persons. |
| **Inhalation** | May be harmful if inhaled. |
| **Ingestion** | May be harmful if swallowed. |
| **Carcinogenic effects** | No information available. |
| **Mutagenic effects** | None. |
| **Reproductive toxicity** | None. |
| **Sensitization** | None. |
| **Target Organ Effects** | None under normal use conditions. |

| SECTION 12: Ecological Information |
|---|

| | |
|---|---|
| Ecotoxicity effects | No information available. |
| Acute aquatic toxicity | Not toxic. |
| Chronic aquatic toxicity | Not toxic. |
| Mobility | No information available |
| Biodegradation | No information available |
| Bioaccumulation | Does not bioaccumulate |

| SECTION 13: Disposal Considerations |
|---|

**Waste Treatment Methods**
Dispose of in accordance with all Local, State, Federal and International Regulations.



# SAFETY DATA SHEET

 **REF** **200400**

## SECTION 14: Transport Information

<u>IATA</u>

| | |
|---|---|
| **Proper shipping name** | Not classified as dangerous to transport. |
| **UN-No** | None |
| **Transport Hazard class(es)** | None |
| **Subsidiary class** | None |
| **Packing group** | None |

## SECTION 15: Regulatory Information

<u>United States</u>

**SARA Section 311/312 (Specific toxic chemical listings)**
None of the ingredients listed.

**SARA Section 313 (Specific toxic chemical listings)**
None of the ingredients listed.

**RCRA (hazardous waste code)**
None of the ingredients listed.

**TSCA (Toxic Substances Control Act)**
None of the ingredients listed.

**CERCLA (Comprehensive Environmental Response, Compensation and Liability Act)**
None of the ingredients listed.

<u>Proposition 65 (California)</u>

**Chemicals known to cause cancer**
None of the ingredients listed.

**Chemicals known to cause reproductive toxicity for females**
None of the ingredients listed.

**Chemicals known to cause reproductive toxicity for males**
None of the ingredients listed.

**Chemicals known to cause developmental toxicity**
None of the ingredients listed.

<u>Canada</u>



# SAFETY DATA SHEET

 **200400**

**Canadian Domestic Substances List (DSL)**
None of the ingredients listed.

**Canadian NPRI Ingredient Disclosure list (limit 0.1%)**
None of the ingredients listed.

**WHMIS Hazard Class**
D2B Toxic Materials



This product has been classified according to the hazard criteria of the CPR and the SDS contains all of the information required by the CPR.

**Europe**

**Candidate substances for authorization under the Regulation (EC) No 1907/2006 (REACH)**
Not applicable.

**Substances included in Annex XIV of REACH ("Authorization List") and sunset date**
Not applicable.

**Regulation (EC) No 1005/2009, about substances that deplete the ozone layer**
Not applicable.

**Article 95, REGULATION (EU) No 528/2012**
Not applicable.

**REGULATION (EU) No 649/2012, in relation to the import and export of hazardous chemical products**
Not applicable.

**Limitations to commercialization and the use of certain dangerous substances and mixtures (Annex XVII REACH, etc.)**
Not applicable.

| SECTION 16:  Other information |
| --- |

**Disclaimer/Statement of Liability**
The Safety Data Sheet (SDS) contains all information as required by the Hazard Communication Standard and the Globally Harmonized System of Classification and Labelling of Chemicals (GHS).  The above information is based on data available to us and is believed to be correct.  Since the information

 **SAFETY DATA SHEET**  **200400**

may be applied under conditions beyond our control and with which we may be unfamiliar, we do not assume any responsibility for the results of its use and all persons received it must make their own determination of the effects, properties, protections and disposal which pertain to their particular conditions. The responsibility to provide a safe workplace remains with the user who should consider the health hazards and safety information contained in this document as a guide. The user should take the precautions required. Caution should be used in the handling and use of the material. No representation, warranty, or guarantee, express or implied including a warranty of fitness or merchantability for a particular purpose is constituted by the information in this SDS.

EXHIBIT 77



# SAFETY DATA SHEET

 201500

| SECTION 1: Identification |
| --- |

| | | |
| --- | --- | --- |
| 1.1 | **Product Name** | NeuMoDx™ EBV Quant Test Strip |
| | **Product Code** | 201500 |
| 1.2. | **Relevant identified use** | For *in vitro* diagnostic use. |
| 1.3 | **Manufacturer** | **NeuMoDx Molecular, Inc.**<br>**1250 Eisenhower Pl**<br>**Ann Arbor, MI 48108**<br>www.neumodx.com<br>info@neumodx.com |
| | **Telephone (General)** | 1-844-527-0111 |
| 1.4 | **Distributor** | **QIAGEN  GmbH**<br>**QIAGEN Str. 1,**<br>**40724 Hilden**<br>**Germany**<br>**Technical Support** call 00800-22-44-6000<br>www.qiagen.com/Support |

1.5     **EMERGENCY TELEPHONE NUMBER:**

**US 24-HR Emergency Exposure**  1-800-222-1222
American Association of Poison Control Centers

**Outside USA**          **Technical Support** call 00800-22-44-6000

| SECTION 2: Hazards Identification |
| --- |

**EU/EEC**
**According to: (1) EU Regulation (EC) No 1272/2008 (CLP) and REACH 1907/2006 [amended by 453/2010] and (2) US Regulation 29 CFR 1910 (OSHA HCS)**

2.1     **Classification of the substance or mixture**
The product has not been fully tested as hazardous according to the Globally Harmonized System (GHS).

**CLP**          The NeuMoDx EBV Quant Test Strip is a final finished product that contains reagents required to perform the human Epstein-Barr virus (EBV) test on the NeuMoDx Molecular System. Each test strip contains dried reagents in 16 individual wells and is sealed with a pierceable foil top. The final dried reagent solution is light pink. Exemptions for disclosing some component information are pursuant to CLP Article 1(5)(d) and 29 CFR 1910. 1200(g)(2)(i)(C)(1)&(2).



# SAFETY DATA SHEET

 **201500**

2.2     **Label elements**

**GHS Label Elements:**
Not required.

**GHS Signal Word:**
Not required.

**Hazard Pictograms/statements:**
Not required.

**Other Hazards**
Hazards not otherwise classified (HNOC) or not covered by GHS – none.

2.3     **Other information**
All reagents within this product are not considered hazardous under US hazard communication regulations (29 CFR 1910.1200), EU directives for classification and labeling of substances or mixtures or the Global Harmonization System for classification and labeling of substances or mixture.

## SECTION 3: Composition/Information on Hazardous Ingredients

3.1     **Substances**
Material does not meet the criteria of a substance.

3.2     **Mixtures**
**Chemical Characterization:**
Mixture of chemical and/or biological substances for *in vitro* diagnostic use

| Hazardous chemical ingredients per U.S. OSHA criteria (29 CFR 1910.1200 Hazard Communication): | | |
|---|---|---|
| **Identifiers** | **Classification** | **Weight %** |
| NA | NA | NA |

## SECTION 4: First Aid Measures

4.1     **Description of first aid measures**

**Immediate medical attention needed:**
No.

**General advice**
Consult a physician.  Show this safety data sheet to the doctor in attendance.



# SAFETY DATA SHEET

 **REF** 201500

**After Inhalation**:
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Move exposed personnel to fresh air.  Administer oxygen if breathing is difficult. Keep patient warm.  Consult doctor if symptoms persist.

**After skin contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended. Take off any clothing that the product touched.  Rinse skin with running water for 15 to 20 minutes.  Seek medical attention if irritation or signs of toxicity occur.

**After eye contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended. In case of contact with substance, immediately flush eyes with running water for at least 20 minutes.  If eye irritation persists, seek medical attention.

**After swallowing**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Rinse mouth with water.  If irritation or signs of toxicity occur, seek medical attention.

**4.2    Most important symptoms and effects, both acute and delayed**
Not applicable.

**4.3    Indication of any immediate medical attention and special treatment needed**

Notes for the doctor:  All treatments should be based on observed signs and symptoms of distress in the patient.  Consideration should be given to the possibility that overexposure to materials other than this product may have occurred.

## SECTION 5: Fire-Fighting Measures

**5.1    Extinguishing media:**
Suitable extinguishing media:

Use alcohol resistant foam, carbon dioxide, water, or dry chemical spray. Use water spray to cool fire-exposed containers.

Unsuitable extinguishing media:
Unknown.

**5.2    Special hazards arising from the substance or mixture**
Sodium oxides may form under fire conditions.

**5.3    Advice for firefighters**
As in any fire, wear self-contained breathing apparatus pressure demand (NIOSH-approved or equivalent), and full protective gear to prevent contact with skin and eyes.



# SAFETY DATA SHEET

 201500

| SECTION 6: Accidental Release Measures |
|---|

**6.1    Personal precautions, protective equipment and emergency procedures**
If product is released or spilled, take proper precautions to minimize exposure by using appropriate personal protective equipment (see Section 8).

**6.2    Environmental precautions**
No precautions.

**6.3    Methods and material for containment and cleaning up**
Contain spill and collect, as appropriate. Transfer to a chemical waste container for disposal in accordance with local regulations.

| SECTION 7: Handling and Storage |
|---|

**7.1    Precautions for safe handling**
Ensure good ventilation in the workplace.

**7.2    Precautions for storage**
Keep in a dry place and store at room temperature.

| SECTION 8: Exposure Controls/Personal Protection |
|---|

**8.1    Occupational Exposure Limits**
Not applicable.

**8.2    Engineering measures**
None necessary.

**8.3    Personal protective equipment (PPE)**
Personal protective equipment requirements are dependent on the user institution's risk assessment and are specific to the risk assessment for each laboratory where this material may be used.

**Respiratory protection**
None required.

**Hand protection**
Impervious gloves.

**Eye protection**
Safety glasses with side shields.



# SAFETY DATA SHEET

 **201500**

**Skin and body protection**
Lightweight protective clothing.

**Hygiene measures**
Handle in accordance with good industrial hygiene and safety practice.

**8.4.    Environmental Exposure Controls**
No special environmental precautions required

---

**SECTION 9: Physical and Chemical Properties**

**9.1    General Information**

| | |
|---|---|
| **Form** | Dried mixture in sealed plastic strip. |
| **Color** | Dried reagents are light pink, plastic strip is white, foil seal is silver. |
| **Odor** | Odorless. |
| **Odor threshold** | Not determined. |
| **pH value at 20°C (68°F)** | 7.8-8.7 |
| **Melting point/melting range** | Not determined. |
| **Boiling point/boiling range** | Not determined. |
| **Freezing point** | Not determined. |
| **Flash point** | Not determined. |
| **Flammability (solid, gaseous)** | Not applicable. |
| **Auto igniting** | Product is not self-igniting. |
| **Danger of explosion** | Product does not present an explosion hazard. |
| **Explosion limits:** | |
|     Lower | Not determined. |
|     Upper | Not determined. |
| **Density at 20°C** | Not determined. |
| **Vapor pressure** | Not determined |
| **Vapor density** | Not determined. |
| **Partition coefficient (n-octanol/water)** | Not determined. |
| **Decomposition temperature** | Not determined. |
| **Solubility in/miscibility with:** | |
|     Water | Miscible. |
|     Dynamic | Not determined. |

**9.2    Other information:**
No additional physical and chemical parameters noted.

---

**SECTION 10: Stability and Reactivity**

**Reactivity**
No dangerous reaction known under conditions of normal use.



# SAFETY DATA SHEET

REF  **201500**

**Chemical stability**
Stable.

**Possibility of hazardous reactions**
None.

**Conditions to avoid**
None.

**Incompatible materials**
None.

**Hazardous decomposition products**
None.

---

**SECTION 11: Toxicological Information**

**11.1    Information on toxicological effects**

| Chemical name | LD50 (oral, rat/mouse) | LD50 (dermal, rat/rabbit) | LC50 (inhalation, rat/mouse) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**Acute toxicity**
No data available.

**Skin corrosion/irritation**
No data available.

**Serious eye damage/eye irradiation**
No data available.

**Respiratory or skin sensitization**
No data available.

**Ingestion**
No data available.

**Germ cell mutagenicity**
No data available.

**Carcinogenicity**
No data available.

**Reproductive toxicity**
No data available.



# SAFETY DATA SHEET

 **201500**

**Specific target organ toxicity-single exposure**
No data available.

| SECTION 12: Ecological Information |
|---|

| | |
|---|---|
| **Ecotoxicity Effects** | No information available. |
| **Acute Aquatic Toxicity** | No information available. |
| **Chronic aquatic Toxicity** | Not classified chronic. |
| **Mobility in Soil** | No information available. |
| **Biodegradation** | No information available. |
| **Bioaccumulation** | Does not bioaccumulate. |

| SECTION 13: Disposal Considerations |
|---|

**Waste Treatment Methods**
Dispose of in accordance with local regulations in a segregated manner, see Section 6 above.

| SECTION 14: Transport information |
|---|

**IATA**

| | |
|---|---|
| **Proper shipping name** | Not classified as dangerous to transport. |
| **UN-No** | None |
| **Transport Hazard class(es)** | None |
| **Subsidiary class** | None |
| **Packing group** | None |

| SECTION 15: Regulatory Information |
|---|

**United States**

**SARA Section 311/312 (Specific toxic chemical listings)**
None of the ingredients listed.

**SARA Section 313 (Specific toxic chemical listings)**
None of the ingredients listed.

**RCRA (hazardous waste code)**
None of the ingredients listed.

**TSCA (Toxic Substances Control Act)**
None of the ingredients listed.



# SAFETY DATA SHEET



**CERCLA (Comprehensive Environmental Response, Compensation and Liability Act)**
None of the ingredients listed.

## Proposition 65 (California)

**Chemicals known to cause cancer**
None of the ingredients listed.

**Chemicals known to cause reproductive toxicity for females**
None of the ingredients listed.

**Chemicals known to cause reproductive toxicity for males**
None of the ingredients listed.

**Chemicals known to cause developmental toxicity**
None of the ingredients listed.

## Canada

**Canadian Domestic Substances List (DSL)**
None of the ingredients listed.

**Canadian NPRI Ingredient Disclosure list (limit 0.1%)**
No ingredients listed.

**WHMIS Hazard Class**
D2B Toxic Materials



This product has been classified according to the hazard criteria of the CPR and the SDS contains all of the information required by the CPR.

## Europe
**Candidate substances for authorization under the Regulation (EC) No 1907/2006 (REACH)**
Not applicable.

**Substances included in Annex XIV of REACH ("Authorization List") and sunset date**
Not applicable.

**Regulation (EC) No 1005/2009, about substances that deplete the ozone layer**
Not applicable.

**Article 95, REGULATION (EU) No 528/2012**
Not applicable.



# SAFETY DATA SHEET

 **201500**

**REGULATION (EU) No 649/2012, in relation to the import and export of hazardous chemical products**
Not applicable

**Limitations to commercialization and the use of certain dangerous substances and mixtures (Annex XVII REACH, etc.)**
Not applicable

## SECTION 16:  Other Information

**Disclaimer/Statement of Liability**
The Safety Data Sheet (SDS) contains all information as required by the Hazard Communication Standard and the Globally Harmonized System of Classification and Labelling of Chemicals (GHS).  The above information is based on data available to us and is believed to be correct.  Since the information may be applied under conditions beyond our control and with which we may be unfamiliar, we do not assume any responsibility for the results of its use and all persons received it must make their own determination of the effects, properties, protections and disposal which pertain to their particular conditions. The responsibility to provide a safe workplace remains with the user who should consider the health hazards and safety information contained in this document as a guide. The user should take the precautions required. Caution should be used in the handling and use of the material. No representation, warranty, or guarantee, express or implied including a warranty of fitness or merchantability for a particular purpose is constituted by the information in this SDS.

EXHIBIT 78



# SAFETY DATA SHEET

 **400200**

| SECTION 1: Identification |
|---|

| 1.1 | **Product Name** | NeuMoDx™ RELEASE Solution |
| | **Product Code** | 400200 |

**1.2.** **Relevant identified use**    For In Vitro Diagnostic Use

**1.3** **Manufacturer** **NeuMoDx Molecular Inc.**
1250 Eisenhower Pl
Ann Arbor, MI 48108, USA
www.neumodx.com
info@neumodx.com
**Telephone (General)**   1-844-527-0111

**1.4** **Distributor** **QIAGEN  GmbH**
**QIAGEN Str. 1,**
**40724 Hilden**
**Germany**
**Technical Support** call 00800-22-44-6000
www.qiagen.com/Support

**1.5** **EMERGENCY TELEPHONE NUMBER:**

**US 24-HR Emergency Exposure** 1-800-222-1222
American Association of Poison Control Centres

**Outside USA** **Technical Support** call 00800-22-44-6000

| SECTION 2: Hazards identification |
|---|

**EU/EC**
**According to: (1) EU Regulation (EC) No 1272/2008 (CLP) and REACH 1907/2006 [amended by 453/2010] and (2) US Regulation 29 CFR 1910 (OSHA HCS)**

**2.1.** **Classification of the substance or mixture:**
Corrosive to metals (Category 1), H290
Skin corrosion (Category 1B), H314
Serious eye damage (Category 1), H318

**2.2** **Label elements**

**GHS Label Elements**
The product is labelled according to the Globally Harmonized System (GHS).



# SAFETY DATA SHEET

**REF** 400200

**Safety/Hazard Pictograms**



GHS05

**Signal word:** Danger

**Hazard-Determining components of Labeling**
Sodium hydroxide

**Hazard Statements**

| | |
|---|---|
| H314 | Causes severe skin burns and eye damage. |

**Precautionary statements**

| | |
|---|---|
| P234 | Keep only in original packaging. |
| P260 | Do not breathe dust/fume/gas/mist/vapors/spray. |
| P264 | Wash hands thoroughly after handling |
| P280 | Wear protective gloves/protective clothing/eye protection/face protection. |
| P301+P330+P331 | IF SWALLOWED: Rinse mouth. Do NOT induce vomiting. |
| P303+P361+P353 | IF ON SKIN (or hair): Take off immediately all contaminated clothing. Rinse skin with water [or shower]. |
| P363 | Wash contaminated clothing before reuse. |
| P304+P340 | IF INHALED: Remove person to fresh air and keep comfortable for breathing. |
| P310 | Immediately call a POISON CENTER/doctor/physician. |
| P305+P351+P338 | IF IN EYES: Rinse cautiously with water for several minutes. Remove contact lenses, if present and easy to do. Continue rinsing. |

## 2.3    Other Hazards

Hazards not otherwise classified (HNOC) or not covered by GHS – none.

---

**SECTION 3: Composition/information on Hazardous Ingredients**

## 3.1    Substances

Material does not meet the criteria of a substance.

| Hazardous chemical ingredients per U.S. OSHA criteria (29 CFR 1910.1200 Hazard Communication): | | | |
|---|---|---|---|
| **Chemical Name** | **Identifiers** | **Classification** | **Concentration Percentages are by weight** |



# SAFETY DATA SHEET

 **REF** 400200

| Sodium Hydroxide (NaOH) | CAS-No. 1310-73-2<br>EC-No. 215-185-5<br>Index-No. 011-002-00-6<br>Registration No. 01-2119457892-27-XXXX | Metal Corrosive 1; Skin Corrosive 1B;  Eye Damage 1; Aquatic Acute 3;  H290, H314, H318, H402. | <1% ( |
|---|---|---|---|
| Deionized water | CAS-No. 7732-18-5 | N/A | >99% |

**3.2     Mixtures**

**Chemical Characterization:** Mixture of chemical and/or biological substances for *in vitro* diagnostic use

Formula:            NaOH

Molecular Weight:      40.00 g/mol

---

**SECTION 4: First aid measures**

---

**4.1     Description of first aid measures**

**After Inhalation**:

First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Move exposed personnel to fresh air.  Administer oxygen if breathing is difficult. Keep patient warm.  Consult doctor if symptoms persist.

**After skin contact**

First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Take off any clothing that the product touched.  Rinse skin with running water for 15 to 20 minutes.  Seek medical attention if irritation or signs of toxicity occur.

**After eye contact**

First aid is not expected to be necessary if material is used under ordinary conditions and as recommended. In case of contact with substance, immediately flush eyes with running water for at least 20 minutes.  If eye irritation persists, seek medical attention.

**After swallowing**

First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Rinse mouth with water.  If irritation or signs of toxicity occur, seek medical attention.

**4.2     Most important symptoms and effects, both acute and delayed**

Irritation, nausea, headache, shortness of breath.



# SAFETY DATA SHEET

 **400200**

**4.3     Indication of any immediate medical attention and special treatment needed**
<u>Notes for the doctor:</u>  All treatments should be based on observed signs and symptoms of distress in the patient.  Consideration should be given to the possibility that overexposure to materials other than this product may have occurred.

---

**SECTION 5: Firefighting measures**

**5.1     Extinguishing media:**
<u>Suitable extinguishing media:</u>

Use alcohol resistant foam, carbon dioxide, water, or dry chemical spray. Use water spray to cool fire-exposed containers.

**5.2     Special hazards arising from the substance or mixture**

Sodium oxides may form under fire conditions.

**5.3     Advice for firefighters**

As in any fire, wear self-contained breathing apparatus pressure demand (NIOSH-approved or equivalent), and full protective gear to prevent contact with skin and eyes.

---

**SECTION 6: Accidental release measures**

**6.1     Personal precautions, protective equipment and emergency procedures**
Wear protective equipment. Avoid breathing vapors and provide adequate ventilation. Keep unprotected personnel away. Keep away from heat.

**6.2     Environmental precautions**
No special environmental precautions required.

**6.3     Methods and material for containment and cleaning up**
Contain spill and collect, as appropriate. Transfer to a chemical waste container or soak up with inert absorbent material and dispose of in accordance with local regulations.

---

**SECTION 7: Handling and storage**

**7.1     Precautions for safe handling**
Avoid contact with skin and eyes and inhalation of vapor or mist. Wash hands after handling. Do not mix with acid. Use only in a well-ventilated space.

**7.2     Precautions for storage**
Keep container tightly closed in a dry, cool and well-ventilated area.  Avoid storage near extreme heat, ignition source or open flame. Store away from oxidizing agents.



# SAFETY DATA SHEET

 **REF** 400200

---

**SECTION 8: Exposure controls/personal protection**

**8.1.     Occupational Exposure Limits:**

| Chemical name | OSHA PEL | Control Parameters | Basis |
|---|---|---|---|
| Sodium Hydroxide | TWA | 2 mg/m3 | USA.  Occupational Exposure Limits (OSHA).  Table Z-1 limits for air contaminants. |
| | Ceiling | 2 mg/m3 | USA.  ACGIH Threshold Limit Values (TLV) |

**8.2.     Engineering measures**

Ensure adequate ventilation, especially in confined areas. Emergency eye wash fountains and safety showers should be available in the immediate vicinity of use and handling.

**8.3.     Personal protective equipment**

Personal protective equipment requirement are dependent on the user institution's risk assessment and are specific to the risk assessment for each laboratory where this material may be used.

**Respiratory protection**
In case of insufficient ventilation wear suitable respiratory equipment. Not required under normal conditions of use.

**Hand protection**
Impervious gloves.

**Eye protection**
Safety glasses with side shields.

**Skin and body protection**
Lightweight protective clothing.

**Hygiene measures**
Handle in accordance with good industrial hygiene and safety practice. Wash hands after using.

**8.4.     Environmental Exposure Controls**

No special environmental precautions required

---

**SECTION 9. Physical and chemical properties**

**General Information**

|   |   |
|---|---|
| **Form:** | Liquid |
| **Color:** | Clear |



# SAFETY DATA SHEET

 **400200**

| | |
|---|---|
| **Odor:** | Odorless |
| **pH Value at 20°C (68°F)** | 11.8-12.8 |
| **Melting point/melting range** | Not determined |
| **Boiling point/boiling range** | Not determined |
| **Flash point** | Not determined |
| **Flammability (solid, gaseous)** | Not determined |
| **Auto igniting** | Product is not self-igniting |
| **Danger of explosion** | Product does not present an explosion hazard |
| **Upper/lower explosion limits** | Not determined |
| **Density at 20°C** | Not determined |
| **Solubility in/Miscibility with** | Not determined |

**Other information**

No additional physical and chemical parameters noted.

## SECTION 10: Stability and reactivity

**Reactivity**
No data available

**Chemical stability**
Stable if stored as recommended

**Possibility of hazardous reactions**
No data available

**Conditions to avoid**
No data available

**Incompatible materials**
Strong oxidizing agents, acids, organic materials, chlorinated solvents.

**Hazardous decomposition products**
Carbon oxides. Hydrogen. Sodium oxides. See section 5 in the event of a fire.

## SECTION 11: Toxicological Information

**Acute toxicity**
No data available.

**Skin corrosion/irritation**
No data available.

**Serious eye damage/eye irradiation**
No data available.



# SAFETY DATA SHEET

**REF** 400200

**Respiratory or skin sensitization**
No data available.

**Germ cell mutagenicity**
No data available.

**Carcinogenicity**
No data available.

**Reproductive toxicity**
No data available.

**Specific target organ toxicity-single exposure**
No data available.

**Specific target organ toxicity- repeated toxicity**
No data available.

**Aspiration hazard**
No data available.

**Additional information**
No data available.

## SECTION 12: Ecological Information

**Ecotoxicity persistence and degradability**
Readily degradable in the environment.

**Bioaccumulative potential**
Not bioaccumulative.

**Mobility in soil**
Will likely be mobile in the environment.

## SECTION 13: Disposal considerations

**Waste Treatment Methods**
Dispose of in accordance with local regulations.

## SECTION 14: Transport information

**DOT (US)**
UN Number: 1824          Class: 8          Packaging group: III
UN Proper shipping name: SODIUM HYDROXIDE SOLUTION



# SAFETY DATA SHEET

 **REF** 400200

**IMDG**

UN Number:  1824          Class:  8          Packaging group: III

Proper shipping name:  SODIUM HYDROXIDE SOLUTION

**IATA**

UN Number:  1824          Class:  8          Packaging group: III

Proper shipping name:  SODIUM HYDROXIDE SOLUTION

| SECTION 15: Regulatory information |
|---|

**United States**

**SARA Section 311/312 (Specific toxic chemical listings)**
None of the ingredients listed

**SARA Section 313 (Specific toxic chemical listings)**
None of the ingredients listed

**RCRA (hazardous waste code)**
None of the ingredients listed

**TSCA (Toxic Substances Control Act)**
All ingredients are listed

**CERCLA (Comprehensive Environmental Response, Compensation and Liability Act)**
1310-73-2 Sodium Hydroxide 1000 lb

**Proposition 65 (California)**

**Chemicals known to cause cancer**
None of the ingredients listed

**Chemicals known to cause reproductive toxicity for females**
None of the ingredients listed

**Chemicals known to cause reproductive toxicity for males**
None of the ingredients listed

**Chemicals known to cause developmental toxicity**
None of the ingredients listed

**Canada**

**Canadian Domestic Substances List (DSL)**



# SAFETY DATA SHEET

 **REF** **400200**

All ingredients are listed

**Canadian NPRI Ingredient Disclosure list (limit 0.1%)**
All ingredients are listed

**Canadian NPRO Ingredient Disclosure list (limit 1%)**
1310-73-2 Sodium Hydroxide

## Europe

**Candidate substances for authorization under the Regulation (EC) No 1907/2006 (REACH)**
Not applicable

**Substances included in Annex XIV of REACH ("Authorization List") and sunset date**
Not applicable

**Regulation (EC) No 1005/2009, about substances that deplete the ozone layer**
Not applicable

**Article 95, REGULATION (EU) No 528/2012**
Not applicable

**REGULATION (EU) No 649/2012, in relation to the import and export of hazardous chemical products**
Not applicable

**Limitations to commercialization and the use of certain dangerous substances and mixtures (Annex XVII REACH, etc.)**
Not applicable

---

**SECTION 16:  Other information**

---

**Disclaimer/Statement of Liability**

This product has been classified in accordance with hazard criteria of the Controlled Products Regulations. The Safety Data Sheet (SDS) contains all information required by the Controlled Products Regulations. The above information is based on data available to us and is believed to be correct. Since the information may be applied under conditions beyond our control and with which we may be unfamiliar, we do not assume any responsibility for the results of its use and all persons received it must make their own determination of the effects, properties, protections and disposal which pertain to their particular conditions. The responsibility to provide a safe workplace remains with the user who should consider the health hazards and safety information contained in this document as a guide. The user should take the precautions required. Caution should be used in the handling and use of the material. No representation, warranty, or guarantee, express or implied including a warranty of fitness or merchantability for a particular purpose is constituted by the information in this SDS.

EXHIBIT 79



# SAFETY DATA SHEET

 **201400**

| SECTION 1: Identification |
|---|

| | | |
|---|---|---|
| 1.1 | **Product Name** | NeuMoDx™ CMV Quant Test Strip |
| | **Product Code** | 201400 |

| | | |
|---|---|---|
| 1.2. | **Relevant identified use** | For *in vitro* diagnostic use. |
| 1.3 | **Manufacturer** | **NeuMoDx Molecular, Inc.** |
| | | **1250 Eisenhower Pl** |
| | | **Ann Arbor, MI 48108** |
| | | www.neumodx.com |
| | | info@neumodx.com |
| | **Telephone (General)** | 1-844-527-0111 |
| 1.4 | **Distributor** | **QIAGEN  GmbH** |
| | | **QIAGEN Str. 1,** |
| | | **40724 Hilden** |
| | | **Germany** |
| | | **Technical Support** call 00800-22-44-6000 |
| | | www.qiagen.com/Support |

1.5     EMERGENCY TELEPHONE NUMBER:

**US 24-HR Emergency Exposure**  1-800-222-1222
American Association of Poison Control Centers

**Outside USA**          **Technical Support** call 00800-22-44-6000

| SECTION 2: Hazards Identification |
|---|

**EU/EEC**
**According to: (1) EU Regulation (EC) No 1272/2008 (CLP) and REACH 1907/2006 [amended by 453/2010] and (2) US Regulation 29 CFR 1910 (OSHA HCS)**

2.1     **Classification of the substance or mixture**
The product has not been fully tested as hazardous according to the Globally Harmonized System (GHS).

**CLP**     The NeuMoDx CMV Quant Test Strip is a final finished product that contains reagents required to perform the human Cytomegalovirus (CMV) test on the NeuMoDx Molecular System. Each test strip contains dried reagents in 16 individual wells and is sealed with a pierceable foil top. The final dried reagent solution is light pink. Exemptions for disclosing some component information are pursuant to CLP Article 1(5)(d) and 29 CFR 1910. 1200(g)(2)(i)(C)(1)&(2).



# SAFETY DATA SHEET

REF  201400

**2.2    Label elements**

**GHS Label Elements:**
Not required.

**GHS Signal Word:**
Not required.

**Hazard Pictograms/statements:**
Not required.

**Other Hazards**
Hazards not otherwise classified (HNOC) or not covered by GHS – none.

**2.3    Other information**
All reagents within this product are not considered hazardous under US hazard communication regulations (29 CFR 1910.1200), EU directives for classification and labeling of substances or mixtures or the Global Harmonization System for classification and labeling of substances or mixture.

## SECTION 3: Composition/Information on Hazardous Ingredients

**3.1    Substances**
Material does not meet the criteria of a substance.

**3.2    Mixtures**
**Chemical Characterization:**
Mixture of chemical and/or biological substances for *in vitro* diagnostic use

| Hazardous chemical ingredients per U.S. OSHA criteria (29 CFR 1910.1200 Hazard Communication): | | |
|---|---|---|
| **Identifiers** | **Classification** | **Weight %** |
| NA | NA | NA |

## SECTION 4: First Aid Measures

**4.1    Description of first aid measures**

**Immediate medical attention needed:**
No.

**General advice**
Consult a physician.  Show this safety data sheet to the doctor in attendance.

**After Inhalation**:



# SAFETY DATA SHEET

 **201400**

First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Move exposed personnel to fresh air.  Administer oxygen if breathing is difficult. Keep patient warm.  Consult doctor if symptoms persist.

**After skin contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Take off any clothing that the product touched.  Rinse skin with running water for 15 to 20 minutes.  Seek medical attention if irritation or signs of toxicity occur.

**After eye contact**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended. In case of contact with substance, immediately flush eyes with running water for at least 20 minutes.  If eye irritation persists, seek medical attention.

**After swallowing**
First aid is not expected to be necessary if material is used under ordinary conditions and as recommended.  Rinse mouth with water.  If irritation or signs of toxicity occur, seek medical attention.

**4.2    Most important symptoms and effects, both acute and delayed**
Not applicable.

**4.3    Indication of any immediate medical attention and special treatment needed**

Notes for the doctor:  All treatments should be based on observed signs and symptoms of distress in the patient.  Consideration should be given to the possibility that overexposure to materials other than this product may have occurred.

| SECTION 5: Fire-Fighting Measures |
|---|

**5.1    Extinguishing media:**
Suitable extinguishing media:

Use alcohol resistant foam, carbon dioxide, water, or dry chemical spray. Use water spray to cool fire-exposed containers.

Unsuitable extinguishing media:
Unknown.

**5.2    Special hazards arising from the substance or mixture**
Sodium oxides may form under fire conditions.

**5.3    Advice for firefighters**
As in any fire, wear self-contained breathing apparatus pressure demand (NIOSH-approved or equivalent), and full protective gear to prevent contact with skin and eyes.



# SAFETY DATA SHEET

 **201400**

| SECTION 6: Accidental Release Measures |
| --- |

**6.1   Personal precautions, protective equipment and emergency procedures**
If product is released or spilled, take proper precautions to minimize exposure by using appropriate personal protective equipment (see Section 8).

**6.2   Environmental precautions**
No precautions.

**6.3   Methods and material for containment and cleaning up**
Contain spill and collect, as appropriate. Transfer to a chemical waste container for disposal in accordance with local regulations.

| SECTION 7: Handling and Storage |
| --- |

**7.1   Precautions for safe handling**
Ensure good ventilation in the workplace.

**7.2   Precautions for storage**
Keep in a dry place and store at room temperature.

| SECTION 8: Exposure Controls/Personal Protection |
| --- |

**8.1   Occupational Exposure Limits**
Not applicable.

**8.2   Engineering measures**
None necessary.

**8.3   Personal protective equipment (PPE)**
Personal protective equipment requirements are dependent on the user institution's risk assessment and are specific to the risk assessment for each laboratory where this material may be used.

**Respiratory protection**
None required.

**Hand protection**
Impervious gloves.

**Eye protection**
Safety glasses with side shields.



# SAFETY DATA SHEET

 **REF** **201400**

**Skin and body protection**
Lightweight protective clothing.

**Hygiene measures**
Handle in accordance with good industrial hygiene and safety practice.

**8.4. Environmental Exposure Controls**
No special environmental precautions required

| SECTION 9: Physical and Chemical Properties |
|---|

**9.1 General Information**

| | |
|---|---|
| **Form** | Dried mixture in sealed plastic strip. |
| **Color** | Dried reagents are light pink, plastic strip is white, foil seal is silver. |
| **Odor** | Odorless. |
| **Odor threshold** | Not determined. |
| **pH value at 20°C (68°F)** | 7.8-8.7 |
| **Melting point/melting range** | Not determined. |
| **Boiling point/boiling range** | Not determined. |
| **Freezing point** | Not determined. |
| **Flash point** | Not determined. |
| **Flammability (solid, gaseous)** | Not applicable. |
| **Auto igniting** | Product is not self-igniting. |
| **Danger of explosion** | Product does not present an explosion hazard. |
| **Explosion limits:** | |
| **Lower** | Not determined. |
| **Upper** | Not determined. |
| **Density at 20°C** | Not determined. |
| **Vapor pressure** | Not determined |
| **Vapor density** | Not determined. |
| **Partition coefficient (n-octanol/water)** | Not determined. |
| **Decomposition temperature** | Not determined. |
| **Solubility in/miscibility with:** | |
| **Water** | Miscible. |
| **Dynamic** | Not determined. |

**9.2 Other information:**
No additional physical and chemical parameters noted.

| SECTION 10: Stability and Reactivity |
|---|

**Reactivity**
No dangerous reaction known under conditions of normal use.



# SAFETY DATA SHEET

REF  **201400**

**Chemical stability**
Stable.

**Possibility of hazardous reactions**
None.

**Conditions to avoid**
None.

**Incompatible materials**
None.

**Hazardous decomposition products**
None.

## SECTION 11: Toxicological Information

**11.1    Information on toxicological effects**

| Chemical name | LD50 (oral, rat/mouse) | LD50 (dermal, rat/rabbit) | LC50 (inhalation, rat/mouse) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**Acute toxicity**
No data available.

**Skin corrosion/irritation**
No data available.

**Serious eye damage/eye irradiation**
No data available.

**Respiratory or skin sensitization**
No data available.

**Ingestion**
No data available.

**Germ cell mutagenicity**
No data available.

**Carcinogenicity**
No data available.

**Reproductive toxicity**
No data available.



# SAFETY DATA SHEET

 **201400**

**Specific target organ toxicity-single exposure**
No data available.

| SECTION 12: Ecological Information |
| --- |

| | |
| --- | --- |
| **Ecotoxicity Effects** | No information available. |
| **Acute Aquatic Toxicity** | No information available. |
| **Chronic aquatic Toxicity** | Not classified chronic. |
| **Mobility in Soil** | No information available. |
| **Biodegradation** | No information available. |
| **Bioaccumulation** | Does not bioaccumulate. |

| SECTION 13: Disposal Considerations |
| --- |

**Waste Treatment Methods**
Dispose of in accordance with local regulations in a segregated manner, see Section 6 above.

| SECTION 14: Transport information |
| --- |

**IATA**

| | |
| --- | --- |
| **Proper shipping name** | Not classified as dangerous to transport. |
| **UN-No** | None |
| **Transport Hazard class(es)** | None |
| **Subsidiary class** | None |
| **Packing group** | None |

| SECTION 15: Regulatory Information |
| --- |

**United States**

**SARA Section 311/312 (Specific toxic chemical listings)**
None of the ingredients listed.

**SARA Section 313 (Specific toxic chemical listings)**
None of the ingredients listed.

**RCRA (hazardous waste code)**
None of the ingredients listed.

**TSCA (Toxic Substances Control Act)**
None of the ingredients listed.



# SAFETY DATA SHEET

 **201400**

**CERCLA (Comprehensive Environmental Response, Compensation and Liability Act)**
None of the ingredients listed.

**Proposition 65 (California)**

**Chemicals known to cause cancer**
None of the ingredients listed.

**Chemicals known to cause reproductive toxicity for females**
None of the ingredients listed.

**Chemicals known to cause reproductive toxicity for males**
None of the ingredients listed.

**Chemicals known to cause developmental toxicity**
None of the ingredients listed.

**Canada**

**Canadian Domestic Substances List (DSL)**
None of the ingredients listed.

**Canadian NPRI Ingredient Disclosure list (limit 0.1%)**
No ingredients listed.

**WHMIS Hazard Class**
D2B Toxic Materials



This product has been classified according to the hazard criteria of the CPR and the SDS contains all of the information required by the CPR.

**Europe**
**Candidate substances for authorization under the Regulation (EC) No 1907/2006 (REACH)**
Not applicable.

**Substances included in Annex XIV of REACH ("Authorization List") and sunset date**
Not applicable.

**Regulation (EC) No 1005/2009, about substances that deplete the ozone layer**
Not applicable.

**Article 95, REGULATION (EU) No 528/2012**
Not applicable.



# SAFETY DATA SHEET

 **201400**

**REGULATION (EU) No 649/2012, in relation to the import and export of hazardous chemical products**
Not applicable

**Limitations to commercialization and the use of certain dangerous substances and mixtures (Annex XVII REACH, etc.)**
Not applicable

| SECTION 16:  Other Information |
|---|

**Disclaimer/Statement of Liability**
The Safety Data Sheet (SDS) contains all information as required by the Hazard Communication Standard and the Globally Harmonized System of Classification and Labelling of Chemicals (GHS).  The above information is based on data available to us and is believed to be correct.  Since the information may be applied under conditions beyond our control and with which we may be unfamiliar, we do not assume any responsibility for the results of its use and all persons received it must make their own determination of the effects, properties, protections and disposal which pertain to their particular conditions. The responsibility to provide a safe workplace remains with the user who should consider the health hazards and safety information contained in this document as a guide. The user should take the precautions required. Caution should be used in the handling and use of the material. No representation, warranty, or guarantee, express or implied including a warranty of fitness or merchantability for a particular purpose is constituted by the information in this SDS.

EXHIBIT 80



# A NOVEL, RAPID AND COST EFFECTIVE METHOD TO PRODUCE AMBIENT STABLE REAGENTS FOR NUCLEIC ACID TESTING

B Wu, A McCarthy, E Craig, B Tahaney, A Edmunds, and S Brahmasandra, NeuMoDx Molecular, Inc, Ann Arbor, MI

## BACKGROUND

The rapid development in nucleic acid based testing (NAT) in diagnosis has resulted in the routine use of qPCR in molecular diagnostic labs. Reagents for such qPCR assays have typically required the need for cold or frozen storage to maintain long term viability. Not only does the need for cold temperature storage offer substantial challenges to the implementation of NAT in resource limited settings, but the need for such cold storage equipment also severely complicates the development of next generation molecular diagnostic instrumentation with onboard reagents storage. Development of ambient stable NAT reagents will go a long way towards alleviating these significant drawbacks. Traditionally, lyophilization has been the method of choice for drying NAT reagents such as Taq polymerase. However, lyophilization requires expensive specialized equipment & reagents, is time intensive, and is practically impossible to implement in a continuous mode operation. NeuMoDx has developed a simple, cost effective, high-throughput, and rapid drying procedure capable of producing highly effective NAT reagents using a conventional conveyer oven.

## METHODS

Three types of molecular diagnostic reagents were dried using unique formulations of select excipients: 1) **Extraction reagents** including magnetic particles with a nucleic acid affinity matrix, lytic enzymes, and encapsulated DNA/RNA process controls. 2) **DNA PCR** reagents, and 3) **RT-PCR** reagents. DNA/RNA isolation was performed in a variety of clinical matrices using the ambient stable reagents. At the end of the isolation step, the eluted nucleic acids were used directly to reconstitute dried PCR or RT-PCR mix and qPCR was performed. The efficacy of these dried reagents was evaluated by both DNA and RNA assays, such as NeuMoDx HBV and HCV assays to assess critical analytical performance metrics such as limit of detection, linearity, quantification etc. Accelerated aging studies were also performed with all three dried reagent formulations to assess the long-term stability of these reagents.

### DRYING PROCESS

**DNA OR RNA PCR MIX**
Reagents for DNA/RNA extractions including lysis enzyme.

**DISPENSE**



**DRY, 15-20 MIN**



**PACKAGE**


  

## RESULTS

The NeuMoDx ambient temperature stable reagents performed equivalently or better than the wet controls based on PCR Ct values as well as fluorescence intensity. While multiple excipient formulations were found to provide Ct values comparable to wet controls, only select combinations of the excipients were capable of producing excellent amplification for qualitative assays, but also performed well in quantitative assays such as HBV and HCV tests. All three types of dried reagents demonstrated accelerated shelf life >2 years as well as an in-use shelf life of over >1 month at ambient temperature. The robustness of the method allows easy transfer of the procedure to different types and vendors of Taq polymerases.

**TESTING METHOD**




PCR AMPLIFICATION CURVES OF DRIED TRIPLEX PCR (CT/ING) MASTER MIX AND WET CONTROL


AMPLIFICATION OF RSV-RNA WITH DRIED RT-PCR MIX


STANDARD CURVE / AMPLIFICATION PLOT


DETECTION OF HCV RNA WITH NMDX DRIED REAGENTS






ACCELERATED STABILITY STUDY OF TRIPLICATE DNA PCR CT CHANGE / ACCELERATED STABILITY STUDY OF MULTIPLEX DNA-PCR FLUORESCENCE CHANGE / ACCELERATED STABILITY STUDY OF RT-PCR CT CHANGE / ACCELERATED STABILITY STUDY OF RT-PCR FLUORESCENT CHANGE


AMPLIFICATION PLOT – PLASMA / AMPLIFICATION PLOT – SERUM


ON BOARD DRY REAGENTS IN THE NEUMODX MOLECULAR SYSTEM


HBV QUANTIFICATION ASSAY, 8 LOGS STANDARD CURVE


PERFORMANCE OF DRIED REAGENTS IN VARIOUS HBV/HCV NAT ASSAYS ON FULLY AUTOMATED NEUMODX MOLECULAR SYSTEM (NMS)


HCV METHOD COMPARISON


ENDOCERVICAL SWAB IN UTM (CT) / ENDOCERVICAL SWAB IN UTM (NG) / URINE (CT) / URINE (NG)

## SUMMARY

- NeuMoDx has developed a simple and cost effective process for producing ambient temperature stable nucleic acid testing reagents
- The NeuMoDx dry down process can be universally applied to stabilize PCR, RT-PCR as well as Nucleic Acid Extraction reagents
- The dry down process is completed in ~20 minutes resulting in a high-throughput process with minimal capital investment
- Reagents dried in this manner have demonstrated excellent long-term stability in model assay testing
- The NeuMoDx reagent stabilization process consisting of stabilization formulations and drying method serves as a platform technology and can be easily applied to other assays

## CONCLUSION

NAT reagents dried under the formulations and conditions developed by NeuMoDx have demonstrated excellent activities and stability. The method developed is easily transferable across a wide range of assays and enzymes.

## ACKNOWLEDGMENTS

The authors gratefully acknowledge the help and support provided by all members of the NeuMoDx team. We would also like to thank our collaborators for their invaluable assistance in providing access to clinical specimens for testing and evaluation.

EXHIBIT 81



# READY TO USE MOLECULAR DIAGNOSTIC REAGENTS WITH LONG TERM AMBIENT AND ON-BOARD STORAGE FOR FULLY AUTOMATED SYSTEMS

Betty Wu, Elizabeth Craig, Crystal Nguyen, Hui Lin Lee, Lijie Gong, Will Marshall, Mark Olson, and S Brahmasandra, NeuMoDx Molecular, Inc, Ann Arbor, MI

## BACKGROUND

Reagents used for molecular diagnostics are typically stored frozen or at least refrigerated to maintain viability. The proprietary NeuDry process developed by NeuMoDx offers a simple, low cost, and rapid process using a conventional conveyor oven to produce ready to use, ambient condition stable reagents capable of providing long open-shelf life for active reagents used in molecular diagnostic testing. The performance of reagents produced using the NeuDry process across wide variety of molecular diagnostic applications is presented here.

## METHODS

Three types of reagents formulated and optimized for both long term storage and in-use shelf life were produced using the NeuDry process – 1) **Nucleic acid isolation** reagents including NeuMag™ affinity particles, lytic enzyme, and encapsulated DNA/RNA process controls, 2) **PCR Master mix**, and 3) **RT-PCR Master mix**. Performance of the NeuDry reagents was initially evaluated against the liquid version of these reagents. Efficacy of the reagents was further evaluated by testing across a variety of clinical matrices encompassing both DNA and RNA targets. Long-term stability and in-use shelf life was determined via accelerated and real time stability studies on fully automated NeuMoDx Molecular System.

### DRYING PROCESS

| PCR OR RT-PCR FORMULATION |
| NUCLEIC ACID EXTRACTION FORMULATION |

DISPENSE

 

DRY, 15-20 MIN

 



PACKAGE

  

## RESULTS

NeuDry extraction reagents demonstrated >24 months shelf life and 63 days in-use stability in real time stability studies, with excellent sensitivity in a variety of matrices, such as plasma, serum, whole blood, urine and swab specimens. The NeuDry PCR/RT-PCR reagents, for both qualitative and quantitative assays, provided excellent amplification relative to liquid reagents as measured by Ct shift (<1 cycle) and relative fluorescence increase (>80%). The PCR Master Mix formulated for the detection of GBS provided 25 months shelf life when stored at 18-28°C and up to 63 days in-use shelf life in real time stability studies. For both DNA and RNA viral quantitative assays, formulations for detecting HBV, CMV and HCV, have demonstrated over 12 months stability and up to 63 days in-use shelf life with no loss of activity in real time and/or accelerated stability studies. The NeuDry process has also proven to be easily applicable to master mixes using different Taq polymerases without substantial re-formulation. The entire drying process takes less than 30 min resulting in over 10,000 tests produced in a single 8-hour shift with two operators and one conveyor oven. In addition, the continuous workflow enables significantly easier automation (& reduced cost) compared to batch processes such as lyophilization process.

### NEUMODX GBS TEST STRIP: REAL TIME STABILITY STUDY, 25 MONTHS



- NeuMoDx Group B Strep (GBS) Assay is a qualitative in vitro diagnostic test designed to detect Group B Streptococcus (GBS) DNA.
- Three lots of GBS Test Strips were stored at ambient temperature (~ 23°C) and 28°C at an average 40-45% humidity for 25 months.
- Stability of the NeuMoDx GBS Test Strips by testing aged strips on a NeuMoDx System using GBS spiked into Lim Broth at concentration of 1000 CFU/mL.
- 27 replicates of GBS positive samples and 3 negatives tested for each lot of NeuMoDx GBS Test Strip per storage condition.
- Aged group performed equally well as unaged Control group based on positive detection rate of 100% demonstrated for both storage conditions.



| Pre-Aging | Ambient (N=62) | | 28°C (N=62) | |
|---|---|---|---|---|
| In-Use, Days | Avg | SD | % Pas | Avg | SD | % Pas |
| 0 | 32.9 | 0.59 | 100% | 32.8 | 0.55 | 100% |
| 15 | 32.6 | 0.11 | 100% | 33.1 | 0.60 | 100% |
| 32 | 32.6 | 0.11 | 100% | 32.9 | 0.14 | 100% |
| 43 | 33.6 | 0.13 | 100% | 33.2 | 0.37 | 100% |
| 63 | 32.8 | 0.52 | 100% | 33.2 | 0.33 | 100% |
| ΔCt | <0.1 | | | <0.1 | | |

- Two lots NeuMoDx GBS Test Strips were per-aged as part of real time stability study for 12 months.
- The test strips were removed from the packaging, and stored at "in-use" conditions – average temperature at 28°C & average of 40-45% humidity – for up to 63 days.
- Activity of the strips accessed by testing of the aged strips on a NeuMoDx System using GBS spiked into Lim Broth at concentration of 1000 CFU/mL.
- 23 replicates of GBS positive samples and 3 negatives tested for each of GBS Test Strip per pre-storage condition.
- The test strips aged 63 days at "in-use" conditions performed equivalently to day 0 based on the positive detection rate and ΔCt from time 0.

### NEUMODX EXTRACTION PLATE STABILITY – REAL TIME, 25 MONTHS



- NeuMoDx Extraction Plates contains all the reagents required for DNA and RNA extraction, such as lytic enzymes and Neu magnetic beads, as well as DNA and RNA Sample Process Controls.
- Three lots of Extraction Plates stored at ambient temperature (~ 23°C) and 28°C with average 40-45% humidity for 25 months.
- Stability of the Extraction Plates was evaluated by testing of the aged Extraction Plates on the NeuMoDx System using NeuMoDx HCV Assay (GBS Assay Data previously presented in the figure on the left).
- Stability of the Extraction Plates for RNA assays was evaluated with a model RNA assay, NeuMoDx HCV Assay. HCV viral particles were spiked into human plasma at concentration of 60 IU/mL (27 replicates) and processed on a NeuMoDx Molecular System using aged and unaged extraction plates.
- Aged group performed equally well based on the 100% amplification of both HCV target and the RNA Sample Process Control with low SD of Ct values.

### NEUMODX EXTRACTION PLATE STABILITY – IN-USE, 63 DAYS AT 25 MONTHS

- Two lots NeuMoDx Extraction Plates were per-aged as part of real time stability study for 25 months.
- The Extraction Plates were removed from the packaging and stored at "in-use" conditions – average temperature at 31°C & average of 40-45% humidity – for up to 63 days.
- Stability of the Extraction Plates was evaluated by testing of the aged Extraction Plates on the NeuMoDx System using NeuMoDx HCV Assay (GBS Assay Data previously presented in the figures on the left).
- Aged group performed equally well based on the 100% amplification of both HCV target and RNA sample process control with low SD of Ct values.

### NEUMODX HBV QUANT ASSAY TEST STRIP: REAL TIME STABILITY – 13 MONTHS



| Storage Condition | Time 0 | | 3 months | | | 13 months | | | Slope | ΔTime 0 at 13 M |
|---|---|---|---|---|---|---|---|---|---|---|
| | Avg | SD | Avg | SD | % Pas | Avg | SD | % Pas | | |
| 18°C | 3.41 | 0.06 | 3.44 | 0.05 | 100% | 3.47 | 0.05 | 0.0096 | 0.38% | -0.02 |
| 23°C | 3.41 | 0.06 | 3.46 | 0.09 | 100% | 5.57 | 0.03 | 0.0041 | 0.36% | -0.01 |
| 28°C | 3.41 | 0.06 | 3.43 | 0.06 | 100% | 3.40 | 0.05 | 0.0098 | 0.44% | 0.01 |
| Ambient | 3.41 | 0.06 | 3.47 | 0.11 | 100% | 3.45 | 0.05 | 0.0045 | 0.65% | -0.01 |

- Three lots of NeuMoDx HBV Quant Assay Test Strips were stored at ambient (~ 23°C) and 28°C with average 40–45% humidity for 13 months.
- Activity of the test strips was evaluated by testing the aged strips on the NeuMoDx System using human plasma spiked with HBV at concentrations of 3.5, 3.5 (10 replicates at each level) and 14 log10 IU/mL (20 replicates) per lot for each storage condition.
- Linear regression analysis demonstrated minimal drift after 13 months – ≤ 1%, in quantification of HBV after storage for 13 months.

### NEUMODX HBV QUANT ASSAY TEST STRIP: IN-USE STABILITY – 63 DAYS



| Expected HBV Conc. (Log10 IU/mL) | D0 | | D15 | | D32 | | D43 | | D63 | | Δ, % D0 to D63 | % Drift |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Avg | SD | Avg | SD | Avg | SD | Avg | SD | Avg | SD | | |
| 3.5 | 3.41 | 0.07 | 3.45 | 0.10 | 3.42 | 0.09 | 3.42 | 0.06 | 3.43 | 0.05 | -0.01 | -0.3% |
| 3.63 | 3.41 | 0.04 | 3.44 | 0.05 | 3.45 | 0.04 | 3.44 | 0.04 | 3.44 | 0.05 | -0.03 | -0.9% |
| 1.40 | 1.28 | 0.04 | 1.47 | 0.06 | 1.38 | 0.08 | 1.40 | 0.08 | 1.40 | 0.07 | 0.09 | -0.9% |

- In-Use stability study of NeuMoDx HBV Test Strips. HBV Test Strips were first aged at ambient or 28°C as part of the Real Time Stability study. Two lots of HBV Test Strips were removed from their primary storage condition and stored at In-Use condition (31°C with average 40–45% humidity) up to 63 days.
- The activity of the strips was evaluated by testing the aged strips on the NeuMoDx System using human plasma spiked with HBV at concentrations of 3.5, 3.5 (10 replicates at each level) and 14 log10 IU/mL (20 replicates) per lot for each storage condition.
- There is minimum drift, ≤ 0.07%, in quantification of HBV up to 63 days at the In-Use condition for both pre-aging groups, ambient or 28°C. The data from the 28 °C pre-aging group are presented here.

### NEUMODX CMV QUANT ASSAY TEST STRIP: ACCELERATED STUDY



| CMV Conc. (Log10 IU/mL) | D0 | | 53 Days (7 Months Equivalent) | | | 67 Days (13 Months Equivalent) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Lot 1 | Lot 2 | Lot 3 | Lot 1 | Lot 2 | Lot 3 | Lot 1 | Lot 2 | Lot 3 | Slope |
| 5.00 | | | | | | | | | | |
| 2.00 | 1.90 | 1.91 | 1.89 | 1.92 | 1.98 | 1.93 | 1.94 | 1.90 | 1.90 | |
| Ambient | 1.88 | 1.84 | 1.92 | 1.95 | 1.90 | 1.88 | | | | |

- NeuMoDx CMV Assay is an in vitro diagnostic test for quantitative detection of Human Cytomegalovirus (CMV) DNA in human plasma.
- Three lots of CMV Test Strips were stored at 50°C up to 61 days, equivalent to 13 months at 23°C.
- The activity of the strips were assessed by testing the aged strips on the NeuMoDx System using human plasma spiked with CMV at concentrations of 5, 3 and 2 log10 IU/mL, (6 replicates per level) per lot for each storage condition.
- There is maximum of ≤ 0.25%, in quantification of CMV after storage for 61 days at 50°C (equivalent to 13 month when stored at 23°C) with 100% detection rate at all the levels.
- Three lots of test strips performed reproducibly with SD < 0.07 Log10 IU/mL across all the testing points and concentrations.
- Representative PCR amplification curves from one of the three lots of CMV Test Strips are shown above.

### NEUMODX HCV QUANT ASSAY TEST STRIP: ACCELERATED STUDY



| HCV Expected (Log10 IU/mL) | D0 | | D44 (3.5 Months) | | D96 (6.5 Months) | | D149 (9.5 Months) | | Δ 0 to 149 | % Drift |
|---|---|---|---|---|---|---|---|---|---|---|
| | Avg | SD | Avg | SD | Avg | SD | Avg | SD | | |
| 3.63 | 3.63 | 0.04 | 3.66 | 0.06 | 3.69 | 0.05 | 3.66 | 0.04 | 0.03 | 0.9% |
| 3.43 | 3.41 | 0.06 | 3.41 | 0.06 | 3.44 | 0.04 | 3.42 | 0.03 | 0.01 | 0.3% |
| 1.40 | 1.28 | 0.04 | 1.35 | 0.07 | 1.38 | 0.08 | 1.37 | 0.07 | 0.09 | 0.6% |

- NeuMoDx HCV Assay is a in vitro diagnostic test for quantitative detection of Human Hepatitis C Virus (HCV) RNA in human plasma and serum.
- Three lots of HCV Test Strips were stored at 40°C up to 149 days, equivalent to 17 months at 23°C.
- The activity of the strips was evaluated by testing the aged strips on the NeuMoDx System using human plasma spiked with HCV at concentrations of 5, 3 and 1.88 log10 IU/mL, (6 replicates per level) per lot for each storage condition.
- After storage up to 149 days at 40°C, the test strips quantified HCV targets with minimum bias to the expected concentrations. The difference between DMV and D0 is < 0.17 Log10 IU/mL and almost no drift, ≤ 0.07%, was observed when analyzed with linear regression.
- Three lots of test strips performed reproducibly with SD < 0.07 Log10 IU/mL across all the testing points and concentrations.
- Representative PCR amplification curves from one of the three lots of HCV Test Strips are shown above.

## CONCLUSION

NeuDry reagents demonstrated excellent nucleic acid isolation from several clinical matrices as well as efficient and robust PCR/RT-PCR amplification using the eluted DNA/RNA directly. In addition, the NeuDry reagents have demonstrated a long shelf life of 25 months with an in-use life of 63 days.

## ACKNOWLEDGMENTS

The authors gratefully acknowledge the help and support provided by all members of the NeuMoDx team. We would also like to thank our collaborators for their invaluable assistance in providing access to clinical specimens for testing and evaluation.

NeuMoDx GBS Test and NeuMoDx Extraction Plates on NeuMoDx 288 is For In Vitro Diagnostics only. NeuMoDx HBV, CMV and HCV tests are For Research Use Only. Not for use in diagnostic procedures.

EXHIBIT 82



# QUANTITATIVE DETECTION OF EPSTEIN-BARR VIRUS (EBV) IN PLASMA AND WHOLE BLOOD

Lijie Gong*, Maureen Carey, Kristin Krasch, Jessica Zhu, Michelle Mastronardi, Betty Wu, Sundu Brahmasandra, NeuMoDx Molecular, Ann Arbor, MI

## BACKGROUND

Immuno-compromised individuals lacking EBV antibodies, are especially at risk for acute EBV infection that may cause significant mortality and morbidity in organ transplant recipients because of posttransplant lymphoproliferative disorders (PTLD). EBV DNA can be detected in the blood of infected patients and increasing levels of EBV DNA has been shown to correlate significantly with subsequent development of PTLD in susceptible patients. As a result, EBV viral load is important tool for monitoring patients at risk for PTLD and provides prognostic information for effective treatment and management of such patients. The NeuMoDx EBV Test is a "sample to result" type in-vitro diagnostic assay incorporating automated extraction of qPCR ready DNA from whole blood and plasma specimens, combined with a sensitive real-time PCR assay to deliver highly accurate results in a completely automated manner.

## METHODS

Performance of the NeuMoDx EBV Test was characterized in both plasma and whole blood matrices. The objective of this study was to test and report performance of the NeuMoDx EBV Test across key analytical performance metrics. Studies were performed to characterize the analytical sensitivity, limits of quantitation, linearity, precision, turnaround time, and equivalency across specimen types. Testing was performed using either a 550 µL sample of plasma or a 220 µL sample volume of whole blood specimen.

## RESULTS

Evaluation of the analytical sensitivity using a Probit style analysis was performed using the 1st WHO International EBV Standard, and the lower limit of quantitation (LLoQ) was determined using the Total Analytic Error <10 criterion. In plasma specimens, the NeuMoDx EBV Test was able to demonstrate a limit of detection (LoD) of 18.8 IU/mL and an LLoQ of 20.2 IU/mL. In whole blood specimens, the NeuMoDx EBV Test demonstrated an LoD of 80 IU/mL (hit rate analysis) with an LLoQ of ≤100 IU/mL (TAE <1.0). The NeuMoDx EBV Test demonstrated excellent linearity across typical, clinically relevant measurement dynamic ranges (R2 ~0.99 across 8 logs), as well as precision across systems, days, and reagent lots. Turnaround time (TAT) for the NeuMoDx EBV Test was ~62 min and the results interpretation module incorporated for automated processing of data provided extremely accurate results. No cross-reactivity was observed against any of the non-target pathogens tested and the test performed efficaciously in the presence of interfering moieties. Finally equivalent performance was demonstrated across both plasma and whole blood specimen matrices.

## NeuMoDx Molecular System Streamlined Testing




On board storage of room temperature stable reagents enables easy on demand operation.

Patented microfluidic cartridges capable of performing independent sample processing and real-time PCR.

**FEATURES**

- **Integrated Operation:** Automates all steps of molecular diagnostics starting from raw clinical specimens to providing real-time PCR results in a fully automated process.
- **True Random Access:** Ability to mix specimen types and tests.
- **High Throughput** - 300 DNA tests in an 8 hour shift for the N288, ~150 DNA tests in an 8 hour shift for the N96.
- **Fast Time to First Results** - 60 min.
- **Continuous Loading of Specimens:** Specimens and Reagents can be loaded/unloaded at any time.
- **Large Walk-Away Window:** Up to 288 samples for the N288, 96 samples for the N96.
- **Seamless On Demand Operation:** Automated inventory management of consumables and reagents.
- **Long In-Use Shelf Life:** On-board room temperature stable reagents.
- **Real-time PCR:** Five color fluorescence detection offers real-time PCR multiplexing ability.

## Analytical Specificity (Cross-Reactivity) & Interference

| BK Polyomavirus | Cytomegalovirus | Human Herpes Virus type-6 | Human Herpes Virus type-7 | Human Herpes Virus type-8 | Hepatitis B Virus |
|---|---|---|---|---|---|
| Adenovirus type 5 | Hepatitis C Virus | Parvovirus B19 | JC Virus | Human Papillomavirus 16 | Human Papillomavirus 18 |
| Herpes Simplex Virus type-1 | Herpes Simplex Virus type-2 | Varicella-Zoster Virus | HIV-1 | HIV-2 | Listeria monocytogenes |
| Chlamydia trachomatis | Clostridium perfringens | Enterococcus faecalis | Escherichia coli | Klebsiella pneumoniae | Staphylococcus aureus |
| Mycobacterium avium | Mycoplasma pneumoniae | Neisseria gonorrhoeae | Propionibacterium acnes | Salmonella typhimurium | Cryptococcus neoformans |
| Staphylococcus epidermidis | Streptococcus pneumoniae | Streptococcus pyogenes | Aspergillus niger | Candida albicans | |

**NeuMoDx EBV Test Analytical Specificity – Cross-Reactivity.** The analytical specificity of the NeuMoDx EBV Test was evaluated with EBV free plasma spiked with 35 non-target (or phylogenetically similar) organisms (Table above) found in blood/plasma specimens at high concentration*. No cross-reactivity was observed in any of the organisms listed in the table – demonstrated 100% analytical specificity.
*Bacteria were spiked at ~ 6E6 CFU/mL. Most of the viruses were spiked at 1E6-1E7 IU or copies/mL, except Adenovirus and HPV-2 were spiked at 1E4-1E6 TCID50/mL, DNA was spiked at 1E6 copies/mL.

### NeuMoDx EBV Test Interference - Commercials

| Non-Target Organism | Average Conc. (Log₁₀ IU/mL) | Bias (Log₁₀ IU/mL) |
|---|---|---|
| BK Virus, CMV, HHV-6, HHV-7, HHV-8 and HBV | 3.11 | 0.17 |
| Adenovirus 5, HCV, Parvo B19, JC Virus, HPV-16 and HPV-18 | 3.02 | 0.08 |
| HSV-1, HSV-2, JC Virus, HIV-1 and HIV-2 | 3.13 | 0.19 |
| Chlamydia trachomatis, Clostridium perfringens, Enterococcus faecalis, Escherichia coli, Klebsiella pneumoniae and Listeria monocytogenes | 3.13 | 0.19 |
| Mycobacterium avium, Mycoplasma pneumoniae, Neisseria gonorrhoeae, Propionibacterium acnes, Salmonella typhimurium and Chlamydia trachomatis | 3.12 | 0.18 |
| Staphylococcus epidermidis, Streptococcus pneumoniae, Streptococcus pyogenes, Cryptococcus neoformans, Candida albicans and Aspergillus niger | 3.13 | 0.19 |

### NeuMoDx EBV Test Interference - Endogenous Substances

| Endogenous | Average Conc. (Log₁₀ IU/mL) | Bias (Log₁₀ IU/mL) |
|---|---|---|
| Albumin (120 mg/mL) | 3.11 | 0.07 |
| Bilirubin (0.02 mg/mL) | 3.16 | 0.02 |
| Hemoglobin (3 mg/mL) | 3.12 | 0.07 |
| Triglycerides (30 mg/mL) | 3.21 | 0.03 |

**Interfering Substances – Commensal Organisms.** When NeuMoDx EBV Test was performed with EBV positive plasma prepared by spiking negative plasma with EBV targets at 1E3 IU/mL in the presence of the 35 non-target organisms listed in TABLE (pooled), minimal deviation of quantitation from EBV control samples were observed indicating no significant interference from any of the 35 organisms.
*Concentration of EBV controls: 3 Log₁₀ IU/mL.

**EBV Interfering Substances – Endogenous Substances.** The possible interference of endogenous substances on NeuMoDx EBV Test was evaluated with four (4) endogenous substance specimens listed in the Table. The NeuMoDx EBV Assay had minimal deviation of quantitation from EBV control samples, with no significant interference.
*Concentration of EBV controls: 3 Log₁₀ IU/mL.

## EBV Analytical Sensitivity (LoD & LLoQ)

**PLASMA**

The Limit of Detection of the NeuMoDx EBV Test was determined with pooled EBV negative plasma spiked with 1st WHO International EBV Standard at six different levels including negative samples.

The limit of detection of EBV was determined to be 18.8 IU/mL based on Probit style analysis and the calculated LLoQ was determined to be 20.2 IU/mL.

### NeuMoDx EBV Test Limit of Detection - Plasma

| Target Conc. (IU/mL) | Target Conc. (Log₁₀ IU/mL) | N | # Positive | % Positive | LoD (Probit) IU/mL |
|---|---|---|---|---|---|
| 50 | 1.70 | 108 | 108 | 100 | |
| 30 | 1.48 | 107 | 106 | 99.1 | |
| 18 | 1.26 | 108 | 101 | 93.5 | 18.8 IU/mL |
| 11 | 1.04 | 108 | 90 | 83.3 | 95% CI |
| 6 | 0.78 | 108 | 80 | 74.1 | (15.4–25.5 IU/mL) |
| 0 | N/A | 108 | 0 | 0 | |



Limit of Detection of the NeuMoDx EBV Test. Probit analysis from the data in the above table was used to determine the LoD of the EBV target to be 18.8 IU/mL with a 95% CI of (15.4, 25.5).

### NeuMoDx EBV Test LLoQ - Plasma

| Target Conc. (IU/mL) | Target Conc. (Log₁₀ IU/mL) | N | Ave. Bias | Standard Deviation | Total Analytical Error (TAE) | LLoQ |
|---|---|---|---|---|---|---|
| 50 | 1.70 | 108 | 0.32 | 0.16 | 0.64 | |
| 30 | 1.48 | 107 | 0.47 | 0.25 | 0.96 | 20.21 IU/mL |
| 18 | 1.26 | 108 | 0.62 | 0.18 | 0.97 | or |
| 11 | 1.04 | 108 | 0.81 | 0.22 | 1.25 | 1.31 Log₁₀ IU/mL |
| 6 | 0.78 | 108 | 1.04 | 0.33 | 1.39 | |

**Lower limit of quantitation (LLoQ) of NeuMoDx EBV Test.** The lowest target level detected at a positive rate > 95% AND with TAE (bias+2*SD) ≤ 1.0 was used to determine the LLoQ. The LLoQ for the NeuMoDx EBV Test was determined to be 20.21 IU/mL.

**WHOLE BLOOD**

Based on the LoD and LLoQ established in plasma, the Limit of Detection of the NeuMoDx EBV Test in whole blood was tested with EBV negative blood spiked with 1st WHO International EBV Standard by testing a confirmatory level of 80 IU/mL.

The limit of detection of EBV in whole blood was determined to be ≤80 IU/mL based on 100% amplification of target at this level. The calculated LLoQ was determined to be ≤100 IU/mL (TAE <1.0).

## EBV Linearity

**PLASMA**

The linearity of the NeuMoDx EBV Test was determined by diluting purified EBV stock (Exact Diagnostics) and NeuMoDx Encapsulated EBV Control in pooled EBV negative plasma to create a panel spanning 8 logs of EBV concentrations ranging from 1.7 Log₁₀ IU/mL to 8 Log₁₀ IU/mL.

The NeuMoDx EBV Test demonstrated excellent robust quantification linearity over a wide dynamic range (8 log units).

### NeuMoDx EBV Test Linearity - Plasma

| Target Conc. (IU/mL) | Target Conc. (Log₁₀ IU/mL) | Mean Conc. (Log₁₀ IU/mL) | Bias (Log₁₀ IU/mL) | Calculated Linear Fit |
|---|---|---|---|---|
| 1.00E+08 | 8.00 | 8.06 | 0.06 | 8.00 |
| 1.00E+07 | 7.00 | 7.07 | 0.07 | 7.00 |
| 1.00E+06 | 6.00 | 6.13 | 0.13 | 6.00 |
| 5.00E+06 | 6.70 | 6.60 | 0.10 | 6.00 |
| 5.00E+05 | 5.70 | 5.61 | 0.09 | 5.70 |
| 5.00E+04 | 4.70 | 4.61 | 0.09 | 4.70 |
| 5.00E+03 | 3.70 | 3.63 | 0.07 | 3.70 |
| 5.00E+02 | 2.70 | 2.67 | 0.03 | 2.70 |
| 5.00E+01 | 1.70 | 1.83 | 0.13 | 1.70 |

**Linear range of the NeuMoDx EBV Test.** The NeuMoDx Test demonstrated excellent linearity across 8 Log₁₀ units.



$$y = 1e + 2E-05$$
$$R^2 = 0.99$$

**Linear range of the NeuMoDx EBV Test.** The NeuMoDx EBV Test shows excellent robust correlation over 8 Log₁₀ units in plasma.

**WHOLE BLOOD**

The linearity of the NeuMoDx EBV Test was determined by diluting purified EBV stock (Exact Diagnostics) and 1st WHO International EBV Standard in pooled EBV negative blood to create a panel spanning 6 logs of EBV concentration ranging from 2 Log₁₀ IU/mL to 7 Log₁₀ IU/mL.

The NeuMoDx EBV Assay demonstrated excellent and robust linearity across 6 log units.

### NeuMoDx EBV Test Linearity - Blood

| Target Conc. (IU/mL) | Target Conc. (Log₁₀ IU/mL) | Mean Conc. (Log₁₀ IU/mL) | Bias (Log₁₀ IU/mL) | Calculated Linear Fit |
|---|---|---|---|---|
| 1.00E+07 | 7.00 | 7.00 | 0.00 | 6.86 |
| 1.00E+06 | 6.00 | 5.93 | 0.07 | 5.94 |
| 1.00E+05 | 5.00 | 5.02 | 0.02 | 5.02 |
| 1.00E+04 | 4.00 | 3.97 | 0.03 | 4.09 |
| 1.00E+03 | 3.00 | 3.00 | 0.00 | 3.17 |
| 1.00E+02 | 2.00 | 2.36 | 0.36 | 2.25 |

**Linear range of the NeuMoDx EBV Test.** The NeuMoDx Test is linear over 6 Log₁₀ units.



$$y = 0.3221x + 0.4085$$
$$R^2 = 0.99$$

**Linear range of the NeuMoDx EBV Test.** The NeuMoDx EBV Test shows excellent correlation over 6 Log₁₀ units in blood.

## EBV PLASMA TO WHOLE BLOOD EQUIVALENCY

The equivalency of the NeuMoDx EBV Test between matrices, plasma and whole blood was evaluated by spiking K2EDTA plasma and whole blood (screened negative for EBV) with equivalent amount of Exact EBV and 1st WHO International EBV Standard. Levels were spiked to span the linear range of the test. Specimens were then processed on the System. The NeuMoDx EBV Test demonstrated excellent quantitative correlation between plasma and whole blood matrices with Deming and Passing-Bablok linear regression analysis.



**DEMING: Regression of Whole Blood by Plasma**

**Deming Analysis**
Intercept
-0.18
(-0.66, 0.30)
Slope Coefficient
1.07
95%CI
(0.99,1.15)
Correlation Coefficient
R²=0.99



**PASSING-BABLOK: Regression of Whole Blood by Plasma**

**Deming Analysis**
Intercept
-0.004
95%CI
(-0.51, 0.48)
Slope Coefficient
1.04
95%CI
(0.95,1.13)
p-value
0.25

## Precision and Lot-to-Lot Reproducibility

The Within Lab Precision and Lot-to-lot Reproducibility of the NeuMoDx EBV Test was determined by testing a 4 member panel of EBV on multiple NeuMoDx Molecular Systems across multiple reagent lots and in multiple days.

The same concentrations of EBV were used across multiple lots of reagents and compared to each other for consistency.

The precision Within-run and Across-runs was characterized and the standard deviation for both was determined to be < 0.2 Log₁₀ IU/mL. The standard deviation between reagent lots was determined to be ≤ 0.15 Log₁₀ IU/mL.

### NeuMoDx EBV Test Within Lab Precision

| Panel Member | Target Conc. (Log₁₀ IU/mL) | Mean Conc. (Log₁₀ IU/mL) | N | Across System SD | Within Run SD | Within Day SD | Overall SD |
|---|---|---|---|---|---|---|---|
| 1 | 5.70 | 5.77 | 84 | 0.08 | 0.04 | 0.02 | 0.09 |
| 2 | 4.70 | 4.76 | 84 | 0.06 | 0.06 | 0.04 | 0.09 |
| 3 | 3.70 | 3.75 | 48 | 0.04 | 0.07 | 0.08 | 0.08 |
| 4 | 2.70 | 2.84 | 48 | 0.03 | 0.06 | 0.03 | 0.06 |

### NeuMoDx EBV Test Lot-to-lot Reproducibility

| Panel Member | Target Conc. (Log₁₀ IU/mL) | Mean Conc. (Log₁₀ IU/mL) | N | Between Lot SD | Within Lot SD | Overall SD |
|---|---|---|---|---|---|---|
| 1 | 5.70 | 5.75 | 48 | 0.06 | 0.06 | 0.09 |
| 2 | 4.70 | 4.76 | 48 | 0.04 | 0.07 | 0.08 |
| 3 | 3.70 | 3.76 | 48 | 0.04 | 0.07 | 0.08 |
| 4 | 2.70 | 2.84 | 48 | 0.04 | 0.07 | 0.07 |

**Precision and Reproducibility of the NeuMoDx EBV Test.** The NeuMoDx EBV Test demonstrated excellent within laboratory precision calculated from the quantitative data across target levels, reagent lots, and Systems with a maximum overall standard <0.20 Log₁₀ IU/mL.

## CONCLUSIONS

The NeuMoDx EBV Test demonstrated excellent performance and is well suited for implementing viral load monitoring using both plasma and whole blood specimens.

## ACKNOWLEDGMENTS

The authors gratefully acknowledge the help and support provided by all members of the NeuMoDx team.

NeuMoDx EBV Test is not available for sale.

EXHIBIT 83

US009637775B2

(12) **United States Patent**
Kusner et al.

(10) Patent No.: **US 9,637,775 B2**
(45) Date of Patent: **May 2, 2017**

(54) **SYSTEM AND METHOD FOR PROCESSING BIOLOGICAL SAMPLES**

(71) Applicant: **NeuMoDx Molecular, Inc.**, Ann Arbor, MI (US)

(72) Inventors: **Michael T. Kusner**, Ann Arbor, MI (US); **Jeffrey Williams**, Ann Arbor, MI (US)

(73) Assignee: **NeuMoDx Molecular, Inc.**, Ann Arbor, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 236 days.

(21) Appl. No.: **14/229,396**

(22) Filed: **Mar. 28, 2014**

(65) **Prior Publication Data**

US 2014/0227146 A1    Aug. 14, 2014
US 2017/0037451 A9    Feb. 9, 2017

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 13/766,359, filed on Feb. 13, 2013, now Pat. No. 9,050,594.
(Continued)

(51) **Int. Cl.**
*B01L 3/00*         (2006.01)
*C12Q 1/68*        (2006.01)
*B01L 7/00*        (2006.01)

(52) **U.S. Cl.**
CPC ...... *C12Q 1/6806* (2013.01); *B01L 3/502707* (2013.01); *B01L 3/502738* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ..... B01L 2200/0631; B01L 2200/0668; B01L 2200/0684; B01L 2200/0689;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,963,151 A    6/1976   North
5,681,529 A   10/1997   Taguchi et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CN    101432698 A    5/2009
CN     1773190 B     5/2010
(Continued)

OTHER PUBLICATIONS

Compton, Cancer and Metastasis Rev., vol. 11, pp. 105-119 (1992).

*Primary Examiner* — Nathan Bowers
*Assistant Examiner* — Lydia Edwards
(74) *Attorney, Agent, or Firm* — Jeffrey Schox; Ivan Wong

(57)         **ABSTRACT**

A system and method for processing and detecting nucleic acids from a set of biological samples, comprising: a molecular diagnostic module configured to receive nucleic acids bound to magnetic beads, isolate nucleic acids, and analyze nucleic acids, comprising a cartridge receiving module, a heating/cooling subsystem and a magnet configured to facilitate isolation of nucleic acids, a valve actuation subsystem including an actuation substrate, and a set of pins interacting with the actuation substrate, and a spring plate configured to bias at least one pin in a configurations, the valve actuation subsystem configured to control fluid flow through a microfluidic cartridge for processing nucleic acids, and an optical subsystem for analysis of nucleic acids; and a fluid handling system configured to deliver samples and reagents to components of the system to facilitate molecular diagnostic protocols.

**20 Claims, 11 Drawing Sheets**



## US 9,637,775 B2

Page 2

### Related U.S. Application Data

(60) Provisional application No. 61/667,606, filed on Jul. 3, 2012, provisional application No. 61/598,240, filed on Feb. 13, 2012.

(52) **U.S. Cl.**
CPC .................. **B01L 7/52** (2013.01); **B01L 7/525** (2013.01); *B01L 2200/0631* (2013.01); *B01L 2200/0668* (2013.01); *B01L 2200/0684* (2013.01); *B01L 2200/0689* (2013.01); *B01L 2200/10* (2013.01); *B01L 2300/1827* (2013.01); *B01L 2300/1844* (2013.01); *B01L 2400/0487* (2013.01); *B01L 2400/0655* (2013.01)

(58) **Field of Classification Search**
CPC ......... B01L 2200/10; B01L 2300/1827; B01L 2300/1844; B01L 2400/0487; B01L 2400/0655; B01L 3/502707; B01L 3/502738; B01L 7/52
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,750,338 A | 5/1998 | Collins et al. | |
| 5,824,478 A | 10/1998 | Muller | |
| 5,853,667 A | 12/1998 | Seaton et al. | |
| 6,168,948 B1 | 1/2001 | Anderson et al. | |
| 7,682,820 B2 | 3/2010 | Bader | |
| 7,906,758 B2 | 3/2011 | Stults et al. | |
| 8,640,555 B2 | 2/2014 | Zenhausern et al. | |
| 8,709,787 B2 | 4/2014 | Handique | |
| 9,101,930 B2 | 8/2015 | Williams et al. | |
| 9,382,532 B2 | 7/2016 | Brahmasandra et al. | |
| 2002/0039783 A1 | 4/2002 | McMillan et al. | |
| 2002/0160518 A1 | 10/2002 | Hayenga et al. | |
| 2003/0170686 A1 | 9/2003 | Hoet et al. | |
| 2004/0018611 A1 | 1/2004 | Ward et al. | |
| 2004/0138154 A1 | 7/2004 | Yu et al. | |
| 2005/0180891 A1 | 8/2005 | Webster et al. | |
| 2005/0205199 A1* | 9/2005 | Green ................... | B29C 70/504 |
| | | | 156/180 |
| 2005/0221529 A1 | 10/2005 | Bang et al. | |
| 2005/0233370 A1 | 10/2005 | Ammann et al. | |
| 2005/0250199 A1 | 11/2005 | Anderson et al. | |
| 2005/0272169 A1 | 12/2005 | Griffin et al. | |
| 2006/0068204 A1 | 3/2006 | Rasmussen et al. | |
| 2006/0166233 A1 | 7/2006 | Wu et al. | |
| 2006/0182300 A1 | 8/2006 | Schwartz | |
| 2006/0182842 A1* | 8/2006 | Pruden ................... | B29C 45/322 |
| | | | 425/568 |

| | | | |
|---|---|---|---|
| 2007/0148174 A1 | 6/2007 | Kudlicki et al. | |
| 2007/0184463 A1 | 8/2007 | Molho et al. | |
| 2007/0190662 A1 | 8/2007 | Baetzold et al. | |
| 2007/0196912 A1 | 8/2007 | Facer et al. | |
| 2007/0292941 A1 | 12/2007 | Handique et al. | |
| 2008/0057572 A1 | 3/2008 | Petersen et al. | |
| 2008/0146896 A1 | 6/2008 | Rabinowitz et al. | |
| 2008/0193384 A1 | 8/2008 | Willard et al. | |
| 2008/0200343 A1 | 8/2008 | Clemens et al. | |
| 2008/0241569 A1 | 10/2008 | Qin et al. | |
| 2008/0275409 A1 | 11/2008 | Kane et al. | |
| 2008/0280285 A1 | 11/2008 | Chen et al. | |
| 2009/0130719 A1 | 5/2009 | Handique | |
| 2009/0131650 A1 | 5/2009 | Brahmasandra et al. | |
| 2009/0215125 A1 | 8/2009 | Reed et al. | |
| 2009/0275014 A1* | 11/2009 | Maltezos ............ | B01L 3/50851 |
| | | | 435/5 |
| 2010/0009351 A1 | 1/2010 | Brahmasandra et al. | |
| 2010/0009375 A1 | 1/2010 | Sherman et al. | |
| 2010/0029544 A1 | 2/2010 | Cheng et al. | |
| 2010/0075311 A1 | 3/2010 | Barrault et al. | |
| 2010/0165784 A1 | 7/2010 | Jovanovich et al. | |
| 2010/0300563 A1 | 12/2010 | Ramunas et al. | |
| 2010/0303687 A1 | 12/2010 | Blaga et al. | |
| 2010/0310423 A1 | 12/2010 | Nieuwenhuis | |
| 2010/0323919 A1 | 12/2010 | Chen et al. | |
| 2011/0003281 A1 | 1/2011 | Woudenberg et al. | |
| 2011/0043237 A1 | 2/2011 | Kiyokawa et al. | |
| 2011/0053289 A1* | 3/2011 | Lowe ................... | B01L 3/5027 |
| | | | 436/501 |
| 2011/0071031 A1 | 3/2011 | Khripin et al. | |
| 2011/0201099 A1 | 8/2011 | Anderson et al. | |
| 2011/0318840 A1 | 12/2011 | Ziglioli et al. | |
| 2012/0046203 A1 | 2/2012 | Walsh et al. | |
| 2012/0245218 A1 | 9/2012 | Fukushima et al. | |
| 2012/0245337 A1 | 9/2012 | Fabis et al. | |
| 2013/0210015 A1* | 8/2013 | Williams ................. | C12Q 1/68 |
| | | | 435/6.12 |
| 2013/0210127 A1 | 8/2013 | Williams et al. | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101842690 B | 6/2013 | |
| EP | 0707077 A2 | 4/1996 | |
| WO | 0248164 A2 | 6/2002 | |
| WO | 2004003200 A1 | 1/2004 | |
| WO | 2007064635 A1 | 6/2007 | |
| WO | 2008097342 A2 | 8/2008 | |
| WO | 2008115626 A2 | 9/2008 | |
| WO | 2009038536 A1 | 3/2009 | |
| WO | 2009022994 | 4/2009 | |
| WO | 2010072821 A1 | 7/2010 | |
| WO | 2010121315 A1 | 10/2010 | |

* cited by examiner



FIGURE 1A

FIGURE 1B



FIGURE 2



FIGURE 3



FIGURE 4A



FIGURE 4B



FIGURE 5A



FIGURE 5B



FIGURE 5C



FIGURE 5D



FIGURE 6A



FIGURE 6B



FIGURE 7A

FIGURE 7B



FIGURE 7C



FIGURE 8A

FIGURE 8B



FIGURE 9

FIGURE 10A



FIGURE 10B



FIGURE 11A

FIGURE 11B

FIGURE 11C



400
producing a set of magnetic bead-sample mixtures
S410
heating the set of magnetic bead-sample mixtures to produce a set of nucleic acid-magnetic bead samples
S420
transferring each nucleic acid-magnetic bead sample of a set of nucleic aced-magnetic bead samples to a corresponding fluidic pathway of a set of fluidic pathways
S430
producing a set of purified nucleic acid volumes from the set of nucleic acid-magnet bead samples
S440
combining each purified nucleic acid volume of the set of purified nucleic acid volumes with a molecular diagnostic reagent to produce a set of nucleic acid-reagent mixtures
S450
transferring each of the set of nucleic acid-reagent mixtures, through the corresponding fluidic pathway of the set of fluidic pathways, to a detection chamber
S460
receiving light from the set of nucleic acid-reagent mixtures
S470
generating a set of data based on light received form the set of nucleic acid-reagent mixtures
S480

FIGURE 12

US 9,637,775 B2

1

# SYSTEM AND METHOD FOR PROCESSING BIOLOGICAL SAMPLES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of application Ser. No. 13/766,359, filed on 13 Feb. 2013, which claims the benefit of U.S. Provisional Application Ser. No. 61/667,606, filed on 3 Jul. 2012, and U.S. Provisional Application Ser. No. 61/598,240, filed on 13 Feb. 2012, which are each incorporated herein in its entirety by this reference.

## TECHNICAL FIELD

This invention relates generally to the molecular diagnostics field, and more specifically to an improved system and method for processing biological samples.

## BACKGROUND

Molecular diagnostics is a clinical laboratory discipline that has developed rapidly during the last 25 years. It originated from basic biochemistry and molecular biology research procedures, but now has become an independent discipline focused on routine analysis of nucleic acids (NA), including deoxyribonucleic acid (DNA) and ribonucleic acid (RNA) for diagnostic use in healthcare and other fields involving analysis of nucleic acids of biological samples. Molecular diagnostic analysis of biological samples can include the detection of one or more nucleic acid materials present in a specimen. The particular analysis performed may be qualitative and/or quantitative. Methods of analysis typically involve isolation, purification, and amplification of nucleic acid materials, and polymerase chain reaction (PCR) is a common technique used to amplify nucleic acids. Often, a nucleic acid sample to be analyzed is obtained in insufficient quantity, quality, and/or purity, hindering a robust implementation of a diagnostic technique. Current sample processing methods and molecular diagnostic techniques are often labor/time intensive, low throughput, and expensive, and systems of analysis are insufficient. Furthermore, methods of isolation, processing, and amplification are specific to certain sample matrices and/or nucleic acid types and not applicable across common biological sample and nucleic acid types.

Due to these and other deficiencies of current molecular diagnostic systems and methods, there is thus a need for and improved system and method to facilitate processing of biological samples. This invention provides such a system and method.

## BRIEF DESCRIPTION OF THE FIGURES

FIGS. **1A-1B** depict an embodiment of a system for processing biological samples;

FIGS. **2-3** depict embodiments of a molecular diagnostic module for processing biological samples;

FIGS. **4A-4B** depict configurations of a linear actuator of an embodiment of a molecular diagnostic module;

FIGS. **5A-5D** depict elements of an embodiment of a valve actuation subsystem of a molecular diagnostic module;

FIGS. **6A-6B** depict configurations of an embodiment of a valve actuation subsystem of a molecular diagnostic module;

2

FIGS. **7A-7C** depict elements of an embodiment of a valve actuation subsystem of a molecular diagnostic module;

FIGS. **8A** and **8B** depict elements of an example of a valve actuation subsystem of a molecular diagnostic module;

FIG. **9** depicts elements of an embodiment of an optical subsystem of a molecular diagnostic module;

FIGS. **10A-10B** depict an embodiment of a microfluidic cartridge for processing biological samples;

FIGS. **11A-11C** depict an embodiment of a fluid handling system of a system for processing and detecting nucleic acids; and

FIG. **12** depicts an embodiment of a method for processing and detecting nucleic acids.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following description of preferred embodiments of the invention is not intended to limit the invention to these preferred embodiments, but rather to enable any person skilled in the art to make and use this invention.

1. System for Processing and Detecting Nucleic Acids

As shown in FIGS. **1A-1B**, an embodiment of a system **100** for processing biological samples includes: a molecular diagnostic module **130** comprising a microfluidic cartridge receiving module **140**, heating and cooling subsystem **150**, a magnet **160**, a valve actuation subsystem **170**, and an optical subsystem **280**. Other embodiments of the system **100** can further comprise a microfluidic cartridge **210** configured to facilitate sample processing; a liquid handling system **250** configured to facilitate gas and fluid delivery to different elements of the system **100**; a processor **290** configured to analyze data resulting from a run of the system **100**; and a user interface **295** configured to allow a user to interact with the system **100**. The system **100** can additionally or alternatively include any other suitable elements, as described in U.S. application Ser. No. 13/766,359 entitled "System and Method for Processing and Detecting Nucleic Acids" and filed on 13 Feb. 2013, which is incorporated herein in its entirety by this reference. The system **100** thus functions to receive biological samples containing nucleic acids (i.e., impure nucleic acid samples), separate nucleic acids from the biological samples, and analyze nucleic acid samples according to at least one molecular diagnostic protocol (e.g., PCR). Preferably, the system **100** is a walk-away system by which a user loads a set of biological samples containing nucleic acids, and receives a set of data resulting from a molecular diagnostic protocol without any further sample manipulation by the user. Alternatively, the system **100** facilitates aspects of sample preparation for a molecular diagnostic protocol, with some sample manipulation performed by the user.

In one example workflow of the system **100**, a liquid handling system **250** aspirates a set of biological samples and dispenses the biological samples into a microfluidic cartridge **210**, aligned within a cartridge receiving module **140** of a molecular diagnostic module **130**, and configured to be manipulated by the molecular diagnostic module **130**. A heating and cooling subsystem **150**, a magnet **160**, and a valve actuation subsystem **170** of the molecular diagnostic module **130** then facilitate separation of a set of nucleic acids from the biological samples, as the liquid handling system **250** dispenses wash solutions, release solutions, and/or air at appropriate stages. The liquid handling system **250** then aspirates the set of nucleic acids from the microfluidic cartridge **210** contained within the molecular diagnostic

US 9,637,775 B2

3

module **130**, combines the set of nucleic acids with a set of molecular diagnostic reagents, and dispenses the set of nucleic acids combined with the set of molecular diagnostic reagents (i.e., set of nucleic acid-reagent mixtures) into the microfluidic cartridge **210** within the molecular diagnostic module **130**. The heating and cooling subsystem **150**, optical subsystem **180** and valve actuation subsystem **170** of the molecular diagnostic module **130** then facilitate analysis of the set of nucleic acid-reagent mixtures by a processor configured to display information on a user interface.

As stated, the above workflow is just one example workflow of the system **100**. A detailed description of elements of an embodiment of the system **100** is described in sections 1.1-1.4 below.

1.1 System—Molecular Diagnostic Module

As shown in FIG. 1B, an embodiment of the molecular diagnostic module **130** of the system **100** includes a cartridge receiving module **140**, a heating and cooling system **150**, a magnet **160**, a valve actuation subsystem **170**, and an optical subsystem **280**, and functions to manipulate a microfluidic cartridge **210** for processing of a biological sample containing nucleic acids. The molecular diagnostic module **130** is preferably configured to operate in parallel with at least one other molecular diagnostic module **130**, such that multiple microfluidic cartridges **210** containing biological samples may be processed simultaneously. In a first variation, the molecular diagnostic module **130** is configured to be stackable with another microfluidic diagnostic module **130** in a manner that enables access to a microfluidic cartridge **210** within each molecular diagnostic module **130**. In another variation, the molecular diagnostic module **130** may not be configured to stack with another molecular diagnostic module, such that the molecular diagnostic modules **130** are configured to rest side-by-side on the same plane. Elements of an embodiment of the molecular diagnostic module **130** are further described in sections 1.1.1 to 1.1.4 below.

1.1.1 Molecular Diagnostic Module—Cartridge Receiving Module

As shown in FIGS. 1B, **2**, and **3**, the cartridge receiving module **140** of the molecular diagnostic module **130** comprises a cartridge platform **141** including a cartridge loading guiderail **142**, a cartridge stop **143**, a magnet receiving slot **144**, and a set of access regions **145**; a linear actuator **146** configured to displace a microfluidic cartridge **210** resting on the cartridge platform **141**, and a set of springs **148** coupled to the cartridge platform **141**. The cartridge receiving module **140** thus functions to receive, align, and compress a microfluidic cartridge **210** for processing of a biological sample according to a molecular diagnostic assay protocol. The cartridge platform **141** is preferably configured to receive a microfluidic cartridge **210** along a cartridge loading guiderail **142** until it reaches a cartridge stop **143**, and be vertically displaced by the linear actuator **146**, which places a biasing force against the set of springs **148** coupled to the cartridge platform **141**. The magnet receiving slot **144** and the set of access regions **145** provide access, by a magnet **160** and a valve actuation subsystem **170**, to the microfluidic cartridge **210**, as the microfluidic cartridge **210** is vertically displaced by the linear actuator **146**.

The cartridge platform **141** includes a cartridge loading guiderail **142**, a cartridge stop **143**, a magnet receiving slot **144**, and a set of access regions **145**, and functions to receive and align a microfluidic cartridge **210**, while providing access to the microfluidic cartridge **210** by a magnet **160** and a valve actuation subsystem **170**. As shown in FIG. **2**, an embodiment of the cartridge platform **141** includes a pair of

4

parallel cartridge loading guiderails **142**, initiating at a pair of inwardly tapering protrusions configured to guide a microfluidic cartridge toward the pair of parallel cartridge loading guiderails **142**, and spanning two short edges of the cartridge platform **141**. The embodiment of the cartridge platform **141** also includes a cartridge stop **143** comprising a vertical tab oriented perpendicular to the cartridge loading guiderails **142**, and spanning a long edge of the cartridge platform. Preferably, the cartridge loading guiderails **142** and the cartridge stop **143** are configured such that a microfluidic cartridge **210** slides between the cartridge loading guiderails **142** and hits the cartridge stop **143** to signal proper alignment. Alternatively, the cartridge loading guiderails **142** and the cartridge stop **143** can be configured such that a microfluidic cartridge slides over or along the cartridge loading guiderails **142**, after which the cartridge stop **143** couples to a portion of the microfluidic cartridge **210** to ensure proper alignment of the microfluidic cartridge. Additional variations of the cartridge loading guiderails **142** and the cartridge stop **143** can be used to enable reception and alignment of a microfluidic cartridge **210** by the molecular diagnostic module **130**.

The embodiment of the cartridge platform **141** shown in FIG. **2** also includes a set of access regions **145**, oriented perpendicular to the parallel cartridge loading guiderails **142** and configured to provide access to a valve actuation subsystem **170**, and a magnet receiving slot **144** located among the set of access regions **145**. Preferably, the magnet receiving slot **144** and the set of access regions **145** substantially span a long dimension of the cartridge platform **141**, as shown in FIG. **2**, and are configured to correspond to locations on a microfluidic cartridge **210** requiring a magnetic field and/or valving to enable processing of a biological sample and nucleic acid detection once the microfluidic cartridge **210** has been aligned within the molecular diagnostic module **130**. Thus, alternative configurations of the magnet receiving slot **144** and the set of access regions **145** can accommodate other cartridges with alternative regions requiring magnetic fields and/or valving to enable other protocols. In one alternative embodiment, the magnet receiving slot **144** and the access regions can comprise one continuous void of the cartridge platform **141**, such that the cartridge platform **141** supports a microfluidic cartridge **210** along the periphery of the microfluidic cartridge **210**, but forms a continuous void under a majority of the footprint of the microfluidic cartridge **210**.

The linear actuator **146** functions to linearly displace a microfluidic cartridge **210** resting on the cartridge platform **141**, in order to compress the microfluidic cartridge **210** and position the microfluidic cartridge **210** between a cartridge heater **153** and an optical subsystem **280** on one side of the microfluidic cartridge **210**, and a magnet **160** and detection chamber heaters **157** on another side of the microfluidic cartridge **210**, as described in further detail below. The linear actuator **146** also functions to provide a sufficient counterforce to the valve actuation subsystem **170** such that a microfluidic cartridge **210** within the molecular diagnostic module **130** remains properly situation upon manipulation by the valve actuation subsystem **170**. The linear actuator **146** further functions to move a nozzle **149** coupled to the liquid handling system **250**, in order to couple the liquid handling system **250** to a fluid port **222** of the microfluidic cartridge **210**. In the orientation of the molecular diagnostic module **130** shown in FIG. 1B, the linear actuator **146** is preferably coupled to the cartridge heater **153** and a portion of the optical subsystem **280**, and vertically displaces the cartridge heater **153** and the optical subsystem **280** to

US 9,637,775 B2

5

position the cartridge heater 153 and the optical subsystem 280 over the microfluidic cartridge 210. The vertical displacement also allows the microfluidic cartridge 210 to receive a magnet 160, which provides a magnetic field to facilitate a subset of a molecular diagnostic protocol, and detection chamber heaters 157, which allows amplification of nucleic acids for molecular diagnostic protocols requiring heating and cooling of the nucleic acid (e.g. PCR). Preferably, the linear actuator 146 is a scissor jack actuator configured to apply substantially uniform pressure over all occlusion positions of a microfluidic cartridge 210 aligned within the molecular diagnostic module 130, and to operate in at least two configurations. In a retracted configuration 146a, as shown in FIG. 4A, the scissor jack actuator has not linearly displaced the cartridge platform 141, and in an extended configuration 146b, as shown in FIG. 4B, the scissor jack actuator has linearly displaced the microfluidic cartridge 210 to position the microfluidic cartridge 210 between the subsystems 153, and 180, and the magnet 160 and detection chamber heaters 157. Additionally, the extended configuration 146b of the scissor jack actuator is configured to couple the nozzle 149 to a fluid port 222 of the microfluidic cartridge 210, such that the liquid handling system 250 can deliver solutions and gases for processing of biological samples. The linear actuator 146 may alternatively be any appropriate linear actuator, such as a hydraulic, pneumatic, or motor-driven linear actuator, configured to linearly displace a microfluidic cartridge within the molecular diagnostic module 130.

As shown in FIGS. 1B, 4A, and 4B, a set of springs 148 is coupled to the cartridge platform 141 and functions to provide a counteracting force against the linear actuator 146 as the linear actuator 146 displaces a microfluidic cartridge 210 resting on the cartridge platform 141. The set of springs 148 thus allows the cartridge platform 141 to return to a position that allows the microfluidic cartridge 210 to be reloaded and unloaded from the molecular diagnostic module 130 when the linear actuator 146 is in a retracted configuration 146b, as shown in FIG. 4B. Similarly, the nozzle 149, the heating and cooling subsystem 150, the cartridge heater 153, and the magnet 160 are preferably coupled to springs, such that springs are positioned between elements 149, 150, 153, and 160, and substrates that elements 149, 150, 153, and 160 are mounted to. Alternatively an elastomeric material is preferably positioned between elements 149, 150, 153, and 160, and substrates that elements 149, 150, 153, and 160 are mounted to. The springs and/or elastomeric material function to provide proper functioning and alignment of subsystems of the molecular diagnostic module 130 as the linear actuator 146 is extended or retracted, contributing to reliability and a reduction in stack up tolerance risk. The springs and/or elastomeric material further function to allow more pressure to be applied to occlusion positions of a microfluidic cartridge 210 aligned within the molecular diagnostic module 130, and an appropriate pressure to be applied to elements 149, 150, 153 and 160 of the molecular diagnostic module 130. Thus, proper contact is maintained between elements 149, 150, 153, and 160, and a microfluidic cartridge 210 being manipulated by the molecular diagnostic module. These elements are described in further detail below.

1.1.2 Molecular Diagnostic Module—Heating/Cooling Subsystem and Magnet

The heating and cooling subsystem 150 of the molecular diagnostic module 130 comprises a cartridge heater 153, a fan 155, and a set of detection chamber heaters 157 and functions to controllably heat portions of a microfluidic

6

cartridge 210 for processing of a biological sample containing nucleic acids according to a molecular diagnostic protocol. In the orientation of an embodiment of the molecular diagnostic module 130 shown in FIG. 1B, the cartridge heater 153 is preferably coupled to the linear actuator 146 of the cartridge receiving module 140 and configured to span a central region of a microfluidic cartridge 210 aligned within the molecular diagnostic module 130, the fan 155 is located at a back wall of the cartridge receiving module 140, and the set of detection chamber heaters 157 is located inferior to a set of detection chambers of the microfluidic cartridge 210. In alternative embodiments of the molecular diagnostic module 130, the heating and cooling subsystem 150 can have any appropriate alternative configuration that provides controlled heating and cooling to a microfluidic cartridge within the molecular diagnostic module 130.

The cartridge heater 153, the fan 155, and the set of detection chamber heaters 157 are preferably those described in U.S. application Ser. No. 13/766,359 entitled "System and Method for Processing and Detecting Nucleic Acids" and filed on 13 Feb. 2013, which is incorporated herein in its entirety by this reference; however, in other variations, the cartridge heater 153, the fan 155, and/or the set of detection chamber heaters 157 can be any other suitable cartridge heater 153, fan 155, and/or set of detection chamber heaters 157.

The magnet 160 of the molecular diagnostic module 130 functions to provide a magnetic field for isolation and extraction of nucleic acids bound to magnetic beads within a microfluidic cartridge 210, aligned within the molecular diagnostic module 130. Preferably, the magnet 160 is fixed within the molecular diagnostic module 130, such that the extended configuration 146b of the linear actuator 146 allows the magnet 160 to pass through the magnet receiving slot 144 of the cartridge receiving module 140 and into a magnet housing region 218 of the microfluidic cartridge 210. In an example, the magnet 160 is a rectangular prism-shaped magnet 160 fixed under the cartridge platform 141, and configured to pass through the cartridge platform 141, into a magnet housing region 218 located under the heating region of the microfluidic cartridge 210. Preferably, the magnet 160 is one of two or three magnets lined up in parallel, such that each of the fluidic pathways of a microfluidic cartridge housing the magnets is exposed to two or three times as much magnetic flux, and two to threes times as many opportunities to capture magnetic beads. Alternatively, the magnet 160 is a single magnet configured to expose a set of fluidic pathways to a magnetic field. Preferably, the magnet 160 or group of multiple magnets is coupled to a magnet holder within the molecular diagnostic module 130. Additionally, the magnet holder is preferably composed of an insulating material, such that the magnet holder does not interfere with proper functioning of the cartridge heater 153. Alternatively, the magnet holder may not be composed of an insulating material.

The magnet 160 is preferably a magnet 160 as described in U.S. application Ser. No. 13/766,359 entitled "System and Method for Processing and Detecting Nucleic Acids" and filed on 13 Feb. 2013; however, in other variations, the magnet 160 can be any other suitable magnet. Alternative configurations and/or compositions of the magnet 160 may also be appropriate in facilitating isolation and extraction of nucleic acids bound to magnetic beads within the microfluidic cartridge 210.

US 9,637,775 B2

7

1.1.3 Molecular Diagnostic Module—Valve Actuation Subsystem

As shown in FIG. 5A-5D, the valve actuation subsystem 170 includes an actuation substrate 171 including an array of active regions 172; a set of pins 174, each pin 175 in the set of pins 174 including a base end 176, a distal end 177, and a displacement region 178; a pin housing 180 including a set of cavities 181 that surround and guide displacement of each pin 175 in the set of pins 174; a spring plate 183 including a set of springs 184 coupled to the set of pins 174; and an actuator 187 coupled to at least one of the actuation substrate 171, the pin housing 180, and the spring plate 183, and configured to provide relative displacement between the array of active regions 172 and the set of pins 174. The valve actuation subsystem 170 functions to manipulate a set of occlusion positions of a microfluidic cartridge 210, as described in further detail below, wherein the set of occlusion positions affect sample and/or fluid (e.g., air, reagent, etc.) transfer through fluidic pathways of the microfluidic cartridge 210. As such, the valve actuation subsystem 170 enables portions of the fluidic pathway(s) to be reversibly opened and closed, or maintained in a closed position, by actuation of the set of pins 174. The valve actuation subsystem 170 is preferably situated at a location inferior to that of the cartridge platform 141, as shown in FIG. 1B, such that the set of pins occlude occlusion positions of the microfluidic cartridge 210 in an inferior to superior direction; However, in one alternative variation, the valve actuation subsystem 170 can be situated at a location superior to that of the cartridge platform 141, such that the set of pins occlude occlusion positions of the microfluidic cartridge 210 in a superior to inferior direction. In still other variations, the valve actuation subsystem 170 can be situated relative to the cartridge platform 141 in any other suitable manner.

The actuation substrate 171 includes an array of active regions 172, which function to interact with one or more displacement regions 178 of the set of pins 174, in order to transition pins 175 of the set of pins 174 into extended configurations 175a and/or retracted configurations 175b, as shown in FIGS. 6A and 6B. The array of active regions 172 is preferably configured such that subsets of the set of pins 174 can be placed into specific and repeatable configurations (e.g., an array of extended and retracted configurations), in order to manipulate fluidic pathways of the microfluidic cartridge 210 in a repeatable manner for processing nucleic acids. Preferably, the actuation substrate 171 transforms lateral motion of the actuation substrate 171 into vertical actuation of one or more pins of the set of pins 174, in the orientation shown in FIGS. 5A and 5C; however, in other variations, the valve actuation subsystem 171 can be configured to transform any other suitable motion (e.g., rotational motion, non-lateral motion, etc.) of the actuation substrate 171 into actuation of one or more pins of the set of pins 174.

The array of active regions 172 preferably includes elements that physically contact the set of pins 174 during motion of the actuation substrate 171, thereby directly moving one or more pins 175 of the set of pins 174 into a desired configuration. In one such variation, the array of active regions 172 includes at least one protrusion (e.g., peak) and can additionally or alternatively include at least one recessed area (e.g., valley) that physically enable raising and/or lowering of the pin(s) of the set of pins 174. In one alternative, the array of active regions 172 can include elements that transmit forces to the pin(s) of the set of pins 174, thereby moving the pin(s) into a desired configuration without physical contact. In one such variation, the array of

8

active regions 172 includes an array of magnetic elements that produce magnetic fields that enable raising and/or lowering of the pin(s) of the set of pins 174. In any of these variations, elements of the array of active regions 172 can be situated at a first surface 179 of the actuation substrate 171, such that motion of the actuation substrate 171 is transformed into actuation of pins contacting the first surface 179 of the actuation substrate. The first surface 179 can be an inferior surface of the actuation substrate 171, in the orientation shown in FIGS. 5A and 5C, or a superior surface of the actuation substrate 171. In other variations, however, the elements of the array of active regions 172 can be situated at multiple surfaces of the actuation substrate 171, and can additionally or alternatively be embedded within the actuation substrate 171 (e.g., as in an embedded array of magnetic elements). Furthermore, the actuation substrate 171 can include combinations of elements that physically contact the set of pins 174 and elements that transmit forces to the set of pins 174 without physical contact.

In a first variation, as shown in FIG. 5C, the actuation substrate 171 comprises a cam card 173 including a set of peaks 185 and valleys 186, and functions to transform linear motion in one plane to vertical motion in another plane. In the first variation, the cam card 173 contacts the displacement regions 178 of pins in a set of pins 172, such that when a peak 185 of the cam card 173 enters alignment with a displacement region 178, the pin is in one configuration, and when a valley 186 of the cam card 173 enters alignment with a displacement region, the pin is in a another configuration. Every peak in the set of peaks 185 and valleys 186 is preferably identical in morphology and dimension; however, in variations, the set of peaks 185 and valleys 186 can include one or more peaks having different dimensions and/or morphologies from other peaks in the set of peaks 185 and valleys 186. Similarly, every valley in the set of peaks 185 and valleys 186 is preferably identical in morphology and dimension; however, in variations, the set of peaks 185 and valleys 186 can include one or more valleys having different dimensions and/or morphologies from other valleys in the set of peaks 185 and valleys 186. As such, the set of peaks 185 and valleys 186 can be configured to provide an identical range of motion for every pin 175 in the set of pins 174, or can be configured to provide different ranges of motion for pins of the set of pins 175. In still other variations, peaks and/or valleys of the set of peaks 185 and valleys 186 can be adjustable in dimension in order to provide adjustable ranges of motion or to compensate for wear of peaks and/or valleys.

In the first variation of the actuation substrate 171, the peaks 185 and valleys 186 of the cam card 173 are preferably in a set configuration, as shown in FIG. 5C, such that lateral motion of the cam card 173 to a set position places the set of pins 174 in a specific configuration in a reversible and/or repeatable manner. The set configuration further functions to enable manipulation of normally closed and normally open occlusion positions, in a specific configuration, of a microfluidic cartridge 210 interacting with the valve actuation subsystem 170. As such, lateral movement of the cam card 173 to different positions of a set of positions consistently places subsets of the set of pins 172 into desired configurations to occlude different portions of a fluidic pathway of a microfluidic cartridge 210 in contact with the set of pins 174. Thus, desired portions of a fluidic pathway of the microfluidic cartridge 210 can be selectively occluded and opened to facilitate processing of a biological sample according to any appropriate tissue, cellular, or molecular diagnostic assay protocol.

US 9,637,775 B2

9

In the first variation of the actuation substrate **171**, the set of peaks **185** and valleys **186** of the cam card **173** are situated at a first face **179** of the cam card **173**, such that lateral motion of the cam card **173** is transformed into actuation of pins contacting the first face **179** of the cam card **173**. In the first variation, the first face **179** is oriented away from distal ends **177** of the set of pins **174**, as described in further detail below, such that peaks **185** of the cam card **173** are configured to retract pins of the set of pins **174**, and valleys of the cam card **173** are configured to enable extension of pins of the set of pins. In another variation, however, the set of peaks **185** and valleys **186** can be situated at multiple faces of the cam card **173**.

In the first variation, the cam card **173** is configured to be laterally displaced in one coordinate direction within a plane (e.g., by a linear actuator); however in another variation, the cam card **173** is configured to be laterally displaced in only multiple directions within a plane (e.g., by multiple linear actuators, by an x-y linear actuator). In a specific example, the peaks **185** of the cam card **173** are raised 1 mm above the valleys **186** of the cam card **173**. In the specific example, the peaks **185** are identical and have a substantially semicircular cross section with a radius of 1 millimeter, while the valleys **186** are substantially planar and situated in line with the base of each peak **185**. Alternative variations can, however, include any appropriate configurations and geometries of a cam card **173** with peaks **185** and valleys **186**, driven by any appropriate actuator.

In alternative embodiments of the actuation substrate **171**, the actuation substrate **171** can be a cam wheel comprising an array of active regions **172** configured to enable actuation of pins contacting a cylindrical surface, and configured to convert rotary motion to linear (i.e., vertical) motion of the set of pins **174**. The cam wheel can be configured to contact base ends **176** of pins in the set of pins **174**, and can be coupled to a motor shaft and driven by a motor. In other alternative embodiments of the actuation substrate **171**, the actuation substrate **171** can altogether be replaced by a set of cams, each configured to individually rotate about an axis. In these alternative embodiments, rotating subsets of the set of cams raises/lowers corresponding subsets of the set of pins **174**, and occludes specific portions of a of a microfluidic cartridge **210** in contact with the set of pins **174**.

The set of pins **174** is configured to interact with the actuation substrate **171**, and functions to enable selective occlusion and/or opening of fluidic pathways of the microfluidic cartridge **210**, by way of the set of occlusion positions. The pins of the set of pins **174** preferably include cylindrical portions and, in the orientation shown in FIGS. **5**A and **5**C, each pin in the set of pins **174** preferably has a portion defining a circular cross section configured to facilitate sliding within a pin housing **180**. Alternatively, each pin can comprise any appropriate cross-sectional geometry (e.g., rectangular) and/or end shape (e.g., flat or pointed) to facilitate occlusion of a fluidic pathway of a microfluidic cartridge **210**. Preferably, the surface of each pin in the set of pins **174** is composed of a low-friction material to facilitate sliding motions (i.e., in cooperation with an actuation substrate **171** or within a pin housing **180**); however, each pin may alternatively be coated with a lubricant configured to facilitate sliding motions. In a specific example, the valve actuation subsystem **170** comprises 12 sets of pins **174** configured to selectively occlude **12** fluidic pathways of a microfluidic cartridge **210** aligned within the molecular diagnostic module **130**; however, other embodiments can comprise any other suitable number of sets of pins **174**.

10

Each pin **175** in the set of pins **174** preferably includes a base end **176**, a distal end **177**, and a displacement region **178**. As shown in FIG. **5**C, one or more pins **175** of the set of pins **174** can additionally include a stop region **188** configured to interface with the pin housing **180** in a manner that defines a range of motion for the pin(s) including a stop region **188**. The base end **176** of a pin **175** functions to interact with springs of a spring plate **183**, wherein the springs **184** provide a biasing force against pins of the set of pins **174**, as described in further detail below. As such, the base end **176** can be configured to abut a spring of the spring plate **183**, and can additionally or alternatively be coupled to the spring of the spring plate **183** in any other suitable manner. The distal end **177** of a pin **175** functions to interact with an occlusion position of a fluidic pathway of a microfluidic cartridge **210** aligned with the valve actuation subsystem **170** of an embodiment of the molecular diagnostic module **130**. The base end **176** and/or the distal end **177** of a pin **175** can be cylindrical in morphology, in order to provide an occlusion surface that is substantially circular, ovaloid, or ellipsoidal. However, in some variations, the base end **176** and/or the distal end **177** of pin **175** can be polygonal prismatic (e.g., square prismatic, triangular prismatic) in order to provide an occlusion surface that is polygonal, or amorphous prismatic in morphology. Furthermore, in alternative variations, any suitable portion of a pin **175** can be configured to interact with a spring in order to provide a biasing force against the pin **175**.

The displacement region **178** of a pin **175** functions to interact with one or more active regions of the array of active regions to enable actuation of the pin **175**. Preferably, the displacement region **178** is substantially aligned with the actuation substrate **171**, in order to facilitate interaction between an active region **172** of the actuation substrate **171** and a displacement region **178** of a pin **175**. Additionally, the displacement region **178** preferably mechanistically complements one or more active regions **172** of actuation substrate **171**. As such, the displacement region can include a portion that physically contact an active region **172** during motion of the actuation substrate **171**, and in one such variation, the displacement region **178** includes at least one protrusion (e.g., peak) or recessed area (e.g., valley) that physically interacts with the active region to raise or lower the pin **175**. In one alternative, the displacement region **178** can include additionally or alternatively include a portion that responds to forces provided by the active region(s) **172** of the actuation substrate **171**, thereby moving the pin into a desired configuration without physical contact between the pin **175** and an active region. In one such variation, the displacement region can include a magnetic element that responds to magnetic fields produced by active regions of the actuation substrate **171** to raise or lowering the pin. In this variation, the magnetic element of the displacement region **178** can be configured to be drawn toward the magnetic element of an active region **172**, or can be configured to be repelled away from the magnetic element of the active region **172**.

As shown in FIGS. **7**A-**7**C, the displacement region **178** of a pin **175** is preferably incorporated within the body of the pin **175**, between the base end **176** and the distal end **177** of the pin **175**. In one variation, the displacement region **178** can be incorporated within an opening **189** defined within the body of the pin **175**. However, the displacement region **178** of a pin **175** can additionally or alternatively be biased toward an exterior surface of the pin **175**, defined at least in part at a recessed region of the exterior surface of the pin **175**, or coupled to the pin in any other suitable manner (e.g.,

US 9,637,775 B2

11

using an extension configured to transmit motion from the displacement region to the pin).

In a first specific example, the displacement region **178** includes a semi-cylindrical protrusion defined within a slotted opening **189**, wherein the base of the semi-cylindrical protrusion is situated at the base end of the slotted opening (i.e., toward the base end **176** of the pin **175**). In the first specific example, the actuation substrate **171** thus comprises at least one arm **199** including an active region **172** (e.g., a peak, a valley), as shown in FIG. **7**C, wherein the arm **199** is configured to pass through the slotted opening **189** of the pin **175**, and wherein movement of the arm **199** to place the active region **172** into alignment with the protrusion (i.e., the displacement region **178**) results in actuation of the pin **175**. In a variation of the first specific example, a magnetic element proximal a surface of the slotted opening of the displacement region **178** of the pin **175** can be configured to interact with a corresponding magnetic element (i.e., an active region **172**) of an arm **199** of the actuation substrate **171**. In this variation, the magnetic element of the arm **199** can be configured to magnetically repel or draw the magnetic element of the displacement region **178** of the pin **175**, in order to provide actuation of the pin. In other examples, however, the displacement region **178** of a pin can be configured to complement configurations of active regions **172** of the actuation substrate **171** in any other suitable manner.

The stop region **188** is preferably a protruding portion of a pin **175** that interacts with a complementary portion of the pin housing **180**, such that the complementary portion of the pin housing obstructs further motion of the pin **175**. The stop region **188** can comprise a region of the pin **175** that has a larger width or diameter than other regions of the pin **175**, and can additionally or alternatively include a protrusion that limits range of motion of the pin in any other suitable manner. In an example shown in FIG. **5**C, a pin **175** includes a stop region **188** located between the base end **176** and the distal end **177** of a pin **175** and defined by a larger diameter than that of the pin housing **180**. In other variations of the specific example, however, the stop region **188** of the pin **175** can be located at any other suitable position along the length of the pin **175**. Furthermore, each pin **175** of the set of pins **174** can include multiple stop regions **188** configured to define ranges of motion for the set of pins.

Each pin **175** in the set of pins **174** preferably operates in an extended configuration **175**a and/or a retracted configuration **175**b. Preferably, each pin **175** of the set of pins **174** is configured to reversibly and repeatably transition between the extended configuration **175**a and the retracted configuration **175**b. However, in alternative variations, one or more pins **175** of the set of pins **174** can be configured to achieve only one of the extended configuration **175**a and the retracted configuration **175**b, and/or a pin **175** of the set of pins **174** can be configured to be located semi-permanently in a configuration **175**a, **175**b upon entering the configuration **188**, **189**. In the extended configuration **175**a, the distal end **177** of the pin **175** is configured to protrude from an opening of the pin housing **180**, in order to provide an occluding force at a fluidic pathway of a microfluidic cartridge **210** interacting with the valve actuation subsystem **170**. In the retracted configuration **175**b, the distal end **177** of the pin **175** is configured to retract from the opening of the pin housing **180**, in order to remove an occluding force at a fluidic pathway of a microfluidic cartridge **210** interacting with the valve actuation subsystem **170**. Preferably, in relation to variations described above, the extended configuration is activated by translation of the active region (e.g., a

12

peak, a magnet) away from the displacement region, and the retracted configuration is activated by translation of an active region (e.g., a peak, a magnet) of the actuation substrate into alignment with the displacement region. As such, in an example with the orientation shown in FIGS. **6**A and **6**B, the extended configuration **175**a is activated as a peak of the actuation substrate **171** is moved away from the protrusion of the displacement region **178** of a pin **175**, and the retracted configuration **175**b is activated as a peak of the actuation substrate **171** is moved into alignment with the protrusion of the displacement region **178** (i.e., the peak of the actuation substrate **171** pushes the pin **175** downward by way of the protrusion in the displacement region **178**). The extended and retracted configurations **175**a, **175**b can, however, be activated in any other suitable manner.

The pin housing **180** includes a set of cavities **181**, which function to surround and guide displacement of each pin **175** in the set of pins **174**. As such, the pin housing **180** functions to constrain and guide motion of each pin **175** in the set of pins **174**, as the actuation substrate **171** moves and interacts with the set of pins **174**. In one variation, each pin **175** in the set of pins **174** is surrounded by an individual cavity of the set of cavities **181**; however, in another variation a cavity of the set of cavities **181** can be configured to surround multiple pins in the set of pins **174**. In an example shown in FIGS. **5**A-**5**D, the pin housing **180** is located under the cartridge platform **141**, such that the set of cavities **181** is aligned with the set of access regions **145**, to provide access, by the set of pins **174**, to a microfluidic cartridge **210** aligned on the cartridge platform **141**. In the example, the pin housing **180** thus constrains the set of pins **174**, such that each pin can only move linearly in a vertical direction, and with a set range of motion. Each cavity of the set of cavities **181** preferably has a constricted region (i.e., serving as a pin stop) configured to limit the motion of a pin within a cavity (i.e., by way of the stop region **188** of the pin); however, each cavity of the set of cavities **181** may alternatively not include a constricted region. Preferably, surfaces of the pin housing **180** contacting the set of pins **174** are composed of a low friction material to facilitate sliding of a pin **175** within a cavity of the pin housing **180**; however, surfaces of the pin housing **180** contacting the set of pins **174** may alternatively be coated with a lubricant configured to facilitate sliding motions. Other variations of the pin housing **180** and the set of pins **174** may include no additional provisions to facilitate sliding of a pin **175** within a cavity of the set of cavities **181**.

The spring plate **183** includes a set of springs **184** coupled to the set of pins **174**, and functions to provide biasing forces against the set of pins, in order to bias each pin in the set of pins in a specific direction. The spring plate **183** is preferably situated proximal the base ends **176** of the set of pins **174**; however, the spring plate **183** can alternatively be configured relative to other elements of the valve actuation subsystem **170** in any other suitable manner. A spring of the set of springs **184** preferably functions to provide a counteracting force to restore a pin to a desired configuration (e.g., an extended configuration **175**a, a retracted configuration **175**b). Furthermore, a spring of the set of springs **184** can additionally function to allow sufficient force to be transmitted through the pin **175** to fully occlude a microfluidic channel of a microfluidic cartridge **210**, while preventing forces from being generated that could damage the pin **175**, the microfluidic cartridge **210**, and/or the actuation substrate **171**. Preferably, a spring of the set of springs **184** is configured to abut the base end **176** of a pin **175**, and/or a region substantially proximal the base end **176** of the pin **175** in order to transmit a biasing force to the pin **175**. However,

US 9,637,775 B2

13

a spring of the set of springs **184** can additionally or alternatively be configured to couple to any other suitable portion of a pin **175**. Furthermore, the set of springs **184** can be configured to bias every pin of the set of pins **174** in the same direction with identical magnitudes of force; however, in other variations, the set of springs **185** can be configured to bias different pins of the set of pins **175** in different directions, and/or with different magnitudes of force.

In a first variation, the set of springs **184** is configured to bias every pin **175** of the set of pins **174** toward an extended configuration **175**a, such that when an active region (e.g., a peak, a magnet) of the actuation substrate **171** substantially enters alignment with a displacement region **178** of a pin **175**, the pin **175** is transitioned into a retracted configuration **175**b and the spring contacting the pin is compressed (e.g., further compressed, transitioned from a neutral state to a state of compression). Then, in the first variation, when the active region of the actuation substrate **171** is moved out of alignment with the displacement region **178**, the pin **175** is restored to an extended state. In other variations, however, the spring(s) of the set of springs **184** can be configured to bias the pin(s) of the set of pins **174** toward a retracted configuration **175**b, such that alignment of the active region(s) of the actuation substrate **171** with the displacement region(s) **178** of the pin(s) transitions the pin(s) into an extended configuration **175**a. In still other variations, the springs can be configured to bias the pins in any other suitable manner.

The actuator **187** is coupled to at least one of the actuation substrate **171**, the pin housing **180**, and the spring plate **183**, and functions to provide relative displacement between the array of active regions **172** and the set of pins **174**, thus transforming motion of the actuation substrate **171** into motion of subsets of the set of pins **174**. The actuator **187** is preferably a linear actuator; however, the actuator **187** can additionally or alternatively comprise any other suitable actuator. Preferably, the actuator **187** is coupled to the actuation substrate **171** with the set of pins **174**, the spring housing **180**, and the spring plate **183** substantially stationary, such that actuation of the actuator **187** manipulates motion of the set of pins **174** in order to occlude pathways of the microfluidic cartridge **210**. In one such variation, as shown in FIGS. **5**C and **5**D, the actuator can be coupled to one end of the actuation substrate **171** (e.g., using a set of coupling points defined within the actuation substrate **171**); however, in other variations, the actuator **187** can be coupled to any other suitable portion of the actuation substrate **171**. Alternatively, the actuator **187** can be configured to move the set of pins **174**, within the pin housing **180**, relative to the actuation substrate **171**, in order to occlude pathways of the microfluidic cartridge **210**. In still other variations, the actuator **187** can be coupled to any other suitable portion of the valve actuation subsystem **170**.

In one specific example of the valve actuation subsystem **170** shown in FIGS. **5**A-**5**D, **7**A-**7**C, and **8**A-**8**B, the set of pins **174** and the pin housing **180** are located directly under the microfluidic cartridge **210**, after the microfluidic cartridge **210** has been aligned within the molecular diagnostic module **130**, such that the set of pins can access the microfluidic cartridge **210** through the access regions **145** of the cartridge platform **141**. The actuation substrate **171** in the specific example is situated amongst the set of pins **174**, between base ends and distal ends of the set of pins **174**, and comprises a set of arms including the active regions **172** (i.e., peaks and valleys) defined at a bottom face of the arms **199** of the actuation substrate, in the orientation shown in FIG. **5**C. In the specific example, peaks **185** of the actuation

14

substrate **171** are configured to push pins downward to a retracted configuration **189** by way of semi-cylindrical protrusions defined within slotted openings **189** of the pins **175**, and valleys **186** of the actuation substrate **171** are configured to restore pins **175** of an extended configuration **188**. In the specific example, the actuation substrate **171** includes four parallel arms **199** configured to manipulate eight occlusion positions of a microfluidic cartridge **210**, with each arm **199** configured to pass through slotted openings in two pins **175**, in order to manipulate two occlusion positions of the microfluidic cartridge **210**. The four parallel arms **199** include a first arm including two peaks and two valleys, in alternation, configured to manipulate two normally open occlusion positions, a second arm including two valleys, configured to manipulate two normally closed occlusion positions, a third arm including two peaks and two valleys, in alternation, configured to manipulate two normally open occlusion positions, and a fourth arm including a peak and two valleys, configured to manipulate one normally open occlusion position and one normally closed occlusion position. Normally open and normally closed occlusion positions are further described in U.S. application Ser. No. 13/765,996 filed on 13 Feb. 2013 and entitled "Microfluidic Cartridge for Processing and Detecting Nucleic Acids", which is incorporated herein in its entirety by this reference. In the specific example, each arm has a width of ~1.22 millimeters, and is spaced apart from other arms by a gap of ~1 millimeter. The actuation substrate **171** in the specific example further has a maximum width of ~8.74 millimeters and a length of 13.74 centimeters, with peaks having heights 1 millimeter and valleys having depths of 1 millimeter.

In the specific example, the actuation substrate **171** is coupled to an actuator **187** at an end opposite the arms **199** of the actuation substrate **171**, by way of three coupling points, as shown in FIG. **5**D. The actuator **187** is configured to laterally displace the actuation substrate **171** to vertically displace one or more pins **175** of the set of pins **174**. The actuation substrate in the specific example travels on a low friction surface configured to facilitate lateral displacement of the actuation substrate **171**; however, in other variations, the actuation substrate **171** can additionally or alternatively be configured to travel through any other suitable environment having low friction (e.g., air, lubricated surface, surface of ball bearings, etc.) in order to facilitate actuation of the actuation substrate **171**.

While the system **100** preferably includes an embodiment, variation, or specific example of the valve actuation subsystem **170** described above, the system can alternatively or additionally include any other suitable valve actuation subsystem **170**, such as a valve actuation subsystem described in U.S. application Ser. No. 13/766,359 entitled "System and Method for Processing and Detecting Nucleic Acids" and filed on 13 Feb. 2013.

1.1.4 Molecular Diagnostic Module—Optical Subsystem

As shown in FIGS. 1B and 8, the optical subsystem **280** of the molecular diagnostic module **130** comprises a set of light emitting elements **281**, a set of excitation filters **282** configured to transmit light from the set of light emitting elements **281**, a set of dichroic mirrors **283** configured to reflect light from the set of excitation filters **282** toward a set of apertures **285** configured to transmit light toward a set of nucleic acid samples, a set of emission filters **286** configured to receive and transmit light emitted by the set of nucleic acid samples, and a set of photodetectors **287** configured to facilitate analysis of light received through the set of emission filters **286**. The optical subsystem **280** can further comprise a set of lenses **284** configured to focus light onto

US 9,637,775 B2

15
16

the set of nucleic acid samples. The optical subsystem **280** thus functions to transmit light at excitation wavelengths toward a set of nucleic acid samples and to receive light at emission wavelengths from a set of nucleic acid samples. Preferably, the optical subsystem **280** is coupled to an optical subsystem actuator **288** configured to laterally displace and align the optical subsystem **280** relative to the set of nucleic acid samples, and is further coupled to a linear actuator **146** of the cartridge receiving module **140** to position the optical subsystem **280** closer to the set of nucleic acid samples. Alternatively, the optical subsystem **280** may not be coupled to a linear actuator **146** of the cartridge receiving module **140**, and may only be configured to translate laterally in one direction. In a specific example, the optical subsystem **280** is located within the molecular diagnostic module **130** and coupled to the linear actuator **146** of the cartridge receiving module **140**, such that, in the extended configuration **146**b of the linear actuator **146**, the optical subsystem **280** can be positioned closer to a microfluidic cartridge **210** aligned within the molecular diagnostic module. Conversely, in the specific example, the optical subsystem **280** is positioned away from the microfluidic cartridge **210** in the retracted configuration **146**a of the linear actuator **146**. In the specific example, the optical subsystem **280** is further coupled to an optical subsystem actuator **288** configured to laterally displace the optical subsystem **280** relative to the microfluidic cartridge **210**, such that the optical subsystem **280** can be aligned with a set of detection chambers of the microfluidic cartridge **210**.

The optical subsystem **280** is preferably an optical subsystem **280** as described in U.S. application Ser. No. 13/766, 359 entitled "System and Method for Processing and Detecting Nucleic Acids" and filed on 13 Feb. 2013; however, in other variations, the optical subsystem **180** can additionally or alternatively include any other suitable optical subsystem elements configured to transmit excitation wavelengths of light to samples, and/or receive emission wavelengths of light from the samples.

1.2 System—Microfluidic Cartridge

The microfluidic cartridge **210** functions to receive a set of magnetic bead-samples, facilitate separation of nucleic acids from the set of magnetic bead-samples, receive a set of nucleic acid-reagent samples, and facilitate analysis of nucleic acids from the set of nucleic acid-reagent samples. In one embodiment, as shown in FIGS. 9A and 9B, the microfluidic cartridge **210** comprises a top layer **211** including a set of sample port-reagent port pairs **212** and a set of detection chambers **213**; an intermediate substrate **214**, coupled to the top layer **211** and partially separated from the top layer **211** by a film layer **215**, configured to form a waste chamber **216**; an elastomeric layer **217** partially situated on the intermediate substrate **214**; a magnet housing region **218** accessible by a magnet **160** providing a magnetic field; and a set of fluidic pathways **219**, each formed by at least a portion of the top layer **211**, a portion of the film layer **215**, and a portion of the elastomeric layer **217**. In the embodiment, the microfluidic cartridge **10** further comprises a bottom layer **221** coupled to the intermediate substrate **214** and configured to seal the waste chamber **216**. Furthermore, in the embodiment, the top layer **211** of the microfluidic cartridge **210** further comprises a shared fluid port **222**, a vent region **223**, and a heating region **224**, such that each fluidic pathway **220** in the set of fluidic pathways **219** is fluidically coupled to a sample port-reagent port pair **229**, the shared fluid port **222**, the waste chamber **216**, and a detection chamber **225**, comprises a turnabout portion configured to pass through the heating region **224** and the

magnetic field, and is configured to pass through the vent region **223** upstream of the detection chamber **225**. Each fluidic pathway **220** thus functions to receive and facilitate processing of a sample fluid containing nucleic acids as it passes through different portions of the fluidic pathway **220**.

The microfluidic cartridge **210** is preferably configured to be received and manipulated by the molecular diagnostic module **130**, such that the cartridge receiving module **140** of the molecular diagnostic module **130** receives and aligns the microfluidic cartridge **210** within the molecular diagnostic module **130**, the heating and cooling subsystem **150** of the molecular diagnostic module **130** is configured to transfer heat to the heating region **224** of the microfluidic cartridge **210**, and the magnet **160** of the molecular diagnostic module **130** is configured to be received by the magnet housing region **218** of the microfluidic cartridge **210** to provide a magnetic field for separation of nucleic acids. Additionally, the shared fluid port **222** of the microfluidic cartridge **210** is configured to couple to a nozzle **149** coupled to the linear actuator **146** of the cartridge receiving module **140**, such that the liquid handling system **250** can deliver fluids and gases through the shared fluid port **222**. The elastomeric layer **217** of the microfluidic cartridge **210** is also preferably configured to be occluded at a set of occlusion positions **226** by the valve actuation subsystem **170** of the molecular diagnostic module, in order to occlude portions of a fluidic pathway **220** of the microfluidic cartridge **210** for processing of a set of biological samples. The optical subsystem **180** of the molecular diagnostic module **130** is further configured to align with the set of detection chambers **213** of the microfluidic cartridge **210**, to facilitate analysis of a set of nucleic acid samples. The microfluidic cartridge **210** is preferably the microfluidic cartridge **210** described in U.S. application Ser. No. 13/765,996 and filed on 13 Feb. 2013, which is incorporated in its entirety by this reference, but can alternatively be any appropriate cartridge or substrate configured to receive and process a set of samples containing nucleic acids.

1.3 System—Liquid Handling System

The liquid handling system **250** of the system **100** includes a liquid handling arm **255** and a syringe pump **265**, as shown in FIGS. **10A-10C** and functions to deliver biological samples, reagents, and gases to elements of the system **100**. As described in Section 1, an embodiment of the liquid handling system **250** is configured to aspirate a set of biological samples containing nucleic acids (i.e., impure nucleic acid samples), and dispense the set of biological samples into microfluidic cartridge **210** located in a molecular diagnostic module **130**. The embodiment of the liquid handling system **100** is further configured to facilitate separation of a set of nucleic acids from the magnetic bead-samples, by dispensing a wash solution, a release solution, and/or air into the molecular diagnostic module **130**, by the nozzle **149** coupled to the linear actuator **146**, at appropriate stages, aspirate the set of nucleic acids from the molecular diagnostic module **130**, combine the set of nucleic acids with a set of molecular diagnostic reagents, and dispense the set of nucleic acids combined with the set of molecular diagnostic reagents (i.e., set of nucleic acid-reagent mixtures) into the molecular diagnostic module **130** for further processing and analysis. Other embodiments of the liquid handling system **250** can be configured to perform alternative molecular diagnostic assay protocols and/or dispense and aspirate alternative fluids into and from other elements supporting a molecular diagnostic protocol.

The liquid handling system **250** is preferably an embodiment of the liquid handling system described in U.S. appli-

17

18

cation Ser. No. 13/766,359 entitled "System and Method for Processing and Detecting Nucleic Acids" and filed on 13 Feb. 2013; however, the liquid handling system **250** can additionally or alternatively include any other suitable elements configured to facilitate delivery of biological samples, reagents, and gases to elements of the system **100**.

1.4 System—Additional Elements

The system **100** can further comprise a controller coupled to at least one of the molecular diagnostic module **130** and the liquid handling system **250**, and functions to facilitate automation of the system **100**. In a variation wherein the controller is coupled to the molecular diagnostic module **130**, the controller preferably functions to automate reception of a microfluidic cartridge, heating of biological samples within the molecular diagnostic module **130** and the detection chambers **213**, occlusion of fluidic pathways **220** by the valve actuation subsystem **170**, and analysis of a set of nucleic acid-reagent mixtures by the optical subsystem **280**. In a variation wherein the controller is coupled to the liquid handling system **250**, the controller preferably functions to automate aspiration, transfer, and delivery of fluids and/or gases to different elements of the system **100**. Other variations of a controller can function to automate handling, transfer, and/or storage of other elements of the system **100**, using a robotic arm or gantry or any other suitable element. Alternative combinations of the above variations can involve a single controller, or multiple controllers configured to perform all or a subset of the functions described above.

The system **100** can also further comprise a processor **290**, which functions to receive and process data received from the optical subsystem **280** of the molecular diagnostic module **130**. Preferably, the processor **290** is coupled to a user interface **295**, which functions to display processed and/or unprocessed data produced by the system **100**, settings of the system **100**, information obtained from a tag reader, or any other appropriate information. Alternatively, the processor **290** is not coupled to a user interface **295**, but comprises a connection configured to facilitate transfer of processed and/or unprocessed data produced by the system **100**, settings of the system **100**, or any other appropriate information to a device external to the system **100**.

The system **100** can further comprise any other suitable element(s) as described in U.S. application Ser. No. 13/766,359 entitled "System and Method for Processing and Detecting Nucleic Acids" and filed on 13 Feb. 2013, or any other suitable element to facilitate reception or processing of biological samples. As a person skilled in the art will recognize from the previous detailed description and from the figures and claims, modifications and changes can be made the described embodiments of the system **100** without departing from the scope of the system **100**.

2. Method for Processing and Detecting Nucleic Acids

As shown in FIG. **11**, an embodiment of a method **400** for processing and detecting nucleic acids from a set of biological samples comprises: producing a set of magnetic bead-sample mixtures from the set of biological samples **S410**, heating the set of magnetic bead-sample mixtures to produce a set of nucleic acid-magnetic bead samples **S420**; transferring each nucleic acid-magnetic bead sample of the set of nucleic acid-magnetic bead samples to a corresponding fluidic pathway of a set of fluidic pathways **S430**; producing a set of nucleic acid volumes from the set of nucleic acid-magnetic bead samples **S440**; combining each nucleic acid volume of the set of nucleic acid volumes with a molecular diagnostic reagent of a set of molecular diagnostic reagents to produce a set of nucleic acid-reagent

mixtures **S450**; transferring each of the set of nucleic acid-reagent mixtures, through the corresponding fluidic pathway of the set of fluidic pathways, to a detection chamber of a set of detection chambers **S460**; and receiving light from the set of nucleic acid-reagent mixtures **S470**. The method **400** can further include generating a set of data based on light received form the set of nucleic acid-reagent mixtures **S480**. The method **400** functions to isolate and extract a set of nucleic acid volumes from a biological sample, and to facilitate analysis of the nucleic acid volumes according to at least one molecular diagnostic protocol.

The method **400** is preferably implemented at least in part at an embodiment of the system **100** described in Section 1 above; however, the method **400** can additionally or alternatively be implemented at any other suitable system configured to process and detect nucleic acids from a set of biological samples. Preferably, the method **400** is implemented, at least in part, as described in U.S. application Ser. No. 13/766,377 entitled "System and Method for Processing and Detecting Nucleic Acids" and filed on 13 Feb. 2013, and U.S. application Ser. No. 14/060,214 entitled "Method and Materials for Isolation of Nucleic Acid Materials" and filed on 22 Oct. 2013, which are both incorporated herein in their entirety by this reference; however, the method **400** can additionally or alternatively be implemented in any other suitable manner.

Embodiments of the method **400** and variations thereof can be embodied and/or implemented at least in part by a machine configured to receive a computer-readable medium storing computer-readable instructions. The instructions are preferably executed by computer-executable components preferably integrated with the system **100** and one or more portions of the processor **273** and/or the controller **272**. The computer-readable medium can be stored on any suitable computer-readable media such as RAMs, ROMs, flash memory, EEPROMs, optical devices (CD or DVD), hard drives, floppy drives, or any suitable device. The computer-executable component is preferably a general or application specific processor, but any suitable dedicated hardware or hardware/firmware combination device can alternatively or additionally execute the instructions.

The FIGURES illustrate the architecture, functionality and operation of possible implementations of systems, methods and computer program products according to preferred embodiments, example configurations, and variations thereof. In this regard, each block in the flowchart or block diagrams may represent a module, segment, or portion of code, which comprises one or more executable instructions for implementing the specified logical function(s). It should also be noted that, in some alternative implementations, the functions noted in the block can occur out of the order noted in the FIGURES. For example, two blocks shown in succession may, in fact, be executed substantially concurrently, or the blocks may sometimes be executed in the reverse order, depending upon the functionality involved. It will also be noted that each block of the block diagrams and/or flowchart illustration, and combinations of blocks in the block diagrams and/or flowchart illustration, can be implemented by special purpose hardware-based systems that perform the specified functions or acts, or combinations of special purpose hardware and computer instructions.

As a person skilled in the art will recognize from the previous detailed description and from the figures and claims, modifications and changes can be made to the preferred embodiments of the invention without departing from the scope of this invention defined in the following claims.

19

We claim:

**1**. A system configured to receive a cartridge including a set of fluidic pathways for processing and detecting nucleic acids, each fluidic pathway in the set of fluidic pathways including a set of occlusion positions, wherein the system comprises:

a cartridge platform for receiving and aligning the cartridge, including an access region that provides access to the set of occlusion positions;

a valve actuation subsystem situated inferior to the cartridge platform including:

an actuation substrate including an array of active regions and an array of inactive regions, wherein each of the array of active regions is configured to provide a force in a displacement direction normal to a surface of the actuation substrate,

a set of pins, each pin in the set of pins including a distal end and a displacement region_and operable between a retracted configuration and an extended configuration, wherein in the retracted configuration an active region of the actuation substrate is aligned with the displacement region of the pin and the distal end of the pin is displaced in the displacement direction, and wherein in the extended configuration an inactive region of the actuation substrate is aligned with the displacement region of the pin and the distal end of the pin is displaced in a direction opposing the displacement direction and occludes the fluidic pathway at the occlusion position,

a spring plate including a set of springs, each of the set of springs coupled to a corresponding pin in the set of pins, and wherein in the retracted configuration the spring corresponding to each pin is compressed by the force provided by the active region, and

an actuator coupled to at least one of the actuation substrate, the pin housing, and the spring plate, and configured to provide relative displacement in a direction tangential to the displacement direction between the array of active regions and the set of pins; and

a linear actuator configured to provide relative displacement between the cartridge platform and the valve actuation subsystem, to facilitate cartridge placement.

**2**. The system of claim **1**, further including a pin housing including a set of cavities that surround and guide displacement of each pin in the set of pins between the retracted configuration and the extended configuration, wherein a cavity in the set of cavities includes a stop region configured to define a range of motion for a pin within the cavity.

**3**. The system of claim **1**, further comprising a magnet situated inferior to the access region of the cartridge platform, wherein the magnet is configured to provide a magnetic field spanning at least three fluidic pathways of the set of fluidic pathways, thereby facilitating isolation and extraction of three purified nucleic acid volumes at the cartridge.

**4**. The system of claim **1**, further comprising an optical subsystem comprising a set of units, wherein each unit includes an excitation filter, an emission filter, a photodetector aligned with the emission filter, and a dichroic mirror configured to reflect light from the excitation filter toward a sample at the cartridge, and to transmit light from the sample, through the emission filter, and toward the photodetector.

**5**. The system of claim **1**, further comprising the cartridge, wherein the cartridge includes a set of sample port-reagent port pairs, a fluid port, a set of detection chambers, a waste chamber, an elastomeric layer, and a set of fluidic pathways,

20

wherein each fluidic pathway of the set of fluidic pathways is coupled to a sample port-reagent port pair of the set of sample port-reagent port pairs, the fluid port, and a detection chamber of the set of detection chambers, and is configured to transfer a waste fluid to the waste chamber and to be occluded upon deformation of the elastomeric layer.

**6**. A valve actuation system for processing nucleic acids, comprising:

an actuation substrate including an array of peaks and an array of valleys, wherein each peak extends away from a plane defined by the actuation substrate in a displacement direction;

a set of pins, each pin in the set of pins including a base end, a distal end, and a slot including a protrusion defined within the slot, and operable in:

a retracted configuration, wherein a peak of the array of peaks is aligned with the protrusion and the pin is displaced in the displacement direction, and

an extended configuration, wherein a valley of the array of valleys is aligned with the protrusion and the pin is displaced in a direction opposing the displacement direction and the distal end occludes a valve contacting the distal end;

a pin housing including a set of cavities that surround and guide displacement of each pin in the set of pins between the retracted configuration and the extended configuration;

a spring plate including a set of springs that bias each pin in the set of pins toward the extended configuration, and wherein transitioning from the extended configuration to the retracted configuration compresses a spring of the set of springs; and

an actuator coupled to the actuation substrate and configured to displace the array of peaks and the array of valleys through the slots and into contact with the protrusions of the set of pins.

**7**. The system of claim **6**, wherein the actuation substrate includes a set of arms, each arm including a subset of the array of peaks and the array of valleys, wherein the slot of each pin in the set of pins is configured to receive an arm in the set of arms to transition each pin into at least one of the retracted configuration and the extended configuration.

**8**. The system of claim **1**, wherein each pin in the set of pins is substantially concentric with a cavity of the set of cavities, and wherein the set of cavities is substantially aligned with the set of springs of the spring plate.

**9**. The system of claim **1**, wherein each cavity in the set of cavities includes a stop region, thereby defining a set of stop regions configured to define ranges of motion for the set of pins surrounded by the pin housing.

**10**. The system of claim **1**, wherein the base end of each pin in the set of pins abuts one spring of the set of springs of the spring plate.

**11**. The system of claim **1**, wherein for each pin, the protrusion comprises a semi-cylindrical protrusion defined at an inferior portion of the slot.

**12**. A valve actuation system for processing nucleic acids, comprising:

an actuation substrate including an array of active regions and an array of inactive regions, wherein each active region is configured to provide a force in a displacement direction normal to a surface of the actuation substrate;

a set of pins, each pin in the set of pins including a base end, a distal end, and a displacement region and operable in:

US 9,637,775 B2

21

a retracted configuration, wherein an active region of the array of active regions is aligned with the displacement region and the pin is displaced in the displacement direction, and

an extended configuration, wherein an inactive region of the array of inactive regions is aligned with the displacement region and the pin is displaced in a direction opposing the displacement direction and the distal end occludes a valve contacting the distal end;

a pin housing including a set of cavities that surround and guide displacement of each pin in the set of pins between the retracted configuration and the extended configuration;

a spring plate including a set of springs that bias each pin in the set of pins toward the extended configuration, and wherein transitioning from the extended configuration to the retracted configuration compresses a spring of the set of springs; and

an actuator coupled to at least one of the actuation substrate, the pin housing, and the spring plate, and configured to provide relative displacement in a direction tangential to the displacement direction between the array of active regions and the set of pins.

**13**. The system of claim **12**, wherein the array of active regions includes an array of peaks and an array of valleys defined at an inferior surface of the actuation substrate.

**14**. The system of claim **13**, wherein the displacement region of a first pin in the set of pins comprises a protrusion directed in a superior direction, and wherein alignment of a

22

peak of the array of peaks with the protrusion transitions the first pin toward the retracted configuration.

**15**. The system of claim **14**, wherein the protrusion is a semi-cylindrical protrusion defined within the inferior portion of the slot.

**16**. The system of claim **13**, wherein the actuation substrate includes a set of arms, each arm including a subset of the array of peaks and the array of valleys, wherein each pin in the set of pins includes a slot configured to receive an arm in the set of arms to transition each pin into at least one of the retracted configuration and the extended configuration.

**17**. The system of claim **12**, wherein the base end of each pin in the set of pins abuts one spring of the set of springs of the spring plate.

**18**. The system of claim **12**, wherein each cavity in the set of cavities includes a stop region, thereby defining a set of stop regions configured to define ranges of motion for the set of pins surrounded by the pin housing.

**19**. The system of claim **12**, wherein the actuator is coupled to the actuation substrate and configured to laterally displace the actuation substrate relative to the displacement region of each pin in the set of pins, and wherein displacement of the actuation substrate in a first direction produces displacement of at least one pin in the set of pins in a second direction, perpendicular to the first direction, by way of the array of active regions.

**20**. The system of claim **12**, wherein the spring plate is situated inferior to the pin housing, and the actuation substrate is substantially aligned with the set of pins, between the base end and the distal end of each pin in the set of pins.

\* \* \* \* \*

EXHIBIT 84





# SAMPLE TUBE CARRIER (24 TUBE)



# DETAILS

## QUICK LINKS

OVERVIEW

## CONTACT

888-301-NMDX

TECHSUPPORT@NEUMODX.COM

## ORDER THE PRODUCT







# OVERVIEW

Specimen Tube Carrier (24 Tube) (Qty 4)

**Product Code**

**Description**

**UM**

173400

Specimen Tube Carrier (24 Tube) (Qty 4)

Carton





<

>

# EMAIL

SIGN UP!

I'm not a robot

reCAPTCHA
Privacy - Terms



**CALL US.**

**888-301-NMDX**





CONNECT



EXHIBIT 85

 

# SAMPLE TUBE CARRIER (32 TUBE)



## DETAILS

QUICK LINKS

OVERVIEW

CONTACT

888-301-NMDX

TECHSUPPORT@NEUMODX.COM

**ORDER THE PRODUCT**







# OVERVIEW

Specimen Tube Carrier (32 Tube) (Qty 3)

**Product Code**

**Description**

**UM**

173410

Specimen Tube Carrier (32 Tube) (Qty 3)

EA

<    >

# EMAIL

_____

**SIGN UP!**

☐ I'm not a robot

reCAPTCHA
Privacy - Terms

CALL US.





CONNECT



EXHIBIT 86

**EXHIBIT 86**

**U.S. Patent No. 10,364,456 Infringement Chart**

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| 1(a) | A method for processing polynucleotide-containing sample, the method comprising: | To the extent the preamble is limiting, the accused workflow comprises processing a polynucleotide-containing sample.<br><br>*NeuMoDx$^{TM}$ Molecular Systems*, NEUMODX, http://www.neumodx.com/our-products/, last visited June 5, 2019 (Exhibit 12)<br><br><br><br>*NeuMoDx$^{TM}$ Molecular Systems*, NeuMoDx, http://www.neumodx.com/, last visited May 31, 2019 (Exhibit 10)<br>• "NeuMoDx™ Molecular Systems provide the industry's first true continuous random-access solution and is scalable to |

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | meet the needs of the modern clinical laboratory. The ability to load samples and testing consumables on the fly offers up to 8 hours of operator walkaway capability. Room temperature stable reagents and consumables dramatically reduce waste resulting in unmatched flexibility. Liquid handling and transport is achieved through proven robotic technologies. **Our proprietary and unitized microfluidic cartridge features independent lanes allowing for simultaneous processing of sample types and varying assays.**" <br><br> *NeuMoDx$^{TM}$ Molecular Systems*, NeuMoDx, http://www.neumodx.com/, last visited April 9, 2020 (Exhibit 48) <br> • "NeuMoDx™ Molecular Systems provide the industry's first true continuous random-access solution and is scalable to meet the needs of the modern clinical laboratory. The ability to load samples and testing consumables on the fly offers up to 8 hours of operator walkaway capability. Room temperature stable reagents and consumables dramatically reduce waste resulting in unmatched flexibility. Liquid handling and transport is achieved through proven robotic technologies. **Our proprietary and unitized microfluidic cartridge features autonomous lanes allowing for simultaneous processing of sample types and varying assays.**" <br><br> *NeuMoDx_Quant_HCV_CVS_2018.pdf* (Exhibit 18) <br> • Describing "…**microfluidic cartridges capable of performing independent sample processing** and real-time PCR." <br><br>  |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|  |  | 40600094_D-IFU-NeuMoDx-Cartridge-US-ONLY.pdf (Exhibit 19) <br> • "NeuMoDx™ Cartridge INSTRUCTIONS FOR USE… **Each NeuMoDx Cartridge contains 12 independent microfluidic circuits that enable the independent processing of up to 12 samples once housed appropriately in the XPCR modules of the NeuMoDx System**… The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR." <br><br> *NeuMoDx Molecular N96 and N288 Overview and Animation*, NEUMODX (Nov. 6, 2018, 3:50 PM), http://www.neumodx.com/our-solutions/ - linking to "VIDEO | NeuMoDx<sup>TM</sup> WORKFLOW" hyperlink at https://player.vimeo.com/video/299307936. (Exhibit 16) <br> • "The NeuMoDx Molecular N96 and N288 are fully automated sample to result molecular diagnostics platforms.  They **provide continuous random access processing** with initial results in one hour and operator walk away time of up to eight hours. NeuMoDx Molecular solutions utilize four distinct processes to produce the final patient results." *Id.* at 0:00-0:28 <br> • "**Liquid Handling Processing** A: Lysis and Capture. Dispensing lysis buffer. Dispensing lysis buffer and patient specimen into extraction plate. The liquid handling robot delivers lysis buffer and patient specimen to the extraction plate, which has 24 independent wells which contain NeuDry affinity-coated paramagnetic beads. Each mixture is aspirated and dispensed five times to ensure homogeneity of the solution. During the transfer of patient specimen to the extraction plate the liquid handling robot uses pre-defined no-fly zones to reduce the potential of contamination." *Id.* at 0:28-0:40 <br> • "Each extraction plate well is then heated independently for 10 minutes to ensure proper lysing and binding of the nucleic acids to the paramagnetic beads. The temperatures applied range from 37 degrees Celsius to 60 degrees Celsius, resulting in the flexibility to **process a wide variety of DNA and RNA IVD and LDT tests simultaneously**." *Id.* at 1:05-1:16 <br> • "Liquid Handling Processing B: Extraction. After thoroughly mixing the solution in each well of the extraction plate, the crude lysate is independently aspirated from each well and transferred to the NeuMoDx cartridge." *Id.* at 1:35-1:51 <br> • "This is the NeuMoDx microfluidic cartridge.  Each microfluidic cartridge contains 12 independent lanes which allows for **processing of up to 12 samples simultaneously**." *Id.* at 1:49-1:59 |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | <br><br>• "**Liquid Handling Processing C**: The Test Strip. After piercing the test strip, the liquid handling robot moves to the PCR port or p-port of the microfluidic cartridge, where it aspirates the eluate out of the cartridge into the pipette tip. Once the aspiration step is complete, the eluate is delivered to the appropriate wells in the NeuMoDx test strip, where it is dispensed and aspirated ten times to ensure homogeneous resuspension of the NeuDry PCR reagents. The sample mixes with primers and probes." *Id.* at 3:12-3:36 |
| 1(b) | retaining polynucleotides from a sample on a plurality of binding particles in a process chamber under a first set of conditions, | The accused workflow comprises retaining polynucleotides from a sample on a plurality of binding particles in a process chamber under a first set of conditions.<br><br>*NeuMoDx^{TM} Molecular Systems*, NЕUМОDX, http://www.neumodx.com/our-solutions/, last visited May 31, 2019 (Exhibit 11)<br><br>On information and belief, the accused system comprises retaining polynucleotides from a sample on a plurality of binding particles in a process chamber under a first set of conditions.<br><br>• "The NeuMoDx™ Molecular Systems are a family of scalable platforms that fully integrate the entire molecular diagnostic process from "sample to result". The NeuMoDx™ 288 and the NeuMoDx™ 96 Molecular Systems are fully automated, continuous random-access analyzers that utilize our proprietary NeuDry™ reagent technology, which |

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|  |  | **integrates magnetic particle affinity capture** and real time Polymerase Chain Reaction (PCR) chemistry in a multi-sample microfluidic cartridge"<br><br>*NeuMoDx Molecular N96 and N288 Overview and Animation*, NEUMODX (Nov. 6, 2018, 3:50 PM), http://www.neumodx.com/our-solutions/ - linking to "VIDEO \| NeuMoDx<sup>TM</sup> WORKFLOW" hyperlink at https://player.vimeo.com/video/299307936. (Exhibit 16)<br>• *Id.* at 0:40 (showing the extraction plate).<br><br><br><br>• "Each extraction plate well is then autonomously heated for as little as six minutes to ensure proper lysing and **binding of the nucleic acids to the paramagnetic beads**. The temperatures applied range from 37˚ C to over 90˚ C, resulting in the flexibility to process a wide variety of DNA and RNA IVD and LDT tests simultaneously." 1:07-1:32<br>• *Id.* at 1:16 (showing binding of nucleic acids to paramagnetic beads). |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                |  <br> Downloaded on 3/26/2019 <br><br> • "Liquid Handling Processing B: Extraction. After thoroughly mixing the solution in each well of the extraction plate, the crude lysate is independently aspirated from each well and transferred to the NeuMoDx cartridge." *Id.* at 1:35-1:51 <br> • "This is the NeuMoDx microfluidic cartridge.  Each microfluidic cartridge contains 12 independent lanes which allows for processing of up to 12 samples simultaneously." *Id.* at 1:51-56 <br> • 1:56 Microfluidic cartridge |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|----------------------|
|       |                |  <br><br> • "The liquid handling robot employs total aspiration and dispense monitoring pressure sensing to ensure each tip is securely seated into one of the 12 independent sample ports or s-ports of the cartridge. Once the pipette tip is secured, the entire volume of solution will be dispensed." *Id.* at 2:02-2:07 <br> • 2:07 Dispensing into the s-ports |

7

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | <br>• "Once the crude lysate is dispensed, a series of valves directs the flow to the s-channel, where the paramagnetic beads are captured utilizing an independent magnet for each channel, with the excess solution flowing into a self-contained waste chamber." *Id.* at 2:24-28<br>• 2:28 Lysate in the S-channel (extraction) |

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
| | | <br><br>40600094_D-IFU-NeuMoDx-Cartridge-US-ONLY.pdf (Exhibit 19)<br>• The **released nucleic acids are captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the NeuMoDx Cartridge where the unbound/non-specifically bound components are washed away using the NeuMoDx™ WASH Solution** and the bound nucleic acid is eluted using the NeuMoDx™ RELEASE Solution.<br><br>40500098_D-IFU-NeuMoDx-Extraction-Plate-US-ONLY (Exhibit 59)<br>• "The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. **An aliquot of the unprocessed specimen is mixed with the appropriate lysis buffer in the NeuMoDx Extraction Plate and is subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres**." *Id.* at 1.<br>• "**The released nucleic acids are captured by magnetic affinity microspheres** and these microspheres (along with the bound nucleic acids) are **then loaded into the NeuMoDx™ Cartridge where the unbound/non-specifically bound components are washed away** using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|----------------------|
| | | NeuMoDx RELEASE Solution." *Id.* at 1.<br><br>40600100_-Rev-D-IFU-NeuMoDx-WASH-Solution-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 58)<br>• The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. An **aliquot of the unprocessed specimen is mixed with the appropriate NeuMoDx lysis buffer and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres**.<br>• The released nucleic acids are **captured by magnetic affinity microspheres** and these microspheres (along with the bound nucleic acids) are **then loaded into the NeuMoDx™ Cartridge where the unbound/non-specifically bound components are washed away** using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.<br><br>40600101_Rev-D-IFU-NeuMoDx-RELEASE-Solution-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 20)<br>• The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. **An aliquot of the unprocessed specimen is mixed with the appropriate NeuMoDx lysis buffer and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres.**<br>• The **released nucleic acids are captured by magnetic affinity microspheres** and these microspheres (along with the bound nucleic acids) **are then loaded into the NeuMoDx™ Cartridge where the unbound/non-specifically bound components are washed away** using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.<br><br>40600103_Rev-D-IFU-NeuMoDx-Lysis-Buffer-4-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 66)<br>• The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. **An aliquot of enriched Lim Broth is mixed with NeuMoDx Lysis Buffer 4 and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres dried in the NeuMoDx Extraction Plate**.<br>• The released nucleic **acids are captured by magnetic affinity microspheres** and these microspheres (along with the bound nucleic acids) **are then loaded into the NeuMoDx™ Cartridge where the unbound/non-specifically bound** |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
|  |  | **components are washed away** using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.<br><br>40600104_ Rev-D-IFU-NeuMoDx-Lysis-Buffer-3-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 65)<br>• The released nucleic acids are **captured by magnetic affinity microspheres** and these microspheres (along with the bound nucleic acids) are then loaded into the NeuMoDx™ Cartridge where the unbound/non-specifically bound components are washed away using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.<br><br>40600105_Rev-D-IFU-NeuMoDx-Lysis-Buffer-2-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 64)<br>• The **released nucleic acids are captured by magnetic affinity microspheres** and these microspheres (along with the bound nucleic acids) are **then loaded into the NeuMoDx™ Cartridge where the unbound/non-specifically bound components are washed away** using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.<br><br>40600106_ Rev-D-IFU-NeuMoDx-Lysis-Buffer-1-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 63)<br>• The **released nucleic acids are captured by magnetic affinity microspheres** and these microspheres (along with the bound nucleic acids) **are then loaded into the NeuMoDx™ Cartridge where the unbound/non-specifically bound components are washed away** using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.<br><br>40600129_D-IFU-GBS-Test-Strip-US-only.pdf (Exhibit 60)<br>• "NeuMoDx™ GBS Test Strip: Instructions for Use…**The released nucleic acids are captured by magnetic affinity microspheres**. The microspheres, with the bound nucleic acids, **are loaded in to the NeuMoDx™ Cartridge where the unbound, non-DNA components are further washed away** with NeuMoDx™ WASH Solution and the bound DNA is eluted using NeuMoDx™ RELEASE Solution."<br><br>40600145_-Rev-D-IFU-NeuMoD-LDT-Master-Mix-DNA-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 67)<br>• "NeuMoDx™ LDT Master Mix, DNA: Instructions for Use…Upon lysis, **the released nucleic acids are captured by magnetic affinity microspheres. The microspheres, with the bund nucleic acids, are then loaded into the NeuMoDx™ Cartridge where the unbound/non-specifically bound components are washed away** using the NeuMoDx™ WASH Solution and the bound DNA is eluted using NeuMoDx™ RELEASE Solution." |

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | 40600146_D-IFU-NeuMoDx-LDT-Master-Mix-RNA-US-ONLY (Exhibit 62)<br>• "NeuMoDx$^{TM}$ LDT Master Mix, RNA: Instructions for Use…Upon lysis, **the released nucleic acids are captured by magnetic affinity microspheres. The microspheres, with the bound nucleic acids, are then loaded into the NeuMoDx$^{TM}$ Cartridge where the unbound/non-specifically bound components are washed away** using the NeuMoDx$^{TM}$ WASH Solution and the bound RNA is eluted using NeuMoDx$^{TM}$ RELEASE Solution."<br><br>NeuMoDx_Novel_Dry_Reagent_2017.pdf (Exhibit 80)<br>• "Three types of molecular diagnostic reagents were dried using unique formulations of select excipients: 1) **Extraction reagents including magnetic particles with a nucleic acid affinity matrix, lytic enzymes, and encapsulated DNA/process controls**."<br><br><br><br>40600175_REV-C-SDS-NeuMoDx-Lysis-Buffer-1-Final.pdf (Exhibit 68) |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|----------------------|
| | | **Mixtures**<br>**Chemical Characterization**: Mixture of a chemical and/or biological substances for *in vitro* diagnostic use.<br><br>**Composition (Hazardous Components Only)**<br><table><tr><th>Name</th><th>Identifiers</th><th>%</th><th>GHS-US classification</th></tr><tr><td>Guanidine hydrochloride</td><td>CAS Number: 50-01-1</td><td>< 50%</td><td>Skin Irritation. 2; Eye Irritation. 2A</td></tr><tr><td>Maleic acid</td><td>CAS Number: 110-16-7</td><td><1%</td><td>Not a hazardous substance or mixture at this concentration.</td></tr><tr><td>Sodium azide</td><td>CAS Number: 26628-22-8</td><td>< 0.1%</td><td>Not a hazardous substance or mixture at this concentration.</td></tr></table><br>**9.1   General Information**<br><br>Form:   Liquid<br>Color:   Clear, with a slightly yellow tinge<br>Odor:   odorless<br>Odor Threshold:   Not determined<br>pH Value at 20°C (68°F):   4.45 – 4.9<br><br>40600176_Rev-C-SDS_-NeuMoDx-Lysis-Buffer-2-Final.pdf (Exhibit 69) |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence | |
|-------|----------------|----------------------|--|

| Composition (Hazardous Components Only) | | | |
|---|---|---|---|
| **Name** | **Identifiers** | **%** | **GHS-US classification** |
| Guanidine hydrochloride | CAS Number: 50-01-1 | < 50% | Skin Irritation. 2; Eye Irritation. 2A |
| Sodium azide | CAS Number: 26628-22-8 | < 0.1% | Not a hazardous substance or mixture at this concentration. |

**9.1     General Information**

| | |
|---|---|
| **Form:** | Liquid |
| **Color:** | Clear, with a slightly yellow tinge |
| **Odor:** | odorless |
| **Odor Threshold:** | Not determined |
| **pH Value at 20°C (68°F):** | 4.2 – 5.2 |
| **Melting point/melting range:** | Not determined |

40600177_Rev-C-SDS-NeuMoDx-Lysis-Buffer-3-Final.pdf (Exhibit 70)

| Composition (Hazardous Components Only) | | | |
|---|---|---|---|
| **Name** | **Identifiers** | **%** | **GHS-US classification** |
| Guanidine hydrochloride | CAS Number: 50-01-1 | < 50% | Skin Irritation. 2; Eye Irritation. 2A |
| Sodium azide | CAS Number: 26628-22-8 | < 0.1% | Not a hazardous substance or mixture at this concentration. |

14

| Claim | Claim Language | Infringement Evidence | |
|-------|----------------|----------------------|---|

**9.1    General Information**

| | |
|---|---|
| **Form:** | Liquid |
| **Color:** | Clear, with a slightly yellow tinge |
| **Odor:** | Odorless |
| **Odor Threshold:** | Not determined |
| **pH Value at 20°C (68°F):** | 4.9 – 5.1 |
| **Melting point/melting range:** | Not determined |

40600112_Rev-B-SDS-NeuMoDx-Lysis-Buffer-4-FINAL.pdf (Exhibit 71)

| Composition (Hazardous Components Only) | | | |
|---|---|---|---|
| **Chemical Name** | **Identifiers** | **%** | **GHS-US classification** |
| Triton X-100 | CAS 9002-93-1 | 0.5-2.0% | Eye Irritation. 2 Harmful to Aquatic Life 3 |
| Sodium Azide | CAS: 26628-22-8 | < 0.1% | Not a hazardous substance or mixture at this concentration. |

**9.1    General Information**

| | |
|---|---|
| **Form:** | Liquid |
| **Color:** | Clear, with a slightly yellow tinge |
| **Odor:** | odorless |
| **Odor Threshold:** | Not determined |
| **pH Value at 20°C (68°F):** | 4.45 – 4.9 |

"Patents", http://www.neumodx.com/patents/, (Exhibit 47) demonstrating that NeuMoDx marks its products with US Patent Nos. 9,738,887; 9,433,940; 9,101,930; 9,403,165; 9,452,430; 9,050,594; 9,339,812; 9,441,219; 10,041,062; 9,604,213; 10,010,888; 9,382,532; 9,540,636; 9,499,896; 10,239,060; 9,539,576; 10,226,771, 9,637,775; and 10,093,963

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence | |
|---|---|---|---|
| | | # PATENTS | |

| Product | Patents |
|---|---|
| CARTRIDGE | US Patent Nos. 9,738,887; 9,433,940; 9,101,930; 9,403,165; and 9,452,430. AU Patent No. 2013221701. JP Patent No. 6061313. |
| P02 (overall system and method) | US Patent Nos. 9,050,594; 9,339,812; 9,441,219; 10,041,062; 9,604,213; and 10,010,888. CN Patent No. 201380009286.3. |
| EXTRACTION PLATE | US Patent Nos. 9,382,532; and 9,540,636. DE Patent No. 60 2013 056 932.0. DK Patent No. 2912174. EP Patent No. EP-B-2912174. ES Patent No. 300330453. FR Patent No. 2912174. GB Patent No. 2912174. IT Patent No. 502019000064944. NO Patent No. 2912174. SE Patent No. 2912174. |
| XPCR MODULE | US Patent Nos. 9,499,896; 10,239,060; 9,539,576; 10,226,771; 9,637,775; 10,093,963; 9,604,213; and 10,010,888. |

US9433940 (Exhibit 57)
- Claim 1. A cartridge, configured to facilitate processing of a nucleic acid, comprising: a first layer defining a sample port, a reagent port, and a fluid port; an intermediate substrate coupled to the first layer, wherein the intermediate substrate includes a corrugated surface directly opposing the first layer, wherein the corrugated surface defines a chamber and a set of voids external to the chamber and accessible from a direction perpendicular to a broad surface of the first layer, and wherein at least one of the set of voids of the corrugated surface forms a magnet region configured to receive a magnet; an elastomeric layer positioned between the first layer and the intermediate substrate; and a fluidic pathway formed by at least a portion of the first layer in combination with at least a portion of the elastomeric layer, wherein the fluidic pathway is fluidically coupled to the chamber, the sample port, the reagent port, and the fluid port, and comprises **a capture segment configured to cross the magnet region**.
- Claim 12. A cartridge, configured to facilitate processing of a nucleic acid, comprising: a first layer defining a sample port, a reagent port, a fluid port, and a detection chamber; an intermediate substrate coupled to the first layer, wherein the intermediate substrate includes a corrugated surface directly opposing the first layer, wherein the corrugated surface defines a chamber and a set of voids external to the chamber and accessible from a direction perpendicular to a broad surface of the first layer, and wherein at least one of the set of voids of the corrugated surface forms a magnet region

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | configured to receive a magnet; an elastomeric layer positioned between the first layer and the intermediate substrate; and a fluidic pathway, wherein the fluidic pathway is coupled to the sample port, the reagent port, the fluid port, the chamber, and the detection chamber, and wherein the fluidic pathway comprises **a capture segment configured to cross the magnet region, and wherein the capture segment is an s-shaped segment, configured to cross the magnet region multiple times**. <br><br> • U.S. Patent No. 9,443,940 at col. 17:4-26 ("Thereafter, as shown in FIG. 1G, the occlusion at the fourth occlusion position 145 may be reversed, creating a fifth truncated pathway, and release solution within the fluidic pathway 165 may be metered by pumping air through the fluid port 118, which functions to push a portion of the release solution into the waste chamber 130. A volume of release solution will still be maintained within the capture segment 166 at this stage. As shown in FIG. 1H, the first and the fourth occlusion positions 142, 145 **may then be occluded to form a sixth truncated pathway sealing the volume of release solution, with the captured magnetic beads bound to nucleic acids, within the capture segment** 166. The volume of the remaining release solution is therefore substantially defined by the microchannel volume between junctions in the fluidic pathway 165 near the fourth and sixth occlusion positions 145, 147, and may be any small volume but in a specific variation is precisely metered to be 23+/- 1 microliters. Release solution may be sealed within capture segments of other fluidic pathways using a similar process. A heater may then be provided at the sixth truncated pathway, inducing a pH shift within the sixth truncated pathway to unbind nucleic acids from the magnetic beads.") <br><br> US9452430 (Exhibit 56) <br> • Claim 9. The cartridge of claim 1, wherein the sealed waste chamber further defines a second external void parallel to the external void and configured to receive a magnet, wherein the second external void provides **access to a magnetic capture segment of the fluidic pathway, wherein the magnetic capture segment is downstream of the sample port and upstream of the waste port**. <br> • Claim 10. The cartridge of claim 9, wherein the intermediate substrate includes a **magnet proximal the second external void and the magnetic capture segment**. <br> • Claim 13. The cartridge of claim 12, wherein the first fluidic pathway **comprises a capture segment, wherein the capture segment is s-shaped** and progressively narrowing in an upstream-to-downstream direction <br> • U.S. Patent No. 9,452,430 at col. 12:55-58 ("The magnet housing region 150 of the microfluidic cartridge 100 functions to provide access to and/or house **at least one magnet 152 providing a magnetic field 156 for purification and isolation of nucleic acids**.") <br> • U.S. Patent No. 9,452,430 at col. 16:31-48 ("The occlusion positions of the set of occlusion positions 141 of the first embodiment are preferably located such that occluding subsets of the set of occlusion positions 141 defines unique |

17

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | truncated fluidic pathways to controllably direct fluid flow. For example, as shown in FIG. 1D, occluding the fluidic pathway 165 at the first, third, fourth, and sixth occlusion positions 142, 144, 145, 147 forms a truncated pathway  y  which a volume of a sample fluid, comprising nucleic acids bound to magnetic beads and delivered into the sample port 114, may flow past the second occlusion position 143 into **the capture segment 166 for isolation and purification of nucleic acids using the heating region 195 and the magnetic field 156. Nucleic acids bound to magnetic beads may thus be trapped within the capture segment 166 by the magnetic field 156**, while other substances in the volume of sample fluid may pass into the waste chamber 130 by passing the fifth occlusion position 146."  US9050594 (Exhibit 24)<br>• Claim 1: **A system for processing and detecting nucleic acids, comprising: a capture plate comprising at least one well configured to facilitate a combination of a set of magnetic beads with a biological sample, thus producing a magnetic bead-sample**; and a molecular diagnostic module, configured to process at least one magnetic bead-sample obtained from the capture plate, and separate nucleic acids from magnetic beads, wherein the molecular diagnostic module comprises: a cartridge platform comprising a magnet receiving slot, an actuator configured to displace the cartridge platform, a magnet, wherein an extended configuration of the actuator allows the magnet to pass through the magnet receiving slot to facilitate separation of the at least one nucleic acid volume, and a cam card contacting a set of pins, wherein the extended configuration of the actuator combined with movement of the cam card displaces a subset of the set of pins through a set of slots of the cartridge platform, to define at least one distinct pathway configured to receive at least one magnetic bead-sample.<br>• Claim 16. **A system for processing and detecting nucleic acids, comprising: a capture plate comprising at least one well containing a set of magnetic beads configured to be combined with a biological sample to produce a magnetic bead-sample**; an assay strip comprising at least one well containing a molecular diagnostic reagent configured to be combined with a nucleic acid volume to produce a nucleic acid-reagent mixture; a molecular diagnostic module, configured to process the magnetic bead-sample from the capture plate, separate the nucleic acid volume from the magnetic bead-sample, and analyze the nucleic acid-reagent mixture from the assay strip, wherein the molecular diagnostic module comprises a cartridge platform including a set of parallel slots, a cam card, and a set of pins contacting the cam card, wherein movement of the cam card displaces a subset of the set of pins through a subset of the set of parallel slots to define at least one pathway configured to receive the magnetic bead-sample; and a liquid handling system configured to transfer the magnetic bead-sample from the capture plate to the molecular diagnostic module, transfer the nucleic acid volume from the molecular diagnostic module to the assay strip, and transfer the nucleic acid-reagent mixture from the assay strip to the molecular diagnostic module.<br>• Claim 24. The system of claim 23, further comprising: **a capture plate comprising at least one well containing a set** |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | **of magnetic beads configured to be combined with a biological sample**, a lysing reagent, and a sample process control, **wherein the capture plate facilitates production of at least one biological sample combined with magnetic beads**; an assay strip comprising at least one regent well containing molecular diagnostic reagent volume configured to be combined with a nucleic acid volume of the set of nucleic acid volumes to produce at least one nucleic acid-reagent mixture; and a liquid handling system configured to transfer at least one biological sample combined with magnetic beads from the capture plate to the molecular diagnostic module, transfer at least one nucleic acid-reagent mixture from the assay strip back to the molecular diagnostic module. |
| | | • U.S. Patent No. 9,050,594 at Abstract ("A system and method for processing and detecting nucleic acids from a set of biological samples, comprising**:** a capture plate and a capture plate module configured to facilitate binding of nucleic acids within the set of **biological samples to magnetic beads**; **a molecular diagnostic module configured to receive nucleic acids bound to magnetic beads,** isolate nucleic acids, and analyze nucleic acids, comprising a cartridge receiving module, a heating/cooling subsystem and a magnet configured to facilitate isolation of nucleic acids, a valve actuation subsystem configured to control fluid flow through a microfluidic cartridge for processing nucleic acids, and an optical subsystem for analysis of nucleic acids; a fluid handling system configured to deliver samples and reagents to components of the system to facilitate molecular diagnostic protocols; and an assay strip configured to combine nucleic acid samples with molecular diagnostic reagents for analysis of nucleic acids.") |
| | | • U.S. Patent No. 9,050,594 at col. 2:49-58 ("As shown in FIGS. 1A-1B and 7A, an embodiment of a system 100 for processing and detecting nucleic acids comprises: a capture plate 110 configured to facilitate binding of nucleic acids within a biological sample to a set of magnetic beads 119; **a molecular diagnostic module 130 comprising a microfluidic cartridge** receiving the module 140, heating and cooling subsystems 150, a magnet 160, a valve actuation sub-system 170, an optical subsystem 180;  and an assay strip configured to facilitate mixing of molecular diagnostic reagents with a nucleic acid volume.") |
| | | • U.S. Patent No. 9,050,594 at col.3:14-28 ("In one example workflow of the system 100, a liquid handling system 250 aspirates a set of biological samples containing nucleic acids (i.e., impure nucleic acid samples), and **dispenses the set of biological samples into a capture plate 110 to be lysed and combined with magnetic beads** ( containing a proprietary affinity coating to bind the nucleic acids to the magnetic beads) by a capture plate module 120. **The liquid handling system 250 then aspirates substantially all of each sample of the set of lysed biological samples combined with magnetic beads (i.e., set of magnetic bead-samples) from the capture plate no, and dispenses the set of magnetic bead-samples into a microfluidic cartridge** 210, aligned within a cartridge receiving module 140 of a molecular diagnostic module 130, and configured to be manipulated by the molecular diagnostic module 130.") |
| | | • U.S. Patent No. 9,050,594 col. 4:15-25 ("The set of wells 112 of the capture plate substrate 111 function to receive at least one biological sample which con-tain or are suspected of potentially containing nucleic acids, and to facilitate |

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|----------------------|
| | | combination of the biological sample with a set of magnetic beads 119. **Preferably, the wells 113 are each configured to accommodate not only a biological sample, but also to facilitate mixing of the biological sample with a set of magnetic beads 119 ( e.g., using a pipettor, the liquid handling system 250 or other apparatus),** which preferably are pre-loaded in wells 112, or alternatively may be added by an operator") <br>• U.S. Patent No. 9,050,594 at col. 23:32-41 ("As described in Section 1, an embodiment of the liquid han-dling system 250 is configured to aspirate a set of biological samples containing nucleic acids (i.e., impure nucleic acid samples), dispense the set of biological samples into a capture 35 plate no to be lysed and combined with magnetic beads by a capture plate module 120, aspirate the set of biological samples combined with magnetic beads (i.e., set of magnetic bead-samples) from the capture plate 110, **and dispense the set of magnetic bead-samples into microfluidic cartridge 210 located in a molecular diagnostic module** 130.") <br>• U.S. Patent no. 9,050,594 at col 28:53-58 ("Step S430 recites **transferring each nucleic acid-magnetic bead sample of the set of nucleic acid-magnetic bead samples to a corresponding fluidic pathway of a set of fluidic pathways**, and functions to isolate each of the set of nucleic acid-magnetic bead samples within separate pathways for further processing.") <br><br> US9339812 (Exhibit 26) <br>• Claim 2: The method of claim 1, further **comprising combining the biological sample with a quantity of magnetic beads, to produce a magnetic bead-sample mixture**, prior to dispensing the biological sample into the fluidic pathway through the sample port. <br>• Claim 15. A method for processing and detecting nucleic acids from a set of biological samples with a cartridge having a set of fluidic pathways defined by an elastomeric layer, the method comprising: **combining each biological sample of the set of biological samples with a quantity of magnetic beads to produce a set of nucleic acid-magnetic bead samples**; aligning the cartridge at a cartridge platform of a molecular diagnostic module, the cartridge platform having a set of slots, and the molecular diagnostic module having a cam module contacting a set of pins aligned with the set of slots; transferring substantially all of each nucleic acid-magnetic bead sample of the set of nucleic acid-magnetic bead samples to a corresponding fluidic pathway of a set of fluidic pathways; moving the cam module by transitioning the actuator into an extended configuration, thereby displacing a subset of the set of pins through the set of slots of the cartridge platform, and thereby manipulating the elastomeric layer to occlude at least one fluidic pathway of the set of fluidic pathways at a subset of occlusion positions for controlling a flow through the fluidic pathway; and detecting nucleic acids using a set of detection chambers coupled to the set of fluidic pathways. <br>• Claim 18. The method of claim 15, **wherein combining each biological sample of the set of biological samples with a quantity of magnetic beads** comprises combining each biological sample of the set of biological samples with a |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | quantity of magnetic beads treated to be at least one of positively charged, **magnetic, paramagnetic, and supraparamgetic [sic].**"<br><br>• Claim 29. A method for processing and detecting nucleic acids within a cartridge having a fluidic pathway including a set of occlusion positions defined by an elastomeric layer of the cartridge, the method comprising: aligning the cartridge at a cartridge platform of a molecular diagnostic module, the cartridge platform having a set of slots, and the molecular diagnostic module having a cam module contacting a set of pins aligned with the set of slots and an actuator that provides relative displacement between the cartridge platform and the set of pins; moving the cam module by transitioning the actuator into an extended configuration, thereby displacing a first sub-set of the set of pins through he set of slots of the cartridge platform, and thereby manipulating the elastomeric layer to occlude the fluidic pathway at a first subset of the set of occlusion positions, thus defining a first truncated fluidic pathway passing through a magnetic field for controlling a flow through the fluidic pathway; **capturing a sample of nucleic acids bound to magnetic beads within the first truncated fluidic pathway**, by the magnetic field; and moving the cam module, thereby displacing a second subset of the set of pins through the set of slots of the cartridge platform and thereby manipulating the elastomeric layer to occlude the fluidic pathway, through the elastomeric layer, at a second subset of the set of occlusion positions, thus defining a second truncated fluidic pathway containing the sample of nucleic acids bound to magnetic beads.<br><br>• U.S Patent No. 9,339,812 at Abstract ("A system and method for processing and detecting nucleic acids from a set of biological samples, comprising: **a capture plate and a capture plate module configured to facilitate binding of nucleic acids within the set of biological samples to magnetic beads**; a molecular diagnostic module configured to receive nucleic acids bound to magnetic beads, isolate nucleic acids, and analyze nucleic acids, comprising a cartridge receiving module, a heating/cooling subsystem and a magnet configured to facilitate isolation of nucleic acids, a valve actuation subsystem configured to control fluid flow through a microfluidic cartridge for processing nucleic acids, and an optical subsystem for analysis of nucleic acids; a fluid han-dling system configured to deliver samples and reagents to components of the system to facilitate molecular diagnostic protocols; and an assay strip configured to combine nucleic acid samples with molecular diagnostic reagents for analysis of nucleic acids.")<br><br>• U.S. Patent No. 9,339,812 at col:3:14-20 ('In one example workflow of the system 100, a liquid handling system 250 **aspirates a set of biological samples containing nucleic acids (i.e., impure nucleic acid samples), and dispenses the set of biological samples into a capture plate 110 to be lysed and combined with magnetic beads** ( containing a proprietary affinity coating to bind the nucleic acids to the magnetic beads) by a capture plate module 120.")<br><br>• U.S. Patent No. 9,339,812 at col. 4:15-25 ("The set of wells 112 of the **capture plate substrate 111 function to receive at least one biological sample which contain or are suspected of potentially containing nucleic acids, and to facilitate combination of the biological sample with a set of magnetic beads** 119. Preferably, the wells 113 are |

| Claim | Claim Language | Infringement Evidence |
|-------|---------------|----------------------|
| | | each configured to accommodate not only a biological sample, but also to facilitate mixing of the biological sample with a set of magnetic beads 119 ( e.g., using a pipettor, the liquid handling system 250 or other apparatus), which preferably are pre-loaded in wells 112, or alternatively may be added by an operator.") <br><br> US9382532 (Exhibit 52) <br> • Claim 1. A method for nucleic acid isolation comprising: **receiving a binding moiety solution within a process chamber**, **wherein the binding moiety solution comprises a collection buffer and a set of affinity moiety-coated microparticles**, wherein the set of affinity moiety-coated microparticles comprises Polypropylenimine tetramine dendrimer Generation 1 amide-bonded to a set of microparticles; contacting the binding moiety solution with a biological sample, within the process chamber, thereby producing a moiety-sample mixture; **incubating the moiety-sample mixture to reversibly bind nucleic acid material of the biological sample to the set of affinity moiety-coated microparticles, thereby producing a set of moiety-bound nucleic acid particles**; receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position; occluding a fluidic pathway of the cartridge upon displacement of a first subset of the set of pins; **separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the fluidic pathway of the cartridge**; washing the set of moiety-bound nucleic acid particles within the fluidic pathway of the cartridge, in coordination with displacement of a second subset of pins, wherein displacement of the second subset of pins includes reversal of displacement of at least one pin in the first subset of the set of pins, in reversing occlusion of a portion of the fluidic pathway; and releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles with an elution solution characterized by a pH greater than 10. <br> • Claim 4. The method of claim 3, wherein incubating the moiety-sample mixture comprises heating the moiety-sample solution to a temperature in the range of **25-95° C. for 5-60 minutes, thus simultaneously lysing the biological sample and facilitating binding of nucleic acid material of the biological sample to the set of affinity moiety-coated microparticles**. <br> • Claim 13. The method of claim 3, wherein **releasing the nucleic acid sample from the set of moiety-bound nucleic acid particles comprises occluding the fluidic pathway of the cartridge, comprising the process chamber**, at a set of occlusion positions, upon displacement of pins of the set of pins, to define a path through a magnetic field; delivering the set of moiety-bound nucleic acid particles into the path of the fluidic pathway; and delivering an elution solution into the fluidic pathway, thereby inducing a pH shift configured to release the nucleic acid sample from the set of moiety-bound nucleic acid particles. <br> • Claim 17. A method for total nucleic acid extraction, comprising simultaneous isolation and concentration of DNA and RNA from a biological sample, the method comprising: receiving a **binding moiety solution within a process** |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|  |  | **chamber**, wherein the binding moiety solution comprises a collection buffer and a set of affinity moiety-coated microparticles, wherein the set of affinity moiety-coated microparticles comprises Polypropylenimine tetramine dendrimer Generation 1 amide-bonded to a set of magnetic microparticles; mixing the binding moiety solution with between 10uL and 2mL of a biological sample, within the process chamber, thereby producing a moiety-sample mixture; **incubating the moiety-sample mixture to reversibly bind nucleic acid material, comprising target DNA and RNA, of the biological sample to the set of affinity moiety-coated microparticles, thereby producing a set of moiety-bound nucleic acid particles**; receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position; occluding a fluidic pathway of the cartridge upon displacement of a first subset of the set of pins; **magnetically separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the microfluidic pathway of the cartridge**; and eluting a nucleic acid sample comprising target DNA and RNA from the set of moiety-bound nucleic acid particles, into less than 20 uL of an elution solution characterized by a pH greater than 10, in coordination with displacement of a second set of pins to modulate flow in the fluidic pathway, thereby facilitating total nucleic acid extraction.<br>• Claim 18. The method of claim 17, wherein magnetically separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture comprises aspirating the moiety-sample mixture from the process chamber; occluding the fluidic pathway of the cartridge at a set of occlusion positions upon displacement of the first subset of the set of pins to generate a path through a magnetic field, and to a waste chamber of the cartridge; and **delivering the moiety-sample mixture through that path of the fluidic pathway, such that the set of moiety-bound nucleic acid particles is captured within the magnetic field** and a waste volume of the moiety-sample mixture is delivered into the waste chamber.<br>• Claim 19. A method for nucleic acid isolation from a biological sample, comprising: receiving a binding moiety solution within a process chamber, **wherein the binding moiety solution includes a set of affinity moiety-coated microparticles,** comprising a set of microparticles amide-bonded to at least one of poly(allylamine) of molecular weight <30,000 Da and Polypropylenimine tetramine dendrimer Generation 1; **producing a moiety-sample mixture upon combination of the binding moiety solution with the biological sample**; producing a set of moiety-bound nucleic acid particles upon incubation of the moiety-sample mixture to reversibly bind nucleic acid material of the biological sample to the set of affinity moiety-coated microparticles; receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position; occluding a fluidic pathway of the cartridge upon displacement of a first subset of the set of pins; **separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the fluidic pathway of the cartridge**; washing the set of moiety-bound nucleic acid particles within the fluidic pathway of the cartridge; and releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles with an elution solution, in coordination with |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | displacement of a second subset of the set of pins, wherein displacement of the second subset of the set of pins includes reversing displacement of at least one pin of the first subset of the set of pins, and reversing occlusion of a portion of the fluidic pathway.<br><br>• U.S. Patent No. 9,382,532 at col.3:35-43 ("The method 100 can be performed in any container or process chamber that is configured to contain a **suitable concentration of affinity moiety-coated microparticles, facilitate suitable buffer conditions to allow for binding ( e.g., buffer conditions providing a suitably low pH), contain suitable amounts of proteolytic or other enzymes for effective lysis or removal of inhibitory substances, and provide suitable thermal conditions** that collectively enable binding of nucleic acids to the affinity moiety-coated microparticles.")<br><br>• U.S. Patent No. 9,382,532 at 4:35-55 ("In a specific example of this variation of Step S110, **the microparticles are magnetic beads** (e.g., magnetic, parmagnetic, superparamagnetic) with any suitable hydrophilicity (e.g., hydrophobic, hydrophilic), **wherein the magnetic beads are coated with the affinity moiety and simultaneously received within the process chamber along with a low-pH buffer solution, proteolytic enzymes, and lytic reagents**. In this specific example, magnetic separation can be used to facilitate further processing and isolation of nucleic acids bound to the affinity moieties coupled to magnetic beads. In another specific example of this variation, the microparticles are beads of a suitable size coated with the affinity moiety, and are simultaneously received within the process chamber along with a suitable buffer solution, proteolytic enzymes, and lytic reagents. In this specific example, sized-based separation can be used to facilitate further processing and isolation of nucleic acids bound to the affinity moieties coupled to the suitably-sized beads. The binding moiety solution of Step S110 can additionally or alternatively comprise any suitable affinity moiety or combination of affinity moiety delivered by any suitable mechanism or substrate.")<br><br>• U.S. Patent No. 9,382,532 at 4:56-5:2 ("Step S120 **recites mixing the binding moiety solution with a biological sample, within the process chamber**, in order to produce a moiety-sample solution, which functions to initiate lysis of the biological sample and enable target nucleic acids to bind to affinity moieties of the binding moiety solution. Preferably, binding of target nucleic acids to affinity moieties is facilitated by the appropriate pH of the binding solution, as shown in FIG. lC; however, binding can be facilitated by any other suitable mechanism. In a variation involving an **appropriate pH in the binding solution, mixing and binding can occur at a low pH, which produces a positively charged affinity moiety that is attracted to negatively charged nucleic acid molecules**. Specific examples of affinity moieties that function via a pH shift are described in Section 2 below.")<br><br>• U.S. Patent No. 9,382,532 at 5:3-7("**In Step S120, the process chamber can be any suitable vessel, as shown in FIG. 1A, or a suitable capture plate**, such as that described in U.S. patent application Ser. No. 13/766,359, entitled "System and Method for Processing and Detecting Nucleic Acids", as shown in FIG. 1B.")<br><br>• U.S. Patent No. 9,382,532 at 5:42-6:2 (" Step S130 recites incubating the moiety-sample solution during a time window, and functions **to produce a lysed moiety-sample solution** comprising a moiety-bound nucleic acid volume ( |

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|----------------------|
|       |                | e.g., a volume of nucleic acids reversibly bonded to the set of affinity moiety-coated microparticles) and a waste volume. In Step S130, the moiety-sample solution can be incubated using any suitable heating apparatus, as shown in FIG. 1A, or a suitable capture plate heater, such as that described in U.S. patent application Ser. No. 13/766,359, entitled "System and Method for Processing and Detecting Nucleic Acids", as shown in FIG. 1B. In Step S130, the nucleic acid is released from within the cell or other structure that it is contained within, and binds to the microparticles coupled with the affinity moiety, while other unbound components form a waste volume for later removal, as shown in FIG. 1 C. **Preferably, the process chamber containing the moiety-sample solution (e.g., lysis, clean-up, binding reagents and the biological sample) is incubated for a defined period of time at a temperature preferably in the range of 25-95 C**, wherein time and temperature parameters are biological sample-dependent. Example parameters for different biological samples are described briefly below, and further in Section 3 below. Alternatively, the moiety-sample solution can be transferred to another vessel for incubation in variations of Step S130. Furthermore, in variations of Steps S110, S120, and S130**, any or all of the lysis, proteolytic and binding steps can occur simultaneously in the process chamber or any other suitable vessel, and are not required to be discrete steps**.") <br><br> • U.S. Patent No. 9,382,532 at 7:14-54 "In Step S140, the lysed moiety-sample solution can be processed within the process chamber to separate the moiety-bound nucleic acid volume from the waste volume; however, **the lysed moiety-sample solution can alternatively be transferred to another suitable vessel for separation of the moiety-bound nucleic acid volume from the waste volume**. In a first variation, a pipetting system (automatic or manual) can be used to remove the waste volume (e.g., supernatant liquid), and multiple aspirations by the pipetting system may be necessary to ensure as complete a removal of the supernatant as possible. In an example of the first variation, a 1000 micro liter pipette tip can be used to perform gross removal of the waste volume in a first aspiration followed by the use of a finer pipette tip (e.g., 100-200 microliter tip) in additional aspirations, to remove the remainder of the waste volume. In the example, the removal of the waste volume occurs close to the bottom of the process chamber to provide complete liquid removal with minimal bubbling. In a second variation, the lysed moiety-sample solution can be transferred to a vessel that enables the moiety-bound nucleic acid volume to be captured and the waste volume to be removed in a flow through manner, either against the pores of a filter or in the presence of a magnetic field. **In the second variation, the microparticles with bound nucleic acids are retained in a filter zone or a magnetic field zone of the vessel**, and the liquid portion is flowed into a "waste chamber". In a specific example of the second variation, a system (such as the one described in U.S. patent application Ser. No. 13/766,359, entitled "System and Method for Processing and Detecting Nucleic Acids") can be used to transfer the lysed moiety-sample solution into a fluidic pathway of a cartridge (such as the one described in U.S. patent application Ser. No. 13/765,996, entitled "Microfluidic Cartridge for Processing and Detecting Nucleic Acids"). **In the specific example, the lysed moiety-sample solution can be retained by a magnetic field within a portion of the fluidic pathway upon occlusion of the** |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|  |  | **fluidic pathway at a suitable set of occlusion positions, in order to separate the moiety-bound nucleic acid volume from the waste volume.** The waste volume can then be removed by pushing the waste volume to a waste chamber of the cartridge."<br>• U.S. Patent No. 9,382,532 at 24:1-14 "A first illustration of the eighteenth example, as shown in FIG. 22A, of a fluidic pathway 165 preferably comprises an initial segment 174 fluidically coupled to a fluid channel 119 coupled to a shared fluid port 118, a sample segment 175 coupled to a sample port 114 and to the initial segment 174, **and an s-shaped capture segment 166, configured to pass through the heating region 195 and a magnetic field 156**, coupled to the initial segment 174 and the sample segment 175. In an alternative illustration of the eighteenth example, 10 the s-shaped capture segment 166 may comprise an initial wide arc 166 to provide a greater surface area for magnetic bead capture. In another illustration of the eighteenth example, the capture segment 166 may alternatively be a progressively narrowing s-shaped capture segment 166."<br>• U.S. Patent No. 9,382,532 at FIG. 22A:<br><br>FIGURE 22A<br>• U.S. Patent No. 9,382,532 at 25:30-50 ("A volume of release solution will still be maintained within the capture segment 166 at this stage. The first and the fourth occlusion positions 142, 145 may then be occluded to form a sixth truncated pathway sealing the volume of release solution, **with the captured magnetic beads bound to nucleic acids, within the capture segment 166**. The volume of the remaining release solution is therefore substantially defined by the microchannel volume between junctions in the fluidic pathway 165 near the fourth and sixth occlusion positions 145, 147, and maybe any small volume but in a specific variation is precisely metered to be 23+/-l microliters. **Release solution may be sealed within capture segments of other fluidic pathways using a similar process. A heater may then be provided at the sixth truncated pathway, inducing a pH shift within the sixth truncated pathway to unbind nucleic acids from the magnetic beads.**")<br>• U.S. Patent No. 9,382,532 at 27:17-42 ("The occlusion positions of the set of occlusion positions 141' of the second illustration are preferably located such that occluding of subsets of the set of occlusion positions 141' defines unique |

26

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|----------------------|
| | | truncated fluidic pathways to controllably direct fluid flow. For example, occluding the fluidic pathway 165' at the first, fourth, sixth, tenth, and eleventh occlusion positions 142', 145', 147', 158', 159' forms a truncated pathway by which a volume of a sample fluid, comprising **nucleic acids bound to magnetic beads and delivered into the sample port 114, may flow into the capture segment 166' for isolation and purification of nucleic acids using the heating region 195 and the magnetic field 156. Nucleic acids bound to magnetic beads may thus be trapped within the capture segment** 166' by the magnetic field 156, **while other substances in the volume of sample fluid may pass into the waste chamber 130 by passing the fifth occlusion position** 146'. Following this subset of occlusion positions, the occlusion at the first occlusion position 142' may be reversed, and the fluidic pathway 165' may be occluded at the second occlusion position 143' to form a second truncated pathway by which a wash fluid may be delivered through the fluid port 118, into the capture segment 166' (thus washing the trapped magnetic beads), and into the waste chamber 130 by passing the fifth occlusion position 146'. A volume of air may then be pumped through the fluid port 118 to flush any remaining wash solution into the waste chamber 130.")
- U.S. Patent No. 9,050,594 at col. 28:34-38 ("Step S420 recites **heating the set of magnetic bead-sample mixtures to produce a set of nucleic acid-magnetic bead samples,** and functions to incubate the set of magnetic bead-sample mixtures in order to lyse biological matter, and release nucleic acids to be bound to magnetic beads.")
- U.S. Patent no. 9,050,594 at col 28:53-58 ("Step S430 recites **transferring each nucleic acid-magnetic bead sample of the set of nucleic acid-magnetic bead samples to a corresponding fluidic pathway of a set of fluidic path-ways, and functions to isolate each of the set of nucleic acid-magnetic bead samples within separate pathways for further processing.**")

US9441219 (Exhibit 53)
- Claim 7: The molecular diagnostic module of claim 1, further comprising: **a capture plate comprising a well containing a set of magnetic beads, a lysing reagent, and a sample process control, configured to be combined with the biological sample,** wherein the capture plate **facilitates production of a magnetic bead-sample from the biological sample and the set of magnetic beads**; an assay strip comprising a reagent well containing a molecular diagnostic reagent volume configured to be combined with the nucleic acid volume processed from the magnetic-bead sample, thereby generating a nucleic acid-reagent mixture; and a liquid handling system configured to transfer the magnetic bead-sample from the capture plate to the cartridge, transfer the nucleic acid volume from the cartridge to the assay strip, and transfer the nucleic acid-reagent mixture from the assay strip back to the cartridge.
- Claim 14. The system of claim 8, further comprising a capture plate comprising a well **containing a set of magnetic beads, a lysing reagent, and a sample process control, configured to be combined with the biological sample, wherein the capture plate facilitates production of a magnetic bead-sample from the biological sample and the** |

27

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | **set of magnetic beads**; and **a liquid handling system configured to transfer the magnetic bead-sample from the capture plate to the cartridge, and configured to transfer a nucleic acid volume processed from the magnetic bead-sample from the cartridge**.<br>• U.S. Patent No. 9,441,219 at Abstract ("A system and method for processing and detecting nucleic acids from a set of biological samples, comprising: **a capture plate and a capture plate module configured to facilitate binding of nucleic acids within the set of biological samples to magnetic beads; a molecular diagnostic module configured to receive nucleic acids bound to magnetic beads, isolate nucleic acids, and analyze nucleic acids**, comprising a cartridge receiving module, a heating/cooling subsystem and a magnet configured to facilitate isolation of nucleic acids, a valve actuation subsystem configured to control fluid flow through a microfluidic cartridge for processing nucleic acids, and an optical subsystem for analysis of nucleic acids; a fluid handling system configured to deliver samples and reagents to components of the system to facilitate molecular diagnostic protocols; and an assay strip configured to combine nucleic acid samples with molecular diagnostic reagents for analysis of nucleic acids."<br>• U.S. Patent No. 9,441,219 at col. 3:28-35 ("The **liquid handling system 250 then aspirates substantially all of each sample of the set of lysed biological samples combined with magnetic beads (i.e., set of magnetic bead-samples) from the capture plate no [sic], and dispenses the set of magnetic bead-samples into a microfluidic cartridge** 210, aligned within a cartridge receiving module 140 of a molecular diagnostic module 130, and configured to be manipulated by the molecular diagnostic module 130.")<br>• U.S. Patent No. 9,441,219 at col. 4:23-33 ("The **set of wells 112 of the capture plate substrate 111 function to receive at least one biological sample which contain or are suspected of potentially containing nucleic acids, and to facilitate combination of the biological sample with a set of magnetic beads** 119. Preferably, the wells 113 are each configured to accommodate not only a biological sample, but also to facilitate mixing of the biological sample with a set of magnetic beads 119 (e.g., using a pipettor, the liquid handling system 250 or other apparatus), which preferably are preloaded in wells 112, or alternatively may be added by an operator.")<br>• U.S. Patent No. 9,441,219 at col. 27:42-67 ("An embodiment of a method 400 for processing and detecting nucleic acids from a set of biological samples comprises: **combining each biological sample of the set of biological samples with a quantity of magnetic beads to produce a set of magnetic bead-sample mixtures S410; heating the set of magnetic bead-sample mixtures to produce a set of nucleic acid-magnetic bead samples S420; transfer ring each nucleic acid-magnetic bead sample of the set of nucleic acid-magnetic bead samples to a corresponding fluidic pathway of a set of fluidic pathways S430;** producing a set of nucleic acid volumes from the set of nucleic acid-magnetic bead samples S440; combining each nucleic acid volume of the set of nucleic acid volumes with a molecular diagnostic reagent of a set of molecular diagnostic reagents to produce a set of nucleic acid-reagent mixtures S450; transferring each of the set of nucleic acid-reagent mixtures, through the corresponding fluidic pathway of the set of |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | fluidic pathways, to a detection chamber of a set of detection chambers S460; and receiving light from the set of nucleic acid-reagent mixtures S470. The method 400 may further comprise generating a set of data based on light received form the set of nucleic acid-reagent mixtures S480. The method 400 functions to isolate and extract a set of nucleic acid volumes from a biological sample, and to facilitate analysis of the nucleic acid volumes according to at least one molecular diagnostic protocol.")<br><br>• U.S. Patent No. 9,441,219 at col. 29:10-19 ("Step S420 recites **heating the set of magnetic bead-sample mixtures to produce a set of nucleic acid-magnetic bead samples, and functions to incubate the set of magnetic bead-sample mixtures in order to lyse biological matter**, and release nucleic acids to be bound to magnetic beads. Preferably, Step S420 comprises heating a capture plate containing the set of magnetic bead-sample mixtures for a specified amount of time at a specified temperature, and may additionally include cooling the set of magnetic bead-sample mixtures.")<br><br>• U.S. Patent No. 9,441,219 at col. 29:30-35 ("Step S430 recites **transferring each nucleic acid-magnetic bead sample of the set of nucleic acid-magnetic bead samples to a corresponding fluidic pathway of a set of fluidic pathways**, and functions to isolate each of the set of nucleic acid-magnetic bead samples within separate pathways for further processing.")<br><br>• U.S. Patent No. 9,441,219 at col. 30:13-29 ("Step S440 preferably includes providing a magnetic field S441. Such that each fluidic pathway in the set of fluidic pathways is configured to cross the magnetic field. **Preferably, the set of nucleic acid magnetic bead samples is captured and isolated within portions of the set of fluidic pathways crossing the magnetic field**. Step S440 may further comprise providing a heater configured to span a heating region of the set of fluidic pathways S442, but may alternatively comprise providing multiple heaters or altogether omit providing a heater. In embodiments wherein multiple heaters are provided, each heater is preferably independent to allow independent control of heating time and temperature for each sample. Step S442 functions to provide a heater, which, in combination with a release solution that provides a pH shift, facilitate a rapid and efficient unbinding of the nucleic acids from magnetic beads.")<br><br>US9540636 (Exhibit 54)<br>• Claim 1: A method for nucleic acid isolation comprising: receiving a binding moiety solution within a process chamber, **wherein the binding moiety solution comprises a collection buffer and a set of affinity moiety-coated microparticles; contacting the binding moiety solution with a biological sample, within the process chamber, thereby producing a moiety-sample mixture**; incubating the moiety-sample mixture to reversibly bind nucleic acid material of the biological sample to the set of affinity moiety-coated microparticles, thereby producing a set of moiety-bound nucleic acid particles; receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position; occluding a fluidic pathway of the cartridge |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | upon displacement of a first subset of the set of pins; separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the fluidic pathway of the cartridge; and washing the set of moiety-bound nucleic acid particles within the fluidic pathway of the cartridge, in coordination with displacement of a second subset of the set of pins, wherein displacement of the second subset of pins includes reversal of displacement of at least one pin in the first subset of the set of pins, in reversing occlusion of a portion of the fluidic pathway."<br><br>• Claim 5. The method of claim 4, wherein magnetically separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture comprises aspirating the moiety sample mixture from the process chamber, occluding the fluidic pathway of the cartridge at a set of occlusion positions upon displacement of pins of the set of pins to generate a path through a magnetic field, and to a waste chamber, **and delivering the moiety-sample mixture through the path of the fluidic pathway, such that the set of moiety-bound nucleic acid particles is captured within the magnetic field** and a waste volume of the moiety-sample mixture is delivered into the waste chamber.<br><br>• Claim 6. The method of claim 3, wherein incubating the moiety-sample mixture comprises **heating the moiety-sample solution to a temperature above 25° C for at least 5 minutes, thus simultaneously lysing the biological sample** and facilitating binding of nucleic acid material of the biological sample to the set of affinity moiety-coated microparticles.<br><br>• Claim 7. The method of claim 3, wherein washing the set of moiety-bound nucleic acid particles comprises aspirating the moiety-sample mixture; receiving the cartridge at the cartridge receiving module comprising the set of pins and a cam card interfacing with the set of pins; transitioning the cartridge to an active configuration that disposes the cartridge to a position that is proximal to the set of pins; displacing the first subset of the set of pins in the active configuration of the cartridge, upon translation of the cam card relative to the set of pins, thereby occluding the fluidic pathway of the cartridge at a set of occlusion positions; **delivering the moiety-sample mixture into the fluidic pathway, wherein the fluidic pathway is configured to pass through a magnetic field and is coupled to a waste chamber, such that the set of moiety-bound nucleic acid particles is captured within the magnetic field; and delivering a wash solution through the fluidic pathway and into the waste chamber in a continuous flow operation**.<br><br>• Claim 10. The method of claim 3, further comprising releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles, wherein releasing the nucleic acid sample comprises: occluding the fluidic pathway of the cartridge, comprising the process chamber, at a set of occlusion positions, upon displacement of pins of the set of pins, to define a path through a magnetic field, **delivering the set of moiety-bound nucleic acid particles into the path of the fluidic pathway; a**nd delivering an elution solution into the fluidic pathway, thereby inducing a pH shift configured to release the nucleic acid sample from the set of moiety-bound nucleic acid particles.<br><br>• Claim 14. A method for nucleic acid extraction, the method comprising: receiving a binding moiety solution within a process chamber, **wherein the binding moiety solution comprises a collection buffer** and a set of affinity moiety-coated microparticles; **mixing the binding moiety solution with a biological sample, within the process chamber,** |

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | **thereby producing a moiety-sample mixture;** incubating the moiety-sample mixture to reversibly bind nucleic acid material, comprising target DNA and target RNA, of the biological sample to the set of affinity moiety-coated microparticles, thereby producing a set of moiety-bound nucleic acid particles; receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position; occluding a fluidic pathway of the cartridge upon displacement of a first subset of the set of pins; and magnetically separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the microfluidic pathway of the cartridge.<br><br>• Claim 17: A method for nucleic acid isolation from a biological sample, comprising: receiving a binding moiety solution within a process chamber, **wherein the binding moiety solution includes a set of affinity moiety-coated microparticles; producing a moiety-sample mixture upon combination of the binding moiety solution with the biological sample; producing a set of moiety-bound nucleic acid particles upon incubation of the moiety-sample mixture to reversibly bind nucleic acid material of the biological sample to the set of affinity moiety-coated microparticles**; occluding a fluidic pathway of a cartridge upon displacement of a first subset of pin at the cartridge comprising the set of pins; separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the fluidic pathway of the cartridge; washing the set of moiety-bound nucleic acid particles, within the fluidic pathway of the cartridge; and releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles with an elution solution.<br><br>• U.S. Patent No. 9,540,636 at Abstract ("A method for nucleic acid isolation comprising: receiving a binding moiety solution within a process chamber, in order to produce a moiety-sample mixture; incubating the moiety-sample mixture during a time window, thereby producing a solution comprising a set of **moiety-bound nucleic acid particles** and a waste volume; separating the set of moiety-bound nucleic acid particles from the waste volume; washing the set of moiety-bound nucleic acid particles; and releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles. The method preferably utilizes a binding moiety comprising at last one of poly(allylamine) and polypropylenimine tetramine dendrimer, both of which reversibly bind and unbind to nucleic acids based upon environmental pH.") |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence | |
|-------|----------------|----------------------|---|
| | |  FIGURE 1C <ul><li>U.S. Patent No. 9,540,636 at col. 5:1-9 ("Step S120 recites mixing the binding moiety solution with a biological sample, within the process chamber, in order to produce a moiety-sample solution, which functions to initiate lysis of the biological sample and enable target nucleic acids to bind to affinity moieties of the binding moiety solution. **Preferably, binding of target nucleic acids to affinity moieties is facilitated by the appropriate pH of the binding solution**, as shown in FIG. 1C; however, binding can be facilitated by any other suitable mechanism.")</li><li>U.S. Patent No. 9,540,646 at col. 6:2-9 ("Preferably, **the process chamber containing the moiety-sample solution (e.g., lysis, clean-up, binding reagents and the biological sample) is incubated for a defined period of time at a temperature preferably in the range of 25-95 C,** wherein time and temperature parameters are biological sample-dependent. Example parameters for different biological samples are described briefly below, and further in Section 3 below.")</li><li>U.S. Patent No. 9,540,636 at col. 7:29-52 ("In Step S140, the lysed moiety-sample solution can be processed within the process chamber to separate the moiety-bound nucleic acid volume from the waste volume: however, the lysed moiety-sample solution can alternatively be **transferred to another suitable vessel for separation of the moiety-bound nucleic acid volume from the waste volume.** In a first variation, a pipetting system (automatic or manual) can be used to remove the waste volume (e.g., supernatant liquid), and multiple aspirations by the pipetting system may be necessary to ensure as complete a removal of the supernatant as possible. In an example of the first variation, a 1000 microliter pipette tip can be used to perform gross removal of the waste volume in a first aspiration followed by the use of a finer pipette tip (e.g., 100-200 microliter tip) in additional aspirations, to remove the remainder of the waste volume. In the example, the removal of the waste volume occurs close to the bottom of the process chamber to provide complete liquid removal with minimal bubbling. **In a second variation, the lysed moiety-sample solution can be** </li></ul> | |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | transferred to a vessel that enables the moiety-bound nucleic acid volume to be captured and the waste volume to be removed in a flow through manner, either against the pores of a filter or in the presence of a magnetic field.") <br>• U.S. Patent No. 9,540,636 at col. 14:19-22 ("In an example of Step S130, RNA was allowed to bind to the **PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 60 C**.")<br>• U.S. Patent No. 9,540,636 at col. 14:48-56 ("In the second example, 500 uL of M4 transport media containing a nasal Swab (donor) was spiked with 2 L of either a 10 dilution (high) or a 10'(low) dilution of EV RNA (purified from 200 uL viral particle lysate and eluted in 20 u, total volume) and then mixed with 500 uL of RNA Collection Buffer 1 (CBR-1) and 0.4 mg of Proteinase K in examples of Steps S110 and S120. **RNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 60 C.** in an example of Step S130.")<br>• U.S. Patent No. 9.540,636 at col. 15:22-30 ("In the third example, 500 uL of UTM transport media containing a nasal swab (donor) was spiked with 2 ul of a 10" dilution of EV RNA (purified from 200 uL viral particle lysate and eluted in 20 uL total volume) and then mixed with 500 uL of RNA Collection Buffer 1 (CBR-1) and 0.6 mg of Proteinase K in examples of Steps S110 and S120. **RNA was allowed to bind to the PAA affinity particles coated onto magnetic microparticles for 10 minutes at 60 C. in an example of Step S130.")**<br>• U.S. Patent No. 9,540,636 at col. 25:52-60 ("A first illustration of the eighteenth example, as shown in FIG.22A, of a fluidic pathway 165 preferably comprises an initial segment 174 fluidically coupled to a fluid channel 119 coupled to a shared fluid port 118, a sample segment 175 coupled to a sample port 114 and to the initial segment 174, **and an S-shaped capture segment 166, configured to pass through the heating region 195 and a magnetic field 156, coupled to the initial segment 174 and the sample segment** 175.")<br>• U.S. Patent No. 9,540,636 at col. 15:60-67 ("In the fourth example, 500 uL of M4 transport media containing a nasal Swab (donor) was spiked with 2 LL of ten-fold dilutions of EV viral particle lysate and then mixed with 500 uL of RNA Collection Buffer 1 (CBR-1) and 0.4 mg of Proteinase K in examples of Steps S110 and S120. **RNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 60 C. in an example of Step S130.")**<br>• U.S. Patent No. 9,540,636 at col. 16:48-58 ("In the fifth example, 500 u, of Urine or Plasma was spiked with 10pg of GBS DNA and then mixed with 500 uL of DNA Collection Buffer 2 (CBD-2) in examples of Steps S110 and S120. Alternately, a buccal swab was added to 1 mL of DNA Collection Buffer 1 (CBD-1) containing 0.4 mg. Proteinase K and then spiked with 10 pg of GBS DNA in other examples of Steps S110 and S120. **DNA was allowed to bind to the DABAM affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature or 60 C depending on matrix used in examples of Step S130.")**<br>• U.S. Patent No. 9,540,636 at col. 18: 31-37 ("In the eighth example, a buccal Swab (obtained from a donor) was added |

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
|  |  | to 1 mL of DNA Collection Buffer 1 (CBD-1) containing 0.4 mg. Proteinase K and then spiked with 10 pg of GBS DNA in examples of Steps S110 and S120. **DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 37 C in an example of Step S130.**")<br>• U.S. Patent No. 9,540,636 at col. 19:2013 ("In the ninth example 500 uL of M4 Transport Media (M4) or Universal Transport Media (UTM) containing a buccal Swab (obtained from a donor) was spiked with 10 pg of GBS DNA and then mixed with 500 uL of DNA Collection Buffer 3 (CBD-3) and 0.4 mg of Proteinase K in examples of Steps S110 and S120. For comparison, "Dry Swab' samples were prepared by adding a buccal swab to 1 mL of DNA Collection Buffer 1 (CBD-1) containing 0.4 mg. Proteinase K and then spiked with 10 pg of GBS DNA. **DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 37 C in an example of Step S130.**")<br>• U.S. Patent No. 9,540,636 at col. 19:44-50 ("In the tenth example, 100 uL whole blood (donor, obtained from Bioreclamation, Inc.) was added to 1 mL of DNA Collection Buffer 1 (CBD-1) containing 0.4 mg. Proteinase K and then spiked with 10 pg of GBS DNA in examples of Steps S110 and S120. **DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at 37 C in an example of Step S130.**")<br>• U.S. Patent No. 9,540,636 at col. 22:60-67 ("In the fifteenth example, 500 uL of Urine (obtained from a donor) was spiked with 10 pg of GBS DNA and then mixed with 500 uL of DNA Collection Buffer 2 (CBD-2) in examples of Steps S110 and S120. **DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature, 37 C, 45 C, or 60 C in examples of Step S130.**")<br>• U.S. Patent No. 9,540,636 at col. 23:16-22 ("In the seventeenth example, 500 uL of M4 was spiked with ten-fold serial dilutions of 1 uL of EV viral particle lysate and 1 LL of GBS DNA and then mixed with 500 uL of RNA Collection Buffer 3 (CBR-3) in examples of Steps S110 and S120. **RNA and DNA were allowed to bind to the PAA affinity moieties for 10 minutes at 37C in an example of Step S130.**")<br>• U.S. Patent No. 9,540,636 at col. 27:4-17 ("Thereafter in the first illustration, as shown in FIG. 22C, the fluidic pathway 165 may be occluded at the second occlusion position 143 and the occlusion at the first occlu-sion 142 may be reversed, thus creating a third truncated pathway as shown in FIG. 22B. A release solution may then be delivered through the fluid port 118, into the capture segment 166, and to the waste chamber 130 by passing the fifth occlusion position 146. **The release solution may then be sealed within a fourth truncated pathway (including the capture segment 166) of the fluidic pathway 165 by occlud-ing the fluidic pathway at the fifth occlusion position 146.** A release solution may then be delivered to other fluidic pathways of the set of fluidic pathways 160.")<br><br>US9604213 (Exhibit 30)<br>• Claim 1: A system for processing and detecting nucleic acids in cooperation with a cartridge comprising a heating |

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | region defined at a first surface, and a magnet housing region defined at a second surface in thermal communication with the first surface, the system comprising: **a capture plate configured to facilitate combination of a set of magnetic beads with a biological sample, thus producing a magnetic bead-sample; and a molecular diagnostic module, configured to process the magnetic bead-sample from the capture plate and separate nucleic acids from the set of magnetic beads,** comprising: a cartridge platform configured to receive the cartridge and comprising a magnet receiving slot aligned with the second surface during operation, a heater configured to transmit heat to the heating region at the first surface during operation, and a magnet coupled to a magnet heating element that heats the magnet during operation with the magnet proximal the second surface, the magnet configured to pass through the magnet receiving slot into the magnet housing region during operation, thereby facilitating separation of a nucleic acid volume from the magnetic bead-sample and heating of the magnetic bead-sample in cooperation with the heater. <br><br> • Claim 4. The system of claim 3, wherein the **capture segment is an S-shaped capture segment**, and wherein in an operation mode of the system the magnet is configured to cross a subset of the capture segment in a direction perpendicular to a flow direction through the capture segment thereby pro viding a magnetic field at the subset of the capture segment to capture the magnetic bead-sample within the capture Segment. <br><br> • Claim 8. The system of claim 1, further comprising a **liquid handling system configured to transfer the magnetic bead sample from the capture plate to the molecular diagnostic module**, and to aspirate the nucleic acid volume from the molecular diagnostic module. <br><br> • U.S. Patent No. 9,604,213 at Abstract ("A system and method for processing and detecting nucleic acids from a set of biological samples, comprising: **a capture plate and a capture plate module configured to facilitate binding of nucleic acids within the set of biological samples to magnetic beads; a molecular diagnostic module configured to receive nucleic acids bound to magnetic beads, isolate nucleic acids, and analyze nucleic acids, comprising a cartridge receiving module, a heating/cooling subsystem and a magnet configured to facilitate isolation of nucleic acids,** a valve actuation subsystem configured to control fluid flow through a microfluidic cartridge for processing nucleic acids, and an optical subsystem for analysis of nucleic acids; a fluid handling system configured to deliver samples and reagents to components of the system to facilitate molecular diagnostic protocols; and an assay Strip configured to combine nucleic acid samples with molecular diagnostic reagents for analysis of nucleic acids.") <br><br> • U.S. Patent No. 9,604,213 at col. 3:28-35 ("The **liquid handling system 250 then aspirates substantially all of each sample of the set of lysed biological samples combined with magnetic beads (i.e., set of magnetic bead samples) from the capture plate no, and dispenses the set of magnetic bead-samples into a microfluidic cartridge** 210, aligned within a cartridge receiving module 140 of a molecular diagnostic module 130, and configured to be manipulated by the molecular diagnostic module 130.") <br><br> • U.S. Patent No. 9,604,213 at col. 3:62-66 ("As shown in FIGS. 3A and 3B, the capture plate 110 comprises a capture |

35

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | plate substrate in comprising a set of wells 112 and a puncturable foil seal 115, and **functions to facilitate binding of nucleic acids within a biological sample to a set of magnetic beads** 119.")<br>• U.S. Patent No. 9,604,213 at col. 4:23-33 ("The set of wells 112 of the capture plate substrate in **function to receive at least one biological sample which contain or are suspected of potentially containing nucleic acids, and to facilitate combination of the biological sample with a set of magnetic beads** 119. Preferably, the wells 113 are each configured to accommodate not only a biological sample, but also to facilitate mixing of the biological sample with a set of magnetic beads 119 (e.g., using a pipettor, the liquid handling system 250 or other apparatus), which preferably are preloaded in wells 112, or alternatively may be added by an operator.")<br><br>US1001888 (Exhibit 55)<br>• Claim 8. The system of claim 6, **wherein the capture segment is an s-shaped capture segment**, and wherein in an operation mode of the system the magnet is configured to cross a portion of the capture segment in a direction perpendicular to a flow direction through the capture segment thereby providing a magnetic field at the portion of the capture segment.<br>• Claim 14: A method for processing and detecting nucleic acids from a sample with a cartridge including a fluidic pathway passing between a heating region of the cartridge and a magnet housing region of the cartridge, wherein the method comprises: with a liquid handling system, **combining the sample with a quantity of magnetic beads to produce a nucleic acid-magnetic bead sample**; with the liquid handling system, transferring the nucleic acid-magnetic bead sample to the fluidic pathway of the cartridge; and contemporaneously transmitting heat through the heating region, by way of a heater, and transmitting heat through the magnet housing region, by way of a magnet heating element coupled to a magnet, thereby facilitating capture of nucleic acids of the sample at the fluidic pathway of the cartridge.<br>• Claim 16. The method of claim 14, wherein **transferring the nucleic acid-magnetic bead sample in to the fluidic pathway of the cartridge comprises transferring the nucleic acid-magnetic bead sample into an s-shaped capture segment** passing between the heating region and the magnet housing region of the cartridge.<br>• U.S. Patent 10,010,888 at col. 4:29-39 ("The set of wells 112 of the **capture plate substrate** 111 **function to receive at least one biological sample which contain or are suspected of potentially containing nucleic acids, and to facilitate combination of the biological sample with a set of magnetic beads** 119. Preferably, the wells 113 are each configured to accommodate not only a biological sample, but also to facilitate mixing of the biological sample with a set of magnetic beads 119 ( e.g., using a pipettor, the liquid handling system 250 or other apparatus), which preferably are preloaded in wells 112, or alternatively may be added by an operator.")<br>• U.S. Patent No. 10,010,88 at col. 6:15-29 ("An embodiment of the system 100 may further comprise a capture plate |

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | module 120, as shown in FIG. 4, which functions to receive, support, and heat a capture plate 110. The capture plate module 120 preferably comprises a thermally conducting substrate 121 configured to cradle a capture plate 110, a capture plate heater 123, a capture plate receiving module 125, and a capture plate electronics module 127. **Preferably, the capture plate module 120 functions to facilitate lysis of a biological sample deposited into a well 113 of the capture plate, and to facilitate binding of nucleic acids (i.e., within a lysed biological sample) to a quantity of magnetic beads 119 within a well 113 of the capture plate** 110. In a specific example, the capture plate module 120 has dimensions of 108 mmx156 mmx45 mm and is configured to rest on a flat surface.")<br>• U.S. Patent No. 10,010,888 at col. 30:45-64 ("An embodiment of a method 400 for processing and detecting nucleic acids from a set of biological samples comprises: combining each biological sample of the set of biological samples with a quantity of magnetic beads to produce a set of magnetic bead-sample mixtures S410; heating the set of magnetic bead-sample mixtures to produce a set of magnetic bead-samples S420; **transferring a set of nucleic acid-magnetic bead samples S420; transferring each nucleic acid-magnetic bead sample of the set of nucleic-acid magnetic bead samples to a corresponding fluidic pathway of a set of fluidic pathways S430**; producing a set of nucleic acid volumes from the set of nucleic acid-magnetic bead samples S440; combining each nucleic acid volume of the set of nucleic acid volumes with a molecular diagnostic reagent of a set of molecular diagnostic reagents to produce a set of nucleic acid-reagent mixtures, through the corresponding fluidic pathway of the set of fluidic pathways, to a detection chamber of a set of detection chambers S460; and receiving light from the set of nucleic acid-reagent mixtures S470.")<br>• U.S. Patent No. 10,010,888 at col. 33:12-17 ("Step S430 recites **transferring each nucleic acid-magnetic bead sample of the set of nucleic acid-magnetic bead samples to a corresponding fluidic pathway of a set of fluidic pathways, and functions to isolate each of the set of nucleic acid-magnetic bead samples within separate pathways for further processing.**") |
| 1(c) | wherein the retaining step comprises binding the polynucleotides to the surfaces of the plurality of binding particles comprising a poly-cationic substance, | The accused workflow comprises retaining polynucleotides from a sample on a plurality of binding particles in a process chamber under a first set of conditions, wherein the retaining step comprises binding the polynucleotides to the surfaces of the plurality of binding particles comprising a poly-cationic substance.<br><br>*NeuMoDx Molecular N96 and N288 Overview and Animation*, NᴇᴜMᴏDx (Nov. 6, 2018, 3:50 PM), http://www.neumodx.com/our-solutions/ - linking to "VIDEO | NeuMoDx™ WORKFLOW" hyperlink at https://player.vimeo.com/video/299307936. (Exhibit 16)<br>• "Liquid Handling Processing A: Lysis and Capture. Dispensing lysis buffer. Dispensing lysis buffer and patient specimen into extraction plate. The liquid handling robot delivers lysis buffer and patient specimen to **the extraction** |

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | **plate, which has 24 independent wells which contain NeuDry affinity-coated paramagnetic beads**. Each mixture is aspirated and dispensed five times to ensure homogeneity of the solution. During the transfer of patient specimen to the extraction plate the liquid handling robot uses pre-defined no-fly zones to reduce the potential of contamination." *Id.* at 0:28-1:05<br>• *Id.* at 0:40 (showing the extraction plate).<br><br>• "Each extraction plate well is then autonomously heated for as little as six minutes to ensure proper lysing and **binding of the nucleic acids to the paramagnetic beads**. The temperatures applied range from 37˚ C to over 90˚ C, resulting in the flexibility to process a wide variety of DNA and RNA IVD and LDT tests simultaneously." 1:07-1:32<br>• *Id.* at 1:16 (showing binding of nucleic acids to paramagnetic beads). |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | 

*NeuMoDx<sup>TM</sup> Molecular Systems*, Nᴇᴜᴍᴏᴅx, http://www.neumodx.com/our-solutions/, last visited May 31, 2019 (Exhibit 11)
<ul><li>"NeuMoDx™ MOLECULAR SYSTEMS REVOLUTIONARY MOLECULAR DIAGNOSTIC SOLUTION Our patented, "sample to result" platform offers market-leading ease of use, true continuous random-access and rapid turnaround time while achieving [sic] optimal operational and clinical performance for our customers and their patients."</li><li>"The NeuMoDx™ Molecular Systems are a family of scalable platforms that fully integrate the entire molecular diagnostic process from "sample to result". The NeuMoDx™ 288 and the NeuMoDx™ 96 Molecular Systems are fully automated, continuous random-access analyzers that utilize our proprietary NeuDry™ reagent technology, which integrates magnetic particle **affinity capture** and real time Polymerase Chain Reaction (PCR) chemistry in a multi-sample microfluidic cartridge. This technology, combined with a platform, uniquely incorporates robotics and microfluidics that result in higher throughput, improved performance and increased efficiency by eliminating the waste associated with technologies that required reconstitution of lyophilized reagents.</li></ul>

40500098_D-IFU-NeuMoDx-Extraction-Plate-US-ONLY (Exhibit 59)
<ul><li>"**Each 24-well NeuMoDx Extraction Plate contains dried, room-temperature stable reagents including proprietary coated magnetic microspheres**, a lytic enzyme, and RNA and DNA Sample Process Controls. Components within the extraction plate work in conjunction with the appropriate NeuMoDx lysis buffer to lyse cells in</li></ul> |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | a temperature dependent manner and **bind the nucleic** acid while reducing activity of any nucleases present in clinical samples. The Sample Process Controls bind to the magnetic microspheres at the same time as the target nucleic acid, and are carried throughout the extraction procedure, serving as internal controls to monitor for any inefficiencies in the extraction process and presence of PCR interference substances." *Id.* at 1. <ul><li>"The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. An aliquot of the unprocessed specimen is mixed with the appropriate lysis buffer in the NeuMoDx Extraction Plate and is subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and **magnetic microspheres**." *Id.* at 1.</li><li>"**The released nucleic acids are captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the NeuMoDx™ Cartridge where the unbound/non-specifically bound components are washed away using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution."** *Id.* at 1.</li></ul> 40600094_D-IFU-NeuMoDx-Cartridge-US-ONLY.pdf (Exhibit 19) <ul><li>The **released nucleic acids are captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the NeuMoDx Cartridge where the unbound/non-specifically bound components are washed away using the NeuMoDx™ WASH Solution and the bound nucleic acid is eluted using the NeuMoDx™ RELEASE Solution**.</li></ul> 40600100_-Rev-D-IFU-NeuMoDx-WASH-Solution-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 58) <ul><li>The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. An **aliquot of the unprocessed specimen is mixed with the appropriate NeuMoDx lysis buffer and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres**.</li><li>The released nucleic acids are **captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the NeuMoDx™ Cartridge where the unbound/non-specifically bound components are washed away using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution**.</li></ul> 40600101_Rev-D-IFU-NeuMoDx-RELEASE-Solution-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 20) |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | • The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. **An aliquot of the unprocessed specimen is mixed with the appropriate NeuMoDx lysis buffer and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres.**<br>• The **released nucleic acids are captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the NeuMoDx™ Cartridge where the unbound/non-specifically bound components are washed away using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.**<br><br>40600103_Rev-D-IFU-NeuMoDx-Lysis-Buffer-4-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 66)<br>• The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. **An aliquot of enriched Lim Broth is mixed with NeuMoDx Lysis Buffer 4 and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres dried in the NeuMoDx Extraction Plate**.<br>• The released nucleic **acids are captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the NeuMoDx™ Cartridge where the unbound/non-specifically bound components are washed away using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.**<br><br>40600104_ Rev-D-IFU-NeuMoDx-Lysis-Buffer-3-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 65)<br>• The released nucleic acids are **captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the NeuMoDx™ Cartridge where the unbound/non-specifically bound components are washed away using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.**<br><br>40600105_Rev-D-IFU-NeuMoDx-Lysis-Buffer-2-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 64)<br>• The **released nucleic acids are captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the NeuMoDx™ Cartridge where the unbound/non-specifically bound components are washed away using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.** |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
|  |  | 40600106_ Rev-D-IFU-NeuMoDx-Lysis-Buffer-1-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 63)<br>• The **released nucleic acids are captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the NeuMoDx™ Cartridge where the unbound/non-specifically bound components are washed away using the NeuMoDx WASH Solution and the bound nucleic acid is eluted using NeuMoDx RELEASE Solution.**<br><br>40600129_D-IFU-GBS-Test-Strip-US-only.pdf (Exhibit 60)<br>• "NeuMoDx$^{TM}$ GBS Test Strip: Instructions for Use…**The released nucleic acids are captured by magnetic affinity microspheres. The microspheres, with the bound nucleic acids, are loaded in to the NeuMoDx$^{TM}$ Cartridge where the unbound, non-DNA components are further washed away with NeuMoDx$^{TM}$ WASH Solution and the bound DNA is eluted using NeuMoDx$^{TM}$ RELEASE Solution.**"<br><br>40600145_-Rev-D-IFU-NeuMoD-LDT-Master-Mix-DNA-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 67)<br>• "NeuMoDx$^{TM}$ LDT Master Mix, DNA: Instructions for Use…Upon lysis, **the released nucleic acids are captured by magnetic affinity microspheres. The microspheres, with the bund nucleic acids, are then loaded into the NeuMoDx$^{TM}$ Cartridge where the unbound/non-specifically bound components are washed away using the NeuMoDx$^{TM}$ WASH Solution and the bound DNA is eluted using NeuMoDx$^{TM}$ RELEASE Solution.**"<br><br>40600146_D-IFU-NeuMoDx-LDT-Master-Mix-RNA-US-ONLY (Exhibit 62)<br>• "NeuMoDx$^{TM}$ LDT Master Mix, RNA: Instructions for Use…Upon lysis, **the released nucleic acids are captured by magnetic affinity microspheres. The microspheres, with the bound nucleic acids, are then loaded into the NeuMoDx$^{TM}$ Cartridge where the unbound/non-specifically bound components are washed away using the NeuMoDx$^{TM}$ WASH Solution and the bound RNA is eluted using NeuMoDx$^{TM}$ RELEASE Solution.**"<br><br>US9339812 (Exhibit 26)<br>• Claim 18. The method of claim 15, wherein combining each biological sample of the set of biological samples with a quantity of magnetic beads comprises combining each biological sample of the set of biological samples with a quantity of magnetic beads treated to be at least one of **positively charged**, magnetic, paramagnetic, and supraparamgetic [sic]."<br>• U.S. Patent No. 9,339,812 at col: 4:42-49 ("The magnetic beads are preferably polymer beads, precoupled with a ligand for binding to a nucleic acid, and comprising a superparagmagnetic [sic] component. Additionally, **the magnetic beads** |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | **may be treated to be positively charged**. However, the magnetic beads may alternatively be any appropriate magnetic beads (e.g. magnetic, parmagnetic [sic], or superparamagnetic) config-ured to facilitate biomagnetic separation.")<br><br>• U.S. Patent No. 9,339,812 at col. 27:50-56 ("The magnetic beads are preferably polymer beads, precoupled with a ligand for binding to a nucleic acid, and comprising a Superparagmagnetic component. **Additionally, the magnetic beads may be treated to be positively charged**. However, the magnetic beads may alternatively be any appropriate magnetic beads configured to facilitate biomagnetic separation.")<br><br>US9382532 (Exhibit 52)<br>• Claim 1. A method for nucleic acid isolation comprising: receiving a binding moiety solution within a process chamber, wherein the binding moiety solution comprises a collection buffer and a set of affinity moiety-coated microparticles, **wherein the set of affinity moiety-coated microparticles comprises Polypropylenimine tetramine dendrimer Generation 1 amide-bonded to a set of microparticles**; contacting the binding moiety solution with a biological sample, within the process chamber, thereby producing a moiety-sample mixture; incubating the moiety-sample mixture to reversibly bind nucleic acid material of the biological sample to the set of affinity moiety-coated microparticles, thereby producing a set of moiety-bound nucleic acid particles; receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position; occluding a fluidic pathway of the cartridge upon displacement of a first subset of the set of pins; separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the fluidic pathway of the cartridge; washing the set of moiety-bound nucleic acid particles within the fluidic pathway of the cartridge, in coordination with displacement of a second subset of pins, wherein displacement of the second subset of pins includes reversal of displacement of at least one pin in the first subset of the set of pins, in reversing occlusion of a portion of the fluidic pathway; and releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles with an elution solution characterized by a pH greater than 10.<br>• Claim 2. The method of claim 1, wherein receiving the binding moiety solution, comprising the set of affinity moiety-coated microparticles, within the process chamber comprises **receiving a set of magnetic microparticles, each magnetic microparticle** modified with an amine-reactive ester functional group configured to **react with one of a set of amine groups of a molecule of Polypropylenimine tetramine dendrimer Generation 1.**<br>• Claim 17. A method for total nucleic acid extraction, comprising simultaneous isolation and concentration of DNA and RNA from a biological sample, the method comprising: receiving a binding moiety solution within a process chamber, wherein the binding moiety solution comprises a collection buffer and a set of affinity moiety-coated microparticles, wherein the set of affinity moiety-coated microparticles comprises **Polypropylenimine tetramine dendrimer Generation 1 amide-bonded to a set of magnetic microparticles**; mixing the binding moiety solution with between |

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
|  |  | 10uL and 2mL of a biological sample, within the process chamber, thereby producing a moiety-sample mixture; incubating the moiety-sample mixture to reversibly bind target nucleic acid material, comprising target DNA and RNA, of the biological sample to the set of affinity moiety-coated microparticles, thereby producing a set of moiety-bound nucleic acid particles; receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position; occluding a fluidic pathway of the cartridge upon displacement of a first subset of the set of pins; magnetically separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the microfluidic pathway of the cartridge; and eluting a nucleic acid sample comprising target DNA and RNA from the set of moiety-bound nucleic acid particles, into less than 20 uL of an elution solution characterized by a pH greater than 10, in coordination with displacement of a second set of pins to modulate flow in the fluidic pathway, thereby facilitating total nucleic acid extraction.<br><br>• Claim 19. A method for nucleic acid isolation from a biological sample, comprising: receiving a binding moiety solution within a process chamber, wherein the binding moiety solution includes a set of affinity moiety-coated microparticles, comprising a set of microparticles amide-bonded to at least one of **poly(allylamine) of molecular weight <30,000 Da and Polypropylenimine tetramine dendrimer** Generation 1; producing a moiety-sample mixture upon combination of the binding moiety solution with the biological sample; producing a set of moiety-bound nucleic acid particles upon incubation of the moiety-sample mixture to reversibly bind nucleic acid material of the biological sample to the set of affinity moiety-coated microparticles; receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position; occluding a fluidic pathway of the cartridge upon displacement of a first subset of the set of pins; separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the fluidic pathway of the cartridge; washing the set of moiety-bound nucleic acid particles within the fluidic pathway of the cartridge; and releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles with an elution solution, in coordination with displacement of a second subset of the set of pins, wherein displacement of the second subset of the set of pins includes reversing displacement of at least one pin of the first subset of the set of pins, and reversing occlusion of a portion of the fluidic pathway.<br><br>• U.S. Patent No. 9,382,532 at 4:56-5:2 ("Step S120 recites mixing the binding moiety solution with a biological sample, within the process chamber, in order to produce a moiety-sample solution, which functions to initiate lysis of the biological sample and enable target nucleic acids to bind to affinity moieties of the binding moiety solution. Preferably, binding of target nucleic acids to affinity moieties is facilitated by the appropriate pH of the binding solution, as shown in FIG. lC; however, binding can be facilitated by any other suitable mechanism. In a variation involving an appropriate pH in the binding solution, **mixing and binding can occur at a low pH, which produces a positively charged affinity moiety that is attracted to negatively charged nucleic acid molecules**. Specific examples of affinity moieties |

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|  |  | that function via a pH shift are described in Section 2 below.")<br>• U.S. Patent No. 9,382,532 at 9:9-30 ("In one variation of Step S160, the affinity moieties, examples of which are described in Section 2 below, function based upon the pH of the environment. **Specifically, at low pH, the affinity moieties are positively charged, which results in attraction to negatively charged nucleic acids; however, at high pH, the affinity moieties are negatively charged, which results in repulsion of negatively charged nucleic acids**. In a specific example of this variation, releasing the nucleic acid sample comprises providing an elution solution that is in the range of pH 12-pH 13 to effect efficient elution/release of the bound target nucleic acid(s) from the microparticle based upon a shift to a more basic pH. In the specific example, the elution solution comprises 20 mM of NaOH; however, in other variations the elution solution can comprise any other suitable concentration of NaOH or KOH, depending upon the application (e.g., sample type). Again, substantial removal of the wash solution during variations of the method 100 comprising Step S150 can facilitate or enhance the pH-shift for nucleic acid release, as the wash solution can potentially neutralize the elution solution in an undesirable manner and mitigate the elevated pH necessary for releasing the target nucleic acid(s).")<br>• U.S. Patent No. 9,382,532 at 11:30-40 ("Nucleic acid molecules are typically negatively charged at standard processing conditions. In such processes, **positively charged moieties can capture and retain the negatively charged nucleic acid molecules**; however, the positively charged moieties can bind too strongly with target nucleic acids leading to an irreversible process whereby the bound nucleic acid cannot be released into the solution for further processing/analysis. **Two novel molecules that are capable of binding nucleic acid in a reversible manner are described below**, wherein the reversible binding is modulated by changing the pH of the environment.")<br>• U.S. Patent No. 9,382,532 at 11:43-53 ("**Poly(allylamine ), or PAA, is a cationic poly electrolyte** prepared by the polymerization of allylamine. Allylamine is an organic compound with the formula C3H5NH2 . An exemplary PAA<br><br>molecule has the following formula:                 ")<br>• U.S. Patent No. 9,382,532 at 12:11-27 ("**Polypropylenimine tetramine dendrimer Generation 1, or DABAM Generation 1, is a cationic polyelectrolyte dendrimer**. Dendrimers are repetitively branched molecules. A dendrimer is typically symmetric around a core, and often adopts a spherical three-dimensional structure. An exemplary DABAM |

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                |  molecule has the following formula: ")<br><br>• U.S. Patent No. 9,382,532 at 12:51-61 ("**The affinity moieties, such as the PAA and DABAM described in Section 2.1 and 2.2, can be immobilized on a suitable substrate to facilitate subsequent capture of target nucleic acids bound to the substrate (e.g., by magnetic separation**, size-based separation, density-based separation, or focusing). A process for coupling the affinity moiety to the substrate preferably relies on creation of a covalent bond between the affinity moiety and the microparticle, and in one variation as described below, a carboxylic acid group (-COOH) can be used to form the covalent bond between the microparticles and the affinity moieties."<br><br>• U.S. Patent No. 9,382,532 at 12:62-13:13 ("As shown in FIG. 3, a method 200 for **coupling the microparticles with the affinity moieties comprises activating carboxylated microparticles** with EDAC 5210 to form a set of microparticle-reactive ester compounds; treating the set of microparticle-reactive ester compounds with an N-Hydroxysuccinimide to form a set of microparticle-amine reactive ester compounds S220, combining the set of microparticle-amine reactive ester compounds with a set of affinity moieties selected from the group comprising PAA and DABAM S230 to produce a microparticle-moiety solution; and washing the microparticle-moiety solution, thereby producing a set of microparticles covalently bonded to the set of affinity moieties by amide bonds S240. The method 200 functions to produce a set of moiety-bound microparticles for nucleic acid isolation. Preferably, the microparticles are magnetic to facilitate nucleic acid isolation by magnetic separation; however, the microparticles can alternatively be characterized by any suitable feature that facilitates nucleic acid isolation, as described earlier in Section 1.")<br><br>• U.S. Patent No. 9,382,532 at 13:14-28 ("In a specific example, as shown in FIG. 3, the method 200 comprises **activating magnetic carboxylated microparticles with EDAC** in Step S110 to form a set of magnetic microparticle-reactive ester compounds; treating the set of magnetic microparticle-reactive ester compounds with a N-Hydroxysulfosuccinimide to form a set of microparticle-amine reactive ester compounds S220, **combining the set of microparticle-amine reactive ester compounds with a set of affinity moieties selected from the group comprising PAA of molecular weight less than 30,000 Da and DABAM of generation less than two S230 to produce a microparticle-moiety solution**; and repeatedly washing the microparticle-moiety solution, thereby producing a set of magnetic microparticles covalently bonded to the set of affinity moieties by amide bonds S240.")<br><br>• U.S. Patent No. 9,382,532 at 13:42-45 ("A first example of the method 100 comprises **using PAA affinity moieties** |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | **coated onto magnetic microparticles**, cerebrospinal fluid (CSF) as a representative biological sample, and Enterovirus (EV) viral particles as the model target.") <br><br> • U.S. Patent No. 9,382,532 at 14:5-9 ("A second example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, M4 transport medium containing a nasal swab (donor) as a representative biological sample, and Enterovirus (EV) viral particles as the model target.") <br><br> • U.S. Patent No. 9,382,532 at 14:41-45 ("A third example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, Universal Transport Medium (UTM) containing a nasal swab (donor) as a representative biological sample, and Enterovirus (EV) viral particles as the model target.") <br><br> • U.S. Patent No. 9,382,532 at 15:8-12 ("A fourth example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, M4 transport medium containing nasal swab (donor) as a representative biological sample, and Enterovirus (EV) viral particles as the model target.") <br><br> • U.S. Patent No. 9,382,532 at 15:58-63 ("A fifth example of the method 100 comprises using **DABAM affinity moieties coated onto magnetic microparticles**, Human Urine (donor), Human Plasma and Buccal Swab (donor) as representative biological sample matrices, and Group B Streptococcus (GBS) DNA (ATCC, Virginia) as the model target.") <br><br> • U.S. Patent No. 9,382,532 at 16:29-32 ("A sixth example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, Human Urine (donor) as a representative biological sample, and Group B Streptococcus (GBS) DNA as the model target.") <br><br> • U.S. Patent No. 9,382,532 at 16:61-65 ("A seventh example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, Human Plasma (donor, obtained from Bioreclamation, Inc.) as a representative biological sample, and Group B Streptococcus (GBS) DNA as the model target.") <br><br> • U.S. Patent No. 9,382,532 at 17:27-31 ("An eighth example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, simulated swab specimens as a representative biological sample and Group B Streptococcus (GBS) DNA as the model target.") <br><br> • U.S. Patent No. 9,382,532 at 17:60-64 ("A ninth example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, simulated swab transport media specimens as representative biological samples and Group B Streptococcus (GBS) DNA at the model target.") <br><br> • U.S. Patent No. 9,382,532 at 18:31-34 ("A tenth example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, whole blood as a representative biological sample and Group B Streptococcus (GBS) DNA as the model target.") <br><br> • U.S. Patent No. 9,382,532 at 19:12-15 ("An eleventh example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, Urine (donor) as a representative biological sample and Group B |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | Streptococcus (GBS) DNA as the model target.") <br>• U.S. Patent No. 9,382,532 at 19:46-49 ("A twelfth example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, plasma (donor) as a representative biological sample, and Group B Streptococcus (GBS) DNA as the model target.") <br>• U.S. Patent No. 9,382,532 at 20:6-11 ("A thirteenth example of the method 100, demonstrating the effect of binding time, comprises using **PAA affinity moieties coated onto magnetic microparticles**, Human Plasma (donor) as a representative biological sample and Group B Streptococcus (GBS) DNA (ATCC, Virginia) as the model target.") <br>• U.S. Patent No. 9,382,532 at 20:33-38 ("A fourteenth example of the method 100, demonstrating the effect of binding temperature, comprises using **PAA affinity moieties coated onto magnetic microparticles**, Human Plasma (donor) as a representative biological sample and Group B Streptococcus (GBS) DNA (ATCC, Virginia) as the model target.") <br>• U.S. Patent No. 9,382,532 at 21:23-27 ("A fifteenth example of the method 100, demonstrating the effect of binding temperature, comprises using **PAA affinity moieties coated onto magnetic microparticles**, Urine (donor) as a representative biological sample and Group B Streptococcus (GBS) DNA as the model target.") <br>• U.S. Patent No. 9,382,532 at 21:58-62 ("A sixteenth example of the method 100, demonstrating the use of two different elution solutions, comprises using **PAA affinity moieties coated onto magnetic microparticles**, Human Urine (donor) as a representative biological sample and Group B Streptococcus (GBS) DNA as the model target.") <br>• U.S. Patent No. 9,382,532 at 22:31-37 ("A seventeenth example of the method 100, demonstrating the use of nucleic acid isolation reagents for total nucleic acid (TNA) extraction, comprises using **PAA affinity moieties coated onto magnetic microparticles**, M4 transport media as a representative biological sample, and Enterovirus (EV) viral particles as the model RNA target and Group B Streptococcus DNA as model DNA target.") <br><br>US9540636 (Exhibit 54) <br>• Claim 2. The method of claim 1, wherein the set of affinity moiety-coated microparticles comprises a set of magnetic microparticles, and wherein receiving the binding moiety solution, comprising the set of affinity moiety-coated microparticles, within the process chamber comprises receiving the set of magnetic microparticles, each magnetic microparticle modified with an amine-reactive ester functional group **configured to react with one of a set of amine groups of a molecule of Polypropylenimine tetramine dendrimer Generation 1.** <br>• Claim 19. The method of claim 17, wherein the set of affinity moiety-coated microparticles comprises a set of microparticles **amide-bonded to at least one of the Poly(allylamine) of molecular weight <40,000 Da and the Polypropylenimine tetramine dendrimer Generation 1**. <br>• U.S. Patent No. 9,540,636 at Abstract ("A method for nucleic acid isolation comprising: receiving a binding moiety solution within a process chamber; mixing the binding moiety solution with a biological sample, within the process |

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
|  |  | chamber, in order to produce a moiety-sample mixture; incubating the moiety-sample mixture during a time window, thereby producing a solution comprising a set of moiety-bound nucleic acid particles and a waste volume; separating the set of moiety-bound nucleic acid particles from the waste volume; washing the set of moiety-bound nucleic acid particles; and releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles. **The method preferably utilizes a binding moiety comprising at least one of poly(allylamine) and polypropylenimine tetramine dendrimer**, both of which reversibly bind and unbind to nucleic acids based upon environmental pH.")<br><br>• U.S. Patent No. 9,540,636 at col.11:51-61 ("Nucleic acid molecules are typically negatively charged at standard processing conditions. In such processes, **positively charged moieties can capture and retain the negatively charge nucleic acid molecules;** however, the positively charged moieties can bind too strongly with target nucleic acids leading to an irreversible process whereby the bound nucleic acid cannot be released into the solution for further processing/analysis. Two novel molecules that are capable of binding nucleic acid in a reversible manner are described below, wherein the reversible binding is modulated by changing the pH of the environment.")<br><br>• U.S. Patent No. 9,540,636 at col.11:65-66 ("**Poly(allylmine), or PAA, is a cationic polyelectrolyte** prepared by the polymerization of allylamine.")<br><br><br><br>• U.S. Patent No. 9,540,636 at col.12:36-38 ("**Polypropylenimine tetramine dendrimer Generation 1, or DABAM Generation 1, is a cationic polyelectrolyte dendrimer.**")<br><br><br><br>• U.S. Patent No. 9,540,636 at col. 14:9-12 (A first example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, cerebrospinal fluid (CSF) as a representative biological sample, and Enterovirus |

| Claim | Claim Language | Infringement Evidence |
|-------|---------------|----------------------|
| | | (EV) viral particles as the model target.") |
| | | • U.S. Patent No. 9,540,636 at col. 14:44-48 ("A second example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, M4 transport medium containing a nasal Swab (donor) as a representative biological sample, and Enterovirus (EV) viral particles as the model target.") |
| | | • U.S. Patent No. 9,540,636 at col. 15:18-22 ("A third example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, Universal Transport Medium (UTM) containing a nasal swab (donor) as a representative biological sample, and Enterovirus (EV) viral particles as the model target.") |
| | | • U.S. Patent No. 9,540,636 at col. 15:56-60 ("A fourth example of the method 100 comprises **using PAA affinity moieties coated onto magnetic microparticles**, M4 transport medium containing nasal Swab (donor) as a representative biological sample, and Enterovirus (EV) viral particles as the model target.") |
| | | • U.S. Patent No. 9,540,636 at col. 16:43-48 ("A fifth example of the method 100 comprises using **DABAM affinity moieties coated onto magnetic microparticles**, Human Urine (donor), Human Plasma and Buccal Swab (donor) as representative biological sample matrices, and Group B Streptococcus (GBS) DNA (ATCC, Virginia) as the model target.") |
| | | • U.S. Patent No. 9,540,636 at col. 17:19-22 ("A sixth example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, Human Urine (donor) as a representative biological sample, and Group B Streptococcus (GBS) DNA as the model target.") |
| | | • U.S. Patent No. 9,540,636 at col. 17:56-60 ("A seventh example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, Human Plasma (donor, obtained from Bioreclamation, Inc.) as a representative biological sample, and Group B Streptococcus (GBS) DNA as the model target.") |
| | | • U.S. Patent No. 9,540,636 at col. 18:26-31 ("An eighth example of the method 100  comprises using **PAA affinity moieties coated onto magnetic microparticles**, simulated Swab specimens as a representative biological sample and Group B Streptococcus (GBS) DNA as the model target.") |
| | | • U.S. Patent No. 9,540,636 at col. 18:65-19:2 ("A ninth example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, simulated Swab transport media specimens as representative biological samples and Group B Streptococcus (GBS) DNA as the model target.") |
| | | • U.S. Patent No. 9,540,636 at col. 19:41-44 ("A tenth example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, whole blood as a representative biological sample and Group B Streptococcus (GBS) DNA as the model target.") |
| | | • U.S. Patent No. 9,540,636 at col. 20:27-30 ("An eleventh example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, Urine (donor) as a representative biological sample and Group B Streptococcus (GBS) DNA as the model target.") |

50

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | • U.S. Patent No. 9,540,636 at col. 20:66-21:2 ("A twelfth example of the method 100 comprises using **PAA affinity moieties coated onto magnetic microparticles**, plasma (donor) as a representative biological sample, and Group B Streptococcus (GBS) DNA as the model target.")<br><br>• U.S. Patent No. 9,540,636 at col. 21:31-36 ("A thirteenth example of the method 100, demonstrating the effect of binding time, comprises using **PAA affinity moieties coated onto magnetic microparticles**, Human Plasma (donor) as a representative biological sample and Group B Streptococcus (GBS) DNA (ATCC, Virginia) as the model target.")<br><br>• U.S. Patent No. 9,540,636 at col. 21:61-66 ("A fourteenth example of the method 100, demonstrating the effect of binding temperature, comprises **using PAA affinity moieties coated onto magnetic microparticles**, Human Plasma (donor) as a representative biological sample and Group B Streptococcus (GBS) DNA (ATCC, Virginia) as the model target.")<br><br>• U.S. Patent No. 9,540,636 at col. 22:56-60 ("A fifteenth example of the method 100, demonstrating the effect of binding temperature, comprises **using PAA affinity moieties coated onto magnetic microparticles**, Urine (donor) as a representative biological sample and Group B Streptococcus (GBS) DNA as the model target.")<br><br>• U.S. Patent No. 9,540,636 at col. 23:30-35 ("A sixteenth example of the method 100, demonstrating the use of two different elution solutions, comprises **using PAA affinity moieties coated onto magnetic microparticles**, Human Urine (donor) as a representative biological sample and Group B Streptococcus (GBS) DNA as the model target.")<br><br>• U.S. Patent No. 9,540,636 at col. 24:10-16 ("A seventeenth example of the method 100, demonstrating the use of nucleic acid isolation reagents for total nucleic acid (TNA) extraction, comprises **using PAA affinity moieties coated onto magnetic microparticles**, M4 transport media as a representative biological sample, and Enterovirus (EV) viral particles as the model RNA target and Group B Streptococcus DNA as model DNA target.") |
| 1(d) | wherein the sample has a volume from 0.5 microliters to 3 milliliters; | The accused workflow comprises retaining polynucleotides from a sample on a plurality of binding particles in a process chamber under a first set of conditions, wherein the retaining step comprises binding the polynucleotides to the surfaces of the plurality of binding particles comprising a poly-cationic substance, wherein the sample has a volume from 0.5 microliters to 3 milliliters.<br><br>40600145_-Rev-D-IFU-NeuMoD-LDT-Master-Mix-DNA-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 67) |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence | |
|---|---|---|---|
| | | **WARNINGS & PRECAUTIONS**<br>• This test is for in vitro diagnostic use with NeuMoDx Systems only.<br>• Do not use the reagents after the listed expiration date.<br>• Do not use any reagents if the safety seal is broken or if the packaging is damaged upon arrival.<br>• Do not use reagents if the protective pouch is open or broken upon arrival.<br>• Do not reuse any NeuMoDx consumable or reagent.<br>• Minimum specimen volume is 1 mL; volume less than 1 mL may result in an instrument error.<br><br>40600146  D-IFU-NeuMoDx-LDT-Master-Mix-RNA-US-ONLY.pdf (Exhibit 62)<br>**WARNINGS & PRECAUTIONS**<br>• This test is for in vitro diagnostic use with NeuMoDx Systems only.<br>• Do not use the reagents after the listed expiration date.<br>• Do not use any reagents if the safety seal is broken or if the packaging is damaged upon arrival.<br>• Do not use reagents if the protective pouch is open or broken upon arrival.<br>• Do not reuse any NeuMoDx consumable or reagent.<br>• Minimum specimen volume is 1 mL; volume less than 1 mL may result in an instrument error.<br><br>NeuMoDx_EBV_Poster_AMP2018_FNL.pdf (Exhibit 82)<br>• "Performance of the NeuMoDx EBV Test was characterized in both plasma and whole blood matrices. The objective of this study was to test and report performance of the NeuMoDx EBV Test across key analytical metrics. Studies were performed to characterize the analytical sensitivity, limits of quantitation, linearity, precision, turnaround time, and equivalency across specimen types. **Testing was performed using either a 550 μL sample of plasma or a 220 μL sample volume of whole blood specimen.**"<br><br>US9382532 (Exhibit 52)<br>• Claim 17. A method for total nucleic acid extraction, comprising simultaneous isolation and concentration of DNA and | |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
|  |  | RNA from a biological sample, the method comprising: receiving a binding moiety solution within a process chamber, wherein the binding moiety solution comprises a collection buffer and a set of affinity moiety-coated microparticles, wherein the set of affinity moiety-coated microparticles comprises Polypropylenimine tetramine dendrimer Generation 1 amide-bonded to a set of magnetic microparticles; **mixing the binding moiety solution with between 10uL and 2mL of a biological sample**, within the process chamber, thereby producing a moiety-sample mixture; incubating the moiety-sample mixture to reversibly bind nucleic acid material, comprising target DNA and RNA, of the biological sample to the set of affinity moiety-coated microparticles, thereby producing a set of moiety-bound nucleic acid particles; receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position; occluding a fluidic pathway of the cartridge upon displacement of a first subset of the set of pins; magnetically separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the microfluidic pathway of the cartridge; and eluting a nucleic acid sample comprising target DNA and RNA from the set of moiety-bound nucleic acid particles, into less than 20 uL of an elution solution characterized by a pH greater than 10, in coordination with displacement of a second set of pins to modulate flow in the fluidic pathway, thereby facilitating total nucleic acid extraction.<br>• U.S. Patent No. 9,382,532 at col. 5:16-24 ("Furthermore, in other variations, the moiety-sample solution can be transferred to any other suitable fluid vessel for mixing. In a specific example, **between 5 uL-2 mL of biological sample** is delivered to the process chamber containing the binding moiety solution and the resulting moiety-sample solution is then mixed thoroughly by aspirating and dispensing the moiety-sample solution ten times to ensure uniform distribution within the moiety-sample solution.")<br>• U.S. Patent No. 9,382,532 at col. 9:1-8 ("For example, the target nucleic acid(s) from **0.5 mL of an initial biological sample** (undiluted by collection buffer) can be processed using the method 100 and eluted into ~10 uI of elution solution. In other examples, elution solution Volumes can be as low as 5 microliters resulting in a significant (50X-100x) concentration of the target nucleic acid from the initial biological sample.") |
| 1(e) | wherein the first set of conditions includes a first pH of about 8.5 or less and a first temperature, | The accused workflow comprises retaining polynucleotides from a sample on a plurality of binding particles in a process chamber under a first set of conditions, wherein the retaining step comprises binding the polynucleotides to the surfaces of the plurality of binding particles comprising a poly-cationic substance, wherein the sample has a volume from 0.5 microliters to 3 milliliters, wherein the first set of conditions includes a first pH of about 8.5 or less and a first temperature.<br><br>40600175_REV-C-SDS-NeuMoDx-Lysis-Buffer-1-Final.pdf (Exhibit 68) |

| Claim | Claim Language | Infringement Evidence | |
|-------|----------------|------------------------|---|

**9.1   General Information**

| | |
|---|---|
| Form: | Liquid |
| Color: | Clear, with a slightly yellow tinge |
| Odor: | odorless |
| Odor Threshold: | Not determined |
| pH Value at 20°C (68°F): | 4.45 – 4.9 |
| Melting point/melting range: | Not determined |

40600176_Rev-C-SDS_-NeuMoDx-Lysis-Buffer-2-Final.pdf (Buffer 69)

**9.1   General Information**

| | |
|---|---|
| Form: | Liquid |
| Color: | Clear, with a slightly yellow tinge |
| Odor: | odorless |
| Odor Threshold: | Not determined |
| pH Value at 20°C (68°F): | 4.2 – 5.2 |
| Melting point/melting range: | Not determined |

40600177_Rev-C-SDS-NeuMoDx-Lysis-Buffer-3-Final.pdf (Exhibit 70)

**9.1   General Information**

| | |
|---|---|
| Form: | Liquid |
| Color: | Clear, with a slightly yellow tinge |
| Odor: | Odorless |
| Odor Threshold: | Not determined |
| pH Value at 20°C (68°F): | 4.9 – 5.1 |
| Melting point/melting range: | Not determined |

40600112_Rev-B-SDS-NeuMoDx-Lysis-Buffer-4-FINAL.pdf (Exhibit 71)

54

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | **9.1    General Information** <br><br> **Form:** Liquid <br> **Color:** Clear, with a slightly yellow tinge <br> **Odor:** odorless <br> **Odor Threshold:** Not determined <br> **pH Value at 20°C (68°F):** $4.45 - 4.9$ <br> **Melting point/melting range:** Not determined <br><br> US9382532 (Exhibit 52) <br> • U.S. Patent No. 9,382,532 at col. 21:27-33 ("In the fifteenth example, 500 uL of Urine (obtained from a donor) was spiked with mpg of GBS DNA and then mixed with 500 uL of DNA Collection Buffer 2 (**CBD-2**) in examples of Steps S110 and S120. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for **10 minutes at** room temperature, 37 C, **45C,** or 60 C in examples of Step S130.") <br> • U.S. Patent No. 9,382,532 at col. 28:52-54 ("CBD-2 SP2: ultrapure water (480 mL), 1 M Tris pH 7.0 (100 mL), sodium citrate (11.76 g), boric acid (2.48 g), **0.5M EDTA pH 8.0** (400 mL), and Triton-X 100 (20 mL).") <br><br> US9540636 (Exhibit 54) <br> • U.S. Patent No. 9,540,636 at col. 22:60-67 ("In the fifteenth example, 500 uL of Urine (obtained from a donor) was spiked with 10 pg of GBS DNA and then mixed with 500 uL of DNA Collection Buffer 2 (**CBD-2**) in examples of Steps S110 and S120. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature, **37 C, 45 C,** or 60 C in examples of Step S130.") <br> • U.S. Patent No. 9,540,636 at col. 30:48-50 ("CBD-2 SP2: ultrapure water (480 mL), **1 M Tris pH 7.0 (100 mL),** sodium citrate (11.76 g), boric acid (2.48 g), 0.5M EDTA pH 8.0 (400 mL), and Triton-X 100 (20 mL).") <br> • U.S. Patent No. 9,540,636 at col. 24:16-22 ("In the seventeenth example, 500 uL of M4 was spiked with ten-fold serial dilutions of 1 uL of EV viral particle lysate and 1 LL of GBS DNA and then mixed with 500 uL of RNA Collection Buffer 3 (CBR-3) in examples of Steps S110 and S120. RNA and DNA were allowed to bind to the PAA affinity moieties for 10 minutes at 37C in an example of Step S130.") |
| 1(f) | wherein the first temperature is about 50˚ C; | The accused workflow comprises retaining polynucleotides from a sample on a plurality of binding particles in a process chamber under a first set of conditions, wherein the retaining step comprises binding the polynucleotides to the surfaces of the |

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | plurality of binding particles comprising a poly-cationic substance, wherein the sample has a volume from 0.5 microliters to 3 milliliters, wherein the first set of conditions includes a first pH of about 8.5 or less and a first temperature, wherein the first temperature is about 50˚ C. <br><br> *NeuMoDx Molecular N96 and N288 Overview and Animation*, NEUMODX (Nov. 6, 2018, 3:50 PM), http://www.neumodx.com/our-solutions/ - linking to "VIDEO \| NeuMoDx<sup>TM</sup> WORKFLOW" hyperlink at https://player.vimeo.com/video/299307936. (Exhibit 16) <br><br>   On information and belief, the accused system comprises retaining polynucleotides from a sample on a plurality of binding particles in a process chamber under a first set of conditions, wherein the retaining step comprises binding the polynucleotides to the surfaces of the plurality of binding particles comprising a poly-cationic substance, wherein the sample has a volume from 0.5 microliters to 3 milliliters, wherein the first set of conditions includes a first pH of about 8.5 or less and a first temperature, wherein the first temperature is about 50˚ C. <br><br> • "Liquid Handling Processing A: Lysis and Capture. **Dispensing lysis buffer. Dispensing lysis buffer and patient specimen into extraction plate**. The liquid handling robot delivers lysis buffer and patient specimen to **the extraction plate, which has 24 independent wells** which contain NeuDry affinity-coated paramagnetic beads. Each mixture is aspirated and dispensed five times to ensure homogeneity of the solution. During the transfer of patient specimen to the extraction plate the liquid handling robot uses pre-defined no-fly zones to reduce the potential of contamination." *Id.* at 0:28-1:05 <br> • *Id.* at 0:40 (showing the extraction plate) |

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                |  |

- "**Each extraction plate well is then heated independently** for 10 minutes to ensure proper lysing and binding of the nucleic acids to the paramagnetic beads. The temperatures applied **range from 37 degrees Celsius to 60 degrees Celsius**, resulting in the flexibility to process a wide variety of DNA and RNA IVD and LDT tests simultaneously." *Id.* at 1:05-1:35

40500098_D-IFU-NeuMoDx-Extraction-Plate-US-ONLY (Exhibit 59)
- "The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. **An aliquot of the unprocessed specimen is mixed with the appropriate lysis buffer in the NeuMoDx Extraction Plate and is subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres.**" *Id.* at 1.

40600100_-Rev-D-IFU-NeuMoDx-WASH-Solution-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 58)
- The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. An **aliquot of the unprocessed specimen is mixed with the appropriate NeuMoDx lysis buffer and subjected to lysis at pre-determined temperatures in the presence of lytic**

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | **enzymes and magnetic microspheres**.<br><br>40600101_Rev-D-IFU-NeuMoDx-RELEASE-Solution-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 20)<br>• The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. **An aliquot of the unprocessed specimen is mixed with the appropriate NeuMoDx lysis buffer and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres.**<br><br>40600103_Rev-D-IFU-NeuMoDx-Lysis-Buffer-4-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 66)<br>• The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. **An aliquot of enriched Lim Broth is mixed with NeuMoDx Lysis Buffer 4 and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres** dried in the NeuMoDx Extraction Plate.<br><br>US9382532 (Exhibit 52)<br>• Claim 4: The method of claim 3, wherein incubating the moiety-sample mixture comprises **heating the moiety-sample solution to a temperature in the range of 25-95˚C for 5-60 minutes**, thus simultaneously lysing the biological sample and facilitating binding of nucleic acid material of the biological ample to the set of affinity moiety-coated microparticles.<br>• U.S. Patent No. 9,382,532 at col.6:8-15 ("In a first example of Step S130, enteroviral particles are incubated and lysed at room temperature in the presence of detergent. In a variation of the first example, enteroviral particles treated with Proteinase K can be incubated and lysed within a **modified temperature range of 37-60C** for optimal activity of the proteinase enzyme.")<br>• U.S. Patent No. 9,382,532 at 20:38-44 ("In the fourteenth example, 500 uL of Plasma was spiked with mpg of GBS DNA and then mixed with 500 uLof DNA Collection Buffer 2 (CBD-2) in examples of Steps S110 and S120. **DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes** at room temperature, 37 C, **45C**, or 60C in examples of Steps S130.")<br>• U.S. Patent No. 9,382,532 at col. 21:27-33 ("In the fifteenth example, 500 uL of Urine (obtained from a donor) was spiked with mpg of GBS DNA and then mixed with 500 uL of DNA Collection Buffer 2 (CBD-2) in examples of Steps S110 and S120. **DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10** |

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
| | | **minutes** at room temperature, 37 C, **45C**, or 60 C in examples of Step S130.") |
| | | US9540636 (Exhibit 54)<br>• Claim 6: The method of claim 3, wherein incubating the moiety-sample mixture comprises heating the moiety-sample solution to a **temperature above 25˚ C** for at least 5 minutes, thus simultaneously lysing the biological sample and facilitating the binding of nucleic acid material of the biological sample to the set of affinity moiety-coated microparticles.<br>• U.S. Patent No. 9,540,646 at col. 6:2-9 ("Preferably, the process chamber containing the moiety-sample solution (e.g., lysis, clean-up, binding reagents and the biological sample) is incubated for a defined period of time at a **temperature preferably in the range of 25-95 C**, wherein time and temperature parameters are biological sample-dependent. Example parameters for different biological samples are described briefly below, and further in Section 3 below.")<br>• U.S. Patent No. 9,540,646 at col. 6:24-31 ("In a variation of the first example, enteroviral particles treated with Proteinase K can be incubated and lysed within a modified **temperature range of 37-60C** for optimal activity of the proteinase enzyme. In a second example of Step S130, a nasal Swab containing Staphylococcus aureus bacteria is incubated at approximately 95 C to ensure thorough lysis of the gram-positive bacteria.")<br>• U.S. Patent No. 9,540,636 at col. 2:60-67 ("In the fifteenth example, 500 uL of Urine (obtained from a donor) was spiked with 10 pg of GBS DNA and then mixed with 500 uL of DNA Collection Buffer 2 (**CBD-2**) in examples of Steps S110 and S120. DNA was allowed to bind to the PAA affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature, 37 C, **45 C**, or 60 C in examples of Step S130.")<br>• U.S. Patent No. 9,540,636 at col. 30:48-50 ("CBD-2 SP2: ultrapure water (480 mL), **1 M Tris pH 7.0 (100 mL)**, sodium citrate (11.76 g), boric acid (2.48 g), 0.5M EDTA pH 8.0 (400 mL), and Triton-X 100 (20 mL).")<br>• U.S. Patent No. 9,540,636 at col. 23:16-22 ("In the seventeenth example, 500 uL of M4 was spiked with ten-fold serial dilutions of 1 uL of EV viral particle lysate and 1 LL of GBS DNA and then mixed with 500 uL of RNA Collection Buffer 3 (CBR-3) in examples of Steps S110 and S120. RNA and DNA were allowed to bind to the PAA affinity moieties for 10 minutes at 37C in an example of Step S130.") |
| 1(g) | releasing the polynucleotide from the plurality of binding particles under a second set of conditions; and | The accused workflow comprises releasing the polynucleotide from the plurality of binding particles under a second set of conditions.<br><br>*NeuMoDx Molecular N96 and N288 Overview and Animation*, NEUMODX (Nov. 6, 2018, 3:50 PM), http://www.neumodx.com/our-solutions/ - linking to "VIDEO | NeuMoDx™ WORKFLOW" hyperlink at https://player.vimeo.com/video/299307936. (Exhibit 16) |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
| | | • "A high pH NeuMoDx release reagent is dispensed into the S channel to cover the beads and heat is applied to complete the denaturation process, **resulting in released nucleic acid or eluent**." 2:55-58<br>• 2:58 Release reagent<br><br>• 3:04 Heat/denaturation<br><br>• "A precise volume of air is then applied to remove any remaining liquid into the waste chamber. NeuMoDx wash solution is pumped via the fluid port into the microfluidic cartridge to remove all unbound material, followed by |

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | another volume of air to remove excess wash solution. **High pH NeuMoDx release reagent is dispensed into the s-channel to cover the beads, and heat is applied to the denaturation process, resulting in released nucleic acid or eluate.**" *Id.* at 2:39-3:12.<br><br>40600146_D-IFU-NeuMoDx-LDT-Master-Mix-RNA-US-ONLY (Exhibit 62)<br>• "NeuMoDx<sup>TM</sup> LDT Master Mix, RNA Instructions for Use…Upon lysis, the released nucleic acids are captured by magnetic affinity microspheres. The microspheres, with the bound nucleic acids, are then loaded into the NeuMoDx<sup>TM</sup> Cartridge where the unbound/non-specifically bound components are washed away using the NeuMoDx<sup>TM</sup> WASH SOLUTION and **the bound RNA is eluted using NeuMoDx<sup>TM</sup> RELEASE Solution.**"<br><br>40600145_-Rev-D-IFU-NeuMoD-LDT-Master-Mix-DNA-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 67)<br>• "NeuMoDx<sup>TM</sup> LDT Master Mix, DNA Instructions for Use…Upon lysis, the released nucleic acids are captured by magnetic affinity microspheres. The microspheres, with the bund nucleic acids, are then loaded into the NeuMoDx<sup>TM</sup> Cartridge where the unbound/non-specifically bound components are washed away using the NeuMoDx<sup>TM</sup> WASH Solution and **the bound DNA is eluted using NeuMoDx<sup>TM</sup> RELEASE Solution.**"<br><br>40600094_D-IFU-NeuMoDx-Cartidge-US-ONLY.pdf (Exhibit 19)<br>• "NeuMoDx<sup>TM</sup> Cartridge Instructions for Use…The released nucleic acids are captured by magnetic affinity microspheres and these microspheres (along with the bound nucleic acids) are then loaded into the NeuMoDx Cartridge where the unbound/non-specifically bound components are washed away using the NeuMoDx<sup>TM</sup> WASH Solution and **the bound nucleic acid is eluted using the NeuMoDx<sup>TM</sup> RELEASE Solution.**"<br><br>40600129_D-IFU-GBS-Test-Strip-US-only.pdf (Exhibit 60)<br>• " NeuMoDx<sup>TM</sup> GBS Test Strip Instructions for Use…The released nucleic acids are captured by magnetic affinity microspheres. The microspheres, with the bound nucleic acids, are loaded into the NeuMoDx<sup>TM</sup> Cartridge where the unbound, non-DNA components are further washed away with NeuMoDx<sup>TM</sup> WASH Solution and **the bound DNA is eluted using NeuMoDx<sup>TM</sup> RELEASE Solution.**"<br><br>40600101_Rev-D-IFU-NeuMoDx-RELEASE-Solution-US-ONLY-FINAL-25Oct2018 (Exhibit 20)<br>• "NeuMoDx<sup>TM</sup> Release Reagent Instructions for Use…**NeuMoDx<sup>TM</sup> Release Solution is a proprietary reagent that releases captured nucleic acid from NeuMoDx<sup>TM</sup> proprietary affinity magnetic microspheres** providing the eluate at the proper pH for mixing the dried reagents in a NeuMoDx<sup>TM</sup> test strip and subsequent Real-Time PCR." |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | **US9050594 (Exhibit 24)**<br>• Claim 1: A system for processing and detecting nucleic acids, comprising: a capture plate comprising at least one well configured to facilitate a combination of a set of magnetic beads with a biological sample, thus producing a magnetic bead-sample; and a molecular diagnostic module, configured to process at least one magnetic bead-sample obtained from the capture plate, and **separate nucleic acids from magnetic beads**, wherein the molecular diagnostic module comprises: a cartridge platform comprising a magnet receiving slot, an actuator configured to displace the cartridge platform, a magnet, wherein an extended configuration of the actuator allows the magnet to pass through the magnet receiving slot to facilitate separation of the at least one nucleic acid volume, and a cam card contacting a set of pins, wherein the extended configuration of the actuator combined with movement of the cam card displaces a subset of the set of pins through a set of slots of the cartridge platform, to define at least one distinct pathway configured to receive at least one magnetic bead-sample.<br>• U.S. Patent No. 9,050,594 at col. 10:49-52 ("The **cartridge heater 153 functions to transfer heat to a heating region 224 of a microfluidic cartridge 210, for inducing a pH shift to release bound nucleic acids from magnetic beads** within the heating region 224.")<br>• U.S. Patent 9,050,594 at col. 29:57-30:7 ("Preferably, Step S443 comprises defining at least one truncated fluidic pathway coupled to a waste chamber and to a fluid port, which functions to facilitate washing of at least one nucleic acid-magnetic bead sample in the set of nucleic acid-magnetic bead samples, and releasing of at least one nucleic acid volume from the set of nucleic acid-magnetic bead samples. Step S440 may additionally comprise delivering a wash solution through a portion of at least one fluidic pathway S444, such as the truncated fluidic pathway defined in Step S443, **and delivering a release solution through a portion of at least one fluidic pathway S445**, such as the truncated fluidic pathway defined in Step S443. Step S444 functions to wash at least one nucleic acid-magnetic bead sample in the set of nucleic acid-magnetic bead samples, and **Step S445 functions to release at least one nucleic acid volume from the set of nucleic acid-magnetic bead samples. The heater provided in Step S442 may be activated after Step S445 to induce a pH shift**.")<br><br>**US9339812 (Exhibit 26)**<br>• Claim 7. The method of claim 6, wherein **separating the volume of nucleic acids from the biological sample further comprises dispensing a release solution through the fluidic pathway by the fluid port**.<br>• Claim 8. The method of claim 7, wherein separating the volume of nucleic acids from the biological sample **further comprises heating the first portion of the fluidic pathway to facilitate a pH shift, thus releasing nucleic acids from magnetic beads** to produce the volume of nucleic acids. |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
|  |  | <ul><li>Claim 20. The method of claim 19, wherein producing the set of nucleic acid volumes from the set of nucleic acid-magnetic bead samples comprises: upon passing a magnet through one of the set of slots of the cartridge platform of the molecular diagnostic module, providing a magnetic field spanning a portion of each fluidic pathway in the set of fluidic pathways, thus capturing the set of nucleic acid-magnetic bead samples; dispensing a wash solution into each fluidic pathway of the set of fluidic pathways **dispensing a release solution into each fluidic pathway of the set of fluidic pathways; and heating each fluidic pathway of the set of fluidic pathways to facilitate a pH shift**, thus unbinding nucleic acids from magnetic beads to produce the set of nucleic acid volumes.</li><li>U.S. Patent No. 9,339,812 at col. 10:49-52 ("The cartridge heater functions to transfer heat to a heating region of a microfluidic cartridge, **for inducing a pH shift to release bound nucleic acids from magnetic beads within the heating region 224**.")</li><li>U.S. Patent NO. 9,339,812 at col. 25:43-49 ("The syringe pump 265 of the liquid handling system 250 is coupled to a wash solution source 266, **a release solution source** 267, a source of air 268, and flexible tubing 291, **and functions to deliver a wash solution, a release solution, and air through a valve to the molecular diagnostic module 130 to facilitate isolation and purification of nucleic acids from a set of magnetic bead-samples**.")</li><li>U.S. Patent No. 9,339,812 at col. 29:50-53 ("Step S442 **functions to provide a heater**, which, in combination **with a release solution that provides a pH shift, facilitate a rapid and efficient unbinding of the nucleic acids from magnetic beads**.")</li></ul>US9382532 (Exhibit 52)<ul><li>Claim 1. A method for nucleic acid isolation comprising: receiving a binding moiety solution within a process chamber, wherein the binding moiety solution comprises a collection buffer and a set of affinity moiety-coated microparticles, wherein the set of affinity moiety-coated microparticles comprises Polypropylenimine tetramine dendrimer Generation 1 amide-bonded to a set of microparticles; contacting the binding moiety solution with a biological sample, within the process chamber, thereby producing a moiety-sample mixture; incubating the moiety-sample mixture to reversibly bind nucleic acid material of the biological sample to the set of affinity moiety-coated microparticles, thereby producing a set of moiety-bound nucleic acid particles; receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position; occluding a fluidic pathway of the cartridge upon displacement of a first subset of the set of pins; separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the fluidic pathway of the cartridge; washing the set of moiety-bound nucleic acid particles within the fluidic pathway of the cartridge, in coordination with displacement of a second subset of pins, wherein displacement of the second subset of pins includes reversal of displacement of at least one pin in the first subset of the set of pins, in reversing occlusion of a portion of the fluidic pathway; **and releasing a nucleic acid**</li></ul> |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | **sample from the set of moiety-bound nucleic acid particles with an elution solution characterized by a pH greater than 10**.<br>• Claim 12. The method of claim 1, further comprising releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles, **wherein releasing the nucleic acid sample comprises contacting the set of moiety-bound nucleic acid particles with an elution solution** characterized by a **pH that is greater than pH 10**.<br>• Claim 13: The method of claim 3, wherein releasing the nucleic acid sample from the set of moiety-bound nucleic acid particles comprises occluding the fluidic pathway of the cartridge, comprising the process chamber, at a set of occlusion positions, upon displacement of pins of the set of pins, to define a path through a magnetic field; delivering the set of moiety-bound nucleic acid particles into the path of the fluidic pathway; and **delivering an elution solution into the fluidic pathway, thereby inducing a pH shift configured to release the nucleic acid sample from the set of moiety-bound nucleic acid particles**."<br>• Claim 17. A method for total nucleic acid extraction, comprising simultaneous isolation and concentration of DNA and RNA from a biological sample, the method comprising: receiving a binding moiety solution within a process chamber, wherein the binding moiety solution comprises a collection buffer and a set of affinity moiety-coated microparticles, wherein the set of affinity moiety-coated microparticles comprises Polypropylenimine tetramine dendrimer Generation 1 amide-bonded to a set of magnetic microparticles; mixing the binding moiety solution with between 10uL and 2mL of a biological sample, within the process chamber, thereby producing a moiety-sample mixture; incubating the moiety-sample mixture to reversibly bind nucleic acid material, comprising target DNA and RNA, of the biological sample to the set of affinity moiety-coated microparticles, thereby producing a set of moiety-bound nucleic acid particles; receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position; occluding a fluidic pathway of the cartridge upon displacement of a first subset of the set of pins; magnetically separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the microfluidic pathway of the cartridge; **and eluting a nucleic acid sample comprising target DNA and RNA from the set of moiety-bound nucleic acid particles, into less than 20 uL of an elution solution characterized by a pH greater than 10**, in coordination with displacement of a second set of pins to modulate flow in the fluidic pathway, thereby facilitating total nucleic acid extraction. |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence | |
|-------|----------------|----------------------|---|
| | |  FIGURE 1C <ul><li>U.S. Patent No. 9,382,532 at col. 9:9-24 ("In one variation of Step S160, **the affinity moieties, examples of which are described in Section 2 below, function based upon the pH of the environment.** Specifically, at low pH, the affinity moieties are positively charged, which results in attraction to negatively charged nucleic acids; however, at high pH, the affinity moieties are negatively charged, which results in repulsion of negatively charged nucleic acids. In a specific example of this variation **releasing the nucleic acid sample comprises providing an elution solution that is in the range of pH 12-pH 13 to effect efficient elution/release of the bound target nucleic acid(s) from the microparticle based upon a shift to a more basic pH.** In the specific example, the elution solution comprises 20 mM of NaOH: however, in other variations the elution Solution can comprise any other suitable concentration of NaOH or KOH, depending upon the application (e.g., sample type).")</li><li>U.S. Patent No. 9,382,532 at col. 9:38-49 ("Preferably, **an elevated temperature in combination with an elevated pH resulting from the elution solution provides the enhanced conditions to facilitate the release of the nucleic acid sample.** Furthermore, an elevated temperature (e.g., elevating a sample eluted at room temperature to 85 C) can function to minimize protease enzyme activity in the eluted nucleic acid and thereby improve the robustness of the detection of the target nucleic acid sample during processing in variations of Step S110; however, the method 100 can alternatively omit Step S161 in applications wherein heating the moiety-bound nucleic acid Volume is undesirable and/or unnecessary.")</li></ul>US9540636 (Exhibit 54)<ul><li>Claim 17: A method for nucleic acid isolation from a biological sample, comprising: receiving a binding moiety</li></ul> | |

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | solution within a process chamber, wherein the binding moiety solution includes a set of affinity moiety-coated microparticles; producing a moiety-sample mixture upon combination of the binding moiety solution with the biological sample; producing a set of moiety-bound nucleic acid particles upon incubation of the moiety-sample mixture to reversibly bind nucleic acid material of the biological sample to the et of affinity moiety-coated microparticles; occluding a fluidic pathway of a cartridge upon displacement of a first subset of pin at the cartridge comprising the set of pins; separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the fluidic pathway of the cartridge; washing the set of moiety-bound nucleic acid particles, within the fluidic pathway of the cartridge; and **releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles with an elution solution**. <br> • Claim 12. The method of claim 1, further comprising releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles, wherein releasing the nucleic acid sample comprises contacting the set of moiety-bound nucleic acid particles with **an elution solution characterized by a pH that is greater than pH 10.** <br> • Claim 17: A method for nucleic acid isolation from a biological sample, comprising: receiving a binding moiety solution within a process chamber, wherein the binding moiety solution includes a set of affinity moiety-coated microparticles; producing a moiety-sample mixture upon combination of the binding moiety solution with the biological sample; producing a set of moiety-bound nucleic acid particles upon incubation of the moiety-sample mixture to reversibly bind nucleic acid material of the biological sample to the et of affinity moiety-coated microparticles; occluding a fluidic pathway of a cartridge upon displacement of a first subset of pin at the cartridge comprising the set of pins; separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the fluidic pathway of the cartridge; washing the set of moiety-bound nucleic acid particles, within the fluidic pathway of the cartridge; and **releasing a nucleic acid sample from the set of moiety-bound nucleic acid particles with an elution solution**. <br> • U.S. Patent No. 9,540,636 at col. 9:34-42 ("In a specific example of this variation, **releasing the nucleic acid sample comprises providing an elution solution that is in the range of pH 12-pH 13 to effect efficient elution/release of the bound target nucleic acid(s) from the** microparticle based upon a shift to a more basic pH. In the specific example, the elution solution comprises 20 mM of NaOH: however, in other variations the elution solution can comprise any other suitable concentration of NaOH or KOH, depending upon the application (e.g., sample type).") <br> • U.S. Patent No. 9,540,636 at col. 9:56-67 ("Preferably, **an elevated temperature in combination with an elevated pH resulting from the elution solution** provides the enhanced conditions to facilitate the release of the nucleic acid sample. Furthermore, an elevated temperature (e.g., **elevating a sample eluted at room temperature to 85 C**) can function to minimize protease enzyme activity in the eluted nucleic acid and thereby improve the robustness of the detection of the target nucleic acid sample during processing in variations of Step S170; however, the method 100 can |

66

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | alternatively omit Step S161 in applications wherein heating the moiety-bound nucleic acid Volume is undesirable and/or unnecessary.") |
| | | • U.S. Patent No. 9,540,636 at col. 10:3-14 ("In an example of Step S161, **heating comprises elevating the temperature of the moiety-bound nucleic acid volume to 80-85 C, for 3 minutes**, and in another example, heating comprises elevating the temperature of the moiety-bound nucleic acid volume to 50-70 C, for 3-10 minutes. In other examples, the elevation temperature can be maintained at a desired set point for as low as 1 minute or as high as 30 minutes. Further, elution conditions may be optimized to ensure that the bound nucleic acid is only eluted in the presence of the high pH solution at the elevated temperature for a specified amount of time.") |
| | | • U.S. Patent No. 9,540,636 at col.14:22-28 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2x) with 500 uL of WSH-1 solution in an example of Step S150 and the captured RNA was eluted from the affinity matrix by using **ELU-2 at 85 C** for 3 minutes in an example of Step S160.") |
| | | • U.S. Patent No. 9,540,636 at col. 14:57-63 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2x) with 250 uL of WSH-1 solution in an example of Step S150, and the captured RNA was eluted from the affinity matrix by using **ELU-2 at 85 C for 3 minutes** in an example of Step S160.") |
| | | • U.S. Patent No. 9,540,636 at col. 15:31-36 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2x) with 100 uL or 250 uL of WSH-1 solution in an example of Step S150 and the captured RNA was eluted from the affinity matrix by using **ELU-2 at 85C for 3 minutes** in an example of Step S160.") |
| | | • U.S. Patent No. 9,540,636 at col.15:67-16:6  ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2x) with 100 uL of WSH-1 solution in an example of Step S150, and the captured RNA was eluted from the affinity matrix by using **ELU-2 at 85C for 3 minutes** in an example of Step S160.") |
| | | • U.S. Patent No. 9,540,636 at col. 16:57-64 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-1 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.") |
| | | • U.S. Patent No. 9,540,636 at col. 30:58-59 ("ELUTION SOLUTION ELU-1 **20 mM NaOH**: ultrapure water (980 mL) and 1N NaOH (20 mL).") |
| | | • U.S. Patent No. 9,540,636 at col. 30:60-61 ("ELUTION SOLUTION ELU-2 **40 mM NaOH**: ultrapure water (960 mL) and 1N NaOH (40 mL).") |

67

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | <ul><li>U.S. Patent No. 9,540,636 at col. 17:29-34 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.")</li><li>U.S. Patent No. 9,540,636 at col. 17:66-18:5 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the magnetic microparticles to 85 C for 3 minutes** in an example of Step S160.")</li><li>U.S. Patent No. 9,540,636 at col. 18:37-43 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.")</li><li>U.S. Patent No. 9,540,636 at col. 19:13-19 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.")</li><li>U.S. Patent No. 9,540,636 at col. 19:51-57 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed twice with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.")</li><li>U.S. Patent No. 9,540,636 at col. 20:37-43 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-2 at 85 C for 3 minutes in an example of Step S160.**")</li><li>U.S. Patent No. 9,540,636 at col. 21:9-16 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured **DNA was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes** in an example of Step S160. DNA was eluted into 10 uL of ELU-2 and 2 uI of the eluate was used for real-time PCR in an example of Step S110.")</li><li>U.S. Patent No. 9,540,636 at col. 21:42-48 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C**</li></ul> |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | **for 3 minutes** in an example of Step S160.**")** <br> • U.S. Patent No. 9,540,636 at col. 22:5-11 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with washed DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.**")** <br> • U.S. Patent No. 9,540,636 at col. 22:67-23:6 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.") <br> • U.S. Patent No. 9,540,636 at col. 23:42-48 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using **ELU-2 or ELU-3** and heating the microparticles **to 85 C for 3 minutes in an example of Step S160**.") <br> • U.S. Patent No. 9,540,636 at col. 24:23-29 ("Upon removal of the unbound Supernatant in an example of Step S140, the PAA affinity moieties coated onto magnetic microparticles were washed twice (2x) with 500 uL of WSH-1 solution in an example of Step S150, and then the captured RNA and DNA was eluted from the affinity matrix by using ELU-2 **at 85C for 3 minutes** in an example of Step S160.") <br> • U.S. Patent No. 9,540,636 at col. 30:62-63 ("ELUTION SOLUTION ELU-3 **40 mM KOH**: ultrapure water (960 mL) and 1N KOH (40 mL)." <br><br> US10010888 (Exhibit 55) <br> • Claim 17. The method of claim 14, further comprising delivering **a release solution into the fluidic pathway, thereby producing a nucleic acid volume from the nucleic acid-magnetic bead sample**. <br> • U.S. Patent No. 10,010,888 at col. 11:7-10 ("The cartridge heater 153 **functions to transfer heat to a heating region 224 of a microfluidic cartridge 210, for inducing a pH shift to release bound nucleic acids from magnetic beads** within the heating region 224.") <br> • U.S. Patent No. 10,010,888 at col. 34:4-11 ("In embodiments wherein multiple heaters are provided, each heater is preferably independent to allow independent control of heating time and temperature for each sample. Step S442 **functions to provide a heater, which, in combination with a release solution that provides a pH shift, facilitates a rapid and efficient unbinding of the nucleic acids from the magnetic beads**.") |
| 1(h) | wherein the second set of | The accused workflow comprises releasing the polynucleotide from the plurality of binding particles under a second set of |

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | conditions includes increasing the pH to a second pH by addition of a hydroxide solution and increasing the temperature to a second temperature, | conditions, wherein the second set of conditions includes increasing the pH to a second pH by addition of a hydroxide solution and increasing the temperature to a second temperature.<br><br>*NeuMoDx Molecular N96 and N288 Overview and Animation*, NᴇᴜMᴏDx (Nov. 6, 2018, 3:50 PM), http://www.neumodx.com/our-solutions/ - linking to "VIDEO \| NeuMoDx™ WORKFLOW" hyperlink at https://player.vimeo.com/video/299307936. (Exhibit 16)<br>   &bull;  "**A high pH NeuMoDx release reagent** is dispensed into the S channel to cover the beads and **heat is applied** to complete the denaturation process, resulting in released nucleic acid or eluent." 2:55-3:10<br><br>40600114_Rev-C-SDS-NeuMoDx-Release-Solution-FINAL.pdf (Exhibit 78) |

<table>
<tr><th colspan="4">Hazardous chemical ingredients per U.S. OSHA criteria<br>(29 CFR 1910.1200 Hazard Communication):</th></tr>
<tr><th>Chemical Name</th><th>Identifiers</th><th>Classification</th><th>Concentration Percentages are by weight</th></tr>
<tr><td>Sodium Hydroxide (NaOH)</td><td>CAS-No. 1310-73-2<br>EC-No. 215-185-5<br>Index-No. 011-002-00-6<br>Registration No. 01-2119457892-27-XXXX</td><td>Metal Corrosive 1; Skin Corrosive 1B;  Eye Damage 1; Aquatic Acute 3;  H290, H314, H318, H402.</td><td>&lt;1% (</td></tr>
<tr><td>Deionized water</td><td>CAS-No. 7732-18-5</td><td>N/A</td><td>&gt;99%</td></tr>
</table>

| | |
|---|---|
| **Odor:** | Odorless |
| **pH Value at 20°C (68°F)** | 11.8-12.8 |

*NeuMoDx Molecular N96 and N288 Overview and Animation*, NᴇᴜMᴏDx (Nov. 6, 2018, 3:50 PM), http://www.neumodx.com/our-solutions/ - linking to "VIDEO | NeuMoDx™ WORKFLOW" hyperlink at https://player.vimeo.com/video/299307936. (Exhibit 16)

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | • "A high pH NeuMoDx release reagent is dispensed into the S channel to cover the beads and **heat is applied** to complete the denaturation process, **resulting in released nucleic acid or eluent**." 2:55-58 <br><br> • 2:58 Release reagent <br><br>  <br><br> • 3:04 Heat/denaturation <br><br>  <br><br> • "A precise volume of air is then applied to remove any remaining liquid into the waste chamber. NeuMoDx wash solution is pumped via the fluid port into the microfluidic cartridge to remove all unbound material, followed by |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
|  |  | another volume of air to remove excess wash solution. **High pH NeuMoDx release reagent is dispensed into the s-channel to cover the beads, and heat is applied to the denaturation process, resulting in released nucleic acid or eluate**." *Id.* at 2:39-3:12.<br><br>On information and belief, the accused system comprises releasing the polynucleotide from the plurality of binding particles under a second set of conditions, wherein the second set of conditions includes increasing the pH to a second pH by addition of a hydroxide solution and increasing the temperature to a second temperature.<br><br>US9339812 (Exhibit 26)<br>• Claim 8. The method of claim 7, wherein separating the volume of nucleic acids from the biological sample **further comprises heating the first portion of the fluidic pathway to facilitate a pH shift, thus releasing nucleic acids from magnetic beads** to produce the volume of nucleic acids.<br>• Claim 20. The method of claim 19, wherein producing the set of nucleic acid volumes from the set of nucleic acid-magnetic bead samples comprises: upon passing a magnet through one of the set of slots of the cartridge platform of the molecular diagnostic module, providing a magnetic field spanning a portion of each fluidic pathway in the set of fluidic pathways, thus capturing the set of nucleic acid-magnetic bead samples; dispensing a wash solution into each fluidic pathway of the set of fluidic pathways; **dispensing a release solution into each fluidic pathway of the set of fluidic pathways; and heating each fluidic pathway of the set of fluidic pathways to facilitate a pH shift**, thus unbinding nucleic acids from magnetic beads to produce the set of nucleic acid volumes.<br>• U.S. Patent No. 9,339,812 at col. 10:49-52 ("The **cartridge heater functions to transfer heat to a heating region of a microfluidic cartridge, for inducing a pH shift to release bound nucleic acids from magnetic beads within the heating region**.")<br>• U.S. Patent No. 9,339,812 at col. 29:50-53 ("Step S442 functions to **provide a heater, which, in combination with a release solution that provides a pH shift**, facilitate a rapid and efficient unbinding of the nucleic acids from magnetic beads.")<br><br>US9540636 (Exhibit 54)<br>• U.S. Patent No. 9,540,636 at col. 14:22-28 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2x) with 500 uL of WSH-1 solution in an example of Step S150 and the captured RNA was eluted from the affinity matrix by using **ELU-2 at 85 C** for 3 minutes in an example of Step S160.")<br>• U.S. Patent No. 9,540,636 at col. 14:57-63 ("Upon removal of the unbound Supernatant in an example of Step S140, |

72

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
|  |  | the magnetic microparticles with bound RNA were washed twice (2x) with 250 uL of WSH-1 solution in an example of Step S150, and the captured RNA was eluted from the affinity matrix by using **ELU-2 at 85 C** for 3 minutes in an example of Step S160.")<br>• U.S. Patent No. 9,540,636 at col. 15:31-36 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2x) with 100 uL or 250 uL of WSH-1 solution in an example of Step S150 and the captured RNA was eluted from the affinity matrix by using **ELU-2 at 85C for 3** minutes in an example of Step S160.")<br>• U.S. Patent No. 9,540,636 at col. 15:67-16:6 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2x) with 100 uL of WSH-1 solution in an example of Step S150, and the captured RNA was eluted from the affinity matrix by using **ELU-2 at 85C for 3 minutes** in an example of Step S160.")<br>• U.S. Patent No. 9,540,636 at col. 16:57-64 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-1 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.")<br>• U.S. Patent No. 9,540,636 at col. 17:29-34 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.")<br>• U.S. Patent No. 9,540,636 at col. 17:66-18:5 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the magnetic microparticles to 85 C for 3 minutes** in an example of Step S160.")<br>• U.S. Patent No. 9,540,636 at col. 18:37-43 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.")<br>• U.S. Patent No. 9,540,636 at col. 19:13-19 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.")<br>• U.S. Patent No. 9,540,636 at col. 19:51-57 ("Upon removal of the unbound Supernatant in an example of Step S140, |

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | the magnetic microparticles with bound DNA were washed twice with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.")<br><br>• U.S. Patent No. 9,540,636 at col. 20:37-43 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-2 at 85 C for 3 minutes in an example of Step S160.")**<br><br>• U.S. Patent No. 9,540,636 at col. 21:9-16 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured **DNA was eluted from the affinity matrix by using ELU-2 at 85 C** for 3 minutes in an example of Step S160. DNA was eluted into 10 uL of ELU-2 and 2 uI of the eluate was used for real-time PCR in an example of Step S110.")<br><br>• U.S. Patent No. 9,540,636 at col. 21:42-48 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.")<br><br>• U.S. Patent No. 9,540,636 at col. 22:5-11 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.")<br><br>• U.S. Patent No. 9,540,636 at col. 22:67-23: ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.")<br><br>• U.S. Patent No. 9,540,636 at col. 23:42-48 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using **ELU-2 or ELU-3** and heating the microparticles **to 85 C for 3 minutes in an example of Step S160.")**<br><br>• U.S. Patent No. 9,540,636 at col. 23:23-29 ("Upon removal of the unbound Supernatant in an example of Step S140, the PAA affinity moieties coated onto magnetic microparticles were washed twice (2x) with 500 uL of WSH-1 solution in an example of Step S150, and then the captured RNA and DNA was eluted from the affinity matrix by using ELU-2 **at 85C for 3 minutes** in an example of Step S160.") |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | • U.S. Patent No. 9,540,636 at col. 30:58-59 ("ELUTION SOLUTION ELU-1 **20 mM NaOH**: ultrapure water (980 mL) and 1N NaOH (20 mL).")<br>• U.S. Patent No. 9,540,636 at col. 30:60-61 ("ELUTION SOLUTION ELU-2 **40 mM NaOH**: ultrapure water (960 mL) and 1N NaOH (40 mL).")<br>• U.S. Patent No. 9,540,636 at col. 30:62-63 ("ELUTION SOLUTION ELU-3 **40 mM KOH**: ultrapure water (960 mL) and 1N KOH (40 mL)."<br><br>US9382532 (Exhibit 52)<br>• Claim 15. The method of claim 1, **wherein releasing the nucleic acid sample from the set of moiety-bound nucleic acid particles comprises contacting the set of moiety-bound nucleic acid particles with an elution solution characterized by a pH that is in the range of pH 10 to pH 13**.<br>• Claim 17. A method for total nucleic acid extraction, comprising simultaneous isolation and concentration of DNA and RNA from a biological sample, the method comprising: receiving a binding moiety solution within a process chamber, wherein the binding moiety solution comprises a collection buffer and a set of affinity moiety-coated microparticles, wherein the set of affinity moiety-coated microparticles comprises Polypropylenimine tetraamine dendrimer Generation 1 amide-bonded to a set of magnetic microparticles; mixing the binding moiety solution with between 10uL and 2mL of a biological sample, within the process chamber, thereby producing a moiety-sample mixture; incubating the moiety-sample mixture to reversibly bind nucleic acid material, comprising target DNA and RNA, of the biological sample to the set of affinity moiety-coated microparticles, thereby producing a set of moiety-bound nucleic acid particles; receiving a cartridge at a cartridge receiving module comprising a set of pins, each pin in the set of pins displaceable between a first position and a second position; occluding a fluidic pathway of the cartridge upon displacement of a first subset of the set of pins; magnetically separating the set of moiety-bound nucleic acid particles from the moiety-sample mixture, within the microfluidic pathway of the cartridge; **and eluting a nucleic acid sample comprising target DNA and RNA from the set of moiety-bound nucleic acid particles, into less than 20 uL of an elution solution characterized by a pH greater than 10**, in coordination with displacement of a second set of pins to modulate flow in the fluidic pathway, thereby facilitating total nucleic acid extraction. |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence | |
|-------|----------------|----------------------|---|



FIGURE 1C

- U.S. Patent No. 9,382,532 at col. 9:9-24 ("In one variation of Step S160, **the affinity moieties, examples of which are described in Section 2 below, function based upon the pH of the environment**. Specifically, at low pH, the affinity moieties are positively charged, which results in attraction to negatively charged nucleic acids; however, at high pH, the affinity moieties are negatively charged, which results in repulsion of negatively charged nucleic acids. In a specific example of this variation, **releasing the nucleic acid sample comprises providing an elution solution that is in the range of pH 12-pH 13 to effect efficient elution/release of the bound target nucleic acid(s) from the microparticle based upon a shift to a more basic pH. In the specific example, the elution solution comprises 20 mM of NaOH**: however, in other variations the elution Solution can comprise any other suitable concentration of NaOH or KOH, depending upon the application (e.g., sample type).")
- U.S. Patent No. 9,382,532 at col. 9:38-49 ("**Preferably, an elevated temperature in combination with an elevated pH resulting from the elution Solution provides the enhanced conditions to facilitate the release of the nucleic acid sample**. Furthermore, an elevated temperature (e.g., elevating a sample eluted at room temperature to 85 C) can function to minimize protease enzyme activity in the eluted nucleic acid and thereby improve the robustness of the detection of the target nucleic acid sample during processing in variations of Step S110; however, the method 100 can alternatively omit Step S161 in applications wherein heating the moiety-bound nucleic acid Volume is undesirable and/or unnecessary.")
- U.S. Patent No. 9,382,532 at col. 14:54-61 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2x) with 100 uL or 250 uL of WSH-1 solution in an

76

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | example of Step S150 and the captured RNA was **eluted from the affinity matrix by using ELU-2 at 85C for 3 minutes** in an example of Step S160. RNA was eluted into 10 uL of ELU-2 and 8 uI of the eluate was used for real-time RT-PCR in an example of Step 170.") |
| | | • U.S. Patent No. 9,382,532 at 15:19-26 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2x) with 100 uL of WSH-1 solution in an example of Step S150, and the captured RNA **was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes** in an example of Step S160. RNA was eluted into 10 uL of ELU-2 and 2 LL of the eluate was used for real-time RT-PCR in an example of Step S170.") |
| | | • U.S. Patent No. 9,382,532 at 16:2-14 ("DNA was allowed to bind to the DABAM affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature or 60 C depending on matrix used in examples of Step S130. Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was **eluted from the affinity matrix by using ELU-1 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160. DNA was eluted into 10 uL of ELU-1 and 8 ul of the eluate was used for real-time PCR in an example of Step S170.") |
| | | • U.S. Patent No. 9,382,532 at 16:38-44 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500LL of WSH-1 solution in an example of Step S150 and the captured DNA was **eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85C for 3 minutes** in an example of Step S160.") |
| | | • U.S. Patent No. 9,382,532 at 17:4-10 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was **eluted from the affinity matrix by using ELU-2 and heating the magnetic microparticles to 85C for 3 minutes** in an example of Step S160.") |
| | | • U.S. Patent No. 9,382,532 at 17:37-43 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was **eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.") |
| | | • U.S. Patent No. 9,382,532 at col. 18:8-16 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was **eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160. DNA was eluted into 10 uL of ELU-2 and 2 ul of the eluate was used for real-time PCR in an example of Step S170.") |

77

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | • U.S. Patent No. 9,382,532 at col. 18:41-47 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed twice with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was **eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85C for 3 minutes** in an example of Step S160.") |
| | | • U.S. Patent No. 9,382,532 at 19:22-27 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was **eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes** in an example of Step S160.") |
| | | • U.S. Patent No. 9,382,532 at 19:56-61 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500LL of WSH-1 solution in an example of Step S150, and the **captured DNA was eluted from the affinity matrix by using ELU-2 at 85C for 3 minutes** in an example of Step S160.") |
| | | • U.S. Patent No. 9,382,532 at 20:17-32 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was **eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.") |
| | | • U.S. Patent No. 9,382,532 at col. 21:34-39 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500LL of WSH-1 solution in an example of Step S150, and the captured DNA was **eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85C for 3 minutes** in an example of Step S160.") |
| | | • U.S. Patent No. 9,382,532 at col. 22:2-8 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was **eluted from the affinity matrix by using ELU-2 or ELU-3 and heating the microparticles to 85C for 3 minutes** in an example of Step S160.") |
| | | • U.S. Patent No. 9,382,532 at 28:62-63 ("Elution Solution **ELU-1 - 20 mM NaOH**: ultrapure water (980 mL) and 1N NaOH (20 mL). |
| | | • U.S. Patent No. 9,382,532 at col. 28:64-65 ("Elution Solution **ELU-2 - 40 mM NaOH**: ultrapure water (960 mL) and 1N NaOH (40 mL).") |
| | | • U.S. Patent No. 9,382,532 at col. 28:667-67 ("Elution Solution **ELU-3–40 mM KOH**: ultrapure water (960 mL) and 1N KOH (40 mL).") |
| 1(i) | wherein the second temperature is | The accused workflow comprises releasing the polynucleotide from the plurality of binding particles under a second set of |

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | between about 80˚ C and about 100˚ C | conditions, wherein the second set of conditions includes increasing the pH to a second pH by addition of a hydroxide solution and increasing the temperature to a second temperature, wherein the second temperature is between about 80˚ C and about 100˚ C.<br><br>*NeuMoDx Molecular N96 and N288 Overview and Animation*, NɛuMoDx (Nov. 6, 2018, 3:50 PM), http://www.neumodx.com/our-solutions/ - linking to "VIDEO | NeuMoDx™ WORKFLOW" hyperlink at https://player.vimeo.com/video/299307936. (Exhibit 16)<br>• "A high pH NeuMoDx release reagent is dispensed into the S channel to cover the beads and **heat is applied to complete the denaturation process, resulting in released nucleic acid or eluent.**" 2:55-58<br>• 2:58 Release reagent<br><br>• 3:04 Heat/denaturation |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|----------------------|
| | | <br><br>40500098_D-IFU-NeuMoDx-Extraction-Plate-US-ONLY (Exhibit 59)<br>• "**The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors** from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. An aliquot of the unprocessed specimen is mixed with the appropriate lysis buffer in the NeuMoDx Extraction Plate and is subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres." *Id.* at 1.<br><br>40600100_-Rev-D-IFU-NeuMoDx-WASH-Solution-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 58)<br>• **The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors** from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. An aliquot of the unprocessed specimen is mixed with the appropriate NeuMoDx lysis buffer and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres.<br><br>40600101_Rev-D-IFU-NeuMoDx-RELEASE-Solution-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 20)<br>• **The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors** from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. An aliquot of the unprocessed specimen is mixed |

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | with the appropriate NeuMoDx lysis buffer and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres.<br><br>40600103_Rev-D-IFU-NeuMoDx-Lysis-Buffer-4-US-ONLY-FINAL-25Oct2018.pdf (Exhibit 66)<br>&bull; **The NeuMoDx Systems use a combination of heat and proprietary extraction reagents to perform cell lysis, nucleic acid extraction and inactivation/reduction of inhibitors** from unprocessed clinical specimens prior to presenting the extracted nucleic acid for detection by Real-Time PCR. An aliquot of enriched Lim Broth is mixed with NeuMoDx Lysis Buffer 4 and subjected to lysis at pre-determined temperatures in the presence of lytic enzymes and magnetic microspheres dried in the NeuMoDx Extraction Plate.<br><br>On information and belief, the accused system comprises releasing the polynucleotide from the plurality of binding particles under a second set of conditions, wherein the second set of conditions includes increasing the pH to a second pH by addition of a hydroxide solution and increasing the temperature to a second temperature, wherein the second temperature is between about 80˚ C and about 100˚ C.<br><br>US9540636 (Exhibit 54)<br>&bull; U.S. Patent No. 9,540,636 at col.14:22-28 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2x) with 500 uL of WSH-1 solution in an example of Step S150 and the captured RNA was eluted from the affinity matrix by using **ELU-2 at 85 C for 3 minutes** in an example of Step S160.")<br>&bull; U.S. Patent No. 9,540,636 at col. 14:57-63 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2x) with 250 uL of WSH-1 solution in an example of Step S150, and the captured RNA was eluted from the affinity matrix by using **ELU-2 at 85 C for 3 minutes** in an example of Step S160.")<br>&bull; U.S. Patent No. 9,540,636 at col. 15:31-36 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2x) with 100 uL or 250 uL of WSH-1 solution in an example of Step S150 and the captured RNA was eluted from the affinity matrix by using **ELU-2 at 85C for 3 minutes** in an example of Step S160.")<br>&bull; U.S. Patent No. 9,540,636 at col.15:67-16:6  ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2x) with 100 uL of WSH-1 solution in an example of Step S150, and the captured RNA was eluted from the affinity matrix by using **ELU-2 at 85C for 3 minutes** in an example of Step S160.") |

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
|  |  | • U.S. Patent No. 9,540,636 at col. 16:57-64 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-1 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.") |
|  |  | • U.S. Patent No. 9,540,636 at col. 17:29-34 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.") |
|  |  | • U.S. Patent No. 9,540,636 at col. 17:66-18:5 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the magnetic microparticles to 85 C for 3 minutes** in an example of Step S160.") |
|  |  | • U.S. Patent No. 9,540,636 at col. 18:37-43 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.") |
|  |  | • U.S. Patent No. 9,540,636 at col. 19:13-19 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.") |
|  |  | • U.S. Patent No. 9,540,636 at col. 19:51-57 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed twice with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.") |
|  |  | • U.S. Patent No. 9,540,636 at col. 20:37-43 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-2 at 85 C for 3 minutes in an example of Step S160.**") |
|  |  | • U.S. Patent No. 9,540,636 at col. 21:9-16 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured **DNA was eluted from the affinity matrix by using ELU-2 at 85 C** for 3 minutes in an example of Step S160. DNA was eluted into 10 uL of ELU-2 and 2 ul of the eluate was used for real-time PCR in an example of |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | Step S110.")<br>• U.S. Patent No. 9,540,636 at col. 21:42-48 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.")<br>• U.S. Patent No. 9,540,636 at col. 22:5-11 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.**")**<br>• U.S. Patent No. 9,540,636 at col. 22:67-23:6 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was eluted from the affinity matrix by using **ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.")<br>• U.S. Patent No. 9,540,636 at col. 23:42-48 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was eluted from the affinity matrix by using **ELU-2 or ELU-3** and heating the microparticles **to 85 C for 3 minutes in an example of Step S160.**")<br>• U.S. Patent No. 9,540,636 at col. 23:23-29 ("Upon removal of the unbound Supernatant in an example of Step S140, the PAA affinity moieties coated onto magnetic microparticles were washed twice (2x) with 500 uL of WSH-1 solution in an example of Step S150, and then the captured RNA and DNA was eluted from the affinity matrix by using ELU-2 **at 85C for 3 minutes** in an example of Step S160.")<br><br>US9382532 (Exhibit 52)<br>• U.S. Patent No. 9,382,532 at col. 14:54-61 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2x) with 100 uL or 250 uL of WSH-1 solution in an example of Step S150 and the captured RNA was **eluted from the affinity matrix by using ELU-2 at 85C for 3 minutes** in an example of Step S160. RNA was eluted into 10 uL of ELU-2 and 8 uI of the eluate was used for real-time RT-PCR in an example of Step 170.")<br>• U.S. Patent No. 9,382,532 at 15:19-26 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound RNA were washed twice (2x) with 100 uL of WSH-1 solution in an example of Step S150, and the captured RNA **was eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes** in an example of Step S160. RNA was eluted into 10 uL of ELU-2 and 2 LL of the eluate was used for real-time RT-PCR in |

83

| Claim | Claim Language | Infringement Evidence |
|---|---|---|
| | | an example of Step S170.")<br>• U.S. Patent No. 9,382,532 at 16:2-14 ("DNA was allowed to bind to the DABAM affinity moieties coated onto magnetic microparticles for 10 minutes at room temperature or 60 C depending on matrix used in examples of Step S130. Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was **eluted from the affinity matrix by using ELU-1 and heating the microparticles to 85 C for 3** minutes in an example of Step S160. DNA was eluted into 10 uL of ELU-1 and 8 of the eluate was used for real-time PCR in an example of Step S170.")<br>• U.S. Patent No. 9,382,532 at 16:38-44 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500LL of WSH-1 solution in an example of Step S150 and the captured DNA was **eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85C for 3 minutes** in an example of Step S160.")<br>• U.S. Patent No. 9,382,532 at 17:4-10 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was **eluted from the affinity matrix by using ELU-2 and heating the magnetic microparticles to 85C for 3 minutes** in an example of Step S160.")<br>• U.S. Patent No. 9,382,532 at 37-43 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was **eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.")<br>• U.S. Patent No. 9,382,532 at col. 18:8-16 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was **eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160. DNA was eluted into 10 uL of ELU-2 and 2 ul of the eluate was used for real-time PCR in an example of Step S170.")<br>• U.S. Patent No. 9,382,532 at col. 18:41-47 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed twice with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was **eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85C for 3 minutes** in an example of Step S160.")<br>• U.S. Patent No. 9,382,532 at 19:22-27 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was **eluted from the affinity matrix by using ELU-2 at 85 C for 3 minutes** in an example of |

ActiveUS 179838815

| Claim | Claim Language | Infringement Evidence |
|-------|----------------|------------------------|
|       |                | Step S160.") <br>• U.S. Patent No. 9,382,532 at 19:56-61 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500LL of WSH-1 solution in an example of Step S150, and the **captured DNA was eluted from the affinity matrix by using ELU-2 at 85C for 3 minutes** in an example of Step S160.") <br>• U.S. Patent No. 9,382,532 at 20:17-23 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150, and the captured DNA was **eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85 C for 3 minutes** in an example of Step S160.") <br>• U.S. Patent No. 9,382,532 at col. 21:34-39 ("Upon removal of the unbound Supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500LL of WSH-1 solution in an example of Step S150, and the captured DNA was **eluted from the affinity matrix by using ELU-2 and heating the microparticles to 85C for 3 minutes** in an example of Step S160.") <br>• U.S. Patent No. 9,382,532 at col. 22:2-8 ("Upon removal of the unbound supernatant in an example of Step S140, the magnetic microparticles with bound DNA were washed with 500 uL of WSH-1 solution in an example of Step S150 and the captured DNA was **eluted from the affinity matrix by using ELU-2 or ELU-3 and heating the microparticles to 85C for 3 minutes** in an example of Step S160.") |

ActiveUS 179838815