# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, GENEOHM SCIENCES CANADA, INC. and HANDYLAB, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NEUMODX MOLECULAR, INC., <br><br> Defendant. | C.A. No. 19-1126-LPS <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 4, 2021, a copy of Defendant NeuMoDx's Amended Responses to Plaintiffs' Third Set of Requests for Production of Documents and Things was served on the following as indicated:

<u>Via E-Mail</u>
Jack B. Blumenfeld
Michael J. Flynn
Morris, Nichols, Arsht &Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mflynn@mnat.com

*Attorneys for Plaintiffs*

<u>Via E-Mail</u>
David P. Yin
Omar A. Khan
WILMER CUTLER PICKERING HALE
AND DORR LLP
david.yin@wilmerhale.com
omar.khan@wilmerhale.com

*Attorneys for Plaintiffs*

Dated:  March 4, 2021

Of Counsel:

James K. Cleland
Michael N. Spink
Keith Weiss
DICKINSON WRIGHT PLLC
350 South Main Street, Suite 300
Ann Arbor, Michigan 48104

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300

Tel: (734) 436-7356
jcleland@dickinson-wright.com

Alan G. Carlson
Gary J. Speier
Samuel T. Lockner
Jonathan D. Carpenter
Alexandra J. Olson
Peter M. Kohlhepp
CARLSON, CASPERS, VANDENBURGH
& LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605

Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant NeuMoDx Molecular, Inc.*