# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, GENEOHM SCIENCES CANADA, INC. and HANDYLAB, INC.,<br><br>                Plaintiffs,<br><br>v.<br><br>NEUMODX MOLECULAR, INC., QIAGEN GMBH, QIAGEN NORTH AMERICAN HOLDINGS, INC., SUNDARESH BRAHMASANDRA, and JEFFREY WILLIAMS,<br><br>                Defendants. | C.A. No. 19-cv-1126-LPS |

## DEFENDANTS JEFFREY WILLIAMS AND SUNDARESH BRAHMASANDRA'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(3) FOR LACK OF VENUE

Pursuant to Federal Rule 12(b)(3), Defendants Jeffrey Williams and Sundaresh Brahmasandra move to dismiss for improper venue recently the filed "Counterclaims-In-Reply" Count Nos. 1, 2 and 7-10 asserted against one or both of them for alleged trade secret misappropriation, breach of contract, and other torts. Defendants Williams and Brahmasandra respectfully request that the Court dismiss Counts 1, 2 and 7-10 against them, and that the Court dismiss them as parties from this lawsuit because there is no venue over them in Delaware. This motion is accompanied by an opening describing the basis for the requested relief.

| | |
|---|---|
| Dated: May 13, 2021 | Respectfully submitted, |
| *Of Counsel:* | FARNAN LLP |
| DICKINSON WRIGHT | /s/ Brian E. Farnan |
| James K. Cleland | Brian E. Farnan (Bar No. 4089) |
| Michael N. Spink | Michael J. Farnan (Bar No. 5165) |
| Keith Weiss | 919 North Market Street |
| 350 S. Main Street, Suite 300 | 12th Floor |
| Ann Arbor, Michigan 48104 | Wilmington, DE 19801 |
| Tel. 734.302.6000 | Telephone: (302) 777-0300 |
| jcleland@dickinsonwright.com | Facsimile:   (302) 777-0301 |
| mspink@dickinsonwright.com | bfarnan@farnanlaw.com |
| kweiss@dickinsonwright.com | mfarnan@farnanlaw.com |

*Attorneys for Defendants Jeffrey Williams and Sundaresh Brahmasandra*