FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, GENEOHM SCIENCES CANADA, INC. and HANDYLAB, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NEUMODX MOLECULAR, INC., QIAGEN GMBH, and QIAGEN NORTH AMERICAN HOLDINGS, INC., <br><br> Defendants. | C.A. No. 19-cv-1126-LPS |

**DEFENDANTS NEUMODX MOLECULAR, INC., QIAGEN GMBH, AND QIAGEN NORTH AMERICAN HOLDINGS, INC.'S MOTION TO STRIKE, DISMISS AND/OR DISALLOW PLAINTIFFS' "COUNTERCLAIMS-IN-REPLY" NOS. 1–11**

Defendants NeuMoDx Molecular, Inc., QIAGEN GmbH and QIAGEN North American Holdings, Inc. ("Defendants"), move to strike, dismiss and/or disallow Plaintiffs' Becton, Dickinson and Company, GeneOhm Sciences Canada, Inc., and HandyLab, Inc. (collectively, "Plaintiffs") recently-filed "Counterclaims-In-Reply" Nos. 1-11, pursuant to Federal Rules of Civil Procedure 12(f), 12(b)(6), and/or the Court's inherent power to manage its docket. Plaintiffs should have filed a motion to amend seeking leave to add the eleven "Counterclaims-in-Reply" and two new parties, and the Court should evaluate the new claims and parties under the Rule 15(a) motion to amend standard. Because the "Counterclaims-In-Reply" Nos. 1-11 do not meet the Rule 15(a) standard to amend, were filed without leave, concern new legal and factual theories, would severely disrupt the case schedule, and would overwhelm the jury, Defendants move to strike and/or dismiss them, without prejudice to Plaintiffs' right to file them in a separate case.

The grounds for this motion are provided in the letter brief filed herewith.

Dated: May 13, 2021

Respectfully submitted,

FARNAN LLP

James K. Cleland
Michael Spink
Keith Weiss
Dickinson Wright PLLC
350 S. Main Street, Suite 300
Ann Arbor, Michigan 48104
Tel. 734-436-7356
jcleland@dickinson-wright.com

Alan G. Carlson
Gary J. Speier
Samuel T. Lockner
Jonathan D. Carpenter
Alexandra J. Olson
Peter M. Kohlhepp
CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants Neumodx Molecular, Inc., QIAGEN Gmbh, And QIAGEN North American Holdings, Inc.*