# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, GENEOHM SCIENCES CANADA, INC. and HANDYLAB, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NEUMODX MOLECULAR, INC., QIAGEN GMBH, and QIAGEN NORTH AMERICAN HOLDINGS, INC., <br><br> Defendants. | C.A. No. 19-cv-1126-LPS |

**DEFENDANTS NEUMODX MOLECULAR, INC., QIAGEN GMBH, AND QIAGEN NORTH AMERICAN HOLDINGS, INC.'S MOTION TO SEVER PLAINTIFFS' "COUNTERCLAIMS-IN-REPLY" NOS. 1-11 PURSUANT TO FED. R. CIV. P. 21 AND DEFENDANT NEUMODX MOLECULAR, INC.'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404**

Defendants NeuMoDx Molecular, Inc., QIAGEN GmbH and QIAGEN North American Holdings, Inc. ("Defendants"), move for an order severing Plaintiffs' Becton, Dickinson and Company, GeneOhm Sciences Canada, Inc., and HandyLab, Inc. (collectively, "Plaintiffs") recently-filed "Counterclaims-In-Reply" Nos. 1-11 (collectively, "the trade secret-related claims"), pursuant to Federal Rule of Civil Procedure 21.

Defendant NeuMoDx Molecular, Inc. also moves for an order transferring "Counterclaims-In-Reply" Nos. 1-11 to the Eastern District of Michigan, pursuant to 28 U.S.C. § 1404.

The grounds for these motions are provided in the supporting brief filed herewith.

1

Dated:  May 13, 2021

Of Counsel:

James K. Cleland
Michael Spink
Keith Weiss
Dickinson Wright PLLC
350 S. Main Street, Suite 300
Ann Arbor, Michigan 48104
Tel. 734-436-7356
jcleland@dickinson-wright.com

Alan G. Carlson
Gary J. Speier
Samuel T. Lockner
Jonathan D. Carpenter
Alexandra J. Olson
Peter M. Kohlhepp
CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*