IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, GENEOHM SCIENCES CANADA, INC. and HANDYLAB, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NEUMODX MOLECULAR, INC., QIAGEN GMBH, QIAGEN NORTH AMERICAN HOLDINGS, INC., SUNDARESH BRAHMASANDRA and JEFFREY WILLIAMS, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 19-1126 (LPS) ) ) ) ) ) ) ) ) ) |

**STIPULATION TO BE BOUND BY
[PROPOSED] STIPULATED PROTECTIVE ORDER**

Whereas Plaintiffs Becton, Dickinson and Company, GeneOhm Sciences Canada, Inc. and HandyLab, Inc. (collectively "Plaintiffs") and Defendant NeuMoDx Molecular, Inc. ("NeuMoDx") previously entered into a Stipulated Protective Order (D.I. 36), filed on April 28, 2020, that the Court So Ordered on May 4, 2020;

Whereas Plaintiffs filed a Second Amended Complaint (D.I. 169) on February 25, 2021, naming Qiagen N.V., Qiagen LLC, Qiagen GmbH and Qiagen North American Holdings, Inc., as additional Defendants;

Whereas on February 26, 2021, Plaintiffs, NeuMoDx Molecular, Inc., Qiagen North American Holdings, Inc., and Qiagen GmbH (the "Parties") submitted a stipulation for dismissal (D.I. 174) and dismissed Qiagen N.V. and Qiagen LLC from this case;

Whereas the Parties filed a Stipulation to Amend Caption (D.I. 204) on March 31, 2021, that the Court So Ordered on April 5, 2021; and

Whereas Qiagen GmbH and Qiagen North American Holdings, Inc., previously agreed to be bound by the Stipulated Protective Order (D.I. 36), and desires to formally stipulate to the terms of the [Proposed] Stipulated Protective Order.

Wherefore, the Parties stipulate and agree as follows:

1. Each of the Parties reaffirms and agrees to be bound by the terms of the Stipulated Protective Order (D.I. 36) as of the date Counsel of Record for such Party first reviewed any Designated Material of an opposing party, as defined in the Stipulated Protective Order (D.I. 36).[1]

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FARNAN LLP |
| */s/ Michael J. Flynn* | */s/ Michael J. Farnan* |
| Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mflynn@mnat.com | Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

May 21, 2021

---

[1] Plaintiffs reserve their rights regarding their request, which they are still discussing with Defendants and is not yet ripe for the Court, to amend and/or modify Paragraph 10 of the Stipulated Protective Order, such that it provides for a supplemental privilege log for documents and communications between June 18, 2019 and September 17, 2020 over which Defendants claim a common-interest privilege.