IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, GENEOHM SCIENCES CANADA, INC. and HANDYLAB, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NEUMODX MOLECULAR, INC., QIAGEN GMBH, QIAGEN NORTH AMERICAN HOLDINGS, INC., SUNDARESH BRAHMASANDRA, and JEFFREY WILLIAMS, <br><br> Defendants. | C.A. No. 19-1126 (LPS) |

## STIPULATION DISMISSING SUNDARESH BRAHMASANDRA AND JEFFREY WILLIAMS

Whereas, Plaintiffs and Defendants collectively submit that this stipulation serves the interest of judicial efficiencies and economies by, among other things, dismissing Jeffrey Williams and Sundaresh Brahmasandra from this action without prejudice and resolving certain pending motions.

Wherefore, the parties stipulate and agree as follows:

1. Pursuant to the parties' Stipulation Relating to Plaintiffs' Counterclaims-in-Reply and Defendants' Motion to Dismiss Pursuant to Rule 12(b)(3) for Lack of Venue, Defendants Williams and Brahmasandra withdraw their motion and it is hereby withdrawn.

2. Jeffrey Williams and Sundaresh Brahmasandra are hereby dismissed from this case without prejudice. The caption for the case shall be revised accordingly.

| | |
|---|---|
| Dated: July 14, 2021 | Respectfully submitted, |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FARNAN LLP |
| /s/ Michael J. Flynn | /s/ Brian E. Farnan |
| Michael J. Flynn (#5333) <br> Andrew M. Moshos (#6685) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> mflynn@mnat.com <br> amoshos@mnat.com | Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 N. Market Str., 12th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 777-0300 <br> Fax: (302) 777-0301 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |