IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECTON, DICKINSON AND COMPANY,<br>GENEOHM SCIENCES CANADA, INC.<br>and HANDYLAB, INC., | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 19-1126 (LPS) |
| v. | ) | |
| | ) | |
| NEUMODX MOLECULAR, INC., QIAGEN<br>GMBH, and QIAGEN NORTH AMERICAN<br>HOLDINGS, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE SCHEDULE**

IT IS HEREBY STIPULATED and agreed by the parties, subject to the approval of the

Court, that certain dates in the Scheduling Order (D.I. 51), as amended (D.I. 347, 365, 368), are

extended as follows:

| Event | Current Date<br>(D.I. 368) | Proposed<br>Date |
|---|---|---|
| Deadline for Substantial Completion of Document Production for Counterclaims-in-Reply | October 26, 2021 | November 9, 2021 |
| Deadline to Substantially Complete Service of Deposition Notices Including 30(b)(6) Notices | October 26, 2021 | November 9, 2021 |
| Deadline for Parties to Serve Supplemental Privilege Logs for Documents Produced Regarding Counterclaims-in-Reply | November 9, 2021 | November 23, 2021 |
| Deadline to Identify Witnesses for 30(b)(6) Notices | November 9, 2021 | November 23, 2021 |

| | | |
|---|---|---|
| Deadline to Provide Schedule for All Witnesses Noticed and/or Subpoenaed for Deposition | November 9, 2021 | November 23, 2021 |
| Deadline for Motions to Join Other Parties and Amend or Supplement Pleadings (D.I. 51, ¶ 2) | November 22, 2021 | December 6, 2021 |

All remaining dates of the operative Scheduling Order (D.I. 347) shall remain unchanged.


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

_____
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiffs*

October 22, 2021


FARNAN LLP

*/s/ Michael J. Farnan*

_____
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*


SO ORDERED this _____ day of October, 2021.


_____
UNITED STATES DISTRICT JUDGE