IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, GENEOHM SCIENCES CANADA, INC. and HANDYLAB, INC., <br><br>  Plaintiffs, <br><br>  v. <br><br> NEUMODX MOLECULAR, INC., QIAGEN GMBH, AND QIAGEN NORTH AMERICAN HOLDINGS, INC., <br><br>  Defendants. | C.A. No. 19-1126 (LPS) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs Becton, Dickinson and Company, GeneOhm Sciences Canada, Inc. and HandyLab, Inc. and Defendants NeuMoDx Molecular, Inc., Qiagen GmbH, and Qiagen North American Holdings, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' Settlement and License Agreement dated November 5, 2021, that all claims, counterclaims, and counterclaims-in-reply asserted in this action are dismissed WITH PREJUDICE, with each party responsible for its own attorneys' fees and costs.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FARNAN LLP |
| /s/ *Michael J. Flynn* | /s/ *Michael J. Farnan* |
| Jack B. Blumenfeld (#1014) | Brian E. Farnan (#4089) |
| Michael J. Flynn (#5333) | Michael J. Farnan (#5165) |
| 1201 North Market Street | 919 North Market Street, 12th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 777-0300 |
| (302) 658-9200 | bfarnan@farnanlaw.com |
| jblumenfeld@morrisnichols.com | mfarnan@farnanlaw.com |
| mflynn@morrisnichols.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

November 12, 2021